UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-88 |
| | ) |
| THE TRUSTEES OF | ) |
| PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Bowei Xi ( "Plaintiff" or "Xi"), by counsel, for her cause of action against Defendant, The Trustees of Purdue University ("Defendant"), alleges and states as follows:

**I. NATURE OF CASE**

1. Plaintiff brings this action against Defendant pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.* ("ADEA"), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*. ("Title VII"), and 42 U.S.C. § 1981 ("Section 1981").

**II. PARTIES**

2. At all times relevant to this action, Xi resided in the Northern District of Indiana.

3. Defendant is a public university operating in and conducting business in the Northern District of Indiana.

4. Xi is an "employee" as that term is defined by 42 U.S.C. § 2000e(f) and 29 U.S.C. § 630(f).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 2000e(b) and

1

29 U.S.C. § 630(b).

### III.   JURISDICTION

6. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331, 1343; 42 U.S.C. § 2000e-5(f)(3), 42 U.S.C. § 1981, and 29 U.S.C. § 626(c).

7. Xi has satisfied her obligation to exhaust her administrative remedies by timely filing Charge Number 470-2023-02977 with the U.S. Equal Employment Opportunity Commission ("EEOC"), alleging discrimination on the basis of age, national origin, race, and sex. Plaintiff received her *Dismissal and Notice of Rights* and has timely filed her Complaint within ninety (90) days of receipt thereof.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as all events, transactions, and occurrences concerning this matter have arisen in the geographical environs of the Northern District of Indiana.

### IV.  FACTUAL AND LEGAL ALLEGATIONS

9. Plaintiff, Bowei Xi, is a woman of East-Asian descent, was born in China, and is over 40 years old.

10. Defendant, Purdue University, hired Xi on or about 2004 as an Assistant Professor on a tenure track in the Department of Statistics.

11. In October 2022, Xi submitted a promotion case to Defendant to be promoted from associate professor to full professor.

12. The case was given unanimous support from the Department of Statistics at a primary committee meeting on or about October 3, 2022.

13. Despite the unanimous support from the Department of Statistics, Purdue's College of Sciences denied her case in December 2022.

14. Instead, the College of Sciences promoted Dr. Anindya Bhadra, a younger male of Indian descent from associate professor to professor despite him having worse credentials in his promotion case than Xi.

15. Specifically, Xi has supervised more students, had almost six times the grant funding that lasted four years longer, had been at the college longer, and had a stronger proposal than Dr. Bhadra.

16. Defendant also promoted another male of Indian descent in 2022, Dr. Raghu Pasupathy. Defendant did so even though it published a majority of Dr. Pasupathy's papers in publications with high acceptance rates when Xi submitted a similar number of papers in more selective publications.

17. Xi applied for the Research Refresh Award ("RRA") due to a uniquely female health condition arising from her pregnancy and her familial responsibilities.

18. Defendant assumed that Xi was and/or would be less effective at her job because she is a woman with family obligations when it denied her promotion case.

19. Respondent cited Xi's RRA grant as a significant reason against promoting Xi when other RRA recipients who were male, substantially younger, not Asian and/or who were not born in China were granted promotion to full professor.

20. On January 23, 2023, Xi engaged in protected activity under VII when she complained of discrimination in her written request for reconsideration submitted to Respondent's Vice Provost for Faculty Affairs.

21. Respondent retaliated against Xi for engaging in protected activity by refusing to permit Xi to reapply for full professor within a reasonable time.

22. Similarly situated individuals who are not female, substantially younger than Xi,

not Asian and/or who were not born in China have been treated more favorably.

23. Xi believes Defendant's reasons for its failure to promote her was pretextual and that its decision was because of her age, national origin, race, and/or sex.

24. Any reason proffered by Defendant for the discriminatory and adverse actions it has taken against Xi are pretextual.

25. The Defendant's actions have violated Xi's rights as protected by the ADEA, Title VII, and Section 1981.

26. Xi has suffered and continues to suffer damages as a result of Defendant's unlawful actions.

### V.  CAUSES OF ACTION

### COUNT I

### ADEA – AGE DISCRIMINATION

27. Xi incorporates paragraphs one (1) through twenty-six (26) of her Complaint as if it were set forth at length herein.

28. Defendant intentionally and willfully discriminated against Xi because of her age.

29. Similarly situated younger employees have been treated more favorably than Xi in the terms, conditions, and privileges of their employment.

30. The reasons put forth by Defendant to justify its failure to promote Xi are pretextual.

31. Defendant's discriminatory practices have caused Xi to suffer damages.

### COUNT II

### TITLE VII – SEX DISCRIMINATION

32. Xi incorporates paragraphs one (1) through thirty-one (31) of her Complaint as if

it were set forth at length herein.

33. Defendant intentionally and willfully discriminated against Xi because of her sex in violation of Title VII.

34. Similarly situated male employees were treated more favorably than Xi in the terms, conditions, and privileges of their employment.

35. Defendant's justifications for its failure to promote Xi are pretextual.

36. Defendant's discriminatory practices have caused Xi to suffer damages.

## COUNT III

### TITLE VII – RACE DISCRIMINATION

37. Xi incorporates paragraphs one (1) through thirty-six (36) of her Complaint as if it were set forth at length herein.

38. Defendant intentionally and willfully discriminated against Xi because of her race in violation of Title VII.

39. Similarly situated non-East Asian employees were treated more favorably than Xi in the terms, conditions, and privileges of their employment.

40. The reasons put forth by Defendant to justify its failure to promote Xi are pretextual.

41. Defendant's discriminatory practices have caused Xi to suffer damages.

## COUNT IV

### TITLE VII – NATIONAL ORIGIN DISCRIMINATION

42. Xi incorporates paragraphs one (1) through forty-one (41) of her Complaint as if it were set forth at length herein.

43. Defendant intentionally and willfully discriminated against Xi because of

her National Origin in violation of Title VII.

44. Similarly situated employees who were not born in China were treated more favorably than Xi in the terms, conditions, and privileges of their employment.

45. The reasons put forth by Defendant to justify its failure to promote Xi are pretextual.

46. Defendant's discriminatory practices have caused Xi to suffer damages.

## COUNT V

### TITLE VII – RETALIATION

47. Xi incorporates paragraphs one (1) through forty-six (46) of her Complaint as if it were set forth at length herein.

48. Xi engaged in protected activity when she complained of discrimination as protected under Title VII.

49. Defendant retaliated against Xi due to her complaint of discrimination as protected by Title VII by refusing to permit Xi to re-apply to a full professor position within a reasonable time.

50. The reasons put forth by Defendant to justify its failure to permit Xi to re-apply to full professor are pretextual.

51. Defendant's unlawful retaliation has caused Xi to suffer damages.

## COUNT VI

### SECTION 1981 – RACE DISCRIMINATION

52. Xi incorporates paragraphs one (1) through fifty-one (51) of her Complaint as if it were set forth at length herein.

53. Defendant failed to promote Xi based on her race.

54. Other, similarly situated employees who were not East Asian were treated more favorably than Xi in the terms, conditions, and privileges of their employment.

55. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Xi's rights as protected by Section 1981.

## VI.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Bowei Xi, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. Promotion to full professor;

2. All wages, benefits, compensation, and other monetary relief to make her whole;

3. Compensatory damages;

4. Liquidated damages;

5. All costs and attorney's fees incurred as a result of bringing this action;

6. Pre- and post-judgment interest on all sums recoverable; and

7. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully Submitted,

*s/ John H. Haskin*
John H. Haskin (7576-49)

*s/ Timothy A. Dowers*
Timothy A. Dowers (37933-49)

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone (317) 955-9500
Facsimile (317) 955-2570
jhaskin@jhaskinlaw.com
tdowers@jhaskinlaw.com
*Attorneys for Plaintiff*

7

**DEMAND FOR JURY TRIAL**

Plaintiff, Bowei Xi, respectfully requests a jury trial for all issues deemed triable by jury.

*s/ John H. Haskin*
John H. Haskin (7576-49)

*s/ Timothy A. Dowers*
Timothy A. Dowers (37933-49)

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone (317) 955-9500
Facsimile (317) 955-2570
jhaskin@jhaskinlaw.com
tdowers@jhaskinlaw.com
*Attorneys for Plaintiff*