UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| BOWEI XI, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | CAUSE NO.: 4:23-CV-88-JD-JEM |
| ) | |
| THE TRUSTEES OF PURDUE ) | |
| UNIVERSITY, ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 14], filed by the parties on December 29, 2023. The parties submitted an agreed proposed discovery schedule, and pursuant to Federal Rule of Civil Procedure 16(b) the Court must issue a scheduling order. Upon review of the report, the Court hereby **ORDERS**:

(1) Rule 26(a)(1) initial exchanges must be completed, but not filed with the Court, by **February 19, 2024**;

(2) Plaintiff's deadline to seek leave to amend the pleadings is **March 29, 2024**;

(3) Defendant's deadline to seek leave to amend the pleadings is **April 19, 2024**;

(4) The deadline to complete all fact discovery and discovery on liability is **September 19, 2024**;

(5) Plaintiff's expert witness disclosures and reports are to be provided to Defendant by **October 18, 2024**;

(6) Defendant's expert witness disclosures and reports are to be provided to Plaintiff by **November 19, 2024**;

(7) The deadline to complete all expert discovery and discovery on damages is

1

**January 20, 2025**;

(8) All other dates and deadlines in the parties' planning report through the close of discovery are approved and adopted herein;

(9) The summary judgment deadline per Federal Rule of Procedure 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date;

(10) The parties are ordered to conduct mediation, the Court **APPROVES** the parties' selection of John LaDue as mediator; and mediation must be completed and a report filed by **January 20, 2025**; and

(11) The deadline for parties to review and return either the consent to or the declination of the exercise of jurisdiction by a United States Magistrate Judge is extended to **January 23, 2024**.

Since the scheduling order has now issued, the Court **VACATES** the Preliminary Pretrial Conference currently scheduled for January 4, 2024.

The parties are reminded of the requirements of Federal Rule of Civil Procedure 11 and the Lawyers' Duties to the Court as laid out in Northern District of Indiana Local Rules Appendix B, specifically the agreement not to "misrepresent, mischaracterize, misquote, or miscite facts or authorities in any oral or written communication to the court" and that a submission with the Court is a certification that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument." Fed. R. Civ. P. 11(b)(2).

SO ORDERED this 2nd day of January, 2024.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc: All counsel of record