UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MEDIATION REPORT

Counsel for Plaintiff and Defendant are submitting this joint mediation report pursuant to the Case Management Plan approved by this Court on January 2, 2024 (Dkt. 15). The Parties participated in a mediation conducted by Mediator John LaDue on January 9, 2025. No settlement was reached at the mediation.

Date: January 21, 2025

/s/ *Timothy A. Dowers (with consent)*
Counsel for Plaintiff
John H. Haskin (7576-49)
Timothy A. Dowers (37933-49)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone: (317) 955-9500
Facsimile: (317)955-2570
Email:  jhaskin@jhaskinlaw.com
            tdowers@jhaskinlaw.com

*Attorneys for Plaintiff*

/s/ *Colleen E. Schade*
Counsel for Defendant
John R. Maley (#14300-89)
Colleen Schade  (#36229-41)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: 317.236.1313
Facsimile:  317.231.7433
E-mail:  john.maley@btlaw.com
            colleen.schade@btlaw.com

*Attorneys for Defendant*

1