UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| BOWEI XI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:23-CV-088-PPS |
| | ) | |
| THE TRUSTEES OF PURDUE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The discovery period in this case having concluded, the Court hereby sets a telephonic scheduling conference, for the purpose of scheduling the Final Pretrial Conference/Settlement Conference, the Trial Management Conference, and a trial date, and to discuss any other issues pending at that time. Plaintiff's counsel should also be prepared to clarify the causes of action alleged in the complaint and discuss which claims Plaintiff intends to pursue going forward.

ACCORDINGLY:

A telephonic scheduling conference is set for **February 4, 2025, at 1:30 p.m. Hammond/Central Time,** before the undersigned via Zoom. To connect to the Zoom teleconference, the parties should dial 833-568-8864, enter meeting ID number 161 4768 5938#, push # to skip entry of a participant ID, and enter passcode 220198# at least five minutes before the conference start time. If any party does not comply with these requirements, that party will be required to appear for this and all future hearings for

this matter **IN PERSON**.

**SO ORDERED.**

ENTERED: January 27, 2025.

                                                 /s/ Philip P. Simon
                                                PHILIP P. SIMON, JUDGE
                                                UNITED STATES DISTRICT COURT