UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S APPENDIX OF EVIDENCE IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, by counsel, respectfully submits this Appendix consisting of evidence in support of its Brief in Support of its Motion for Summary Judgment

**TABLE OF CONTENTS**

| *Description* | *Exhibit* |
|---|---|
| Excerpts and exhibits from the deposition of Plaintiff Bowei Xi | 1 |
| Declaration of Lucy Felsch | 2 |
| Declaration of Peter Hollenbeck | 3 |
| Declaration of Xiao Wang | 4 |
| Declaration of Peter Wolfe | 5 |
| Declaration of Daniel Cziczo | 6 |

Dated: May 2, 2025                         Respectfully submitted,

                                               */s/ Colleen E. Schade*
                                               John R. Maley (#14300-89)
                                               Colleen Schade  (#36229-41)
                                               BARNES & THORNBURG LLP
                                               11 South Meridian Street
                                               Indianapolis, Indiana  46204
                                               Telephone:     317.236.1313
                                               Facsimile:      317.231.7433
                                               E-mail:          jmaley@btlaw.com
                                                                          colleen.schade@btlaw.com

                                               *Attorneys for Defendant*

DMS 47283178.1