1     UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF INDIANA
2       LAFAYETTE DIVISION

3

4 BOWEI XI,       )
            )
5     Plaintiff,  )
            )
6    -v-      ) CASE NO.
            ) 4:23-cv-00088-JD-JEM
7 THE TRUSTEES OF PURDUE  )
 UNIVERSITY,      )
8            )
     Defendant.  )
9

10

11    The videotaped deposition upon oral

12 examination of BOWEI XI, a witness produced and sworn

13 before me, Maria W. Collier, RPR, CRR, Notary Public

14 in and for the County of Hamilton, State of Indiana,

15 taken on behalf of the Defendant at the offices of

16 Barnes & Thornburg, 11 South Meridian Street, Second

17 Floor, Indianapolis, Indiana, on September 13, 2024,

18 at 9:44 a.m., pursuant to the Federal Rules of Civil

19 Procedure.

20

21

22

23

24     STEWART RICHARDSON & ASSOCIATES
     Registered Professional Reporters
25       (800)869-0873

EXHIBIT

1

1          THE VIDEOGRAPHER:  We are going on the record

2     at 9:44 in the morning.  Today's date is Friday,

3     September 13, 2024.  This deposition is being held

4     at the offices of Barnes & Thornburg at 11 South

5     Meridian Street in Indianapolis, Indiana.

6          Here begins the video deposition of Bowei Xi

7     as taken by the defendants.  This case is filed in

8     U.S. District Court, Northern District of Indiana,

9     Lafayette Division.  The cause number is

10    4:23-cv-00088-JD-JEM.  This is in the matter of

11    Bowei Xi v. The Trustees of Purdue University.

12         The court reporter today is Maria Collier.  My

13    name is Michael Canny.  I'm the videographer.  We

14    are associated with Stewart Richardson Deposition

15    Services located here in Indianapolis.

16         Will counsel please state their appearance for

17    the record, and will the court reporter please

18    swear in the witness.  Thank you very much.

19         MS. SCHADE:  This is Colleen Schade for

20    Defendant Purdue University.

21         MR. DOWERS:  This is Tim Dowers for the

22    plaintiff, Bowei Xi.

23                    BOWEI XI,

24    having been first duly sworn to tell the truth, the

25    whole truth, and nothing but the truth, was examined

1  and testified as follows:

2  EXAMINATION

3  BY MS. SCHADE:

4  Q  Good morning.  Would you please state your name,

5     your full name, for the record.

6  A  Bowei Xi.

7  Q  Bowei Xi?

8  A  Xi.

9  Q  Would you prefer me to refer to you as Ms. Xi

10    throughout the deposition or Bowei, whatever you --

11 A  Bowei is fine.

12 Q  Bowei?  Okay.  Great.  So my name is Colleen

13    Schade.  I am an attorney for Barnes & Thornburg,

14    and I represent Purdue University in the lawsuit

15    that you have brought against them.  I'll be asking

16    you questions today for this deposition.

17        Have you ever been deposed before?

18 A  No.

19 Q  Have you ever been a witness in any sort of court

20    proceeding?

21 A  No.

22 Q  What about any administrative hearings, such as an

23    unemployment, social security, worker's

24    compensation?  Have you been involved in any of

25    those types of hearings before?

```
 1        percentage of any amount you recover; is that
 2        correct?
 3   A    Yes.
 4   Q    And what is that percentage?
 5   A    40 percent.
 6   Q    Okay.  Now I'm just going to ask you some general
 7        background questions.
 8             Your full legal name is Bowei Xi; correct?
 9   A    Yes.
10   Q    Have you gone by any other names?
11   A    No.
12   Q    What is your date of birth?
13   A    February 4, 1978.
14   Q    So what is your current age?
15   A    Forty-six.
16   Q    Where were you born?
17   A    Beijing.
18   Q    Beijing, China?
19   A    Yes.
20   Q    And when did you move to the United States?
21   A    1999.
22   Q    When did you move to Indiana?
23   A    2004.
24   Q    Are you married?
25   A    Yes.
```

```
 1   A   2004.
 2   Q   Do you have any other degrees beyond the ones that
 3       we just talked about?
 4   A   No.
 5   Q   Do you have any other education beyond what we just
 6       talked about?
 7   A   No.
 8   Q   Do you have any other certifications or trainings?
 9   A   No.
10   Q   Have you ever been charged with or arrested for any
11       crime?
12   A   No.
13   Q   Have you ever been involved with any other legal
14       proceedings before?
15   A   No.
16   Q   Have you ever filed for bankruptcy?
17   A   No.
18   Q   Do you have any current intention of filing for
19       bankruptcy?
20   A   No.
21   Q   When did you first start working at Purdue
22       University?
23   A   2004.
24   Q   And what was your title when you were first hired
25       in 2004?
```

```
 1   A   Assistant professor.
 2   Q   I'm going to hand you what's been marked as
 3       Exhibit 6.  Bowei, do you recognize this letter?
 4   A   Yes.
 5   Q   And is this the offer letter that you received when
 6       you first were hired at Purdue in 2004?
 7   A   Yes.
 8   Q   The letter talks about your position being a
 9       tenure-track position; is that correct?
10   A   Yes.
11   Q   When did you receive tenure at Purdue?
12   A   Promotion usually is effective in August the
13       following year, so it's effective August 2011.
14   Q   Okay.  I'm going to hand you what's been marked as
15       Exhibit 7.  Do you recognize this document?
16   A   Yes.
17   Q   So this document indicates you were promoted to
18       associate professor of statistics August of 2011;
19       correct?
20   A   Yes.
21   Q   And that is when you received a tenured position;
22       is that correct?
23   A   Yes.
24   Q   When did you apply for the promotion to associate
25       professor with tenure?
```

1   A   It's the previous summer, so late summer, early

2       fall of 2010.

3   Q   And did you apply for associate professor more than

4       once?

5   A   Yes.

6   Q   How many times did you apply?

7   A   Twice.

8   Q   So you were not granted associate professor the

9       first time you applied; is that correct?

10  A   Yes.

11  Q   Do you recall what year that was when you did not

12      receive it?

13  A   December 2009.

14  Q   Do you recall the reasons why you were not promoted

15      to associate professor initially in 2009?

16  A   A paper, a very huge paper, 80, 70 pages, at the

17      time of that meeting was under review.  So after

18      rejection, it was published.

19  Q   So you didn't receive promotion because you didn't

20      have a paper published at the time?  Is that your

21      recollection?

22  A   A significant paper.

23  Q   At that time that you were rejected in 2009, did

24      you think that your sex, race, national origin, or

25      age had anything to do with that decision?

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | What were your general -- or I'm sorry -- are your |
| 3 | | general responsibilities as an associate professor |
| 4 | | of statistics? |
| 5 | A | Teaching, research, service. |
| 6 | Q | After you became an associate professor, when was |
| 7 | | the earliest you could have applied to promotion to |
| 8 | | full professor? |
| 9 | A | There's no fixed rule on when I can start to apply. |
| 10 | Q | Based on your understanding, what is the difference |
| 11 | | between an associate professor and a full |
| 12 | | professor? |
| 13 | A | International visibility. |
| 14 | Q | Are the job duties the same? |
| 15 | A | Yes. |
| 16 | Q | And both are tenured positions; correct? |
| 17 | A | Yes. |
| 18 | Q | Is your current title associate professor of |
| 19 | | statistics? |
| 20 | A | Yes. |
| 21 | Q | When was the first time you applied for full |
| 22 | | professor? |
| 23 | A | 2018. |
| 24 | Q | I'm going to hand you what's been marked as |
| 25 | | Exhibit 8.  Bowei, do you recognize this document? |

1   Q   So any reason to think that Hao was not truthful

2       when he gave you this information in this email?

3   A   I will not speculate on that.

4   Q   You did not receive promotion to full professor in

5       2018; is that correct?

6   A   Correct.

7   Q   Did you appeal the outcome of that decision?

8   A   No.

9   Q   Did you think that your race played any role in

10      that decision in 2018 to not get full professor?

11  A   I will not speculate on that.

12  Q   Did you think your age played any role in the

13      decision in 2018 to deny your promotion to full

14      professor?

15  A   I will not speculate on that.

16  Q   Do you think your sex played any role in the 2018

17      decision to not promote you to full professor?

18  A   For 2017, I was heavily pregnant with my first

19      child.  Department's Primary Committee evaluated my

20      case.  After the Primary Committee meeting, Bill

21      Cleveland told me there was a discussion about me

22      being pregnant.  Bill Cleveland said some people

23      worried, if I were to be promoted, I would stop

24      working because I will soon have a baby.

25  Q   So that was in 2017?

```
 1   A   Yes.

 2   Q   So is the answer to my question about your 2018

 3       application, do you think sex played a role in that

 4       decision, then?

 5   A   I will not speculate on that.  Purdue's promotion

 6       process and the discussion are confidential.

 7   Q   So you acknowledge that you don't know what the

 8       conversations were when a committee is reviewing

 9       your application; correct?

10   A   Purdue's promotion process and discussions are

11       confidential.

12   Q   After -- I'm sorry.  Was it Bill Cleveland who told

13       you this comment about your pregnancy?

14   A   Yes.

15   Q   After Bill Cleveland told you this, did you

16       complain to anyone at Purdue or file any sort of

17       complaint about sex discrimination?

18   A   No.

19   Q   Did you talk with anyone else at Purdue about these

20       comments?

21   A   No.

22   Q   Do you think your national origin played any role

23       in the decision to deny your application to full

24       professor in 2018?

25   A   I will not speculate on that.
```

1   Q   Did you have any concerns about the application

2       process itself when you applied to full professor

3       in 2018?

4   A   No.

5   Q   You were allowed to reapply for promotion to full

6       professor after your 2018 application; correct?

7   A   Yes.

8   Q   Are you aware of any limit on the amount of times

9       you can apply for promotion to full professor?

10  A   Hao Zhang, in spring 2019 Primary Committee

11      meeting, said there's a new policy.  The college

12      now requires a year wait to reapply.

13  Q   So that policy applied to everybody?  It wasn't

14      just to you; correct?

15  A   To everyone who applied in the Primary Committee

16      the previous year.

17  Q   So when was the next time you applied for promotion

18      to full professor?

19  A   2020.

20  Q   You applied in 2020?

21  A   Yes.

22  Q   Okay.  What was the outcome of the 2020 decision?

23  A   I withdraw.

24  Q   You withdrew it.  What was the reason for your

25      withdrawal?

```
 1   A   Do you have the record?
 2   Q   I do not have any record of a 2020 application, no.
 3   A   The record should show.  Without the record, that
 4       was a long time ago.
 5   Q   Do you think you provided a new application or did
 6       you use the same application from 2018 when you
 7       applied again in 2020?
 8   A   I updated my promotion document every year.
 9   Q   So you did not receive the promotion in 2020, then,
10       since you withdrew; right?
11   A   Yes.
12   Q   Do you recall if someone advised you to withdraw
13       the application or was that something you came to a
14       determination on on your own?
15   A   That was a long time ago.
16   Q   Do you recall, when you withdrew your application
17       in 2020, if you had any concerns about the
18       application process in itself?
19   A   I start to wonder what was the discussion during
20       the Primary Committee meeting.
21   Q   And what year are you referencing?
22   A   2020.
23   Q   Okay.  So you provided your documentation and the
24       Primary Committee had a discussion?
25   A   A vote.
```

```
 1   Q   A vote.  Do you recall what the vote was?
 2   A   Purdue's promotion process is confidential.
 3   Q   So did you --
 4   A   They do not tell us what's the vote.
 5   Q   Okay.  Did you withdraw your application after the
 6       Primary Committee took a vote?
 7   A   Yes.
 8   Q   And you don't remember why you withdrew your
 9       application?
10   A   If I could have the record, that's the most
11       accurate.  So right now, from that many years ago,
12       it's a vague memory.  I recall I received a
13       majority vote, but there was some negative votes.
14   Q   At the Primary Committee level, is that what you're
15       talking about?
16   A   Yes.
17   Q   Okay.  Did you have any concern in 2020 that your
18       sex played any role in the Primary Committee's vote
19       on your application?
20   A   I start to wonder what was the discussion in the
21       Primary Committee meeting.
22   Q   And no one from the Primary Committee said anything
23       to you about what they discussed during their
24       discussions; is that correct?
25   A   Correct.  Purdue keep its promotion process
```

```
 1        tenure or promotion decisions for another faculty
 2        member up for promotion?
 3     A  Yes.
 4     Q  When was that?
 5     A  Since I received tenure for assistant professors.
 6     Q  So have you served on multiple committees?
 7     A  I serve on Primary Committee for assistant
 8        professors.
 9     Q  Okay.  So has that happened over the course of
10        multiple years?
11     A  Yes.
12     Q  How many committee decisions do you think you've
13        sat in on?
14     A  I cannot recall exact number.  Several.
15     Q  Do you think more than five?
16     A  I cannot recall the number.
17     Q  So on these committees you would have been a member
18        of the Primary Committee; is that correct?
19     A  Yes.
20     Q  And you would have been reviewing faculty members
21        in the department of statistics who are going up
22        for associate professor; is that correct?
23     A  Yes.
24     Q  And that's a tenured-level position; correct?
25     A  Yes.
```

1  A  No.

2  Q  Based on your experience, were you given like a

3     checklist or anything like that where, if an

4     individual's application checked off everything on

5     that checklist, they were automatically granted the

6     promotion?

7  A  The cases I sat in, I heard the department chair

8     always say there's no fixed number of papers,

9     there's no -- there's no fixed criteria on grants.

10 Q  Okay.  So would you agree, if there's no fixed

11    number of papers, for example, then the committee

12    may look at the quality of papers versus just a

13    number; correct?

14 A  Yes.

15 Q  And in your experience serving on a Primary

16    Committee, did you ever have concerns that the

17    committee members were considering an individual's

18    sex, for example?

19 A  I sat in a very limited number of cases.

20 Q  So is the answer no?

21 A  No.

22 Q  Did you have any concerns that any of the committee

23    members were considering the applicant's age?

24 A  Assistant professor, oh, yeah.

25 Q  For assistant professor you think age was a

```
1      consideration in some of the cases you sat in on?
2  A   They are all of similar age.
3  Q   So did you ever hear anyone in the committee
4      discussions specifically reference an applicant's
5      age as a negative factor?
6  A   Sometimes a postdoc's experience was mentioned.
7  Q   So their experience, but was a person's age ever
8      explicitly stated?
9  A   No.
10 Q   And did you ever have any concerns that an
11     applicant's race or national origin was considered
12     in any of the Primary Committee discussions that
13     you have been involved in?
14 A   In the limited number of cases these assistant
15     professors reaches tenure clock, no.
16             MR. DOWERS:  We are approaching 10:15.
17             MS. SCHADE:  I was about to say, I'm at a good
18     spot for a break if we want to take a --
19             MR. DOWERS:  Yeah.  Want to do that?
20             MS. SCHADE:  Yeah.  That's fine with me.
21             MR. DOWERS:  Five, ten minutes?
22             MS. SCHADE:  Yeah.  That's good.
23             MR. DOWERS:  What do you want to take, ten?
24             MS. SCHADE:  Let's do ten.
25             THE VIDEOGRAPHER:  It is 10:44.  We are going
```

```
 1        off the record.
 2               (Recess taken.)
 3               THE VIDEOGRAPHER:  It is 10:54 and we're going
 4        back on the record.
 5   BY MS. SCHADE:
 6   Q  Bowei, do you understand you're still under oath?
 7   A  Yes.
 8   Q  I'm going to hand you what's been marked as
 9        Exhibit 10.  I'll give you a moment to review this
10        document, but I'm just going to ask if you
11        recognize it.
12               (Witness reviews document.)
13   A  It's my first time here to see the Form 36 and the
14        letters plus who the letter writers are.
15   Q  Do you understand this to be your application for
16        promotion to full professor for 2022?
17   A  Yes.
18   Q  And this is the first time you've seen the first
19        page, the Form 36, and the letters of
20        recommendation; that's correct?
21   A  Yes.
22   Q  But everything else you prepared and submitted for
23        consideration?
24   A  I prepared from page 2 to page 32.
25   Q  So from page 2 to page 52, that's what you
```

1      submitted; correct?

2   A   Page 2 to page 31.

3   Q   Oh, 31. Okay. Did you submit anything else for

4      consideration other than those pages?

5   A   Yes.

6   Q   What else did you submit?

7   A   One-page summary highlight the results and a

8      PowerPoint.

9   Q   You presented that when you applied initially for

10      promotion in 2022?

11   A   Yes.

12   Q   So you believe that the committee would have also

13      received a PowerPoint presentation?

14   A   I was told so.

15   Q   And is that a PowerPoint presentation that you

16      prepared?

17   A   I prepared and a colleague helped me to revise it.

18   Q   And did you present that PowerPoint presentation to

19      the Primary and Area Committees?

20   A   I was not participating -- I did not participate in

21      Primary Committee meeting. I submit the

22      PowerPoint, the summary, and page 2 to 31 to the

23      Primary Committee.

24   Q   So you believe the Primary Committee reviewed a

25      PowerPoint and pages 2 through 31 of what's in

1      front of you?

2   A  And a one-page summary.

3   Q  And a one-page summary.  Is there anything else

4      that you think the Primary and Area Committees

5      reviewed?

6   A  I do not know what the Primary Committee reviewed.

7      I only know what I submitted to the Primary

8      Committee.

9   Q  Okay.  How old were you at the time you applied for

10     promotion in 2022?

11  A  Forty-four.

12  Q  And was your age listed on any of the documents

13     that you submitted to the committees for

14     consideration?

15  A  On page 4, from education background and my

16     previous positions, people can easily calculate my

17     age.

18  Q  But you didn't actually list out "I am age 44" on

19     the document; right?

20  A  No.

21  Q  Okay.  Did you list your sex on any of the

22     documents that you submitted for consideration?

23  A  Starting from page 5, in the writing, Dr. Xi is

24     referred as "she."

25  Q  Is your race or national origin identified in any

```
 1        was when you received a resignation email.  At that
 2        time were you aware of the outcome of your
 3        promotion?
 4   A    I was told my case will go to the Area Committee.
 5   Q    The Area Committee.  And did you know how the Area
 6        Committee had voted at that time?
 7   A    Purdue keeps its promotion process confidential.
 8        Vote is also confidential information to me.
 9   Q    Okay.  You had to be alerted somehow, though, that
10        you did not receive promotion; correct?
11   A    That's Dennis Lin's resignation email.
12   Q    That's how you found out you were not being
13        promoted?  Is that what you're saying?
14   A    Dennis, in the email, says he'll step down because
15        he failed to protect me.  I do not remember the
16        exact words, but two news -- two pieces of news in
17        the same email.
18   Q    And you believe that is when you were aware that
19        you did not receive promotion?
20   A    Yes.
21   Q    So were you aware of anything that the Area
22        Committee discussed when they reviewed your
23        application in 2022?
24   A    Could you clarify.
25   Q    You were not involved in any of the discussions
```

1    that the Area Committee had about your application

2    in 2022; is that right?

3  A  Yes.

4  Q  So you have no firsthand knowledge of what was

5    discussed during the Area Committee's meetings; is

6    that correct?

7  A  Yes.

8  Q  Did you ever talk to anyone who was on the Area

9    Committee after they had voted on your application?

10  A  Yes.

11  Q  Who was that?

12  A  I had meetings with Lucy Flesch and Hao Zhang.

13    Lucy Flesch, Hao Zhang, me in one meeting.  I had a

14    meeting with interim department head then.  Then

15    it's also the head of EAPS.

16  Q  Besides those meetings, did you speak with anyone

17    else on the Area Committee?

18  A  No.

19  Q  And if you look at this Exhibit 11, there's a box

20    with some feedback that the Area Committee provided

21    on your application.  You see the part where it

22    says "The discussion focused on the quality of

23    journals and conference proceedings and what she

24    was publishing.  In addition, it was noted that she

25    had just been awarded the Research Refresh and had

```
 1       no active funding and thus it was not evident that
 2       her research program was in an upward trajectory."
 3            Do you see that?
 4  A   Yes.
 5  Q   Do you agree with that assessment?
 6  A   No.
 7  Q   Do you know what the committee meant by "active
 8       funding"?
 9  A   The funding, this date on the promotion document
10       has the start date and end date.  Active funding,
11       by my understanding, is the end date.  It's past
12       the meeting.  December 2022 meeting, the end date
13       in 2023 means it's still active.
14  Q   That's your understanding of what the definition of
15       active funding is?
16  A   I was also on the Primary Committee meetings.  This
17       has always been the definition.
18  Q   And who told you that was the definition?
19  A   We just -- everyone used the same standard in my
20       department's Primary Committee meeting.
21  Q   Do you know if that standard was outlined in any
22       sort of policy or document?
23  A   I don't have any policy at hand.
24  Q   Okay.  Do you agree with the committee's assessment
25       that your research was not in an upward trajectory
```

1      at the time you applied in 2022?

2  A  I strongly disagree.

3  Q  I'm just going to ask you in general, not specific

4      to you, but do you think, if someone's research was

5      not in an upward trajectory, that would be a

6      legitimate concern for promoting someone for full

7      professor?

8         MR. DOWERS: Objection. Calls for

9      speculation.

10  A  I need to go over the policies.

11  Q  Do you have any reason to believe that the

12      assessment provided in this Form 36 is not

13      truthful?

14  A  What do you mean --

15         MR. DOWERS: Objection. Personal knowledge.

16         Sorry.

17  A  What do you mean by "truthful"? I did not

18      participate in the discussion.

19  Q  So no one told you these reasons are actually a

20      lie; correct?

21  A  No one said anything about a lie.

22  Q  And nothing in this reasoning at least provided on

23      this document mentions your age, race, sex, or

24      national origin; correct?

25  A  It mentions Research Refresh.

1  Q  Research Refresh does not mention age, race, sex,

2     or national origin; correct?

3  A  When I write the Research Refresh application, in

4     the paragraph Eligibility, I mentioned I have two

5     young children during the pandemic.

6  Q  Do you know if the Area Committee would have

7     received your Research Refresh proposal that you

8     submitted?

9  A  Lucy Flesch in the dean's office sent the support

10    letter for my application for Research Refresh

11    Award.

12 Q  She sent your Research Refresh application to the

13    Area Committee to consider as part of your

14    promotion in 2022?

15 A  She sent a support letter.

16 Q  Is that different than the application that you

17    submitted for your Research Refresh Award?

18 A  It was some time ago, but as I remember, I sent a

19    whole package to the dean's office.  So they review

20    the package and then send the support letter.

21 Q  And what you just described, is that talking about

22    your Research Refresh Award that you received?

23 A  It's my application for the Research Refresh Award.

24 Q  Okay.  So you submitted an application for the

25    Research Refresh Award.  Was that application ever

1       given to the Area Committee when they were

2       considering your application for promotion to full

3       professor in 2022?

4    A  I do not know what they use in the Area Committee

5       meeting.  I have no such knowledge.

6    Q  You did not provide your Research Refresh

7       application, though, is that correct, to any of the

8       members of the Area Committee?

9    A  I sent my application to the dean's office.  Dean's

10      office reviewed application, sent a support letter.

11      Dean Patrick Wolfe, Associate Dean Lucy Flesch sit

12      in the Area Committee, and here they mention

13      Research Refresh.

14   Q  So do you contend that the mention of Research

15      Refresh in the decision-making process is another

16      word for sex?

17   A  It's the basis for my claims.

18   Q  For your claim that sex played a role?

19   A  Yes.

20   Q  Do you have any reason to believe that the Area

21      Committee's decision took into consideration your

22      age?

23   A  Exhibit 10, page 4, education background and

24      previous positions, there's a clear indication of

25      age.

```
 1   Q   Sure.  I understand that you contend the Area
 2       Committee could have identified your age, but do
 3       you have any reason to believe that your age played
 4       a role in the decision-making process?
 5   A   I will not speculate on that.
 6   Q   So you have nothing to suggest that age played a
 7       role in their decision-making process?
 8   A   I will not speculate on that.
 9   Q   Do you have any reason to believe that your race or
10       national origin played any decision in the Area
11       Committee's decision-making process?
12   A   I will not speculate on that.
13   Q   At the time you applied for full professor in 2022,
14       do you believe you had any active funding at that
15       time?
16   A   Yes.
17   Q   And what was that active funding that you had at
18       the time?
19   A   Page 20, Exhibit 10, I highlight Army Research Lab
20       and Army Research Office -- or Army Research Lab,
21       second one.
22   Q   So No. 2, you contend, was active funding at the
23       time you applied?
24   A   Yes.
25   Q   Are there any others that were active at the time
```

1   you applied, by your definition of active funding?

2  A  The only one, Army Research Lab.

3  Q  And the date on that is May 15, 2020, through

4     May 14, 2024.  That's the one you're referencing;

5     correct?

6  A  In my appeal, I provide additional document about

7     Army Research Lab CRADA.  The end date is

8     October 2027.

9  Q  Yes.  But in this document that was submitted to

10    the committees for consideration it does not have

11    any mention of 2027; correct?

12 A  Correct.

13 Q  And this Army Research Lab funding, was this

14    contract funding?

15 A  What do you mean by "contract"?

16 Q  Sure.  Did the Army Research Lab hire you

17    specifically to then do work on their behalf and

18    that's the funding they gave you?

19 A  Could you clarify.  Are these the number of

20    fundings here?

21 Q  With regards to No. 2, the Army Research Lab that

22    you've identified, how did you obtain that funding?

23 A  Going through Purdue's business office, sent

24    document with Army Research Lab.

25 Q  So did you submit proposals to the Army Research

1       Lab?

2   A   Yes.

3   Q   Did you go through a peer-reviewed process to

4       obtain that funding?

5   A   I'm not sure about Army's, specifically this one,

6       whether they reviewed or not.

7   Q   At least the information provided on this page,

8       though, there's no indication that there was any

9       sort of competitive process to receive this

10      funding.  Would you agree?

11  A   No.

12  Q   You don't agree with my assessment of --

13  A   No.

14  Q   Why not?

15  A   It's highly competitive.  So Army Research Lab

16      CRADA, as I talk to the Army researchers, is a

17      highly prestigious document.  It's a highly

18      prestigious collaboration agreement with the

19      university.  It's highly competitive.

20  Q   I understand that's your assessment.  Based on

21      No. 2, though, the only thing that's listed is the

22      date, the amount, and perhaps the title of the

23      research funding; is that correct?

24  A   Yes.  This is the template from the college.

25  Q   Okay.  Outside of the Army Research Lab, did you

1  Q  I'm going to hand you what's been marked as

2      Exhibit 12.  Do you recognize this document?

3  A  Yes.

4  Q  So this is a letter that Dennis Lin wrote on your

5      behalf recommending you to receive the Research

6      Refresh Award; is that correct?

7  A  Yes.

8  Q  And this is dated April 28, 2022; correct?

9  A  Yes.

10  Q  So do you believe you applied for the award

11      sometime in the April 2022 time frame?

12  A  Yes.

13  Q  Did you ask Dr. Lin to write this letter on your

14      behalf?

15  A  Again, if you could have the program description,

16      as I recall, it's a requirement.  It's required for

17      the department head and the dean of the college to

18      show their support.

19  Q  If you look at the second paragraph, Dr. Lin

20      mentions that your research trajectory was up, but

21      some personal and pandemic problems slowed you

22      down.  Since then, your publications and funding

23      remain stable but not as strong as before.  Do you

24      see that section?

25  A  Yes.

1   Q   I'm going to hand you what's been marked as

2       Exhibit 13.  Do you recognize this document?

3   A   Yes.

4   Q   Is this the proposal that you submitted for the

5       Research Refresh Award?

6   A   Yes.

7   Q   So on the first page there, that's your signature;

8       correct?

9   A   Yes.

10  Q   So you drafted this entire document; correct?

11  A   Yes.

12  Q   Under the abstract, the last sentence says "The

13      protected time will allow her to reinvigorate her

14      research on developing robust AI."

15          Do you see that?

16  A   Which page?

17  Q   Sorry.  The very first page, the first paragraph

18      says "Abstract," and I'm referring to the last

19      sentence of that page.  You wrote "The protected

20      time will allow her to reinvigorate her research on

21      developing robust AI."

22  A   Yes.

23  Q   What do you mean by that sentence?

24  A   Next page, the eligibility statement, I said "She

25      remained on bed rest through June and her son was

1   born prematurely."

2       So I need protected time.  I need time to be

3   with my children and then focus on research.  So

4   there was a time I was on bed rest.

5  Q  So back to the abstract sentence, when you talk

6   about reinvigorating your research, are you

7   contending that your research needed invigorating?

8  A  A release from teaching will help me to be with my

9   children and recover from the bed rest.  So I was

10   on bed rest for a certain period of time.

11  Q  So the sentence -- you wrote this, right, the

12   protected time will allow you to reinvigorate

13   research.  So were you saying that you needed to

14   reinvigorate your research?

15  A  It's the a whole package, not one sentence.  Next

16   page, I wrote "She remained on bed rest throughout

17   June and her son was born prematurely."

18       So that's what I mean.

19  Q  Okay.  And in that same paragraph, the eligibility

20   statement, it says "Her research progress slowed

21   down due to the unexpected pregnancy complication

22   and the challenge to find childcare during the

23   pandemic.  The R2 program would give a much-needed

24   boost to regain momentum."

25       You wrote those two sentences; correct?

```
 1   A   Yes.
 2   Q   Now, I understand you said you were on bed rest,
 3       but you also acknowledged that your research had
 4       slowed down; correct?
 5   A   I was on bed rest.  I cannot do research.
 6   Q   And so this program, by your own words, would give
 7       you a much-needed boost to regain momentum;
 8       correct?
 9   A   I was on bed rest.  I cannot do research.  This
10       program will release me from teaching for one year
11       so I can be with my children and do research at the
12       same time.
13   Q   Because you needed to regain momentum?
14   A   Because I was on bed rest.  I cannot do research
15       while I was on bed rest.  It's in the whole
16       context, not one word or one sentence.
17   Q   I understand, but the reason that you applied for
18       the award was to allow you to get more time to do
19       research; is that correct?
20   A   I was -- I answered this question before, and I
21       stand by my statement.  I was thinking going up
22       again, so I want to grow my résumé and I want to
23       have competitive awards on my résumé.  I searched
24       Research Refresh Award on the website, and previous
25       recipient of the award subsequently have successful
```

1  Q  When was your son born?

2  A  July 5, 2020.

3  Q  So after your son was born in July of 2020, you

4     felt you still needed additional time to do

5     additional research two years later; is that

6     correct?

7  A  I wrote my son needed extra care and time.  I did

8     not have domestic help because it was unsafe during

9     the pandemic.  From late 2021 to February 2022,

10    February 2022 -- this sent out April 28, 2022 --

11    the daycare was mostly closed due to COVID-19

12    cases.

13 Q  When you were pregnant with your son in 2020, did

14    you ever feel that you were treated differently by

15    anybody at Purdue because of your pregnancy?

16 A  During pandemic, people mostly work remotely.  I do

17    not see my colleagues.

18 Q  So is the answer no?

19 A  I do not know.

20 Q  I'm going to hand you what's been marked as

21    Exhibit 14.  Have you seen this document before?

22 A  Yes.

23 Q  So this appears to be an email from Peter

24    Hollenbeck, who is the vice provost for faculty

25    affairs, letting you know that you received the

```
 1        Research Refresh Award for the 2022-2023 academic
 2        year; is that correct?
 3   A    Yes.
 4   Q    So you were to receive the award the same year that
 5        you were also applying for promotion for full
 6        professor; is that correct?
 7   A    Yes.
 8   Q    And in this email from Dr. Hollenbeck, in the first
 9        paragraph, he says "You are among a select group of
10        nominees whom the committee felt that could,
11        through this program, benefit from intense focus to
12        advance their scholarship and reinvigorate their
13        careers."
14             Do you see that sentence?
15   A    Yes.
16   Q    And you used similar language in your proposal;
17        right?  You said this would allow you to
18        reinvigorate your research?
19   A    Yes.
20   Q    So would you agree that -- I mean, you used that
21        language; Dr. Hollenbeck used this language -- that
22        at least one of the purposes of the award is to
23        reinvigorate search?
24   A    I will read eligibility statement again.  What I
25        mean by regain momentum or reinvigorate the
```

1  A  Disagree.

2  Q  Disagree.  Any reason to believe those reasons are

3     untruthful?

4  A  I do not know what's being discussed in Area

5     Committee meeting.  It's kept confidential.

6  Q  And the second part of that explanation --

7  A  But the reason, as to reason why I believe it's not

8     truthful, my department got interim head then, and

9     before then, the interim head then had a one-on-one

10    meeting with me.  The interim head then asked a

11    colleague to pass a message to me, and this message

12    is this:  Next time I need to be careful about how

13    I present the Research Refresh Award at the Area

14    Committee meeting.

15 Q  And what did he mean by you need to be careful

16    about how you present it?

17 A  This is what I recall as the message.  I do not

18    know what he means.  I will not speculate on what

19    he means.

20 Q  And in this letter there's no reference to your

21    age, race, sex, or national origin; correct?

22 A  It mentions Research Refresh.

23 Q  But not specifically your sex; right?

24 A  No.  The word "sex" is not in this letter.

25 Q  So after you received this letter dated January 3,

1    Exhibit 16.  Do you recognize this document?

2  A  Yes.

3  Q  This appears to be an email from you to Peter

4     Hollenbeck dated January 25, 2023, asking for

5     reconsideration of the denial of your promotion;

6     correct?

7  A  Yes.

8  Q  And who was Peter Hollenbeck?

9  A  Vice provost at that time.

10 Q  Okay.

11 A  He retired.

12 Q  Okay.  And was that the appropriate person to send

13    an appeal to?

14 A  Yes.

15 Q  Why did you want to appeal the denial of tenure for

16    your 2022 promotion?

17 A  Because what Lucy Flesch and Hao Zhang said in that

18    meeting made me decide to appeal.

19 Q  And what did they say in the meeting that made you

20    want to appeal?

21 A  Many things.  That was at least half hour, many

22    issues.

23 Q  When you --

24 A  I cannot recall exactly every word, but yeah.

25 Q  Okay.  Did you think that discrimination played any

1      role in the decision to deny you your full

2      professor?

3   A  Yes.

4   Q  Was that one of the reasons you filed this appeal

5      to Dr. Hollenbeck?

6   A  Yes.

7   Q  I'm going to hand you what's been marked as

8      Exhibit 18.  Have you seen this document before?

9   A  Yes.

10  Q  Is this the appeal that you submitted for your

11     denial of tenure -- excuse me -- promotion to full

12     professor?

13  A  A lot more.  I submitted this document with a

14     number of exhibits.

15  Q  Did you submit any other written documents besides

16     the exhibits and then this Document 18?

17  A  No.

18  Q  If you look at the introduction on the first page,

19     you say "I appeal the negative decision on the

20     grounds of both grossly inadequate consideration of

21     my professional competence and, 2, judgments based

22     on erroneous or misinterpreted information";

23     correct?

24  A  Yes.

25  Q  That was the basis of your appeal?

1    A   Yes.

2    Q   You previously said at this point in time you

3        thought discrimination had played a role in the

4        decision; right?

5    A   Yes.

6            MR. DOWERS:  Objection.  Asked and answered.

7    Q   Why didn't you list any discrimination concerns in

8        this written complaint?

9    A   So there's no page number, or actually --

10   Q   If you look on the bottom of the page, it starts

11       with 0442.  That's the Bates number.  You can use

12       that for reference, if you like.

13   A   Okay.  From page 448, I wrote comparison with

14       Anindya Bhadra and Raghu.  The word

15       "discrimination" is not here, but that's my

16       understanding of discrimination.

17   Q   So your comparison to your promotion application to

18       Anindya Bhadra and Raghu Pasupathy, that's what you

19       relied on to indicate you were discriminated

20       against?

21   A   Yes.

22   Q   Did you ever file any sort of complaint with Purdue

23       specifically alleging discrimination on the basis

24       of your race, sex, age, or national origin?

25   A   Not to HR.

```
 1  Q  Did you file a complaint to anyone else besides HR?
 2  A  No.
 3  Q  So back to this Exhibit 18, your request for
 4     reconsideration, you listed two grounds for your
 5     appeal.  What is the basis for your assertion that
 6     there was a grossly inadequate consideration of
 7     your professional competence?
 8  A  Page 446, Section 4, and to page 458.
 9  Q  So it appears, based on what's written on those
10     pages, you're comparing your qualifications to
11     those of two other individuals, Anindya Bhadra and
12     Raghu Pasupathy.  So you believe, by comparing your
13     qualifications to those two individuals, that is
14     evidence of grossly inadequate consideration of
15     your professional competence?
16  A  Section 4A explained my funding before the
17     comparison.
18  Q  I'm sorry.  Did you say 4B, as in boy?
19  A  4A, A as April, that explains my funding.  And
20     starting from Section 4B, B as bravo, in the
21     comparison I also explain, listed the funding, the
22     resources of -- the source of the funding, and also
23     the impact of my publications, journals' impact
24     factor, conference papers with acceptance rates,
25     citations.
```

Page 82

1  Q  So by listing that information, are you indicating

2     that the Area Committee was mistaken in their

3     assessment of your funding and publications?

4  A  Yes.

5  Q  Is anything provided in this appeal information

6     that was not provided in your initial application

7     for promotion in 2022?

8  A  No.

9  Q  So it's not like there was information that the

10     committee hadn't considered.  You're just claiming

11     they did not consider the information provided in

12     the way you would have considered it?

13         MR. DOWERS:  Objection.  Leading.

14  A  Two basis for reconsideration:  Grossly inadequate

15     consideration, judgment based on erroneous or

16     misinterpreted information.

17  Q  And what do you assert the reason for judgments

18     based on erroneous or misinterpreted information?

19     What is the basis for that assertion?

20  A  Section No. 2, Section No. 3, page 443 to 445.

21  Q  Okay.  So on page 445, No. 3, the heading says "The

22     Area Committee falsely assumed that because I

23     received a Research Refresh Award, I had reached

24     the end of my research funding."

25         And then in that first full paragraph, the

1  last sentence says "The Area Committee thus
2  mistakenly determined that this award signaled a
3  stalling and a downward trajectory to my research."
4        So I take it you disagree with the committee's
5  assessment of the Research Refresh Award?
6  A  Yes.
7  Q  And why do you disagree with their assessment?
8  A  Reading this whole appeal.
9  Q  So do you think they were mistaken in believing
10    that the Research Refresh Award signaled a downward
11    trajectory to your research?
12        MR. DOWERS:  Objection.  Asked and answered.
13  A  I do not know what's the actual discussion during
14    Area Committee meeting.
15  Q  On this page, further down, you reference various
16    individuals who you claim were promoted shortly
17    after receiving the Research Refresh Award,
18    page 445.  Do you see where I'm referencing?
19  A  Yes.
20  Q  Were any of these individuals that you listed here
21    professors in the department of statistics?
22  A  No.
23  Q  Were any of them professors in the college of
24    science?
25  A  No.

```
 1   Q   Do you know who would have been on the promotion
 2       committees for each of these individuals when they
 3       applied for promotion?
 4   A   No.
 5   Q   Were any of these individuals applying at the same
 6       time you applied in 2022?
 7   A   No.
 8   Q   Would you agree, then, that you don't know the
 9       circumstances of their promotions?
10   A   No.
11   Q   You don't know what any of the promotion committees
12       may have discussed for these individuals?
13   A   Purdue keeps its promotion process confidential.
14       No.
15   Q   So you wouldn't have known how these committees
16       would have considered the Research Refresh Awards
17       for these other individuals that you identified?
18   A   No.
19   Q   On page 447 of the same document, you reference
20       that you have received 11 grants since your
21       promotion to associate professor.  Do you see that?
22   A   Yes.
23   Q   Do you know the most recent year you would have
24       received a grant?
25   A   2020.  2020.
```

1    of the policies as well?

2         MS. SCHADE:  This is the -- I'm sorry?

3         MR. DOWERS:  This is a supplemental document

4    for the policy on academic tenure and promotion,

5    and, if offered, we certainly want to see the

6    remainder of the document, the academic tenure and

7    promotion document.

8         MS. SCHADE:  Sure.  So all of these policies

9    are available on Purdue's website and in our

10   discovery responses provided links to all of these

11   policies.

12        MR. DOWERS:  Right.  And this is the most

13   current --

14        MS. SCHADE:  Correct.

15        MR. DOWERS:  -- or as application to the case

16   here?

17        MS. SCHADE:  Correct.

18        MR. DOWERS:  Okay.  Thank you.

19   Q  I want to direct your attention back to Exhibit 18,

20      and that is your written request for

21      reconsideration of the denial of promotion.

22      Pages 448 through essentially the end of the

23      document you spend comparing your qualifications to

24      Dr. Anindya Bhadra and Raghu Pasupathy.  So how do

25      you think comparing your qualifications to these

1    other two individuals shows grossly inadequate

2    consideration of your professional competence based

3    on erroneous or misinterpreted information?

4        MR. DOWERS:  Can you restate that question,

5    Colleen.

6        MS. SCHADE:  Yes.

7  Q  How do you think comparing your qualifications to

8     those of Dr. Bhadra and Dr. Pasupathy show grossly

9     inadequate consideration of your professional

10    competence and judgments based on erroneous or

11    misinterpreted information?

12  A  I focus on funding, students, and publication.

13  Q  And how --

14  A  Impact, impact of funding, students, and

15    publication.

16  Q  But how specifically is your comparison of your

17    qualifications to those of others, how does that

18    advance your arguments that this was a grossly

19    inadequate consideration or judgments based on

20    erroneous or misinterpreted information?

21  A  Funding based on dollar amount.  Funding's impact,

22    from what I heard in the Primary Committee meeting

23    I sit in, it's the dollar amount, total dollar

24    amount.  That's the impact of funding.  And number

25    of students supervised, part of teaching and

```
 1        mentoring.  For publication, impact factor of the
 2        journals published, number of citations, that's the
 3        impact of the journal -- of the papers.
 4   Q    So you were providing information not only on your
 5        promotion application, as you just described, but
 6        also on other individuals.  So are you saying, by
 7        comparing your qualifications to those of others,
 8        you're claiming your qualifications were superior?
 9   A    Yes.
10   Q    And that's your belief; right?
11   A    That's a fact, impact of papers measured by journal
12        impact factor and citations.  And for collaborative
13        papers, the name of authors on papers that's with
14        little statistical contribution go only as
15        Anindya's paper, yes.
16   Q    Okay.  So when you say --
17   A    So I highlight the impact of papers published,
18        funding, mentoring students, yes.
19   Q    When it comes to mentoring students, are you aware
20        of any policy or procedure that says, to be granted
21        promotion to full professor, you must supervise or
22        mentor a certain amount of students?  Is there a
23        specific number?
24   A    No.  There's a section in promotion document about
25        mentoring.
```

1  Q  So all this information that you provided on

2     Dr. Bhadra, how did you obtain this information?

3  A  It's publicly available, journal impact factor,

4     citations from Google Scholar.  Journal impact

5     factor you just Google the most recent impact

6     factor.  Journals also -- some journals put impact

7     factor on its web page.

8  Q  How did you know how many students Dr. Bhadra

9     supervised?

10 A  From his CV.

11 Q  How did you obtain his CV?

12 A  His CV is on his website.

13 Q  Were you present for any of the discussions that

14    the promotion committees had regarding Dr. Bhadra's

15    application for promotion to full professor?

16 A  No.

17 Q  So I understand you contend that the journal impact

18    factor, you claim that's a fact; right?  There's a

19    number that's a fact; is that your testimony?

20 A  Yes.

21 Q  How one considers that number, though, is

22    ultimately up to one's discretion; would you agree?

23 A  No.

24        MR. DOWERS:  Objection to form.  Leading.

25 Q  When you claim that Dr. Bhadra had inferior

1    qualifications to yours, that is just your opinion;
2    correct?
3          MR. DOWERS:  Objection to form.  Leading.
4  A  No.  It's based on the facts.
5  Q  And what are the facts that you claim it's based
6    on?
7  A  Total dollar amount in funding, number of students
8    supervised, journal impact factor, citations, and
9    the large number of service papers where he made
10   little statistical contribution.
11 Q  So all those factors you just listed, are you aware
12   of any policy or document that says, to be
13   promoted, you must meet these criteria specific to
14   journal impact factors, for example?  Is there
15   anything that says you must have a journal impact
16   factor of a certain number in order to be
17   qualified?
18 A  Exhibit 19, Purdue says impact of the individual's
19   discovery activities, which you just read to me.
20 Q  So are you reading from the second page of
21   Exhibit 19, that last sentence?
22 A  Yes.
23 Q  So that says it should be on -- "the focus of
24   review should be on the impact of the individual's
25   discovery rather than the numbers of such

```
 1      activities"; correct?
 2   A  Yes.
 3   Q  It doesn't say one must have a journal impact score
 4      of a certain number; right?  It just says you need
 5      to evaluate the impact?
 6          MR. DOWERS:  Objection.  Leading.  Can you
 7      restate the question, Colleen.
 8          MS. SCHADE:  Sure.
 9   A  Yes.  Just give me time to find exhibits.
10   Q  I can go ahead and restate the question, if it
11      would be helpful.
12   A  No, no.  Exhibit 15, email from Purdue's interim
13      dean, second paragraph, "it was discussed that many
14      of the resulting publications were not in tier 1
15      journals."
16          Tier 1 journals with high impact factors,
17      that's common sense in academia.
18   Q  Okay.  But, again, it doesn't list a specific
19      number, that the individual must have a certain
20      journal impact number; correct?
21   A  No.
22   Q  When it comes to just the university's decisions on
23      promoting candidates for promotion to full
24      professor, do you know whether the university
25      compares candidates at all?
```

```
 1   A   Purdue's promotion process is confidential.  I do
 2       not know any of this information.
 3   Q   I'm going to hand you what's been marked as
 4       Exhibit 17.  Have you ever seen this policy before?
 5       It's titled "Operating Procedures for Granting
 6       Academic Tenure and Promotion."
 7   A   It's marked November 15, 2022.  I see the document
 8       before this one -- or actually this one.  I cannot
 9       recall.
10   Q   Okay.  So you previously stated, when you filed
11       your appeal, you had suspected that discrimination
12       may have been at play when it came to your
13       decision; is that correct?
14   A   Yes.
15   Q   If you go to the very last page of the document in
16       front of you, Section VII says "Established
17       Grievance Procedures."  Do you see that?
18   A   Yes.
19   Q   And then paragraph B says "Complaints of
20       discrimination may be brought forward in accordance
21       with the policy on Equal Opportunity, Equal Access
22       and Affirmative Action," and then there's a link to
23       that policy.
24           Do you see that?
25   A   Yes.
```

1  Q  Have you ever reviewed that section that I just
2     read to you prior to today?
3          MR. DOWERS:  What was your question, Colleen?
4          MS. SCHADE:  If she has ever reviewed the
5     section of this policy that talks about the
6     established grievance procedure for reporting
7     complaints of discrimination.
8  A  Yes, briefly, not in detail.
9  Q  So you were aware there were channels to report
10    complaints of discrimination?
11 A  Yes.
12 Q  And you did not submit a complaint of
13    discrimination at any time during your time at
14    Purdue?
15 A  No.
16 Q  Why not?
17 A  They already rejected my appeal, so that's one
18    internal channel.  And I do not want to exhaust all
19    the internal channels.  I don't think that's
20    useful.
21 Q  Why not?
22 A  Because that will exceed the statutory limitation
23    for filing EEOC charge.
24 Q  In your appeal you mentioned -- you never mentioned
25    the word "discrimination," right, in your appeal?

```
 1              MR. DOWERS:  Asked and answered.
 2   A  No.
 3   Q  So if there is a separate policy that's
 4      specifically designed to address concerns of
 5      discrimination, why not use that channel to submit
 6      your complaint?
 7              MR. DOWERS:  Asked and answered.
 8   A  It says "may be brought," and there's also another
 9      channel to address that concern.  It's the EEOC
10      external channel.
11   Q  So at any time prior to filing your EEOC charge,
12      had you ever raised any concerns or complaints of
13      discrimination with Purdue University?
14   A  No.
15   Q  I'm going to hand you what's been marked as
16      Exhibit 21.  Have you seen this document before?
17   A  Yes.
18   Q  This appears to be an email from Peter Hollenbeck
19      to you dated February 3, 2023, and in this letter
20      Dr. Hollenbeck tells you that he's denying your
21      appeal for reconsideration; correct?
22   A  Yes.
23   Q  And he explains in that first paragraph the three
24      issues that he assessed.  Do you agree that those
25      were the appropriate issues for him to assess?
```

1      with the policies that Purdue applies when it's

2      evaluating candidates for promotion; is that

3      correct?

4   A  I do not know the actual discussions in the

5      promotion process.  Purdue keeps it confidential.

6      I do not know what policies Purdue actually follows

7      in those -- in that whole promotion process.

8   Q  So you believe, when a committee is reviewing an

9      application for promotion, they should be comparing

10     that individual's application to other individuals

11     who are also up for promotion at the same time?

12     That's how you think it should happen, they should

13     be comparing the two applications?

14  A  I think one standard should be used for all the

15     candidates.

16  Q  And do you believe right now that the same standard

17     is not applied for all candidates?

18  A  No.

19  Q  So after you received this email from Peter

20     Hollenbeck denying your appeal, did you try to take

21     your appeal to any other sources within the

22     university or is this kind of the end of the road

23     for your appeal?

24  A  The end of internal appeal.

25  Q  And I know you've mentioned this previously, but

1    I'm going to ask you about a meeting that you said

2    you had with Lucy Flesch and Hao Zhang.  Correct?

3  A  Correct.

4  Q  You produced in your document production in this

5    lawsuit a recording that appears to be from that

6    meeting.  Does that sound familiar?  Do you think

7    you recorded that meeting?

8  A  Yes.

9  Q  And the title on that recording that you produced

10    says the meeting occurred on January 18, 2023.

11    Does that sound about right?

12  A  Right now, yes.

13  Q  Okay.  So why did you speak with Lucy Flesch and

14    Hao Zhang during this -- on January 18, 2023?  Did

15    you initiate that meeting?

16  A  No.

17  Q  They initiated it?

18  A  Yes.

19  Q  Do you recall the purpose of that meeting?

20  A  So after interim dean sent me that email, he

21    emailed Lucy and me to set up a meeting between me

22    and Lucy so Lucy will -- Lucy is in the Area

23    Committee meeting.  She will give me feedback about

24    the meeting.

25  Q  So the purpose of the meeting was to discuss the

1    meet the criteria to be promoted from associate to
2    full professor, you need to demonstrate your
3    momentum in research is strong?  Does that sound
4    familiar?
5  A  That was a long meeting and a while back, but
6    upward trajectory, trajectory is a word used
7    repeatedly.
8  Q  You recall them talking about trajectory of your
9    research?
10 A  Yes.
11 Q  Do you recall Lucy saying that the Research Refresh
12   Award is meant to help people create momentum and
13   trajectory in their research, upward trajectory in
14   their research?
15 A  What I can recall is Lucy believes Research Refresh
16   means not on the upward trajectory.
17 Q  Okay.  Do you recall Hao saying that, when one
18   applies for the Research Refresh Award, you are
19   admitting that you've fallen behind in research?
20   Do you recall him saying that?
21 A  Even if you are not.
22 Q  Even if you're not, but it may be interpreted to
23   some that it looks like you're falling behind, do
24   you recall Hao saying that?
25 A  Yes.

```
 1      that played into the decision-making process other

 2      than your qualifications; is that what you're

 3      saying?

 4   A  Yes.

 5   Q  And prior to that meeting you didn't think that was

 6      the case?

 7   A  Before I enter that meeting, I make no assumptions.

 8   Q  Do you recall you also produced a recording of a

 9      conversation with the interim head?

10   A  Yes.

11   Q  And in the recording that you produced, it is dated

12      April 5, 2023.  Do you think that's the correct

13      date?

14   A  Yes.

15   Q  And in that recording it's a conversation with you

16      and the interim head.  Who is the interim head?

17   A  Dan.

18   Q  Is that Daniel Cziczo?

19   A  Yes.

20   Q  C-z-i-c-z-o, that's his last name?

21   A  Yeah.  I don't really remember the spelling, but

22      yes.

23   Q  Sure.  What was the purpose of this meeting?

24   A  Annual review.

25   Q  Annual review.  Okay.  And did you tell Dan you
```

1          were recording this conversation?

2   A   No.

3   Q   Why did you record the conversation?

4   A   I want to understand what he's going to talk about.

5   Q   And after the conversation, did you share that

6          recording with anyone?

7   A   My attorney.

8   Q   Anyone else?

9   A   No.

10  Q   So the purpose of this meeting was your annual

11         review.  Dan was the interim head, so was he not

12         the head of statistics at the time you applied for

13         promotion in 2022?

14  A   No.

15  Q   Who was the head of statistics in 2022 when you

16         applied?

17  A   Dennis Lin.

18  Q   Dennis Lin.  Okay.  Do you recall when Dan became

19         the interim head?

20  A   A few weeks after Dennis Lin stepped down.

21  Q   And do you know what department Daniel came from?

22  A   EAPS.

23  Q   What does that stand for?

24  A   I do not -- earth, atmospheric science.

25  Q   So he wasn't from statistics; right?  He was from a

1    different department?

2  A  No.

3  Q  No, he was not from a different department?

4  A  He is from EAPS.

5  Q  Understood.  And you think that stands for

6     something like earth and atmospheric?

7  A  (Witness nods head.)

8  Q  Okay.  During this meeting with Dan, did you

9     discuss your application for promotion to full

10    professor in 2022?

11 A  He was talking.  He was talking about my

12    application.

13 Q  So it was a topic of conversation?

14 A  He started it, I think.

15 Q  Okay.  And at any point during this conversation

16    did you raise any concerns about a characteristic

17    other than your qualifications playing a role in

18    the decision-making process; so anything like your

19    race, sex, national origin, age playing a role?

20 A  I thanked him for sending me that message about

21    Research Refresh Award.

22 Q  What message about Research Refresh?

23 A  I said before.  So before this meeting between Dan

24    and me, Dan asked a colleague to pass me a message,

25    and this message is the next time I need to be

1   careful about how I present the Research Refresh

2   Award at the Area Committee meeting.  So when I

3   meet Dan, I thanked him for sending me that

4   message.

5  Q  And did he explain what he meant by you need to be

6     careful how you present it, how you present the

7     Research Refresh Award?

8  A  No.

9  Q  What did you interpret that to mean?

10  A  I will not speculate on that.

11         MR. DOWERS:  Objection.  Asked and answered.

12  Q  I'm going to ask this question again because you

13     did not answer it the first time.  Did you raise

14     any concerns about your race, sex, age, or national

15     origin playing a role in the decision to deny you

16     full professor during this meeting with Dan on

17     April 5th?

18  A  No.

19  Q  Why didn't you raise any of those concerns during

20     that meeting with Dan?

21  A  Because he started talking and he said something

22     like if he was in my situation, he would give up.

23  Q  What did you interpret that to mean, give up?  Give

24     up what?

25  A  Give up on promotion.

 1  Q  Okay.  Do you remember them specifically discussing
 2     your promotion in 2022 at all during this meeting?
 3  A  No.
 4  Q  Okay.  I'm going to hand you what's been marked as
 5     Exhibit -- I'm sorry.  You already have it,
 6     Exhibit 2.  We're going to go back to Exhibit 2,
 7     which is the EEOC charge.
 8  A  Yes.
 9  Q  Okay.  What made you ultimately decide to file an
10     EEOC charge against Purdue related to your denial
11     of promotion to full professor in 2022?
12  A  Could you clarify the question.
13  Q  Sure.  You filed this EEOC charge on April 14,
14     2023; correct?  That's the date on the bottom
15     left-hand corner?
16  A  Yes.
17  Q  And you mentioned, when you met with Hao and Lucy
18     back in January of 2023, that's when you decided
19     you had some concerns, so there's a couple-month
20     gap there.  I'm wondering what made you finally
21     decide to file a charge of discrimination come
22     April 2023?
23  A  My appeal was rejected very quickly.  So I wondered
24     whether they give any sufficient consideration for
25     my appeal internally.  I want to find out if

1              (Recess taken.)

2              THE VIDEOGRAPHER:  It is 2:16 and we are back

3       on the record.

4    BY MS. SCHADE:

5    Q  Bowei, just a reminder you're still under oath.

6    A  Yes.

7    Q  So I want to talk through your EEOC charge, which

8       is Exhibit 2.  Did you file this with the

9       assistance of counsel?

10   A  Yes.

11   Q  And you see in the middle there's a box that says

12      "Discrimination Based On" and you check the boxes

13      that you claim discrimination on.  Do you see that?

14   A  Yes.

15   Q  Okay.  And then you checked race, age, sex, and

16      national origin; correct?

17   A  Yes.

18   Q  So you're claiming discrimination based on those

19      characteristics?

20   A  Yes.

21   Q  You did not check the box for retaliation; correct?

22   A  Not at that time.

23   Q  And there's no allegations in the complaint about

24      retaliation; correct?  I'm sorry.  The EEOC charge.

25   A  Not at that time.

1    you're referencing, his promotion?

2  A  Yes.

3  Q  You also reference Dr. Bhadra's a male of Indian

4     descent.  Do you think his race or national origin

5     played any role in Purdue's decision to promote

6     Dr. Bhadra?

7  A  Yes.

8  Q  In what way?

9  A  More favorably.

10 Q  So do you think Purdue treats those of Indian

11    descent more favorably than other races or national

12    origin?

13 A  My department's representatives to the Area

14    Committee right now are both Indian male

15    professors, Anindya Bhadra and Raghu.  It's a

16    feeling the college likes Indian over Chinese.  So

17    even going into the college meeting right now, my

18    department decide to have two Indian

19    representatives instead of American or Chinese.

20 Q  So your contention is the college of science

21    prefers those of Indian descent over Chinese or

22    American because Dr. Bhadra and Dr. Pasupathy were

23    both promoted?

24 A  No one say it aloud, but that's the general

25    feeling.  So my department even change their

1    representatives to the Area Committee meeting to
2    Anindya.  So right now it's Anindya and Raghu.
3  Q  They are the representatives to the Area Committee?
4  A  Yes.
5  Q  And so based on that, that they are the
6    representatives, and the fact that they were both
7    promoted, that's what contributes to your feeling
8    that Purdue favors those of Indian descent over
9    other races and nationalities; is that correct?
10 A  Over American and Chinese.
11 Q  Over American and Chinese?
12 A  Even over white males, yes.
13 Q  Do you believe that Purdue prefers those of Indian
14    descent over any other races or nationalities
15    besides American and Chinese?
16 A  We most today just have Indian, American, and
17    Chinese, so we don't --
18 Q  Are you talking about just the statistics
19    department?
20 A  Well, by American I mean white male or white
21    females, so we don't really ask, you know, what's
22    your nationality.  But you see these white males,
23    white female professors, and I think Indian
24    professors somehow rank over even white male or
25    white female professors and Chinese.  No one say it

```
 1        aloud, but that's the general feeling.
 2   Q    That's just your general feeling?
 3   A    Uh-huh.
 4   Q    Have you spoken with anyone else at Purdue that
 5        shares that same feeling?
 6   A    No.  We do not say this.  We do not discuss any
 7        such issues in workplace.
 8   Q    Okay.  Then if you go to the next page of your EEOC
 9        charge, you also talk about Purdue promoting
10        another male in 2022, Raghu Pasupathy, a male of
11        Indian descent.  Do you see that?
12   A    Yes.
13   Q    Do you know when Raghu was promoted to full
14        professor, what year?
15   A    One year before me, so 2021.
16   Q    Okay.  So he would not have been subject to the
17        same committee that reviewed you in 2022?
18   A    There's overlap of representatives to the Area
19        Committee for two or three years.  I need to see
20        the policy, but they were still on there not just
21        one year, so there will be overlap.
22   Q    So there's some overlap, but the entire committee
23        wouldn't be the same?
24   A    No.  Some new members.
25   Q    Okay.  And, again, you weren't present for any of
```

Page 132

1   Q   Do you think there are other factors?

2   A   Sex, age, national origin.

3   Q   Okay.  Besides those factors -- sex, race, national

4       origin -- do you think there was any other reasons

5       that Purdue did not promote you to full professor?

6   A   No.

7   Q   You think it was just because of those factors,

8       your sex, your race, your age, and your national

9       origin?

10  A   Yes.

11  Q   Did anyone at Purdue ever make any comments to you

12      about your race at any point in your career there?

13  A   Not specifically to me, but Hao Zhang sent several

14      emails when he was department head.  He said do not

15      speak Chinese while in the department, something

16      like people will find it annoying.

17  Q   Do you know what Hao Zhang's race is?

18  A   He is also Chinese originally from China.

19  Q   So other than the email that you claim Hao sent

20      about not speaking Chinese, are there any other

21      instances you can recall of anyone at Purdue

22      speaking about your race or, I guess, other people

23      from China, their race?

24  A   Hao Zhang sent several emails to the entire

25      department, faculty and students, but no.

1     just discuss as it relates to your race that you

2     claim support your allegation that your national

3     origin played a role in the decision-making

4     process?

5 A  No additional information.

6 Q  Did anyone at Purdue ever make comments about your

7     national origin?

8 A  What do you mean?  Comments, what do you mean by

9     "comments"?

10 Q  Did anyone at Purdue ever say anything to you

11     related to your national origin?

12 A  People talking about visiting China, a trip to

13     China, yeah.

14 Q  Were any of those comments -- did you perceive any

15     of those comments to be negative?

16 A  People talking to me, just chatting, some usually

17     those are my friends.  No.

18 Q  So they weren't negative in nature?

19 A  No.

20 Q  During your time at Purdue, do you feel like anyone

21     treated you differently because of your national

22     origin?

23 A  This promotion.

24 Q  Because you didn't receive the promotion, you think

25     your national origin came into play?

1     documents mention the fact that you had young kids

2     and that was the reason you applied for the

3     Research Refresh Award; right?  It was just a

4     mention of the Research Refresh Award more broadly?

5 A  Its program description says this is a competitive,

6     campus-wide award, so I put it under award.  I

7     think I'm growing my résumé.

8 Q  Right.  And the documentation, for example, the

9     letter from Jean Chmielewski, I think is how you

10    say her last name, she mentioned the committee

11    discussed the Research Refresh Award.  That's all

12    she said.  She doesn't say they referenced the

13    Research Refresh Award and the fact that you got

14    the Research Refresh Award because you were caring

15    for kids; right?  The focus was only on the

16    Research Refresh Award?

17 A  I do not know the discussion.

18 Q  Okay.  But at least in none of the documentation or

19    conversations that you received was Research

20    Refresh Award tied to the fact that you had young

21    kids?

22        MR. DOWERS:  Can you restate the question.

23        MS. SCHADE:  Sure.

24 Q  In any of the documentation that you received as

25    feedback for the reasoning of the decisions, there

```
 1        was no discussion of you having young kids being a
 2        reason that you applied for the Research Refresh
 3        Award; correct?
 4   A    No.
 5   Q    Okay.  At any time in your tenure at Purdue, did
 6        anyone make any comments to you about your sex in a
 7        negative way?
 8   A    Bill Cleveland.
 9   Q    And was that the comment in 2017?
10   A    Yes.
11   Q    He made a comment about your pregnancy; correct?
12   A    Yes.
13   Q    Anything besides that?
14   A    Bill Cleveland was on the Area Committee recently.
15   Q    Was he on the -- do you know if he was on the
16        committee when you applied in 2022?
17   A    Not 2022 but in recent years.
18   Q    Okay.  So he would not have been a part of that
19        vote then when you applied in 2022, Bill?
20   A    No.
21   Q    And you never reported that comment, right, to
22        anyone at Purdue about your pregnancy?
23   A    Bill Cleveland's comment, no.
24   Q    Right.  You never complained or anything like that?
25   A    I was shocked.  I had my daughter a few days later.
```

```
 1        Just I have to work on my daughter.
 2   Q    Okay.  Besides that comment in 2017, is there
 3        anything else you can think of where anyone at
 4        Purdue made comments about your sex or jokes about
 5        your sex in a negative manner?
 6   A    Not what I can recall right now.
 7   Q    Okay.  So is there any reason to think that the
 8        Area Committee favored males over females when it
 9        came to the 2022 promotions?
10   A    Bill Cleveland's words explain.
11   Q    But he wasn't on that committee in '22; right?
12   A    That's a good reason.  I have young kids.  If I
13        were to be promoted, some people believe I would
14        stop working.
15   Q    And who would believe you would stop working?
16   A    Bill Cleveland is the only one said it to my face.
17   Q    But you believe others have the same sentiment?
18   A    I do not know what actually happened during those
19        discussions, but I start to wonder what actually
20        being discussed.
21   Q    So no one has directly said to you, other than Bill
22        Cleveland, that they think the fact you have kids
23        may impact your ability to continue to work;
24        correct?
25   A    No, not directly.
```

1   culture.

2 Q  Okay.  Are you aware of anything in any policy or

3   procedure, though, that says length of tenure is a

4   consideration when it comes to granting promotion?

5 A  I cannot recall the exact words in those policies.

6   That's a huge file.

7 Q  Sure.  I think you already have this, Exhibit 19.

8   I want to go back to that one really quick.  The

9   document is titled "Criteria for Tenure and

10   Promotion for the West Lafayette Campus."  Do you

11   have that document in front of you?

12 A  Yes.

13 Q  If you go to the second page and then it's

14   paragraph D, D as in delta, that section starts

15   saying "Length of service in rank by itself should

16   not ensure promotion or cause denial of promotion."

17       Do you see that?

18 A  Yes.

19 Q  So you agree, based at least on the language in

20   this policy, that length of tenure alone is not a

21   consideration for promotion?

22 A  Yes.

23 Q  Okay.  I'm going to go back to the complaint,

24   Exhibit 1.  Paragraph 16, you mention Dr. Raghu

25   Pasupathy again.  You also -- excuse me.

```
 1       support that allegation?
 2   A   So I recently noticed Raghu's paper, large number
 3       of his paper is concentrated in one conference, and
 4       that conference almost any paper can get in, so the
 5       impact of a conference paper, citation, acceptance
 6       rate.  And you can easily Google the acceptance
 7       rate of that conference.  It's well-known in
 8       academia in our area.  You can -- almost any paper
 9       can get into that conference, and he has a large
10       concentration of papers in that conference.  It's
11       very obvious from his CV.
12   Q   Okay.  Anything else that you're aware of to
13       support your contentions in paragraph 16?
14   A   Not what I can recall right now.
15   Q   Okay.  Did you list these allegations about
16       Dr. Bhadra and Dr. Pasupathy in the complaint as
17       evidence that you were discriminated against?
18   A   Yes.
19   Q   Dr. Pasupathy did not apply the same year as you,
20       though; right?  It was the year prior?
21   A   Yes, one year before me.
22   Q   In paragraph 17, you talk about applying for the
23       Research Refresh Award due to uniquely female
24       health conditions arising from your pregnancy and
25       familial responsibilities.  What are the uniquely
```

1    female health conditions that you're referring to

2    there?

3  A  I was pregnant with -- at an advanced age, so when

4    getting to, you know, the final trimester, well,

5    they check on me and the baby every week to see if

6    everything is okay.

7  Q  So did you have complications related to your

8    pregnancy?

9  A  Yes.  The child was born -- it's a small child,

10    prematurely.

11  Q  Okay.  And then in paragraph 18, you say "Defendant

12    assumed that Xi was and/or would be less effective

13    at her job because she is a woman with familial

14    obligations when it denied her promotion case."

15      I know we've already talked about the comments

16    that you claim Bill Cleveland made.  That was back

17    in 2017, though; right?  Are there any other facts

18    that we haven't discussed today that you claim

19    would support this allegation that Purdue would

20    believe you would be less effective at your job?

21  A  Not what I can recall right now.

22  Q  So it's just those comments that Bill Cleveland

23    made?

24  A  And later he was on Area Committee.

25  Q  But not your Area Committee, right, in 2022?

| | | |
|---|---|---|
| 1 | A | Not 2022.  But 2020, my second application, I'm not |
| 2 | | sure.  I need to check the years.  I do not recall |
| 3 | | exactly which year he was on Area Committee. |
| 4 | Q | And this complaint, though, does not -- does not |
| 5 | | contest the 2020 decision; right?  That's not the |
| 6 | | subject of this complaint; right? |
| 7 | A | No. |
| 8 | Q | Just the 2022 decision? |
| 9 | A | Yes. |
| 10 | Q | Okay.  Paragraph 19, you state that "other Research |
| 11 | | Refresh Award recipients who were male, |
| 12 | | substantially younger, not Asian, and/or who were |
| 13 | | not born in China were granted promotion to full |
| 14 | | professor." |
| 15 | | Who are the individuals that you're |
| 16 | | referencing there? |
| 17 | A | So before I applied for Research Refresh Award, I |
| 18 | | searched what happened to the previous recipients. |
| 19 | | I saw someone was quickly promoted to assistant |
| 20 | | dean, so -- |
| 21 | Q | Do you know who that was? |
| 22 | A | In the appeal, in the appeal there's -- some of the |
| 23 | | exhibits the name was written down in the appeal. |
| 24 | Q | Sure.  So I know we talked about those individuals |
| 25 | | that you listed in the appeal, and none of them |

1   A   Yes.

2   Q   Okay.  In paragraph 20, you claim that you engaged

3       in protected activity under, I believe it should

4       say, Title VII when you complained of

5       discrimination in your written request for

6       reconsideration submitted to the respondent's vice

7       provost for faculty affairs.  Do you see that?

8           What is this complaint of discrimination that

9       you're referencing in paragraph 20?

10  A   The different treatments they give to Anindya and

11      Raghu.

12  Q   Right.  But you said you complained of

13      discrimination, so did you submit a complaint?  I'm

14      trying to figure out what the protected activity

15      you claim you participated in is.

16  A   So in comparison, I complain about the treatment

17      they give to Anindya and Raghu.

18  Q   And when did you complain about that comparison?

19  A   It's just the comparison.  It's not --

20  Q   Is that your request -- or sorry -- written request

21      for reconsideration?  Is that what you're

22      referencing?

23  A   Yes, yeah.

24  Q   Okay.  So you're claiming that, by submitting that

25      request for reconsideration, that was a complaint

```
 1       of discrimination?
 2    A  I complained about the different treatments given
 3       to those two individuals.
 4    Q  Okay.  And then -- understand that's what you put
 5       in the complaint, but do you claim that that was a
 6       complaint of discrimination in just a broader
 7       sense?
 8    A  Broader sense.
 9    Q  Okay.  Even though the request for reconsideration,
10       you never used the term "discrimination" or
11       anything like that; right?
12    A  Not the actual word "discrimination."
13    Q  And then in the appeal, I know you never reference
14       the word "discrimination," but you also never
15       reference anything about your age or your national
16       origin or your sex; is that right?
17    A  Yes, not the exact word "sex."
18    Q  Okay.  And then, in paragraph 21, you say
19       "Respondent retaliated against Xi for engaging in
20       protected activity by refusing to permit Xi to
21       reapply for full professor within a reasonable
22       amount of time."
23            So what is the protected activity that you
24       claim you participated in?  Is that the written
25       request for reconsideration that you submitted to
```

1    the provost?

2  A  Yes.

3  Q  Okay. What do you mean that Purdue did not allow

4    you to reapply for full professor within a

5    reasonable amount of time?

6  A  So in spring, the following spring, before I meet

7    interim department head, Dan, I asked if I can

8    apply in that cycle. And in the meeting, up front,

9    I said about his message before, right, if he was

10    in my situation, he would give up.

11  Q  Okay. So did he ever tell you specifically you

12    could not reapply again in the future?

13  A  As I recall, that's his words, if he was in my

14    situation, he would give up, or very similar to his

15    original words. In your statement, no, not exactly

16    as you said.

17  Q  So he never told you you could not apply, as a

18    matter of fact; right?

19  A  Shall I say this is just how you phrase the

20    message. He already said if he was in my

21    situation, he would give up. Does he need to say

22    you never can apply again?

23  Q  That's what I'm asking. Did he ever say that?

24  A  No.

25  Q  Okay. What do you claim to be a reasonable amount

```
 1        of time to reapply for full professor?

 2    A   I asked him to be considered in the next cycle.

 3    Q   And what did he say?

 4    A   He sent me an email, then in the meeting -- I

 5        already said this several times -- if he was in my

 6        situation, he would give up.

 7    Q   Do you know if there's any policy, like Purdue

 8        policy, that states how soon an individual can

 9        reapply after they've been denied promotion?

10    A   The college of science promotion guidelines

11        mentions, if a case has letter collected in the

12        previous year, how they should handle letters in

13        the next cycle.  So I would say that means wait

14        until the next cycle is a reasonable amount of

15        time.

16    Q   The next cycle, so would that be the next year?

17    A   So my case was voted in 2022, December 2022.

18        That's 2022 to 2023 academic year.

19    Q   Right.

20    A   Next cycle is -- no, this is 20- -- yeah, next

21        cycle is 2023 to 2024 academic year.

22    Q   So that's the next cycle you believed you should

23        have been allowed to apply?

24    A   We can check the college of science promotion

25        guidelines.  There is some writing, a page like
```

1      that, a page explaining the situation.

2  Q  So why do you think that the comments that Dan made

3      about reapplying, why do you think that was

4      retaliation for you submitting this appeal for your

5      denial of tenure -- sorry -- of promotion?  What's

6      the connection between the two?

7  A  In that meeting, Dan told me, when I asked him

8      about reapplying, he first checked with the college

9      and then sent me his message, sent me his email,

10     tell me things.  So, I mean, that's a meeting

11     20 minutes, 30 minutes.  I cannot recall the exact

12     words.  But Dan clearly said he first checked with

13     the college.

14  Q  Okay.  So Dan checked with the college and they

15     said you could not reapply the next cycle?

16  A  I will not speculate what he doesn't say.

17  Q  Okay.  So I'm just trying to figure out, were you

18     prohibited from applying the next cycle or was it

19     your choice not to apply the next cycle?

20  A  In his email, he told me not to apply.

21  Q  And what about him telling you not to apply do you

22     think is related to your appeal?  How are those two

23     things connected?

24  A  I think in the appeal process in the policy, vice

25     provost, the dean, and some other people will be

1    consulted, talk together.  And then when I

2    reapply -- I'll say this way:  So when people apply

3    for promotion, the first step is the department's

4    decision, and at that step, the department, in all

5    those years, does not need to talk to college.

6        So when I initiate this discussion, I want to

7    reapply, it should be the department's own

8    discussion, own decision, and it really shouldn't

9    involve the college or the dean's office.

10  Q  So do you think, in this instance, Dan asked the

11     college and he should not have asked the college?

12     Is that what you're saying?

13  A  I think for all other cases, at that stage, the

14     departments should not talk to the college.

15  Q  Okay.  So you think it should have been the

16     department's decision whether you could have

17     reapplied in the 2023-2024 cycle?

18  A  It has always been the process, been this process,

19     for all the cases except me.

20  Q  What other cases are you aware of where the college

21     was not consulted prior to allowing an individual

22     to reapply?

23  A  It has always been the department Primary Committee

24     meeting will discuss the case and tell you whether

25     you can apply or not, has always been.  I have been

1      at Purdue since 2004.

2   Q  Okay.  So you're claiming that they changed the

3      process solely as it relates to you?

4   A  Only me.

5   Q  Only you.  Okay.  You're not aware of anyone else

6      who may have applied where the college was

7      consulted?

8   A  No, not in such an early stage.

9   Q  Okay.  And I'm sorry.  That was Dan's decision to

10     consult with the college?

11  A  I will not speculate on that.

12  Q  Okay.  But he told you he consulted with the

13     college; right?

14  A  Yes.

15  Q  And he was serving as the interim head at the time,

16     and he was from, I believe you said, like the earth

17     sciences department or something like that?

18  A  EAPS, yes.

19  Q  Okay.  So he wasn't really familiar with the

20     department of statistics processes then; right?

21  A  Right.

22  Q  I'm going to hand you what's been marked as

23     Exhibit 22.  Bowei, these are the documents that

24     you produced in response to Purdue's discovery

25     request.  If you flip to the second-to-last page of

 1   A   That was not considered a disadvantage.  So the
 2       policy section you read was considered advantage to
 3       help your case to be considered in consecutive
 4       years.
 5   Q   That's your interpretation of the policy; right?
 6       It never says anywhere in the policy this is an
 7       advantage?
 8   A   No.  But I did went through this twice previously,
 9       and the policy that allows you to use the letter in
10       the next year is actually considered advantage.
11   Q   But it's possible that someone else could interpret
12       that policy as being a disadvantage; right?
13       Because if you went up for promotion and were
14       denied, isn't it possible that your letters
15       wouldn't be beneficial for the next year since you
16       were just denied?
17           MR. DOWERS:  Are you asking a question?
18           MS. SCHADE:  Yes.
19   Q   It's possible that people could perceive this
20       24-month life cycle of the policy as a
21       disadvantage; would you agree?
22   A   No.
23           MR. DOWERS:  Objection.  Leading.
24   A   No.  Depends on what actually written in the
25       letters.  If a bad letter runs in consecutive

```
 1        years, that hurts.
 2   Q    Right.
 3   A    If you have good letters, strong in consecutive
 4        years, that helps.  So depends on the actual
 5        letters.
 6   Q    Right.  So you just said by your own words, it
 7        could hurt, right, if you have to use the same
 8        letters that were bad from the year prior?
 9   A    Yes.  But depends on what's actually in my 2022
10        letters.
11   Q    And in this email from Dan, he says his opinion
12        that it would be really difficult to run it the
13        next year because you have to use your letters from
14        the prior year; right?  But he would be open to
15        discussing the implications regarding 2023.  So at
16        least based on this email, he wasn't foreclosing
17        the possibility of you running again in '23; he was
18        just advising it may be difficult.
19             MR. DOWERS:  Are you asking a question?
20   Q    Would you agree?
21   A    No.  I have a one-on-one meeting with him a few
22        days after this email.
23   Q    Right.  And --
24   A    And he explained he checked with the college first,
25        was he in my situation, he would give up.
```

Page 173

```
 1   Q   And in that meeting, I think you said earlier, you
 2       don't recall if you discussed this 24-month life
 3       cycle.  Is that correct?  You don't remember if you
 4       had any more discussions specifically as it relates
 5       to the letters?
 6   A   He may mention it but not making any
 7       clarifications, explanations.
 8   Q   And that meeting's recorded; right?  You recorded
 9       that?
10   A   Yes.
11   Q   So whatever was said in that meeting would be on
12       that recording; right?
13   A   Yes.
14   Q   Okay.  And then I just want to confirm, so you
15       mentioned this email and your response to No. 7,
16       then you also reference the provost's office memo
17       aka email in May of 2023.  What is that email that
18       you're referencing?  Is that on page 536?
19   A   Yes.
20   Q   And what about that email do you claim supports
21       your claim for retaliation?
22   A   Number 2, "a potential change from having each
23       department head on committee."
24           Previously, department head must always sit in
25       Area Committee.
```

1    Q   And so what about the change in this policy do you

2        claim is retaliation specifically as it relates to

3        your ability to reapply?

4    A   This is a second email.  There's also a first

5        email.  The first email, you don't have it in here.

6    Q   Now, these are all the documents you provided in

7        response to Request No. 7, so if there's another

8        document, this would have been what you provided.

9        If there's something else, then you would need to

10       provide that.

11           MR. DOWERS:  I will look and see if there's

12       something else.

13           MS. SCHADE:  Okay.

14   A   I just remember provost memo mentioned the letter

15       writers must be -- well, let's try to -- page 0532,

16       per provost's April 2023 memo, highlighted in red,

17       "Bearing in mind the goal always of obtaining

18       arms-length objective assessments from demonstrably

19       leading scholars, deans will explicitly review and

20       sign off on all letter-writers in advance of

21       letters being solicited."

22           So, so many years as I have been at Purdue,

23       every department charged for selecting letter

24       writers, departments in different areas.  This is

25       the first time letter writers must be approved by

1    the dean.

2  Q  Okay.  So this was a change in policy for the

3     entire --

4  A  Campus.

5  Q  -- college of science?

6  A  Campus.

7  Q  Campus, campus.

8  A  It's provost memo for the entire campus.

9  Q  I understand.  Okay.  So are you claiming that a

10    campus-wide change was instituted in retaliation

11    for you submitting a complaint of discrimination?

12 A  Yes.  Patrick Wolfe was dean by that time in

13    April 2023.  For that memo, he is currently

14    provost.

15 Q  So you're claiming the campus-wide change that the

16    provost instituted was instituted solely in

17    retaliation for your actions?

18       MR. DOWERS:  Asked and answered.

19 A  In his provost memo -- Patrick Wolfe becomes

20    provost.  In his provost memo, No. 2, a potential

21    change from having each department head on

22    committee.  So previously department head must sit

23    on the committee.  Now they can be replaced by some

24    people.

25 Q  Okay.  So I understand --

```
 1   A   So together, together campus-wide provost memo
 2       retaliated against my department and me.
 3   Q   But you would agree, though, this change doesn't
 4       affect just you; right?  It would affect the entire
 5       campus?
 6   A   Triggered by me.
 7   Q   And why do you think it was triggered by you?
 8   A   Well, because replacing department head on the
 9       committee, Dennis Lin stepped down in support of my
10       case.
11   Q   But if this is a campus-wide change, there's other
12       departments; right?
13   A   Yes.  But me included and Dennis Lin.
14   Q   So you think the fact that Dennis Lin stepped down
15       as department head is what triggered the change to
16       this specific policy?
17   A   Yes.
18   Q   And how does this change in policy affect your
19       ability to reapply for full professor within what
20       you consider to be a reasonable time?
21   A   In that email from Dan did not allow me to reapply.
22   Q   In what email?
23   A   The email you just referred to, page 0538.
24   Q   Okay.  The email from Dan?
25   A   Yes.
```

1  Q  And --

2  A  And also in his meeting.

3  Q  So do you claim he did not allow you to reapply

4     because this new policy is in effect?

5  A  Because he checked with the college.

6  Q  So what is the relationship between this policy and

7     Dan telling you you couldn't reapply?

8  A  I do not know.  I did not see their communications.

9  Q  And you did not claim retaliation in your EEOC

10    charge; correct?  You can refer back.  It's

11    Exhibit 2, I believe.

12 A  No.

13 Q  Okay.

14 A  I didn't check retaliation box.

15 Q  Okay.  Is there a reason you didn't claim

16    retaliation in your EEOC charge?

17 A  My attorney assisted me in making that form.

18 Q  The basis of your retaliation claims are

19    essentially you were not allowed to reapply within

20    a reasonable time.  When were you given this

21    ultimate decision of when you were allowed to

22    reapply?

23 A  Could you provide more clarification.  This doesn't

24    seem to be consistent statements.

25 Q  Sure.  So I believe you had a meeting with Dan,

1    right, in April, and that's the video you provided

2    a recording of; right?  I believe the date was

3    April 5th.  And in that discussion you talked about

4    your ability to reapply; right?  And that's when he

5    said -- or you claim he said, if I were you, I

6    would give up; right?

7  A  Yeah.

8  Q  And that's part of the basis of your retaliation

9    claim; right?

10 A  Uh-huh.

11 Q  He essentially, you claim, dissuaded you from

12   reapplying.  So you would have known about that at

13   the time you filed the EEOC charge; right?  Those

14   facts had already happened, is what I'm trying to

15   ask.

16 A  Yes.

17 Q  Okay.  So did you ultimately just accept that you

18   were not going to reapply in the 2023-2024 school

19   year?

20 A  Yes.

21 Q  But you have subsequently reapplied, right, for

22   promotion to full professor?

23 A  Yes.

24 Q  I'm going to direct your attention back to

25   Exhibit 1, which is the complaint, and specifically

1    support your allegations here?

2  A  Yes.

3  Q  Okay.  Are you aware if any professors who were

4    born in China in the department of statistics have

5    been promoted to full professor?

6  A  What -- well, not this year, not with me.

7  Q  In the last five years, are you aware of any?

8  A  Yes.

9  Q  Who?

10  A  Dabao.

11  Q  Dabao Zhang?

12  A  Yes.

13  Q  Was he 2020?

14  A  If you have the record, but indeed before Tony and

15    me.

16  Q  Sound right?

17  A  Yeah.

18  Q  So you acknowledge at least some professors in the

19    department of statistics who were born in China

20    have been promoted to full professor; right?

21  A  Yes.

22  Q  Count V, retaliation, have we addressed all the

23    facts that you claim support your retaliation

24    claim?

25  A  Yes.

1  Q  Was that a no?  I'm sorry.

2  A  No.

3  Q  Okay.  Thank you.

4        You're still employed at Purdue; correct?

5  A  Yes.

6  Q  Okay.  Do you have a contract with Purdue?

7  A  No.

8  Q  When -- or sorry.  Have you reapplied for promotion

9     to full professor since your last denial in 2022?

10  A  Yes.

11  Q  When did you apply again?

12  A  So I asked interim head then.  That's spring 2023.

13     Then I asked my department this spring, spring

14     2024.

15  Q  So you just applied again in the spring of 2024?

16  A  Yes.

17  Q  And is that application still working its way

18     through the process?

19  A  No.

20  Q  Have you received the results of that application?

21  A  Dean Lucy Flesch, Department Head Xiao called a

22     meeting.  So during the meeting, Dean Lucy Flesch

23     said no.

24  Q  Said no so she denied your application?

25  A  Yes.

```
 1   A   No.

 2   Q   Let me break that up.  Have you appealed the

 3       decision?

 4   A   No.

 5   Q   Do you plan on appealing the decision?

 6   A   No.

 7   Q   Do you plan to stay at Purdue in your current job?

 8   A   Yes.

 9   Q   Do you like your current job at Purdue as an

10       associate professor?

11   A   I do not have the energy to move.

12   Q   To move, is that what you said?

13   A   Yes.

14   Q   Okay.  So do you like your job, yes or no?

15           MR. DOWERS:  Objection.  Relevance.

16           THE WITNESS:  Can I answer?

17           MS. SCHADE:  Yes, please.

18   A   I love teaching.  I love doing research.  Not

19       Purdue.

20   Q   Not Purdue?

21   A   I don't have the energy to move.  I love my job.  I

22       do not like how Purdue treated me.

23   Q   And do you believe that -- this most recent

24       application process, do you believe that your race,

25       sex, age, or national origin played a role in that
```

1    decision?

2  A  The college, the dean, directly make the decision

3     so early at the stage of the promotion process,

4     something is a factor behind that.

5  Q  Do you know if your application this most recent

6     time, did it make it to the Area Committee?  Do you

7     know that?

8  A  It did not even move to the Primary Committee vote.

9  Q  Okay.  So it wasn't even advanced to the Primary

10     Committee; is that what you're saying?

11  A  Yes.

12  Q  So in your understanding, who would have made the

13     decision to not advance it to the Primary

14     Committee?

15  A  This time it's the dean.

16  Q  The dean.  Is that Lucy Flesch?

17  A  Yes.

18  Q  Have you filed, to date, any sort of complaint with

19     Purdue related to this most recent application?

20         MR. DOWERS:  Objection to relevance.

21  A  No.

22  Q  I'm going to direct your attention back to

23     Exhibit 5, your initial disclosures.  So on page 1,

24     you're asked to identify individuals that may have

25     discoverable information.  So what I'm going to do,

1  A  Form 36 is kept confidential.

2  Q  Sure.  In terms of conversations that you had with

3     Purdue or representatives of Purdue, do you recall

4     being told that the Research Refresh Award was an

5     admission that you were falling behind despite you

6     not falling behind?

7  A  Yes.  Hao Zhang said so.

8  Q  When was that?

9  A  So when I had the meeting with Lucy Flesch and Hao

10    Zhang, he said by having this award, you admit

11    you're falling behind even if you are not.

12 Q  Okay.  The appeal documents -- it's right here --

13    if you could turn to page 0448.

14        MS. SCHADE:  What exhibit are you referring

15    to?

16        MR. DOWERS:  Oh, my apologies.  This is

17    Exhibit 18.

18 A  Yes.

19 Q  And this is Bates stamped 0448.

20 A  Yes.

21 Q  The heading 4B, this heading refers to the male

22    faculty member.  Why was there a reference to the

23    faculty member's sex?

24 A  Male faculty --

25 Q  Or I can restate this for you.  Was the reference

```
 1        to this faculty member's sex because there was a
 2        concern of sex discrimination?
 3  A   Yes.
 4            MS. SCHADE:  Objection.  Leading.
 5  A   Yes.
 6            MR. DOWERS:  It's on cross.
 7  Q   Okay.  Do you believe, then, that by referring to
 8        faculty member's sex in Exhibit 18 that Purdue was
 9        aware that there was an issue related to sex going
10        on in this case?
11            MS. SCHADE:  Objection.  Calls for
12        speculation.
13  A   Yes.
14            MR. DOWERS:  Okay.  I believe that's it.  Just
15        one moment.
16            MS. SCHADE:  Sure.
17  Q   Based off the information provided in your
18        promotion package that was reviewed by the Area
19        Committee, or should have been reviewed by the Area
20        Committee, would that information convey to the
21        members of that committee meeting your sex?  Would
22        they be able to garner information related to your
23        sex?
24  A   In the promotion document, I always refer to me as
25        "she" or "her," "her work," so they can easily see.
```

EEOC
INDIANAPOLIS DISTRICT OFFICE
2023-04-18

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2023-02977 |

| Indiana Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Date of Birth |
|---|---|
| **Bowel Xi** | 2/4/78 |

| Street Address | City, State and ZIP Code |
|---|---|
| **1704 King Elder Dr.** | **West Lafayette, IN 47906** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| **Purdue University** | **501+** | **(765) 494-4600** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **610 Purdue Mail,** | **West Lafayette, IN 47907** | |

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: December 2022  Latest:
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. Charging Party, Bowel Xi, is a woman of Asian descent over 40 years old. that cares for young children.

2. Respondent, Purdue University, hired Dr. Xi on or about 2004 as an assistant professor on a tenure track at the department of statistics.

3. In October 2022, Dr, Xi submitted a promotion case to Respondent in order to be promoted from associate professor to professor.

4. This case was given unanimous support from the Department of Statistics at a primary committee meeting on October 3rd, 2022.

5. Despite this unanimous support from the Department of Statistics, Purdue's College of Sciences denied her case in December 2022.

6. The College of Sciences promoted Dr. Bhadra, a younger male of Indian descent, associate professor to professor despite much worse credentials in his promotion case than Dr. Xi.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/17/2023<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT 2**

EEOC Form 6 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

**Indiana Civil Rights Commission**                        and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (Continued from previous page):

7. Dr. Xi had supervised more students, had almost six times the grant funding that lasted four years longer than Bhadra's, had been at the college longer, and had a stronger proposal.

8. Respondent also promoted another male in 2022 Raghu Pasupathy, a male of Indian descent, despite the fact that they published a majority of their papers in publications with high acceptance rates, while Dr. Xi submitted a similar amount of papers in more selective publications that accept less submissions.

9. The Respondents have discriminated against Dr. Xi in violation of Title VII Civil Rights Act of 1964 by failing to promote her due to her race, sex, age and national origin and status of being a caretaker for young children.

10. Any reason proffered by the Respondents for the discriminatory and adverse actions it has taken against Dr. Xi is pretextual.

11. Dr. Xi has suffered damages as a result of the Respondents' unlawful actions.

12. Dr. Xi notes that the information contained in this Charge is only a summary of facts in support of her claims and is not to be considered an exhaustive list of all incidents of discrimination against her by Respondents

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 04/17/2023 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| *Date*            *Charging Party Signature* | |

President's Office Form 36
**NOMINATION FOR PROMOTION**                    DATE: November, 2022

| 1 | FULL NAME: | Last<br>Xi | First<br>Bowel | Middle Initial | PUID<br>0015594630 |
|---|---|---|---|---|---|

| 2 | Proposed Rank and Title: | Professor. Department of Statistics. Purdue University | | |
|---|---|---|---|---|

| 3 | Present Rank and Title: | Associate Professor. Department of Statistics. Purdue University | Year<br>8/2011 |
|---|---|---|---|

| 4 | Previous Purdue University | Assistant Professor. Department of Statistics. Purdue University | Year<br>8/2004 |
|---|---|---|---|
| | Rank(s) and Title(s): | | Year |

| 5 | Penultimate Year | (if applicable) | Year |
|---|---|---|---|

**6 ACADEMIC RECORD (Institutions Attended)**

| Degree | Year | | Years Attended |
|---|---|---|---|
| Ph.D. | 2004 | Statistics. University of Michigan, Ann Arbor | 2001-04 |
| M.A. | 2001 | Statistics. University of Michigan. Ann Arbor | 1999-01 |
| B.S. | 1999 | Peking University. Beijing. China | 1995-1999 |

**7 BASIS OF NOMINATION - EMPHASIS OF SCHOLARSHIP (one or more areas must be checked)**

| Discovery | X | |
|---|---|---|
| Learning | | |
| Engagement | | |

| 8 | PRIMARY COMMITTEE VOTES | Yes | 12 | No | 0 |
|---|---|---|---|---|---|

**9 Comments by Head of Department (or School)**

Education: Xi has taught and developed various courses. Her course evaluations and peer evaluations are very positive. She will be a valuable role model to new teachers who have not yet developed their classroom skills.
Discovery: Xi has received 11 major grants for a total of more than $3 millions (one million in response). She is a leading researcher in several areas. including Robust Models and Game Theoretic Learning. She has received many professional awards/honors.
Engagement: Xi's standing within the academic community is excellent and has made significant contributions by both serving on the AE for Journal of Data Science and as a committee member in ASA JEDI (Justice, Equity. Diversity & Inclusion). She has also involved with many important committees in the department. She is an invaluable member of the department.

Signature: Demis Lin

| 10 | AREA COMMITTEE VOTE | Yes | 10 | No | 11 |
|---|---|---|---|---|---|

**11 Comments by Dean and/or Chancellor (for Regional Campuses)**

Yes o    No ☒

Signature:

| 12 | UNIVERSITY COMMITTEE VOTE | Yes | | No | | Recommended | Yes | | No | |
|---|---|---|---|---|---|---|---|---|---|---|

**13 SPACE RESERVED FOR NOTES BY MEMBERS OF UNIVERSITY COMMITTEE**

*Add other pages as needed; see instructions.*

Form 36 (Revised 2011)

Xi, Page 1 of 68

# EXHIBIT 10

DEF1 00322

# TABLE OF CONTENTS

**I  GENERAL INFORMATION** .......................................... **4**
- A  Education .................................................... 4
- B  Previous Positions ............................................ 4
- C  Present Position .............................................. 4
- D  Awards and Honors ........................................... 4
  - 1  Internal to Purdue ........................................ 4
  - 2  External to Purdue ........................................ 4
- E  Professional and Scholarly Associations ......................... 4
- F  Other Items Unique to the Person or Department ................. 4

**II Discovery** ..................................................... **5**
- A  Discussion ................................................... 5
  - 1  Robust Statistical Learning ................................ 5
  - 2  Novel Statistical and Learning Methods for Biological Data .... 9
- B  Publications ................................................. 11
  - 1  Refereed ................................................. 12
  - 2  Submitted ................................................ 15
- C  Invited Lectures ............................................. 15
- D  Other Presented Papers ....................................... 18
- E  Other Professional Activities .................................. 18
- F  Interdisciplinary Activities ................................... 19
- G  Patents ..................................................... 20
- H  Funding ..................................................... 20
  - 1  Discussion of support ..................................... 20
  - 2  Award information ........................................ 20
- I  Evidence of Involvement in Graduate Research Program ........... 21
  - 1  M.S. and Ph.D. students graduated ......................... 21
  - 2  Current graduate and postdoctoral students ................. 22
  - 3  Undergraduate student .................................... 22

**III LEARNING** ................................................... **23**
- A  Teaching Assignments at Purdue ............................... 23
- B  Selected Discussion of Courses ................................ 24
- C  Course Evaluations ........................................... 25
  - 1  Student Evaluation ....................................... 25
  - 2  Peer Evaluation .......................................... 26

**IV Engagement** .................................................. **27**
- A  Discussion of Engagement ..................................... 27
  - 1  Engagement with Partners ................................. 27
  - 2  Individuals Mentored through Engagement Activities .......... 27
  - 3  Impact of the Scholarship of Engagement ................... 27
- B  Discussion of Service ......................................... 27

DEF1 00323

C    Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
D    College . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
E    University . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
F    Professional (editorial boards, study sections, panels, consulting, etc) . . . . . . . . . 28
G    Diversity Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**V  MENTORING**                                                          **31**
A    Undergraduate Students . . . . . . . . . . . . . . . . . . . . . . . . . 31
B    Graduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**VI EXTERNAL REFEREES**                                                  **32**

DEF1 00324

# I. GENERAL INFORMATION

## A  Education

Ph.D., 2004  Statistics, University of Michigan, Ann Arbor.
              Advisor: Professors George Michailidis and Vijay Nair
              Dissertation: *Estimating Internal Link Loss Rates Using Active Network Tomography*
M.A., 2001  Statistics, University of Michigan, Ann Arbor.
B.S., 1999  Peking University, Beijing, China.

## B  Previous Positions

Fall 2012 - Spring 2013    Visitor, SAMSI
Summer 2007             Visiting Assistant Professor, Stanford University
2004 - 2011              Assistant Professor, Department of Statistics, Purdue University

## C  Present Position

2011 - Present   Associate Professor, Department of Statistics, Purdue University

## D  Awards and Honors

### 1  Internal to Purdue

2022  Research Refresh Award, Purdue University
2022  Regina and Norman F. Carroll research award, Department of Statistics, Purdue University
2010  Interdisciplinary Award, the College of Science, Purdue University

### 2  External to Purdue

2021  International Statistical Institute Elected Member

## E  Professional and Scholarly Associations

American Statistical Association
Institute of Mathematical Statistics
International Statistical Institute

## F  Other Items Unique to the Person or Department

2011  Publication 17 is evaluated by a Member of the Faculty of 1000, and placed
       in F1000 library of the top 2% of published articles in biology and medicine

DEF1 00325

## II. Discovery

*This document is a collaborative effort between the candidate and the Department of Statistics Promotion Committee. Both parties are in agreement as to the content and quality of this document.*

## A    Discussion

Dr. Xi's research focuses on developing robust machine learning and statistical models under complex data environments. For example in adversarial machine learning, the independent and identically distributed assumption is not satisfied because the distribution for the future data is changed purposely to break a learning model. Together with her collaborators, Dr. Xi published one of the earliest papers in adversarial classification, receiving international recognition. Dr. Xi and her collaborator Dr. Kantarcioglu (University of Texas, Dallas) published a paper in the North Atlantic Treaty Organization (NATO) SAS-106 symposium, in Tallinn, Estonia, 2014. Dr. Xi and Dr. Kantarcioglu gave a three hour tutorial on adversarial learning in the 23rd ACM Conference on Computer and Communications Security (CCS 2016), in Vienna, Austria. Dr. Xi was invited by the National Academies of Sciences, Engineering, and Medicines Committee on Applied and Theoretical Statistics to present her work in a 1/2 day symposium on Statistics and Data Science for Cyber-Secure Internet of Things (IoT) in summer 2018. Dr. Xi's work is supported by two Army Research Office (ARO) grants, two grants from Northrop Grumman Corp., a grant from Purdue Discovery Park iGSDI AI+ program, and a Purdue CERIAS Seed grant. Kirsen Sullivan, her student, gained one semester support from Raytheon Company.

Dr. Xi is working with Dr. Kamhoua from Army Research Lab (ARL). Dr. Xi and Dr. Kamhoua have established a joint work statement under a Collaborative Research and Development Agreement (CRADA) between Purdue University and ARL. Although many ARL grants are awarded to Purdue every year, *currently only four Purdue faculty members (from four different projects) are covered by ARL CRADA.*

She also develops robust models for complex biological data, including a novel graph neural network (GNN) model to address the severe missing data problem in predicting gene disease association, and novel biomarker selection methods for noisy omics data. Her work in this area has produced highly cited and highly rated publications. Publication 35 is the 13th most cited paper in 2007 in Analytical Chemistry (Journal is No.1 in Google Scholar rankings). Publication 17 was selected and evaluated by a member of the Faculty of 1000 (F1000), and placed in the F1000 library of the top 2% of published articles in biology and medicine.

Since her previous promotion in Spring 2011, Dr. Xi has obtained 11 grants from National Science Foundation, Army Research Office, Army Research Lab, the Department of Defense, Raytheon Company, Northrop Grumman Corp., Purdue CERIAS, and Discovery Park iGSDI. Below is the detailed discussion of her research.

## 1    Robust Statistical Learning

When the future data no longer follows the same distribution as the training data, the machine learning and statistical models deteriorate quickly. There is an urgent need to develop robust learning models against malicious adversaries, who targetedly modify the data distribution to break the learning models.

DEF1 00326

Dr. Xi's work (publications 18, 20, 4, 21, 22, 3, 24, 8, 27, 29, 15, 31, 43, 1, 42) bring the unique and important statistical understanding to the area by expanding the robust statistics concepts to much more complex machine learning and statistical models. Unlike traditional robust statistics, the machine learning and statistical models need to maintain robust performance beyond tolerance of noise. The independent and identically distributed (IID) assumption is not satisfied, because of a sudden and targeted change in the underlying distribution, caused by the adversaries. Dr. Xi addresses this difficult problem from a game theoretic and a robust learning perspective.

- Dr. Xi and Dr. Kantarcioglu (UT Dallas) formulated the adversarial classification problem using a Stackelberg game framework, which was one of the earliest work in the area.

- Dr. Xi is working with Dr. Kamhoua (ARL) to apply the game theoretic approach to secure the military network.

- Building robust learning models, in particular robust deep learning model, is crucial to ensure the safety of autonomous systems. Dr. Xi's work on robust deep learning receives support from the defense industry and ARO.

- Despite several canceled events due to the pandemic, Dr. Xi organized invited talk sessions at the Joint Statistical Meetings (2020), the ISI World Statistics Congress (2021), and the Spring Research Conference at Banff, Canada (2023) to disseminate the work.

**Game Theoretic Machine Learning**  Game theoretic framework is used to model the costs and utilities for attackers and defenders. To the best of our knowledge, publication 15 (*cited 98 times according to Google Scholar*) is the first work that combines classification and the Stackelberg game framework to model the sequential actions of defenders and attackers. Compared with the minimax solution which leads to overly conservative classifiers and overly sacrificing performance for robustness, the Stackelberg game leads to a less conservative classification boundary (publications 15, 29, 8 (*cited 41 times since published in 2019 according to Google Scholar*), 20, 4, 18).

Inspired by the game theoretic machine learning formulation, a strategy to robustify a support vector machines (SVM) classifier was proposed. If the adversarial samples are very different from training samples, the defender can employ a conservative decision boundary, analogous to a pure equilibrium strategy. A natural solution is to pull the classification boundary closer toward the normal population (publication 31, *cited 127 times according to Google Scholar*).

A game theoretic approach is used to secure Internet of Battlefield Things (IoBT). In publication 23, a hypergame framework is developed to model how a cyber attack spreads on a network. The hypergame is played in multiple rounds. At each round, the adversary updates its perception of the attack graph of the network and chooses the next node to compromise. The defender updates its perceived list of compromised nodes, and actively feeds false signals to the adversary to create cyber deception. The hypergame provides useful guidance on how to dynamically create cyber deceptions on a military network. It also provides quantitative metrics such as the time it takes the adversary to explore the network and compromise the target nodes. Based on these metrics, the defender can deploy a moving target defense to protect the critical nodes on a military network.

**Robust Supervised and Unsupervised Learning**  A cyber physical system can be considered as having three layers a hardware layer, a software layer, and a data layer. A resilient cyber physical system must have all three layers secured. Robust learning focuses on the interface between the

DEF1 00327

data layer and the software layer – the learning models implemented in the software to process the data must be secured against adversaries. For example, an autonomous vehicle has cameras sensors. The image sensor data are processed using deep learning to identify objects, classify these objects, and determine their distance and speed with regard to the vehicle. However malicious perturbations in the training or testing stage of AI can have devastating consequences here.

Publications 18 and 1 together address an important and baffling question for deep neural networks (DNN): Despite being theoretically proven to have the generalization error bound $O(n^{-\frac{1}{2}})$ for different network structures, where $n$ is the sample size, a previously correctly classified sample is misclassified by DNN through adding minor targeted noise to it (i.e., adversarial examples). Publication 18 discovers that given one clean natural sample, there exists infinitely many adversarial examples. Publication 18 studies the shape of the DNN classification boundary, which is highly fractured, and defines DNN uncertainty regions where the adversarial examples are observed. Because the probability mass of the union of the uncertainty regions is 0, the generalization error bound cannot capture the phenomenon of adversarial examples. Publication 1 utilizes the fact that DNN training is a non-convex optimization problem, and the local optima have many non-overlapping uncertainty regions. Differential entropy is used to measure the spread of the DNN weights. Randomly selecting one of the local optima has significantly higher accuracy over adversarial examples while maintaining the accuracy on clean test samples.

DNN is highly vulnerable to malicious perturbations in training and/or test data, due to the very high dimension and complexity of its learned class decision regions. A well known case is the adversarial stop sign attack where the attacker strategically places a few stickers on a stop sign, resulting in the mis-classification of the stop sign as a speed limit sign. Such adversarial examples could potentially cause a self-driving car to run a stop sign.

The existing literature on adversarial attacks all focus on generating adversarial examples with only minor perturbations. Publication 22 develops an adversarial attack inspired by biological intelligence to further expose the structural vulnerabilities of DNN: 1) superposition of multiple patterns leads to unpredictable classification labels from DNN; 2) certain motion makes DNN based object detectors "blind", which could potentially cause a fatal crush of a self-driving car.

Meanwhile, when the adversarial samples are generated with only minor perturbations, defender can employ a random decision boundary, analogous to a mixed equilibrium strategy in game theory. For a deterministic decision boundary, with sufficient probing, attackers can successfully create adversarial examples to breach the deterministic boundary. In contrast, a random decision boundary, created by adding noises to the DNN weights or randomly selecting one DNN from a pool of trained DNNs, is a more robust strategy (publications 1, 21).

The minor perturbations in adversarial images can be mitigated using effective image denoising methods. Publications 10 and 28 develop novel, effective, and computationally efficient image filters to remove different types of non-Gaussian additive and/or multiplicative noise. It is also observed that it is more difficult to classify images with lower resolutions. Publication 25 develops a weighted regression based image super-resolution algorithm. *Publication 10 is the Featured Article in The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing, March–April 2018.*

Although cybersecurity applications often generate large datasets, quite often a large labeled training data may be unavailable. For example, when there are large amounts of network flows, labeling anomalies is time consuming and difficult for human experts. This difficulty is heightened when data contains samples from previously unknown cyber attacks. Clustering and active learning

DEF1 00328

are two approaches to utilize information from unlabeled samples to understand attacker behavior.

In active learning, an oracle provides labels only for a few of the most influential data points, often with little loss of accuracy. In an adversarial environment, oracles may be manipulated by an attacker to maximally degrade learning. Publication 24 proposed an iterative algorithm to defend against a pool of malicious oracles. First, unsupervised learning is used to cluster the data points into classes. Based on the data clusters, the oracles are identified as genuine, noisy or malicious. The final output label of a test data point is determined as the weighted majority vote over the oracles. The newly labeled sample is included in the training data, and this process repeats.

Meanwhile, attackers can strategically place adversarial samples in the gaps of previously well separated clusters resulting in the creation of a large mixed cluster that is difficult to separate using existing clustering approaches. A grid based adversarial clustering algorithm (ADClust) is introduced in Publication 43. Using a handful of labeled seeds, this algorithm can detect multiple normal and abnormal regions within a large mixed cluster, identify anomalies, and detect new unknown clusters. Data points in the mixed regions remain unlabeled. In a heavily mixed region purposely created by the adversarial samples, any explicit decision boundary leads to a large number of mis-identified samples. Rather than trying to specify the most accurate decision boundary in a heavily mixed region, the unlabeled areas between normal and abnormal sub-clusters serve as confidence bands between these clusters. ADClust is a clustering approach that adopts a conservative strategy to ensure resilience to adversarial samples, analogous to the equilibrium strategy under a Stackelberg game formulation.

Besides degradation in the usefulness of AI, attacks against privacy represent another damaging threat. Attacks against privacy are comprised of attacks that aim to reveal the information used in the training procedure. Differential privacy is a statistical technique to maximize the accuracy of queries and model outputs from a database, and at the same time minimize the privacy impact on individuals whose information is in the database. In publications 26, 37, 9, the impact of a differential privacy mechanism on Gaussian mixture models is examined. When the statistics with added noise (e.g., noisy mean and var-cov matrices) are used to build classifiers and perform hypothesis tests, it is shown how the impact of the added noise can be reduced, i.e., when a hypothesis test or a classifier constructed using the noisy statistics returns reliable results.

**Statistical Computing**   Optimization is a crucial step involved in AI and big data computation. Publication 40 (*cited 212 times according to Google Scholar*) developed a stochastic optimization algorithm — a smart hill climbing algorithm (US patent #7272707, #7490234) — to automatically find an optimal configuration for a given application, e.g., automatically configuring Hadoop MapReduce parameters. Random number generation is also an important component of large scale computation tasks. Publication 13 developed efficient gamma random number generators.

**Internet Traffic Models**   Dr. Xi's work on network tomography provided a novel systematic approach for real-time monitoring of network quality of service parameters. Publications 34, 39 (*cited 115 times according to Google Scholar*), 36 (*cited 61 times according to Google Scholar*), and 41 originated from Dr. Xi's doctoral thesis. In network tomography, a network is probed by actually sending packets from one or more source nodes to a set of receiver nodes. The end-to-end measurements of packet losses and delays are used to recover the performance information – the packet loss rates and delays at the individual links/routers on a network. Dr. Xi introduced a class of novel flexible experiments to actively probe a network; studied for the first time necessary

DEF1 00329

and sufficient conditions under which all the link-level parameters are identifiable from end-to-end measurements; and developed several classes of fast estimation algorithms and optimal designs of probing experiments. In an August 2015 report (http://stakeholders.ofcom.org.uk/ market-data-research/ other/ technology-research/ 2015-reports/ traffic-management), Ofcom, the independent regulator and competition authority for the United Kingdom communications industries, cited Dr. Xi's work on network tomography as an Internet traffic management and detection tool.

In the area of modeling big Internet traffic data, Publication 11 provides the first comprehensive models that capture the properties of Internet traffic: 1) Complex time scaling property: changing from non-Gaussian multifractal processes on small time scales to Gaussian monofractal processes on larger time scales; 2) Complex time dependence structure: changing from long range dependent processes for low traffic volume to approximately Poisson processes for very high traffic volume. Publication 32 made a surprising discovery: VoIP traffic process is not formally long-range dependent, yet shows strong time dependence. This is completely different from other Internet measurements. Meanwhile a divide-and-conquer method was developed to carry out data-analytic tasks in parallel (publication 14), and DeltaRho software (www.DeltaRho.org) was used to carry out parallel computation for analytics tasks for datasets up to Terabyte scale.

## 2  Novel Statistical and Learning Methods for Biological Data

Novel statistical and learning methods are the key to decipher the information from biological data and make accurate predictions. Dr. Xi's work in this area produces publications 2, 5, 6, 7, 12, 17, 19, 30, 33, 35, 44. Developing and applying GNN to biological networks is a cutting edge topic. She worked with Assistant Professor Li from Chinese University of Hong Kong and Assistant Professor Ma from Peking University on gene disease network data. She is contacting other bioinformatics groups to obtain more data such as brain imaging data to develop novel GNN framework for biological applications. She is working with two metabolomics groups (Associate Professor Gu from Florida International University and Professor Zhang from University of Louisville). Their labs produce the datasets and Dr. Xi works on novel and precise biomarker selection methods.

**Graph Neural Network for Biological Data**  Publication 2 proposes a GNN model with the Learning Under Privileged Information (LUPI) paradigm to predict new disease gene associations with a significant amount of the genetic features missing. The genetic features are often difficult to collect due to high experimental cost and various other technical limitations. Unlike previous approaches, our model does not require the set of genetic features to be the same at training and test stages. We develop a Heteroscedastic Gaussian Dropout algorithm, where the dropout probability of the GNN model is determined by another GNN model with a mirrored architecture. Our model is able to make very accurate predictions when > 90% of the features are missing at the test stage. Publication 19 further studies the theoretical properties of dropout for GNN. Currently GNN with deep structure often under-performs GNN with shallow structure, in a sharp contrast to DNN. Novel dropout schemes are developed to mitigate the over-smoothing problem and allow GNN to have deep structure without performance degradation.

**Biomarker Selection**  Metabolism is involved in almost every aspect of biology. Abnormal metabolism is at the heart of many serious health problems, such as cardiovascular disease, Alzheimer's disease, and cancer. In addition to genetic and protein studies, understanding the functions of

DEF1 00330

metabolites and metabolic pathways is crucial in a wide range of scientific fields. Publication 30 (*cited 127 times according to Google Scholar*) discusses the unique statistical challenges in selecting biomarkers in metabolomics data. Because of the existing knowledge of metabolites, the biomarker selection results from statistical models require high sensitivity and much lower false discovery rate than what the current approaches could produce. Because irrelevant markers follow an unimodal distribution and relevant markers usually follow a bimodal distribution (e.g., disease vs. control), Publication 44 developed a test of population mode for precise marker selection. The result shows a significantly lower false discovery rate than the multiple comparison methods, and a much higher sensitivity than the penalized likelihood approach such as LASSO and the penalized logistic regression.

Publication 17 (*cited 148 times according to Google Scholar*) developed a statistical approach to combine NMR spectroscopy and mass spectrometry (MS) data, the two most commonly used analytical tools in metabolomics. The novel approach allows the disease classification to be expressed on a continuum as opposed to a binary scale, using principal component analysis to compute a new response variable Y. The combined approach significantly improves the potential for providing reliable methods to detect metabolic profile alterations in biofluids or tissues caused by disease, toxicity, etc. Dr. Xi also worked on metabolomics profiling of age effect (publication 33, *cited 84 times according to Google Scholar*), diet effect (publication 7, publication 35 (*cited 123 times according to Google Scholar*)), and flux analysis (publication 5).

In her work on pancreatic cancer biomarker identification (publication 12), metabolite profiles of serum from cancer patients and non-disease controls were measured. Based on statistical analysis of the data, the distinguishing metabolites were determined based on their ranked importance in a partial least square discriminant analysis model. Notably, external validation of this model using the NMR data from a second, distinct set of samples collected approximately 1 year later showed very good performance compared to the current approaches for identifying pancreatic cancer patients.

DEF1 00331

## B Publications

The Journal Impact Factor from ISI Journal Citation Reports (http://admin-apps.isiknowledge.com/JCR/JCR?) has been included. It must be recognized that the range of Impact Factors varies widely by field. For example, the highest JIF in Analytical Chemistry is 6.986 (*Analytical Chemistry*), in Statistics and Probability is 6.937 (*Bioinformatics*), and in Genetics and Heredity is 27.959 (*Nature Genetics*). Therefore a comparison of JIF across disciplines is problematic. According to the ISI Journal Citation Reports on impact factors, there are about 125 Statistics and Probability journals, ranging from impact factors of 0.264 to 6.937. Table II.1 shows the impact factor of the journals in which Dr. Xi has published.

Table II.1: Impact Factors of the Journals

| Journal Name | Impact Factor | Tier |
|---|---|---|
| Journal of the American Statistical Assoc. | 5.033 | 3/125 (Statistics and Probability) |
| Journal of Statistical Software | 6.44 | 2/125 (Statistics and Probability) |
| Bioinformatics | 6.937 | 1/125 (Statistics and Probability) 3/58 (Math. & Computational Biology) |
| STAT | 0.917 | |
| Statistical Analysis and Data Mining | 1.051 | |
| Technometrics | 2.091 | |
| The Electronic Journal of Statistics | 0.986 | |
| Wiley Interdisciplinary Reviews: Computational Statistics | 3.16 | |
| Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery | 7.250 | 6/110 (Computer Science Theory and Methods) |
| Data Mining and Knowledge Discovery | 3.67 | |
| Performance Evaluation | 1.044 | |
| The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing | 1.789 | |
| IEEE Transactions on Dependable and Secure Computing | 7.329 | |
| Computer & Security | 4.438 | |
| Analytical Chemistry | 6.986 | No.1 in Google Scholar rankings |
| Journal of Proteome Research | 4.466 | |
| Analytica Chimica Acta | 6.558 | |
| Current Metabolomics | 0.8 | |
| Food & Function | 5.396 | |
| NMR in Biomedicine | 4.044 | 6/43 (Spectroscopy) |

DEF1 00332

## 1  Refereed

(* indicates primary authors , "P" indicates post doc , "G" indicates graduate student and "U" indicates undergraduate student)

### Journal Publications – Post Tenure

1. Zhou, Y.*, Kantarcioglu, M.*, Xi, B.*, Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks, 1 – 15, to appear in *IEEE Transactions on Dependable and Secure Computing*, 2022

2. Shu, J.$^G$, Li, Y., Wang, S., Xi, B.*, Ma, J.*, Disease Gene Prediction with Privileged Information and Heteroscedastic Dropout, *Bioinformatics* 37, i410 – i417, 2021

3. Alfred Hero, Soumyya Kar, Jose Moura, Joshua Neil, Vince Poor, Melissa Turcotte, Bowei Xi, Statistics and Data Science for Cyber Security, 1–18, to appear in *Harvard Data Science Review*, 2021+

4. Xi., B.*, Adversarial Machine Learning for Cyber Security and Computer Vision: Current Developments and Challenges, *Wiley Interdisciplinary Reviews: Computational Statistics*, 12(5), 1–16, e1511, 2020.

5. X. Shi, B. Xi, P. Jasbi, C. Turner, Y. Jin, H. Gu*, Comprehensive Isotopic Targeted Mass Spectrometry (CIT-MS): Reliable Metabolic Flux Analysis with Broad Coverage, *Analytical Chemistry*, 92, 11728–11738, 2020.

6. R. Eghlimi, X. Shi, J. Hrovat, B. Xi, H. Gu*, Triple Negative Breast Cancer Detection Using LC-MS/MS Lipidomic Profiling, *Journal of Proteome Research*, 19, 2367–2378, 2020.

7. P. Jasbi, O. Baker, X. Shi, L. Gonzalez, S. Wang, S. Anderson, X. Wang, B. Xi, H. Gu*, and C. S. Johnson*, Daily Vinegar Ingestion for Eight Weeks Improves Glucose Homeostasis and Affects the Metabolome but does not Reduce Adiposity in Adults, *Food and Function*, 10(11), 7343-7355, 2019

8. Zhou, Y.*, Kantarcioglu, M.*, Xi, B.*, A Survey of Game Theoretic Approaches for Adversarial Machine Learning, *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery*, 9(3): e1259, 1–9, 2019

9. Jiang, J.$^G$, Xi, B.*, Kantarcioglu, M., Spatial Counts under Differential Privacy Mechanism on Changing Spatial Scales, *Computer & Security*, 77, 642–652, 2018

10. Sharabati, W.*, Xi, B.*, A Neighborhood Regression Approach for Removing Multiple Types of Additive Noises, *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing*, 2018:19, 1–14.

11. Anderson, D.$^G$, Cleveland, W. S.*, and Xi, B.*, Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic, *Performance Evaluation*, 107, 1–33, 2017

12. Kwadwo, O.-S.$^G$, Asiago, V. M., Deng, L., Gu, H., Wei, S., Shanaiah, N., Nagana Gowda, G. A., Xi, B., Chiorean, E. G., and Raftery, D.*, NMR-based Metabolite Profiling of Pancreatic Cancer, *Current Metabolomics*, 2(3), 204–212, 2014.

13. Xi, B.*, Tan, K.M.$^G$, and Liu, C., Logarithmic Transformation Based Gamma Random Number Generators, *Journal of Statistical Software*, 2013, 55(4), 1–17.

14. Guha, S.$^{G*}$, Hafen, R.$^G$, Rounds, J.$^G$, Xia, J.$^G$, Li, J.$^G$, Xi, B., and Cleveland, W.S., Large

DEF1 00333

Complex Data: Divide and Recombine (D&R) with RHIPE, *STAT*, 1(1), 53-67, 2012

15. Kantarcioglu, M.[*], Xi, B.[*], and Clifton, C., Classifier Evaluation and Attribute Selection against Active Adversaries, *Data Mining and Knowledge Discovery* 22, 291–335, 2011.

16. Fuentes, M.[*], Xi, B., and Cleveland, W.S., Trellis Display for Modeling Data from Designed Experiments, *Statistical Analysis and Data Mining* 4(1), 133-145, 2011.

17. Gu, H.[*], Pan, Z., Xi, B.[*], Asiago, V.[G], Musselman, B., and Raftery, D., Principal Component Directed Partial Least Squares Analysis for Combining NMR and MS Data in Metabolomics: Application to the Detection of Breast Cancer, *Analytica Chimica Acta* 686(1-2), 57–63, 2011.

## Refereed Conference Proceedings and Book Chapters – Post Tenure

18. Shu, J.[G], Xi, B.[*], Kamhoua, C. A., Understanding Adversarial Examples Through Deep Neural Network's Classification Boundary and Uncertainty Regions, 1–10, in *the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence*, July, 2022, Vienna, Austria.

19. Shu, J.[G], Wu, F.[G], Xi, B.[*], Kamhoua, C. A., Li, Y., Ma, J., Understanding Dropout for Graph Neural Network, 1–11, The First Workshop on Graph Learning at The ACM Web Conference 2022, April, 2022, online, hosted by Lyon, France.

20. Zhou, Y.[*], Kantarcioglu, M., Xi, B., A Game Theoretic Perspective on Adversarial Machine Learning and Cybersecurity Applications, in *Game Theory and Machine Learning for Cyber Security*, 231-269, C. A. Kamhoua, C. D. Kiekintveld, F. Fang, Q. Zhu, editors, Wiley-IEEE Press, 2021

21. Zhou, Y.[*], Kantarcioglu, M., Xi, B., Efficacy of Defending Deep Neural Networks against Adversarial Attacks with Randomization, 1–16, *Proceedings of the 2020 SPIE the International Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II*, Apr. 2020, Anaheim CA.

22. B. Xi[*], Y. Chen[U], F. Fan, Z. Tu, X. Deng, Bio-Inspired Adversarial Attack Against Deep Neural Networks, 1–5, *Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI)*, Feb. 2020, New York City.

23. Xi, B.[*], Kamhoua, C., A Hypergame Based Defense Strategy Towards Cyber Deception in Internet of Battlefield Things, 1–18, *Modeling and Design of Secure Internet of Things*, C. A. Kamhoua, A. Kott, L. L. Njilla, S. S. Shetty, editors, John Wiley & Sons, Inc., 2020

24. Zhou, Y.[*], Kantarcioglu, M., Xi, B., Adversarial Active Learning, *The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future*, 1–12, Macau, China, April, 2019 (Acceptance rate 33%)

25. Sharabati, W.[*], Xi, B.[*], Robust Weighted Regression for Ultrasound Image Super-Resolution, *IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation* (co-located with IEEE International Conference on Multimedia and Expo (ICME)), 1–6, San Diego, CA, July, 2018.

26. Tong, X.[G], Xi, B.[*], Kantarcioglu, M., Inan, A., Mixture of Gaussian Models for Classification

DEF1 00334

and Hypothesis Testing under Differential Privacy, *The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec)* (acceptance rate 35%), Lecture Notes in Computer Science (LNCS) 10359, 123-141, Springer 2017.

27. Kantarcioglu, M.*, Xi, B.*, Zhou, Y.*, (Hot Topic Essay) Adversarial Learning: Mind Games with the Opponent, *ACM Computing Reviews*, 58, 9 (Sept. 2017), 506-511.

28. Sharabati, W.*, Xi, B.*, Fast Local Polynomial Regression Approach for Speckle Noise Removal, 3198–3203, *the 23rd International Conference on Pattern Recognition (ICPR)*, Cancun, Mexico, Dec, 2016 (The paper was selected for full length oral presentation, 18%).

29. Kantarcioglu. M.*, and Xi, B.*, Adversarial Data Mining, *North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense*, 1–11, June, 2014, Tallinn, Estonia.

30. Xi, B. *, Gu, H., Baniasadi, H., and Raftery, D., Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data, *Mass Spectrometry in Metabolomics: Methods and Protocols* (2014): 333–353, Humana Press, New York, NY.

31. Zhou, Y.*, Kantarcioglu, M., Thuraisingham, B., and Xi, B., Adversarial Support Vector Machine Learning, *Proceedings of the 18th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, 1059–1067, August 2012, New York, NY (acceptance rate 21%)

**Journal Publications – Pre Tenure**

32. Xi, B.*, Chen, H.$^G$, Cleveland, W.S., and Telkamp, T., Statistical Analysis and Modeling of Internet VoIP Traffic for Network Engineering, *The Electronic Journal of Statistics*, 4, 58–116 (59 pages), 2010.

33. Gu, H.*, Pan, Z., Xi, B., Hainline, B., Shanaiah, N., NaganaGowda, G.A., and Raftery, D.*, $^1H$ NMR Metabolomics Study of Age Profiling in Children, *NMR in Biomedicine*, 22(8), 826–833, 2009.

34. Denby, L.*, Landwehr J., Mallows C., Meloche J., Tuck J., Xi, B., Michailidis G., and Nair, V., Statistical Aspects of the Analysis of Data Networks, *Technometrics*, 49(3), 318–334, 2007.

35. Gu, H.*, Chen, H., Pan, Z., Jackson, A.U., Talaty, N., Xi, B., Kissinger, C., Duda, C., Mann, D., Raftery, D.*, and Cooks, R.G.*, Monitoring Diet Effects from Biofluids and Their Implications for Metabolomics Studies, *Analytical Chemistry*, 79(1), 89–97, 2007.

36. Xi, B.*, Michailidis, G., and Nair, V.N., Estimating Network Loss Rates Using Active Tomography, *Journal of the American Statistical Association*, 101(476), 1430–1448, 2006.

**Refereed Conference Proceedings and Book Chapters – Pre Tenure**

37. Xi, B.*, Kantarcioglu, M., Inan, A., Mixture of Gaussian Models and Bayes Error under Differential Privacy, *Proceedings of the first ACM Conference on Data and Application Security and Privacy (CODASPY)*, 179–190, Feburary 2011, San Antonio, Texas (Acceptance rate 30%).

38. Xia, Y.*, and Xi, B.*, Conceptual Clustering Categorical Data with Uncertainty, *in Proceed-*

DEF1 00335

ings of the 19th IEEE International Conference on Tools with Artificial Intelligence (ICTAI), 329–336, Patras, Greece, October 2007. (Acceptance rate 28%).

39. Lawrence, E.*, Michailidis, G.*, Nair, V.N., and Xi, B., Network Tomography: A Review and Recent Developments, *Frontiers in Statistics*, 1–20, editors Jianqing Fan and Hira L. Koul, published by World Scientific, USA, July 2006.

40. Xi, B.*, Liu, Z., Raghavachari, M., Xia, C., and Li, Z., A Smart Hill-Climbing Algorithm for Application Server Configuration, *Proceedings of the 13th International Conference on World Wide Web (WWW)*, 287–296, New York City, May 2004. (Acceptance rate 14.6%).

41. Xi, B.*, Michailidis, G., and Nair, V.N., Least Squares Estimates of Network Link Loss Probabilities Using End-to-End Multicast Measurements, *Proceedings of the 37th Annual Conference on Information Sciences and Systems*, 1–6, Johns Hopkins University, March 2003.

### 2 Submitted

42. Wei, W.$^G$, Xi, B.*, Kamhoua, C., Leader or Follower? The Role of Defender in Adversarial Stackelberg Game, submitted to *Journal of Data Science*

43. Wei, W.$^G$, Xi, B.*, Kantarcioglu, M., A Grid Based Defensive Adversarial Clustering Algorithm against Active Adversaries, submitted to *Statistical Analysis and Data Mining*.

44. Wu, F.$^G$, Cheng, L. Y.$^G$, Zhang, X., Xi, B.*, Testing Population Mode for Precise Protein Markers Discovery, under revision for *Statistics and Its Interface*

45. Fokoue, E., Xi, B., Zhang, R., Adversarial Machine Learning: A Statistical Review, submitted to *Wiley StatsRef: Statistics Reference Online*

## C  Invited Lectures

1. Organizer and speaker, *Statistics and Learning in the Big Data Era*, Spring Research Conference, Banff, Canada, May 2023.

2. *A Statistical Perspective Towards Deep Neural Network Vulnerabilities*, University of Mississippi Medical Center, October 2022.

3. Organizer and Discussant in the invited talk session, *Emerging Topics in Data Science*, the 63rd ISI World Statistics Congress, July 2021.

4. *Adversarial Machine Learning and Attack Against Deep Neural Network*, the Machine Learning for Industry Forum, Lawrence Livermore National Laboratory, August, 2021

5. *Adversarial Machine Learning and Attack Against Deep Neural Network*, Pacific Northwest National Laboratory Data Analytics Summit, July, 2021

6. Organizer and Discussant in the invited talk session, *Data Science for National Security*, Joint Statistical Meetings (JSM), Philadelphia, Pennsylvania, Aug, 2020

7. *Adversarial Machine Learning – Game Theoretic Approach and Adversarial Attack Against Deep Neural Network*, International Chinese Statistical Association (ICSA) 2020 Applied Statistics Symposium, Houston, Texas, Dec, 2020

8. *Adversarial Attacks Against Machine Learning and Remedies*, Big Data Big Impact Datathon,

DEF1 00336

Purdue University, West Lafayette, IN, March, 2020

9. *Adversarial Attacks Against DNN and Remedies*, SAMSI Workshop, Raleigh, North Carolina, March, 2020

10. *Panel discussion on Games, Decisions, Risk and Reliability*, SAMSI, Raleigh, North Carolina, August 7, 2019

11. *A Game Theoretic Approach for Adversarial Machine Learning – When Big Data Meets Cyber Security*, Department of Statistics, University of Nebraska-Lincoln, April 2019

12. *A Game Theoretic Approach for Adversarial Machine Learning – When Big Data Meets Cyber Security*, Department of Statistics and Actuarial Science, Simon Fraser University, Burnaby, Canada, March 2019

13. *Machine Learning Techniques for Metabolomics*, Mitochondria & Metabolism Center, University of Washington, March 2019

14. *Adversarial Unsupervised Learning*, Third ARO Workshop on Adversarial Machine Learning, the University of Texas at Dallas, November, 2018

15. *Adversarial Machine Learning: Big Data Meets Cyber Security*, National Academies of Sciences, Engineering and Medicine symposium on Statistics and Data Science for Cyber Secure IoT, Washington DC, June 14, 2018

16. *Adversarial Machine Learning: Big Data Meets Cyber Security*, Department of Statistics, Northwestern University, January 2018.

17. Three hour tutorial, *Adversarial Data Mining: Big Data Meets Cyber Security*, the 23rd ACM Conference on Computer and Communications Security, Vienna, Austria, October 24-28, 2016 (by Kantarcioglu and Xi, In Proceedings of the 2016 ACM SIGSAC Conference on Computer and Communications Security, pages 1866-1867.)

18. *Panel Discussion on Security Constraints in Cyber Science*, Army Research Office Workshop in Cyber Science, Biometrics and Digital Forensics, Miami, Florida, Nov, 2015.

19. *Adversarial Data Mining*, From Industrial Statistics to Data Science, A Conference in Honor of Vijay Nair, Ann Arbor, MI, Oct, 2015

20. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Workshop on Visualization for Big Data: Strategies and Principles, Fields Institute, Toronto, Canada, Feb, 2015

21. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, University of Notre Dame, September, 2014.

22. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, the 2nd Annual Midwest Women in Mathematics Symposium, April, 2014.

23. *Roundtable organizer and speaker: Divide and Recombine: Statistical Theory, Methods, and Visualization for Large Complex Data*, Montreal, Canada, JSM, August, 2013.

24. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics, University of South Carolina, April 11, 2013

25. *Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic*, Department of Statistics, North Carolina State University, November 2012

26. *D&R*, DHS-FODAVA Workshop and Grant Review Meeting, December 12, 2012

27. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics,

DEF1 00337

Virginia Tech, December 06, 2012

28. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics and Operations Research, University of North Carolina at Chapel Hill, November 26, 2012

29. *Parallel R*, SAMSI Undergraduate Workshop, Octorber, 2012

30. *Internet Traffic: Analysis and Modeling*, one lecture in Massive Data Course at SAMSI, September, 2012

31. *Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic*, The 8th International Purdue Symposium on Statistics, June, 2012.

32. *Multifractal and Gaussian FSD Models for Internet Traffic*, Spring Research Conference on Statistics in Industry and Technology, Northwestern University, June 2011.

33. *Multifractal and Gaussian FSD Models for Internet Traffic*, Department of Statistics, Purdue University, September, 2010.

34. *Adversarial Classification*, Joint Research Conference on Statistics in Quality, Industry, and Technology, National Institute of Standards and Technology, Gaithersburg, MD, May, 2010.

35. *Voice Over the Internet: Analysis and Modeling*, Department of Statistics, University of Wisconsin, Madison, November, 2009.

36. *Adversarial Classification*, Mathematical Statistics Seminar, Department of Statistics, Purdue University, October 2009.

37. *VoIP: Analysis and Modeling*, Department of Statistics, Purdue University, September, 2009.

38. *Classifier Evaluation and Attribute Selection against Active Adversaries*, Curious Mind Seminar, Department of Computer Science, Purdue University, March 2009.

39. *Statistical Models of Internet Traffic (3 lectures)*, Mathematical Statistics Seminar, Department of Statistics, Purdue University, January 2009.

40. *Adversarial Classification*, Department of Statistics, University of California, Los Angeles, September, 2009.

41. *Classifier Evaluation and Attribute Selection against Active Adversaries*, Department of Statistics, Purdue University, October 2008.

42. *Adversarial Classification*, Institute for Operations Research and the Management Sciences Annual Meeting, Seattle, Washington, November 2007.

43. *Voice Over the Internet*, Department of Statistics, Stanford University, July 2007.

44. *Adversarial Classification*, The 15th International Conference on Interdisciplinary Mathematical and Statistical Techniques, Shanghai, China, May 2007.

45. *Adversarial Learning*, Department of Statistics, Stanford University, July 2006.

46. *The Characteristics of Voice over IP Traffic*, Joint Research Conference, Knoxville, Tennessee, June 2006.

47. *The Characteristics of The Voice Traffic Over the Internet*, Institute for Operations Research and the Management Sciences Annual Meeting, San Francisco, California, November 2005.

48. *Voice Over the Internet: Calls, Packets, and Silence Suppression*, Joint Statistical Meetings, Minneapolis, Minnesota, August 2005.

49. *The Characteristics of The Voice Traffic Over the Internet*, Spring Research Conference, Park

DEF1 00338

City, Utah, June 2005.

50. *The Statistics Of Voice Over The Internet*, The 55th Session of International Statistical Institute, Sydney Australia, April 2005.

51. *Statistics in Computer Networking*, VIGRE seminar, Department of Statistics, Purdue University, September 2005.

## D   Other Presented Papers

1. Presented an abstract on *Adversarial Machine Learning*, US Air Force Science and Technology 2030 Workshop, Bloomington, Indiana, May, 2018

2. *A Likelihood Ratio Approach for Expediting Biomarker Discovery under Sparsity and High Dimensionality*, Joint Statistical Meetings, Baltimore, August 2017.

3. *Adversarial Classification*, Poster, SAMSI Opening Workshop, Massive Datasets Program, North Carolina, September 2012.

4. *Internet VoIP Traffic Analysis and Modeling*, contributed talk, Joint Research Conference on Statistics in Quality, Industry, and Technology, National Institute of Standards and Technology, Gaithersburg, MD, May, 2010.

5. *Two New Ratio-of-Uniforms Gamma Random Number Generators*, poster, the Fourth Annual Graduate Student Educational Research Symposium, Purdue University, April 2010.

6. *Adversarial Classification*, contributed talk, International Chinese Statistical Association Applied Statistics Symposium, San Francisco, California, June 2009.

7. *A Game Theoretic Approach to Adversarial Learning*, Poster, CERIAS symposium, March 2008.

8. *Adversarial Classification*, contributed talk, Joint Statistical Meetings, Salt Lake City, Utah, August 2007.

9. *Adversarial Learning*, contributed talk, Joint Statistical Meetings, Seattle, Washington, August 2006.

## E   Other Professional Activities

1. Associate Editor, Journal of Data Science, an official journal of Renmin University, China, 2021 – Present

2. NSF panel reviewer, 2022

3. NSF panel reviewer, 2015

4. Army Research Office proposal reviewer, 2016 & 2018

5. Invited talk session organizer and speaker, *Statistics and Learning in the Big Data Era*, Spring Research Conference, Banff, Canada, May 2023.

6. Invited talk session organizer, *Emerging Topics in Data Science*, the 63rd ISI World Statistics Congress, July 2021.

7. Organizer of the invited talk session, *Data Science for National Security*, Joint Statistical

Statistics

DEF1 00339

Meetings (JSM), Philadelphia, Pennsylvania, Aug. 2020

8. The Statistical and Applied Mathematical Sciences Institute (SAMSI) working group co-chair on Machine Learning in Risk Analysis, 2019–2020 academic year

9. Organizer and chair of a roundtable, sponsored by the statistical computing section, Montreal, Canada, JSM 2013.

10. Session chair, Montreal, Canada, JSM 2013.

11. One year visit at SAMSI, North Carolina, 2012–2013 academic year.

12. Short term visit to the Department of Statistics, Stanford University, Summer 2007.

## F  Interdisciplinary Activities

1. **Collaboration in machine learning:** Dr. Xi worked with Professor Chris Clifton at Department of Computer Science, Purdue University; Professor Yuni Xia at Department of Computer Science, Indiana University-Purdue University Indianapolis; and researchers (Zhen Liu, Li Zhang, Cathy Xia, and Mukund Raghavachari) at IBM T.J.Watson Center, System Analysis and Optimization group. Dr. Xi also worked with Professor Murat Kantarcioglu, Department of Computer Science, University of Texas at Dallas. Publications, two ARO grants, and a US patent were the result of the collaboration in machine learning and data mining.

2. **Collaboration in bioinformatics:** Dr. Xi is currently working with Associate Professor Haiwei Gu from Florida International University (he was an assistant professor at Arizon State University) in the area of metabolomics. Dr. Xi is working on developing statistical methods for metabolite biomarker identification and metabolic pathway analysis, whereas Dr. Gu is developing analytical platforms that enable broad and reliable metabolic analysis on the whole metabolome. Dr. Xi is also working with Professor Xiang Zhang from University of Louisville in metabolomics. Dr. Xi has worked with Assistant Professor Li from Chinese University of Hong Kong and Assistant Professor Ma from Peking University on gene disease network data.

DEF1 00340

## G  Patents

1. US Patents #7272707 and #7490234, Methods and Apparatus for Automatic System Parameter Configuration for Performance Improvement, Liu, Z., Raghavachari, M., Xi, B., Xia, C.H., and Zhang, L., issued on Sep.18, 2007 and Feb.10, 2009

## H  Funding

### 1  Discussion of support

Dr. Xi has received support from National Science Foundation (NSF), National Institutes of Health (NIH), Army Research Office (ARO), Army Research Lab (ARL), Raytheon Company, Northrop Grumman Corp., Purdue Discovery Park iGSDI, Purdue CERIAS, and the Department of Defense (DoD). Since her previous promotion in Spring 2011, Dr. Xi has obtained 11 grants.

### 2  Award information

1. (External) ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, **08/07/2017 – 01/06/2023**, Amount Responsible: $222,500

2. (External) ARL: Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020–05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. (External) Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. (External) Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. (External) Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. (Internal) Purdue CERIAS Seed Grant: Learning Systems Mimicking Human Recognition Process for Improved System Security and Robustness, sole PI: Bowei Xi, $45,000, **06/15/2018 – (no expiration date)**, Amount Responsible: $45,000

7. (Internal) Purdue Discovery Park iGSDI AI+ program: Intelligent Biomorphic Robots with Adversarial Machine Learning Capacity, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, **04/16/2018–09/15/2018**, Amount Responsible: $16,700

8. (External) ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 – 07/31/2015**, Amount Responsible: $210,140

9. (External) DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors: Knowledge-Vis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, **01/01/2017 – 08/12/2020**, Amount Responsible: $5000

DEF1 00341

10. (External) NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 − 08/31/2017**, Amount Responsible: $105,000

11. (External) DARPA XDATA (DoD Grant 106346): D&R for Large Complex Data, **09/14/2012 − 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. (External) DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, 05/01/2008 − 03/28/2014, Amount Responsible: $200,000

13. (External) NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 − 07/31/2011, Amount Responsible: $54,900

14. (External) NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Bio-markers, PI: Daniel Raftery, co-I: Bowei Xi, $387,476, 05/17/09 − 04/30/12, Amount Responsible: 0.5 month summer

15. (External) NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 − 08/31/2010, Amount Responsible: $40,000

16. (Internal) PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006 − 05/31/2007

17. (Internal) PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. (Internal) PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

# I  Evidence of Involvement in Graduate Research Program

## 1  M.S. and Ph.D. students graduated

1. Ph.D. student supervised: Wutao Wei, graduated in June 2018. Currently working at Twitter. *Dissertation: Model Based Clustering Algorithms with Applications*

2. Ph.D. student supervised: Lin-Yang Cheng, graduated in August 2017. Currently working at Medspace in Cincinnati, OH. *Dissertation: Statistical Methods for Effective Protein Biomarker Discovery*

3. Ph.D. student supervised: Xiang Han (co-advised with Professor Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas, TX. *Dissertation: Divide and Recombine: Autoregressive Models and STL+*

4. Ph.D. student supervised: Hui Chen (co-advised with Professor Cleveland), graduated in December 2007. Currently working at Apple, Inc., in California. *Dissertation: Voice Over the Internet: Statistical Properties and Quality of Service*

5. Master's student supervised: Geri Rista (graduated in May 2020)

6. Master's student supervised: Jun Jiang (graduated in December 2016, IE)

DEF1 00342

7. Master's Student supervised: Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati)

8. Master's Student supervised: Kean Ming Tan (graduated in 2011)

9. Service on Ph.D. Advisory Committees:

   - Statistics: David Anderson (Summer 2008), Paul Kidwell (Summer 2009), Saptarshi Guha (Fall 2010), Yang Zhao (Summer 2009), Jin Xia (Summer 2011), Jianfu Li (Fall 2014), Kyle Bemis (Fall 2016), Philip Gautier (Spring 2015), Barret Schloerke (Fall 2017), Jeremy Troisi (Spring 2019).
   - Industrial Engineering: Kyeong-ah Jeong (Spring 2009), Kyungdoh Kim (Summer 2011).
   - Physics: Haiwei Gu (Fall 2008)
   - School of Health Sciences: Chankyo Jeong (Spring 2010)
   - Communication: Brian Britt (Summer 2013)
   - Computer Science: Jaewoo Lee (2014)
   - Agricultural and Biological Engineering: Weizhen Liang (Summer 2015)
   - CERIAS: Ashrith Barthur (Fall 2016)
   - Civil Engineering: Afia Sultana (Fall 2017)

10. Service on Master's Advisory Committees: Claire Engelbrecht (Spring 2007), Thomas McLean (Spring 2007), Alan Saunders (Spring 2008), Hsian-Fan Tang (Fall 2006), Xiaolu Zhang (Summer 2006), Yu Zhu (Summer 2006), Haoan Liu (Fall 2012), Yi Li (Fall 2011), Catherine Withey (Spring 2010), Shuai Chen (Fall 2012), Yu Qiao (Fall 2018), Runyi Hu (Spring 2019), Ashley King (Spring 2020), Weinan Wang (Fall 2020).

## 2  Current graduate and postdoctoral students

1. Ph.D. student supervising:

   - Kirsen Sullivan, defense scheduled Nov 01, 2022
   - Fan Wu, prelim in Dec 2021
   - Juan Shu, prelim in Spring 2022
   - Yitao Li, prelim in Summer 2022
   - Yujie Chen

2. Ph.D. Advisory Committees: Danyang Wang, Hao Xin, Yining Ding, Fahad Fardan Alqahtani (Civil Engineering)

## 3  Undergraduate student

Yujie Chen (graduated in May 2019)

DEF1 00343

## III. LEARNING

### A  Teaching Assignments at Purdue

*This summary is a collaborative effort between the candidate and the Department of Statistics Promotion Committee.*

Dr. Xi has taught six undergraduate to graduate level statistics courses. These courses attract students from different disciplines. Having a very diversified audience is a challenge in the classroom simply because students present varying levels of background preparation. Some have strong mathematical skills and some have strong experience in one or more application areas. Dr. Xi strives to achieve a balance between statistical theory and application in class. Examples from real life applications are used extensively to demonstrate various statistical techniques. Theoretical results are also discussed in class as foundational elements. This helps students gain a better understanding of the statistical techniques and their eventual application. Understanding both the theoretical basis of statistics, as well as the application provides students with the ability to modify the standard techniques when handling unusual data later in their lives.

| Semester & Year | Course Number, Credit Hr. Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 2022 | STAT 511, 3 cr, lecture | Statistical Methods I | 60 | UG-Grad |
| S 2022 | STAT 511, 3 cr, lecture | Statistical Methods I | 58 | UG-Grad |
| F 2021 | STAT 511, 3 cr, lecture | Statistical Methods I | 60 | UG-Grad |
| S 2021 | STAT 511, 3 cr, sync online | Statistical Methods I | 58 | UG-Grad |
| S 2021 | STAT 511, 3 cr, sync online | Statistical Methods I | 58 | UG-Grad |
| S 2021 | STAT 511, 3 cr, async online | Statistical Methods I | 25 | UG-Grad |
| F 2019 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 55 | UG-Grad |
| S 2019 | STAT 598, 3 cr, lecture | Recent Developments in Machine Learning | 9 | Grad |
| F 2018 | STAT 417, 3 cr, lecture | Statistical Theory | 40 | UG |
| S 2018 | STAT 598, 3 cr, individual study | Adversarial Learning Literature Review | 1 | Grad |
| S 2018 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 32 | UG-Grad |
| S 2018 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 27 | UG-Grad |
| S 2017 | STAT 511, 3 cr, lecture | Statistical Methods I | 35 | UG-Grad |
| 2004–2016 | STAT 511, 512, 514, 524, 417 | 3 cr, lecture | | |

DEF1 00344

## B  Selected Discussion of Courses

*STAT 598 Recent Developments in Machine Learning:*  The course provides an opportunity for students to undertake individual reading and study on recent topics in machine learning. Topics covered in this course include generative adversarial networks, reinforcement learning, compressed deep neural networks, adversarial machine learning, deep unsupervised learning.

*STAT 511 Statistical Methods I:*  STAT 511 covers the basic knowledge of probability and statistical inference in the context of engineering applications. The topics in STAT 511 are elementary probability, important discrete and continuous distributions, sampling distributions and central limit theorem, confidence intervals and hypothesis testing. Many students are from the College of Engineering and the majority are in graduate programs.

*STAT 524 Applied Multivariate Analysis:*  Students in STAT 524 are from many different colleges, such as the College of Agriculture, the College of Consumer and Family Sciences, the College of Education, the College of Engineering, the College of Science, the School of Pharmacy, the School of Health and Human Sciences, and the School of Management. In February 2007, Dr. Xi revised the course material. Topics on hypothesis testing, multivariate analysis of variance, and regression analysis were replaced with relatively recent development in statistical learning. Practical knowledge for data analysis is emphasized in class. Both SAS and R are used.

*STAT 512 Applied Regression Analysis:*  Students enrolled in STAT 512 are from many different fields. The class has a mix of graduate and undergraduate students. STAT 512 focuses on the applied aspect of regression analysis and uses the statistical software SAS extensively to perform data analysis. STAT 512 utilizes many different datasets to demonstrate how to fit regression models, check model assumptions, and interpret the results in the context of the problem. The topics covered in class are simple linear regression, multiple regression, diagnostics and model selection, ridge regression, analysis of variance, analysis of covariance, and random effects model.

*STAT 514 Design of Experiments:*  STAT 514 is an applied course in design of experiments. SAS is used to demonstrate the examples in class and for students to do the homeworks. Topics covered in class are design fundamentals, completely randomized design, randomized complete block design, latin square design, factorial design, nested factorial, incomplete block design, split plot design, and analysis of variance.

*STAT 417 Statistical Theory:*  STAT 417 is an introduction to the mathematical theory of statistical inference, emphasizing inference for standard parametric families of distributions. The topics covered in the class are properties of estimators, Bayes and maximum likelihood estimation, sufficient statistics, properties of test of hypotheses, most powerful and likelihood-ratio tests, and distribution theory for common statistics based on normal distributions. Most of the students taking STAT 417 are undergraduate students in the actuarial science program.

DEF1 00345

## C  Course Evaluations

### 1  Student Evaluation

Prior to Fall 2021, the following two questions serve as the general instructor evaluation questions on the Statistics Department's evaluation instrument. Each question is scored by the students on a 1 to 5 point scale. The course median are the median from long range data of class medians.

C1: "Overall, this course is among the best I have ever taken!"
C2: "Overall, this instructor is among the best I have ever known!"

| Semester & Year | Course | Respond/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| F 2019 | STAT 512 | 51/55 | 4.4 (3.9) | 4.3 (3.9) |
| S 2019 | STAT 598 | 6/9 | 4.8 (4.8) | 4.9 (4.9) |
| F 2018 | STAT 417 | 37/40 | 3.1 (4.0) | 3.4 (3.9) |
| S 2018 | STAT 512 | 24/27 | 4.3 (3.9) | 4.2 (3.9) |
| S 2018 | STAT 512 | 29/32 | 4.2 (3.9) | 4.3 (3.9) |
| S 2017 | STAT 511 | 18/35 | 4.1 (3.9) | 3.9 (4.0) |

Beginning Fall 2021, the following four questions serve as the general instructor evaluation questions on the Statistics Department's evaluation instrument. (In Spring 2021, the courses were online campus wide. I did the optional course evaluation and the results are included below.)

My instructor seems well-prepared for class.
The instructor is fair and consistent in evaluating my performance in the course.
The instructor created a welcoming and inclusive classroom environment.
The instructor is open to my questions and effectively answers them.

| Semester/ Year | Course | Well Prepared | Fair and Consistent | Welcoming and Inclusive | Open to Questions |
|---|---|---|---|---|---|
| S 2021 | STAT 511 | 4.02/5.0 | 4.25/5.0 | 4.16/5.0 | 4.12/5.0 |
| S 2021 | STAT 511 | 3.78/5.0 | 4.34/5.0 | 4.10/5.0 | 4.04/5.0 |
| S 2021 | STAT 511 | 4.13/5.0 | 4.50/5.0 | 4.36/5.0 | 4.23/5.0 |
| F 2021 | STAT 511 | 4.27/5.0 | 4.48/5.0 | 4.21/5.0 | 4.10/5.0 |
| S 2022 | STAT 511 | 4.38/5.0 | 4.52/5.0 | 4.30/5.0 | 4.22/5.0 |
| S 2022 | STAT 511 | 4.41/5.0 | 4.44/5.0 | 4.27/5.0 | 4.08/5.0 |

DEF1 00346

## 2  Peer Evaluation

On March 9, 2022, I observed Professor Bowei Xi teach Statistics 511 Statistical Methods. This course is designed primarily for graduate students not majoring in statistics but who need to use statistical methods in their research. It is imperative that the course be taught consistently and effectively for this audience. I think Professor Xi exceeds the high standards of this course and promotes motivation in the classroom.

While looking at the course website, I found that it is very well organized and has excellent information about the course, including the examples, formulas, and theorems of the topics for each chapter. During class, I very much enjoyed how Professor Xi presented the formulas for the calculations of probabilities compared the properties of random variables under different types of distributions in terms of similarities and differences. What impressed me the most was that she wrote all the details on the blackboard while explaining all the calculations in great detail at each step. Such step-by-step instructions and graphs showing the area under the normal curve that corresponds to the probability make the complicated calculations much easier to understand. Professor Xi knows her students very well, so she gave many real examples in different fields that match the students backgrounds and research areas. For the students' questions in class, Professor Xi not only answered the specific questions in different ways but also related them to our everyday lives to ensure that the students had a complete and utter understanding of the topic.

In summary, I am confident that Professor Bowei Xi is performing at a very high level in teaching this course. I think Professor Xi is passionate about teaching and knows how to educate and engage her students in class. My impression is that Professor Xis enthusiasm really made her class interesting and enjoyable.

**Min Zhang**
**Professor of Statistics, College of Science**
**March 9, 2022**

DEF1 00347

## IV. Engagement

### A   Discussion of Engagement

There are real world implications when using machine learning algorithms in critical applications, such as autonomous systems. For example, a self-driving car uses camera and radar as sensors. Deep learning is used to process the image signals received from cameras. Hence in a system where a learning algorithm used to process sensor data has inherent vulnerabilities, they become part of the system vulnerabilities that the adversaries can explore. Dr. Xi's research on building robust machine learning algorithms has received support from Army Research Office (ARO), Army Research Lab (ARL), Northrop Grumman Corp., and Raytheon Company.

### 1   Engagement with Partners

Dr. Xi is collaborating with ARL researcher Dr. Kamhoua. Dr. Xi and Dr. Kamhoua have established a joint work statement under a Collaborative Research and Development Agreement (CRADA) between Purdue University and ARL. Even though many ARL grants are awarded to Purdue every year, currently only four Purdue faculty members (from four different projects) are covered by ARL CRADA.

### 2   Individuals Mentored through Engagement Activities

Dr. Xi's students, Kirsen Sullivan, Yitao Li, Juan Shu, and Yujie Chen are working on projects funded by Northrop Grumman Corp., ARO and ARL. Meanwhile Raytheon Company's grant was used to provide one semester RA support for Kirsen Sullivan.

### 3   Impact of the Scholarship of Engagement

The projects lead to Publications 4, 3, 8, 1, 24, 23, 22, 21, 20, 19, 29, 31, 15, 43, 18.

### B   Discussion of Service

Dr. Xi has dedicatedly served on various department, college, and university committees. She has served on Ph.D. and Master's advisory committees, student and faculty award committees, graduate admission committee, and Ph.D. qualifying exam committees in three areas. She has been Chair of the department colloquium for two semesters, and Chair of the mathematical statistics seminar for one and half year, including a summer session. She serves as an associate editor, and as referees for various journals and conference proceedings.

DEF1 00348

## C  Department

| | |
|---|---|
| 2019–Present | Diversity and Inclusion Committee |
| 2021–Present | Rubin Memorial Lecture Chair |
| 2021–Present | Department Award Committee |
| 2011–2012, 2021-2022 | Applied Master's Exam Committee |
| 2016–2019 | Virgil Anderson Committee (Chair) |
| 2014–2015 | Undergraduate Committee |
| 2014–Present, 2011-2012, 2007-2010 | Ph.D. Qualifying Exam Committee, Computational Statistics |
| 2006–2007, 2013-2014 | Graduate Admission Committee |
| 2012–2012, 2013-2014 | Ph.D. Qualifying Exam Committee, Applied Methods |
| 2011–Present | Primary Committee |
| 2013–2014 | Entertainment Committee |
| 2014–2017 | Outstanding Assistant Professor Teaching Award Committee (Chair) |
| 2011–2012 | Graduate Student Teaching Award Committee |
| 2011–2012 | Strategic Planning Committee |
| 2011–2012 | L.J. Cote M.S. Excellence in Statistics Award Committee |
| 2004–2005, 2008-2010 | Virgil Anderson Award Committee |
| Spring 2005 | Massive Data COALESCE Committee (Area Statistics) |
| 2005–2007 | Ph.D. Qualifying Exam Committee, Probability |
| 2005–2006 | Department of Statistics Colloquium Chair |
| Spring, Summer, and Fall 2008, and Spring 2009 | Mathematical Statistics Seminar Chair |

## D  College

| | |
|---|---|
| 2018–2020 | CoS Grade Appeals Committee |
| 2015–2017 | CoS Grade Appeals Committee |
| 2014–2015 | CoS Grade Appeals Committee (Alternate) |
| 2013–2014 | CoS Grievance Committee |

## E  University

| | |
|---|---|
| 2011–2012 | University Grievance Committee |

## F  Professional (editorial boards, study sections, panels, consulting, etc)

1. Associate Editor, Journal of Data Science, an official journal of Renmin University, China, 2021 – Present

2. Invited talk session organizer and speaker, Spring Research Conference, Banff, Canada, 2023

3. NSF panel reviewer, 2022

4. Invited talk session organizer and discussant, ISI World Statistics Congress, 2021

DEF1 00349

5. Invited talk session organizer and discussant, JSM, 2020

6. Army Research Office proposal reviewer, 2016 & 2018

7. NSF panel reviewer, 2015

8. Dr. Xi reviews around 8-10 scientific manuscripts each year for the following professional journals and conference proceedings:

   (a) Statistical Science

   (b) Journal of the American Statistical Association

   (c) Journal of Machine Learning Research

   (d) Electronic Journal of Statistics

   (e) Statistica Sinica

   (f) Technometrics

   (g) Journal of Computational and Graphical Statistics

   (h) Journal of Statistical Planning and Inference

   (i) Statistical Analysis & Data Mining

   (j) Biometrical Journal

   (k) Statistics & Probability Letters

   (l) Pattern Recognition

   (m) Neural Networks

   (n) IEEE Transactions on Knowledge and Data Engineering

   (o) IEEE Transactions on Dependable and Secure Computing

   (p) Transactions on Information Forensics & Security

   (q) Computer & Security

   (r) Computer Standards & Interfaces

   (s) Applied Stochastic Models in Business and Industry

   (t) PLoS ONE

   (u) BMC Bioinformatics

   (v) Information Processing Letters

   (w) Conferences: SIGMETRICS, InfoVis etc.

9. *Panel Discussion on Security Constraints in Cyber Science*, Army Research Office Workshop in Cyber Science, Biometrics and Digital Forensics, Miami, Florida, Nov, 2015.

10. Organizer and speaker of a round-table, sponsored by the statistical computing section, JSM 2013.

11. Session chair, JSM 2013

# G   Diversity Activities

Dr. Xi is on the departmental Diversity and Inclusion Committee. The committee discusses issues such as how to improve the diversity for the graduate student body and provide support to the

DEF1 00360

under-represented group. Dr. Xi is on the Communication Committee for American Statistical Association's Justice, Equity, Diversity, and Inclusion (JEDI) Outreach Group. The JEDI Communication Committee works on social media accounts to increase the visibility of JEDI and its activities.

# V. MENTORING

## A  Undergraduate Students

Yujie Chen worked with Dr. Xi on an adversarial machine learning project while she was an undergraduate student at Purdue. The result from this project was written into a paper (publication 22). The project provided her with more research experience and programming experience with GPU. Yujie joined the Master's program at the University of Chicago in Fall 2019. She proceeds to the Ph.D program at Purdue in Fall 2020 and starts to work with Dr. Xi.

## B  Graduate Students

Dr. Xi has advised and co-advised 9 Ph.D students: Lin-Yang Cheng, Xiang Han, Hui Chen, Wutao Wei, Juan Shu, Kirsen Sullivan, Yitao Li, Yujie Chen, and Fan Wu. Dr. Xi has also advised and co-advised 4 Master's students: Geri Rista, Jun Jiang, Yanling Zhao, and Kean Ming Tan. Her students work on topics in adversarial machine learning, biomarker discovery, and big data research.

Wutao Wei worked on developing a grid based defensive clustering algorithm in the presence of active adversaries (publication 43). Wutao is working at Twitter. His defense took place in June 2018. Kirsen Sullivan received partial support through Raytheon Company to work on adversarial machine learning with Dr. Xi. Juan Shu, Yitao Li, Yujie Chen, and Fan Wu are working on building robust statistical and machine learning models with Dr. Xi (publications 2, 38, 44).

Lin-Yang Cheng worked on a likelihood ratio-based method to accurately identify the truly relevant protein markers in discovery studies (publication 44). The approach has much smaller false discovery rate and higher sensitivity than the popular univariate and multivariate approaches currently used in the field. Lin-Yang obtained his Ph.D. degree in August 2017. He is working at Medspace in Ohio.

Xiang Han worked on seasonal adjustable time series modeling of Akamai data. Xiang obtained his Ph.D. degree in August 2014. He is currently working at Parkland Center for Clinical Innovation in Dallas, Texas. Hui Chen worked on modeling of VoIP traffic from a service provider carrying a full range of VoIP applications (publication 32). Hui obtained her Ph.D. degree in December 2007. She is currently working at Apple Inc.

Four Master's students worked on research projects with Dr. Xi. Geri Rista worked on computational optimal transport theory. Jun Jiang worked on applying differential privacy mechanism to spatial count data (publication 9). Yanling Zhao worked on image deblurring. Kean Ming Tan worked on random number generation (publication 13). Jun Jiang and Kean Ming Tan both proceeded to pursue a Ph.D. degree, in computer science and in biostatistics respectively.

Meanwhile Dr. Xi has served on many Ph.D. and Master's advisory committees. She works with the students and their major advisors on research projects. She has published papers and obtained grants based on these projects.

DEF1 00352

## VI. External Referees

1. ▮▮▮▮▮▮▮

   Medical Education and /Research Endowed Professor
   Department of Chemistry
   University of Washington



   ▮▮▮▮▮▮▮ is a Professor in the Department of Anesthesiology and Pain
   Medicine, University of Washington, as well as an Adjunct Professor, Department of
   Chemistry, University of Washington, a member of the Fred Hutchinson Cancer
   Research Center and Director, NORC Metabolomics Sub-Core Facility. Nominated as a
   referee by Professor Xi.

2. ▮▮▮▮▮▮▮

   Professor
   Department of Biostatistics
   Gillings School of Global Public Health
   The University of North Carolina, Chapel Hill



   ▮▮▮▮▮▮▮ is a professor at the Gillings School. He is an expert on modern
   empirical process theory and semiparametric efficiency theory. He has made important
   contributions to survival analysis, causal inference, missing data, semiparametric models,
   statistical genetics, personalized medicine, machine learning and high-dimensional data.
   He has published over 100 papers, most of which have appeared in first-tier statistical
   journals. ▮▮▮▮▮▮ is a Fellow of the American Statistical Association and a Fellow of the
   Institute of Mathematical Statistics. Nominated as a referee by Professor Xi.

Xi, Page 32 of 68

3. ███████████

Professor
Department of Statistics
North Carolina State University

███████████
███████████

███████████
███████████
████████████████████████

████████████ is a professor in the Department of Statistics, as well as the Director of
the Statistics Graduate Program at North Carolina State University. Areas of expertise
are Biostatistics, High Dimensional Data Analysis, and Machine and Reinforcement
Learning. Nominated as a referee by Professor Xi.

4. ███████████
████████████████

School of Industrial and Systems Engineering
Georgia Institute of Technology

██████████████
██████████████

██████████████
██████████████
████████████████████████

████████ ████████████████████████ in the H. Milton Stewart School of
Industrial and Systems Engineering at Georgia Tech and Associate Director for Research
in the Institute for Data Science and Engineering. ████████ research interests include
statistical theory, statistical computing, and issues related to data analytics. He has made
numerous contributions on topics such as sparse representation, wavelets, and statistical
problems in detectability. Nominated as a referee by Professor Xi.

5. ███████

UGA Distinguished Research Professor
Department of Computer Science
University of Georgia

DEF1 00354

████████ is a professor in the Department of Statistics and a Distinguished Research Professor at University of Georgia. His area of expertise is Bioinformatics, Functional Data Analysis and Geophysics. Nominated as a referee by the promotion committee.

6. ████████
Professor of Statistics
Department of Mathematical Sciences

████████ is a professor in the Department of Mathematical Sciences at the University of Bath. His research is on the interface between the theory and application of Statistics. He has worked on a wide range of statistical problems ranging over air pollution, anxiety and depression, astronomy, athletics, concrete, cosmetics, flooding, fungicides, fuel filters, marketing of cars, obesity, and schizophrenia. He has served as a consultant to industry on statistical issues. Nominated as a referee by Professor Xi.

7. ████████
Professor of the Practice of Statistics
Department of Statistical Science
Duke University

 Page 34 of 68

DEF1 00355

███████████ a Professor of Practice in the Department of Statistical at the Duke University. His research areas include models for dynamic networks, dynamic text networks, adversarial risk analysis (i.e., Bayesian behavioral game theory), human rights statistics, agent-based models, forensics, and certain topics in high-dimensional data analysis. Nominated as a referee by the promotion committee.

8. ██████████r
Department of Industrial and Systems Engineering
University of Buffalo



Professor and Director of Graduate Studies in the Department of Industrial and Systems Engineering, School of Engineering and Applied Sciences at University of Buffalo. ███ ██████████ is also the Director of the Decision, Risk and Data Laboratory. ███████ long-term research goal is integrated operations research, big data analytics, game theory, and decision analysis to improve mitigation, preparedness, response, and recovery for natural and man-made disasters. Nominated as a referee by the promotion committee.

9. ██████████
Professor
University of South Carolina

██████████ is a professor in the Department of Statistics, College of Arts and Sciences at University of South Carolina, as well as the Director, Biometry Core, Center for Colon Cancer Research (CCCR), University of South Carolina. Research Interests

Xi, Page 35 of 68

DEF1 00356

include Mathematical Statistics, Survival Analysis, Reliability, Stochastic Processes, Biostatistics, Financial Statistics, High-Dimensional Inference. Nominated as a referee by the promotion committee.

10. 
CNR Research Director

is an Italian statistician. He is Research Director at the National Research Council Istituto di matematica applicata e tecnologie informatiche in Milan, Italy. His work focusses on Bayesian methods, specifically robustness and stochastic process inference. Nominated as a referee by Professor Xi.

11. 
Professor
Department of Statistics
University of Connecticut

is a professor in the Department of Statistics at the University of Connecticut. Research interests include Spatial Extremes; Copulas; Survival Analysis; Clustered Data Analysis; Statistical Computing; Applications in Public Health, Finance, and the Environment. Nominated as a referee by the promotion committee.

12. 
Department of Biostatistics
University of Texas

Xi, Page 36 of 68

DEF1 00357



████████ is Professor in the Department of Biostatistics at the University of
Texas MD Anderson Medical Center. Professor, Department of Biostatistics, The
University of Texas MD Anderson Cancer Center, Houston, TX. He is also a Member,
Division of Quantitative Sciences, University of Texas Graduate School of Biomedical
Science, Houston, TX. He also holds a Dual/Joint/Adjunct Appointment
Adjunct Professor, Department of Biostatistics, Rice University, Houston, and Adjunct
Professor, Department of Biostatistics, University of Texas Health Science Center at
Houston, Houston, TX ████████ research interests are survival analysis and clinical
trial design. Nominated as a referee by Professor Xi.

DEF1 00358

 **Department of Statistics**

May 23, 2022

«First_Name» «Last_Name», «Degree»
«Position»
«Department»
«Company_Name»
«Address_Line_1»
«Address_Line_2»
«City», «State» «ZIP_Code»
«Country_or_Region»
Email: «Email_Address»

> Re:    ***Promotion evaluation letter for Dr. Bowei Xi***
> URL Information and Deadline

Dear «First_Name»,

Dr. Bowei Xi is a candidate for promotion from Associate to Full Professor in the Department of Statistics at Purdue University. Please recall that you kindly wrote an evaluation letter for Dr. Xi in Fall of 2020. We are writing to you to seek an evaluation of this promotion case and would like to receive your updated evaluation by September 30, 2022. So that we can prepare all required documentation in a timely manner, please confirm your willingness to provide an evaluation of Dr. Xie to my Executive Assistant Jodie Melton (meltonj1@purdue.edu) by **June 6, 2022.**

We would specifically appreciate your comments on the following:

1. Your relationship to the candidate.
2. The significance and quality of the candidate's research and achievements as an Associate Professor, as seen from the research activities and publications. You may make specific note of contributions of the candidate that you feel have had a significant impact on the discipline and the degree of professional recognition within the discipline.
3.. A comparison with the candidate's peers, with particular reference to those you believe are the leaders in the field or those who have recently been promoted to Full Professor at comparable peer institutions.

The candidate's current curriculum vitae and a short perspective that they have written on their research, as well as selected publications are available at:

> https://www.stat.purdue.edu/~xbw/letter/

DEPARTMENT OF STATISTICS
Mathematical Sciences Building
150 North University Street, West Lafayette, IN 47907-2066
Office: 765-494-6030

Xi, Page 38 of 68

DEF1 00369

«First_Name» «Last_Name», «Degree»
May 23, 2022
Page 2

To access this web site, please use:
    username: ■■■■
    password: ■■■■

We realize that relatively little information has been provided about the candidate's teaching and
service activities, and that your judgment must be made primarily on the basis of their research
contributions.

We recognize that a great deal of time and effort is required for a careful evaluation of this
nature, and we are very grateful for your efforts. Your assessment is critical for our endeavor to
maintain the highest scholarly standards at Purdue University.

Please send your evaluation as an email attachment by **September 30, 2022,** to our Faculty
Promotion inbox (facultypromotion@stat.purdue.edu). If necessary, we can also accept
evaluations by secure fax: (765) 494-0558 or hard copies sent to the Department's address.

Under our University policies, your letter will be held in confidence to the extent permitted by
law. Candidates may request a summary of all evaluations in their file, however sources remain
confidential. We cannot guarantee that at some future time a court or government agency will not
require the disclosure of the source of confidential evaluations. Purdue University will endeavor
to protect the identity of authors of letters of evaluations to the fullest extent allowable under
law.

If I can provide further assistance, please do not hesitate to contact me. Thank you again for your
time and for participating in this important process.

Sincerely,

Dr. Dennis K.J. Lin
Distinguished Professor and Head
Department of Statistics

DL/jm

Excerpts from letters for Bowei Xi

███████████ (University of Washington)

I believe that promotion is well deserved. Initial work later led to a novel, supervised statistical approach involving PCA directed PLS-DA, which we published together in 2011 and which has been highly cited. Bowei was a terrific collaborator, not only in coming up with creative solutions to the scientific problems, but also in being able and very willing to explain the advanced statistical methods to non-experts such as myself and my students. In large part due to her help, my group became very comfortable with the many multivariate methods in use in metabolomics.

███████████ (The University of North Carolina, Chapel Hill)

Dr. Xi has already demonstrated her outstanding achievements in the field on cybersecurity and adversarial machine learning for artificial intelligence. Her impressive achievements are not only in the development of novel machine learning methods algorithms, but also in the cross-discipline implementation of artificial intelligence and data science applications. Her recent publications appeared in many prestigious and highly influential journals. In addition, a few papers have been included in prestigious conference proceedings in machine learning, computation, and data science (e.g., KDD, AAAI).

███████████ (North Carolina State University)

Dr. Xi's work fills in some gaps in both theory and method development in this area. Moreover, Dr. Xi's theory and method work has found novel applications in several important areas, such as cyber security, computer vision, biological intelligence, etc. Her external funding record is very impressive! From these works, it is clear that Dr. Xi has made outstanding contributions in the areas of robust statistical learning, supervised and unsupervised learning, and internet traffic modeling. Dr. Xi has built up a strong track record. Her research areas are broad, covering theory, methodology, application, and interdisciplinary research. I strongly support her promotion to Full Professor with tenure.

███████████ (Georgia Institute of Technology)

Professor Xi and her collaborators have won major grants on the related activities, as being reflected in her funding track record. Professor Xi has applied statistical and machine learning methods to metabolomics, resulting in highly cited and highly rated publications. This is evidence that her work is impactful. Since her previous promotion in Spring 2011, Professor Xi has obtained numerous grants from a wide range of diverse funding agencies, including National Science Foundation, Army Research Office, Army Research Lab, the Department of Defense, Raytheon Company, Northrop Grumman

DEF1 00361

Corp., and so on. Professor Xi has clearly made significant contributions to the field. Her promotion is well deserved.

**████████ University of Georgia)**

From the very beginning of her career, Dr. Xi has been involved in high-impact research. Her research addressed the most challenging problems in modern machine learning. This is well exemplified by her pioneered research in adversarial learning, which is the study of attacks on machine learning algorithms. Dr. Xi's case is well comparable with peers in top research universities in US. If she were in my department, there is no doubt that she would get her promotion with unanimous support. I believe that Dr. Xi can get promoted in many top statistics departments. Dr. Xi has done outstanding work in both machine learning and statistical methodology. The level of creativity shown in these publications has led me to regard her as a leader in our community that faces the tremendous opportunities and challenges in the era of "big data". It is a pleasure to recommend, most highly, her promotion to Full Professor.

**████████ (University of Bath)**

Dr. Xi's work has been presented at pre-eminent conferences in her chosen area of application. In some areas of computer science, this is regarded as more prestigious than journal publications. She deserves substantial credit for this. She has had substantive success in obtaining more grant funding in her main area of research. This is a strong sign that she is regarded as a leading expert in adversarial machine learning. She has strong forward momentum with additional research publications across her different areas of interest. Dr. Xi would be promoted Professor in my current university and at my former employer, the University of Michigan. Indeed, Purdue would be foolish not to grant this promotion as she could easily obtain this position at another strong research university.

**████████ (Duke University)**

Dr. Xi has made important contributions to adversarial deep learning, Internet tomography, and metabolomics. Although her work is technically excellent, it often does not seem like traditional statistics, but I think that is what makes her so valuable and impactful. But it is far more important that she be an outward facing statistician, who acts as an ambassador to the deep learning and metabolomics communities. That is where she will have the most scientific influence, and she is incredibly successful on that front. Post-tenure, we want to recognize and reward behavior that brings statistics to the larger scientific world, and Dr. Xi does that outstandingly well. She is the leading statistician of her age and stage in the fields of metabolomics and various favors of cybersecurity. I encourage your department to consider arranging for Dr. Xi to be nominated to be a Fellow of the American Statistical Association.

Xi, Page 41 of 68

████████ **(University of Buffalo)**

Dr. Xi is a worldwide expert in developing robust machine learning and statistical models for complex data environment. Dr. Xi's research portfolio (publication, awards, grants, citations) compares very favorably to the leaders who have recently been promoted to Full Professors. Dr. Xi's achievement in scholarship is simply outstanding, and at or above the expectation for Full Professor for any research university in this country. Based on her excellent research and service record, Dr. Xi would be easily promoted to Full Professor in my school. I highly recommend her promotion without any hesitation.

████████ **(University of South Carolina)**

Her research works dealing with adversarial statistical and machine learning are very important and potentially highly significant due to the advent of automated systems (e.g., automated car driving) and in settings where an adversary is trying to gain an advantage. The importance and significance of Dr. Xi's research works have resulted in her garnering 11 external research funding awards since her last promotion. These research awards are testament that the statistical and machine learning communities, as well as industry, recognize the important value of Dr. Xi's research and believe in her productivity. my assessment is that she has achieved that level so as to make her highly suitable for promotion to full professor, at least from the perspective of her research accomplishments. It is without any reservations that I recommend a positive vote for her promotion to full professor

████████ **(Istituto di Matematica Applicata e Tecnologie Informatiche)**

The journals in which Dr. Xi has published her work are relevant ones, i.e., the ones in which a junior Full Professor is expected to publish. Her publication track is the major argument for my support for her appointment at the position of Full Professor. Two years ago, I expressed a concern about a very limited commitment to the statistical community at large. Now I see that the situation is changing. Dr. Xi has become Associate Editor of a journal on Data Science based in China, an Elected Member of the International Statistical Institute and Member of the Communication Committee for American Statistical Association's Justice, Equity, Diversity, and Inclusion (JEDI) Outreach Group. She has also organized some events, like an invited sessions at the Joint Statistical Meetings (2020), the ISI World Statistics Congress (2021), and the Spring Research Conference at Banff, Canada (2023). In conclusion, I think Dr. Xi is now ready to become Full Professor.

████████ **(University of Connecticut)**

Dr. Xi's work formally defined transferability of adversarial samples in terms of decision boundary-robustness and the intensity of adversarial attacks. They further demonstrated

DEF1 00363

that simple randomization schemes can break the transferability of adversarial samples. I believe that their formal definition will open a new avenue for statisticians to contribute to robust machine learning and their randomization schemes will be a benchmark for comparison with future developments. Given the exciting, fast-moving field in which she is working, her publications in respected conference proceedings in computer science are to be highly valued. Her funding record is much stronger than many. In summary, Dr. Xi has made substantial contributions to multiple areas of Statistics and Machine Learning. Her research and achievements justify promotion to Full Professor. I believe that Dr. Xi is very valuable to the future of Statistics and Data Science at Purdue University. I fully support her promotion with no reservation.

███████████ (University of Texas)

Dr. Xi has made significant contributions to machine learning, and successfully applied her methods to cybersecurity, computer vision, and medicine. Due to her impressive contributions, she was invited by North Atlantic Treaty Organization (NATO), ACM Conference on Computer and Communications Security, and the National Academies of Sciences, Engineering, and Medicines Committee on Applied and Theoretical Statistics, to give significant lectures. These are all great honors and amazing records for an associate professor. From these achievements and services, I can see that Dr. Xi is hard-working and productive, making great contributions to statistical methodological research, and diligently serving the statistical community. I strongly support Dr. Xi's promotion to Full Professor with tenure.

DEF1 00364

Mitochondria & Metabolism Center
Department of Anesthesiology & Pain Medicine
South Lake Union, 850 Republican Street, Seattle, WA 98109
Email: draftery@uw.edu


SCHOOL OF MEDICINE

September 19, 2022

Dennis Lin, PhD
Distinguished Professor and Head
Department of Statistics
Purdue University
250 North University Street
West Lafayette, IN 47907

Dear Professor Lin,

I am very happy to recommend Dr. Bowei Xi for promotion to Full Professor with tenure based on her significant research accomplishments at Purdue University. I have known Dr. Xi since 2005, and was her colleague at Purdue until 2012, at which time I moved to the University of Washington. We collaborated on a number of projects related to the field of metabolomics, the parallel and high throughput analysis of small molecules important to metabolism in biological systems and have published a number of papers together related to methods development and applications. I hold Dr. Xi in very high regard as a statistician and scientist and found her to be a terrific colleague and that her excellent program will continue to grow in stature, and therefore I believe that promotion is well deserved.

While Dr. Xi's main current work is in the area of cyber security, big data and machine learning/AI, I worked with Bowei in the area of multivariate statistical analysis of metabolic networks (i.e., the field of metabolomics) and so I won't comment on her other research areas. My research group started working with Bowei on several metabolomics projects involving the multivariate analysis of biofluid samples that combined two very different analytical data sets obtained using mass spectrometry (MS) and nuclear magnetic resonance (NMR) platforms. This initial work later led to a novel, supervised statistical approach involving PCA directed PLS-DA, which we published together in 2011 and which has been highly cited. We continued to work together on several projects involving challenging statistical analysis problems in metabolomics. Bowei was a terrific collaborator, not only in coming up with creative solutions to the scientific problems, but also in being able and very willing to explain the advanced statistical methods to non-experts such as myself and my students. In large part due to her help, my group became very comfortable with the many multivariate methods in use in metabolomics. More recently, Dr. Xi has continued to work productively on metabolomics related projects with one of my former graduate students, Dr. Haiwei Gu, now an Assistant Professor at Arizona State University, indicating her continued interest in and valuable contributions to the field.

From her CV, it is clear that Dr. Xi has been highly productive, and her work has been very impactful in several areas, particularly adversarial machine learning and big data, as well as metabolomics. She has published almost 30 papers as an Associate Professor, more than double her output as an Assistant Professor. She recently became an Associate Editor for the Journal of

Xi, Page 44 of 68

DEF1 00365

Data Science and has won two research awards at Purdue. Dr. Xi has strong grant support and a growing group of graduate students she mentors, which are testament to her successful research program. Based on Bowei Xi's strong record of achievement as a faculty member, my very positive interactions with her as a colleague and co-author, and her expertise in applying and developing advanced statistical methods for metabolomics projects, I believe that it is well past time to promote Dr. Bowei Xi to Full Professor.

Most sincerely,



Xi, Page 45 of 68

UNIVERSITY OF WASHINGTON

DEF1 00366



210A OLD CHEM, BOX 90251
DURHAM, NC 27708-0251 USA

**DEPARTMENT OF STATISTICAL SCIENCE**
**DUKE UNIVERSITY**

Tel:
Email:

September 1, 2022

Professor Dennis Lin
Department of Statistics
Purdue University

Dear Professor Lin:

This is a letter of evaluation in response to the contemplated promotion of Professor Bowei
Xi to the position of tenured full professor. Thank you for inviting my input.

As a calibration check, I've written a fair number of P&T letters, for a wide range of insti-
tutions; the last six were for the University of Pittsburgh, the University of New Hampshire,
Pennsylvania State University, the University of Michigan, the University of California River-
side, and the George Washington University. In this case, I am applying the very stringent
standards that are appropriate for your truly excellent department.

Overall, from the outside, this seems like a very strong case. Dr. Xi is clearly technically
strong and professionally active. Since her last promotion, she has published 32 papers in
refereed journals or proceedings, often in top-tier venues, and she has been successful in
finding significant funding as a PI (11 grants since her last promotion). I like her sustained
contribution to metabolomics and proteomics (a field I sometimes dabble in), her work on
adversarial machine learning (another area that I follow), and on cybersecurity (also an
interest). She is currently supervising five PhD students, has recently won some awards
for her research, and co-organized a research conference at the Banff International Research
Statision. All of this seems highly commendable.

This evaluation focuses upon her work from 2011 forward, since that seems most relevant to
the decision about promotion to full professor.

I believe the following format addresses the questions raised in your request.

- *In what capacity do I know Dr. Xi?* We have met several times, mostly in the context
  of Statistical and Applied Mathematical Sciences Institute (SAMSI) workshops. She
  participated in the kickoff meeting for the program on Games, Decisions, Risk and
  Reliability, and she has been lightly involved in other SAMSI programs, such as the
  2020 program on deep learning. I don't recall any other interactions, but I have known
  of her metabolomics work for quite some time.

Xi, Page 46 of 68

DEF1 00367

We are cordial but not close, and I am confident that my evaluation is impartial.

• *How do I characterize the significance and quality of Dr. Xi's achievements?*

Dr. Xi has made important contributions to adversarial deep learning, Internet tomography, and metabolomics. Although her work is technically excellent, it often does not seem like traditional statistics, but I think that is what makes her so valuable and impactful. As David Blackwell said when he introduced Cuthbert Daniel to the Berkeley statistics department, "This man is worth ten of us. Not because he is better, but because he is different!"

She was in on the ground floor of adversarial machine learning, and since tenure has continued her leadership in that field, sometimes using the term "robust statistical learning". This is a critical area with many applications, including cybersecurity, the training of autonomous vehicles and other AI applications. It combines aspects of game theory, deep learning, and the Stackelberg problem,

Her early work on metabolomics and proteomics has evolved into an extensive set of publications, many related to graph neural networks for biological applications. Her work in this area is broad-based, but much is focused upon the discovery of biomarkers and, using domain knowledge, she developed a test for the population mode that outperforms the methods available in the standard statistical toolkit.

As part of this assessment I read the paper "Exploring the Effect of Randomness on Transferability of Adversarial Samples Against Deep Neural Networks" in the *IEEE Transactions on Dependable and Secure Computing*. It addresses the problem that often an attack upon that deceives one classifier can similarly deceive other, very different, classifiers, even black-box classifiers in which the opponent does not know the details of the algorithm being used to classify cases. Notably, that paper quantifies transferability in terms of the decision-boundary insensitivity and the intensity of attacks; it shows that random perturbation of neural network weights can thwart transferability when the attacker's resources are bounded; and it shows that conceptually simple selection at random from among multiple classifiers provides good protection. In short, the paper goes about as far as it is possible to go in addressing adversarial problems in deep classifiers. I also note that the paper is beautifully written, and provides an authoritative overview of the problem space.

Dr. Xi is also active in cybersecurity more generally. This is a crowded field, but her work has been prescient. The 2011 paper "Classifier Evaluation and Attribute Selection Against Active Adversaries" addresses problems that did not become widely known until after the publication of *Deep Learning* by Goodfellow, Bengio, and Courville in 2016. Her approach in that paper is different from current work on maximizing the separation between manifolds, but the game-theoretic formulation she advanced has now become central in the generative adversarial network community.

Also in the context of cybersecurity, I am an associate editor for the *Harvard Data Science Review*. This journal is relatively new, but Harvard is pushing hard to make this a top journal and I think it will succeed. I have read the 2021 cybersecurity paper Dr. Xi wrote for it with superstars such as Al Hero and Jose Moura, and I believe it is

DEF1 00368

a paper that will significantly reset the thinking in that field.

Another paper I read is "Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data," in the journal *Methods in Molecular Biology*. I chose it because too few statisticians work in this important area, and I was tremendously impressed by her detailed knowledge of the subject. The paper starts with a detailed account of the preparation and cleaning of the data, which I know to be a critical, complex, and key component of the analysis. Things have to be done in exactly the right order, with careful attention to internal calibrants, thresholding, correction for refractory periods in ion detection, adhesion, and other problems. Then she got brilliant. She developed a partial least squares analysis with an indicator matrix to capture group membership, and then used orthogonal signal detection to deconvolve the biomarker fingerprint from irrelevant factors, such as diet. This opens the door to the use of more traditional classification tools, such as random forests. The paper is a blueprint for others to follow, and should be a model for all metabolomic analyses. She put it in the right journal to have maximum impact on the field.

Dr. Xi's work is wonderful, and there are many others who agree. Her track record on funding is enviable, as are her citation counts. She is moving her fields forward in excellent ways, and has made sustained, top-level contributions. Purdue has recognized this with the Research Refresh Award and the Regina and Norman Carroll Research Award.

Your letter asks me to comment on the degree to which her work has received professional recognition within the discipline. She is well-known, as an editor, an invited speaker, and a participant at conferences and workshops. But it is far more important that she be an outward facing statistician, who acts as an ambassador to the deep learning and metabolomics communities. That is where she will have the most scientfic influence, and she is incredibly successful on that front.

• *How does Dr. Xi stand compared with her peers?*

Dr. Xi's work is outward facing, and I think this is appropriate and laudable. But it makes peer comparisons difficult, since she is mostly working in areas underserved by statisticians. In the metabolomics world, the other statisticians are Cliff Speigelman, Di Cook, Terry Speed, David Stephens, Maria De Iorio, sort of Matt Wand, and maybe me, a little bit. None of us would be considered part of her cohort. Perhaps Maria is the closest match—she is a full professor at University College London and the University of Singapore. She applies traditional Bayesian statistics to problems in metabolomics, but Dr. Xi's work is much more innovative.

Similarly, her line of work on cybersecurity is nearly unique in the (academic) statistical world. Dave Marchette has done some work on this, as has David Ríos Insua and Vadim Sokolov, but that's about all. Dr. Xi's work is much stronger than that of all three. I suppose Al Hero might sometimes count as a bit of a statistician, and he is both more prominent and much older, but really he is a mathematician.

For the promotion from assistant professor to associate professor, it is reasonable to expect the candidate to have a major presence in statistical journals, and to be part of our intel-

3

lectual community. But post-tenure, we want to recognize and reward behavior that brings statistics to the larger scientific world, and Dr. Xi does that outstandingly well.

As mentioned, she is the leading statistician of her age and stage in the fields of metabolomics and various flavors of cybersecurity. One signal of Dr. Xi's academic success is her funding history. She has obtained 11 grants since 2012, mostly as PI, and many are impressively large. Another measure of her impact is the number of invited lectures and colloquia she has given. A third metric is that she is currently supervising five PhD students, which is a full load.

Based on the material I have seen, this looks like a very strong case. But I recognize that there are many factors I cannot evaluate. I do not know how effective she is as a teacher, nor do I know if she is a good fit in the department. I don't have any basis for concern on those axes, but I want to underscore that you have relevant information that I do not.

Additionally, I encourage your department to consider arranging for Dr. Xi to be nominated to be a Fellow of the American Statistical Association. Her contributions to metabolomics and cybersecurity are likely to be valued by the Fellows Committee. It would also be good if a senior member of your department recommended to an ASA editor that Dr. Xi become an associate editor. That can help with a Fellows nomination and editors would be delighted to access her unique skill sets.

Sincerely,



DEF1 00370

 GILLINGS SCHOOL OF
GLOBAL PUBLIC HEALTH



July 6, 2022

Dennis Lin, PhD
Distinguished Professor and Head
Department of Statistics
Purdue University
250 North University Street
West Lafayette, IN 47907 USA

Dear Dr. Lin:

It is my great pleasure to write an evaluation letter for Dr. Bowei Xi in consideration for promotion to full professor. I am a full professor at Department of Biostatistics in the University of North Carolina at Chapel Hill. My main research areas include machine learning, semiparametric models and high-dimensional inference with broad applications to biomedical areas. My interest on machine learning is also one focus of Dr. Xi's research areas so I am in a suitable position to comment on her scholarly achievements. I have known Dr. Xi for years and we had a couple of years overlapping when back to my doctoral training at the University of Michigan. However, we have no collaboration or any other professional interactions.

Dr. Xi's CV lists a total of 40 peer-reviewed publications, many of which have been published since she was promoted to Associate Professor in 2011. It is clear that her research has shifted from traditional statistical inference to cutting-edging data science over the past decade. Her recent publications appeared in many prestigious and highly influential journals, such as Journal of the American Statistical Association, Technometrics, Bioinformatics, Electronic Journal of Statistics and Journal of Machine Learning. In addition, a few papers have been included in prestigious conference proceedings in machine learning, computation and data science (e.g., KDD, AAAI). Particularly, she has done very interesting and important work on robust machine learning, which I would like to comment in detail in the following paragraphs.

In her paper, "Adversarial Support Vector Machine Learning", Dr. Xi proposed two new adversarial attack models to improve robustness of support vector machine learning. The first model allowed the attacker to move the feature for a malicious label to a free range and the second model allowed a restrained feature change, subject to cost if moving feature too far. There ideas are very interesting because they well reflect practice which are in contrast to previous works that often make strong (or unrealistic) assumptions about knowing the learning systems for the attackers. Under these two models, this paper proposed robust support vector machine learning approaches that were resilient. The resulting optimization problem enjoyed the similar convexity in the dual problem for traditional support vector machines. The work works well in both experiments and real applications. This paper is only one example to show how Dr. Xi's work is motivated by real applications and how her developed approaches

Xi, Page 50 of 68

are guided by practical knowledge. In a second paper titled "Bio-Inspired Adversarial Attacks Against Deep Neural Networks", she proposed two novel attack models for deep neural networks that were directly motivated by biological life: one was to superimpose imagine patterns like camouflage and the other was to add motion when training neural networks. The novel attacks differed from previous mini-perturbation and well reflected common challenge in practice. Her paper demonstrated that two new attack models could successfully deteriorate the performance of convolution neural works. This is a very important message for AI society despite of the popularity of deep neural networks. Therefore, a robust defender strategy is warranted for further improvement of these algorithms. In addition to studying adversarial attack models, Dr. Xi has also developed a series of methods for defender strategies based on active learning and game theory. For example, in her paper titled "Adversarial Active Learning", she proposed a novel procedure to use data generative models by classifying sample into "genuine, weak and malicious" oracles based on mixture distributions, and then obtain oracle profiles for selecting most informative samples for updating learning.

Besides her novel researches, Dr. Xi has contributed a substantial effort to write reviews to further advocate the cutting-edge machine learning methods in a wide range of fields. To name a few, her review papers include "Statistics and Data Science for Cyber Security" published in Harvard Data Science Review, "Adversarial Machine Learning for Cyber Security and Computer Vision: Current Developments and Challenges" in Wiley Interdisciplinary Reviews (WIREs) Computational Statistics, "A Survey of Game Theoretic Approaches for Adversarial Machine Learning" in Wiley Interdisciplinary Reviews (WIREs) Data Mining and Knowledge Discovery, and "Adversarial Learning: Mind Games with the Opponent, ACM Computing Reviews, Network Tomography: A Review and Recent Developments" in Frontiers in Statistics.

Another significant part of Dr. Xi's research is to develop novel statistical learning methods and algorithms for analyzing biological data. For example, she proposed a graph neural network to predict disease gene association in the presence of large missing genetic variables. Her method based on a heteroscedastic Gaussian dropout algorithm could handle missing data by allowing the set of gene features to be different between training and testing stages. Her model still led to an accurate prediction event if there was more than 90% missing features. Another of her work combined NMR spectroscopy and mass spectrometry data to detect metabolic profile alterations in biofluids or tissues caused by disease or toxicity. Both works have been cited over 100 times. Although artificial intelligence and data science have experienced explosive development in computer science over the past decade, they are still in their infancy for most of statistics and biostatistics departments. Dr. Xi is among the first group of statisticians who are contributing to this field with sophisticated statistical theories and tools.

A noteworthy point is that Dr. Xi has been successful in obtaining external grants as sole or co-PI and that she has been invited to numerous presentations and panel discussions in the past . She is an associate editor for Journal of Data Science, the first journal focusing on data science in the statistical

DEF1 00372

society. All these facts demonstrate that her work has been well recognized by her peers. Finally, I notice that she is currently advising 5 doctoral students, which is quite significant in a statistical department.

In summary, Dr. Xi has already demonstrated her outstanding achievements in the field on cybersecurity and adversarial machine learning for artificial intelligence. Her impressive achievements are not only in the development of novel machine learning methods algorithms, but also in the cross-discipline implementation of artificial intelligence and data science applications. Her records of teaching, mentoring students and funding are also impressive. Hence, I highly endorse her promotion.

Sincerely,



Xi, Page 52 of 68

DEF1 00373



### UNIVERSITY OF
## SOUTH CAROLINA
#### College of Arts and Sciences

Department of Statistics
September 26, 2022

Dr. Dennis Lin
Professor and Chair
Department of Statistics
Purdue University
West Lafayette, IN

Dear Dr. Lin:

First, thank you for requesting me to be an external evaluator for Dr. Bowei Xi's application for promotion to Full Professor at Purdue University. I want to state that I do not have any conflict of interests with regards to evaluating Dr. Xi.

Second, my sincere apologies for not submitting this assessment earlier – I had to complete several urgent and time-sensitive tasks at the National Science Foundation (NSF) during these past three months in my role as a Program Director in the Division of Mathematical Sciences, Statistics Program.

In your letter requesting this assessment, you mentioned that I should comment on the significance and the quality of the candidate's research and achievements since the last promotion, and to also compare the candidate's performance with peers. To note, the candidate, Dr. Bowei Xi, was last promoted to associate professor with tenure in 2011.

Since her last promotion, Dr. Xi has published 17 articles in well-recognized journals in the statistical sciences and in machine learning, and also has an article in a very high-impact journal in chemistry (*Analytical Chemistry*). Among the major statistical journals where her articles appeared are the *Journal of the American Statistical Association, Bioinformatics, Journal of Statistical Software, Technometrics, Electronic Journal of Statistics*, among others. Aside from these published articles, she also has articles in conference proceedings and book chapters. Quite unusual in our statistical community, Dr. Xi (together with collaborators) also has two United States Patents, though these were issued prior to her promotion in 2007 and 2009, but nonetheless still significant, dealing with methods and apparatus for automatic system parameter configuration for performance improvement.

Dr. Xi's recent recent activities center on the following important areas: adversarial sta-



UNIVERSITY OF
## SOUTH CAROLINA
College of Arts and Sciences

Department of Statistics

tistical and machine learning; game-theoretic machine learning; robust machine learning; missing data problems; and robust models and graph neural networks for biological data, including problems pertaining to gene associations. She has also worked on projects touching on statistical computing as well as the emerging area of internet traffic models or network tomography. Many of her papers are very well-cited, even those that have appeared just recently. Her research works dealing with adversarial statistical and machine learning are very important and potentially highly significant due to the advent of automated systems (e.g., automated car driving) and in settings where an adversary is trying to gain an advantage. This is the situation where the training data used in machine learning systems are perturbed so that the training data does not anymore follow the distribution of the data for which the trained machine learner will be employed. The perturbation could be subtle, else the trainer will detect that the training data has been tampered with, hence the goal in this situation is to create machine learning algorithms that are robust to such slight perturbations. Slight does not necessarily mean insignificant, as the case of a small perturbation in a STOP sign causing an automated driving system to be fooled, possibly with catastrophic consequences.

The importance and significance of Dr. Xi's research works have resulted in her garnering 11 external research funding awards since her last promotion from the National Science Foundation, the Department of Defense, the Army Research Office, and from research components of corporations such as Raytheon, Northrop Grumman, among others. These research awards are testament that the statistical and machine learning communities, as well as industry, recognize the important value of Dr. Xi's research and believe in her productivity. Dr. Xi has also been invited to present her works in a variety of forums, such as in a tutorial she gave in an ACM Conference on Computer and Communications Security, and her getting invited by the National Academies of Sciences, Engineering, and Medicine Committee on Applied and Theoretical Statistics.

Though I am not supposed to evaluate her teaching nor her mentoring activities, I should nevertheless mention that Dr. Xi has been quite successful in mentoring PhD students. She appears to be very successful in her teaching responsibilities, getting highly positive evaluations and comments from her students. She has also garnered several awards and honors, among these being the Research Refresh Award from Purdue and also the Regina and Norman Carroll Research Award, also from Purdue. She's an Elected Member of the International Statistical Institute, and has a featured article in the European Association for Signal Processing Journal on Image and Video Processing. These attests to her gaining international recognition and reputation, a trait that we usually want to see for those gaining

2



UNIVERSITY OF
# SOUTH CAROLINA
College of Arts and Sciences

Department of Statistics

promotion to full professor. She has also served as reviewer of manuscripts for several journals, and also a member of grant review panels at the National Science Foundation and the Army Research Office. Again, these are testaments to her getting recognized for her important research output and her productivity.

I have seen many promotion files in my own institution, as well as from other institutions for which I served as an external reviewer. At one point I chaired the University's Tenure and Promotion Committee in my institution, so I am familiar with the record of candidates for promotion to full professor from mathematical and statistical departments, as well as from other departments in the university. Based on my review of Dr. Xi's research record and accomplishments, my assessment is that she has achieved that level so as to make her highly suitable for promotion to full professor, at least from the perspective of her research accomplishments. Of course, there are other criteria that your institution needs to consider, such as her teaching performance (but which seems to be very fine), for which I do not have the information.

In any case, on the basis of the materials that I have reviewed, it is without any reservations that I recommend a positive vote for her promotion to full professor. Again, thank you for the opportunity to review Professor Xi's record in regards to her candidacy for promotion to full professor.

Please let me know if you have any questions. Thank you.

Sincerely,



3

Leconte College • Columbia, South Carolina 29208 • 803-777-7800 • Fax 803-777-4048

An Equal Opportunity Institution

Xi, Page 55 of 68

DEF1 00376

 ISTITUTO DI MATEMATICA APPLICATA E TECNOLOGIE INFORMATICHE

CONSIGLIO NAZIONALE DELLE RICERCHE

## TO WHOM IT MAY CONCERN

I am glad to express my opinion about the application of Dr. Bowei Xi for promotion from Associate to Full Professor with tenure in the Department of Statistics at Purdue University. I had the opportunity to meet her twice during the academic year 2019-2020 when I was leading the SAMSI program on "Games and Decisions in Risk and Reliability" in Durham, NC. I invited Dr. Xi to two workshops and also to lead one of the working groups, based on the suggestion of people involved in Adversarial Risk Analysis. I am glad to report that she has been very active in leading her group and that during the first part of the program (the second one has been disrupted by COVID-19) she was able to produce a book chapter on the game theoretic perspective for Adversarial Machine Learning, a paper on adversarial attacks against deep neural networks and a review paper about Adversarial Machine Learning.

I had the opportunity to write about an earlier (2020) application by Dr. Xi for promotion to Full Professor, expressing some concerns about her suitability. Now I see a significant improvement, especially about the critical aspects, in her CV. In the last two years I have had the opportunity of writing comments on other researchers applying for Full Professorships, including someone in the United States. I think that Dr. Xi's CV is currently suitable for the promotion. This letter builds on the one I wrote in 2020, but it is updated accordingly to the changes in the CV.

Looking at Dr. Xi' CV, I am really impressed by the grants she has been able to obtain since her promotion to Associate Professor and up to a couple of years ago. I see no new grants in the last two years: I do not know if the pandemics has had an influence on it. She got 11 grants from many US funding agencies, private companies and federal departments. The grants are mostly supporting research about cybersecurity and adversarial classification, in the contexts of Game Theory and Data Analytics. Those grants are showing how the research by Dr. Xi is timely and of interest for both government and private companies. The total amount of the grants is not huge but the kind of supported research is quite inexpensive: this could be the reason for those relatively limited funds provided by most grants.

I started my evaluation of the achievements by Dr. Xi looking at the papers she submitted for evaluation and I am providing here some comments on them. The count of citations is based on Google Scholar. As a general observation, the number of citations is not very extensive but there are some papers which have had a significant impact. One paper was published in 2011, so that it might pertain more to Dr. Xi's career as Assistant Professor rather than Associate Professor. All the papers, but one, are joint works with other authors, often not in a statistical department.

1.  *Adversarial Active Learning (2019):*
    *   It has been published in the proceedings of a conference (with a one third acceptance rate according to Dr. Xi) under a slightly longer title and with minor text changes with respect to the paper submitted for the promotion case. So far it has only one citation, despite of its innovative contribution in using adversarial active learning to construct resilient defensive algorithms.
2.  *Adversarial Support Vector Machine Learning (2012):*
    *   The paper has been published in the proceedings of an important conference with an acceptance rate of one fifth. The paper received 136 citations and it is an important contribution to the field of Adversarial Machine Learning. It seems there is a growing interest for it since one third of the citations are from the last two years. Probably, the topic was very innovative at the time of the

DEF1 00377



ISTITUTO DI MATEMATICA APPLICATA E TECNOLOGIE INFORMATICHE

CONSIGLIO NAZIONALE DELLE RICERCHE

publication, of interest for a smaller group of researchers than nowadays. Of course, the number of citation is very good, but not enough to make the paper a milestone.

3. *Classifier evaluation and attribute selection against active adversaries (2011):*
   - The paper is the first one that combines adversarial classification and Stackelberg game looking for an equilibrium. This explains the relatively high number of citations (99).

4. *Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data (2014):*
   - The paper has 139 citations and it continues receiving a discrete number and almost one third are from the last two year. The paper provides an extensive review of various multivariate statistical techniques for analyzing and modeling mass spectrometry-based metabolomics data. The number of current citations shows that the paper is still considered a useful review (actually the interest seems to be increasing).

5. *A survey of game theoretic approach for adversarial machine learning (2019):*
   - The paper got 49 citations in just two years since its publication in a very good journal. It seems to be a very timely and useful paper addressing a particular approach (based on Game Theory) to one very relevant area, adversarial machine learning.

6. *Adversarial Machine Learning for Cybersecurity and Computer Vision: Current Developments and Challenges (2020):*
   - The review paper has been published quite recently and it received only 14 citations so far. The paper addresses a relevant topic at the intersection of Machine Learning, Cybersecurity and Game Theory and the thorough review is very interesting and useful.

7. *Disease gene prediction with privileged information and heteroscedastic dropout (2021):*
   - The paper has received 8 citations so far, which is not a bad number given its very recent publication. The paper proposes an innovative approach on the use of machine learning methods to identify genes related to genetic diseases.

8. *Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks (2022):*
   - The paper proposes to add a level of randomness to Deep Neural Networks to better protect them from adversarial attacks. There is a very thorough illustration of the method. The paper has received no citation so far.

Dr. Xi's research interests can be classified, with some oversimplification, into two major categories: Adversarial Machine Learning with applications in cybersecurity and classification and Metabolomics. Both interests are long-standing and Dr. Xi has given remarkable contributions about them, including some papers which were not submitted for evaluation. Regarding the latter category, I would like only to stress how some of the submitted papers have had a significant impact, continuously over time. Therefore, I will concentrate on the former category where Dr. Xi has given many innovative contributions, mostly on learning models, from both sides of attacker and defender. I am not considering Dr. Xi one of the very top researchers in the field but "just" an excellent one. Her work on "Adversarial support vector machine learning" makes her one of the most cited authors about learning models in an adversarial framework. I have looked at the number of citations of other papers on Adversarial Machine Learning and it is quite limited, with few outstanding exceptions: this fact might explain the limited number of citations of Dr. Xi's works. Although Machine Learning is a bourgeoning activity of research, with very broad applications, Adversarial Analysis is not having the same success, probably because less "appealing" and requiring more complex Mathematics and thinking. I believe that approaching decision problems through an adversarial perspective corresponds to

DEF1 00378



ISTITUTO DI MATEMATICA APPLICATA E TECNOLOGIE INFORMATICHE

CONSIGLIO NAZIONALE DELLE RICERCHE

reality and that a proper mathematical formulation and implementation of computational methods are key aspects in addressing those problems. I notice that in very recent years Dr. Xi has published papers about adversarial attacks to deep neural networks: a very promising area in which she is one of the pioneers. For this reason, I think Dr. Xi's research has the possibility of becoming a very "hot topic" in the near future. Dr. Xi is exploring many different approaches and addressing various applied problems, making her a profound connoisseur of the topic. For sure she has the skills and an adequate maturity to lead research groups and form young researchers in this field. Some of her papers are reviews of some relevant aspect inherent to her research: she should be commended for this work. The journals in which Dr. Xi has published her work are relevant ones, i.e., the ones in which a junior Full Professor is expected to publish. Her publication track is the major argument for my support for her appointment at the position of Full Professor.

As I already mentioned, I do not consider Dr. Xi as a very top researcher but "just" an excellent one. Two years ago, I expressed a concern about a very limited commitment to the statistical community at large. Now I see that the situation is changing. Dr. Xi has become Associate Editor of a journal on Data Science based in China, an Elected Member of the International Statistical Institute and Member of the Communication Committee for American Statistical Association's Justice, Equity, Diversity, and Inclusion (JEDI) Outreach Group. She has also organized some events, like an invited sessions at the Joint Statistical Meetings (2020), the ISI World Statistics Congress (2021), and the Spring Research Conference at Banff, Canada (2023). I am not aware of the difficulty in organizing the latter but I know that acceptance of invited sessions is very difficult at WSC and, even more, at JSM: they should have been very timely and with relevant talks/speakers.

From the CV I have seen a limited involvement in university administrative tasks, like participation in committees. I see that she got two very recent awards from the University: I do not know about their importance but they are an evident recognition at local level. I see also a slightly increased involvement in student mentoring (one more with respect to 2020).

In conclusion, I think Dr. Xi is now ready to become Full Professor.

Milano, 27/9/2022

Faithfully



DEF1 00379





**UNIVERSITY OF BATH**

Department of
Mathematical Sciences
University of Bath
Claverton Down
BATH  BA2 7AY

Tel:  +44 (0)1225 386389
Fax:  +44 (0)1225 386492
math-sci@bath.ac.uk

www.bath.ac.uk/math-sci

16 September 2022

**Letter of Evaluation: Bowei Xi for promotion to Full Professor**

I know Dr. Xi from her time as a graduate student at the University of Michigan. She was a student in a couple of classes I taught but I was not involved in her thesis. She went to Purdue and I went to Bath and we have had no substantive contact since that time.

I have served on promotions committees in Michigan and in Bath so I have seen many cases for promotion. When evaluating such cases, the first thing one naturally tends to do is look at the list of publications. In cases for promotion for statisticians one often sees that the bulk of the publications appear in statistics journals. In the case of Dr. Xi, we see that she is not that sort of statistician. Most of her work appears in journals from other areas. Unlike pure mathematics, statistics is not a field of inherent beauty but is rather a means to an end. For this reason, I heartily approve of her career focus of applying statistics to other disciplines. She is not preaching to the choir. Nevertheless, this makes it more difficult to evaluate the quality of her work. It is challenging for the statistician to gain a deep understanding of an area of application and develop statistical tools that solve real problems in that area. Due to the interdisciplinary nature of the work, it can be difficult to find journal editors who appreciate (or even understand) the value of applying advanced statistical tools in specific areas of science and engineering. I mention this because sometimes the usual metrics undervalue the work of researchers such as Dr. Xi. I believe her work is outstanding.

The research of Dr. Xi divides into several areas. The most prominent of these is her recent work on adversarial machine learning. Statistics is a much older field than machine learning. Sometimes researchers in machine learning are unaware of known research from statistics. Dr. Xi has managed to apply insights from the statistical world that greatly enhance the understanding of machine learning methodology. I read the six papers she marked out as "significant" that address this particular topic. I was particularly struck by the effort that she has put into the communicating the topic at different levels. It is not sufficient simply to write journal papers on the more theoretical aspects of the work. In order to have impact, one must promote the work through different channels which she has done effectively through her conference presentations and authorship of more accessible publications in less formal venues.

Another area of interest for Dr. Xi is internet traffic modeling which dates back to her thesis work. She has kept up a steady stream of publications in this area (and the topics have evolved with the technology). Some of this work has appeared in top statistics journals such as the Journal of the American Statistical Association.

Dr. Xi also has several publications in the area of metabolomics and biomarker discovery. This work uses entirely different tools from the other areas she has been working. I found her recent paper on disease gene prediction particularly interesting and the recently completed paper on protein marker discovery has some new insights. This demonstrates the breadth of her work. Some of these publications have done well in terms of impact on the field.

She also has a diverse range of other publications in varied areas from image processing, random number generation and visualization. She is a researcher of broad talents.

Promotion cases should not be judged by publications alone. Dr. Xi has had consistent success in grant capture over her career. As we know, it is usually harder to get grants than journal publications so this is a good measure of the regard of her peers. One should note that statisticians are not expensive creatures to keep and researchers who work in applications areas are often collaborating with principal investigators rather than being principal investigators. This should be regarded as successful interdisciplinary research. I notice that she has been particularly successful recently indicating that she is building a strong reputation in her research career.

Although it is not explicitly reported in the CV, it would seem that Dr. Xi's work has been presented at pre-eminent conferences in her chosen area of application. In some areas of computer science, this is regarded as more prestigious than journal publications. She deserves substantial credit for this.

Finally I see that she has been successful in producing new PhDs which is a necessary quality of anyone who aims to be a Professor.

This is not the first version of this letter – I wrote a similar letter a couple of years ago. In the time that has elapsed, Dr. Xi's record has become stronger. She has had substantive success in obtaining more grant funding in her main area of research. This is a strong sign that she is regarded as a leading expert in adversarial machine learning. She has strong forward momentum with additional research publications across her different areas of interest.

As I mentioned earlier, I have seen many cases for promotion. In my judgment, Dr. Xi would be promoted Professor in my current university and at my former employer, the University of Michigan. Indeed, Purdue would be foolish not to grant this promotion as she could easily obtain this position at another strong research university. I recommend that you promote her to full Professor at Purdue University.

Your sincerely



Xi, Page 60 of 68

DEF1 00381



**University at Buffalo**
**Department of Industrial**
**and Systems Engineering**
School of Engineering and Applied Sciences

September 26, 2022

Dr. Dennis K. J. Lin
Distinguished Professor and Head
Department of Statistics
Purdue University

Dear Dr. Lin

I am writing a strong letter of support for Dr. Bowei Xi, who is a candidate for promotion to full professor at the Department of Statistics, Purdue University.

My long-term research goal is to integrate operations research, big data analytics, game theory, and decision analysis to improve mitigation, preparedness, response, and recovery for natural and man-made disasters. This has some overlap to Dr. Xi's research interests in game theory (especially attacker-defender games), adversary learning, and cyber security.

I was asked to comment on the following three items:

- *Your relationship to the candidate.*

  *Response:* I came to know Dr. Xi in September 2019 when both of us participated a working group "National Security," organized by the Statistical and Applied Mathematical Sciences Institute (SAMSI)-Games and Decisions in Reliability and Risk Workshop, 2019-2020. Through this working group, we have worked together and developed a few funding proposals on the topic of "Data Driven Network Prediction Modelling for Human Trafficking Network." The proposals were submitted to Department of Justice, Office of Justice Program "Research and Evaluation of Trafficking in Persons," but not funded yet. We are also working on a few related research papers, which have not been submitted yet.

- *The significance and quality of the candidate's research and achievements as an Associate Professor, as seen from the research activities and publications. You may make specific note of contributions of the candidate that you feel have had a significant impact on the discipline and the degree of professional recognition within the discipline.*

  *Response:* Dr. Xi is a worldwide expert in developing robust machine learning and statistical models for complex data environment. Dr. Xi received about 1700 citations to her publications from all around the world. Her 2004 paper "A smart hill-climbing algorithm for application server configuration" received an extraordinary 200 citations, establishing her reputation and leadership in this

Department of Industrial and Systems Engineering
342 Bell Hall, Buffalo, NY 14260
716.645.2357 (F) 716.645.3302
www.ise.buffalo.edu

Xi. Page 61 of 68

DEF1 00382

field. Dr. Xi has been staying research active, publishing about five papers per year, which is at or above the expectation for a research-active Associate Professor. Her research program has received continued funding from a healthy combination of internal/external and federal/industry sources. Dr. Xi has also graduated several Ph.D. students and placed them very well. Not surprisingly, Dr. Xi received several recognitions and awards such as the 2022 Research Refresh Award from Purdue University, and the 2022 Regina and Norman F. Carroll Research Award from the Department of Statistics.

- *A comparison with the candidate's peers, with particular reference to those you believe are the leaders in the field or those who have recently been promoted to Full Professor at comparable peer institutions.*

  *Response:* Based on research area (cyber security, machine learning), Dr. Xi's research portfolio (publication, awards, grants, citations) compares very favorably to the leaders who have recently been promoted to Full Professors, including Dr. Laura Albert (University of Wisconsin-Madison), Dr. Maria Mayorga (North Carolina State University), and Dr. Oleg Prokopyev (University of Pittsburgh)

In summary, Dr. Xi's achievement in scholarship is simply **outstanding**, and at or above the expectation for Full Professor for any research university in this country. I am currently chairing the Full Professor Promotion Committee, School of Engineering and Applied Sciences, University at Buffalo. Based on her excellent research and service record, Dr. Xi would be easily promoted to Full Professor in my school. I highly recommend her promotion without any hesitation. Please let me know if you need more information.

Sincerely,





# The University of Georgia

*Department of Statistics*



July 7th, 2022

Dear Dennis,

In response to your recent request for evaluating Dr. Bowei Xi who is under the consideration for Full Professor at the Department of Statistics of Purdue University, I am happy to write this letter to offer my assessment and to express my enthusiastic support for this appointment.

Dr. Xi joined the Department of Statistics as an Assistant Professor in 2004, that is one year after I graduated. I have no overlap with her and have known her through her work. Dr. Xi is well known for her innovative contributions to several areas in machine learning, statistics and their applications. Dr. Xi's publication list is very impressive in terms of both quality and quantity. Many of them are in top journals, e.g., IEE Trans. Dependable Secure Comput., Bioinformatics, and Analytical Chemistry. Her scholarly achievement is remarkable, as evident from her articles featured in top journals, and her outstanding record in obtaining both federal grants, e.g., ARO and ARL grants, and industrial grants, e.g., Northrop Grumman Corp. and Raytheon Company. It is amazingly that she has gotten eleven grants since her last promotion in 2011.

Now let me elaborate my assessment on her scientific contribution. From the very beginning of her career, Dr. Xi has been involved in high-impact research. In the mid 2000s, she introduced many influential statistical methods for modeling internet traffic data. Dr. Xi developed machine learning and statistical models under complex data environment. Her research addressed the most challenging problems in modern machine learning. This is well exemplified by her pioneered research in adversarial learning, which is the study of attacks on machine learning algorithms. It has been widely acknowledged that many machine learning algorithms are vulnerable for the subtle designed fake data and tend to make false predictions under such adversarial attacks. Together with her collaborators, Dr. Xi published one of the earliest papers in adversarial classification. This work enables researchers to prepare for the malicious attacks when they design machine learning algorithm. It is elegant and insightful. Furthermore, in Tong

310 Herty Drive • Athens, Georgia 30602 • Telephone (706) 542-5232
Fax (706) 542-3391 • electronic address: stat@uga.edu
An Equal Opportunity/Affirmative Action Institution

Xi, Page 63 of 68

DEF1 00384

et al (2017) and Jiang et al (2018) , Dr. Xi studied the impact of a differential privacy mechanism on Gaussian mixture models. She showed how the impact of the added noise can be alleviated for a hypothesis test or a classifier. Dr Xi's papers always give clear presentations that demonstrate her mastery of the data-generating technologies and help bridge the knowledge gap between statisticians and the important problems faced by computer scientists that require statistical expertise.

Dr. Xi has done outstanding work in proteomics research. In Gu et al (2011), she developed a statistical approach to integrate NMR spectroscopy and mass spectrometry (MS) data, the two most widely used analytical tools in metabolomics. Since I have been working with Neil Kelleher (currently at Northwestern) on MS and Art Edison (currently at UGA) on NMS, I know that this is a very challenging and important problem. MS and NMR have both pros and cons, and provide complementary information. Bowei's approach drastically improves the reliability in detecting metabolic profile alterations in biofluids or tissues. This work is highly cited and widely regarded as a gold standard in the field.

She is also actively involved in collaborative research on studying various interesting biological and biomedical problems. For example, she worked with collaborators national wide in developing game theoretic machine learning, robust learning, and graph neural network. In summary, Dr. Xi's research breadth is broad. In each of research area, she has left strong footprints. She has studied new machine learning algorithms as they have become available and has consistently been among the first statisticians to offer guidance on opportunities and challenges these algorithms bring to the statistics community. In addition to her impressive academic achievement, Dr. Xi has taught a number of courses at Purdue, supervising graduate students. Because of Dr Xi's wide ranging and important research contributions, she is highly sought as a speaker. She has presented a very large number of invited research talks over the years, and she and her collaborators are often a substantial presence at research conferences, particularly those with an interdisciplinary theme.

Dr. Xi's case is well comparable with peers in top research universities in US. If she were in my department, there is no doubt that she would get her promotion with unanimous support. One of our most recent promotion cases is Professor Abhyuday Mandal, who also got his PhD from Michigan. At the time of promotion, Dr. Mandal did not have a federal grant and did not have graduated PhD student supervised by him. In addition, Dr. Mandal did not have top journal paper as many as Dr. Xi has. I believe that Dr. Xi can get promoted in many top statistics departments, including UIUC, where I worked for eight years.

In summary, Dr. Xi has done outstanding work in both machine learning and statistical methodology. The level of creativity shown in these publications has led me to regard her as a leader in our community that faces the tremendous opportunities and challenges in the era of "big data". It is a pleasure to recommend, most highly, her promotion to Full Professor.

Sincerely,



Xi, Page 64 of 68

DEF1 00386

North Carolina State University is a land-grant
university and a constituent institution of The
University of North Carolina

Department of Statistics
Campus Box 8203
Raleigh, NC 27695-8203

**NC STATE** UNIVERSITY

College of Sciences

August 29, 2022

Dennis Lin, PhD
Distinguished Professor and Head
Department of Statistics
Purdue University

Dear Professor Lin,

I am writing to respond to your request of providing a letter evaluation for the promotion of Dr. Bowei Xi from Associate to Full Professor with tenure in the Department of Statistics at Purdue University. I wrote an evaluation letter for Dr. Xi's full professor promotion two years ago. I can see that her record becomes even stronger than two years ago. She has an excellent record on research, student supervision, and obtaining external grants. Per your request, my letter will focus on the significance and quality of Dr. Xi's scholarly work.

Dr. Xi's research mainly focuses in three areas: machine learning/artificial intelligence, cyber security and metabolomics. Her publications include theoretical, methodological research and novel applications in these areas. Dr. Xi has 41 published journal/conference papers and 2 submitted papers under the review. Among the 41 published papers, 28 were published after Dr. Xi was promoted to Associate Professor at Purdue University in 2011. Dr. Xi's track record is different from most of her peers in that Dr. Xi's publication is mainly in machine learning/AI conferences and subject domain journals, due to her interdisciplinary research interests. I don't consider this as a weakness. In fact, interdisciplinary research has become more and more important nowadays with the fast rising of data science. Publishing in top machine learning/AI conferences has been well accepted as prestigious as in publishing in top statistical journals.

I have read the 8 most significant papers in the folder. They are all of very high quality. These papers contain either strong theoretical development, or solid methodology, or novel applications, or combinations of these three aspects. In particular, I would like to mention two papers: Adversarial active learning (PAKDD, 2019) and Adversarial support vector machine learning (KDD, 2012). Adversarial learning has been widely studied in the literature to understand the vulnerabilities of machine learning and statistical models, but the robust properties of traditional methods in adversarial environment have not been well-developed.

Dr. Xi's work fills in some gaps in both theory and method development in this area. Moreover, Dr. Xi's theory and method work has found novel applications in several important areas, such as cyber security, computer vision, biological intelligence, etc. It is particularly worth noting that Dr. Xi's methodological research in adversarial learning and cyber security has been continuously funded by numerous grants from *National Science Foundation, Army Research Office, Army Research Labe, the Department of Defense*, etc. **Her external funding record is very impressive!** From these works, it is clear that Dr. Xi has made outstanding contributions in the areas of robust statistical learning, supervised and unsupervised learning, and internet traffic modeling.

Dr. Xi has also made significant contributions in developing novel statistical method for biomarker selection in omics data. Her paper in *Analytica Chimica Acta (2011)* is highly cited and regarded, which develops a flexible principal component directed partial least squares approach to combine NMR spectroscopy and mass spectrometry data and thus provides a powerful tool to detect metabolic profile alternations. Her success in interdisciplinary research has been shown in publications in subject domain journals such as *Journal of Proteome Research, Current Metabolomics, NMR in Biomedicine, Analytical Chemistry*, etc.

In addition, Dr. Xi has given numerous invited talks, tutorials, and seminars nationally and internationally. She has graduated 4 PhD students (three of them were graduated after Dr. Xi's was promoted to Associate Professor) and is currently supervising 5 PhD students. She served as a reviewer for various journals, conferences and grant proposals. She is an Associate Editor for Journal of Data Science and a member of the ASA Justice, Equity, Diversity and Inclusion Outreach Group. Dr. Xi has shown to be an active and creative scholar and has done great service for the statistics community.

For comparison with peers, I would liken Dr. Xi to Huiyan Sang at Texas A&M and Peng Liu at Iowa State University, who have been promoted to Full Professor in their departments. Dr. Sang's research area is in spatial-temporal statistics and extreme values, and her publication is mainly in statistics journals; Dr. Liu's research area is in biological statistics and computation biology, and her publication is mainly in subject domain journals because of the interdisciplinary research in nature. Dr. Xi are comparable to both of them in terms of productivity, quality of research and external funding.

In summary, Dr. Xi has built up a strong track record. Her research areas are broad, covering theory, methodology, application and interdisciplinary research. I strongly support her promotion to Full Professor with tenure.


Sincerely,



DEF1 00388

**Georgia H. Milton Stewart School of**
**Tech Industrial and Systems Engineering**



August 27, 2022

Review Letter for Professor Bowei Xi

Dear Distinguished Professor and Head Dennis Lin:

I am writing to review the promotion package of Professor Bowei Xi, who is under review for full professor this year. I knew Professor Xi a few years ago when she was invited to give a seminar talk in our school. Since then, I met her a few times in professional occasions.

Professor Xi has made innovative and impactful contributions to machine learning and applications. She has worked in adversarial machine learning, where attackers actively modify data to break learning models, and defenders build resilient learning models to detect and block adversarial modifications. Professor Xi and her collaborators have won major grants on the related activities, as being reflected in her funding track record. Professor Xi has established reliable professional network to support her research; for example, from her research statement, she worked with Professor Kamhoua from Army Research Lab (ARL) to apply game theoretic approaches to Internet of Battlefield Things (IoBT). Professor Xi has applied statistical and machine learning methods to metabolomics, resulting in highly cited and highly rated publications. This is evidence that her work is impactful. Since her previous promotion in Spring 2011, Professor Xi has obtained numerous grants from a wide range of diverse funding agencies, including National Science Foundation, Army Research Office, Army Research Lab, the Department of Defense, Raytheon Company, Northrop Grumman Corp., and so on. This will be very helpful for her future career development. Professor Xi's funding track record is very good.

Professor Xi has clearly made significant contributions to the field. Her promotion is well deserved.

Please feel free to contact me if you have any further questions regarding this letter. Thanks a lot for your considerations and giving an opportunity to compose this letter!

Sincerely Yours,



Xi, Page 68 of 68

DEF1 00389

**President's Office Form 36**
**NOMINATION FOR PROMOTION** **DATE: November, 2022**

| | | | | | |
|---|---|---|---|---|---|
| 1 | FULL NAME: | Last Xi | First Bowei | Middle Initial | PUID 0015594630 |
| 2 | Proposed Rank and Title: | Professor, Department of Statistics, Purdue University | | | |
| 3 | Present Rank and Title: | Associate Professor, Department of Statistics, Purdue University | | | Year 8/2011 |
| 4 | Previous Purdue University | Assistant Professor, Department of Statistics Purdue University | | | Year 8/2004 |
| | Rank(s) and Title(s): | | | | Year |
| 5 | **Penultimate Year** | **(If applicable)** | | | **Year** |

| 6 | **ACADEMIC RECORD (Institutions Attended)** | | | |
|---|---|---|---|---|
| | Degree | Year | | Years Attended |
| | Ph.D. | 2004 | Statistics, University of Michigan, Ann Arbor | 2001-04 |
| | M.A. | 2001 | Statistics, University of Michigan, Ann Arbor | 1999-01 |
| | B.S | 1999 | Peking University, Beijing, China | 1995-1999 |

| 7 | **BASIS OF NOMINATION - EMPHASIS OF SCHOLARSHIP** (one or more areas must be checked) | | | | |
|---|---|---|---|---|---|
| | **Discovery** | X | | | |
| | **Learning** | | | | |
| | **Engagement** | | | | |
| 8 | **PRIMARY COMMITTEE VOTES** | Yes | 12 | No | 0 |

**9** Comments by Head of Department (or School)

**Education:** Xi has taught and developed various courses. Her course evaluations and peer evaluations are very positive. She will be a valuable role model to new teachers who have not yet developed their classroom skills.
**Discovery:** Xi has received 11 major grants for a total of more than $3 millions (one million in response). She is a leading researcher in several areas, including Robust Models and Game Theoretic Learning. She has received many professional awards/honors.
**Engagement:** Xi's standing within the academic community is excellent and has made significant contributions by both serving on the AE for Journal of Data Science and as a committee member in ASA JEDI (Justice, Equity, Diversity & Inclusion). She has also involved with many important committees in the department. She is an invaluable member of the department.

Signature: Dennis Lin

| 10 | **AREA COMMITTEE VOTE** | Yes | 10 | No | 11 |
|---|---|---|---|---|---|

**11** Comments by Dean and/or Chancellor (for Regional Campuses)

Yes o No X
Dr. Xi is a statistician who works with data with noise to generate robust models and results. The discussion focused on the quality of journals and conference proceeding in which she was publishing. In addition, it was noted that she had just been awarded the Research Refresh and had no active funding and thus not evident that her research program was in an upward trajectory.

Signature:

| 12 | **UNIVERSITY COMMITTEE VOTE** | Yes | | No | | **Recommended** | Yes | | No | |
|---|---|---|---|---|---|---|---|---|---|---|

**13** *SPACE RESERVED FOR NOTES BY MEMBERS OF UNIVERSITY COMMITTEE*

*Add other pages as needed; see instructions.*

Form 36 (Revised 2011)

**EXHIBIT 11**

DEF1 00283

# Title: **Robust AI for Resilient Cyber Physical System**

**Abstract:**  Although AI is developing rapidly, AI's vulnerability under adversarial attacks remains an extraordinarily difficult problem. Dr. Xi published one of the earliest papers in adversarial classification. Her second child was born during the pandemic. The protected time will allow her to reinvigorate her research on developing robust AI.

**Project Duration:**   07/15/2022 – 7/14/2023

**Total Amount of Funding Requested:**   $66,956

PI: Bowei Xi
Department of Statistics
250 N Univesity Street, West Lafayette, IN 47907
Email: xbw@purdue.edu
Phone: 765-494-3899

PI Bowei Xi

**Endorsement and Approval from the Department Head and the Dean:**  A support letter co-signed by the Head of the Department of Statistics, Prof. Dennis Lin, and the Senior Associate Dean for Faculty Affairs of College of Science, Prof. Lucy Flesch, is attached.

**EXHIBIT 13**

## Eligibility Statement

Dr. Xi was promoted to Associate Professor in August 2011. She took a maternity leave in Fall 2020, and has been teaching STAT 511 in Spring and Fall 2021, and Spring 2022. She has two young children. Her daughter was born on September 15, 2017, and her son was born on July 05, 2020. The pregnancy with her son was eventful. She remained on bed rest throughout June 2020, and her son was born prematurely. Her son needed extra care and time, while she did not have domestic help because it was unsafe during the pandemic. Recently, from late 2021 to Feb. 2022, the daycare was mostly closed due to COVID19 cases among the teachers and the kids. Her research progress slowed down due to the unexpected pregnancy complication and the challenge to find childcare during the pandemic. The R2 program would give a much-needed boost to help her regain momentum.

## Project Description

Although machine learning (ML) and artificial intelligence (AI) are widely adopted in many fields today, ML and AI are immature in complex data environment [13]: (1) The performance of ML and AI deteriorates quickly facing active adversaries; (2) ML and AI need to be further developed for highly heterogeneous noisy data; (3) ML and AI lack the robustness to transfer knowledge to new and never before seen tasks or environments. US Army is developing next generation combat vehicles with increasing autonomy, but the current ML and AI technologies' drawbacks prevent them from working robustly in Army's highly complex operational environment. Another area where robust AI will have significant impact is in predicting power grid cascading failures. While power grids are robust to small disturbances, inaccurate analysis or unexpected combinations of failures can initiate cascading outages resulting in massive blackouts [2]. AI is the perfect solution to predict and mitigate power grid cascading failures.

The protected time will allow the PI to focus on research activities including: (1) Visiting the Simons Institute for the Theory of Computing at UC Berkeley, and learning the most recent advances in machine learning; (2) Visiting Army Research Lab and NSF; (3) Focusing on the proposed projects, submitting papers and at least one proposal. Below are the detailed discussions for three research tasks with a common theme on building robust AI to increase the cyber physical systems' resilience in complex environments.

**PI Qualification**  Dr. Xi has established a Collaborative Research and Development Agreement (CRADA) with Army Research Laboratory (ARL). Although many ARL grants are awarded to Purdue every year, currently only four faculty members (from four different projects) are covered by ARL CRADA. Dr. Xi's work on adversarial machine learning receives support from two Army Research Office (ARO) grants. The project produced ground breaking work using game theoretic framework to model the attackers and the defender's potential actions in adversarial classification, and building robust classifiers based on the Stackelberg game's subgame perfect equilibrium [7, 12].

DEF1 00434

## Research Task 1: Resilient DNN Random Ensemble

A cyber physical system can be considered as having three layers – a hardware layer, a software layer, and a data layer. A resilient cyber physical system must have all three layers secured. This task will focus on the interface between the data layer and the software layer – the learning algorithms implemented in the software to process the data must be secured against adversaries as well as other elements of the cyber physical system. For example, an autonomous vehicle has cameras, radar and/or lidar sensors. The sensors receive information from the surrounding environment. The sensor data are processed to identify objects, classify these objects, and determine their distance and speed with regard to the vehicle. Each type of the sensors has its pros and cons. As ML and AI gaining widening implementation in transportation, some autonomous vehicle manufacturers prefer the less expensive camera sensors over the more expensive lidar sensors. However cameras are less reliable because the weather condition, the background of the objects and the image quality could potentially lead to a wrong decision and increase the odds of an accident. Therefore building robust AI is crucial to process the image sensor data correctly and ensure the safety of self-driving cars.

Making AI robust is an important task. Soon after AlexNet won the ImageNet Large Scale Visual Recognition Challenge in 2012, which led to the third wave of AI, in 2014 researchers discovered that deep neural network (DNN) can be fooled by adding targeted minor perturbations to clean images, i.e., the adversarial examples. Subsequently numerous attack algorithms were developed. This demonstrates the severity of AI vulnerabilities.

 

Figure 1: Left: Correctly classified airplane; Right: Airplane adversarial example, misclassifed as deer

Naturally, many defense strategies were developed to counter the attack algorithms. It is unfortunate that developing robust AI proves to be extraordinarily difficult. A defense strategy could reduce the effectiveness of existing attacks. But a newer adaptive attack customized to target the key components of a defense strategy could discover the vulnerabilities of the defense and render the defense less effective [1, 11]. This seems to become a never ending cycle of attacks and defenses.

Although currently there is no strong defense which is able to maintain good performance over all the adversarial examples generated by the existing attacks and the customized adaptive attacks, several defense strategies are shown to provide a degree of robustness.

- **Adversarial Training**: There are several variants of adversarial training (e.g., [5]). In general the procedure includes adversarial examples in DNN training process. The adversarial

DEF1 00435

examples are generated throughout the training process. Training on both the adversarial examples and the clean samples improves the robustness of DNN to a certain extent. However adversarial training could suffer from label leaking, where a DNN overfits the generated adversarial examples. Consequently an ensemble adversarial training strategy was developed, using adversarial examples generated against other pre-trained DNN models, to decouple the adversarial examples and the model being attacked and to scale up to large and complex datasets such as ImageNet. Adversarial training is a flexible strategy which can be combined with another defense strategy. However adaptive attacks are able to significantly reduce the effectiveness of adversarial training.

- **Pre-processing**: In 2017, Google Brain organized a Competition on Adversarial Attacks and Defenses [8]. Several winning teams applied pre-processing techniques (e.g., JPEG compression and image denoising) to adversarial examples to reduce the impact of adversarial perturbations, which are high frequency noises to the human eyes. Subsequently other pre-processing techniques were proposed too. It is also a flexible strategy which can be combined with another defense strategy. However if the adversary is aware of the pre-processing technique, an adaptive attack is able to reduce its effectiveness.

- **A different neural network structure**: One example is binarized neural network (NN), where activations and weights only use binary values. When a NN is implemented in a cyber physical system, accuracy may not be the only concern. For example, autonomous vehicle requires a resilient, fast, and energy efficient algorithm to process the large amount of sensor data. There are different types of hardware computation platforms. While GPU or TPU is typically used for DNN, binarized NN is a suitable candidate for field-programmable gate array (FPGA). Although binarized NN is slightly less accurate than the full precision DNN, it is much more energy efficient due to the efficient implementation of bitwise operations. Meanwhile, binarized NN is more robust than DNN. Adversarially trained binarized NN can achieve some level of accuracy over adversarial examples [4].

This task will focus on the full precision DNN using GPU, because the large pre-trained models such as Inception models are very popular for transfer learning tasks, and a smaller convolutional neural network (CNN) is easy to train and capable of handling many classification tasks with high accuracy. The proposed approach does not involve a drastically different training process or model structure. It is inspired by the mixed equilibrium concept in game theory. First, begin with a DNN model trained through the standard training process. Then a certain portion of the weights on a selected layer will be replaced by random numbers generated from a Gaussian distribution. The variance of the Gaussian distribution is determined through bootstrap. Since even a smaller CNN has a large number of parameters for each layer, replacing some weights by random numbers in a DNN model only slightly reduces the accuracy of the model on clean test data. Subsequently, an ensemble of DNN models with some random weights can achieve the same accuracy as the original trained model without random weights. A random ensemble can also achieve robust performance over adversarial examples. Experiments will be carried out to study which layer in a DNN with random weights will produce more robust performance.

Given one trained DNN model, there will be infinitely many DNN random ensembles which all maintain the same accuracy over the clean test data as the trained model itself, and achieve similar level of robust performance over adversarial examples. This strategy is designed to address

the adaptive attacks. An adaptive attack will attack the defense strategy itself. By having infinitely many ensembles, frequently switching to a different ensemble will not require additional training time. Thus the adaptive attack will lose the target to attack. Although this proposed approach cannot break the cycle of attacks and defenses, it will manage to always stay ahead of the adversaries in the cycle.

## Research Task 2: Robust Interpretation Through Graph Construction

This research task proposes a novel approach – create learning systems that truly "think" like humans. Different from the current state of the art AI approaches, humans directly observe and understand overall patterns (i.e., high level concepts) and utilize such high level concepts in the recognition process. For example, humans are able to recognize an individual at different stages of life, from his or her youthful years to old age, while a learning system fails to perform such tasks. Meanwhile human recognition process is much more robust against minor adversarial perturbations. For example, humans are much less likely to mis-identify a person because he or she changes the appearance by wearing a pair of glasses or growing a beard.

Hence a learning system should follow the same recognition process as humans do – focus on the high level concepts and the overall patterns instead of the individual mathematical elements. The proposed task will investigate how to define and extract crucial discriminant features (i.e., the high level concepts) from 2D and 3D images by translating the objects into graphs. This approach will produce robust performance for multiple applications such as computer vision tasks and studying brain functions using 3D brain images.

## Research Task 3: Predicting Power Grid Cascading Failures

Dr. Xi is working with Dr. Vijay Gupta from University of Notre Dame on this project (he will join Purdue ECE starting Summer 2022). There are fundamental challenges using AI to predict and mitigate power grid cascading failures [9]. Empirical data availability for these low-probability high-impact events is quite limited: Relays present at every node and edge in the power grid remove equipment when stress increases locally; however, the resulting power flow changes can shift high levels of stress to other parts of the network, propagating the cascade in non-intuitive ways.

Hence simulated data must be used. The project will employ widely accepted power system dynamic simulators (e.g., [10]) to generate dynamic datasets at (sub-)second time-scales. Synthetic power grid models that represent the US Eastern, Western, and Texan Grids are available. The project will integrate this dynamic simulation with research-grade cascading outage analysis tools (e.g., [6]) to create failure events that are similar to real-world rolling blackouts. Hardware-in-the-loop (HIL) simulations based on grid devices will be done by partnering with DoE labs.

The network structure is crucial in the cascade evolution and must be considered in any algorithm. Prediction and decision making algorithms must be distributed so as to respect the patchwork of operators in the grid, yet the decisions made by each operator should not increase the stress elsewhere in the grid. The algorithms must respect the physics of the power flow in a non-stationary (due to the time-varying supply-demand and weather patterns) environment and provide solutions that are interpretable enough for the operators to trust them [3].

The first goal is to learn models of the sub-systems and their interactions in an online and distributed fashion. Given the networked nature of the power grid system, the basic modeling

DEF1 00437



Figure 2: Timeline of the 2003 North American blackout.

framework will be graph neural network (GNN) with continuous time-dependent node features, where the nodes correspond to the sub-systems in the networked power grid system and the edges represent interactions among the sub-systems. GNNs have proven sufficiently flexible and powerful to model a number of mathematical formalisms that may describe the state evolution of the sub-systems and their interactions. For distributed model learning, the project will design algorithms for training GNNs leveraging recent innovations in multi-level stochastic compositional optimization. Further, the project will incorporate physics-based constraints, for reducing data requirements, and utilize paradigms such as event-triggered updates, federated learning, and communication-efficient neighbor sampling methods for reducing communication requirements when updating the local representations.

A second goal is to monitor for and classify changes in the operating conditions in an online fashion. Early detection and classification of changes in the operating conditions will trigger the appropriate control strategies in response, e.g., to localize a disturbance in the power grid. For significant and sudden changes in the operating conditions, (e.g., if a transmission line disconnects in the power grid), the first step will be unsupervised anomaly detection, automatically finding novel patterns in data and/or producing pseudo labels for GNNs. This approach will discover how the features of the past data can be aggregated in a distributed manner to detect unexpected events, while incorporating and exploiting the networked structure in the data. If operating conditions change slowly, e.g., an aging sensor provides faulty measurements whose error increases over time, the sensor data may be similar to normal incidences for a long time. A random ensemble approach will be considered which K copies of a learning model will be constructed for the same (or similar) learning tasks by sampling different sub-systems. a random ensemble of these copies will be used for prediction. A copy whose outcomes differ from those of other copies merits further investigation. Every successful detection can be used to train an online detector and classifier using adversarial training for better and faster detection in future.

DEF1 00438

# Three-year Development Plan

1. Year 1:

   - Resource: Department will connect senior faculties with junior faculties to share their grant writing experience with different federal agencies.
   - Milestones:
     - Visiting the Simons Institute for the Theory of Computing at UC Berkeley, and connecting with other researchers in their programs.
     - Visiting Army Research Lab in Maryland, and visiting NSF program officer in the DC area.
     - Together with Dr. Gupta, submitting a paper on developing NN to model power grid; sharing the open source code on GitHub.
     - Together with Dr. Gupta, submitting a proposal to NSF the Algorithms for Modern Power Systems (AMPS) program.
     - With Dr. Xi's students, submitting a paper on resilient DNN random ensemble; sharing the open source code on GitHub.

2. Year 2:

   - Resource: Department will provide Dr. Xi an opportunity to teach a special topic course.
   - Milestones:
     - Develop a special topic course on game theoretic machine learning and reinforcement learning, and recruit new Ph.D. students.
     - Applying for new ARO grant.
     - Submitting a proposal to NSF DMS program.
     - Submit at least three papers with her students and collaborators. The first paper on using graphs to interpret image objects will be completed.

3. Year 3:

   - Resource: Department will provide Dr. Xi an opportunity to teach a special topic course.
   - Milestones:
     - Develop a special topic course on robust and interpretable machine learning, and recruit new Ph.D. students.
     - Submitting a proposal to NSF CISE program.
     - Submit at least three papers with her students and collaborators.

# References

[1] Athalye, A., Carlini, N., and Wagner, D. (2018, July). Obfuscated gradients give a false sense of security: Circumventing defenses to adversarial examples. In International Conference on Machine Learning (ICML) (pp. 274-283).

[2] Dobson, I., Carreras, B. A., Lynch, V. E., and Newman, D. E. (2007). Complex systems analysis of series of blackouts: Cascading failure, critical points, and self-organization. Chaos: An Interdisciplinary Journal of Nonlinear Science, 17(2):026103.

[3] Final Report for NSF Workshop 2018828: Forging Connections between Machine Learning, Data Science, and Power Systems Research, 2020. https://sites.google.com/ umn.edu/ ml-ds4pes/ home, under internal review.

[4] Galloway, A., Taylor, G. W., and Moussa, M. (2018, February). Attacking Binarized Neural Networks. In International Conference on Learning Representations (ICLR).

[5] Goodfellow, I. J., Shlens, J., and Szegedy, C. (2015). Explaining and harnessing adversarial examples. STAT, 1050, 20.

[6] P. Henneaux, E. Ciapessoni, D. Cirio, E. Cotilla-Sanchez, R. Diao, I. Dobson, A. Gaikwad, S. Miller, M. Papic, A. Pitto, J. Qi, N. Samaan, G. Sansavini, S. Uppalapati, and R. Yao. Benchmarking quasi-steady state cascading outage analysis methodologies. In 2018 IEEE International Conference on Probabilistic Methods Applied to Power Systems (PMAPS), pages 16. IEEE, 2018.

[7] Kantarcolu, M., Xi, B., and Clifton, C. (2011). Classifier evaluation and attribute selection against active adversaries. Data Mining and Knowledge Discovery, 22(1), 291-335.

[8] Kurakin, A., Goodfellow, I., Bengio, S., Dong, Y., Liao, F., Liang, M., Pang, T., Zhu, J., Hu, X., Xie, C. and Wang, J., 2018. Adversarial attacks and defences competition. In The NIPS'17 Competition: Building Intelligent Systems (pp. 195-231).

[9] Pi, R., Cai, Y., Li, Y., and Cao, Y. (2018). Machine learning based on Bayes networks to predict the cascading failure propagation. IEEE Access, 6, 44815-44823.

[10] Power System Analysis Toolbox (PSAT). http://faraday1.ucd.ie/psat.html.

[11] Tramer, F., Carlini, N., Brendel, W., and Madry, A. (2020). On adaptive attacks to adversarial example defenses. Advances in Neural Information Processing Systems, 33, 1633-1645.

[12] Zhou, Y., Kantarcioglu, M., and Xi, B. (2019). A survey of game theoretic approach for adversarial machine learning. Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery, 9(3), e1259.

[13] Xi, B. (2020). Adversarial machine learning for cybersecurity and computer vision: Current developments and challenges. Wiley Interdisciplinary Reviews: Computational Statistics, 12(5), e1511.

## RESEARCH REFRESH (R2) PROGRAM
### Budget Request

**Appendix B**

| | | | Please itemize and explain all budget items |
|---|---|---|---|
| PROPOSED PROJECT PERIOD ___07/15/2022 - 07/14/2023_____ | | | |
| Category | 2022-23 | | Explanations |
| Salaries & Wages/Fringe Benefits | | | |
| Faculty - Summer Salary | $14,769 | | 0.5 summer month in 2022 |
| | | | and 0.5 summer month in 2023 |
| Course Release Buy-Out | $29,990 | | two semester course release |
| Other (Specify) | | | |
| Fringe Benefits | $12,197 | | Fringe benefits are budgeted in accordance |
| | | | with university policy as follows: |
| | | | Faculty 27.25% |
| Total Salaries & Wages/Fringe Benefits | $56,956 | | |
| Supplies & Expenses | | | |
| Travel | $6,000 | | Attending conferences such as the 31st |
| | | | International Joint Conference on |
| | | | Artificial Intelligence (IJCAI) 2022 in Vienna |
| | | | Austria, and the Joint Statistical Meeting; |
| | | | meeting ARL researchers in Maryland |
| Training | | | |
| Other (Specify) | $4,000 | | Publication cost, such as $1850 |
| | | | per paper from IEEE Access |
| Total Supplies & Expenses | $10,000 | | |
| Total Request | $66,956 | | |

DEF1 00441

# Bowei Xi

Department of Statistics      xbw@purdue.edu

| Ph.D. | Statistics | University of Michigan, Ann Arbor | 2004 |
|---|---|---|---|
| M.A. | Statistics | University of Michigan, Ann Arbor | 2001 |
| B.S. | Statistics | Peking University, Beijing, China | 1999 |

| Visitor | SAMSI | 2012-2013 |
|---|---|---|
| Associate Professor | Purdue University | 2011-Present |
| Visiting Assistant Professor | Stanford University | Summer 2007 |
| Assistant Professor | Purdue University | 2004-2011 |

## Research Interest

Machine Learning and Artificial Intelligence, Big Data, Cyber Security, Metabolomics

## Awards and Honors

• Regina and Norman F. Carroll Research Award, Dept. of Statistics, Purdue Univ., 2022

• Associate Editor, Journal of Data Science, 2021–

• International Statistical Institute Elected Member, 2021

• Interdisciplinary Award, the College of Science, Purdue Univ., 2010

## Funded Grants

1. ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, **08/07/2017 – 01/06/2023**, Amount Responsible: $222,500

2. Army Research Lab (ARL): Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020– 05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. Purdue CERIAS Seed Grant, sole PI: Bowei Xi, $45,000, **06/15/2018 – No Expiration Date**, Amount Responsible: $45,000

7. Purdue Discovery Park, Institute for Global Security and Defense Innovation (iGSDI) grant, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, **04/16/2018–09/15/2018**, Amount Responsible: $16,500

8. ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 – 07/31/2015**, Amount Responsible: $210,140

9. DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors:

1

DEF1 00442

Knowledge-Vis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, **01/01/2017 – 08/12/2020**, Amount Responsible: $5000

10. NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 – 08/31/2017**, Amount Responsible: $105,000

11. DoD Grant 106346: D&R for Large Complex Data (DARPA-XDATA), **09/14/2012 – 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, **05/01/2008 – 03/28/2014**, Amount Responsible: $200,000

13. NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 – 07/31/2011, Amount Responsible: $54,900

14. NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Biomarkers, PI: Daniel Raftery, co-PI: Bowei Xi, $387,476, 05/17/09–04/30/12, Amount Responsible: 0.5 month summer

15. NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 – 08/31/2010, Amount Responsible: $40,000

16. PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006–05/31/2007

17. PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

**Ph.D. Students**

Kirsen Sullivan (current), Juan Shu (current), Yitao Li (current), Fan Wu (current) Yujie Chen (current), Wutao Wei (2018, Twitter), Lin-Yang Cheng(2017, Modspace) Xiang Han (co-advised with W. S. Cleveland, 2014, Parkland Center for Clinical Innovation) Hui Chen (co-advised with W. S. Cleveland, 2014, Apple)

**Publications**

1. Shu, J., Xi, B., Kamhoua, C. A., Understanding Adversarial Examples Through Deep Neural Network's Classification Boundary and Uncertainty Regions, submitted

2. Wu, F., Cheng, L. Y., Xi, B., Testing Population Mode for Precise Protein Markers Discovery, submitted

3. Wei, W., Xi, B., Kantarcioglu, M., A Grid Based Defensive Adversarial Clustering Algorithm against Active Adversaries, submitted

4. Shu, J., Wu, F., Xi, B., Kamhoua, C. A., Li, Y., Ma, J., Understanding Dropout for Graph Neural Network, 1–11, The First Workshop on Graph Learning at The ACM Web Conference 2022, April, 2022, online, hosted by Lyon, France.

5. Zhou, Y., Kantarcioglu, M., Xi, B., Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks, *IEEE Transactions on Dependable and Secure Computing* (impact factor 7.329), 2022 (early access available)

6. Shu, J., Li, Y., Wang, S., Xi, B., Ma, J., Disease Gene Prediction with Privileged Information and Heteroscedastic Dropout, *Bioinformatics*, 37, i410-i417, 2021 (impact factor 6.937)

2

DEF1 00443

7. Zhou, Y., Kantarcioglu, M., Xi, B., A Game Theoretic Perspective on Adversarial Machine Learning and Cybersecurity Applications, in *Game Theory and Machine Learning for Cyber Security*, 231–269, C. A. Kamhoua, C. D. Kiekintveld, F. Fang, Q. Zhu, editors, Wiley-IEEE Press, 2021,

8. Alfred Hero, Soumyya Kar, Jose Moura, Joshua Neil, Vince Poor, Melissa Turcotte, Bowei Xi, Statistics and Data Science for Cyber Security, 1–18, to appear in *Harvard Data Science Review*, 2021+

9. X. Shi, B. Xi, P. Jasbi, C. Turner, Y. Jin, H. Gu*, Comprehensive Isotopic Targeted Mass Spectrometry (CIT-MS): Reliable Metabolic Flux Analysis with Broad Coverage, *Analytical Chemistry*, 92, 11728–11738, 2020. (Impact Factor 6.785)

10. R. Eghlimi, X. Shi, J. Hrovat, B. Xi, H. Gu*, Triple Negative Breast Cancer Detection Using LC-MS/MS Lipidomic Profiling, *Journal of Proteome Research*, 19, 2367–2378, 2020. (Impact Factor 4.074)

11. Xi., B., Adversarial Machine Learning for Cyber Security and Computer Vision: Current Developments and Challenges, *Wiley Interdisciplinary Reviews (WIREs) Computational Statistics*, 12(5), 1–16, e1511, 2020. (Impact Factor 3.16)

12. Zhou, Y., Kantarcioglu, M., Xi, B., Efficacy of Defending Deep Neural Networks against Adversarial Attacks with Randomization, 1–16, *Proceedings of the 2020 SPIE the International Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II*, Apr. 2020, Anaheim CA.

13. B. Xi, Y. Chen, F. Fan, Z. Tu, X. Deng, Bio-Inspired Adversarial Attack Against Deep Neural Networks, 1–5, *Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI)*, Feb. 2020, New York City.

14. Xi, B., Kamhoua, C., A Hypergame Based Defense Strategy Towards Cyber Deception in Internet of Battlefield Things, 1–18, in *Modeling and Design of Secure Internet of Things*, C. A. Kamhoua, A. Kott, L. L. Njilla, S. S. Shetty, editors, John Wiley & Sons, Incorporated, 2020

15. P. Jasbi, O. Baker, X. Shi, L. Gonzalez, S. Wang, S. Anderson, X. Wang, B. Xi, H. Gu, and C. S. Johnson, Daily Vinegar Ingestion for Eight Weeks Improves Glucose Homeostasis and Affects the Metabolome but does not Reduce Adiposity in Adults, *Food and Function*, 10(11), 7343-7355, 2019 (Impact Factor 4.171)

16. Zhou, Y., Kantarcioglu, M., Xi, B., Adversarial Active Learning, *The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future*, 1–12, Macau, China, April, 2019 (Acceptance rate 33%)

17. Zhou, Y., Kantarcioglu, M., Xi, B., A Survey of Game Theoretic Approaches for Adversarial Machine Learning, *Wiley Interdisciplinary Reviews (WIREs) Data Mining and Knowledge Discovery*, 9(3): e1259, 1–9, 2019 (Impact Factor 7.250, cited 41 times according to Google Scholar)

18. Sharabati, W., Xi, B., Robust Weighted Regression for Ultrasound Image Super-Resolution, *IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation* (co-located with IEEE International Conference on Multimedia and

3

Expo (ICME)), 1–6, San Diego, CA, July, 2018.

19. Jiang, J., Xi, B., Kantarcioglu, M., Spatial Counts under Differential Privacy Mechanism on Changing Spatial Scales, *Computer & Security*, 77, 642–652, 2018 (Impact Factor 4.438)

20. Sharabati, W., Xi, B., A Neighborhood Regression Approach for Removing Multiple Types of Additive Noises, *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing*, 2018:19, 1–14 (Impact Factor 1.789, The Featured Article, March–April 2018)

21. Tong, X., Xi, B., Kantarcioglu, M., Inan, A., Mixture of Gaussian Models for Classification and Hypothesis Testing under Differential Privacy, 1–20, *The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec)* (acceptance rate 35%), Lecture Notes in Computer Science (LNCS) 10359, 123-141, Springer 2017.

22. Anderson, D., Cleveland, W.S., and Xi, B., Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic, *Performance Evaluation*, 107 (2017), 1–33 (Impact Factor 1.044)

23. Zhou, Y., Kantarcioglu, M., Xi, B., (Hot Topic Essay) Adversarial Learning: Mind Games with the Opponent, *ACM Computing Reviews*, 58, 9 (Sept. 2017), 506-511.

24. Sharabati, W., Xi, B., Polynomial Local Regression for Speckle Noise Removal, 1–6, *the 23rd International Conference on Pattern Recognition (ICPR)*, Cancun, Mexico, Dec, 2016 (The paper is selected for full length presentation, acceptance rate 18%)

25. Kwadwo, Owusu-Sarfo, Vincent M. Asiago, Lingli Deng, Haiwei Gu, Siwei Wei, Narasimhamurthy Shanaiah, G. A. Nagana Gowda, Bowei Xi, Elena G. Chiorean and Daniel Raftery, NMR-based Metabolite Profiling of Pancreatic Cancer, *Current Metabolomics*, 2(3), 204-212, 2014. (Impact Factor 0.8)

26. Kantarcioglu, M., and Xi, B., Adversarial Data Mining, *North Atlantic Treaty Organization (NATO)* SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense, 1–11, June, 2014, Estonia

27. Xi, B., Gu, H., Hamid Baniasadi, and Daniel Raftery, Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data, *Mass Spectrometry in Metabolomics: Methods and Protocols* (2014): 333-353, Humana Press, New York, NY

28. Xi, B., Tan, K.M., and Liu, C., Logarithmic Transformation Based Gamma Random Number Generators, *Journal of Statistical Software*, 2013, 55(4), 1–17. (Impact Factor 6.44)

29. Guha, S., Hafen, R., Rounds, J., Xia, J., Li, J., Xi, B., and Cleveland, W.S., Large Complex Data: Divide and Recombine (D&R) with RHIPE, *STAT*, 1(1), 53–67, 2012 (Impact Factor 0.917)

30. Zhou, Y., Kantarcioglu, M., Thuraisingham, B., and Xi, B., Adversarial Support Vector Machine Learning, *Proceedings of the 18th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, 1059–1067, KDD 2012, New York, NY (acceptance rate 21%)

31. Xi, B., Kantarcioglu, M., Inan, A., Mixture of Gaussian Models and Bayes Error under Differential Privacy, *Proceedings of the first ACM Conference on Data and Application Security and Privacy (CODASPY)*, 179–190, Feburary 2011, San Antonio,

4

Texas (Acceptance rate 30%).

32. Gu, H., Pan, Z., Xi, B., Asiago, V., Musselman, B., and Raftery, D., Principal Component Directed Partial Least Squares Analysis for Combining NMR and MS Data in Metabolomics: Application to the Detection of Breast Cancer, *Analytica Chimica Acta*, 686(1-2), 57–63, 2011. (Impact Factor 6.558, evaluated by a Member of the Faculty of 1000, and placed in F1000 library of the top 2% of published articles in biology and medicine)

33. Fuentes, M., Xi, B., and Cleveland, W.S., Trellis Display for Modeling Data from Designed Experiments, *Statistical Analysis and Data Mining*, 4(1), 133–145, 2011. (Impact Factor 1.051)

34. Kantarcioglu, M., Xi, B., and Clifton, C., Classifier Evaluation and Attribute Selection against Active Adversaries, *Data Mining and Knowledge Discovery*, 22(1-2), 291-335 (45 pages), 2011. (Impact Factor 3.67)

35. Xi, B., Chen, H., Cleveland, W.S., and Telkamp, T., Statistical Analysis and Modeling of Internet VoIP Traffic for Network Engineering, *the Electronic Journal of Statistics*, 4, 58–116 (59 pages), 2010. (Impact Factor 0.986)

36. Gu, H., Pan, Z., Xi, B., Hainline, B., Shanaiah, N., NaganaGowda, G.A., and Raftery, D., $^1H$ NMR Metabolomics Study of Age Profiling in Children, *NMR in Biomedicine*, 22(8), 826-833, 2009. (Impact Factor 4.044)

37. Xia, Y., and Xi, B., Conceptual Clustering Categorical Data with Uncertainty, *in Proceedings of the 19th IEEE International Conference on Tools with Artificial Intelligence (ICTAI)*, 329–336, Patras, Greece, October 2007. (Acceptance rate 28%).

38. Denby, L., Landwehr J., Mallows C., Meloche J., Tuck J., Xi, B., Michailidis G., and Nair, V., Statistical Aspects of the Analysis of Data Networks, *Technometrics*, 49(3), 318–334, 2007. (Impact Factor 2.091)

39. Gu, H., Chen, H., Pan, Z., Jackson, A.U., Talaty, N., Xi, B., Kissinger, C., Duda, C., Mann, D., Raftery, D., and Cooks, R.G., Monitoring Diet Effects from Biofluids and Their Implications for Metabolomics Studies, *Analytical Chemistry*, 79(1), 89–97, 2007. (Impact Factor 6.986, the 13th most cited article in 2007)

40. Lawrence, E., Michailidis, G., Nair, V.N., and Xi, B., Network Tomography: A Review and Recent Developments, *Frontiers in Statistics*, 1–20, editors Jianqing Fan and Hira L. Koul, published by World Scientific, USA, July 2006.

41. Xi, B., Michailidis, G., and Nair, V.N., Estimating Network Loss Rates Using Active Tomography, *Journal of the American Statistical Association*, 101(476), 1430–1448, 2006. (Impact Factor 5.033)

42. Xi, B., Liu, Z., Raghavachari, M., Xia, C., and Li, Z., A Smart Hill-Climbing Algorithm for Application Server Configuration, *Proceedings of the 13th International Conference on World Wide Web (WWW)*, 287–296, New York City, May 2004. (Acceptance rate 14.6%, US Patents #7272707 and #7490234).

43. Xi, B., Michailidis, G., and Nair, V.N., Least Squares Estimates of Network Link Loss Probabilities Using End-to-End Multicast Measurements, *Proceedings of the 37th Annual Conference on Information Sciences and Systems*, 1–6, Johns Hopkins University, March 2003.

5

| From: | Lin, Dennis KJ |
|---|---|
| Sent: | Thursday, May 19, 2022 1:55 PM |
| To: | Hollenbeck, Peter J; Xi, Bowei |
| Cc: | Flesch, Lucy M; Wolfe, Patrick J; Johnson, Sarah E |
| Subject: | Re: 2022-23 Research Refresh |

Dear Peter;
Great news indeed.

Thank you so much,
Dennis

**From:** Johnson, Sarah E <sejohnson@purdue.edu> on behalf of Hollenbeck, Peter J <phollenb@purdue.edu>
**Sent:** Thursday, May 19, 2022 12:15 PM
**To:** Xi, Bowei <xbw@purdue.edu>
**Cc:** Lin, Dennis KJ <dkjlin@purdue.edu>; Flesch, Lucy M <lmflesch@purdue.edu>; Wolfe, Patrick J <patrick@purdue.edu>; Johnson, Sarah E <sejohnson@purdue.edu>
**Subject:** 2022-23 Research Refresh

 Office of the Provost

19 May 2022

Bowei Xi
Department of Statistics
College of Science

Dear Professor Xi,

I am delighted to inform you that you have been selected as one of the **2022-2023 recipients of the Research Refresh program.** You are among a select group of nominees whom the committee felt that could, through this program, benefit from intense focus to advance their scholarship and reinvigorate their careers.

The next step is to provide a detailed budget using the attached template. Please work through your pre-awards office to complete this template. Ideally, we would like your budget by June 1, 2022. If the budget you submitted with your proposal used the template format, was processed through the pre-award office, and meets the budget guidelines below, please confirm this for us and nothing further is required.

Proposals may include up to one month of faculty summer salary if the project extends through the summer, and up to $10,000 in discretionary funding to support project needs including travel to meet with program directors or to visit colleagues at other institutions to learn new techniques or gain exposure to the selected research area. In addition, up to $30,000 over two semesters for the <u>actual costs</u> of replacement teaching will be provided to the department. All unused money will be returned to the Office of the Provost at the end of the Research Refresh project. If you have any questions, please contact Peter Hollenbeck in the Provost's Office.

Sincerely,

1

**EXHIBIT 14**

DEF1 00430



**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47907
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

2

**DEF1 00431**

**To:  Peter Hollenbeck, Vice Provost for Faculty Affairs**
**From:   Bowei Xi, Ph.D.**
**Date:   January 23, 2023**

**Re:  Written Request for Reconsideration of the Denial of Promotion for Associate Professor Bowei Xi**

Pursuant to Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, please accept the following as my written request for reconsideration.

## I.   Introduction

Because of faulty judgments based on errors and/or misinterpretations of my publication history and the status of my research funding as well as grossly inadequate consideration of my professional competence compared to other faculty who were recently promoted, I appeal the negative decision on the grounds of both (1) "grossly inadequate consideration of [my] professional competence;" and (2) "judgments based on erroneous or misinterpreted information."

## II.   Procedural History and Background

I am currently an associate professor in the Department of Statistics. On December 2, 2022, I learned by an email from the then-Head of the Department of Statistics, Professor Dennis K.J. Lin, that the College of Science denied my promotion to full professor. (Please see the attached Exhibit A, pages 1-2 of the Appendix of Exhibits of Bowei Xi, hereinafter "Appendix"). Dr. Lin told me that my promotion case received unanimous support from the Department of Statistics, but the vote at the College's Area Committee meeting had failed.

I requested a written explanation for the denial of my appeal to then-Dean Patrick Wolfe on December 20, 2022. On January 3, 2023, the Interim Dean of the College of Science, Dr. Jean Chmielewski, provided a written explanation for the College's denial of my application for promotion to full professor. (Please see the attached Exhibit B, Appendix page 3). This written explanation from Interim Dean Chmielewski stated that (1) "[w]hile the Area Committee noted your contributions to the area using data with noise to generate robust models and results, it was discussed that many of the resulting

**EXHIBIT 18**

publications were not in tier 1 journals;" and (2) "the committee noted the end of research funding in the coming year necessitating the Research Refresh award." Interim Dean Chmielewski then "recognize[d] the impact of the committee's decision to not move [my] case forward."

Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion* (effective November 15, 2022) provides that a request for a review of a negative promotion decision must be submitted within "20 business days of receiving the written statement of reasons." I am submitting this request for review January 25, 2023.

## III. **Argument**

### 1. Bases for my Appeal

Under Section VI.C of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, the following are grounds for requesting reconsideration of a denial of a promotion:

1. "Evidence of grossly inadequate consideration of professional competence;" or

2. "Evidence of judgments based on erroneous or misinterpreted information."

I appeal the negative decision because of both (1) "grossly inadequate consideration of [my] professional competence" and (2) "judgments based on erroneous or misinterpreted information," as further detailed below.

### 2. The Area Committee completely ignored that the Department of Statistics unanimously supported my promotion.

During my annual reviews, my progress towards promotion was discussed each year. I used the feedback from my annual reviews to improve my promotion package every year. The Department created a promotion policy in March 2018 that followed every detailed criterion the Dean laid out for promotion, as the Dean himself later confirmed to the faculty in the Department of Statistics during a departmental primary committee meeting. The Department of Statistics further

added specific examples for attaining a promotion to professor in March 2021, which I had clearly met.

When I applied for promotion this past year, I received the unanimous support of my Department based on my fulfillment of these criteria. Although the faculty in the Department of Statistics were in the best position to judge whether I met the qualifications for promotion, given that faculty in my Department understand my research area better than any other departments in the College of Science, the Area Committee rejected the unanimous departmental vote in my favor. The Area Committee's vote was based at least in part on a fundamentally flawed understanding of the publications in my research area, as further detailed below.

### 3. The Area Committee falsely assumed that because I received a Research Refresh Award, I had reached the end of my research funding.

The Area Committee interpreted my Research Refresh Award as the most significant factor that negatively impacted my promotion application because it supposedly meant that I was at the "end" of my "research funding in the coming year" and needed the Research Refresh Award to continue my research. (Please see the attached Exhibit B, Appendix page 3). The Area Committee thus mistakenly determined that this Award signaled a stalling and a downward trajectory to my research.

Contrary to the Area Committee's preconceived notions of the purpose of the Research Refresh Award, the Research Refresh Award is "a competitive, campus-wide program sponsored by the Office of the Provost," which "is designed to provide protected time for tenured Associate Professors and Full Professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers." (Please see the attached Exhibit G, Appendix page 67). Rather than treating the Research Refresh Award as a negative mark on a faculty member's record, Purdue has celebrated its recent recipients. (Please see the attached Exhibits I and K, Appendix pages 72 and 77). Furthermore, recent awardees were still promoted shortly after receiving the Research Refresh Award. For example, Purdue promoted a 2016 Research Refresh Award recipient, Dr. John Lumkes, to full professor in August 2017. Shortly thereafter in 2019, Purdue even named him Assistant Dean of the Office of Academic Programs in the College of Agriculture. (Please see the attached Exhibit J, Appendix page 75). Similarly, Purdue promoted a 2019 Research Refresh Award recipient, Associate Professor Valeria Sinclair-Chapman, from the College of Liberal Arts by November 2021. (Please see the attached Exhibits K and L, Appendix pages 77–80). Each of these examples demonstrate that Purdue does not view the Research Refresh Award as an award exclusively for faculty members with a downward research trajectory. The 2016 and 2019 news articles celebrated the Award as an achievement, not as a negative factor tarnishing a faculty's record.

Furthermore, despite the Area Committee's assumption that an "end" to my "research funding in the coming year necessitate[ed] the Research Refresh award," I did **not** apply for the Research Refresh

Award because my research funding was ending. Instead, I have a project covered by the Army Research Lab Cooperative Research and Development Agreement (ARL CRADA), which is extended through October 6, 2027. (Please see the attached Exhibit E, at Appendix pages 47–50). The actual funding amount each year is negotiated on an annual basis.

I applied for this Award because of the impact of the pandemic on me as a female faculty member with two young children. (Please see the attached Exhibit F, Appendix page 52). My daughter was born in 2017, and my son was born in July of 2020 after an eventful pregnancy, which included several weeks of bed rest, and my son was born prematurely. As a result, my son required extra care and time when I had no domestic help given this would have been unsafe during the pandemic, especially for a prematurely born infant. In addition, my daughter's daycare was closed for several months at the beginning of the pandemic and again was mostly closed from late 2021 to February 2022 due to COVID-19 cases among the teachers and children. Caring for two young children while doing research is extremely difficult, and I therefore needed time to catch up on my work. I did not need the Award for an "end" to my research funding.

The Area Committee should have judged my research trajectory on my record on funding, publications, and students supervised, which together clearly demonstrate an upward trajectory to my research, rather than on this clearly erroneous assumption. As further stated below, my record was at least comparable to other, recently successful promotion cases in the Department of Statistics, and my research progress is better than many of the Department's male faculty without the same challenges during the pandemic.

**4. The Area Committee provided a grossly inadequate consideration of my professional competence in reviewing my application for promotion, especially when comparing my qualifications for promotion to the qualifications of a recently successful male faculty member in my Department, who lacked the same family obligations during the pandemic.**

**4.A The Area Committee clearly failed to consider numerous competitive grants from diversified funding sources that I have received since my promotion to associate professor.**

The Area Committee somehow focused on the false assumption that my research funding was ending while ignoring that since my last promotion to associate professor, I have received funding from diversified funding sources, including:

(a) National Science Foundation (NSF);
(b) Defense Advanced Research Projects Agency (DARPA);
(c) Army Research Office (ARO);
(d) Army Research Lab (ARL);
(e) Raytheon Company;
(f) Northrop Grumman Corp.;
(g) Purdue Discovery Park iGSDI; and
(h) Purdue CERIAS.

(See below tables). In sum, I have received 11 grants since my promotion to associate professor, totaling $3,136,820 altogether, and I am responsible for $980,000. Currently, only four faculty members (including me) from four different projects are covered by the ARL's CRADA. As the ARL's CRADA is extended through October 6, 2027, my funding is not ending anytime soon, especially not in the coming year. (Please see the attached Exhibit F, Appendix pages 60–61).

**4.B The Area Committee recently promoted a male faculty member in my Department, who had inferior qualifications to mine.**

The College of Science's Area Committee recently promoted Associate Professor Anindya Bhadra from the Department of Statistics on December 1, 2022. Purdue had promoted Dr. Bhadra to associate professor in 2018 whereas Purdue promoted me to Associate Professor in 2011.

Since his promotion to associate professor, Dr. Bhadra's amount in research funding, number of students supervised, and quality and quantity of publications have been inferior to mine.

**(4.B.1) Dr. Bhadra has generated far less in research funding than me.**

**(4.B.1.A) Comparison of new grants since promotion to associate professor:**

Dr. Bhadra's funding is ending in 2023. Since his last promotion to Associate Professor, he received 3 external grants and 2 internal grants. He is responsible for $155,785 plus approximately a 1.5-month summary salary.

Since my last promotion to Associate Professor in 2011, I received 9 external grants and 2 internal grants. I am responsible for $980,000. My funding continues through at least 2027.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF** DMS 2020-2023 he is sole PI, total $120k, <u>ending in the coming year</u> | (External) **ARL**, <u>05/15/2020–10/06/2027</u>, I am sole PI, $135,000 for the first two years |
| (External) **NIH** R21, 2018–2020 <u>(ended)</u>, total $410,000, he is co-I, he received 0.45 month summer salary per year | (External) **ARO**, 08/07/2017 – 01/06/2023, I am Purdue PI, total $763,000, I am responsible for $222,500 |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2019 <u>(ended)</u>, he is sole PI, $27,785 | (External) **Northrop Grumman Corp.** Year 11, 09/01/2019-08/31/2020, I am sole PI, $100,000 |

| | |
|---|---|
| (Internal) **Purdue Research Foundation (PRF)**, 2020, he is sole PI, $8000 | (External) **Northrop Grumman Corp.** Year 10, 09/01/2018–12/31/2019, I am sole PI, $100,000 |
| (Internal) **Clifford B. Kinley Trust Award**, 2020, total $20,000, he is co-I, his effort is $0 | (External) **Raytheon Company**, 10/01/2018–05/30/2019, I am sole PI, $30,340 |
| | (External) **ARO**, total $440,000, 08/01/2012 –07/31/2015, I am Purdue PI, Amount Responsible: $210,140 |
| | (External) **DARPA** D3M: 01/01/2017 – 08/12/2020, I am technical personnel, total $515,000, I am responsible for only $5000 |
| | (External) **NSF DMS**, total $314,995, 09/01/2012 – 08/31/2017, I am co-PI, Amount Responsible: $105,000 |
| | (External) **DARPA**, 09/14/2012 – 12/31/2017, total $653,485, I am technical personnel, responsible for only one month summer salary in the 5-year period |
| | (Internal) **Purdue CERIAS**, I am sole PI, $45,000, 06/15/2018 – (no expiration date) |
| | (Internal) **Purdue Discovery Park iGSDI**, total $40,000, 04/16/2018–09/15/2018, I am co-PI, Amount Responsible: $16,700 |

**(4.B.2) Comparison of grants received pre-tenure:**

For his promotion to Associate Professor, Dr. Bhadra received 3 external grants and 2 internal grants. He is responsible for $130,724 plus approximately a 4-month summer salary.

For my promotion to Associate Professor, I received 4 external grants and 3 internal grants. I am responsible for $322,885 plus a 0.5-month summer salary.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF DMS**, 2016–2019. He is sole-PI, $100,000 | (External) **DoD MURI**, total $980,000, 05/01/2008 – 03/28/2014, I am co-PI, Amount Responsible: $200,000 |
| (External) **NIH** NCI R01, 2017–2021. total $1,400,000. He is co-I, his effort is 1 month summer salary per year | (External) **NIH** R21, total $387,476, 05/17/09 – 04/30/12, I am co-I, received 0.5 summer month salary in the 3-year period |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2014, he is sole PI, $21,724 | (External) **NSF DMS**, I am sole PI, $54,900, 08/01/2009 – 07/31/2011 |
| (Internal) **PRF**, he is Sole PI, $8000, 2013 | (External) **NSF DMS**, $120,000, 09/15/2005 – 08/31/2010, I am co-PI, responsible $40,000 |
| (Internal) **PRF**, he is Sole PI, $1000, 2016 | (Internal) **PRF**, I am Sole PI, $20,885, 06/01/2006 – 05/31/2007 |
|  | (Internal) **PRF**, I am Sole PI, $7,000, 2005 |
|  | (Internal) **PRF**, I am Sole PI, $1,000, 2005 |

## (4.B) Dr. Bhadra has supervised fewer students than me throughout his time at Purdue.

Since his last promotion, Dr. Bhadra is supervising or has supervised 3 Ph.D. students and 1 M.S. student. He hasn't supervised any student before his promotion to Associate Professor.

Since my last promotion, I am supervising and have supervised 7 Ph.D. students, 4 M.S. students, 1 undergraduate student. Before my promotion to Associate Professor, I have supervised 1 Ph.D. student.

## (4.B.1) Comparison of students supervised post-tenure:

| Anindya Bhadra | Bowei Xi |
|---|---|
| Ph.D. student, Jorge Loría (current) | Ph.D. student Fan Wu, current |
| Ph.D. student, Ksheera Sagar (current) | Ph.D. student Juan Shu, current |
| Ph.D. student, Yunfan Li (Graduated in May, 2019. First position: postdoctoral fellow at UCSF). | Ph.D. student Yitao Li, current |
| M.S. Manni Zhang (Graduated in May, 2021. Currently a Ph.D. student at Purdue Industrial Engineering) | As an undergrad student Yujie Chen published a paper with me. When she joined the Purdue Statistics Ph.D. Program in 2020, she did research with me, but switched to a different advisor in Nov 2022 |
| | Ph.D. Kirsen Sullivan, graduated in Nov 2022, currently a statistician in Oak Ridge National Lab |
| | Ph.D. Wutao Wei, graduated in June 2018. Twitter. |
| | Ph.D. Lin-Yang Cheng, graduated in August 2017. First position, Medspace in Cincinnati, OH. |
| | Ph.D. Xiang Han (co-advised with Prof. Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas |
| | M.S. Geri Rista (graduated in May 2020) |
| | M.S. Jun Jiang (graduated in December 2016 from IE) |
| | M.S. Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati) |
| | M.S. Kean Ming Tan (graduated in 2011) |

### (4.B.2) Comparison of students supervised pre-tenure:

| Anindya Bhadra | Bowei Xi |
|---|---|
| none | Ph.D. Hui Chen (co-advised with Prof. Cleveland), graduated in December 2007, Apple Inc. |

### (4.C) The impact factors (IFs) of the journals in which Dr. Bhadra published papers were, at best, comparable to mine.

The following table lists the publications by each year. A detailed breakdown follows in (4.C.2).

### (4.C.1) Comparison of publications post-tenure:

| Anindya Bhadra | Bowei Xi |
|---|---|
| – 2022, methodology paper, Journal of the American Statistical Association, Theory & Methods (IF 5.033)<br>– 2022, applied paper, Journal of Nutrition (IF 4.798) | – 2022, methodology paper, IEEE Transactions on Dependable and Secure Computing (IF 7.329)<br>– 2022, methodology paper, Harvard Data Science Review, a paper with discussions (new journal IF not available)<br>– 2022, methodology paper, Refereed Conference Proceedings, in the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence, July, 2022, Vienna, Austria.<br>– 2022, methodology paper, Refereed Conference Proceedings, in the First Workshop on Graph Learning at The ACM Web Conference, April, 2022, online, |

| | hosted by Lyon, France. |
|---|---|
| – 2021, methodology paper, Statistical Methods & Applications (IF 1.174)<br>– 2021, methodology paper, Journal of Multivariate Analysis (IF 1.009)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045)<br>– 2021 applied paper, Critical Reviews in Food Science and Nutrition (IF 11.176)<br>– 2021 applied paper, Preventive Medicine (IF 5.043)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045) | – 2021 methodology paper, Bioinformatics (IF 6.937)<br>– 2021 methodology paper, refereed book chapter |
| – 2020 methodology paper, International Statistical Review (IF 1.946), a paper with discussions<br>– 2020 methodology paper, Sankhya A (IF 0.76)<br>– 2020 methodology paper, Sankhya B (IF 0.569)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798)<br>– 2020 applied paper, Public Health Nutrition (IF 3.156)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Appetite (IF 3.868)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798) | – 2020 methodology paper, Wiley Interdisciplinary Reviews: Computational Statistics (IF 3.16), a single author paper<br>– 2020 methodology paper, refereed book chapter<br>– 2020 methodology paper, refereed Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI), Feb. 2020<br>– 2020 methodology paper, refereed Proceedings of the 2020 SPIE the International Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II<br>– 2020 applied paper, Analytical Chemistry (IF 6.986)<br>– 2020 applied paper, Journal of |

|  | Proteome Research (IF 4.466) |
|---|---|
| – 2019 methodology paper, Journal of Machine Learning Research (IF 5.413)<br>– 2019 methodology paper, Statistical Science (IF 1.897)<br>– 2019 methodology paper, Journal of Computational and Graphical Statistics (IF 1.884)<br>– 2019 applied paper, Journal of Nutrition (IF 4.798) | – 2019 methodology paper, Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery (IF 7.250)<br>– 2019 methodology paper, refereed, The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future, (Acceptance rate 33%)<br>– 2019 applied paper, Food and Function (IF 5.396) |
|  |  |
| – 2018 methodology paper, Biometrics (IF 1.701)<br>– 2018 applied paper, Nutrients (IF 5.429)<br>– 2018 applied paper, Nutrients (IF 5.429) | – 2018 methodology paper, Computer & Security (IF 4.438)<br>– 2018 methodology paper, The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing (IF 1.789)<br>– 2018 methodology paper, refereed IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation |
|  | – 2017 methodology paper, Performance Evaluation (IF 1.044)<br>– 2017 methodology paper, refereed The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec) (acceptance rate 35%)<br>– 2017 methodology paper, ACM Computing Reviews (IF not available) |
|  | – 2016 methodology paper, refereed, the 23rd International Conference on Pattern Recognition (ICPR), Cancun, Mexico, Dec, 2016 (The |

| | |
|---|---|
| | paper was selected for full length oral presentation, 18%). |
| | – 2014 methodology paper, refereed <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense</u><br>– 2014 refereed book chapter <u>(cited 144 times)</u><br>– 2014 applied paper, Current Metabolomics (IF 0.8) |
| | – 2013 methodology paper, Journal of Statistical Software (IF 6.44) |
| | – 2012 methodology paper, STAT <u>(IF 0.917, cited 144 times)</u><br>– 2012 refereed Proceedings of the 18th ACM SIGKDD International Conference on Knowl-<br>edge Discovery and Data Mining, 1059–1067, August 2012, New York, NY <u>(acceptance rate 21%)</u> |
| | – 2011 methodology paper, Data Mining and Knowledge Discovery <u>(IF 3.67)</u><br>– 2011 methodology paper, Statistical Analysis and Data Mining (IF 1.051)<br>– 2011 methodology paper, developed a novel statistical method, Analytica Chimica Acta <u>(IF 6.558)</u> |

## (4.C.2) Impact and Contribution (Demonstrating the Independence of Research) in Publications

Dr. Bhadra published 24 papers since his last promotion: 14 applied service papers and 10 methodology papers. I published 31 papers since my last promotion: 4 applied service papers and 27 methodology papers. Below is the detailed breakdown.

**Associate Prof. Bhadra:**

- Since last promotion in 2018, he published <u>24 papers: 10 methodology papers, 14 applied service papers</u>, as identified on his CV. (Please see the attached Exhibit C, Appendix pages 5–9).

- Among the <u>10 methodology</u> papers, <u>4 papers</u> published in journals with <u>IF of 1.174, 1.009, 0.76, 0.569.</u>

- <u>6 papers</u> published in journals with <u>IF of 5.033, 5.413, 1.946, 1.897, 1.884, 1.701.</u>

**Associate Prof. Xi:**
- Since my last promotion in 2011, I published **31 papers**.

- In the area of metabolomics and other omics data, since my last promotion in 2011, I published <u>8 papers:</u> 6 journal papers, 1 conference proceeding, 1 refereed book chapter – <u>4 applied service papers and 4 methodology papers</u> for the development of novel statistical methods.

  The details of the **4 methodology papers in omics research** are the follows.

  1. 2021, in *Bioinformatics* <u>(IF 6.937), cited 9 times, a project with my student Juan Shu</u>, developed a novel graph neural network with the learning under privileged information paradigm.
  2. 2022, The First Workshop on Graph Learning at The ACM Web Conference 2022, <u>a project with my students Juan Shu and Fan Wu,</u> developed novel dropout and proved their properties, which allowed graph neural network to grow deeper without hurting performance.
  3. 2014, refereed book chapter, <u>cited 145 times, 1st author and the only statistician on the paper</u>, discussed the popular statistical methods, including LASSO and multiple comparison, are not robust performing variable selection in noisy metabolomics data.
  4. 2011, in Analytica Chimica Acta <u>(IF 6.558), cited 158 times, the only statistician on the paper,</u> developed novel variable

selection and classification method for noisy metabolomics data.

- In the area of adversarial machine learning and big data, I have <u>23 papers: 11 journal papers and 12 refereed conference proceedings and book chapters. All are methodology papers.</u>

**My 11 journal papers in adversarial learning and big data:**

1. 2022 in *IEEE Transactions on Dependable and Secure Computing* <u>(IF 7.329)</u>, equal contribution with two co-authors.
2. 2022 in *Harvard Data Science Review* (new, no IF), a follow up paper of <u>the National Academies workshop where I gave a talk in 2018. A paper with discussions.</u>
3. 2020, in *Wiley Interdisciplinary Reviews: Computational Statistics* <u>(IF 3.16), single author paper</u>
4. 2019, in *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery* <u>(IF 7.250)</u>, equal contribution with two co-authors.
5. 2018, in *Computer & Security* <u>(IF 4.438)</u>, a project with my student Jun Jiang.
6. 2018, in *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing* <u>(IF 1.789)</u>, equal contribution with one co-author (previously a lecturer in the Dept. of Stat)
7. 2017, in *Performance Evaluation* (IF 1.044), with a former student David Anderson <u>(graduated in summer 2008)</u> and co-author Prof. Cleveland. Equal contribution with Prof. Cleveland.
8. 2013, in Journal of Statistical Software <u>(IF 6.44)</u>, a project with my student Kean Min Tan.
9. 2012, in *STAT* (IF 0.917)
10. 2011, in *Data Mining and Knowledge Discovery* <u>(IF 3.67)</u>, equal contribution with the 1st author.
11. 2011, in *Statistical Analysis and Data Mining* (IF 1.051)

**Out of my 12 refereed conference papers and refereed book chapters in adversarial learning and big data, the below highlights the following 8 papers:**

1. 2022, the Workshop on Artificial Intelligence Safety (AISafety), a project with my student Juan Shu, disseminating result to the AI Security community, a relatively small community.
2. 2020, the Workshop on Artificial Intelligence Safety (SafeAI), a project with my student Yujie Chen, disseminating result to the AI Security community, a relatively small community.
3. 2020, refereed book chapter, 1st author, developed game theoretic approach for Internet of Battlefield Things
4. 2019, PAKDD workshop, <u>acceptance rate 33%</u>
5. 2017, DBSec, <u>acceptance rate 35%</u>, a project with student Xiaosu Tong.
6. 2016, ICPR, the paper was selected for full length oral presentation, <u>18%</u>. Equal contribution with one co-author.
7. 2014, <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium</u> on Analysis Support to Decision Making in Cyber Defense, equal contribution with one co-author
8. 2012, ACM SIGKDD, <u>acceptance rate 21%, cited 146 times</u>

**(4.C.3) Professor Raghu Pasupathy, who Purdue promoted to full professor in 2022, published extensively in a conference proceeding with an exceedingly high acceptance rate.**

Professor Raghu Pasupathy received his Ph.D. in 2005 from Purdue. He was promoted to Associate Professor of industrial and systems engineering at Virginia Tech in 2011. He joined the Purdue Department of Statistics in 2014 as an Associate Professor. Dr. Pasupathy was promoted to full professor in 2022.

The following provides a summary of Dr. Pasupathy's publications. Overall, Dr. Pasupathy has **18 out of 40 papers from 2011 to 2021 published in the Winter Simulation Conference (WSC).** (https://scholar.google.com/citations?user=-joPvBcAAAAJ&hl=zh-CN&oi=ao). The WSC's acceptance rate over the years is also provided. **The WSC's average acceptance rate is 3,881 out of 5,768 submissions, or 67%.** (https://dl.acm.org/doi/proceedings/10.1145/76738#acceptance-rates)

| Year | Total | # in | WSC Acceptance Rate |
|------|-------|------|---------------------|

|      | #   | WSC |                                  |
|------|-----|-----|----------------------------------|
| 2021 | 2   | 0   | na                               |
| 2020 | 3   | 1   | na                               |
| 2019 | 5   | 3   | na                               |
| 2018 | 6   | 2   | 183 out of 260 submissions, 70%  |
| 2017 | 1   | 0   | 232 out of 356 submissions, 65%  |
| 2016 | 1   | 1   | na                               |
| 2015 | 2   | 2   | 202 out of 296 submissions, 68%  |
| 2014 | 5   | 1   | 205 out of 320 submissions, 64%  |
| 2013 | 5   | 2   | 206 out of 299 submissions, 69%  |
| 2012 | 3   | 2   | 189 out of 384 submissions, 49%  |
| 2011 | 7   | 4   | 203 out of 270 submissions, 75%  |

Purdue still promoted Dr. Pasupathy without issue despite the fact that he extensively published in the WSC, which had an extraordinarily high acceptance rate. Conversely, I published in journals, on the whole, with a significantly lower acceptance rate but was apparently penalized because these journals were not as well known to the Area Committee.

## IV.  **Conclusion**

Because of the "grossly inadequate consideration of [my] professional competence" and the "judgments" against me "based on erroneous or misinterpreted information" by the Area Committee, I respectfully request a reconsideration of the negative promotion decision against me. If you need any further information, please let me know.

| | |
|---|---|
| **From:** | Hollenbeck, Peter J |
| **Sent:** | Friday, February 3, 2023 8:06 AM |
| **To:** | Xi, Bowei |
| **Cc:** | Chmielewski, Jean A; Cziczo, Daniel James; Wolfe, Patrick J |
| **Subject:** | promotion decision appeal |

Dear Bowei,

I have now investigated to the best of my ability the decision on your case for promotion to Professor by the College of Science Area Committee, which you appealed on the bases of misinterpretation and grossly inadequate consideration of your record. Based on your appeal, I assessed three issues: did the SAC ignore the vote of the Statistics primary committee?; did the SAC's discussion show an understanding of your publication record that was fundamentally flawed?; did the SAC's discussion show an understanding of your research funding and awards that was fundamentally flawed?

By all accounts, the SAC spent considerable time reviewing your case and document. I cannot find evidence that they failed to understand the STAT vote, your publication record, or your research awards – indeed, they discussed these at length. I appreciate that you disagree with their conclusions, but I do not believe that their decision derived from grossly inadequate consideration or erroneous or misinterpreted information.

I note that you provided a detailed comparison of your record to that of another member of the faculty whose promotion was approved by the SAC. This is not relevant to the appeal, as promotion cases are not to be compared to each other, but rather held individually against the standards set by the College.

In sum, as I believe that no erroneous review has occurred, I must deny your appeal.

I hope that in the future your Head and Dean can guide you toward building a strong case for promotion. Having studied your promotion document, I do think that a few things could have been presented more clearly, including the nature and duration of your research awards and your exact role in them.

Sincerely,
Peter Hollenbeck

**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47907
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University

# EXHIBIT 21

DEF1 00281



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

**From:** Xi, Bowei <xbw@purdue.edu>
**Sent:** Wednesday, January 25, 2023 10:13 AM
**To:** Hollenbeck, Peter J <phollenb@purdue.edu>
**Subject:** reconsideration of negative promotion decision

Dear Vice Provost Hollenbeck,

Attached please find my written request for reconsideration of the denial of my promotion. Could you please confirm receipt of this email? Thank you.

Regards,
Bowei

CoS Promotion Outline – 2022
Taken from the College's Policies and Procedures Document
Revised 2022 per *New Instructions for Use with Faculty Promotion Form 36*

**I.  Tenure and Promotion Policies and Procedures**

**A.  University Policy**

The University Policy regarding promotion can be found at
http://www.purdue.edu/policies/academic-research-affairs/ib2.html. The University's Promotion
Guidelines (Form 36 Instructions) can be found at this location as well.

**B. College of Science Promotion Documents**

Per West Lafayette Campus Promotions Policy, "A candidate should be given the opportunity to
help create and review his/her promotion documentation and should receive a copy of any
document (with confidential statements omitted) that will be submitted to the primary, area,
and/or University committee(s). It is the right of the candidate to have included in his/her
departmental file whatever the candidate chooses to add, including the candidate's own brief
(one page) comments about teaching, research/creative activities, and service. The candidate
may choose that these brief comments be attached to the promotion document."

The following is a College of Science Promotion Document format that incorporates current
University formats.

All pages of the document, including the first page which is the Form 36, should include the
footer "LastName, Page 1 of XX" in the lower right corner. In the lower left should be the
department name.

Earth, Atmospheric, and Planetary Sciences                    Jones, Page 2 of 56

**EXHIBIT 22**

Page 2 should be the Table of Contents. Use the outline format:

    I.
    A.
    1.

### I. *General Information*

    A. Education
    B. Previous Positions
    C. Present Position
    D. Awards and Honors
        1. Internal to Purdue
        2. External to Purdue
    E. Professional and Scholarly Associations
    F. Other items unique to the person or Department – examples: citations in biographical works such as *Who's Who in America, American Men & Women of Science,* etc., memberships in academic, professional and scholarly societies.

NOTE the adjustment from Learning then Discovery to Discovery then Learning.

### II. *Discovery*

    A. Discussion
    The primary committee, or members of the individual's promotion evaluation committee, is responsible for writing, reviewing and approving a summary of the research with comments on the significance and quality of the publications. An optional summary written by the candidate may be included if the candidate chooses. In this case, the document should contain a clear indication regarding what material was written by the candidate. Summary should focus on the individual's focused area of research, and high- risk or interdisciplinary research that is being undertaken.

    B. Publications
    A list of the top-tier journals (and conferences, if appropriate) in the candidate's field should be at the beginning of this section. The method by which the top-tier ranking was determined should be stated. List publications in conference proceedings separately with an indication of the importance of such publications in the particular field. The primary author(s) should be indicated by an asterisk (*), post docs by "P", graduate students by "G" and undergraduate students by "U". Publications with previous mentors should also be distinguished by "M". **Note:** all publication sections should be listed with the most recent publications first. For Assistant-Associate candidates, please separate out the following sections into pre-Purdue hire and post-Purdue hire. For Associate-Full candidates, please indicate pre-tenure and post-tenure.

        1. Refereed
        2. In press
        3. Submitted (do not include in preparation)
        4. Non-refereed books and book chapters, etc.

    C. Invited Lectures

D.    Other Presented Papers

E.    Other Professional Activities

F.    Interdisciplinary Activities/Collaborations

G.    Patents

H.    Funding (be sure to clearly note internal to Purdue vs. external to Purdue awards)
  1. Discussion of support
  2. Award information

Agenda/Title of Grant: _____
Dates of Funding: _____
Total Amount of Award: _____
Your Role: _____
If Co-PI, for how much of the total funding are you directly responsible: _____

The above is the University required information. May be placed into table format if desired, as long as all elements are included.

I.    Evidence of Involvement of Students and Post Docs in Research Programs
  1. M.S. and Ph.D. students graduated – for each student, please list name, date graduated and position taken
  2. Current graduate students, with start date of research with advisor and expected completion date
  3. Current and previous undergraduate students with dates and major. Supervision of undergraduate research should be included here. Numbers or lists of undergraduates doing projects in a lab and a brief overview of the types of projects should be included.
  4. Current and previous postdoctoral associates
  5. Service on MS/PhD committees with dates.

*III.  Learning*

At the beginning of the learning/teaching section, a statement on the individual's teaching may be included from either the candidate's departmental committee or the individual. The document should contain a clear indication regarding who created the material. The University Promotions Committee Guidelines state that the last 3 years of teaching data should be included; however, all the teaching data seen by the College of Science Area Promotions Committee should be forwarded to the University Promotions Committee. The 3 years was chosen to avoid listing courses by semester for 10-15 years. Therefore, showing 3-5 years by semester and summarizing earlier data in a table or in the narrative is appropriate, especially for promotions emphasizing teaching.

A. Teaching Assignments at Purdue

A table format is suggested. Present the most recent 3-5 years by semester. Summarize older data by grouping, if appropriate. **Do not show more than 5 years of information.** Use the narrative to indicate teaching commitment over time. Please list courses with most recent first and clearly indicate any online courses with an *.

| Semester & Year | Course Number, Credit Hr. and Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 1999 | SCI 150, 4 cr, lecture/lab | Principles of Science | 408 | Fr through Sr |
| S 1999 | SCI 430, 1 cr, seminar | Science Seminar | 12 | Sr |
| F 1998 | SCI 350, 3 cr, lecture | Science Lectures | 45 | Jr & Sr |

B. Selected Discussion of Courses

Include innovation, significant impact on curriculum, or other evidence of impact on undergraduate education.

C. Course Evaluations

1. Student Evaluation

For course evaluations **prior to Fall 2021,** please include course evaluation information as outlined below. List two to five of the major questions on the evaluation instrument (e.g., I rate the instructor's teaching as excellent, very good, etc.) and show the results. Give the number of students in each course and the number responding. Include course-specific norms for the past 5 years if this information is available. Do NOT include student comments. Again, indicate online courses with an *.

| Semester & Year | Course | Responses/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| S 1999 | SCI 150 | 104/115 | 4.3 (4.7) | 4.5 (4.9) |
| S 1999 | SCI 430 | 20/21 | 4.2 (4.5) | 4.6 (4.3) |
| F 1998 | SCI 350 | 46/55 | 4.6 (4.4) | 3.2 (4.5) |

**Beginning Fall 2021,** please provide course evaluation information on the following four questions:

My instructor seems well-prepared for class.

The instructor is fair and consistent in evaluating my performance in the course.
The instructor created a welcoming and inclusive classroom environment.
The instructor is open to my questions and effectively answers them.

| Semester/ Year | Course | Well-Prepared | Fair and Consistent | Welcoming and Inclusive | Open to Questions |
|---|---|---|---|---|---|
| S 2022 | SCI 100 | 4.3/5.0 | 4.0/5.0 | 4.4/5.0 | 3.9/5.0 |
| F 2022 | SCI 430 | 4.6/5.0 | 4.2/5.0 | 4.3/5.0 | 4.0/5.0 |
| F 2022 | SCI 350 | 4.4/5.0 | 4.1/5.0 | 4.3/5.0 | 4.0/5.0 |

   2. Peer Evaluation
      The format for peer evaluation is determined by the department policy.

D. Other Contributions to Undergraduate Education
   This may include, for example, counseling, being a faculty fellow, online course
   creation, leadership of study abroad programs, etc.

## IV.  Engagement and Service

A.  Discussion of Engagement – how scholarly work is addressing needs(s) inside or
    outside of the academy
    1. Engagement with Partners - Engaged scholarship may serve the land grant
       mission by working with a variety of partners including governments, schools,
       non-profit organizations, business, and/or industries.
    2. Individuals Mentored through Engagement Activities – undergrad students, grad
       students, postdoctoral scientists, community members, etc.
    3. Impact of the Scholarship of Engagement – reciprocal relationships established,
       high level of disciplinary expertise, innovation, capability for replication or
       elaboration, professional and/or peer-review, documented results and impact.
    4. Technology Transfer or Commercialization Results of Engagement.
    5. Other Engagement Activities (for example – mention of work in the media,
       creation of websites to disseminate research results, short courses/workshops, etc.)

B.  Discussion of Service – contributions through service to University, professional
    societies or other organizations
    1. Department
    2. College
    3. University
    4. Professional (editorial boards, study sections, panels, consulting, program
       committees, etc.)
    5. Consulting Activities (with bearing on promotion candidacy)
    6. Other Service Activities

C.  Diversity Activities

## V. Mentoring

A.  Undergraduate students

B.  Graduate students

C.  Faculty members

## VI.  *External Referees (first two items directly from University Promotion Memo)*

A.  External letters should be collected for all tenure and/or promotion cases. External letters should be sought from peer or aspirational peer universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case.

B.  It is essential to obtain unbiased evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (MS or PhD), or postdoctoral advisor; a collaborator on a project, book, article, report or paper within the
last 60 months; co-editor of a journal, compendium, or conference proceeding within the last 60 months; a business or professional partner; any family relation such as spouse, sibling, parent or relative. An exception would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the Procedures for Granting Academic Tenure and Promotion document. Finally, when requesting a letter, it should be made clear that the letter writer should focus on the domain(s) of expertise of the candidate be that the scholarship of Discovery, Learning and/or Engagement.

C.  Credentials and, if appropriate, relationship to candidate. Identify which referees were suggested by the candidate and which by the Department.

D.  Excerpts with packet of full letters appended. Include all other correspondence or communications with the referees. Non-written communications should be recorded or summarized in writing.

E.  Copy of letter soliciting external comments. (Be sure to include the appropriate University disclaimer statement on all letters requesting comments from external referees-see below.)

CoS Promotion Outline – 2023
Taken from the College's Policies and Procedures Document

## I. Tenure and Promotion Policies and Procedures

## A. University Policy

The University Policy regarding promotion can be found at
http://www.purdue.edu/policies/academic-research-affairs/ib2.html. The University's Promotion
Guidelines (Form 36 Instructions) can be found at this location as well.

## B. College of Science Promotion Documents

Per West Lafayette Campus Promotions Policy, "A candidate should be given the opportunity to
help create and review his/her promotion documentation and should receive a copy of any
document (with confidential statements omitted) that will be submitted to the primary, area,
and/or University committee(s). It is the right of the candidate to have included in his/her
departmental file whatever the candidate chooses to add, including the candidate's own brief
(one page) comments about teaching, research/creative activities, and service. The candidate
may choose that these brief comments be attached to the promotion document."

The following is a College of Science Promotion Document format that incorporates current
University formats.

All pages of the document, including the first page which is the Form 36, should include the
footer "LastName, Page 1 of XX" in the lower right corner. In the lower left should be the
department name.

| | |
|---|---|
| Earth, Atmospheric, and Planetary Sciences | Jones, Page 2 of 56 |

Page 2 should be the Table of Contents. Use the outline format:

    I.
    A.
    1.

## I. *General Information*

    A. Education
    B. Previous Positions
    C. Present Position
    D. Awards and Honors
        1. Internal to Purdue
        2. External to Purdue
    E. Professional and Associations
    F. Other items unique to the person or Department – examples: citations in biographical works such as *Who's Who in America, American Men & Women of Science*, etc., memberships in academic, professional and scholarly societies.

## II. *Discovery*

    A. Discussion
    The primary committee, or members of the individual's promotion evaluation committee, is responsible for writing, reviewing and approving a summary of the research with comments on the significance and quality of the publications. An optional summary written by the candidate may be included if the candidate chooses. In this case, the document should contain a clear indication regarding what material was written by the candidate. Summary should focus on the individual's focused area of research, and high- risk or interdisciplinary research that is being undertaken.

    B. Publications
    A list of the top-tier journals (and conferences, if appropriate) in the candidate's field should be at the beginning of this section. The method by which the top-tier ranking was determined should be stated. List publications in conference proceedings separately with an indication of the importance of such publications in the particular field. The primary author(s) should be indicated by an asterisk (*), post docs by "P", graduate students by "G" and undergraduate students by "U". Publications with previous mentors should also be distinguished by "M". Note: all publication sections should be listed with the most recent publications first. For Assistant-Associate candidates, please separate out the following sections into pre-Purdue hire and post-Purdue hire. For Associate-Full candidates, please indicate pre-tenure and post-tenure.

        1. Refereed
        2. In press
        3. Submitted (do not include in preparation)
        4. Non-refereed books and book chapters, etc.

    C. Invited Lectures

    D. Other Presented Papers

E.    Other Professional Activities

F.    Interdisciplinary Activities/Collaborations

G.    Patents

H.    Funding (be sure to clearly note internal to Purdue vs. external to Purdue awards)
   1.  Discussion of support
   2.  Award information

Agenda/Title of Grant: _____
Dates of Funding: _____
Total Amount of Award: _____
Your Role: _____
If Co-PI, for how much of the total funding are you directly responsible: _____

The above is the University required information. May be placed into table format if desired, as long as all elements are included.

I.    Evidence of Involvement of Students and Post Docs in Research Programs
   1.  M.S. and Ph.D. students graduated – for each student, please list name, date graduated and position taken
   2.  Current graduate students, with start date of research with advisor and expected completion date
   3.  Current and previous undergraduate students with dates and major. Supervision of undergraduate research should be included here. Numbers or lists of undergraduates doing projects in a lab and a brief overview of the types of projects should be included.
   4.  Current and previous postdoctoral associates
   5.  Service on MS/PhD committees with dates.

### III.  Learning

At the beginning of the learning/teaching section, a statement on the individual's teaching may be included from either the candidate's departmental committee or the individual. The document should contain a clear indication regarding who created the material. The University Promotions Committee Guidelines state that the last 3 years of teaching data should be included; however, all the teaching data seen by the College of Science Area Promotions Committee should be forwarded to the University Promotions Committee. The 3 years was chosen to avoid listing courses by semester for 10-15 years.  Therefore, showing 3-5 years by semester and summarizing earlier data in a table or in the narrative is appropriate, especially for promotions emphasizing teaching.

A. Teaching Assignments at Purdue

A table format is suggested. Present the most recent 3-5 years by semester. Summarize older data by grouping, if appropriate. **Do not show more than 5 years of information**. Use the narrative to indicate teaching commitment over time. Please list courses with most recent first and clearly indicate any online courses with an *.

| Semester & Year | Course Number, Credit Hr. and Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 1999 | SCI 150, 4 cr, lecture/lab | Principles of Science | 408 | Fr through Sr |
| S 1999 | SCI 430, 1 cr, seminar | Science Seminar | 12 | Sr |
| F 1998 | SCI 350, 3 cr, lecture | Science Lectures | 45 | Jr & Sr |

B. Selected Discussion of Courses

Include innovation, significant impact on curriculum, or other evidence of impact on undergraduate education.

C. Course Evaluations

1. Student Evaluation

For course evaluations **prior to Fall 2021**, please include course evaluation information as outlined below. List two to five of the major questions on the evaluation instrument (e.g., I rate the instructor's teaching as excellent, very good, etc.) and show the results. Give the number of students in each course and the number responding. Include course-specific norms for the past 5 years if this information is available. Do NOT include student comments. Again, indicate online courses with an *.

| Semester & Year | Course | Responses/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| S 1999 | SCI 150 | 104/115 | 4.3 (4.7) | 4.5 (4.9) |
| S 1999 | SCI 430 | 20/21 | 4.2 (4.5) | 4.6 (4.3) |
| F 1998 | SCI 350 | 46/55 | 4.6 (4.4) | 3.2 (4.5) |

**Beginning Fall 2021**, please provide course evaluation information on the following four questions:

My instructor seems well-prepared for class.

The instructor is fair and consistent in evaluating my performance in the course.
The instructor created a welcoming and inclusive classroom environment.
The instructor is open to my questions and effectively answers them.

| Semester/ Year | Course | Well-Prepared | Fair and Consistent | Welcoming and Inclusive | Open to Questions |
|---|---|---|---|---|---|
| S 2022 | SCI 100 | 4.3/5.0 | 4.0/5.0 | 4.4/5.0 | 3.9/5.0 |
| F 2022 | SCI 430 | 4.6/5.0 | 4.2/5.0 | 4.3/5.0 | 4.0/5.0 |
| F 2022 | SCI 350 | 4.4/5.0 | 4.1/5.0 | 4.3/5.0 | 4.0/5.0 |

    2. Peer Evaluation
      The format for peer evaluation is determined by the department policy.

D. Other Contributions to Undergraduate Education
   This may include, for example, counseling, being a faculty fellow, online course creation, leadership of study abroad programs, etc.

## IV. Engagement and Service

A. Discussion of Engagement – how scholarly work is addressing needs(s) inside or outside of the academy
   1. Engagement with Partners - Engaged scholarship may serve the land grant mission by working with a variety of partners including governments, schools, non-profit organizations, business, and/or industries.
   2. Individuals Mentored through Engagement Activities – undergrad students, grad students, postdoctoral scientists, community members, etc.
   3. Impact of the Scholarship of Engagement – reciprocal relationships established, high level of disciplinary expertise, innovation, capability for replication or elaboration, professional and/or peer-review, documented results and impact.
   4. Technology Transfer or Commercialization Results of Engagement.
   5. Other Engagement Activities (for example – mention of work in the media, creation of websites to disseminate research results, short courses/workshops, etc.)

B. Discussion of Service – contributions through service to University, professional societies or other organizations
   1. Department
   2. College
   3. University
   4. Professional (editorial boards, study sections, panels, consulting, program committees, etc.)
   5. Consulting Activities (with bearing on promotion candidacy)
   6. Other Service Activities

C. Diversity Activities

## V. Mentoring

   A.   Undergraduate students

   B.   Graduate students

   C.   Faculty members

## VI.  External Referees

A.  External letters should be collected for all tenure and/or promotion cases. External letters should be sought from peer or aspirational peer universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case.

B.  A minimum of 8 letters is expected for tenure and/or promotion cases, and documentation should be included stating whether a letter writer was suggested by the candidate or by the department/school (or both).  **Additional letters provide the potential for more evidence and hence an even more robust assessment.**

C.  It is essential to obtain unbiased external evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (M.S. or Ph.D.) or postdoctoral advisor; a business or professional partner; any family relation such as a spouse, sibling, parent, or relative; a collaborator on a substantive project, book, article, paper, or report within the last **24** months. An exception would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the promotion <u>Procedures</u> document.

D.  Credentials and, if appropriate, relationship to candidate. Identify which referees were suggested by the candidate and which by the Department.  **The number of writers chosen by the primary committee should exceed the number chosen by the candidate.**

E.  Excerpts with packet of full letters appended. Include all other correspondence or communications with the referees. Non-written communications should be recorded or summarized in writing.

F.  Copy of letter soliciting external comments. (Be sure to include the appropriate University disclaimer statement on all letters requesting comments from external referees-see below.)

G.  **Per the Provost's April, 2023 memo - Bearing in mind the goal always of obtaining arms-length objective assessments from demonstrably leading scholars, deans will explicitly review and sign off on all letter-writers in**

advance of letters being solicited. In the rare cases where any exceptions to the Provost's guidelines may be warranted, heads can petition deans, who will make the Provost's Office aware in advance of any exceptions being granted, along with a detailed justification.

*External Referee Letter Requirements:*

**Letter-writers must be explicitly asked "to comment on the suitability of the candidate for a tenured appointment at the level of [Associate Professor/Professor, as appropriate] at an institution whose goal is to be recognized as a top five U.S. public research university." Additional language that must be used in the instructions to letter-writers is included below and as a reminder, all prospective letter-writers' credentials as leading scholars must be clearly and factually summarized.**

Some candidates for promotion and tenure will have received an extension of the tenure clock by virtue of University policy. Under these circumstances, the criteria for promotion and tenure are the same as those expected for a faculty member who has not received a tenure clock extension. The same is true for those being considered earlier than is typical. To ensure that our external referees are aware that we hold all Supersedes Memoranda dated April 22, 2021 West Lafayette Campus Promotion and Tenure Policy Purdue University 3 promotion cases to the same criteria, *the following statement must be included in every request for an external review letter for a candidate for tenure*:

> Please note that length of service in rank by itself is not a factor in promotion and/or tenure decisions at Purdue. Our criteria clearly state: "...issues of timing should not be paramount, and discussions should focus instead on the question of whether the faculty member has provided evidence of a sustainable and impactful record that warrants promotion and/or tenure..." We do not designate any promotion nomination to be "early" (records are ready for promotion or they are not), nor are any extensions of the tenure clock granted to a faculty member to be considered in the decision.

*University regulations require that the following paragraph be included in all requests for outside evaluations of present and potential faculty and administrators:*

> Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of the authors of letters of evaluations to the fullest extent allowable under law.

*If a promotion document includes a Professional COVID-19 Impact Statement, then this language should be included in the letter to the external referees:*

Purdue University acknowledges the differential and negative impacts that the COVID-19 pandemic may have had on faculty career development. In carrying out decisions about promotion and tenure, we will evaluate each candidate's research, teaching, service, and engagement activities within the context of the pandemic. To this end, candidates have had an opportunity to include in their document a Professional COVID-19 Impact Statement, which documents how the pandemic has affected their professional accomplishments in discovery, teaching, and engagement, as well as their service obligations. To assist in your evaluation, we include this statement in the promotion document with which you have been provided. It presents information about what obstacles were faced by this candidate during the COVID year and how they overcame them, and helps to put their impact during that year into the context of what was possible.

## C. College Policy on Promotion Letters

Promotion cases presented to the College of Science Area Promotion Committee in the fall of one year may have been considered by College of Science Departments for presentation to Area Promotion Committee during the previous fall. This section gives the Area Promotion Committee recommended policy for evaluating reviewer letters for a candidate's promotion case when letters were solicited for a case the previous year. Some recommendations are also included for handling reviewer letters that are solicited for the first time.

1. Definition

Reviewer letters solicited for a candidate's promotion case before the fall meeting of the Area Promotion Committee for the current year and after its meeting of the previous fall shall be considered current year letters. Per the University policy, a minimum of 8 letters is expected for tenure and/or promotion cases. A College minimum for the number of letters is 8 with a target of 12.

2. Policy

A. No consideration in a current year case shall be given to letters solicited for a promotion case that would ultimately have been considered in an Area Promotion Committee fall meeting two or more years earlier.

B. If letters were solicited in the previous year for a candidate's promotion, the list of current-year reviewers shall consist of all writers of letters of evaluation in the previous year (with additions possible). A letter writer may allow their previous letter submitted to be used as is, but if a new letter is provided, the previous letter must also be included in the packet.

C. Only potential reviewers who respond to a solicitation for a report shall appear in the list of reviewers for the current promotion year. Potential reviewers shall be included in the list of reviewers described above for the current promotion year only if they responded in the previous year.

D.  All substantive written responses (including e-mail) to a solicitation for a letter shall be included in the documentation.  **Tracking the number of solicited external referees who decline or fail to provide letters and/or recording their stated reasons for not writing does not provide relevant, useful information about the quality of the candidate's case.  Thus, such information should not be part of the document.**

E.  A description of the procedure for selecting reviewers should be included in the promotion document. **As noted above, the number of reviewers identified from the primary committee must exceed the number provided by the candidate.** Each reviewer should be identified as candidate selected, committee selected, or both.

## Annual Provost memos on promotion and tenure -- correction

wl-tenured-bounces@lists.purdue.edu <wl-tenured-bounces@lists.purdue.edu>
on behalf of
Hollenbeck, Peter J <phollenb@purdue.edu>
Wed 24/05/2023 22:27

To:Office of the Provost <OfficeoftheProvost@purdue.edu>;WL-TENURED@lists.purdue.edu <WL-
TENURED@lists.purdue.edu>;WL-TENURETRACK@lists.purdue.edu <WL-
TENURETRACK@lists.purdue.edu>;WL-CLINICAL@lists.purdue.edu <WL-CLINICAL@lists.purdue.edu>;WL-
RESEARCH@lists.purdue.edu <WL-RESEARCH@lists.purdue.edu>

Cc:Reingold, David A <reingold@purdue.edu>;McNeil, Beth <memcneil@purdue.edu>;Mauer, Lisa J.
<mauer@purdue.edu>;Phillips, Rhonda G <rphillips@purdue.edu>

🔗 3 attachments (628 KB)
Memo-on-Promotion-and-Tenure-WL-Campus-2023-24AY_Panel B 25may23.pdf; Memo-on-Promotion-and-Tenure-WL-Campus-
2023-24AY_Panel C 25may23.pdf; Memo-on-Promotion-and-Tenure-2023-24AY_Panel A Memo 25may23.pdf;

Dear Colleagues,

We apologize for this second message, which serves to correct a single element in the annual memos
sent earlier today: the conditions under which a case that fails to achieve a majority at the Primary
Committee is moved ahead for Area Committee consideration. Please see the summary below, and the
amended memos, attached.

As we prepare for the 2023-24 cycle of faculty promotions, the Provost once again offers the attached
memos. These provide brief guidance on the university procedures for promotion for tenure track,
clinical/professional, and research faculty. They are not a substitute for understanding the full policy and
procedures, which can be accessed here, or via the searchable university policy index.
This year's memos also provide the Provost's modifications to the Procedures for the next cycle. Here is
a summary of these modifications, which are detailed in the memos themselves:

1. Unit promotion criteria must be attached to each promotion document as it moves forward. Note
   also that all units must forward their promotion criteria documents to the Provost as soon as
   possible.
2. Deans will have the option of modifying their Area Committee composition, with the usual elected
   faculty plus one full professor per dept/school appointed by the Dean (a potential change from
   having each dept/school head on the committee).
3. The required language instructing external referees now includes the "institution whose goal is to
   be recognized as a top 5 public" phrasing.
4. As in previous years, promotion cases that do not achieve majority support at the Primary
   Committee level may, at the discretion of the Head, be moved to the Area Committee for
   consideration.
5. The requirement for 8 letters in Tenure Track promotions and the responsibility of Deans to
   monitor and approve referee rosters (previously explained in a memo sent 3/6/23) is reiterated.
6. Affirmation of the university requirement that while Assoc Deans may be *ex officio* members of the
   Area Committee, they may be *ex officio* only and not voting members.

As always, as the process unfolds this year feel free to direct any questions or concerns to the vice
provost for faculty affairs.

Sincerely,

Peter Hollenbeck

**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47907
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

## Re: re-apply for promotion in Spring 2023

**Cziczo, Daniel James <djcziczo@purdue.edu>**
Thu 09/03/2023 12:44

To:Xi, Bowei <xbw@purdue.edu>

Cc:Ward, Mark Daniel <mdw@purdue.edu>;Liu, Chuanhai <chuanhai@purdue.edu>;Sellke, Thomas M <tsellke@purdue.edu>

Good afternoon, Bowei

Thank you for reaching out to me. As a first step I would like to meet with you at out 1:1 which is currently scheduled for April 5. If you feel this is more urgent please reach out to Laura Holladay in the front office and she can reschedule us sooner.

I do not know if the committee explained this so I will apologize if this is a repeat. There are issues at the University and College level with running a case in two consecutive years; this is due to the 24-month 'life' of a letter of reference (i.e. we can not replace letters that we solicited last year). As such, it is typically not possible, and at the least would make it extremely difficult, to run a case in 2023. Our goal has always been to do so in 2024 but I would of course be open to discussing what the implications are regarding 2023.

Please let Laura know if you'd like to meet sooner, else I look forward to seeing you on April 5.

Dan

Daniel J. Cziczo
Professor and Head
Department of Earth, Atmospheric and Planetary Sciences
Interim Head
Department of Statistics
Purdue University
Phone: 1-765-494-3258
Email: djcziczo@purdue.edu
Pronouns: He/Him/His

On Mar 8, 2023, at 8:40 PM, Xi, Bowei <xbw@purdue.edu> wrote:

Dear Prof. Cziczo,

I further updated my promotion document after the meeting with my mentors. I want to re-apply for promotion to full professor in Spring 2023.

Could you send me the official university policy for re-applying for promotion? Thank you very much.

Best,

Bowei

<BoweiXi.Spring2023-reapply.pdf>

REQUEST NO. 7:
Please produce all documents that support, reference, or relate to the
allegations in paragraph 21 of Plaintiff's Complaint that "Respondent retaliated against Xi for
engaging in protected activity by refusing to permit Xi to reapply for full professor within a
reasonable time."

RESPONSE 7:

My email to the Interim Head. (reapply-promotion-interim-head-Mar09-2023.pdf)

He said in the Apr 05, 2023 meeting, that he checked with the College before he told me no.
(recording)

Provost's office memo aka email in May 2023: Department head not longer attend College Area
Committee meeting if the Dean wants so. The external letter writers now must be approved by the
Dean. For the 2023-2024 promotion cycle. (provost-email-May24-2023.pdf)

CoSPromotionGuidelines2022.pdf : 2022-2023 promotion cycle

CoSPromotionGuidelines2023.pdf : 2023-2024 promotion cycle

Compare with University Policy, especially the red highlighted parts in the 2023-2024 file