UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| BOWEI XI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) | |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF LUCY FLESCH**

I, Lucy Flesch, declare that the following is true and correct:

1.      I am a competent adult over the age of 18 and have personal knowledge of the facts and information as set forth in this Declaration.

2.      I began my employment with Purdue University in 2005 as an Assistant Professor of Earth, Atmospheric, and Planetary Sciences at Purdue's main campus in West Lafayette, Indiana. From 2018-2021, I served as the Associate Dean of Academic Affairs for the College of Science. From 2021-2023, I served as the Senior Associate Dean of Faculty Affairs for the College of Science. Since September 1, 2023, I have served as the Dean of the College of Science at Purdue's West Lafayette Campus and currently serve in that role to date. I also currently hold the rank of Full Professor of Earth, Atmospheric, and Planetary Sciences.

3.      I succeeded Patrick Wolfe as the Dean of the College of Science, who was appointed as Provost and Executive Vice President for Academic Affairs and Diversity effective January 1, 2023. Jean Chmielewski served as the Interim Dean of the College of Science after Dr. Wolfe assumed his new role in January of 2023 until I was appointed Dean in September of 2023.

4.      Purdue University is a public university with its principal campus located in West Lafayette, Indiana.

EXHIBIT

2

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

5.      As reflected in its Anti-Harassment and Equal Opportunity, Equal Access and Affirmative Action Policies, Purdue values diversity amongst the members of its community and is committed to equal employment opportunities for all of its employees, regardless of their race, sex, national origin, or any other protected characteristics. These policies strictly prohibit discrimination and harassment on the basis of race, national origin, sex, and other protected characteristics. These policies also prohibit retaliation against any individual who has made a report or complaint of discrimination or harassment. Attached as Exhibit A is a true and accurate copy of the Anti-Harassment Policy. Attached as Exhibit B is a true and accurate copy of Purdue's Equal Opportunity, Equal Access and Affirmative Action policy.

6.      Purdue's Procedures for Resolving Complaints of Discrimination and Harassment establish informal and formal procedures that facilitate reporting and resolving complaints of discrimination, harassment, or retaliation. This policy likewise prohibits retaliation against any individual who reports or complains of discrimination or harassment. Attached as Exhibit C is a true and accurate copy of Purdue's Procedures for Resolving Complaints of Discrimination and Harassment policy.

7.      There are three general ranks of faculty at Purdue: assistant professor (tenure-track); associate professor (tenured); and full professor (tenured). Each tenured faculty member has a home academic department, which is a unit within an academic college. The Department of Statistics is housed within the College of Science.

8.      Dr. Bowei Xi is a tenured Associate Professor at Purdue's West Lafayette, Indiana campus in the Department of Statistics, which is within the College of Science.

9.      Purdue University sets the baseline criteria and operating procedures for tenure and promotion. Attached as Exhibit D is a true and accurate copy of Purdue's Criteria for Tenure and

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Promotion for the West Lafayette Campus. Attached as Exhibit E is a true and accurate copy of Purdue's Operating Procedures for Granting Academic Tenure and Promotion.

10.     Faculty who are seeking promotion to a higher rank must go through a multi-stage review by faculty and professional peers. Voting at each stage is confidential, and there is no record kept of committee members' votes.

11.     The first level of review occurs at the department level when a committee ("Primary Committee") reviews a candidate's promotion packet. The Primary Committee is chaired by the department head and generally consists of all of the department's tenured faculty. Each voting member of the Primary Committee (generally all members but the department head) votes "yes" or "no" as to each candidate, and the department head chooses whether to accept the recommendation of the Primary Committee.

12.      Candidates who are successful at the department level are forwarded for further review by the college ("Area Committee"). The Area Committee is normally chaired by the college's dean and consists of each department head and tenured full professors who are elected by their colleges. The Area Committee votes on each candidate, and the dean then reviews the Area Committee's recommendations and chooses whether to accept the recommendation of the Area Committee.

13.     Candidates who are successful at the college level are forwarded for further view by a university-wide committee ("Campus Promotions Committee"). The Campus Promotions Committee is chaired by the Provost and consists of deans, one tenured full professor from each college, and additional at-large tenured faculty who are elected by the University Senate's Nominating Committee. Faculty members who receive a favorable vote from the Campus Promotions Committee are forwarded to the Provost, who makes their recommendation to the President. Finally, the President makes their recommendation to the Board of Trustees for final action.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

14.     A candidate who receives a negative promotion decision at any stage of the review process may submit a request for reconsideration to the Vice Provost for Faculty Affairs pursuant to Purdue's Operating Procedures for Granting Academic Tenure and Promotion. Grounds for reconsideration are limited to evidence of grossly inadequate consideration of professional competence and evidence of judgments based on erroneous or misinterpreted information. The decision of the Vice Provost for Faculty Affairs is final.

15.     Evaluating a candidate for promotion is a nuanced and holistic process that involves evaluating numerous factors and considerations. Comparison of credentials between candidates is not appropriate nor part of the University's promotion policies. Candidates who apply for promotion during the same cycle are not competing against one another for a position, and there is no cap on the number of faculty who can be promoted to a particular rank.

16.     Purdue's Criteria for Tenure and Promotion for the West Lafayette Campus states that the varying nature of academic accomplishments, even within disciplines, should be taken into account when promotions are considered and acknowledges that discovery may take a variety of forms, even within disciplines. (See Ex. D, p. 3).

17.     Purdue's Criteria for Tenure and Promotion for the West Lafayette Campus states that journal impact scores may indicate quality or at least may be suggestive of the potential for a piece of scholarship to generate impact, but that they are far from the only or best indicator of impact. Accordingly, the policy states that caution should be taken when comparing impact scores and that they may be of comparative value only within sub-disciplines. (See Ex. D, p. 7).

18.     The Primary Committee from an academic department may nominate a tenured faculty member for promotion, or a tenured faculty member who does not receive a nomination from a member of the Primary Committee may nominate themselves for promotion if they have not been considered for promotion during the previous three years. (See Ex. E, pp. 1-2).

4

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

19.     To be considered for promotion, candidates must meet minimum thresholds in the areas of discovery, learning, and engagement. Additionally, candidates must demonstrate excellence and scholarly productivity in at least one of these three areas, although ordinarily, strength should be apparent in more than one area. (See Ex. D, p. 1).

20.     Successful candidates seeking to demonstrate excellence in discovery must demonstrate a substantial record of published original research, including refereed publications, external funding (where it can be said to reflect the positive, rigorous assessment of peers and the scholarly promise of the topic), national and/or international reputation, awards, and other contributions to knowledge. (See Ex. D, p. 2).

21.     The focus of review should be on the impact of the individual's discovery activities rather than the numbers of such activities. (See Ex. D, p. 2). Considerations for evaluating the impact of an individual's discovery activities include, amongst other things, the level of the individual's contributions, the prestige and importance of the activities, and the quality of work involved.

22.     Purdue's Criteria for Tenure and Promotion for the West Lafayette Campus also states that length of service in rank by itself should not ensure promotion or cause denial of promotion. (See Ex. D, p. 2).

23.     Colleges and academic departments may establish more specific criteria, although any such criteria must be consistent with the University's guidelines. As such, faculty in different colleges and departments are subject to different promotion criteria depending on their respective department and college's requirements.

24.     The College of Science and the Department of Statistics have established additional guidelines and instructions for promotion and tenure. The College of Science requires that all external evaluation letters solicited in the previous year for a candidate's promotion be used again the following year if the candidate re-applies the following year.  Attached as Exhibit F is a true and accurate copy

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

of the College of Science's Tenure and Promotion Policies and Procedures. Attached as Exhibit G is a true and accurate copy of the College of Science's 2022 Revised Promotion Outline.

25.    The Department of Statistics has established guidelines for evaluation of associate professors seeking promotion to full professor. These guidelines indicate that an associate professor should continually be awarded research grants from various prestigious institutions, such as the National Science Foundation, the National Institute of Health, the Department of Defense, and the Department of Energy. Attached as Exhibit H is a true and accurate copy of the Department of Statistics' Guidelines to Evaluation of Associate Professors.

26.    The Research Refresh Award is a program that was previously offered by Purdue designed for faculty who could benefit from dedicated time to focus on and reinvigorate their research if their research was not in an upward trajectory. The program provided grant money and dedicated time away from teaching to focus on research. The award was typically awarded to faculty whose research had not been active or had slowed down in recent years. The Research Refresh Award has since been discontinued and is no longer an active program at the University.

27.    I am aware that Bowei Xi applied for promotion to Full Professor of Statistics in November 2022. I was not an official member of the Area Committee that reviewed Dr. Xi's application, but I attended the Area Committee meeting where it discussed and voted on Dr. Xi's case and reviewed Dr. Xi's promotion application. In her application, Dr. Xi contended that she excelled in the area of discovery (or research), and thus the Area Committee closely analyzed Dr. Xi's record in this area, as it would with any other candidate who selected excellence in research as grounds for promotion.

28.    Purdue uses a document titled "President's Office Form 36 Nomination Form" to tally the votes and comments from the promotion committees when evaluating a candidate's

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

promotion application. Attached as Exhibit I is a true and accurate copy of the Form 36 used by the Primary and Area Committees for Dr. Xi's application to Full Professor of Statistics in 2022.

29.    Dr. Xi's promotion application was first reviewed by the Primary Committee, which consisted of tenured faculty members within the Department of Statistics. Plaintiff received a unanimous vote in favor of promotion by a vote of 12 (yes) to 0 (no).

30.    Dr. Xi's application was then reviewed by the Area Committee, which was chaired by the then-Dean of the College of Science, Dr. Patrick Wolfe, who was a non-voting member. The Area Committee consisted of each department head within the College of Science and tenured full professors from within the College of Science who were elected by the College of Science. I attended the Area Committee meeting to answer any questions about the process, but I did not participate in the discussion, nor did I vote. Dr. Wolfe also did not vote on the recommendation to promote Dr. Xi to full professor since he was then then-Dean of the College of Science, and the Dean does not vote.   The rest of the Area Committee voted against promotion by a vote of 10 (yes) to 11 (no).

31.    The Area Committee never discussed Dr. Xi's race, national origin, or sex (or any other characteristic) in it is discussions regarding Dr. Xi's suitability for promotion and I do not believe that any of those characteristics played a role in the Area Committee's ultimate vote.

32.    During the Area Committee meeting, concerns about the impact of Dr. Xi's discovery activities were discussed. The Area Committee had concerns about the quality of Dr. Xi's journals and conference proceedings in which she was publishing, and it had concerns that her research was not in an upward trajectory, evidenced by the Area Committee's conclusion that Dr. Xi had no active federal grant funding at the time and had recently been awarded the Research Refresh award. These concerns were noted on Dr. Xi's nomination form.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

33.     The Area Committee did not receive or review Dr. Xi's Research Refresh Application. Neither Dr. Xi's sex nor the fact that Dr. Xi claimed to have applied for the Research Refresh Award because she had kids were part of the Area Committee's assessment of Plaintiff's receipt of the award.

34.     At the time she applied for promotion to full professor in 2022, Dr. Xi only had one funding source that was not expired, the Army Research Lab. In Dr. Xi's promotion application, she did not provide sufficient information to indicate how the Army Research Lab funding was awarded, and the Area Committee determined this funding was not awarded through a competitive grant process. Rather, the Area Committee considered this as work-for-hire funding, which the Area Committee determined was not evidence of competitive active research and not as prestigious as funding awarded through a competitive grant process. Furthermore, competitive federal grant funding is an important consideration for promotion to Full Professor. Moreover, the Area Committee considered the fact that the Army Research Lab Funding that was listed on Dr. Xi's application ended the following academic year in 2024, further illustrating that Dr. Xi's research was not in an upward trajectory.

35.     The Area Committee also could not determine whether Dr. Xi was a key contributor in many of her publications.

36.     The Area Committee also concluded that the fact that Dr. Xi had been recently awarded the Research Refresh Award was an indication that her research was not currently in an upward trajectory warranting promotion to Full Professor since the Research Refresh Award is typically awarded to faculty who have not been as active in research in recent years. The Area Committee did not view the award as a positive accolade.

37.     In short, the Area Committee concluded, by a narrow margin, that Dr. Xi had not demonstrated excellence in her research, the area she chose as the basis of promotion, sufficient to support promotion to full professor.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

38.     Dr. Hao Zhang, Professor of Statistics, and I met with Dr. Xi on or around January 18, 2023, to give Dr. Xi feedback on her promotion application and discuss the Area Committee's concerns regarding the same. During this meeting, I shared that the Area Committee interpreted the fact that Dr. Xi had recently been awarded the Research Refresh Award as an indication that her research had slowed down, and to be promoted to full professor, Dr. Xi needs to demonstrate that her research momentum is already strong. I further explained that the purpose of the Research Refresh Award is to help faculty whose research has slowed down, for whatever reason, to regain momentum and put their research in an upward trajectory by allowing them dedicated time to focus on research.

39.     I also explained to Dr. Xi that the Area Committee had concerns that she did not have any active competitive federal grant funding at the time she applied and that it was not clear based on her application whether her US Army Research Lab funding was awarded through a competitive process.  Dr. Xi confirmed during this meeting that the Army Research Lab funding was a contract for work and not a competitive grant. I told Dr. Xi that it is generally expected that a candidate going from Associate Professor to Full Professor would have more active research funding from prestigious organizations, such as the National Science Foundation, which Plaintiff lacked. I told Dr. Xi the fact that she only had one funding source at the time she applied, which was coming to an end in the near future, coupled with the fact that she had recently received the Research Refresh Award, created the impression that she was not able to get competitive federal grant funding, which is important for promotion to Full Professor.

40.     I also explained that the Area Committee could not determine the level of competitiveness of the conference proceedings in which she participated.

41.     I gave  Dr. Xi advice on how to strengthen her promotion application the next time she applied to enhance her likelihood of success. For example, I suggested she submit grant applications to appropriate federal agencies and that she should further highlight and explain her

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

individual contributions on collaborative projects because it is not readily apparent from her application her level of contribution. Accordingly, some faculty on the Area Committee, which includes faculty outside of Dr. Xi's academic department, may not understand the potential significance of her contributions.

42.     I also told Dr. Xi that the Department of Statistics was open to re-nominating her to apply for promotion to full professor again at any time but suggested that she wait until 2024 to re-apply so that new external recommendation letters could be submitted. Some of the external letters that were solicited on Dr. Xi's behalf for her promotion application in 2022 portrayed a misguided interpretation of the Research Refresh Award. For example, some of the letters referenced the fact that she was recently awarded the Research Refresh Award as a positive without demonstrating an understanding of the purpose of the award. The Area Committee, however, did not view the Research Refresh Award as a positive indicator of Dr. Xi's research trajectory and therefore the College believed that if Dr. Xi used the same letters from her 2022 promotion case that contained misguided references to the Research Refresh Award, that would likely negatively impact her case at the Area Committee again.

43.     I am aware that Dr. Xi submitted a request for reconsideration for the denial of her promotion to full professor to then-Vice Provost for Academic Affairs, Dr. Peter Hollenbeck. I have reviewed her appeal and noted that Dr. Xi listed other faculty members who she claimed received the Research Refresh Award and were subsequently promoted, but all of the individuals she listed are from different academic departments and colleges than Dr. Xi, so they would have been subject to different promotion criteria than Dr. Xi based on their respective departments' and colleges' criteria.

44.     Three individuals from the Department of Science received the Research Refresh Award from 2018-2022 – Dr. Donatella Danielle-Gaofalo, Dr. Henry Chang, and Dr. Bowei Xi. Dr. Chang has not gone through the promotion process to Full Professor since receiving the Research

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Refresh Award, and Dr. Danielle-Gaofalo was already a Full Professor at the time she received the Research Refresh Award.

45.     In her appeal, I also noted that Dr. Xi compared her qualifications to two other professors from the Department of Statistics, Dr Anindya Bharda and Dr. Raghu Pasupathy, who have both been promoted to Full Professor of Statistics. I attended the Area Committee meetings that discussed and voted on both Dr. Bhadra's and Dr. Pasupathy's promotion applications. Attached as Exhibit J is a true and accurate copy of Dr. Bhadra's application for promotion to Full Professor of Statistics from 2022 and his corresponding President's Office Form 36 Nomination Form. Attached as Exhibit K is a true and accurate copy of Dr. Pasupathy's application for promotion to Full Professor of Statistics from 2021 and his corresponding President's Office Form 36 Nomination Form.

46.     Dr. Pasupathy applied for promotion to Full Professor of Statistics in 2021, a year before Dr. Xi applied in 2022. Faculty in the College of Science are elected to the Area Committee to serve two-year terms every year, so only half of the Area Committee that considered Dr. Pasupathy's application in 2021 also considered Plaintiff's application in 2022.

47.     Dr. Bhadra and Dr. Pasupathy have different specializations in the field of statistics than Plaintiff. Dr. Bhadra specializes in using Bayesian methods for high-dimensional and complex data for applications to life sciences. Dr. Pasupathy specializes in stochastic optimization. Plaintiff specializes in using data with noise to generate robust models and results.

48.     Dr. Pasupathy received a unanimous vote in favor of promotion from the Area Committee by a vote of 20 (yes) to 0 (no). The Area Committee concluded that Dr. Pasupathy had a strong funding history, numerous publications in good journals, and positive letters. (See Ex. K). Dr. Bhadra applied for promotion to Full Professor in 2022 and received a unanimous vote in favor of promotion from the Area Committee by a vote of 21 (yes) and 0 (no). The Area Committee concluded that Dr. Bhadra had funding from NSF and NIH, a strong publication record in tier 1 journals, a good

instruction record, was an editor at a top journal, and had been invited to multiple talks. His promotion was supported by 12 letters from strong institutions (Columbia, Duke, Harvard). (See Ex. J). Prior to his promotion vote, Dr. Bhadra had recently received a competing offer for a Full Professor of Statistics position at North Carolina State University, a prestigious research institution, signifying that Dr. Bhadra was a well-respected and highly sought-after professor in the Statistics community.

49.     Dr. Xi remains employed by Purdue as an Associate Professor of Statistics with Tenure and is able to request that the Department of Statistics Primary Committee review her application for promotion each year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/1/2025 _____

DocuSigned by:

*Lucy Flesch*

45C267F25C31428...

Signature

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT A

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Anti-Harassment (III.C.1)

Volume III: Ethics

Chapter C: Equal Opportunity

Responsible Executive: Vice President for Ethics and Compliance

Responsible Office: Office of the Vice President for Ethics and Compliance

Date Issued: December 22, 2010

Date Last Revised: October 1, 2024

## TABLE OF CONTENTS

**Contacts**

**Statement of Policy**

**Reason for This Policy**

**Individuals and Entities Affected by This Policy**

**Exclusions**

**Responsibilities**

**Definitions** (defined terms are capitalized throughout the document)

**Related Documents, Forms and Tools**

**Website Address for This Policy**

**History and Updates**

**Appendix**

## CONTACTS

**Policy Clarification**

| Title/Office | Telephone | Email/Webpage |
|---|---|---|
| | | |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

| Vice President for Ethics and Compliance | 765-494-5830 | **vpec@purdue.edu (mailto:vpec@purdue.edu)www.purdue.edu/ethics (https://www.purdue.edu/ethics)**Office address: Ernest C. Young Hall, 10th floor 155 S. Grant St. West Lafayette, IN 47907 |

## Harassment Complaints

| Title/Office | Telephone | Email/Webpage |
|---|---|---|
| **Fort Wayne**: Human Resources and Office of Institutional Equity | 260-481-6677 | **hr@pfw.edu (mailto:hr@pfw.edu)**<br><br>**HR and OIE Staff (https://www.pfw.edu/offices/human-resources/about/staff)** |
| **PNW Hammond Campus**: Office of Institutional Equity | 219-989-3169 | **OIE About Us (https://www.pnw.edu/office-institutional-equity/about-us/)** |
| **PNW Westville Campus**: Office of Institutional Equity | 219-785-5545 | **OIE About Us (https://www.pnw.edu/office-institutional-equity/about-us/)** |

| West Lafayette:<br>Office of Institutional Equity | 765-494-7255 | **equity@purdue.edu (mailto:equity@purdue.edu)**<br><br>**OIE Contact Us (https://www.purdue.edu/oie/Contact_Us.php)** |

<br>

## Reports of Sexual Violence or Sexual Misconduct

| Title/Office | Telephone | Email/Webpage |
| --- | --- | --- |
| **For all emergencies, dial 911.**<br>Non-emergency reports may be made using the contacts below. | | |
| **Fort Wayne**:<br>Title IX Coordinator – Christine M. Marcuccilli | 260-481-6107 | Kettler Hall, Room 139<br>2101 E. Coliseum Blvd.<br>Fort Wayne, IN 46805<br>**marcuccc@pfw.edu (mailto:marcuccc@pfw.edu)** |
| **PNW Hammond Campus**:<br>Title IX Coordinator – Laura Odom | 219-989-3169 | Lawshe Hall, Room 218<br>2200 169th St.<br>Hammond, IN 46323<br>**odoml@pnw.edu (mailto:odoml@pnw.edu)** |

| | | |
|---|---|---|
| **PNW Westville Campus**: Title IX Coordinator – Laura Odom | 219-785-5545 | Schwarz Hall, Room 150 1401 S. U.S. Highway 421 Westville, IN 46391 **odoml@pnw.edu (mailto:odoml@pnw.edu)** |
| **West Lafayette**: Title IX Coordinator – Christina Wright | 765-494-7255 | Ernest C. Young Hall, 10th floor 155 S. Grant St. West Lafayette, IN 47907 **titleix@purdue.edu (mailto:titleix@purdue.edu)** |
| **Fort Wayne**: <br> • Police Department <br> • Office of Student Conduct and Care <br> • Student Housing <br> • Center for Healthy Living | • 260-481-6827 <br> • 260-481-6601 <br> • 260-481-4180 <br> • 765-494-0111 | • **police@pfw.edu (mailto:police@pfw.edu)** <br> • **scc@pfw.edu (mailto:scc@pfw.edu)** <br> • **housing@pfw.edu (mailto:housing@pfw.edu)** <br> • **CHL Appointments and Services (https://www.pfw.edu/center-healthy-living/appointments-and-services)** |
| **PNW Hammond Campus**: <br> • Police Department <br> • Office of the Dean of Students <br> • Housing <br> • Center for Healthy Living | • 219-989-2220 <br> • 219-989-4141 <br> • 219-989-4150 <br> • 765-494-0111 | • **University Police Department (https://www.pnw.edu/public-safety/)** <br> • **dos@pnw.edu (mailto:dos@pnw.edu)** <br> • **Housing (https://www.pnw.edu/housing/)** <br> • **Center for Healthy Living at PNW (https://www.pnw.edu/center-for-healthy-living/)** |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

| | | |
|---|---|---|
| **PNW Westville Campus:**<br><br>• Police Department<br>• Office of the Dean of Students | • 219-785-5220<br>• 219-785-5230 | **([https://www.pnw.edu/health-care-facilities/](https://www.pnw.edu/health-care-facilities/))**<br><br>• **University Police Department ([https://www.pnw.edu/public-safety/](https://www.pnw.edu/public-safety/))**<br>• **dos@pnw.edu (mailto:dos@pnw.edu)** |
| **West Lafayette:**<br><br>• Police Department<br>• Office of the Dean of Students<br>• University Residences<br>• Student Health Center (PUSH) | • 765-494-8221<br>• 765-494-1747<br>• 765-494-1000<br>• 765-494-1700 | • **police@purdue.edu (mailto:police@purdue.edu)**<br>• **odos@purdue.edu (mailto:odos@purdue.edu)**<br>• **housing@purdue.edu (mailto:housing@purdue.edu)**<br>• **shc@purdue.edu (mailto:shc@purdue.edu)** |

# STATEMENT OF POLICY

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages its members to strive to reach their potential. The most effective way to work toward preventing Harassment is through education that emphasizes respect for every individual.

It is essential that Purdue University demonstrate its intellectual and ethical leadership by reaffirming its strong position against Harassment in all forms. All members of the University community must be able to pursue their goals, educational needs and working lives without intimidation or injury generated by intolerance and Harassment.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Harassment in the workplace or the educational environment is unacceptable conduct and will not be tolerated. Purdue University is committed to maintaining an educational and work climate for faculty, staff and students that is positive and free from all forms of Harassment. This policy addresses Harassment in all forms, including Harassment toward individuals for reasons of race, religion, color, sex, age, national origin or ancestry, genetic information, disability, status as a veteran, marital status, parental status, sexual orientation, gender identity and/or gender expression. The University will not tolerate Harassment of its faculty, staff or students by persons conducting business with or visiting the University, even though such persons are not directly affiliated with the University.

# Reporting and Addressing Harassment

This policy seeks to encourage faculty, staff and students to report and address incidents of Harassment. The **Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.html)**, as issued and updated from time to time by the Vice President for Ethics and Compliance, describe the necessary steps for filing complaints of Harassment.

Retaliation against faculty members, staff members or students for reporting or complaining of Harassment, for assisting or participating in the investigation of a complaint of Harassment, or for enforcing this policy is strictly prohibited.

The University reserves the right to investigate circumstances that may involve Harassment in situations where no complaint, formal or informal, has been filed. In appropriate circumstances, sanctions in accordance with this policy will be implemented where the University has initiated an investigation in the absence of a formal or informal complaint.

To determine whether a particular act or course of conduct constitutes Harassment under this policy, the alleged behavior will be evaluated by considering the totality of the particular circumstances, including the nature, frequency, intensity, location, context and duration of the questioned behavior. Although repeated incidents generally create a stronger claim of Harassment, a serious incident, even if isolated, can be sufficient.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Academic Freedom and Freedom of Speech

Freedom of thought and expression are the lifeblood of our academic community and require an atmosphere of mutual respect among diverse persons, groups and ideas. The maintenance of mutually respectful behavior is a precondition for the vigorous exchange of ideas, and it is the policy of the University to promote such behavior in all forms of expression and conduct. The University reaffirms its commitment to freedom of speech as guaranteed by the First Amendment to the United States Constitution. Accordingly, any form of speech or conduct that is protected by the First Amendment is not subject to this policy. The University reaffirms its commitment to academic freedom, which is essential to its educational mission and is critical to diversity and intellectual life.

## Violations of Policy and Sanctions

Any individual or group of individuals found to have violated this policy will be subject to disciplinary and/or remedial action, up to and including termination of employment or expulsion from the University. Faculty and staff who are determined to have violated this policy also may be held personally liable for any damages, settlement costs or expenses, including attorney fees incurred by the University.

The University strongly encourages students to report instances of Sexual Violence or Sexual Exploitation. Therefore, students who provide information regarding Sexual Violence or Sexual Exploitation will not be disciplined by the University for any violation of the Regulations Governing Student Conduct relating to drug or alcohol possession or consumption in which they might have engaged in connection with the reported incident of possible Sexual Violence or Sexual Exploitation.

## False Allegations, Statements and Evidence

This policy may not be used to bring charges against any faculty, staff, students or Recognized Student Organizations, including fraternities, sororities and/or cooperatives, in bad faith. Disciplinary action will be taken against any person or group found to have brought a charge of Harassment in bad faith or any person who, in bad faith, is found to

have encouraged another person or group to bring such a charge. In addition, individuals who, in bad faith, provide false statements or evidence, or who deliberately mislead a University official conducting an investigation under this policy may be subject to discipline under this policy or another University policy or process.

## Retaliation Prohibited

The University prohibits Retaliation against any individual for the purpose of interfering with any right or privilege secured by this policy, or because the individual has made a report or complaint, testified, assisted, or participated an investigation or proceeding under this policy.

## Education and Prevention

The University offers education and primary prevention, risk reduction and awareness programs for students, faculty and staff concerning Sexual Harassment, Sexual Violence, Sexual Exploitation, Relationship Violence and Stalking.

## Coordination with Other University Policies

This policy augments, but does not supersede, other University policies covering discrimination. Although Harassment as described and prohibited by this policy includes a wide range of behavior, it does not include certain discriminatory conduct, even though that conduct may be otherwise unlawful, offensive or prohibited by other University policies.

# REASON FOR THIS POLICY

This policy is designed to prevent and sanction incidents of Harassment within the Purdue University community. The University believes that Harassment, which is a form of discrimination, is repugnant and inimical to our most basic values.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

As a land-grant university, Purdue University is committed to the principles of equal opportunity in education and employment. We take seriously our responsibility to provide leadership in ensuring that equal opportunity is the norm rather than an aspiration.

This policy helps to promote this commitment through compliance with both state and federal laws and regulations, including but not limited to:

- Age Discrimination Act of 1975
- Age Discrimination in Employment Act of 1967
- Americans with Disabilities Act of 1990, as amended
- Executive Order 11246, as amended
- Equal Pay Act of 1963
- Genetic Information Nondiscrimination Act of 2008
- Immigration Reform and Control Act of 1986
- Indiana Civil Rights Act of 1971
- Pregnancy Discrimination Act
- Sections 503 and 504 of the Rehabilitation Act of 1973
- Title VI of the Civil Rights Act of 1964, as amended
- Title VII of the Civil Rights Act of 1964, as amended
- Uniformed Services Employment and Reemployment Rights Act of 1994
- VEVRAA, Section 4212
- Jeanne Clery Act, as amended by the Violence Against Women Reauthorization Act of 2013

# INDIVIDUALS AND ENTITIES AFFECTED BY THIS POLICY

All Purdue University community members.

# EXCLUSIONS

Title IX Harassment matters are addressed under the policy on **Title IX Harassment (III.C.4) (iiic4.html)** and the **Procedures for Resolving Complaints of Title IX Harassment (https://www.purdue.edu/ethics/resources/titleIX-complaints.php)**.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# RESPONSIBILITIES

### Vice President for Ethics and Compliance

- In consultation with University officers, Chancellors and legal counsel, oversee and coordinate enforcement of policies and procedures dealing with Harassment for all campuses and operations within the Purdue University system.
- In consultation with University officers, Chancellors and legal counsel, oversee and coordinate the provision of education and primary prevention, risk reduction and awareness programs for students, faculty and staff concerning Sexual Harassment, Sexual Violence, Sexual Exploitation, Relationship Violence and Stalking within the University system.

### Chancellors

- Maintain an educational and employment environment free from Harassment.

### Vice Presidents, Vice Chancellors, Vice Provosts and Deans

- Maintain an educational and employment environment free from Harassment.
- Communicate to all members of their unit the individuals and offices designated as a resource for people seeking assistance with Harassment.

### Title IX Coordinators

- Oversee the investigation and resolution of all reports of Sexual Harassment, Sexual Violence, Sexual Exploitation, Stalking and Relationship Violence on their respective campuses involving students, staff, faculty, consultants and contractors.
- Be knowledgeable and trained in University policies and procedures and relevant state and federal laws.
- Be available to advise any individual, including a Complainant, a Respondent or a third party, about the courses of action available at the University, both informally and formally, and in the community.
- Be available to provide assistance to any University employee regarding how to respond appropriately to a report of Sexual Harassment, Sexual Violence, Sexual Exploitation, Stalking or Relationship Violence.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- Monitor full compliance with all applicable procedural requirements, record keeping and timeframes.
- Oversee training, prevention and education efforts and periodic reviews of climate and culture for their respective campuses.

### Mandatory Reporters

- Report all incidents of discrimination, Harassment or retaliation directly to the campus Title IX Coordinator or Equal Opportunity Officer.

### Administrators, Supervisors, and Individuals and Offices Designated as a Resource for Assistance with Harassment

- Report all incidents of Harassment or Retaliation directly to the campus Title IX Coordinator or Equal Opportunity Officer.
- Take immediate steps in accordance with University policy and procedure to respond to any conduct involving Harassment or complaints of Harassment brought to their attention that involve University faculty, staff or students under their administrative jurisdiction.

### Individuals Who Believe They Have Experienced or Witnessed Harassment

- Report the incident as described in the **Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.html)**.

# DEFINITIONS

All defined terms are capitalized throughout the document. Refer to the central **Policy Glossary (../glossary.html)** for additional defined terms.

### Consent/Consensual

Affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence.

Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent.

The voluntary nature of Consent will be subject to heightened scrutiny in circumstances where someone who has power or authority within the University over another person engages in a sexual relationship with that person.

**Harassment**

Conduct towards another person or identifiable group of persons that is so severe, pervasive or objectively offensive that it has the purpose or effect of:

1. Creating an intimidating or hostile educational environment, work environment or environment for participation in a University program or activity;
2. Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University program or activity; or
3. Unreasonably affecting a person's educational or work opportunities or participation in a University program or activity.

Use of the term Harassment includes all forms of harassment, including Stalking, Racial Harassment and Sexual Harassment.

**Incapacitated/Incapacitation**

A mental state in which an individual cannot make rational decisions because they lack the capacity to give knowing Consent (e.g., to understand the who, what, where, why and how of their sexual interaction). Such Incapacitation may be caused by alcohol or other drug use, sleep or unconsciousness. Intoxication is not equivalent to Incapacitation.

**Mandatory Reporters**

Individuals employed by the University who hold a title of or equivalent to President, Chancellor, vice president, vice chancellor, vice provost, dean, department head and

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

director, as well as all employees in supervisory or management roles, and other staff who have authority and responsibility to initiate corrective measures on behalf of the University.

## Racial Harassment

Conduct that demonstrates hostility towards another person (or identifiable group of persons) on the basis of race, color, national origin or ancestry and is so severe, pervasive or objectively offensive that it has the purpose or effect of:

1. Creating an intimidating or hostile educational environment, work environment or environment for participation in a University program or activity;
2. Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University program or activity; or
3. Unreasonably affecting a person's educational or work opportunities or participation in a University program or activity.

The University is strongly committed to providing a safe and Harassment-free environment for members of those groups that have historically been, and are still likely to be, at greatest risk of Harassment for reasons of prejudice.

## Relationship Violence

Any physical, sexual and/or psychological harm against an individual by a current or former intimate or romantic partner. Intimate or romantic partners may be dating, cohabitating, married, separated or divorced, and may be of the same or opposite sex.

## Retaliation

Any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation or Harassment against any person or group for reporting or complaining of discrimination and/or Harassment, assisting or participating in the investigation of a complaint of discrimination and/or Harassment, or enforcing University policies with respect to discrimination and/or Harassment.

## Sexual Exploitation

An act that exploits someone sexually. Examples of Sexual Exploitation include, but are not limited to:

- Exposing one's own or another person's intimate parts without Consent.
- Recording video or audio of, photographing, or disseminating or transmitting intimate or sexual utterances, sounds or images without Consent of all parties involved.
- Allowing others to view sexual acts (whether in person, through electronic means, or via a video camera or other recording device) without the Consent of all parties involved.
- Engaging in any form of voyeurism.

## Sexual Harassment

A. Any act of Sexual Violence.

B. Any act of Sexual Exploitation.

C. Any unwelcome sexual advance, request for sexual favors or other written, verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education or participation in a University program or activity;

2. Submission to, or rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions affecting that individual's employment, education or participation in a University program or activity; or

3. Such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive or hostile environment for that individual's employment, education or participation in a University program or activity.

## Sexual Violence

Any non-Consensual sexual act, including but not limited to rape, sexual assault, sexual battery and sexual coercion. Sexual Violence also includes Relationship Violence. Examples of Sexual Violence include, but are not limited to:

- Non-Consensual sexual contact: touching, with any body part or object, another person's intimate parts (e.g., genitalia, groin, breast, buttocks), whether clothed or unclothed.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- Non-Consensual sexual intercourse: oral, anal and/or vaginal penetration, to any degree and with any body part or object.
- Compelling a person to touch their own or another person's intimate parts without Consent.

**Stalking**

Any knowing or intentional course of conduct involving repeated or continued following, threatening or intimidating another person by telephone, mail, electronic communication, social media, in person, or by any other action, device or method when such conduct 1) would cause a reasonable person to suffer substantial emotional distress or fear of bodily injury or death and 2) actually causes such person substantial emotional distress or fear of bodily injury or death.

# RELATED DOCUMENTS, FORMS AND TOOLS

Board of Trustees resolution dated December 18, 2010

Policies

- **Equal Opportunity, Equal Access and Affirmative Action (III.C.2) (iiic2.html)**: www.purdue.edu/policies/ethics/iiic2.html
- **Amorous Relationships (III.A.1) (iiia1.html)**: www.purdue.edu/policies/ethics/iiia1.html
- **Title IX Harassment (III.C.4) (iiic4.html)**: purdue.edu/policies/ethics/iiic4.html
- **University Nondiscrimination Policy Statement (https://www.purdue.edu/purdue/ea_eou_statement.html)**: www.purdue.edu/purdue/ea_eou_statement.html

**Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.php)**: www.purdue.edu/ethics/resources/resolving-complaints.php

**Sexual Violence Awareness website (https://www.purdue.edu/sexual_assault/)**: www.purdue.edu/sexual_assault/

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Regulations Governing Student Conduct:

- **Fort Wayne (https://www.pfw.edu/committees/senate/code/?
  _ga=2.94649308.1951212460.1567775697-2036197937.1567775697#Code)**:
  pfw.edu/committees/senate/code/?_ga=2.94649308.1951212460.1567775697-
  2036197937.1567775697#Code
- **Northwest (https://www.pnw.edu/dean-of-students/policies/code-of-
  conduct/)**: www.pnw.edu/dean-of-students/policies/code-of-conduct/
- **West Lafayette (https://catalog.purdue.edu/content.php?
  catoid=13&navoid=16335)**: catalog.purdue.edu/content.php?
  catoid=13&navoid=16335

Websites for governing bodies with oversight for applicable laws and regulations:

- **Indiana Civil Rights Commission (https://www.in.gov/icrc)**: www.in.gov/icrc
- **U.S. Department of Education Office for Civil Rights
  (https://www2.ed.gov/about/offices/list/ocr/index.html)**:
  www2.ed.gov/about/offices/list/ocr/index.html
- **U.S. Department of Justice, Americans with Disabilities Act
  (https://www.ada.gov/)**: www.ada.gov/
- **U.S. Department of Labor Office of Federal Contractor Compliance Programs
  (https://www.dol.gov/agencies/ofccp)**: www.dol.gov/agencies/ofccp
- **U.S. Equal Employment Opportunity Commission (https://www.eeoc.gov)**:
  www.eeoc.gov

# WEBSITE ADDRESS FOR THIS POLICY

**www.purdue.edu/policies/ethics/iiic1.html (iiic1.html)**

# HISTORY AND UPDATES

October 1, 2024: Contacts section updated.

August 1, 2021: Interim status removed.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

August 14, 2020: Updated Contacts section. Added new sections to Statement of Policy on (1) False Allegations, Statements and Evidence and (2) Retaliation Prohibited that expand the previous language. Noted exclusion for issues addressed under the policy on Title IX Harassment. Updated definitions of Mandatory Reporters and Sexual Harassment. Updated links in Related Documents, Forms and Tools section.

September 12, 2019: Contacts and Related Documents, Forms and Tools sections updated.

July 1, 2018: Contacts section updated.

August 1, 2017: Minor updates throughout policy. Definitions of Harassment, Racial Harassment, Sexual Exploitation and Sexual Harassment updated.

July 1, 2016: Minor updates throughout policy. Clarified the language regarding sanctions. Several updates to Contacts section.

June 1, 2015: Policy formatted into new template. Responsibilities for Title IX Coordinators and Mandatory Reporters added. Definitions of Consent and Retaliation updated. Contacts and hyperlinks updated.

May 6, 2014: Contacts section updated.

March 1, 2014: The following additions were made: 1) education, prevention, risk reduction and awareness program language, 2) a definition of stalking and 3) a modification of certain disciplinary actions for students. Several website URLs were updated throughout.

April 1, 2012: Language pertaining to Sexual Violence added in the Statement of Policy and Definitions. Procedures updated to refer all complaints under this policy to the Procedures for Resolving Complaints of Discrimination and Harassment.

November 18, 2011: Policy number changed to III.C.1 (formerly X.2.1) and website address updated. Links to other policies updated as well.

July 1, 2011: Definition of Sexual Harassment amended.

May 1, 2011: A definition for Regulations Governing Student Conduct was added. This policy supersedes Anti-Harassment, Interim (X.2.1) dated December 22, 2010.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

December 22, 2010: This policy supersedes the Anti-Harassment Policy (Executive Memorandum No. C-33) dated September 16, 1994. It has been formatted in the current policy template and updated to comply with the Board of Trustees' resolution dated December 18, 2010, which expands the University's nondiscrimination commitment to include the bases of genetic information, gender identity and gender expression.

# APPENDIX

There are no appendices to this policy.

# EXHIBIT B

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Equal Opportunity, Equal Access and Affirmative Action (III.C.2)

Volume III: Ethics

Chapter C: Equal Opportunity

Responsible Executive: President

Responsible Office: Office of the Vice President for Ethics and Compliance

Date Issued: December 22, 2010

Date Last Revised: August 1, 2021

## TABLE OF CONTENTS

**Contacts**

**Statement of Policy**

**Reason for This Policy**

**Individuals and Entities Affected by This Policy**

**Exclusions**

**Responsibilities**

**Definitions** (defined terms are capitalized throughout the document)

**Related Documents, Forms and Tools**

**Website Address for This Policy**

**History and Updates**

**Appendix**

## CONTACTS

**Policy Clarification**

| Title/Office | Telephone | Email/Webpage |
|---|---|---|
| | | |

| Vice President for Ethics and Compliance | 765-494-5830 | **vpec@purdue.edu (mailto:vpec@purdue.edu)www.purdue.edu/ethics (https://www.purdue.edu/ethics)** |

## Discrimination Complaints and Requests to Inspect Written Affirmative Action Progra

| Title/Office | Telephone | Email/Webpage |
| --- | --- | --- |
| **Fort Wayne**: Human Resources and Institutional Equity | 260-481-6677 | **https://www.pfw.edu/offices/human-resources/Institution Equity-and-Title-IX/ (https://www.pfw.edu/offices/human resources/Institutional-Equity-and-Title-IX/)** |
| **PNW Hammond Campus**: Office of Equity, Diversity and Inclusion | 219-989-2337 | **www.pnw.edu/equity-diversity-inclusion (https://www.pnw.edu/equity-diversity-inclusion)** |

| **PNW Westville Campus**: Office of Equity, Diversity and Inclusion | 219-785-5545 | **www.pnw.edu/equity-diversity-inclusion (https://www.pnw.edu/equity-diversity-inclusion)** |
| **West Lafayette**: Office of Institutional Equity or Director of Compliance | 765-494-7255 or 765-496-3158 | **equity@purdue.edu (mailto:equity@purdue.edu)www.purdue.edu/oie/index.php (https://www.purdue.edu/oie/index.php)compliance@pur (mailto:compliance@purdue.edu)** |

## Reasonable Accommodations

| Title/Office | Telephone | Email/Webpage |
|---|---|---|
| **Fort Wayne**: Human Resources and Institutional Equity | 260-481-6840 | **www.pfw.edu/hr/ (https://www.pfw.edu/hr/)** |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

| **PNW Hammond Campus**: Office of Equity, Diversity and Inclusion | 219-989-2163 | **www.pnw.edu/equity-diversity-inclusion/ (https://www.pnw.edu/equity-diversity-inclusion/)** |
| **PNW Westville Campus**: Office of Equity, Diversity and Inclusion | 219-785-5545 | **www.pnw.edu/equity-diversity-inclusion/ (https://www.pnw.edu/equity-diversity-inclusion/)** |
| **West Lafayette**: Human Resources | 765-494-1679 | **www.purdue.edu/hr (https://www.purdue.edu/hr)** |

## Academic Adjustments and Auxiliary Aids and Services

| **Title/Office** | **Telephone** | **Email/Webpage** |
|---|---|---|

| **Fort Wayne**: Services for Students with Disabilities or Dean of Students | 260-481-6657 or 260-481-6601 | **www.pfw.edu/ssd/ (https://www.pfw.edu/ssd/)www.pfw.edu/offices/dean-of-students/index.html (https://www.pfw.edu/offices/dean-of-students/index.html)** |
| --- | --- | --- |
| **PNW Hammond Campus**: Disability Access Center | 219-989-2455 | **www.pnw.edu/disability-access-center/ (https://www.pnw.edu/disability-access-center/)** |
| **PNW Westville Campus**: Disability Access Center | 219-785-5374 | **www.pnw.edu/disability-access-center/ (https://www.pnw.edu/disability-access-center/)** |

| **West Lafayette**: Disability Resource Center or Office of the Dean of Students | 765-494-1247 or 765-494-1747 | drc@purdue.edu (mailto:drc@purdue.edu)www.purdue.edu/drc (https://www.purdue.edu/drc)www.purdue.edu/odos/ (https://www.purdue.edu/odos/) |

## ADA Coordinators

| Title/Office | Telephone | Email/Webpage |
| --- | --- | --- |
| **Fort Wayne**: Benefits Administrator | 260-481-6096 | www.pfw.edu/hr/ (https://www.pfw.edu/hr/) |
| **PNW Hammond Campus**: Associate Director, Office of Equity, Diversity and Inclusion | 219-989-2163 | www.pnw.edu/equity-diversity-inclusion/ (https://www.pnw.edu/equity-diversity-inclusion/) |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

| | | |
|---|---|---|
| **PNW Westville Campus**: Associate Director, Office of Equity, Diversity and Inclusion | 219-785-5545 | **www.pnw.edu/equity-diversity-inclusion/ (https://www.pnw.edu/equity-diversity-inclusion/)** |
| **West Lafayette**: Director of the Office of Institutional Equity | 765-494-7255 | **equity@purdue.edu (mailto:equity@purdue.edu)www.purdue.edu/oie/index.php (https://www.purdue.edu/oie/index.php)** |

# STATEMENT OF POLICY

Purdue University is committed to maintaining an inclusive community that recognizes and values the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect among its members; and encourages individuals to strive to reach their own potential. In pursuit of its goal of academic excellence, Purdue University seeks to develop and nurture its diversity. The University believes that diversity among its many members strengthens the institution, stimulates creativity, promotes the exchange of ideas and enriches campus life.

Purdue University views, evaluates and treats all persons in any university-related activity or circumstance in which they may be involved solely as individuals on the basis of their own personal abilities, qualifications and other relevant characteristics.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Purdue University does not condone and will not tolerate Discrimination against any individual on the basis of race, religion, color, sex, age, national origin or ancestry, genetic information, disability, status as a veteran, marital status, parental status, sexual orientation, gender identity or gender expression. Purdue University promulgates policies and programs to ensure that all persons have equal access to its employment opportunities and educational programs, services and activities. The principal objective of this policy is to provide fair and consistent treatment for all students and employees of the University. Purdue is committed to increasing the recruitment, selection and promotion of faculty and staff at the University who are racial or ethnic minorities, women, persons with disabilities and veterans. The University also is committed to policies and programs that increase the diversity of the student body.

## Application of this Policy to Employment and Education

All aspects of the employment relationship, including recruitment, selection, hiring, training, professional development, tenure, promotion, compensation and separation, are administered in accordance with this policy. Notwithstanding the prohibition against Discrimination, the University may, without violating this prohibition, provide different benefit packages to employees who have a spouse and/or dependent children than are provided to other employees.

Purdue University provides Reasonable Accommodations to qualified employees with disabilities. It also promotes the full realization of equal employment opportunity through a comprehensive affirmative action program applying to all units.

All policies and procedures applicable to students are administered in accordance with this policy. Purdue University provides Academic Adjustments and Auxiliary Aids and Services to qualified students with disabilities in accordance with federal law.

## Reporting and Addressing Discrimination

This policy seeks to encourage faculty, staff and students to report and address incidents of Discrimination. Discrimination complaints will be addressed promptly and consistently, using procedures that are fair and effective from the point of view of the person and the

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

University, and be resolved at the lowest organizational level possible. The **Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.html)**, as issued and updated from time to time by the Vice President for Ethics and Compliance, describe the necessary steps for filing complaints of Discrimination.

## Affirmative Action Programs

As a federal contractor, each campus within the Purdue University system is required to develop and maintain a written affirmative action program, which is a set of specific results-oriented actions and procedures to which the University commits itself. These programs must be updated annually and be made available for inspection.

## Violations of this Policy

Any individual or group of individuals found to have violated this policy will be subject to disciplinary or remedial action, up to and including termination of employment or expulsion from the University. Faculty and staff who are determined to have violated this policy also may be held personally liable for any damages, settlement costs or expenses, including attorney fees incurred by the University.

## False Allegations, Statements and Evidence

This policy may not be used to bring knowingly false or malicious charges against any faculty, staff, students or Recognized Student Organizations, including fraternities, sororities and/or cooperatives. Disciplinary action will be taken against any person or group found to have brought a charge of Discrimination in bad faith or any person who, in bad faith, is found to have encouraged another person or group to bring such a charge. In addition, individuals who knowingly provide false statements or evidence, or who deliberately mislead a University official conducting an investigation under this policy may be subject to discipline under this policy or another University policy or process.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## Retaliation Prohibited

The University prohibits Retaliation against any individual for the purpose of interfering with any right or privilege secured by this policy, or because the individual has made a report or complaint, testified, assisted, or participated or refused to participate in any manner in a Discrimination investigation or proceeding.

## No Waiver

Nothing contained in this policy should be interpreted as a waiver by Purdue University of its sovereign immunity, immunity pursuant to the 11th Amendment of the U.S. Constitution or any other immunity or defense available under state or federal laws.

# REASON FOR THIS POLICY

As a land-grant university, Purdue University is committed to the principles of affirmative action and equal opportunity in education and employment. We take seriously our responsibility to provide leadership in ensuring that equal employment opportunity is the norm rather than an aspiration.

This policy helps to further the resolution of the Board of Trustees and to ensure the University's compliance with state and federal laws and regulations, including but not limited to:

- Age Discrimination Act of 1975
- Age Discrimination in Employment Act of 1967
- Americans with Disabilities Act of 1990, as amended
- Executive Order 11246, as amended
- Equal Pay Act of 1963
- Genetic Information Nondiscrimination Act of 2008
- Immigration Reform and Control Act of 1986
- Indiana Civil Rights Act of 1971
- Pregnancy Discrimination Act
- Sections 503 and 504 of the Rehabilitation Act of 1973

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- Title VI of the Civil Rights Act of 1964, as amended
- Title VII of the Civil Rights Act of 1964, as amended
- Title IX of the Education Amendments of 1972.
- Uniformed Services Employment and Reemployment Rights Act of 1994
- VEVRAA, Section 4212

# INDIVIDUALS AND ENTITIES AFFECTED BY THIS POLICY

All Purdue University community members.

# EXCLUSIONS

There are no exclusions to this policy.

# RESPONSIBILITIES

**President of Purdue University**

- Overall responsibility for the successful implementation of Purdue University's equal opportunity, equal access and affirmative action policies.

**Chancellors**

- Establish goals and action-oriented programs that integrate equal opportunity, equal access and affirmative action principles and objectives into all decisions concerning employees and students on his or her campus.
- Appoint an EO/AA Officer and an ADA Coordinator for their campus.

**Vice President for Ethics and Compliance**

- Serve as Purdue University's equal opportunity officer.
- Develop system-wide policies pertaining to equal opportunity, equal access and affirmative action in cooperation with other University officers.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- Issue and update Procedures for Resolving Complaints of Discrimination and Harassment.
- Coordinate the resolution of all Discrimination complaints filed with external agencies, and oversee and coordinate internal Discrimination grievance procedures in consultation with University officers, Chancellors and legal counsel.

**Vice President for Human Resources**

- Ensure equal employment opportunity, equal access and affirmative action concepts are included in University personnel policies and procedures and that recruitment and hiring practices and training programs follow those same concepts where applicable.
- Provide guidance and support to University offices or departments in the exercise of their equal employment opportunity, equal access and affirmative action responsibilities.

**Vice Provost and Vice Chancellors for Student Life/Affairs**

- Ensure equal opportunity and equal access concepts are included in the policies, procedures, programs, services and activities of the University concerning students.

**Vice Presidents, Vice Chancellors, Vice Provosts and Deans**

- Establish goals and action-oriented programs within their units that integrate equal opportunity, equal access and affirmative action principles and objectives into all decisions within their areas of responsibility.
- Review recommendations for hiring, compensation, promotion, transfer, reassignment and termination for compliance with the University's affirmative action program in both procedure and outcome, and review the qualifications of applicants and reasons for selection to ensure that minorities, women, persons with disabilities and veterans are given full opportunities for hire and promotion (or designate responsibility for such).

**Director of Compliance**

- Develop and disseminate affirmative action data.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- Provide technical assistance to Regional Campus EO/AA Officers.
- Serve as a resource to and coordinator of systemwide affirmative action activities and programs.
- At the West Lafayette campus, develop programs related to affirmative action in coordination with other University offices; assist individual units with the development, implementation and oversight of their affirmative action programs for academic and nonacademic employees; develop internal monitoring and reporting systems; and perform required analyses of affirmative action data.

**Director of the Office of Institutional Equity**

- Provide technical assistance to Regional Campus EO/AA Officers.
- Serve as a resource to and coordinator of systemwide equal employment opportunity and equal access activities and programs.
- Serve as the campus liaison with federal and state enforcement agencies and community action groups and as the ADA Coordinator for the West Lafayette campus.
- Serve as the Title IX Coordinator for the West Lafayette campus.
- At the West Lafayette campus, develop policies, procedures and programs related to equal employment opportunity and equal access in coordination with other University offices; assist individual units with the development, implementation and oversight of their equal employment opportunity and equal access programs; and develop internal monitoring and reporting systems.

**EO/AA Officers at the Fort Wayne, Hammond and Westville Campuses**

- Develop, implement and monitor their campus's equal employment opportunity, equal access and affirmative action programs and coordinate these efforts with the Director of the Office of Institutional Equity and/or the Director of Compliance as necessary.
- Serve as the Title IX Coordinator for their respective campuses.

**Department Heads, Directors and Supervisors**

- Promote equal employment opportunity and make good faith efforts to achieve affirmative action goals.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**All Units**

- Include equal employment opportunity, equal access and affirmative action efforts and results in evaluations of administrators and supervisors.

**Mandatory Reporters**

- Report all incidents of Discrimination, harassment or retaliation directly to the campus Title IX Coordinator or EO/AA Officer.

**Individuals Who Believe They Have Experienced or Witnessed Discrimination**

- Report the incident as described in the **Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.html)**.

# DEFINITIONS

All defined terms are capitalized throughout the document. Refer to the central **Policy Glossary (../glossary.html)** for additional defined terms.

**Academic Adjustments**
An academic modification or  adjustment that minimizes or eliminates the impact of a disability, allowing the individual to gain equal access and have an equal opportunity to participate in the University's courses, programs, services, activities and facilities.

**ADA Coordinator**
The Americans with Disabilities Act Coordinator.

**Auxiliary Aids and Services**
A wide range of services and devices that enable persons with disabilities to have an equal opportunity to participate in, and enjoy the benefits of, Purdue University's programs and activities.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## Discrimination

The process of illegally differentiating between people on the basis of group membership rather than individual merit. *Systemic discrimination* may occur when unequal treatment results from neutral institutional practices that continue the effect of past discrimination. *Individual discrimination* may result when a person is subjected to unequal treatment on the basis of race, religion, color, sex, age, national origin or ancestry, genetic information, disability, status as a veteran, marital status, parental status, sexual orientation, gender identity or gender expression.

## EO/AA Officer

Equal Opportunity/Affirmative Action Officer.

## Mandatory Reporter

Individuals employed by the University who hold a title of or equivalent to President, Chancellor, vice president, vice chancellor, vice provost, dean, department head and director, as well as all employees in supervisory or management roles, and other staff who have authority and responsibility to initiate corrective measures on behalf of the University.

## Reasonable Accommodations

A wide range of modifications that allow otherwise qualified applicants or employees with disabilities to perform the essential functions of a position. Such modifications may be deemed reasonable if they do not result in an undue burden on Purdue University or its operations.

## Retaliation

Any overt or covert act of reprisal, interference, restraint, penalty, Discrimination, intimidation, or harassment against any person or group for reporting or complaining of Discrimination and/or harassment, assisting or participating in the investigation of a complaint of Discrimination and/or harassment, or enforcing University policies with respect to Discrimination and/or harassment.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# RELATED DOCUMENTS, FORMS AND TOOLS

Board of Trustees resolution dated December 18, 2010

Policies, Standards and Operating Procedures:

- **Anti-Harassment (III.C.1) (iiic1.html)**: www.purdue.edu/policies/ethics/iiic1.html
- **Electronic Information, Communication and Technology Accessibility (S-5) (../information-technology/s5.html)**: www.purdue.edu/policies/information-technology/s5.html
- **Nondiscrimination Policy Statement (https://www.purdue.edu/purdue/ea_eou_statement.php)**: purdue.edu/purdue/ea_eou_statement.php
- **Operating Procedures for Service Animals on Campus (https://www.purdue.edu/ethics/resources/service-animals-on-campus.php)**: www.purdue.edu/ethics/resources/service-animals-on-campus.php
- **Procedures for Requesting and Implementing Curricular Accommodations (https://www.purdue.edu/ethics/resources/curricular_accommodations.php)**: www.purdue.edu/ethics/resources/curricular_accommodations.php
- **Procedures for Requesting and Implementing Student Life Accommodations (https://www.purdue.edu/ethics/resources/Student%20Life%20.php)**: https://www.purdue.edu/ethics/resources/Student%20Life%20.php
- **Procedures for Resolving Complaints of Discrimination and Harassment (https://www.purdue.edu/ethics/resources/resolving-complaints.php)**: purdue.edu/ethics/resources/resolving-complaints.php
- **Title IX Harassment (III.C.4) (iiic4.html)**: www.purdue.edu/policies/ethics/iiic4.html
- **Human Resources Accomodation Request Process (https://www.purdue.edu/hr/ADA/accommodation-request-process.php)**: https://www.purdue.edu/hr/ADA/accommodation-request-process.php
- **Disability Resource Center Student Accommodations and Services (https://www.purdue.edu/drc/students/accommodations-services.php)**: https://www.purdue.edu/drc/students/accommodations-services.php

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**University Title IX website (https://www.purdue.edu/titleix/index.php)**:
www.purdue.edu/titleix/index.php

Websites for governing bodies with oversight for applicable laws and regulations:

- **Indiana Civil Rights Commission (https://www.in.gov/icrc)**: www.in.gov/icrc
- **U.S. Department of Education Office for Civil Rights (https://www2.ed.gov/about/offices/list/ocr/index.html)**: www2.ed.gov/about/offices/list/ocr/index.html
- **U.S. Department of Justice, Americans with Disabilities Act (https://www.ada.gov/)**: www.ada.gov/
- **U.S. Department of Labor Office of Federal Contractor Compliance Programs (https://www.dol.gov/agencies/ofccp)**: www.dol.gov/agencies/ofccp
- **U.S. Equal Employment Opportunity Commission (https://www.eeoc.gov)**: www.eeoc.gov

# WEBSITE ADDRESS FOR THIS POLICY

**www.purdue.edu/policies/ethics/iiic2.html (iiic2.html)**

# HISTORY AND UPDATES

August 1, 2021: Interim status removed.

August 14, 2020: Updated Contacts section. Added new sections to Statement of Policy on (1) False Allegations, Statements and Evidence and (2) Retaliation Prohibited that expand on the previous language. Removed responsibility for serving as systemwide Title IX Coordinator from the VPEC. Updated definition of Mandatory Reporters. Updated links in Related Documents, Forms and Tools section.

July 1, 2018: Contacts section updated.

August 1, 2017: Reference to same-sex domestic partners removed in compliance with Board of Trustees resolution from December 19, 2015.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

July 1, 2016: Minor updates to policy, mainly to Contacts section.

June 1 2015: Policy formatted into new template. Responsibilities added for Director of Compliance, Mandatory Reporters and individuals who believe they have experienced or witnessed discrimination. Executive Director of the Office of Institutional Equity named as West Lafayette Title IX Coordinator and VPEC named as system Title IX Coordinator. Definition of Retaliation updated. Contacts and hyperlinks updated.

April 27, 2012: Contacts section updated.

November 18, 2011: Policy number changed to III.C.2 (formerly X.2.2) and website address updated.

May 27, 2011: Contacts section updated.

May 1, 2011: This policy supersedes Equal Opportunity, Equal Access and Affirmation Action, Interim (X.2.2) dated December 22, 2010.

December 22, 2010: This policy supersedes the Reaffirmation of University Policy on Equal Employment Opportunity and Affirmative Action (Executive Memorandum No. D-1) dated January 8, 2001, and December 31, 2002. It has been formatted in the current policy template and updated to comply with the Board of Trustees' resolution dated December 18, 2010, which expands the University's nondiscrimination commitment to include the bases of genetic information, gender identity and gender expression.

# APPENDIX

There are no appendices to this policy.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT C

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Procedures for Resolving Complaints of Discrimination and Harassment

Revised August 14, 2020

## A. INTRODUCTION

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages individuals to strive to reach their potential. Harassment in the workplace or the educational environment is unacceptable and will not be tolerated.

Any employee, student, campus visitor or person participating in a University activity, whether on or off campus, who has experienced or witnessed discrimination and/or harassment is encouraged to report the incident(s) promptly. Prompt reporting of complaints is vital to the University's ability to resolve the matter.

Once the University has received a report of harassment and/or discrimination, the University will take any and all necessary and immediate steps to protect the Complainant. Such actions may include taking interim steps before the determination of the final outcome of an investigation.

There are both informal and formal processes for resolving complaints of discrimination and harassment. A Complainant may elect to invoke either the Informal or Formal Resolution Process. If the Complainant finds that initial informal efforts are unsatisfactory, the Complainant may then seek formal resolution. A Complainant is not required to proceed with informal resolution before seeking formal resolution.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

The University has an obligation to respond to information of which it becomes aware, whether received directly or indirectly. That is, the University's obligation may be triggered by a direct disclosure by those who have experienced potential discrimination or harassment or by gaining indirect knowledge of such information. For this reason, the University may initiate an investigation of circumstances that involve potential discrimination and/or harassment even where no complaint, formal or informal, has been filed. In those circumstances, the University may elect to investigate and, if warranted, impose disciplinary sanctions pursuant to these or other established University procedures.

In matters involving alleged criminal conduct, the Complainant may notify, or decline to notify, local law enforcement at any time. The University may also make an independent determination to notify law enforcement and/or other authorities based on the nature of the complaint.

## B. SCOPE

These Procedures outline the resolution processes that will be used to investigate and/or resolve a report of harassment and/or discrimination committed against a student, employee, consultant, independent contractor, or a person participating in or attempting to participate in a program or activity of Purdue University under the University's Policies on **Anti-Harassment (III.C.1)** and **Equal Opportunity, Equal Access and Affirmative Action (III.C.2)** (the "Policies"). These Procedures apply to sexual misconduct matters, including Relationship Violence, Sexual Exploitation, Sexual Harassment, Sexual Violence and Stalking, in addition to all other forms of prohibited discrimination and harassment. Title IX Harassment matters are addressed under the policy on **Title IX Harassment (III.C.4)** and the Procedures for Resolving Complaints of Title IX Harassment.

These Procedures apply to all complaints of discrimination and/or harassment, whether the parties are students, recognized student organizations, employees, volunteers, campus visitors or persons participating in or attempting to participate in

a University activity. Employees who are students involved in activities subject to these Procedures may be treated as students, employees or both at the sole option of the University.

These Procedures govern conduct that occurs on and/or off campus or that impacts the educational or work experience of a member of the Purdue community. In particular, off-campus conduct is subject to these Procedures if 1) the conduct occurred in the context of an education program or activity of the University, or 2) the conduct has or had continuing adverse effects on campus or in an off-campus education program or activity.

## C. RESOURCES FOR RESOLVING COMPLAINTS OF DISCRIMINATION AND HARASSMENT

University community members may bring inquiries and complaints about discrimination and/or harassment to the Campus Equity Office, Office of the Dean of Students or the Vice President for Ethics and Compliance. The management of all complaints of discrimination and/or harassment, regardless of where they are initially received, and the implementation of these Procedures is the responsibility of the Vice President for Ethics and Compliance. Any question of interpretation regarding these Procedures shall be referred to the Vice President for Ethics and Compliance for final determination.

In addition, University community members may bring inquiries and complaints about Sexual Violence, Relationship Violence, Sexual Exploitation or Stalking to the Title IX Coordinator. Information regarding the Title IX Coordinator for each campus is available in the Anti-Harassment policy.

## D. DEFINITIONS

**Advisory Committee on Equity**
The committee composed of faculty and staff appointed by the Vice President for

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

group of students, faculty or staff; and other remedies that can be tailored to the needs of the parties.

## K. RETALIATION PROHIBITED

Retaliation against any person for reporting or complaining of discrimination and/or harassment, assisting or participating in the investigation of a complaint of discrimination and/or harassment, or enforcing University Policies with respect to discrimination and/or harassment is strictly prohibited. Overt or covert acts of reprisal, interference, restraint, penalty, discrimination, intimidation or harassment against an individual or group for exercising rights or performing duties under these Procedures will be subject to appropriate and prompt disciplinary or remedial action.

## L. APPEAL

The Complainant (or impacted party in the case of a University-Initiated Investigation) and the Respondent each have the right to appeal the decision of the Chancellor, Dean of Students or Director and imposition of any sanction to the Vice President for Ethics and Compliance. The appeal must be in writing with all supporting materials attached and filed in person, via courier, or via postal or electronic mail within seven days of the issuance of notification of the decision. Decisions not appealed within such time are deemed final. A copy of any appeal will be furnished to the Complainant (or impacted party in the case of a University-Initiated Investigation) or the Respondent(s), as the case may be. Each party may provide a response to the appeal. The response to the appeal must be in writing with all supporting materials attached and received in person, via courier, or via postal or electronic mail within seven days of the issuance of notification of the appeal.

The appeal shall consist of a concise and complete written statement outlining the grounds for appeal and all relevant information to substantiate the basis for the appeal. Appeals are not intended to open a new investigation of the complaint. In most cases, appeals are confined to a review of the written documentation and

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

pertinent documentation regarding the grounds for appeal. The appeal will be conducted in an impartial manner.

The Vice President for Ethics and Compliance will issue a decision on the appeal to all parties involved. Normally this decision will be made within 20 days from the date the appeal was received. The Vice President for Ethics and Compliance may (1) uphold or reverse the finding, (2) decrease or increase the sanction(s), and/or (3) take other action as deemed appropriate by the Vice President for Ethics and Compliance. The written decision of the Vice President for Ethics and Compliance on the appeal shall constitute the University's final action.

## M. FILING WITH EXTERNAL AGENCIES

Any person may file a complaint with the Indiana Civil Rights Commission, the U.S. Equal Employment Opportunity Commission or the U.S. Department of Education's Office for Civil Rights. Information regarding filing charges with any of these agencies may be obtained from the Office of Institutional Equity on the West Lafayette campus.

## N. RELATED DOCUMENTS, FORMS AND TOOLS

**Equal Opportunity, Equal Access and Affirmative Action Policy (III.C.2)**: www.purdue.edu/policies/ethics/iiic2.html

**Anti-Harassment Policy (III.C.1)**: www.purdue.edu/policies/ethics/iiic1.html

## O. VERSION HISTORY

Revisions to these procedures took effect on the following dates:

- August 14, 2020

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT D

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Criteria for Tenure and Promotion for the West Lafayette Campus

This document supplements the policy on Academic Tenure and Promotion (I.B.2). Refer to the policy for contact information and applicable definitions.

Effective date: January 1, 2019

I. Introduction

    A. On the Purdue West Lafayette Campus, to be considered for promotion, a tenured or tenure track faculty member should contribute to all mission areas appropriate to their position (in most cases, contributing to all three areas of discovery, learning and engagement), meeting minimum thresholds in each. They should also have demonstrated excellence and scholarly productivity in at least one of these areas – discovery, learning and engagement – with the understanding that, ordinarily, strength would be apparent in more than one. Documentation of teaching accomplishment is required for any tenured or tenure-track faculty member who teaches. Documentation of engagement accomplishment is required for any tenured or tenure-track faculty member who has formal engagement responsibilities or appointment. Similarly, even if a candidate is applying for promotion based on learning or engagement, they must have demonstrated accomplishments in research/discovery as well. Commitment to active and responsive mentorship, as well as an active role in mentoring, advising and supporting the academic success of students and postdoctoral scientists, will also be documented as part of the process that defines tenure and promotion.

    B. Colleges, schools, divisions and departments may establish more specific criteria applying these standards to their faculty members. Such criteria must be approved by the dean and must be consistent with college and University guidelines. Where these guidelines conflict, please note that University and college guidelines take precedence. The Provost may require that a college or department revise guidelines to eliminate conflicts. Note that on the West Lafayette Campus, the term "college(s)" includes the Libraries.

C. Primary Committees in particular disciplines may wish to develop examples and guidelines for scholars in their discipline to help them understand what materials will count for promotion in each category (Discovery, Learning and Engagement), what constitutes excellence, and which outlets and types of activities count as impact.

D. Length of service in rank by itself should not ensure promotion or cause denial of promotion. Normally, a faculty member's entire record is relevant for tenure and promotion at all levels. Primary Committees should guard against unsubstantiated interpretations of gaps or delays in the record. Ideally, issues of timing should not be paramount, and discussions should focus instead on the question of whether the faculty member has provided evidence of a sustainable and impactful record that warrants promotion and/or tenure as appropriate, applying the relevant disciplinary and interdisciplinary standards and norms.

## II. Discovery

A. Excellence in discovery is manifest in a record of scholarly achievement and evidence of national/international visibility. The candidate must offer a substantial record of published original research or its equivalent. Such a record would likely include accomplishments such as refereed publications, external funding (where it can be said to reflect the positive, rigorous assessment of peers and the scholarly promise of the topic), national and/or international reputation (if appropriate), awards and other contributions to knowledge. It may also include patents, licenses, prototypes, and entrepreneurship activities that move products from the bench to the marketplace; these activities are particularly encouraged in disciplines where there is a focus on addressing societal needs. For the purposes of tenure and promotion review, published work includes that which is in press. A letter from the editor can support the claim that all the preparatory revisions have been completed and the work is on the production schedule. Note that faculty in particular disciplines and fields will weigh some types of accomplishments more than others. For example, in many fields, peer-reviewed publications tend to receive greater weight than those that were not peer-reviewed. In considering the role of external funding, committees should keep in mind the not-for-profit status of the University and the centrality of academic integrity and freedom to the University mission. In all cases, the focus of review should be on the impact of the individual's discovery activities rather than the numbers of such activities.

B. The varying nature of academic accomplishments across and within disciplines is to be taken into account when promotions are considered. For example, within disciplines, different standards may apply in different sub-fields. In addition, discovery may take a variety of forms even within disciplines. For example, an artist's portfolios and performances may simultaneously represent unique discoveries and their communication. The same is true of innovation in diagnostic activities, patents, and entrepreneurship.

C. Administrative functions, committee service, special program management, contributions to staff development, leadership in community affairs, participation in scholarly and professional societies, membership on review panels, other peer reviewing activities (manuscript reviews), invited lectures, consultation to government agencies, are additional examples of the recognition of expertise and stature in the field and are professorial roles worthy of appropriate recognition.

D. Accomplishment in discovery may also extend to guided inclusion of undergraduate students in faculty research activity that results in published work, scholarly presentations, patents and entrepreneurial activity.

E. Faculty also may contribute by assisting in the production of scholarly publications, devising curricula, developing courseware, counseling students, organizing laboratories and libraries, officiating in professional societies, and so on. Many other equivalents exist and should be recognized by members of the successive committees on promotions.

F. Regular discussion and identification of indicators of impact should occur within all units, and these indicators must be clearly communicated to all faculty.

III. Teaching and Learning

A. Faculty members are eligible for promotion and/or tenure based on the scholarship of teaching and learning. Those seeking nomination primarily on the basis of teaching excellence must have accomplishment in the scholarship of teaching and learning. Each college should identify discipline-specific criteria for the assessment of excellence in the scholarship of teaching and learning. In general, indicators of such excellence are similar to the standards used to evaluate the scholarship of discovery: faculty seeking promotion on the basis of the scholarship of learning should provide a record of scholarly teaching and student success-related publications and evidence of national/international visibility. Examples of such publications or impact include a widely-adopted and well-regarded textbook, publications in a pedagogical journal, or products which

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

enhance student learning. In all cases, the impact of the individual's work should be the primary focus of review.

B. Additional criteria can also be important in documenting excellence in the scholarship of teaching and learning. Such excellence should also be manifest in the demonstrable relevance of the course material to the lives of students and their success, the field, and/or the broader community. For example, such relevance might include necessary preparation for higher level classes or work, connections to efforts to build skills such as critical thinking, or to develop higher order cognitive processes, or relevance to one's ability to function as a productive citizen of a democratic community, diverse society and modern workplace.

C. Other indicators of excellence may constitute responses to questions from teaching evaluations, involvement in supervising student research, internships, study abroad or other experiential and service learning. Equally important is the evidence that students have learned under the candidate's instruction. Teaching awards and other formal recognitions (both internal and external to Purdue), pedagogical publications and presentations of research, diversity, range and number of classes or students taught, substantial curricular or pedagogical innovation, and efforts to improve the persistence and success of diverse populations of students are also important indicators of the candidate's accomplishments. Participation in teaching workshops or lectures, letters from those who have observed the candidate's teaching or evaluated his/her course in toto (including teaching mentors and peers), as well as the accomplishments and success of undergraduate and graduate advisees are relevant for consideration in this category.

D. Evidence of excellence in Teaching and Learning may also extend to substantial activity to innovate pedagogical models and materials that lead to scholarly publications and the creation of comprehensive textbooks and other materials.

E. For all faculty who teach, even those who do not seek promotion primarily on the basis of the scholarship of teaching and learning, documentation of accomplishment in teaching and learning is necessary for promotion and tenure. At a minimum, for all faculty who teach, documentation of teaching efforts and accomplishments should include: enrollment by course, syllabi, information and teaching evaluations as appropriate; self-evaluation of teaching effectiveness, including efforts to improve teaching and learning, and contributions to department/program student learning outcomes. Letters from teaching mentors

and peers can also be used to provide documentation of teaching efforts and accomplishments. Note that documentation of teaching activities includes not only classes taught and evaluations, but also mentoring, advising, curricular and pedagogical innovation and other supervisory activities aimed at students and postdoctoral scientists. Candidates may offer additional evidence of their efforts to gauge the effectiveness of their teaching. While each of these elements offers insight into a candidate's teaching performance, no single indicator should be used as the sole indication of excellence, but rather these elements should be used together as part of a holistic assessment of accomplishment in teaching and learning. In particular, care should be exercised in using standardized scores on student evaluations to compare candidates to each other, as bias in these scores is well documented.

IV. Engagement

    A. Faculty members are eligible for promotion and/or tenure based on the scholarship of engagement. Note that the scholarship of engagement is distinguished from industrial projects, service work, community volunteer work, or the good citizenship responsibilities of academia. The purpose of a scholar's work distinguishes engagement from basic research, scholarly learning activities and creative endeavors. In general, scholarly engagement is purpose-driven work for a specific community or group that may be a local or global community or group.

    B. Scholarship in the Engagement context is a reciprocal partnership with the community, involving mutually beneficial exchange of knowledge the creation, delivery and assessment of timely, unbiased, educational materials and programs that address relevant, critical and emerging issues. It should empower people in ways that result in desired outcomes, informed decisions and/or improved quality of life. Note: Extension/Engagement scholarship emanating from a highly integrated research/Extension program is particularly noteworthy.

    C. Faculty seeking promotion for engagement activities should provide a record of scholarly engagement-related publications and evidence of national/international visibility. It may include, innovation and creativity when developing and delivering programs, products and services that promote informed decisions and/or improve quality of life. Additional criteria can be important in documenting the scholarship of engagement. For example, the quantity, strength and impact on stakeholders can take a variety of forms such as the enactment of related

legislation, adoption of innovations, and/or widespread changes in professional practice. Publications that translate research for practitioners, entrepreneurs, business/industry leaders, and/or policy makers are valued in the scholarship of engagement. Connecting research with the appropriate markets (commercialization) may also further our engagement with external stakeholders. Engagement scholarship integrates faculty roles of learning and discovery, so candidates are encouraged to cross-list their scholarship/engagement activities throughout their promotion document. Engaged scholarship may serve the land grant mission by working with government, schools, non-profits, business, and/or industry. These are just examples and are not intended to restrict the many possible indicators.

## V. Other Considerations

### A. Interdisciplinary Work

Individual excellence and scholarly productivity are the basis for promotion, and while these are often defined in discipline-specific terms, the University recognizes that scientific, curricular and engagement activities of faculty are not limited by disciplinary boundaries. Significant interdisciplinary efforts are also recognized and contribute to the excellence and diversity of the academic enterprise; this, too, is recognized when considering a candidate's strength and accomplishments. Disciplinary units may have difficulty assessing interdisciplinary work, and it is advisable to have input on the interdisciplinary nature and value of the work from scholars in interdisciplinary programs and centers, other departments, or even external to the University to aid in the assessment of the record. Department heads/chairs whose faculty are jointly appointed may establish an augmented primary committee. Every college should develop guidelines on how to augment primary committees for the review and evaluation of jointly-appointed faculty for the purposes of promotion and tenure. The procedures of the college in which the tenure home resides are the governing guidelines for any particular candidate. The composition and participation rules of the augmented primary committee will be determined by these college-wide guidelines.

### B. Impact

Scholarship that has a high impact on the academic fields, on society and humankind is particularly valued. Faculty in a particular discipline or interdisciplinary field can best determine what should count as impact.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Departments, interdisciplinary programs and other units should determine what factors are appropriate evidence of impact in the fields represented, and deans and department heads/chairs should be informed about field context when presenting candidates. In some fields, journal impact factors may indicate quality or at least may be suggestive of the potential for a piece of scholarship to generate impact, but they are far from the only or best indicator of impact. Caution should be taken with regard to comparing impact factors across disciplines; they may be of comparative value only within sub-disciplines. Citations, republication in excerpts and other evidence of enduring and widespread relevance may also indicate scholarly impact. Somewhat different evidence may be required to demonstrate impact of work that is intended to influence practice directly, such as patents, start-up companies, or letters from practitioners about the importance of research or that testify to the way that research is influencing practice. Evidence of impact on policy (for example, being called to testify in legislative bodies or consulting work) is also important. Discussion of the research in lay media may also be useful as evidence that research is being spread through indirect conduits that may ultimately influence practice. Each department should regularly discuss and identify indicators of impact, and these indicators should be clearly communicated to all faculty.

# EXHIBIT E

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# Operating Procedures for Granting Academic Tenure and Promotion

These procedures supplement the policy on **Academic Tenure and Promotion (I.B.2) (https://www.purdue.edu/policies/academic-research-affairs/ib2.html)**. Refer to the policy for contact information and applicable definitions. For policy and procedures governing clinical faculty, please see the policy on **Clinical/Professional Faculty Appointment and Promotion (VI.F.10) (https://www.purdue.edu/policies/human-resources/vif10.html)** and for rules governing research faculty, see the policy on **Research Faculty Appointment and Promotion (VI.F.8) (https://www.purdue.edu/policies/human-resources/vif8.html)**.

Effective date: November 15, 2022

# Procedures

    I. Nominations

        A. Prior to the beginning of the academic year, the chair of the Primary Committee or VCAA, as the case may be, publishes a timetable setting forth the dates of the committee meetings and suitable deadlines for faculty members to update their files and to receive and react to the appropriate segments of a nomination for Tenure and/or promotion. The chair convenes the Primary Committee at the beginning of each academic year.

        B. Faculty members who are in the penultimate year of their Probationary Period are automatically nominated for Tenure and promotion and voted on by the Primary Committee, unless the faculty member specifically requests otherwise in writing at any step in the process. Prior to the penultimate year, faculty members may be nominated for Tenure and promotion by any member of the Primary Committee. Those whose nominations are seconded will be voted on by the committee. Review of candidates in the final year of their Probationary Period requires prior approval by the Provost or VCAA, as

the case may be. An example for granting this request is evidence of significant productivity during the penultimate year, as documented by the department head and dean.

C. Faculty members with Tenure who are not nominated by a member of the Primary Committee and have not been considered for promotion during the previous three years, but consider themselves ready for promotion, may nominate themselves and have their case for promotion considered by the Primary Committee.

D. It is possible that a faculty member received an extension of his/her Probationary Period by virtue of the procedures outlined in Section V of these procedures. Under these circumstances, the criteria for Tenure and promotion are the same in terms of both quantity and quality; committees may not impose additional requirements on candidates with extensions when compared to those without extensions. When applicable or appropriate, this language will be included in the request for an external review letter.

## II. Review, Voting and Approval

A. Throughout the entire review process, Primary, Area and Campus Promotions Committee members respond to each Tenure or promotion nomination as individuals, interpreting achievements described in the nomination documents in light of standards appropriate for the nominee's discipline and the applicable campus's Criteria for Tenure and Promotion. In the course of these evaluations, open and candid discussions are a critical element to informing each committee member of the candidate's accomplishments. The confidentiality of remarks made at such meetings should, therefore, be carefully preserved and restricted to those within the promotions process to allow for full, fair and free discussion of the merits of the case. Nothing in this provision of confidentiality allows participants in primary or other promotion committees to engage in illegal, unethical or inappropriate behavior with impunity.

B. Attendance requirements and the specific rules governing the meaning of participation for the members of the Primary, Area and Campus Promotions Committees are determined by the committee chair or an academic officer with authority commensurate with or higher than the committee level, in consultation with committee members. Committee members who have a

Conflict of Interest with a particular candidate must recuse themselves from all discussion and deliberations of a candidate's case. All eligible members participating in Primary or Area Committee deliberations are required to participate in all substantive discussions of a candidate's record and to submit a ballot on all candidates. Eligible members of all committees must be present to submit a ballot. Recusals, blank ballots and otherwise un-submitted ballots are not counted as votes.

C. Each nomination is first considered and discussed by the Primary Committee, after which, members cast a written ballot for the individual candidate. The result of the ballot is recorded on the Nomination for Promotion form. In addition to providing for a "yes" or "no" vote, the ballot provides an opportunity to show reasons for the vote, with space allocated for comments and/or explanations. The reasons for all votes are expected to be provided, but this is especially important in the case of negative votes since comments can be the basis for feedback for faculty improvement. Unless otherwise noted in the campus committee structure, the chair of the committee does not cast a vote. Rather, her/his recommendation appears separate from the Primary Committee's recommendation on the Nomination for Promotion form.

D. Those candidates who receive a simple majority vote are sent forward to the Area Committee for review, unless the candidate chooses to withdraw his/her candidacy at this stage. In addition, the chair of the Primary Committee may endorse a candidate who does not receive the majority vote and send forward the nomination with his/her statement providing a rationale for the divergence from the Primary Committee. The Area Committee follows the same process as the Primary Committee described in II.C above.

E. Those candidates who receive a simple majority vote of the Area Committee are forwarded to the Campus Promotions Committee along with documentation of whether and why the candidate also has the chair's endorsement. The chair also may endorse and/or send forward those candidates who do not receive a majority of the Area Committee with a statement including the rationale for sending the case forward.

F. The Campus Promotions Committee reviews the recommendations of the Primary and Area Committees. Each nomination is considered individually and voted on by written ballot. All candidates who receive the supporting

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

vote of a simple majority of the Campus Promotions Committee will be recommended to the next level as outlined below. The chair of the Campus Promotions Committee will include his/her endorsement and comments, where appropriate, on the Nomination for Promotion form. In cases where the candidate's recommendation for Tenure and/or promotion was supported by at least two-thirds of the Area Committee, but is not approved by the Campus Promotions Committee, the candidate's dean or department head/chair may request from the Campus Promotions Committee chair a written explanation for non-approval.

1. On the West Lafayette campus, Nomination for Promotion forms are forwarded to the Provost, who reviews, includes his/her recommendation, and forwards recommendations to the President.
2. On Regional Campuses, the Nomination for Promotion form is transmitted to the Chancellor, who reviews, includes his/her recommendations, and forwards recommendations to the Provost. The Provost reviews, includes his/her recommendation and forwards his/her recommendations to the President.

Upon receipt of the Nomination for Promotion form, the President makes his/her recommendation to the Board of Trustees for final action.

G. Faculty members will be advised of their promotion progress within 10 business days by their department head/chair after the Primary Committee review and by their dean after the Area and Campus Promotions Committee reviews. The reasons for negative decisions will be conveyed to the faculty member within this same time frame. Official notice will be sent to Tenured and/or promoted faculty members after the President and the Board of Trustees approve the recommendations.

H. Tenure without promotion is generally only considered under exceptional circumstances. It requires endorsement by both the Primary and Area Committees, a recommendation by the candidate's dean and approval by the Provost or Chancellor, as the case may be.

I. Out-of-cycle promotions are uncommon and follow an expedited version of the process outlined in D-G above, in consultation with the vice provost for faculty affairs.

J. The process outlined in D-G above does not cover new faculty appointments that include the awarding of Tenure with an offer of employment. Immediate

Tenure requires an endorsement by either the Primary or Area Committee, a recommendation by the dean, approval by the Chancellor (as applicable) and approval by the Provost.

K. Faculty with joint appointments participate in Tenure and promotion proceedings in the department listed as their Tenure home.

## III. Tenure Effective Dates

A. For Tenure requests within the normal promotion timeline, Tenure is effective with the start of the next academic year following approval. If Tenure is requested and approved outside of the normal promotion timeline, it will be effective with the start of the semester following approval. For example, Tenure approvals in the fall semester will be effective the following spring semester. Spring semester approvals will be effective with the start of the next academic year for academic-year faculty and the start of the next fiscal year for fiscal-year faculty. Approvals in the summer will be effective at the beginning of the next academic year for both academic-year and fiscal-year faculty.

B. In cases where Tenure is awarded with an offer of employment, Tenure is effective with the start date of the contract.

## IV. Documentation

A. Nomination for Promotion form (President's Office form 36)

A Nomination for Promotion form must be completed for all faculty members as described below.

1. All Tenure-track faculty members in the penultimate year of their Probationary Period, regardless of the vote at the Primary or Area Committees and even if the faculty member has chosen not to be reviewed.

2. Faculty members who are nominated for Tenure and receive a majority affirmative vote from the Primary Committee, regardless of their year in rank.

3. Faculty members who are nominated for promotion to associate professor or professor and receive a majority affirmative vote from the Area Committee, regardless of their year in rank.

B. Supporting Documents

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

1. Supporting documents are not required with the Nomination for Promotion form if the faculty member is in the penultimate year of his/her Probationary Period and has chosen not to be considered for promotion.

2. Each campus must determine and clearly disseminate in writing expectations for letters of assessment that are to be included in a candidate's documentation for Tenure and promotion. The campus may allow each college/school to set these expectations. Minimally, the expectations must include the number of letters, internal versus external referees and the acceptability of the nature of referees' relationships with the candidate (e.g., collaborators, co-authors, former mentors). The Candidate has the opportunity to suggest letter writers and to identify those letter writers who should not be asked.

It should be noted to external reviewers that, under Purdue University policies, their replies will be held in confidence to the extent permitted by law. The following statement should be included in all external review letter requests:

*Candidates may request a summary of all evaluations in their file; however, sources remain confidential. We cannot guarantee that at some future time*
*a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity*
*of authors of letters of evaluations to the fullest extent allowable under law.*

3. The department/school head/chair is responsible for making sure candidates are aware of their right to review and augment the Nomination for Promotion form as outlined below and is responsible for communicating the timetable of relevant meetings to all candidates.

4. Candidates will be given the opportunity to help create and review their promotion documentation and may receive a copy of any document (with confidential department head/chair and dean's statements omitted), excluding letters, that will be submitted to the Primary, Area

and/or Campus Promotions Committee(s). Prior to submission to the Primary Committee, it is the right of candidates to have included in their departmental file whatever the candidate chooses to add, including the candidate's own brief comments about teaching, research, creative activities, service or engagement. Candidates may choose to attach or append their comments to the promotion document.

5. Candidates may include a statement highlighting and explaining the contribution of their interdisciplinary activities. This statement may include the candidate's relative contribution to the projects that are listed. Departments/schools may wish to ask for additional advisory input on the interdisciplinary accomplishments as appropriate. This may include review from both Purdue and non-Purdue faculty members.

6. Candidates may include statements about their role in collaborative work as well as supporting statements of work and responsibilities from collaborators. Collaborators may write outside letters as long as any relationship is named and as long as it is the policy of the department or school to admit such letters.

7. Documentation of research, teaching and engagement accomplishments will depend on the disciplinary and interdisciplinary fields in which the scholar works. Candidates should consult the campus Criteria for Tenure and Promotion as well as department and college guidelines to determine the standards for minimal levels of accomplishment and excellence in these fields on their campus.

8. The documentation for candidates for Tenure and/or promotion who remain in consideration beyond the Primary Committee level, should contain, if appropriate: basis of nomination, prior experience, teaching assignments and evaluations of performance, any curricular innovations or special activities which may have contributed to teaching effectiveness, research responsibilities and achievements, extension and engagement assignments and evaluation of performance, scholarly work in progress, publications, administrative and committee responsibilities, other pertinent activities (membership and positions held in professional societies, consultation, committee and public service, etc.), prospects for future development, comments and recommendations by the department head/chair, and a standard/minimum number of reference letters as established by the

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

college/school for the applicable type of Tenure and/or promotion on that campus. Documentation should also report the vote of the Primary and Area Committees where applicable. The Provost, in consultation with the VCAA, will issue instructions for completing the Nomination for Promotion form.

9. Content may not be changed after submission of the promotion document for external letters apart from minor editorial corrections, typographical errors and the like. The department head/chair and/or dean may communicate additional accomplishments or updates that occur after submission of the document to the appropriate committee members on behalf of the candidate, for example by including the information on the Nomination for Promotion form.

V. Extensions of the Probationary Period

A. Purdue recognizes that faculty may encounter circumstances that interrupt or prevent progress toward professional and scholarly achievement. This is an especially critical issue for faculty working toward Tenure within a limited and specified timeframe. The process outlined below provides faculty the opportunity to seek an extension of the Probationary Period when certain situations arise that slow, or hinder achieving Tenure.

B. Deans and department heads/chairs have a responsibility to inform faculty of this process, especially upon recognition that a qualified faculty member's progress toward Tenure may be impeded by circumstances cited below. Faculty members are encouraged to discuss this process with their department heads/chair when qualifying circumstances arise or are anticipated.

C. A one-year automatic approval will be granted for birth or adoption of a child, provided the faculty member submits a Request for Probationary Period Extension form to the Provost or VCAA, as the case may be, prior to the start of the penultimate year of his/her Probationary Period. This provision applies to either or both parents. Upon approval, the Provost will initiate a revised Appointment to the Faculty form (President's Office Form 19) that reflects the change to the end of the maximum Probationary Period. The Provost or VCAA distributes notification of the adjustment in the Probationary Period to the deans and department heads/chairs.

D. When conditions and personal circumstances arise that substantially interfere with progress toward achieving Tenure, a faculty member may request that his/her Probationary Period be extended. Justifiable conditions for granting extensions include, but are not restricted to, severe illness or disability or the need to care for a family member, unanticipated destruction of research materials or assigned lab space or equipment, or unexpected obstacles to field research. Approval of the request is at the discretion of the Provost or VCAA, as the case may be. Verification that the conditions leading to the request occurred or continue to exist and that the faculty member demonstrated progress toward Tenure prior to the onset of the conditions will be made. Requests for extensions in these cases are to be made as soon after the conditions that precipitated the request as possible, but no later than the start of the penultimate year of the Probationary Period. The steps for initiation, review and approval are as follows:

1. Except in the case of childbirth or adoption, the faculty member submits to the department head/chair a completed Request for Probationary Period Extension form.

2. The department head/chair forwards it to the dean with their recommendation. The department head/chair and dean ascertain, to the best of their knowledge, that the conditions cited in the request are valid.

3. If the dean approves the request, he/she forwards it to the Provost or VCAA, as the case may be.

4. If the Provost/VCAA approves the request, he/she initiates a revised Appointment to the Faculty form to reflect the change to the end of the maximum Probationary Period.

5. Any faculty member who feels it necessary to appeal a decision may utilize established grievance procedures (see Section VII for more information).

E. Ordinarily, approvals for extensions are for one year. However, Tenure-track faculty with part-time appointments may request an extension of the Probationary Period for up to three years following the steps above.

F. A faculty member whose initial appointment is on a full-time basis and is adjusted to a part-time basis during the first three years of service to the

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

University may request an extension equivalent to the Probationary Period for those who begin with a part-time appointment.

G. Refer to Section I.D when considering faculty members for Tenure and promotion who have been granted an extension to their Probationary Period.

## VI. Review of Negative Tenure and Promotion Decisions

A. Upon receipt of a negative Tenure or promotion decision, candidates may submit in writing to their dean a request for a written statement of the reasons for the decision. The candidate must submit his/her request within 15 business days of receiving the decision, and the dean must provide the written statement to the candidate within 15 business days of receiving the request. The written statement provided to the candidate should not contain confidential outside letters or confidential summary statements.

B. Candidates who believe the decision was based on one or more of the reasons listed below may submit to the Vice Provost for Faculty Affairs or VCAA, as the case may be, a written request for reconsideration. The request must be submitted within 20 business days of receiving the written statement of reasons, specify the grounds for the request and include any new material germane to the issue.

C. Grounds for Requesting Reconsideration

1. Evidence of grossly inadequate consideration of professional competence
2. Evidence of judgments based on erroneous or misinterpreted information

D. Within 20 business days of the receipt of the written request for reconsideration, the Vice Provost for Faculty Affairs or VCAA, in consultation with the department/school head/chair and/or dean, will determine whether the request meets one of criteria outlined above and whether reasonable and adequate grounds support the candidate's allegations that the negative decision was improperly based. The Vice Provost for Faculty Affairs or VCAA will not make a determination on the merits of the candidate's suitability for Tenure or promotion.

E. If the finding is that the negative decision was not improperly based, the Vice Provost for Faculty Affairs or VCAA will report this in writing to the candidate and no further action is necessary.

F. If the finding is that reasonable and adequate grounds support the candidate's allegations that the negative decision was improperly based, the Vice Provost for Faculty Affairs or VCAA will recommend that the candidate's case be considered at the next level. Cases denied at the Primary Committee level will be considered by the Area Committee and cases denied at the Area Committee level will be considered by the Campus Promotions Committee.

VII. Established Grievance Procedures

A. Complaints of procedural fairness may be brought forward in accordance with the policy on **Faculty Grievances (I.B.1) (https://www.purdue.edu/policies/academic-research-affairs/ib1.html)**.

B. Complaints of discrimination may be brought forward in accordance with the policy on **Equal Opportunity, Equal Access and Affirmative Action (III.C.2) (https://www.purdue.edu/policies/ethics/iiic2.html)**.

# History and Updates

January 1, 2016: Procedures established as separate document in support of the policy on Academic Tenure and Promotion (I.B.2). The requirements of this document supersede those outlined in section II of the Principles and Policies for Academic Freedom, Responsibilities, and Tenure, and Procedures for Termination for Cause (Executive Memorandum No. B-48).

January 7, 2022: Appendix A, which contained the promotion committee structures of each campus, was deleted.  The committee structures of each campus are now accessed from links in the "Related Documents, Forms, and Tools" section of the Policy document (Academic Tenure and Promotion (I.B.2)).

November 15, 2022: Section II.J. was added, on out-of-cycle promotion.

# EXHIBIT F

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## I.  Tenure and Promotion Policies and Procedures

### A.  University Policy

The University Policy regarding promotion can be found at
http://www.purdue.edu/policies/academic-research-affairs/ib2.html. The University's Promotion
Guidelines (Form 36 Instructions) can be found at this location as well.

### B. College of Science Promotion Documents

Per West Lafayette Campus Promotions Policy, "A candidate should be given the opportunity to
help create and review his/her promotion documentation and should receive a copy of any
document (with confidential statements omitted) that will be submitted to the primary, area,
and/or University committee(s). It is the right of the candidate to have included in his/her
departmental file whatever the candidate chooses to add, including the candidate's own brief
(one page) comments about teaching, research/creative activities, and service. The candidate
may choose that these brief comments be attached to the promotion document."

The following is a College of Science Promotion Document format that incorporates current
University formats.

All pages of the document, including the first page which is the Form 36, should include the
footer "LastName, Page 1 of XX" in the lower right corner. In the lower left should be the
department name.

| | |
|---|---|
| Earth, Atmospheric, and Planetary Sciences | Jones, Page 2 of 56 |

DEF1 001399

Page 2 should be the Table of Contents.  Use the outline format:

> I.
> A.
> 1.

## I. General Information

A. Education
B. Previous Positions
C. Present Position
D. Awards and Honors
    a. Internal to Purdue
    b. External to Purdue
E. Professional and Scholarly Associations
F. Other items unique to the person or Department – example: citations in biographical works such as *Who's Who in America*, *American Men & Women of Science*, etc.

## II. Learning

At the beginning of the learning/teaching section, a statement on the individual's teaching may be included from either the candidate's departmental committee or the individual. The document should contain a clear indication regarding who created the material. The University Promotions Committee Guidelines state that the last 3 years of teaching data should be included; however, all the teaching data seen by the College of Science Area Promotions Committee should be forwarded to the University Promotions Committee. The 3 years was chosen to avoid listing courses by semester for 10-15 years.  Therefore, showing 3-5 years by semester and summarizing earlier data in a table or in the narrative is appropriate, especially for promotions emphasizing learning.

A. Teaching Assignments at Purdue
A table format is suggested. Present the most recent 3-5 years by semester. Summarize older data by grouping, if appropriate. **Do not show more than 5 years of information**. Use the narrative to indicate teaching commitment over time. Please list courses with most recent first and clearly indicate any online courses with an *.

| Semester & Year | Course Number, Credit Hr. and Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 1999 | SCI 150, 4 cr, lecture/lab | Principles of Science | 408 | Fr through Sr |
| S 1999 | SCI 430, 1 cr, seminar | Science Seminar | 12 | Sr |
| F 1998 | SCI 350, 3 cr, lecture | Science Lectures | 45 | Jr & Sr |

**DEF1 001400**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

B. Selected Discussion of Courses
   Include innovation, significant impact on curriculum, or other evidence of impact on undergraduate education.

C. Course Evaluations

   1. Student Evaluation
      List two to five of the major questions on the evaluation instrument (e.g., I rate the instructor's teaching as excellent, very good, etc.) and show the results. Give the number of students in each course and the number responding. Include course-specific norms for the past 5 years if this information is available. Do NOT include student comments.  Again, indicate online courses with an *.

| Semester & Year | Course | Responses/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| S 1999 | SCI 150 | 104/115 | 4.3 (4.7) | 4.5 (4.9) |
| S 1999 | SCI 430 | 20/21 | 4.2 (4.5) | 4.6 (4.3) |
| F 1998 | SCI 350 | 46/55 | 4.6 (4.4) | 3.2 (4.5) |

*(example questions – adjust appropriately based on departmental evaluation questions)*

   C1:  Overall, I would rate this course…
   C2:  Overall, I would rate this instructor…

   2. Peer Evaluation
      The format for peer evaluation is determined by the department policy.

D. Other Contributions to Undergraduate Education
   This may include, for example, counseling, being a faculty fellow, online course creation, leadership of study abroad programs, etc.

## III.  Discovery

A. Discussion
   The primary committee, or members of the individual's promotion evaluation committee, is responsible for writing, reviewing and approving a summary of the research with comments on the significance and quality of the publications. An optional summary written by the candidate may be included if the candidate chooses. In this case, the document should contain a clear indication regarding what material was written by the candidate. Summary should focus on the individual's focused area of research, and high-risk or interdisciplinary research that is being undertaken.

**DEF1 001401**

B. Publications

A list of the top-tier journals (and conferences, if appropriate) in the candidate's field should be at the beginning of this section. The method by which the top-tier ranking was determined should be stated. List publications in conference proceedings separately with an indication of the importance of such publications in the particular field. The primary author(s) should be indicated by an asterisk (*), post docs by "P", graduate students by "G" and undergraduate students by "U". Publications with previous mentors should also be distinguished by "M". **Note**: all publication sections should be listed with the most recent publications first. For Assistant-Associate candidates, please separate out the following sections into pre-Purdue hire and post-Purdue hire. For Associate-Full candidates, please indicate pre-tenure and post-tenure.

1. Refereed
2. In press
3. Submitted (do not include in preparation)
4. Non-refereed books and book chapters, etc.

C.    Invited Lectures

D.    Other Presented Papers

E.    Other Professional Activities

F.    Interdisciplinary Activities/Collaborations

G.    Patents

H.    Funding (be sure to clearly note internal to Purdue vs. external to Purdue awards)
1. Discussion of support
2. Award information

Agenda/Title of Grant: _____
Duration of Funding (Dates): _____
Total Amount of Award: _____
Your Role: _____
If Co-PI, for how much of the total funding are you directly responsible: _____

The above is the University required information. May be placed into table format if desired, as long as all elements are included.

I.    Evidence of Involvement of Students and Post Docs in Research Programs
1. M.S. and Ph.D. students graduated – for each student, please list name, date graduated and position taken
2. Current graduate students, with start date of research with advisor and expected completion date

3. Current and previous undergraduate students with dates and major. Supervision of undergraduate research should be included here. Numbers or lists of undergraduates doing projects in a lab and a brief overview of the types of projects should be included.
4. Current and previous postdoctoral associates
5. Service on MS/PhD committees with dates.

## IV.   Engagement

A.  Discussion of Service

B.  Department

C.  College

D.  University

E.  Professional (editorial boards, study sections, panels, consulting, program committees, etc)

F.  Diversity Activities

G.  Other Engagement Activities (for example – mention of work in the media, creation of websites to disseminate research results, short courses/workshops, etc.)

## V.  Mentoring

A.  Undergraduate students

B.  Graduate students

C.  Faculty members

## VI.   External Referees (first two items directly from University Promotion Memo)

A. External letters should be collected for all tenure and/or promotion cases. External letters should be sought from peer or aspirational peer universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case.

B. It is essential to obtain unbiased evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (MS or PhD), or postdoctoral advisor; a collaborator on a project, book, article, report or paper within the

last 60 months; co-editor of a journal, compendium, or conference proceeding within the last 60 months; a business or professional partner; any family relation such as spouse, sibling, parent or relative. An exception would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the Procedures for Granting Academic Tenure and Promotion document. Finally, when requesting a letter, it should be made clear that the letter writer should focus on the domain(s) of expertise of the candidate be that the scholarship of Discovery, Learning and/or Engagement.

C. Credentials and, if appropriate, relationship to candidate. Identify which referees were suggested by the candidate and which by the Department.

D. Excerpts with packet of full letters appended. Include all other correspondence or communications with the referees. Non-written communications should be recorded or summarized in writing.

E. Copy of letter soliciting external comments.

***University regulations require that the following paragraph be included in all requests for outside evaluations of present and potential faculty and administrators:***

Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of the authors of letters of evaluations to the fullest extent allowable under law.

***University regulations require that the following paragraph be included in all requests for outside evaluations of assistant to associate promotion cases:***

Please note that length of service in rank by itself is not a factor in promotion and/or tenure (P&T) decisions at Purdue. Our P&T criteria state: "…issues of timing should not be paramount, and discussions should focus instead on the question of whether the faculty member has provided evidence of a sustainable and impactful record that warrants promotion and/or tenure…" We do not designate any promotion nomination to be "early" (records are ready for promotion or they are not), and any extensions of the tenure clock granted to a faculty member are not considered in the decision.

## C. College Policy on Promotion Letters
*(adopted by College of Science Area Promotion Committee December 11,1996 and revised January 28,1998)*

Promotion cases presented to the College of Science Area Promotion Committee in the fall of one year may have been considered by College of Science Departments for presentation to Area Promotion Committee during the previous fall. This section gives the Area Promotion Committee recommended policy for evaluating reviewer letters for a candidate's promotion case when letters were solicited for a case the previous year. Some recommendations are also included for handling reviewer letters that are solicited for the first time.

1. Definition

Reviewer letters solicited for a candidate's promotion case before the fall meeting of the Area Promotion Committee for the current year and after its meeting of the previous fall shall be considered current year letters. Per the University policy, a minimum of 5 letters is expected for tenure and/or promotion cases. A College minimum for the number of letters is 8 with a target of 12.

2. Policy

A.  No consideration in a current year case shall be given to letters solicited for a promotion case that would ultimately have been considered in an Area Promotion Committee fall meeting two or more years earlier.

B.  If letters were solicited in the previous year for a candidate's promotion, the list of current-year reviewers shall consist of all writers of letters of evaluation in the previous year (with additions possible).  A letter writer may allow their previous letter submitted to be used as is, but if a new letter is provided, the previous letter must also be included in the packet.

C. Only potential reviewers who respond to a solicitation for a report shall appear in the list of reviewers for the current promotion year. Potential reviewers shall be included in the list of reviewers described above for the current promotion year only if they responded in the previous year.

D.  All substantive written responses (including e-mail) to a solicitation for a letter shall be included in the documentation.

E.  A description of the procedure for selecting reviewers should be included in the promotion document. No more than half of the solicited reviewers may be from a list proposed by the candidate. Each reviewer should be identified as candidate selected, committee selected, or both.

F.  All substantive communications with reviewers must be documented. Any communication from the candidate to a reviewer must go through the primary committee.

DEF1 001405

**D.  Sample Letters for Promotions**

1. Email to be sent to potential reviewers.

Dear (Professor, Dr.) PotentialReviewerName,

We are beginning the process of considering Dr. XXX for promotion (from Assistant to Associate Professor with tenure, from Associate Professor to Full Professor) in the Department of YY at Purdue University.  Would you be willing to serve as a reviewer for this case?

Please respond to this email with one of the following three choices:
1.  Yes, I will serve as a reviewer; please send me the review materials electronically.
2.  Yes, I will serve as a reviewer, please send me paper copies of the review materials via courier.
3.  No, I will not be able to serve as a reviewer for this case.

Note that we are not requesting any evaluation at this time. If you respond with either of the first two options above, we will send you the review materials (complete CV, a research summary, and copies of selected publications). We are aware of the busy schedules of (University faculty, scientists such as yourself), but we hope that you share our appreciation of the importance of this process to the University, and that you will be able to contribute your time to a review of this case.

We look forward to your response.

Sincerely,
FIRSTNAME, LASTNAME
Head, Department of XX

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

2. Sample Letter for Promotions to Associate Professor

Dr. XX is being considered for promotion from Assistant to Associate Professor with tenure in the Department of YY at Purdue University. The criteria for promotion to Associate Professor at Purdue include outstanding achievement in research and teaching and the potential for continued professional growth and recognition. We are writing to you, as an expert in Dr. XX's field of research, to seek an evaluation of Dr. XX's scientific contributions.

We would specifically appreciate your comments on the following:

1. Your relationship to the candidate.
2. The significance and quality of her/his research and achievements as an Assistant Professor and the degree of professional recognition within her/his discipline.
3. A comparison with her/his peers, with particular reference to those whom you believe are the leaders in the field.
4. Her/his research potential for the future.

We are enclosing Dr. XX's current curriculum vitae, a short description that she/he has written on her/his research, and reprints of recent published studies. We realize that relatively little information has been provided about Dr. XX's teaching and service activities, and that your judgment must be made primarily on the basis of her/his research contributions.

Please note that length of service in rank by itself is not a factor in promotion and/or tenure (P&T) decisions at Purdue.  Our P&T criteria state: "…issues of timing should not be paramount, and discussions should focus instead on the question of whether the faculty member has provided evidence of a sustainable and impactful record that warrants promotion and/or tenure…"  We do not designate any promotion nomination to be "early" (records are ready for promotion or they are not), and any extensions of the tenure clock granted to a faculty member are not considered in the decision.

We recognize that a great deal of time and effort is required for a careful evaluation of this nature, and we are very grateful for your efforts. Your assessment is critical for our endeavor to maintain the highest scholarly standards at Purdue University.

We would be most grateful if we could receive your evaluation by October XX. If necessary, a secure fax number is (765)-49x-xxxx.

Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of the authors of letters of evaluations to the fullest extent allowable under law.

DEF1 001407

If I can provide further assistance, please do not hesitate to contact me.

Sincerely,

Xxxxxx
Professor of ZZ
765-494-xxxx
xxxxx@purdue.ed

3. Sample letter for promotions to Full Professor (Referees Should be Full Professors.)

Dr. XX is being considered for promotion from Associate to Full Professor in the Department of YY at Purdue University. The criteria for promotion to Full Professor at Purdue include outstanding achievement in research and teaching and international recognition of the candidate's scholarship by peers. We are writing to you, as an expert in Dr. XX's field of research, to seek an evaluation of Dr. XX's scientific contributions.

We would specifically appreciate your comments on the following:

1. Your relationship to the candidate.
2. The significance and quality of her/his research and achievements as an Associate Professor and the degree of professional recognition within her/his discipline.
3. A comparison with her/his peers, with particular reference to those whom you believe are the leaders in the field.
4. Her/his research potential for the future.

We are enclosing Dr. XX's current curriculum vitae, a short perspective that s/he has written on her/his research, and five reprints of recent published studies. We realize that relatively little information has been provided about Dr. XX's teaching and service activities, and that your judgment must be made primarily on the basis of his research contributions.

We recognize that a great deal of time and effort is required for a careful evaluation of this nature, and we are very grateful for your efforts. Your assessment is critical for our endeavor to maintain the highest scholarly standards at Purdue University.

We would be most grateful if we could receive your evaluation by October XX. If necessary, a secure fax number is (765)-49x-xxxx.

Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of the authors of letters of evaluations to the fullest extent allowable under law.

If I can provide further assistance, please do not hesitate to contact me.

Sincerely,

xxxxxx
Professor of ZZ
765-494-xxxx
xxxxx@.purdue.edu

## E. Document Changes

Changes to promotion documents are allowed to be made up until the time that the document is reviewed and voted on by the departmental primary committee.  After that point, the document is frozen and no further substantial changes can be made.


## F. General Procedural Issues for Area Promotion Committee

1. All committee members are expected to have read every promotion file, so the valuable time of the committee members at the voting meetings should be spent on discussion of the case and not on listening to a presentation of material that has already been provided to them.

2. The presentation of each case will be strictly limited to **5 minutes**, unless there are extenuating circumstances that have been discussed with the dean beforehand. To conform to the time limit, there will be **one presenter for each case**. Cases will be presented by the head of the department where the candidate has the majority of her or his appointment. If a case would be more appropriately presented by someone else, approval should be requested from the dean beforehand.

3. Any requests for consideration of a faculty member for tenure in the ultimate year of an appointment is viewed as highly unusual and requires approval of the Office of the Provost. Any such requests need to be sent to the Provost by the end of April of the penultimate year and should include a strong vote of the departmental primary committee, a recommendation by the department head and a recommendation from the dean.

4. A 3/4 vote is required to move a case forward to the University level committee.

DEF1 001409

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT G

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CoS Promotion Outline – 2022
Taken from the College's Policies and Procedures Document
Revised 2022 per *New Instructions for Use with Faculty Promotion Form 36*

## I.  Tenure and Promotion Policies and Procedures

### A.  University Policy

The University Policy regarding promotion can be found at
http://www.purdue.edu/policies/academic-research-affairs/ib2.html. The University's Promotion
Guidelines (Form 36 Instructions) can be found at this location as well.

### B. College of Science Promotion Documents

Per West Lafayette Campus Promotions Policy, "A candidate should be given the opportunity to
help create and review his/her promotion documentation and should receive a copy of any
document (with confidential statements omitted) that will be submitted to the primary, area,
and/or University committee(s). It is the right of the candidate to have included in his/her
departmental file whatever the candidate chooses to add, including the candidate's own brief
(one page) comments about teaching, research/creative activities, and service. The candidate
may choose that these brief comments be attached to the promotion document."

The following is a College of Science Promotion Document format that incorporates current
University formats.

All pages of the document, including the first page which is the Form 36, should include the
footer "LastName, Page 1 of XX" in the lower right corner. In the lower left should be the
department name.

| | |
|---|---|
| Earth, Atmospheric, and Planetary Sciences | Jones, Page 2 of 56 |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Page 2 should be the Table of Contents.  Use the outline format:

> I.
> A.
> 1.

### I.  *General Information*

- A.  Education
- B.  Previous Positions
- C.  Present Position
- D.  Awards and Honors
    1. Internal to Purdue
    2. External to Purdue
- E.  Professional and Scholarly Associations
- F.  Other items unique to the person or Department – examples: citations in biographical works such as *Who's Who in America*, *American Men & Women of Science*, etc., memberships in academic, professional and scholarly societies.

NOTE the adjustment from Learning then Discovery to Discovery then Learning.

### II.  *Discovery*

- A.  Discussion
  The primary committee, or members of the individual's promotion evaluation committee, is responsible for writing, reviewing and approving a summary of the research with comments on the significance and quality of the publications. An optional summary written by the candidate may be included if the candidate chooses. In this case, the document should contain a clear indication regarding what material was written by the candidate. Summary should focus on the individual's focused area of research, and high- risk or interdisciplinary research that is being undertaken.

- B.  Publications
  A list of the top-tier journals (and conferences, if appropriate) in the candidate's field should be at the beginning of this section. The method by which the top-tier ranking was determined should be stated. List publications in conference proceedings separately with an indication of the importance of such publications in the particular field. The primary author(s) should be indicated by an asterisk (*), post docs by "P", graduate students by "G" and undergraduate students by "U". Publications with previous mentors should also be distinguished by "M". **Note**: all publication sections should be listed with the most recent publications first. For Assistant-Associate candidates, please separate out the following sections into pre-Purdue hire and post-Purdue hire. For Associate-Full candidates, please indicate pre-tenure and post-tenure.

    1. Refereed
    2. In press
    3. Submitted (do not include in preparation)
    4. Non-refereed books and book chapters, etc.

- C.  Invited Lectures

**DEF1 001411**

D.   Other Presented Papers

E.   Other Professional Activities

F.   Interdisciplinary Activities/Collaborations

G.   Patents

H.   Funding (be sure to clearly note internal to Purdue vs. external to Purdue awards)
  1. Discussion of support
  2. Award information

   Agenda/Title of Grant:   _____
   Dates of Funding:   _____
   Total Amount of Award:   _____
   Your Role:   _____
   If Co-PI, for how much of the total funding are you directly responsible: _____

   The above is the University required information. May be placed into table format if desired, as long as all elements are included.

I.   Evidence of Involvement of Students and Post Docs in Research Programs
  1. M.S. and Ph.D. students graduated – for each student, please list name, date graduated and position taken
  2. Current graduate students, with start date of research with advisor and expected completion date
  3. Current and previous undergraduate students with dates and major. Supervision of undergraduate research should be included here. Numbers or lists of undergraduates doing projects in a lab and a brief overview of the types of projects should be included.
  4. Current and previous postdoctoral associates
  5. Service on MS/PhD committees with dates.

## III.   *Learning*

At the beginning of the learning/teaching section, a statement on the individual's teaching may be included from either the candidate's departmental committee or the individual. The document should contain a clear indication regarding who created the material. The University Promotions Committee Guidelines state that the last 3 years of teaching data should be included; however, all the teaching data seen by the College of Science Area Promotions Committee should be forwarded to the University Promotions Committee. The 3 years was chosen to avoid listing courses by semester for 10-15 years.  Therefore, showing 3-5 years by semester and summarizing earlier data in a table or in the narrative is appropriate, especially for promotions emphasizing teaching.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

A. Teaching Assignments at Purdue
   A table format is suggested. Present the most recent 3-5 years by semester. Summarize older data by grouping, if appropriate. **Do not show more than 5 years of information**. Use the narrative to indicate teaching commitment over time. Please list courses with most recent first and clearly indicate any online courses with an *.

| Semester & Year | Course Number, Credit Hr. and Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 1999 | SCI 150, 4 cr, lecture/lab | Principles of Science | 408 | Fr through Sr |
| S 1999 | SCI 430, 1 cr, seminar | Science Seminar | 12 | Sr |
| F 1998 | SCI 350, 3 cr, lecture | Science Lectures | 45 | Jr & Sr |

B. Selected Discussion of Courses
   Include innovation, significant impact on curriculum, or other evidence of impact on undergraduate education.

C. Course Evaluations

   1. Student Evaluation
      For course evaluations **prior to Fall 2021**, please include course evaluation information as outlined below.  List two to five of the major questions on the evaluation instrument (e.g., I rate the instructor's teaching as excellent, very good, etc.) and show the results. Give the number of students in each course and the number responding. Include course-specific norms for the past 5 years if this information is available. Do NOT include student comments.  Again, indicate online courses with an *.

| Semester & Year | Course | Responses/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| S 1999 | SCI 150 | 104/115 | 4.3 (4.7) | 4.5 (4.9) |
| S 1999 | SCI 430 | 20/21 | 4.2 (4.5) | 4.6 (4.3) |
| F 1998 | SCI 350 | 46/55 | 4.6 (4.4) | 3.2 (4.5) |

**Beginning Fall 2021**, please provide course evaluation information on the following four questions:
 My instructor seems well-prepared for class.

DEF1 001413

The instructor is fair and consistent in evaluating my performance in the course.
The instructor created a welcoming and inclusive classroom environment.
The instructor is open to my questions and effectively answers them.

| Semester/ Year | Course | Well-Prepared | Fair and Consistent | Welcoming and Inclusive | Open to Questions |
|---|---|---|---|---|---|
| S 2022 | SCI 100 | 4.3/5.0 | 4.0/5.0 | 4.4/5.0 | 3.9/5.0 |
| F 2022 | SCI 430 | 4.6/5.0 | 4.2/5.0 | 4.3/5.0 | 4.0/5.0 |
| F 2022 | SCI 350 | 4.4/5.0 | 4.1/5.0 | 4.3/5.0 | 4.0/5.0 |

    2. Peer Evaluation
      The format for peer evaluation is determined by the department policy.

D. Other Contributions to Undergraduate Education
   This may include, for example, counseling, being a faculty fellow, online course creation, leadership of study abroad programs, etc.

## IV. *Engagement and Service*

A. Discussion of Engagement – how scholarly work is addressing needs(s) inside or outside of the academy
    1. Engagement with Partners - Engaged scholarship may serve the land grant mission by working with a variety of partners including governments, schools, non-profit organizations, business, and/or industries.
    2. Individuals Mentored through Engagement Activities – undergrad students, grad students, postdoctoral scientists, community members, etc.
    3. Impact of the Scholarship of Engagement – reciprocal relationships established, high level of disciplinary expertise, innovation, capability for replication or elaboration, professional and/or peer-review, documented results and impact.
    4. Technology Transfer or Commercialization Results of Engagement.
    5. Other Engagement Activities (for example – mention of work in the media, creation of websites to disseminate research results, short courses/workshops, etc.)

B. Discussion of Service – contributions through service to University, professional societies or other organizations
    1. Department
    2. College
    3. University
    4. Professional (editorial boards, study sections, panels, consulting, program committees, etc.)
    5. Consulting Activities (with bearing on promotion candidacy)
    6. Other Service Activities

C. Diversity Activities

## V. *Mentoring*

DEF1 001414

A.   Undergraduate students

B.   Graduate students

C.   Faculty members

## VI.   *External Referees (first two items directly from University Promotion Memo)*

A.  External letters should be collected for all tenure and/or promotion cases. External letters should be sought from peer or aspirational peer universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case.

B.  It is essential to obtain unbiased evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (MS or PhD), or postdoctoral advisor; a collaborator on a project, book, article, report or paper within the last 60 months; co-editor of a journal, compendium, or conference proceeding within the last 60 months; a business or professional partner; any family relation such as spouse, sibling, parent or relative. An exception would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the Procedures for Granting Academic Tenure and Promotion document. Finally, when requesting a letter, it should be made clear that the letter writer should focus on the domain(s) of expertise of the candidate be that the scholarship of Discovery, Learning and/or Engagement.

C.  Credentials and, if appropriate, relationship to candidate. Identify which referees were suggested by the candidate and which by the Department.

D.  Excerpts with packet of full letters appended. Include all other correspondence or communications with the referees. Non-written communications should be recorded or summarized in writing.

E.  Copy of letter soliciting external comments. (Be sure to include the appropriate University disclaimer statement on all letters requesting comments from external referees-see below.)

DEF1 001415

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT H

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## Guidelines for the Evaluation of Assistant Professors – Statistics
## March 10, 2018

These guidelines are meant to help evaluate the level of progress of a tenure-track assistant professor. Members of the assistant professor's mentoring committee, as well as the entire Primary Committee, should follow these guidelines when evaluating the assistant professor's progress toward tenure.

According to the general criteria, available at the webpage https://www.purdue.edu/provost/faculty/promotion/index.html, a successful candidate should have a significant record of accomplishment as a faculty member and show promise of continued professional growth and recognition. Hence, the evaluation by the Primary Committee should lead to explicit answers to the following questions:

1. Is the faculty member making satisfactory progress toward establishing a significant record of accomplishments expected for promotion to associate professor with tenure? What is the evidence?
   a. Research: Assess the quality, depth, and impact of research.
   b. Teaching: Evidence of good performance and suggestions to improve.
   c. Service (University and Profession).
   d. Mentoring of both undergraduate and graduate students.

2. Does the faculty member show promise of continued professional growth and recognition? What is the evidence? Are there opportunities that the faculty member should consider to further establish him/herself at the university, national, and/or international level?

## Supplementary Specifics and Examples
## March 30, 2021

For the first set of questions, assessments of achievements and accomplishments based on evidence are key for the evaluations of assistant professors.  Suggested minimal requirements and thresholds are as follows:

  1.a.i. High quality papers in at least one research area, demonstrating great potential in both the depth and independence of research. The Primary Committee should encourage "high risk and high impact" research work, and/or multidisciplinary research.  They should also recognize that for assistant professors working on the most challenging problems in Statistics, or conducting research in non-core Statistics areas, it may take more time for the assistant professors to produce papers, secure grants, and graduate PhD students.

   For Actuarial Science faculty, top journals include the top 4 international actuarial academic journals

   - Insurance: Mathematics and Economics,

- North American Actuarial Journal,

- Scandinavian Actuarial Journal, and

- ASTIN Bulletin.

Other good journals include

- European Actuarial Journal

- Annals of Actuarial Science

- Journal of Risk and Insurance

1.a.ii. At least one external research grant as either a PI or major Co-PI. Examples of significant achievements for grants are NIH R01 grants (typically as a Co-PI statistician or biostatistician) and multi-year NSF grants in which the assistant professor is the Lead PI at Purdue University. It is important to note that it is an achievement for an assistant professor to be part of a multi-institution NSF grant, so long as they are the Lead PI at Purdue University. Grants from the Department of Defense (e.g., DARPA, ONR, and Army) and the Department of Energy would also be significant accomplishments, but they are typically more difficult to obtain for assistant professors of Statistics compared to NIH and NSF grants.

For Actuarial Science faculty, grants from the SOA and CAS constitute their primary funding opportunities. Although they may involve substantially smaller monetary amounts than grants from other funding agencies, they are still competitive, and are valued in Actuarial Science.

1.d.i. Supervise students with *strong evidence for their satisfactory progress*. Specifically, for assistant professors who conduct research in core Statistics areas, it is expected that they supervise at least one PhD student from start to finish, and that the student should graduate with a PhD and have employment (either in academia, industry, or consulting) prior to the assistant professor going up for tenure. For assistant professors who conduct research in actuarial science or any other, non-core Statistics areas, the minimum expectation for them is that they serve as members of doctoral dissertation committees for PhD students in Statistics. As it may be more difficult to attract Statistics PhD students to conduct research in non-core Statistics areas, it is not expected that assistant professors in actuarial science or other non-core Statistics areas serve as the Chairs of doctoral dissertation committees for PhD students in Statistics.

For Actuarial Science faculty, it should be noted that Actuarial Science at Purdue University is only an undergraduate program, and so it would be extremely difficult for such faculty to supervise any graduate student. As the current Actuarial Science program serves a large number of undergraduate students, it is important to recognize the service of research experiences provided to such undergraduates.

2.i. We expect assistant professors to have *strong outside review letters* from randomly chosen top experts in their research areas for promotion to associate professor with tenure.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**Guidelines to Evaluation of Associate Professors – Statistics**
**March 10, 2018**

These guidelines are meant to help evaluate the progress of a tenured associate professor. Members of the associate professor's mentoring committee, as well as the entire Primary Committee, should follow these guidelines when evaluating the associate professor's promotion case.

According to the general criteria, available at the website https://www.purdue.edu/provost/faculty/promotion/index.html, successful candidates for promotion to professor should be recognized as authorities in their fields of specialization by external colleagues -- national and/or international, as may be appropriate in their academic disciplines -- and be valued for their intramural contributions as faculty members. Hence, the evaluation by the Primary Committee should lead to explicit answers to the following questions:

1. (In most cases these questions apply to research only, with possible exceptions.) Is the faculty member making satisfactory progress towards becoming a recognized authority internationally? What is the evidence? What opportunities do you suggest the faculty member consider in the future? Examples of evidence and indications include, but are not limited to:

   a. national or international awards,
   b. keynote, plenary, and invited talks at international conferences,
   c. editorial boards of major journals,
   d. successful competitive grant funding,
   e. organizing or serving on program committees of workshops and conferences,

   f. publications in top-tier journals and/or conference proceedings that are comparable to top-tier journals with high impact, and
   g. high citations of publications.

2. Is the faculty member on track to meet expectations for a full professor in terms of teaching, service, and mentoring? What improvements are needed? The faculty member is expected to have graduated several PhD students who have had great job placements, and to be an effective mentor of both graduate and undergraduate students.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## Supplementary Specifics and Examples
## March 30, 2021

For the previous set of questions, assessments of impact and reputation are key for the evaluations of associate professors. Suggested minimal requirements and thresholds are as follows:

   1.f.i. The associate professor has become a known expert based on their high quality of papers in at least one research area. Their expertise can be assessed by determining whether their papers have been cited by active top experts in the research area.

   1.d.i. Continued awarding of research grants from the NSF, NIH, Department of Defense, Department of Energy, and other major funding agencies as either the Lead PI at Purdue University or the major Co-PI Statistician/Biostatistician.

   2.a. Graduated several PhD students with great job placements, or who have secured academic positions (which could serve as further evidence of high-quality research).

   1.a.i. We expect associate professors to receive strong review letters from randomly chosen top experts in their research areas for promotion to full professor.

It is important to note that the Primary Committee should encourage "high risk and high impact" research work and/or multidisciplinary researches.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT I

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**President's Office Form 36**

**NOMINATION FOR PROMOTION**            DATE:  November, 2022

| 1 | FULL NAME: | Last Xi | First Bowei | Middle Initial | PUID 0015594630 | |
|---|---|---|---|---|---|---|
| 2 | Proposed Rank and Title: | Professor, Department of Statistics, Purdue University | | | | |
| 3 | Present Rank and Title: | Associate Professor, Department of Statistics, Purdue University | | | | Year 8/2011 |
| 4 | Previous Purdue University | Assistant Professor, Department of Statistics, Purdue University | | | | Year 8/2004 |
| | Rank(s) and Title(s): | | | | | Year |
| 5 | Penultimate Year | (if applicable) | | | | Year |

| 6 | ACADEMIC RECORD   (Institutions Attended) | | | | |
|---|---|---|---|---|---|
| | Degree | Year | | | Years Attended |
| | Ph.D. | 2004 | Statistics, University of Michigan, Ann Arbor | | 2001-04 |
| | M.A. | 2001 | Statistics, University of Michigan, Ann Arbor | | 1999-01 |
| | B.S. | 1999 | Peking University, Beijing, China | | 1995-1999 |

| 7 | BASIS OF NOMINATION - EMPHASIS OF SCHOLARSHIP (one or more areas must be checked) | | |
|---|---|---|---|
| | Discovery | X | |
| | Learning | | |
| | Engagement | | |

| 8 | PRIMARY COMMITTEE VOTES | Yes | 12 | No | 0 |
|---|---|---|---|---|---|

| 9 | Comments by Head of Department (or School) |
|---|---|

**Education:** Xi has taught and developed various courses. Her course evaluations and peer evaluations are very positive.  She will be a valuable role model to new teachers who have not yet developed their classroom skills.

**Discovery:** Xi has received 11 major grants for a total of more than $3 millions (one million in response).  She is a leading researcher in several areas, including Robust Models and Game Theoretic Learning.  She has received many professional awards/honors.

**Engagement:** Xi's standing within the academic community is excellent and has made significant contributions by both serving on the AE for Journal of Data Science and as a committee member in ASA JEDI (Justice, Equity, Diversity & Inclusion).  She has also involved with many important committees in the department.  She is an invaluable member of the department.

Signature: *Dennis Lin*

| 10 | AREA COMMITTEE VOTE | Yes | 10 | No | 11 |
|---|---|---|---|---|---|

| 11 | Comments by Dean and/or Chancellor (for Regional Campuses) |
|---|---|

Yes ○      No ☒

Dr. Xi is a statistician who works with data with noise to generate robust models and results.  The discussion focused on the quality of journals and conference proceeding in which she was publishing.  In addition, it was noted that she had just been awarded the Research Refresh and had no active funding and thus not evident that her research program was in an upward trajectory.

Signature:

| 12 | UNIVERSITY COMMITTEE VOTE | Yes | | No | | Recommended | Yes | | No | |
|---|---|---|---|---|---|---|---|---|---|---|

| 13 | *SPACE  RESERVED  FOR  NOTES  BY  MEMBERS  OF  UNIVERSITY  COMMITTEE* |
|---|---|

*Add other pages as needed; see instructions.*

Form 36 (Revised 2011)

**EXHIBIT 11**

DEF1 00283

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT J

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**President's Office Form 36**

NOMINATION FOR PROMOTION                                            **DATE:    November, 2022**

| 1 | FULL NAME: | Last **Bhadra** | First **Anindya** | Middle Initial | PUID **0015906334** | | |
|---|---|---|---|---|---|---|---|
| 2 | Proposed Rank and Title: | Professor, Department of Statistics, Purdue University | | | | | |
| 3 | Present Rank and Title: | Associater Professor, Department of Statistics, Purdue University | | | | Year 2018 | |
| 4 | Previous Purdue University Rank(s) and Title(s): | Assistant Professor, Department of Statistics, Purdue University | | | | Year 2012-18 | |
| | | | | | | Year | |
| 5 | **Penultimate Year** | (if applicable) | | | | Year | |

| 6 | ACADEMIC RECORD   (Institutions Attended) | | | | |
|---|---|---|---|---|---|
| | Degree | Year | | | Years Attended |
| | Ph.D. | 2010 | Statistics, University of Michigan, Ann Arbor, MI | | 2007-10 |
| | M.A. | 2007 | Statistics, University of Michigan, Ann Arbor, MI | | 2005-07 |
| | B. Tech | 2004 | Electronics & Electrical Communication Engineering, Indian Institute of Technology, Kharagpur, India | | 2000-04 |

| 7 | BASIS OF NOMINATION - EMPHASIS OF SCHOLARSHIP (one or more areas must be checked) | | |
|---|---|---|---|
| | Discovery | X | |
| | Learning | | |
| | Engagement | | |

| 8 | PRIMARY COMMITTEE VOTES | Yes | 9 | No | 5 |
|---|---|---|---|---|---|

| 9 | Comments by Head of Department (or School) |
|---|---|

**Education:** Bhadra has taught and developed various courses. His course evaluations and peer evaluations are very positive. He will be a valuable role model to new teachers who have not yet developed their classroom skills.

**Discovery:** Bhadra has received grants for a total of more than $2 millions (half million in response). He is a leading researcher in several areas, including Gaussian processes with applications to deep Learning. He has received many professional awards/honors.

**Engagement:** Bhadra's standing within the academic community is excellent and has made significant contributions by both serving on the AE for leading journals (JASA, JCGS, Sankhya, and Statistical Analysis & Data Mining). He has also involved with many important committees in the department. He is an invaluable member of the department.

Signature:  *Dennis Lin*

| 10 | AREA COMMITTEE VOTE | Yes | 21 | No | 0 |
|---|---|---|---|---|---|

| 11 | Comments by Dean and/or Chancellor (for Regional Campuses) |
|---|---|

Yes  X       No  o

Dr. Bhadra is a statistician who uses Bayesian methods for high-dimensional and complex data with applications to life sciences. He has funding from NSF and NIH, a strong publication record in tier 1 journals, is an editor at a top journal, a good instruction record, and multiple invited talks. His promotion is supported by 12 letters from strong institutions (Columbia, Duke, Harvard). Reflecting the unanimous vote of the area committee, I am very pleased to endorse his promotion to the rank Full Professor.

Signature:  *Jen Nell*

| 12 | UNIVERSITY COMMITTEE VOTE | Yes | | No | | Recommended | | Yes | | No | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 13 | SPACE  RESERVED  FOR  NOTES  BY  MEMBERS  OF  UNIVERSITY  COMMITTEE |
|---|---|
| | |

*Add other pages as needed; see instructions.*

Form 36 (Revised 2011)                                                        Page 1 of _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

**I  GENERAL INFORMATION**                                                  **4**
   A   Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
   B   Previous Positions . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
   C   Present Position . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
   D   Awards and Honors . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
       D.1   Internal to Purdue . . . . . . . . . . . . . . . . . . . . . . .  4
       D.2   External to Purdue . . . . . . . . . . . . . . . . . . . . . . .  4
   E   Professional and Scholarly Associations . . . . . . . . . . . . . . . .  5

**II  LEARNING**                                                            **6**
   A   Teaching Assignments at Purdue . . . . . . . . . . . . . . . . . . . .  6
   B   Selected Discussion of Courses . . . . . . . . . . . . . . . . . . . . .  7
   C   Course Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7
       C.1   Student Evaluation . . . . . . . . . . . . . . . . . . . . . . .  7
       C.2   Peer Evaluation . . . . . . . . . . . . . . . . . . . . . . . .  7
   D   Other Contributions to Undergraduate Education . . . . . . . . . . . .  7

**III  DISCOVERY**                                                          **9**
   A   Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9
       A.1   New developments in Gaussian processes with applications to geostatistics and deep learning  9
       A.2   Global-local shrinkage priors for ultra sparse signals . . . . . . . . .  10
       A.3   Bayesian models for joint mean-covariance estimation and for mixed discrete-continuous data  11
       A.4   Simulation-based maximum likelihood inference in hidden Markov models . .  11
       A.5   Other published works: contributions to measurement error models and collaborative work in nutritional epidemiology . . . . . . . . . . . . . . . .  12
   B   Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13
       B.1   Refereed Publications . . . . . . . . . . . . . . . . . . . . . .  13
       B.2   Discussions in refereed journals . . . . . . . . . . . . . . . . .  17
       B.3   Under revision . . . . . . . . . . . . . . . . . . . . . . . . .  18
       B.4   Submitted . . . . . . . . . . . . . . . . . . . . . . . . . . .  18
   C   Invited Lectures . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19
       C.1   Statistics/Biostatistics Department Seminars & Colloquiua (Since starting at Purdue) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19
       C.2   Other Invited Presentations (Since starting at Purdue) . . . . . . . . .  20
   D   Other Presented Papers . . . . . . . . . . . . . . . . . . . . . . . . .  21
   E   Other Professional Activities . . . . . . . . . . . . . . . . . . . . . .  21
       E.1   Editorial Activity . . . . . . . . . . . . . . . . . . . . . . .  21
       E.2   Session Organizer . . . . . . . . . . . . . . . . . . . . . . .  22
       E.3   Session Chair . . . . . . . . . . . . . . . . . . . . . . . . .  22
   F   Interdisciplinary Activities/Collaborations . . . . . . . . . . . . . . .  23
   G   Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  24

DEF1  00613

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 107 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

H    Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
     H.1    Discussion of support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
     H.2    Award Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
     H.3    Funded Awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
     H.4    Pending Awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
I    Evidence of Involvement of Students and Post Docs in Research Programs . . . . . . 26
     I.1    M.S. and Ph.D. students graduated . . . . . . . . . . . . . . . . . . . . 26
     I.2    Current graduate students . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     I.3    Current and previous undergraduate students . . . . . . . . . . . . . . . . 26
     I.4    Current and previous postdoctoral associates . . . . . . . . . . . . . . . . 26
     I.5    Dissertation Committees . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     I.6    Direction of independent study . . . . . . . . . . . . . . . . . . . . . . . 27

IV ENGAGEMENT                                                                          28
   A    Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
   B    College . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   C    University . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   D    Professional . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   E    Diversity Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
   F    Other Engagement Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

V  MENTORING                                                                           32
   A    Undergraduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   B    Graduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   C    Postdoctoral Fellows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
   D    Faculty Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

VI EXTERNAL REFEREES                                                                   34

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# I. GENERAL INFORMATION

## A   Education

Ph.D., 2010   Statistics, University of Michigan, Ann Arbor, MI.
   Advisor: Edward L. Ionides
   Dissertation: *Time series analysis for nonlinear dynamical systems with applications to modeling of infectious diseases*

M.A., 2007   Statistics, University of Michigan, Ann Arbor, MI.

B.Tech., 2004   Electronics & Electrical Communications Engineering, Indian Institute of Technology, Kharagpur, India.

## B   Previous Positions

2012–2018   Assistant Professor, Department of Statistics, Purdue University, West Lafayette, IN.
2010–2012   Postdoctoral fellow, Department of Statistics, Texas A&M University, College Station, TX
   Mentors: Bani K. Mallick and Raymond J. Carroll.

## C   Present Position

2018–present   Associate Professor, Department of Statistics, Purdue University, West Lafayette, IN.

## D   Awards and Honors

### D.1   Internal to Purdue

2017   Seed for Success Award, Purdue University.
2016   Outstanding Assistant Professor Undergraduate Teaching Award, Dept. of Statistics, Purdue University.

### D.2   External to Purdue

2021   Young Statistical Scientist Award, International Indian Statistical Association (IISA).
2021   Associate Editor, Journal of Computational and Graphical Statistics.
2020   Associate Editor, Journal of the American Statistical Association (Theory & Methods).
2019   Research Fellow, Statistical and Applied Mathematical Sciences Institute (SAMSI),
   (Award includes one course buyout at Purdue Statistics and support for visit to SAMSI in Fall, 2019).
2015   Elected Member, International Statistical Institute.
2014   New Researcher Fellow, Statistical and Applied Mathematical Sciences Institute (SAMSI),
   (Award includes one course buyout at Purdue Statistics and support for visit to SAMSI in Fall, 2014).

**DEF1  00615**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## E   Professional and Scholarly Associations

American Statistical Association (ASA)
International Society for Bayesian Analysis (ISBA).

DEF1  00616

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# II. LEARNING

*This document is a collaborative effort between the candidate and the Department of Statistics Promotion Committee. Both parties are in agreement as to the content and quality of this document.*

Dr. Bhadra has taught classes at all levels (PhD, MS and undergraduate) at Purdue Statistics. At the PhD level, Dr. Bhadra has taught a core course in computational statistics 3 times and has been responsible for chairing the PhD qualifying examination committee in that subject for the past 5 years. At the undergraduate level, Dr. Bhadra's efforts have been recognized by the *Outstanding Assistant Professor Undergraduate Teaching Award* by the Dept. of Statistics in 2016. Dr. Bhadra was part of a committee at Purdue Statistics that developed the curriculum for the joint Computer Science and Statistics Data Science undergraduate major and he developed a new undergraduate data science class (STAT 355: Statistics for Data Science) in Spring 2018. Further, as part of a committee convened by the then department head Hao Zhang in Fall 2017, Dr. Bhadra led a revision of the syllabi for the computational statistics PhD core sequence: STAT 545 and 546.

## A   Teaching Assignments at Purdue

See Table II.1.

Table II.1: Teaching Assignments (last 5 years)

| Semester and Year | Course Number, Credit Hour, Type | Title of Course | Number of Students | Student Classification |
|---|---|---|---|---|
| S 2022 | STAT 417, 3 cr, lecture | Statistical Theory | – | U |
| S 2022 | STAT 546, 3 cr, lecture | Computational Statistics | – | Gr |
| S 2021 | STAT 417, 3 cr, lecture | Statistical Theory | 30 | U |
| S 2021 | STAT 417, 3 cr, lecture | Statistical Theory | 38 | U |
| F 2020 | STAT 545, 3 cr, lecture | Introduction to Computational Statistics | 36 | Gr |
| S 2019 | STAT 417, 3 cr, lecture | Statistical Theory | 29 | U |
| S 2019 | STAT 546, 3 cr, lecture | Computational Statistics | 31 | Gr |
| F 2018 | STAT 355, 3 cr, lecture | Statistics for Data Science | 22 | U |

DEF1  00617

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## B  Selected Discussion of Courses

*STAT 355*   Dr. Bhadra teaches STAT 355, *Statistics for Data Science*, which is a three credit *new undergraduate course* focusing on core statistical principles of data science, developed exclusively for the new undergraduate Data Science major.

*STAT 545*   Dr. Bhadra teaches STAT 545, *Introduction to Computational Statistics*, which is a three credit core course required for MS/PhD students in the Department of Statistics who plan to take the computational statistics qualifying examination.

*STAT 546*   Dr. Bhadra teaches STAT 546, *Computational Statistics*, which is a three credit core course required for PhD students in the Department of Statistics who plan to take the computational statistics qualifying examination.

*STAT 417*   Dr. Bhadra teaches STAT 417, *Statistical Theory*, which is a three credit undergraduate course aimed at a rigorous introduction to mathematical statistics.

*STAT 503*   Dr. Bhadra teaches STAT 503, *Statistical Methods for Biology*, which is a three credit introductory statistics course aimed at the senior undergraduate/Masters level intended for biology, pharmacy, agricultural and health sciences majors.

*STAT 692*   Dr. Bhadra teaches STAT 692, *Statistics Colloquium*, which is a one credit seminar course for Masters/Ph.D. students in statistics.

*STAT 695*   Dr. Bhadra teaches STAT 695, *Mathematical Statistics Seminar*, which is a one credit seminar course on mathematical statistics for Ph.D. students in statistics.

## C  Course Evaluations

### C.1  Student Evaluation

The following two questions serve as the general instructor evaluation questions on the Statistics Department's evaluation instrument. Each question was scored by the students on a 1 to 5 point scale. The overall means are the means from long range data of class medians.

C1: "Overall, I would rate this course as:"
C2: "Overall, I would rate this instructor as:"

See Table II.2 for a summary of student evaluations.

### C.2  Peer Evaluation

## D  Other Contributions to Undergraduate Education

1. Dr. Bhadra directed the research of Purdue Statistics Living Learning Community student Jun Kim in Fall 2018. Jun worked on neural network models and *presented a poster at JSM*

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Table II.2: Student Evaluations (last 5 years)

| Semester and Year | Course | Respond/Enroll | C1 Score (overall mean) | C2 Score (overall mean) |
|---|---|---|---|---|
| S 2022 | STAT 417 | – | – | – |
| S 2022 | STAT 546 | – | – | – |
| S 2021 | STAT 417 | 12/30 | – | 4.2 |
| S 2021 | STAT 417 | 12/38 | – | 4.4 |
| F 2020 | STAT 545 | 22/36 | – | 4.5 |
| S 2019 | STAT 546 | 17/31 | 4.4 (4.4) | 4.4 (4.4) |
| S 2019 | STAT 417 | 6/29 | 4.0 (3.5) | 4.0 (3.5) |
| F 2018 | STAT 355 | 8/22 | 3.9 (3.2) | 3.8 (3.2) |

*2019.*

2. Dr. Bhadra *developed a new course (STAT 355: Statistics for Data Science)* in Spring 2018 for the new undergraduate Data Science major.

3. Dr. Bhadra directed the research of Purdue Statistics undergraduate student Xiang Pan on a 1 credit research course (STAT 190) in Summer, 2016. Xiang worked on Markov chain Monte Carlo methods applied to measurement error models.

4. Dr. Bhadra is a National Alliance for Doctoral Studies in the Mathematical Sciences (Math Alliance) mentor to undergraduate students in statistics (http://mathalliance.org/mentor/anindya-bhadra/). Math Alliance is funded by a National Science Foundation Grant (1242941) from the Division of Mathematical Sciences, with a stated mission "to be sure that every underrepresented or underserved American student with the talent and the ambition has the opportunity to earn a doctoral degree in a mathematical science."

5. Dr. Bhadra was part of a committee at Purdue Statistics that worked with the Department of Computer Science to develop a new undergraduate major in Data Science.

DEF1 00619

## III. DISCOVERY

*This document is a collaborative effort between the candidate and the Department of Statistics Promotion Committee. Both parties are in agreement as to the content and quality of this document.*

## A    Discussion

Dr. Bhadra's current research focuses primarily on *Bayesian methods* for analyzing data that are *high-dimensional* or data that display *complex interactions* (e.g., multivariate with mixed discrete-continuous nature or continuous with non-normal marginals). In the past, Dr. Bhadra worked on *simulation-based maximum likelihood* methods for hidden Markov models with analytically intractable likelihood. Dr. Bhadra focuses on applications in biological sciences in a broad sense, including, but not limited to, expression quantitative trait loci (eQTL) analysis, transmission of infectious diseases, and nutritional epidemiology. The three major methodological areas of investigation are (a) global-local shrinkage priors for ultra sparse signals, (b) Bayesian models for joint mean-covariance estimation and for mixed discrete-continuous data and (c) simulation-based maximum likelihood inference in hidden Markov models. Dr. Bhadra's methodological research is strongly motivated by practical biological applications, evidenced by collaborations with statisticians, as well as epidemiologists, geneticists and nutritionists; publications in statistical as well as scientific journals; and research funding as Principal Investigator as well as Co-Investigator from major federal agencies such as the NSF and NIH. A complete list of publications by Dr. Bhadra and corresponding citation statistics can be found on his Google Scholar profile [link].

### A.1    New developments in Gaussian processes with applications to geostatistics and deep learning

*(This research is supported by NSF Grant DMS-2014371 in 2020–2023 where Dr. Bhadra is the PI.)*

Dr. Bhadra's most recent area of interest involves Gaussian processes (GP), which are ubiquitous in diverse application areas of statistics. They are popular tools in modeling spatial or spatiotemporal data, where they are directly useful, and a large literature on spatial prediction (also known as kriging) is built around them. They are also useful in a very different way in *deep learning*, where they arise as the limiting case of a deep neural network (DNN) with Gaussian priors on the weights, as the number of hidden nodes diverges to infinity. Thus, they are commonly used as *DNN emulators* for uncertainty quantification, since this limiting behavior is often easier to quantify compared to the behavior of finite-dimensional DNNs. Yet, for all their simplicity and wide applicability, the common techniques for application of GP suffer from some known limitations. Chief among them is the over-reliance on the so called Matérn covariance function. A key reason for the popularity of the Matérn covariance function over other alternatives is the control it affords the user over the smoothness of the GP realizations, which is controlled by a single parameter. Yet, the Matérn covariance has exponentially decaying tails, which makes it unsuitable for modeling long range dependence where a polynomial covariance may be more appropriate. However, the use of a polynomial covariance such as Cauchy comes at a great cost: one loses control over the smoothness of the process realizations, in that the GP realizations using a Cauchy covariance are either infinitely differentiable (very smooth) or not at all (very rough) in the mean squared sense. In [B.3.1], Dr. Bhadra proposes a new *interpretable* covariance class, called the *Confluent Hyper-*

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*geometric (CH) class*, which resolves this issue. The resultant covariance contains two parameters: one controls the degree of differentiability of the GP realizations and the other controls the polynomial tail heaviness, independently of each other; effectively combining the benefits of Matérn and polynomial covariances. Application using NASA's Orbiting Carbon Observatory-2 satellite data confirms the advantage of the CH class over the Matérn class, especially in extrapolative settings. *This paper appeared at the Journal of the American Statistical Association (Theory & Methods)*.

## A.2 Global-local shrinkage priors for ultra sparse signals

*(This research was supported by Grant No. DMS-1613063 by the NSF with Dr. Bhadra was the PI.)*

The horseshoe estimator of Carvalho, Polson and Scott (2010, Biometrika) was one of the first works to demonstrate the power of "global-local" shrinkage in ultra-sparse Bayesian variable selection problems. Since then, multiple attractive theoretical properties of this estimator have been discovered. In a collaborative work with Nick Polson, Jyotishka Datta and Brandon Willard, Dr. Bhadra proposed a new estimator, termed the "horseshoe+ estimator," that improves upon the horseshoe, both theoretically and empirically. Specifically, Dr. Bhadra's work proves that the horseshoe+ posterior concentrates at a rate faster than that of the horseshoe in the Kullback-Leibler (K-L) sense. It is also established theoretically that the proposed estimator has lower posterior mean squared error in estimating signals compared to the horseshoe and achieves the optimal Bayes risk in testing up to a constant. The details are available in [B.1.28], published in *Bayesian Analysis*.

In another collaborative work with the same group of co-authors, Dr. Bhadra demonstrated that global-local shrinkage priors are good candidates for default priors in high-dimensional Bayesian models [B.1.30]. This research has been published in *Biometrika* and resolved a question raised by Bradley Efron in 1973 regarding the nature of default priors in a normal means model and showed that global-local priors are useful when the parameter of interest is not the high-dimensional vector of normal means per se, but its low-dimensional function such as the sum of squares, maximum, product or ratio. Global-local priors perform favorably to the reference priors on these problems, with the added advantage that unlike the reference priors in some cases, global-local priors are always proper (i.e., integrable), thereby avoiding certain problems associated with improper priors.

Dr. Bhadra is also investigating the predictive performance of regression models under global-local shrinkage priors and formally derived the conditions under which global-local shrinkage regression can outperform purely global shrinkage regression (such as ridge regression and principal components regression) in terms of predictive performance [B.1.20]. The work proceeds by developing expressions for Stein's unbiased risk estimate (SURE) to estimate the predictive risk of global as well as global-local shrinkage regressions. A major contribution is the explicit identification of situations under which global-local shrinkage regression can result in lower predictive risk compared to purely global shrinkage regression. This work is published in the *Journal of Machine Learning Research*. Other related works derive fast computational algorithms to perform feature selection using the non-convex horseshoe regularization penalty [B.4.12], propose the use of the horseshoe estimator in sparse precision matrix estimation [B.1.21, *published in JCGS*] and demonstrate the use of some integral identities for generating global-local shrinkage priors [B.4.11]. A review article

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 115 of 264
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

summarizing the important developments in global-local shrinkage methods between 2010 and 2017 is also published in _Statistical Science_. [B.3.19].

### A.3  Bayesian models for joint mean-covariance estimation and for mixed discrete-continuous data

Dr. Bhadra co-developed the first Bayesian model for joint variable and covariance selection in a high-dimensional framework. Essentially this is a _multiple predictors, multiple responses_ regression problem where the responses are correlated. Numerous problems in genomics fall in this category and Dr. Bhadra has made contributions in analyzing human expression quantitative trait loci (eQTL) data and microRNA-mRNA interactions in glioblastoma (malignant brain tumor).

[B.1.35] formulates the eQTL analysis problem in a high-dimensional linear Gaussian sparse seemingly unrelated regression (SSUR) setting and develops a Bayesian technique to (a) perform a sparse joint selection of significant predictor variables and significant covariance matrix elements for SSUR and (b) perform an association analysis between the high-dimensional sets of predictors and responses in such a setting. Using publicly available SNP and gene expression data, the method is established as an attractive procedure to uncover the significant associations between the SNPs and the genetic transcripts. _This work appeared as a highlights article for the June 2013 issue of Biometrics._

[B.1.34] applied the approach presented in the article above to analysis of multi-platform cancer genomic data in Glioblastoma. [B.1.33] proposed a novel extension to [B.1.35] to handle tree-structured dependence in errors. _The first author in the peer-reviewed journal article [B.1.33] is a Purdue Statistics graduate student._ [B.1.25] proposes a technique to infer network structure (specifically, conditional independence relationship) in multivariate data that are non-Gaussian and are of mixed discrete-continuous nature and appeared in _Biometrics._ The distinguishing feature of the technique proposed in [B.1.25] with existing techniques is that conditional independence in mixed discrete and continuous data can be inferred directly at the level of _observed data_, without conditioning on any latent variables, as commonly resorted to in copula models. [B.1.6] proposes a joint mean–covariance estimation procedure using the horseshoe priors and is shown to outperform several competing approached.

### A.4  Simulation-based maximum likelihood inference in hidden Markov models

Simulation-based maximum likelihood inference proceeds via simulation of sample paths of the unobserved state process in a hidden Markov model. Evaluation of the state transition density is not required. This offers several advantages to the practitioner. First, it broadens the range of models for which inference becomes feasible. This is particularly true in the case of mechanistic models favored by scientists or engineers, where there is often no closed form to the likelihood, but sample paths of the hidden states can be simulated rather easily. Second, these methods employ a "derivative-free" optimization procedure, requiring neither analytic derivatives (which may be unavailable) nor numerical derivatives (which may suffer from computational instability). Dr. Bhadra has been involved with the development of "iterated filtering," a simulation-based maximum likelihood inference procedure applicable to a broad class of HMMs.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

[B.1.37] appeared in the *Annals of Statistics* and analyzes the theoretical properties of the iterated filtering algorithm. It establishes consistency of the proposed method and also frames iterated filtering as a special case of a broad class of stochastic approximation algorithms, thereby motivating future research by tapping into the rich theory already developed for this field.

[B.1.38] uses iterated filtering to successfully model malaria transmission in India and answer scientific questions regarding the role of rainfall on the epidemic. The model demonstrates significantly better prediction performance when it incorporates rainfall as a covariate. Apart from a better understanding of the disease dynamics, at a practical level, this research enables early prediction of malaria epidemics, thereby aiding the control measures. *This research was chosen as the cover article for the September 2010 issue of the PLoS Computational Biology.*

[B.1.36] is a related article that focused primarily on the statistical aspects of modeling the time series data. They developed an efficient framework for searching the high-dimensional parameter space to perform maximum likelihood inference on mechanistic models represented as a system of coupled nonlinear stochastic differential equations driven by Lévy noise. *This work appeared as a featured article for the June 2011 issue of the Journal of the American Statistical Association (Applications & Case Studies).*

A crucial computational bottleneck in applying particle filters is the high variance of the resulting estimates. Motivated by practically data analysis problems encountered in the malaria data, Dr. Bhadra made novel methodological contributions that resulted in up to 55% lower variance for particle filters [B.1.32].

## A.5  Other published works: contributions to measurement error models and collaborative work in nutritional epidemiology

Although not the primary area of interest, some of Dr. Bhadra's recent works have focused on measurement error methodology and its applications to nutritional epidemiology data. In nutritional epidemiology, much of the information concerning individuals' dietary intakes is obtained through food frequency questionnaires (FFQ) that contain questions on long-term eating habits. Since it is common for people to have imperfect memory of long-term dietary intakes, accounting for measurement error is critically important. One approach is to use 24-hour recalls, that asks questions only on previous 24-hour dietary intakes, as unbiased instruments to correct for the measurement error in the FFQ. Dr. Bhadra has designed efficient computational techniques for these problems. [B.1.27] develops an expectation-maximization algorithm for performing maximum likelihood inference in measurement error models. [B.1.31] develops a Bayesian procedure for the same problem and illustrate statistical and computational benefits over competing approaches using a nutritional epidemiology data set.

Currently, Dr. Bhadra is involved in a multi-university research collaboration, with Prof. Regan Bailey of Purdue University Nutrition Science as the lead PI. Other senior personnels include members from Wake Forest University and University of Utah. The plan is to develop a nutrient index including all sources of food and dietary supplements, while accounting for measurement errors.

DEF1  00623

*The research team has recently obtained an R01 award totaling $1.5 million from the National Cancer Institute to perform the proposed research. Dr. Bhadra is a Co-Investigator on this proposal with a budgeted effort of 1 calendar month per year between 2017 and 2021. Dr. Bhadra and other Purdue faculty members of the research team are recipients of the 2017 Seed for Success Award by Purdue University, given in recognition of the accomplishments of investigators for their efforts in obtaining $1 million or more in external sponsored research.* So far, there are three collaborative papers from this work, published in *Journal of Nutrition as an Editor's Choice article* [B.1.22] and *Nutrients* [B.1.23, B.1.24] .

Dr. Bhadra is also involved in a separate collaborative project concerning temporal patterns in diet and physical activity data. *This research is led by Prof. Heather Eicher-Miller of Purdue Nutrition Science and funded by an R21 award totaling $410,000 by the NCI between 2018 and 2020. Dr. Bhadra is a Co-Investigator with a budgeted effort of 0.45 summer month per year.*

## B   Publications

To give an idea of the ratings of journals, the most recent Journal Impact Factor (JIF) from ISI Journal Citation Reports has been included for each citation. It must be recognized that the range of JIF varies widely by field due to the number of journals and their citation rates. For example, the highest JIF in Applied Mathematics is 4.90 (*SIAM Review*), in Geriatrics and Gerontology is 7.45 (*Aging Cell*), and in Genetics and Heredity is 40.28 (*Nature Reviews Genetics*). Therefore a comparison of JIF across disciplines is problematic. According to the most recent Journal Citation Reports, there are about 124 Statistics and Probability journals, ranging from Impact Factors of 0.15 to 4.61 (*Journal of the Royal Statistical Society: Series B*), with an outlier at 9.44 (*Journal of Statistical Software*). In statistical theory and methodology, *Annals of Statistics, Journal of the American Statistical Association (JASA), Journal of the Royal Statistical Society: Series B (JRSSB) and Biometrika* are widely regarded as the premier journals (e.g, Table 5 of Varin et al., 2016). Table III.1 shows the impact factors of the journals in which Dr. Bhadra has published.

### B.1   Refereed Publications

(* *indicates equal contribution , † indicates corresponding author, "P" indicates post doc , "G" indicates graduate student , "U" indicates undergraduate student and "M" indicates previous mentors*)

1. Ma, P. and **Bhadra, A.** (2022). Beyond Matérn: On A Class of Interpretable Confluent Hypergeometric Covariance Functions. *Journal of the American Statistical Association, Theory & Methods (to appear).*

2. Cowan, A. E., Tooze, J. A., Gahche, J. J., Eicher-Miller, H. A., Guenther, P. M., Dwyer, J. T., Potischman, N., **Bhadra, A.**, Carroll, R. J. and Bailey, R. L. (2022+). Trends in overall and micronutrient-containing dietary supplement use among U.S. adults and children, NHANES 2007-2018. *Journal of Nutrition (to appear).*

3. Lin, L., Guo, J., Li, Y., Gelfand, S. B., Delp, E. J., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Eicher-Miller, H. A. (2022). The discovery of data-driven temporal dietary patterns

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Table III.1: Impact Factors of the Journals

| Journal Name | Most Recent Impact Factor | Rank (Category) by Impact Factor |
|---|---|---|
| Am. J. Clinical Nutrition | 6.77 | 6/86 (Nutrition & Dietetics) |
| Annals of Statistics | 3.023 | 7/124 (Statistics & Probability) |
| Appetite | 3.501 | 30/86 (Nutrition & Dietetics) |
| Bayesian Analysis | 1.464 | 37/124 (Statistics & Probability) |
| Biometrics | 1.329 | 43/124 (Statistics & Probability) |
| Biometrika | 1.448 | 38/124 (Statistics & Probability) |
| Crit. Rev. in Food Sc. and Nutr. | 11.176 | 3/86 (Nutrition & Dietetics) |
| International Statistical Review | 2.209 | 19/124 (Statistics & Probability) |
| JASA | 2.016 | 14/124 (Statistics & Probability) |
| JCGS | 1.790 | 25/124 (Statistics & Probability) |
| JMLR | 4.091 | 27/133 (Artificial Intelligence) |
| JMVA | 1.136 | 65/124 (Statistics & Probability) |
| Journal of Nutrition | 4.416 | 15/86 (Nutrition & Dietetics) |
| Nutrients | 4.171 | 16/86 (Nutrition & Dietetics) |
| Oncoscience | Not available | Not available |
| PLoS Comput. Biol. | 4.542 | 4/57 (Math. & Comp. Biology) |
| Preventive Medicine | 3.788 | 32/193 (Public Health) |
| Public Health Nutrition | 2.526 | 54/86 (Nutrition & Dietetics) |
| Sankhya A | Not available | Not available |
| Sankhya B | Not available | Not available |
| Stat | 0.47 | 116/124 (Statistics & Probability) |
| Statistical Science | 2.324 | 14/124 (Statistics & Probability) |
| Statistics & Computing | 2.051 | 13/124 (Statistics & Probability) |
| Statistics & Probability Letters | 0.540 | 100/124 (Statistics & Probability) |

and a validation of their description using energy and time cut-offs. *Nutrients (to appear)*.

4. Cowan, A. E., Bailey, R. L., Jun, S., Dodd, K. W., Gahche, J. J., Eicher-Miller, H. A., Guenther, P. M., Dwyer, J. T., Potischman, N., **Bhadra, A.**, Carroll, R. J. and Tooze, J. A. (2022). The Total Nutrient Index is a useful measure for assessing total micronutrient exposures among U. S. adults. *Journal of Nutrition* **152**, 863–871.

5. Lin, L., Guo, J., Aqeel, M. M., Gelfand, S. B., Delp, E. J., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Eicher-Miller, H. A. (2022). Joint temporal dietary and physical activity patterns: associations with health status indicators and chronic diseases. *American Journal of Clinical Nutrition* **115**, 456–470.

6. Li, Y.[G], Datta, J., Craig, B. A. and **Bhadra, A.**† (2021). Joint mean–covariance estimation via the horseshoe. *Journal of Multivariate Analysis* **183**, 104716.

7. Cowan, A. E., Jun, S., Tooze, J. A., Dodd, K. W., Gahche, J. J., Eicher-Miller, H. A., Guenther, P. M., Dwyer, J. T., Potischman, N., **Bhadra, A.**, Carroll, R. J. and Bailey, R. L. (2021). A narrative review of nutrient based indexes to assess diet quality and the proposed Total Nutrient Index that reflects total dietary exposures. *Critical Reviews in Food Science and Nutrition (to appear)*.

8. Jun, S., Cowan, A. E., Dodd, K. W., Tooze, J. A., Gahche, J. J., Eicher-Miller, H. A., Guenther, P. M., Dwyer, J. T., Potischman, N., **Bhadra, A.**, Forman, M. R., and Bailey, R. L. (2021). Association of food insecurity with dietary intakes and nutritional biomarkers among U.S. children, National Health and Nutrition Examination Survey (NHANES) 2011–2016. *American Journal of Clinical Nutrition* **114**, 1059–1069.

9. Aqeel, M., Guo, J., Lin, L., Gelfand, S., Delp, E., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Eicher-Miller, H. A. (2021). Temporal Physical Activity Patterns are Associated with Obesity in U.S. Adults. *Preventive Medicine* **148**, 106538.

10. **Bhadra, A.**†, Datta, J., Li, Y.[G] and Polson, N. G. (2020). Horseshoe regularization for machine learning in complex and deep models. *International Statistical Review*, **88**, 302–320. **(with discussion)**.

11. **Bhadra, A.**, Datta, J., Polson, N. G. and Willard, B. (2020). Global-local mixtures: a unifying framework. *Sankhya A, Special Issue in memory of Jayanta K. Ghosh (to appear)*.

12. **Bhadra, A.**, Datta, J., Polson, N. G. and Willard, B. (2020). The horseshoe-like regularization for feature subset selection. *Sankhya B, Special Issue in memory of Jayanta K. Ghosh (to appear)*.

13. Aqeel, M. M., Guo, J., Lin, L., Gelfand, S. B., Delp, E. J., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Eicher-Miller, H. A. (2020). Temporal Dietary Patterns are Associated with Obesity in U.S. Adults. *Journal of Nutrition* **150**, 3259–3268.

14. Jun, S., Cowan, A. E., **Bhadra, A.**, Dodd, K. W., Dwyer, J. T., Eicher-Miller, H. A., Gahche, J., Guenther, P. M., Potischman, N., Tooze, J. A. and Bailey, R. L. (2020). Older adults with obesity have higher risks of some micronutrient inadequacies and lower overall dietary quality compared to peers with a healthy weight, National Health and Nutrition Examination Surveys (NHANES), 2011-2014. *Public Health Nutrition* **23**, 2268–2279.

15. Aqeel, M., Forster, A., Richards, E. A., Hennessy, E., McGowan, B., **Bhadra, A.**, Guo, J., Gelfand, S., Delp, E. and Eicher-Miller, H. A. (2020). The Effect of Timing of Exercise and Eating on Postprandial Response in Adults: A Systematic Review. *Nutrients (Special Issue on Meal Timing to Improve Human Health)* **12**, 221.

16. Eicher-Miller, H., A., Gelfand, S., Hwang, Y., Delp, E., **Bhadra, A.** and Guo, J. (2020). Distance metrics optimized for clustering temporal dietary patterning among U.S. adults. *Appetite* **144**, 104451.

17. Cowan, A. E., Jun, S., Tooze, J. A., Eicher-Miller, H. A., Dodd, K. W., Gahche, J. J., Guenther, P. M., Dwyer, J. T., Potischman, N., **Bhadra, A.** and Bailey, R. L. (2020). Total Usual Micronutrient Intakes Compared to the Dietary Reference Intakes among U.S.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 120 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Adults by Food Security Status. *Nutrients (Special Issue on Nutrition among Vulnerable Populations)* **12**, 38.

18. Cowan, A. E., Jun, S., Tooze, J. A., Dodd, K. W., Dwyer, J. T., Eicher-Miller, H. A., Gahche, J., Guenther, P. M., Potischman, N., **Bhadra, A.**, and Bailey, R. L. (2020). Comparison of four methods to assess the prevalence of use and estimates of usual nutrient intakes from dietary supplements among U.S. adults. *Journal of Nutrition* **150**, 884–893.

19. **Bhadra, A.**, Datta, J., Polson, N. G. and Willard, B. (2019). Lasso meets horseshoe: a survey. *Statistical Science* **34**, 405–427.

20. **Bhadra, A.**†, Datta, J., Li, Y.$^G$, Polson, N. G. and Willard, B. (2019). Prediction risk for the horseshoe regression. *Journal of Machine Learning Research* **20**(78), 1–39.

21. Li, Y.$^G$, Craig, B. A. and **Bhadra, A.** (2019). The graphical horseshoe estimator for inverse covariance matrices. *Journal of Computational and Graphical Statistics* **28**, 747–757.

22. Bailey, R. L., Dodd, K. W., Gahche, J. J., Dwyer, J. T., Cowan, A. E., Jun, S., Eicher-Miller, H. A., Guether, P. M., **Bhadra, A.**, Thomas, P. R., Potischman, N., Carroll, R. J. and Tooze, J. A. (2019). Best Practices for Dietary Supplement Assessment and Estimation of Total Usual Nutrient Intakes in Population-Level Research and Monitoring. *Journal of Nutrition* **149**, 181–197. **(Editor's Choice)**

23. Jun, S., Cowan, A. E., Tooze, J. A., Gahche, J. J., Dwyer, J. T., Eicher-Miller, H. A., **Bhadra, A.**, Guenther, P. M., Potischman, N., Dodd, K. W. and Bailey, R. L. (2018). Dietary Supplement Use among U.S. Children by Family Income, Food Security Level, and Nutrition Assistance Program Participation Status in 2011–2014. *Nutrients (Special Issue on Advances in Dietary Supplements)* **10**, 1212.

24. Cowan, A. E., Jun, S., Gahche, J. J., Tooze, J. A., Dwyer, J. T., Eicher-Miller, H. A., **Bhadra, A.**, Guenther, P., Potischman, N., Dodd, K. W. and Bailey, R. L. (2018). Dietary Supplement Use Differs by Socioeconomic and Health-Related Characteristics among U.S. Adults, NHANES 2011–2014. *Nutrients (Special Issue on Advances in Dietary Supplements)* **10**, 1114.

Post-tenure

Pre-tenure

25. **Bhadra, A.**†, Rao, A. and Baladandayuthapani, V. (2018). Inferring network structure in non-normal and mixed discrete-continuous genomic data. *Biometrics* **74**, 185–195.

26. Lehrer, M., **Bhadra, A.**, Aithala, S., Ravikumar, V., Zheng, Y., Dogan, B., Bonaccio, E., Burnside, E. S., Morris, E., Sutton, E., Whitman, G. J., Net, J., Brandt, K., Ganott, M., Zuley, M. and Rao, A. (2017). High-dimensional regression analysis links magnetic resonance imaging features and protein expression and signaling pathway alterations in breast invasive carcinoma. *Oncoscience* **5**, 39–48.

27. **Bhadra, A.**† (2017). An expectation-maximization scheme for measurement error models. *Statistics and Probability Letters* **120**, 61–68.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 121 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

28. **Bhadra, A.**†, Datta, J., Polson, N. G. and Willard, B. (2017). The horseshoe+ estimator of ultra-sparse signals. *Bayesian Analysis* **12**, 1105–1131.

29. Lehrer, M., **Bhadra, A.**, Ravikumar, V., Chen, J. Y., Wintermark, M., Hwang, S. N., Holder, C. A., Huang, E. P., Fevrier-Sullivan, B., Freymann, J. B. and Rao, A. (2017). Multiple-response regression analysis links magnetic resonance imaging features to de-regulated protein expression and pathway activity in lower grade glioma. *Oncoscience* **4**, 57–66.

30. **Bhadra, A.**†, Datta, J., Polson, N. G. and Willard, B. (2016). Default Bayesian analysis with global-local shrinkage priors. *Biometrika* **103**, 955–969.

31. **Bhadra, A.**† and Carroll, R. J.[M] (2016). Exact sampling of the unobserved covariates in Bayesian spline models for measurement error problems. *Statistics and Computing* **26**, 827–840.

32. **Bhadra, A.**† and Ionides, E. L.[M] (2016). Adaptive particle allocation in iterated sequential Monte Carlo via approximating meta-models. *Statistics and Computing* **26**, 393-407.

33. Feldman, G.[G], **Bhadra, A.**† and Kirshner, S. (2014). Bayesian feature selection in high-dimensional regression in presence of correlated noise. *Stat* **3**, 258–272.

34. **Bhadra, A.**† and Baladandayuthapani, V. (2013). Integrative sparse Bayesian analysis of multi-platform genomic data in Glioblastoma, In *2013 IEEE International Workshop on Genomic Signal Processing and Statistics (GENSIPS 2013)*, pp. 1–4.

35. **Bhadra, A.**† and Mallick, B. K.[M] (2013) Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis. *Biometrics* **69**, 447–457. **(Highlights article, June 2013 issue)**

36. **Bhadra, A.**, Ionides, E. L.[M], Laneri, K., Pascual, M., Bouma, M. and Dhiman, R. C. (2011). Malaria in Northwest India: Data analysis via partially observed stochastic differential equation models driven by Lévy noise. *Journal of the American Statistical Association* **106**, 440–451. **(Featured article, JASA Applications & Case Studies, June 2011 issue)**

37. Ionides, E. L.[M], **Bhadra, A.**, Atchadé, Y. and King, A. A. (2011). Iterated filtering. *Annals of Statistics* **39**, 1776–1802.

38. Laneri, K.**\***, **Bhadra, A.\***, Ionides, E. L.[M], Bouma, M., Dhiman, R. C., Yadav, R. S. and Pascual, M. (2010). Forcing versus feedback: Epidemic malaria and monsoon rains in Northwest India. *PLoS Computational Biology* **6**, e1000898. **(Cover article, September 2010 issue)**

**B.2   Discussions in refereed journals**

39. **Bhadra, A.** (2021). Invited discussion of "Bayesian Graphical Models for Modern Biological Applications" by Y. Ni, V. Baladandayuthapani, M. Vannucci and F. C. Stingo. *Statistical Methods & Applications (to appear)*.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 122 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

40. **Bhadra, A.** (2011). Invited discussion of "Riemann manifold Langevin and Hamiltonian Monte Carlo methods" by M. Girolami and B. Calderhead. *Journal of the Royal Statistical Society, Series B* **73**, 173–174.

41. **Bhadra, A.** (2010). Contributed discussion of "Particle Markov chain Monte Carlo methods" by C. Andrieu, A. Doucet and R. Holenstein. *Journal of the Royal Statistical Society, Series B* **72**, 314–315.

### B.3  Under revision

1. Sagar, K.$^G$, Banerjee, S., Datta, J. and **Bhadra, A.**$^{\dagger}$ (2022+). Precision matrix estimation under the horseshoe-like prior–penalty dual. *(under major revision, Bayesian Analysis).* [arXiv:2104.10750] **(winner of a 2022 ENAR Distinguished Student Paper Award for K. Sagar)**

2. **Bhadra, A.**, Datta, J., Polson, N. G., Sokolov, V. and Xu, J. (2022+). Merging Two Cultures: Deep and Statistical Learning. *(reject with resubmit, Journal of the American Statistical Association, Reviews).* [arXiv:2110.11561]

### B.4  Submitted

1. Sagar, K.$^G$, Ni, Y., Baladandayuthapani, V. and **Bhadra, A.**$^{\dagger}$ (2022+). Individualized Inference using Bayesian Quantile Directed Acyclic Graphical Models. *(submitted, Journal of the Royal Statistical Society, Series B).*

2. Sagar, K.$^G$ and **Bhadra, A.** (2022+). A Laplace Mixture Representation of the Horseshoe and Some Implications. *(submitted, IEEE Signal Processing Letters).*

3. Loría, J.$^G$ and **Bhadra, A.** (2022+). SURE-tuned Bridge Regression. *(submitted, Statistics and Computing).*

4. **Bhadra, A.**$^{\dagger}$, Sagar, K.$^G$, Banerjee, S. and Datta, J. (2022+). Graphical Evidence. *(submitted, Journal of the American Statistical Association, Theory & Methods).* [arXiv:2205.01016]

5. Guo, J., Gelfand, S. B., Lin, L., Aqeel, M. M., Eicher-Miller, H. A., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Delp, E. J. (2022+). Joint Temporal Patterns By Integrating Diet and Physical Activity. *(submitted, Pattern Recognition).*

6. Guo, J., Gelfand, S. B., Lin, L., Aqeel, M. M., Eicher-Miller, H. A., **Bhadra, A.**, Richards, E. A., Hennessy, E. and Delp, E. J. (2022+). Cluster Analysis to Find Temporal Physical Activity Patterns among US Adults. *(submitted, IEEE Journal of Biomedical And Health Informatics).*

7. Chakraborty, M., Baladandayuthapani, V., **Bhadra, A.** and Ha, M. J. (2022+). Bayesian Robust Learning in Chain Graph Models for Integrative Pharmacogenomics. *(submitted, Annals of Applied Statistics).* [arXiv:2111.11529]

8. Niu,Y., Guha, N., De, D., **Bhadra, A.**, Baladandayuthapani, V. and Mallick, B. K. (2022+). Bayesian Variable Selection in Multivariate Nonlinear Regression with Graph Structures *(submitted, Bayesian Analysis).* [arXiv:2010.14638]

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 123 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9. Lin, L., Guo, J., **Bhadra, A.**, Gelfand, S. B., Delp, E. J., Richards, E. A., Hennessy, E. and Eicher-Miller, H. A. (2022+). Joint Temporal Dietary and Physical Activity Patterns Reveal a Stronger Relationship with Health Status Indicators Compared to Independent Dietary or Physical Activity Patterns. *(submitted, Journal of the Academy of Nutrition and Dietetics)*.

# C   Invited Lectures

## C.1   Statistics/Biostatistics Department Seminars & Colloquiua (Since starting at Purdue)

1. **TBA** - International Indian Statistical Association Webinar series (virtual), October 2022.

2. **Horseshoe regularization for prediction and inverse covariance estimation** - Department of Statistics, University of Florida, Gainesville, FL, March, 2019.

3. **Default Bayes and prediction problems with global-local shrinkage priors** - Department of Bioinformatics and Biostatistics, University of Louisville, Louisville, KY, September, 2017.

4. **Default Bayes and prediction problems with global-local shrinkage priors** - Department of Applied and Computational Mathematics and Statistics, University of Notre Dame, Notre Dame, IN, February, 2017.

5. **Default Bayes and prediction problems with global-local shrinkage priors** - Department of Statistics and Probability, Michigan State University, East Lansing, MI, November, 2016.

6. **Default Bayes and prediction problems with global-local shrinkage priors** - Department of Statistics, University of Missouri, Columbia, MO, November, 2016.

7. **Default Bayes and prediction problems with global-local shrinkage priors** - Department of Biostatistics, Indiana University School of Medicine, Indianapolis, IN, November, 2016.

8. **The horseshoe+ estimator of sparse signals** - Department of Statistics, Northwestern University, Evanston, IL, January, 2015.

9. **The horseshoe+ estimator of sparse signals** - Department of Statistics, Iowa State University, Ames, IA, November, 2014.

10. **Integrative sparse Bayesian analysis of multi-platform genomic data in Glioblastoma** - Department of Statistics, University of Minnesota, Minneapolis, MN, February, 2014.

11. **Integrative sparse Bayesian analysis of multi-platform genomic data in Glioblastoma** - Department of Mathematics, Statistics and Computer Science, Marquette University, Milwaukee, WI, January, 2014.

12. **Integrative sparse Bayesian analysis of multi-platform genomic data in Glioblastoma** - Department of Bioinformatics and Biostatistics, University of Louisville, Louisville, KY, September, 2013.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13. **Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis** - Division of Statistics, Northern Illinois University, DeKalb, IL, March, 2013.

14. **Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis** - Department of Biostatistics, The University of Texas MD Anderson Cancer Center, Houston, TX, October, 2012.

15. **Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis** - Department of Mathematics, Statistics and Computer Science, The University of Illinois at Chicago, Chicago, IL, September, 2012.

## C.2   Other Invited Presentations (Since starting at Purdue)

16. **TBA** - Invited talk, IISA Conference, Bangalore, India, December 2022.

17. **TBA** - Invited talk, 2022 IMS International Conference on Statistics and Data Science (ICSDS 2022), Florence, Italy, December 2022.

18. **Graphical Evidence** - Invited talk, ISBA World Meeting, Montréal, QC, June 2022.

19. **Bayesian Robust Learning in Chain Graph Models for Integrative Pharmacogenomics** - Invited talk, ENAR Spring Meeting, Houston, TX, March 2022.

20. **Beyond Matérn: on a class of confluent hypergeometric covariance functions for Gaussian process modeling** - Invited talk, Joint Statistical Meetings (virtual), August 2021.

21. **Beyond Matérn: on a class of confluent hypergeometric covariance functions for Gaussian process modeling** - Invited talk, 2020 ICSA Applied Statistics Symposium (virtual), December 2020.

22. **Horseshoe regularization for machine learning in complex and deep models** - Invited talk, Joint Statistical Meetings (virtual), August 2020.

23. **Horseshoe regularization for machine learning in complex and deep models** - Invited talk, Statistics 50th Anniversary Symposium, University of Michigan, Ann Arbor, MI, September 2019.

24. **Horseshoe regularization for machine learning in complex and deep models** - Invited talk, SAMSI Deep Learning Opening Workshop, Research Triangle Park, NC, August 2019.

25. **Prediction risk in linear regression models under global-local shrinkage priors** - Topic-contributed talk, Joint Statistical Meetings, Denver, CO, August 2019.

26. **The graphical horseshoe estimator for inverse covariance matrices** - Invited talk, ASA Conference on Statistical Learning and Data Science / Nonparametric Statistics, New York City, NY, June 2018.

DEF1  00631

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

27. **The graphical horseshoe estimator for inverse covariance matrices** - Invited talk, IISA Conference, Gainesville, FL, May 2018.

28. **Prediction risk for global-local shrinkage regression** - Invited talk, The 10th ICSA International Conference, Shanghai, China, December 2016.

29. **Prediction risk for global-local shrinkage regression** - Invited talk, Latent Variables 2016 Conference, Columbia, SC, October 2016.

30. **Prediction risk for global-local shrinkage regression** - Topic-contributed talk, Joint Statistical Meetings, Chicago, IL, August 2016.

31. **Prediction risk for global-local shrinkage regression** - Invited talk, 2016 ICSA Applied Statistics Symposium, Atlanta, GA, June 2016.

32. **The horseshoe+ estimator of sparse signals** - Special invited talk (45 minutes), 2015 IISA Conference, Pune, India, December 2015.

33. **Bayesian feature selection in high-dimensional regression in presence of correlated noise** - Invited talk, 2014 IISA Conference, Riverside, CA, July 2014.

34. **Bayesian feature selection in high-dimensional regression in presence of correlated noise** - Invited talk, ISBIS and SLDM Meeting, Durham, NC, June 2014.

35. **Integrative sparse Bayesian analysis of multi-platform genomic data in Glioblastoma**- Invited talk, International Conference in Honor of H. N. Nagaraja, Richardson, TX, March 2014.

36. **Screening strategies for high-dimensional multiple predictor, multiple response data with an application in genomics** - Topic-contributed talk, Joint Statistical Meetings, Montréal, QC, August 2013.

37. **Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis** - Invited talk, Statistical Bioinformatics Seminar Series, Purdue University, West Lafayette, IN, February, 2013.

38. **Joint high-dimensional Bayesian variable and covariance selection with an application to eQTL analysis** - Invited talk, Machine Learning and Applications Seminar Series, Purdue University, West Lafayette, IN, October, 2012.

## D   Other Presented Papers

## E   Other Professional Activities

### E.1   Editorial Activity

1. _Associate Editor, Journal of the American Statistical Association (Theory & Methods) (2020–present)._

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2. *Associate Editor, Journal of Computational and Graphical Statistics (2021–present).*

3. Associate Editor, Statistical Analysis and Data Mining (2021–present).

4. Associate Editor, Sankhya A (2018–present).

## E.2  Session Organizer

1. Invited session, "New frontiers in Bayesian graphical and network models (invited)," ISBA World Meeting, Montréal, QC, June 2022.

2. Invited session, "Recent advances in graphical models: methodology, computation and applications," ENAR Spring Meeting, Houston, TX, March 2022.

3. Invited session, "High Fidelity Gaussian Process Surrogate Modeling: Deep and Shallow," Joint Statistical Meetings (virtual), August 2021. (Note: JSM invited sessions are selected though a competitive process.)

4. Invited session, "Bayesian Computation," IISA International Conference, Mumbai, India, December, 2019 (and member of the Scientific Program Committee).

5. Invited session, "Scalable Bayesian methods for large and complex data," 9th International Purdue Symposium on Statistics, West Lafayette, IN, June 2018.

6. Invited session, "High-dimensional Bayesian statistics: spike and slab and global-local shrinkage," Joint Statistical Meetings, Chicago, IL, August 2016.

7. Topic-contributed session, "Statistical Methods with Applications in Biological and Epidemiological Research," Joint Statistical Meetings, Montréal, QC, August 2013.

## E.3  Session Chair

1. Invited session, "Recent advances in graphical models: methodology, computation and applications," ENAR Spring Meeting, Houston, TX, March 2022.

2. Invited session, "Scalable Bayesian methods for large and complex data," 9th International Purdue Symposium on Statistics, West Lafayette, IN, June 2018.

3. Invited session, "Statistical methods for large scale data analysis," IISA Conference, Gainesville, FL, May 2018.

4. Invited session, " Statistical Models of Risks of Chronic Diseases," ISBIS and SLDM Meeting, Durham, NC, June 2014;

5. Invited session, "Testing," 2011 IISA Conference on Probability, Statistics and Data Analysis, Raleigh, NC, April 2011;

6. Contributed session, "Miscellaneous Methodology III," Joint Statistical Meetings, Washington, DC, August 2009.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## F  Interdisciplinary Activities/Collaborations

Dr. Bhadra is currently involved in the following collaborations:

1. With Dr. Nick Polson at the University of Chicago, former Purdue Statistics graduate student Dr. Jyotishka Datta (Dr. Bhadra was a committee member), and current graduate student Yunfan Li (supervised by Dr. Bhadra), Dr. Bhadra is exploring a new class of priors for ultra-sparse signals. [B.1.28, B.1.30] are published, [B.4.19, B.4.21] are under review and there are other developments to be submitted soon. *This research is supported by award DMS-1613063 by the NSF with Dr. Bhadra as PI and Dr. Polson as co-PI.*

2. Dr. Bhadra is currently involved in a multi-university research collaboration, with Prof. Regan Bailey of Purdue University Nutrition Science as the lead PI. Other senior personnels include members from Wake Forest University, Texas A&M University and University of Utah. The plan is to develop a nutrient index including all sources of food and dietary supplements, while accounting for measurement errors. *This research is currently supported by award R01CA215834 by the NCI with Dr. Regan Bailey of Purdue Nutrition Science as PI and Dr. Bhadra as Co-I. Dr. Bhadra and other Purdue faculty members of the research team are recipients of the 2017 Seed for Success Award by Purdue University, given in recognition of the accomplishments of investigators for their efforts in obtaining $1 million or more in external sponsored research.*

3. Dr. Bhadra is also involved in a separate collaborative project concerning temporal patterns in diet and physical activity data. *This research is led by Prof. Heather Eicher-Miller of Purdue Nutrition Science and funded by an R21 award totaling $410,000 by the NCI between 2018 and 2020. Dr. Bhadra is a Co-Investigator with a budgeted effort of 0.45 summer month per year.*

4. Dr. Bhadra collaborates with Dr. Veera Baladandayuthapani at the University of Michigan in the analysis of cancer genomics data. This has led to refereed papers [B.1.34, B.1.25] and grant attempts at the NIH and NSF.

Dr. Bhadra was involved in the following collaborations in the past:

1. With Purdue Statistics PhD student Guy Feldman and former faculty member Sergey Kirshner, Dr. Bhadra developed methods for high-dimensional correlated data analysis [B.1.33].

DEF1  00634

## G    Patents

## H    Funding

### H.1    Discussion of support

### H.2    Award Information

### H.3    Funded Awards

**External Funding:**

1. **Funding Agency and Type:** NSF DMS Statistics
   **Title:** DMS-2014371: Developments in Gaussian Processes and Beyond: Applications in Geostatistics and Deep Learning
   **Duration of Funding:** 8/1/2020 – 7/31/2023
   **Total Amount of Award:** $120,000
   **Role:** Sole PI

2. **Funding Agency and Type:** UNC Chapel Hill (subaward to Purdue University)
   **Title:** Research visit to SAMSI Deep Learning program
   **Duration of Funding:** 09/01/2019 – 12/31/2019
   **Total Amount of Award:** $25,785
   **Role:** Sole PI

3. **Funding Agency and Type:** NIH/NCI R21
   **Title:** R21CA224764: Temporal Dietary and Physical Activity Patterns Related to Health Outcomes
   **Duration of Funding:** 6/1/2018 – 5/31/2020
   **Total Amount of Award:** $410,632 (Bhadra effort: 0.45 summer month/year)
   **Role:** Co-I (PI: Heather Eicher-Miller, Purdue Nutrition Science)

4. **Funding Agency and Type:** NSF DMS Statistics
   **Title:** DMS-1613063: Bayesian global-local shrinkage in high dimensions
   **Duration of Funding:** 9/1/2016 – 8/31/2019
   **Total Amount of Award:** $100,000
   **Role:** PI (with one Co-PI)

5. **Funding Agency and Type:** NIH/NCI R01
   **Title:** R01CA215834: Development of a Total Nutrient Index
   **Duration of Funding:** 6/15/2017 – 5/31/2021
   **Total Amount of Award:** $1.5M (Bhadra effort: 1 calendar month/year)
   **Role:** Co-I (PI: Regan Bailey, Purdue Nutrition Science)

6. **Funding Agency and Type:** UNC Chapel Hill (subaward to Purdue University)
   **Title:** Research visit to SAMSI Beyond Bioinformatics program
   **Duration of Funding:** 09/01/2014 – 12/31/2014
   **Total Amount of Award:** $21,724
   **Role:** Sole PI

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**Internal Funding:**

7. **Funding Agency and Type:** Purdue Research Foundation (PRF) Summer Faculty Grant
   **Title:** New Developments in Gaussian and Lévy Processes with Applications in Spatial Statistics and Deep Learning
   **Duration of Funding:** 06/01/2020 – 07/31/2020
   **Total Amount of Award:** $8,000
   **Role:** Sole PI

8. **Funding Agency and Type:** Clifford B. Kinley Trust Award
   **Title:** Temporal dietary guidelines related to obesity
   **Duration of Funding:** 04/01/2020 – 04/30/2021
   **Total Amount of Award:** $20,000 (Bhadra effort: mentoring grad students, $0)
   **Role:** Co-I (PI: Heather Eicher-Miller, Purdue Nutrition Science)

9. **Funding Agency and Type:** Purdue University Committee on Reputational Stewardship
   **Title:** Conference on "Algorithmic, Mathematical, and Statistical Foundations of Data Science and Applications"
   **Duration of Funding:** 9/1/2018 – 8/31/2019
   **Total Amount of Award:** $25,000 (Bhadra effort: Member of the conference steering committee, $0)
   **Role:** Member of the conference steering committee (PI: Petros Drineas and David Gleich, Purdue Computer Science)

10. **Funding Agency and Type:** Purdue Research Foundation (PRF) International Travel Award
    **Title:** Travel to 10th ICSA International Conference
    **Duration of Funding:** 12/19/2016 – 12/22/2016
    **Total Amount of Award:** $1,000
    **Role:** Sole PI

11. **Funding Agency and Type:** Purdue Research Foundation (PRF) Summer Faculty Grant
    **Title:** Modeling of High-Dimensional Multiple Predictor, Multiple Responses Cancer Genomics Data
    **Duration of Funding:** 06/01/2013 – 07/31/2013
    **Total Amount of Award:** $8,000
    **Role:** Sole PI

## H.4   Pending Awards

1. **Funding Agency and Type:** NIH/NCI R01
   **Title:** Child and Adult Multidimensional Temporal Lifestyle Patterns (CAMP)
   **Duration of Funding:** 4/5/2023 – 4/4/2027
   **Role:** Co-I (PI: Heather Eicher-Miller, Purdue Nutrition Science)

**DEF1  00636**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# I  Evidence of Involvement of Students and Post Docs in Research Programs

## I.1  M.S. and Ph.D. students graduated

1. Yunfan Li (PhD, 2019). Role: major advisor (Co-advisor: Bruce A. Craig). First position: postdoctoral fellow at UCSF Biostatistics.

2. Manni Zhang (MS, 2021). Role: committee chair. First position: PhD student at Purdue Industrial Engineering.

## I.2  Current graduate students

1. Jorge Loría, Purdue Statistics PhD student (Fall 2020 – present).

2. Sagar Nagaraju, Purdue Statistics PhD student (Fall 2019 – present).

## I.3  Current and previous undergraduate students

1. Jun Kim (Period: Fall 2018; Major: Statistics; Project: Neural Networks).

2. Xiang Pan (Period: Summer 2016; Major: Actuarial Science; Project: MCMC).

## I.4  Current and previous postdoctoral associates

1. Xiao Fang, postdoctoral fellow (Fall 2022 – present).

## I.5  Dissertation Committees

1. Jyotishka Datta (Chairs: Jayanta K. Ghosh and Michael Zhu. Graduated May, 2014. Note: Jyotishka Datta is a co-author of Dr. Bhadra on eight papers listed in Section III.B. _He is currently a tenure-track assistant professor of statistics at Virginia Tech._)

2. Xiaosu Tong (Chair: Bill Cleveland. Graduated August, 2016).

3. Qi Liu (Chair: Bill Cleveland. Graduated May, 2018).

4. Wutao Wei (Chair: Bowei Xi. Graduated June, 2018).

5. Zhou Shen (Chair: Michael Levine. Graduated December, 2018).

6. Donglai Chen (Chair: Jun Xie. Graduated May, 2019).

7. Jeremy Troisi (Chair: Bill Cleveland. Graduated May, 2019).

8. Putu Ayu Sudyanti (Chair: Vinayak Rao. Graduated July, 2019).

9. Guilherme Gomes (Chair: Jennifer Neville and Vinayak Rao. Graduated November, 2019).

10. Marah Aqeel (Chair: Heather A. Eicher-Miller, Nutrition Science. Graduated May, 2020).

11. Yao Chen (Chair: Xiao Wang. Graduated May, 2020).

**DEF1  00637**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12. Shinyoung Jun (Chair: Regan Bailey, Nutrition Science. Graduated July, 2020).

13. Alexandra Cowan (Chair: Regan Bailey, Nutrition Science. Graduated April, 2022).

14. Hilda Ibriga (Chair: Bruce Craig and Wei Sun. Graduated July, 2021).

15. Agniva Chowdhury (Chair: Hao Zhang. Graduated December, 2021).

16. Jungeum Kim (Chair: Xiao Wang. Graduated May, 2022).

17. Imon Banerjee (Chair: Vinayak Rao).

18. Wei Hao (Chair: Jun Xie).

19. Huiming Xie (Chair: Xiao Wang).

20. Chuan Zuo (Chair: Faming Liang).

21. Luotao Lin (Chair: Heather A. Eicher-Miller, Nutrition Science).

**I.6   Direction of independent study**

1. Ksheera Sagar, Purdue Statistics PhD student (Summer 2019).

2. Ashutosh Srivastava, Purdue Statistics MS student (Spring 2018).

3. Putu Ayu Sudyanti, Purdue Statistics PhD student (Spring 2015).

4. Praveen Kumar Gurumurthy, Purdue CS PhD student (Spring 2014).

DEF1  00638

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# IV. ENGAGEMENT

## A  Department

| | |
|---|---|
| F2022 – S2023 | **Chair of the Task Force Committee** |
| F2022 – S2023 | **Chair of the Pillai Memorial Lecture Committee** |
| F2022 – S2023 | Member of the Dept. of Statistics Steering Committee |
| F2021 – S2022 | Member of the Dept. of Statistics distinguished theme seminar committee |
| F2021 – S2022 | Member of the Dept. of Statistics Primary Committee (for Assistant Professor cases) |
| F2021 – S2022 | **Chair of the Pillai Memorial Lecture Committee** |
| F2021 – S2022 | Member of the Dept. of Statistics distinguished theme seminar committee |
| F2021 – S2022 | Member of the Dept. of Statistics faculty search committee |
| F2021 – S2022 | Member of the graduate admissions committee |
| F2021 – S2022 | Member of the Dept. of Statistics Primary Committee (for Assistant Professor cases) |
| F2020 – S2021 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2020 – S2021 | Member of the Dept. of Statistics distinguished theme seminar committee |
| F2020 – S2021 | Member of the Dept. of Statistics newsletter committee |
| F2020 – S2021 | Member of the Dept. of Statistics graduate program committee |
| F2020 – S2021 | Member of the Dept. of Statistics Data Science Task Force |
| F2020 – S2021 | Member of the Dept. of Statistics Primary Committee (for Assistant Professor cases) |
| F2019 – S2020 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2019 – S2020 | Member of the Dept. of Statistics Primary Committee (for Assistant Professor cases) |
| F2018 – S2019 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2018 – S2019 | Member of the Dept. of Statistics Primary Committee (for Assistant Professor cases) |
| F2018 – S2019 | Member of the Data Science Faculty Search Committee |
| F2017 – S2018 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2017 – S2018 | Member of the Graduate Admissions Committee |
| F2016 – S2017 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2016 – S2017 | Member of the Committee on Undergraduate Major in Data Science |
| F2016 – S2017 | Member of the Graduate Admissions Committee |
| F2015 – S2016 | **Chair of the Computational Statistics Qualifying Exam Committee** |
| F2015 – S2016 | Member of the Strategic Planning Committee |
| F2015 – S2016 | Member of the Graduate Admissions Committee |
| F2015 – S2016 | Member of the I. W. Burr Award Committee |
| F2015 – S2016 | Member of the Entertainment Committee |
| F2014 – S2015 | Member of the Graduate Admissions Committee |
| F2014 – S2015 | Member of the Computational Statistics Qualifying Exam Committee |
| F2014 – S2015 | Member of the Strategic Planning Committee |
| F2014 – S2015 | Member of the I. W. Burr Award Committee |
| F2014 – S2015 | Member of the Entertainment Committee |
| F2013 – S2014 | Member of the Computational Statistics Faculty Search Committee |
| F2013 – S2014 | Member of the Computational Statistics Qualifying Exam Committee |
| F2013 – S2014 | Member of the Entertainment Committee |
| F2013 – S2014 | Member of the David S. Moore Undergraduate Award Committee |
| F2013 – S2014 | Member of the Virgil Anderson Award Committee |
| S2013 – F2013 | **Chair of the General Colloquium Committee** |
| F2012 – S2013 | Member of the Entertainment Committee |

DEF1  00639

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**B   College**

2020 – 2022   College of Science Faculty Council
2017 – 2019   College of Science Grade Appeals Committee
2014 – 2016   College of Science Grade Appeals Committee

**C   University**

**D   Professional**

1. Dr. Bhadra serves as the *Associate Editor* for the following journals:

   (a) *Journal of the American Statistical Association, Theory & Methods (2020–present)*

   (b) *Journal of Computational and Graphical Statistics (2021–present).*

   (c) Statistical Analysis and Data Mining (2021–present)

   (d) Sankhya A (2018–present)

2. Dr. Bhadra served as an *external evaluator for one assistant to associate tenure and promotion candidate* for a US statistics department in 2020 (department name omitted to protect confidentiality).

3. Dr. Bhadra served as the *leader of the Working Group on Uncertainty Quantification* as part of the 2019 SAMSI program on deep learning.

4. Dr. Bhadra reviews between 8 to 10 scientific manuscripts each year for professional journals. Past reviews include the following:

   (a) Annals of Applied Statistics;

   (b) Bayesian Analysis (4);

   (c) Bioinformatics;

   (d) Biometrics;

   (e) Biometrika;

   (f) Biostatistics;

   (g) Computational Statistics and Data Analysis;

   (h) Epidemics;

   (i) IEEE Transactions on Biomedical Engineering;

   (j) Journal of Agricultural, Biological, and Environmental Statistics;

   (k) Journal of the American Statistical Association (9);

   (l) Journal of Business and Economic Statistics;

   (m) Journal of Computational and Graphical Statistics (3);

   (n) Journal of Machine Learning Research;

   (o) Journal of the Royal Society Interface;

DEF1  00640

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 134 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

(p) Journal of the Royal Statistical Society: Series C (Applied Statistics);

(q) Sankhya;

(r) Stat;

(s) Statistica Sinica;

(t) Statistical Applications in Genetics and Molecular Biology;

(u) Statistics and Computing;

(v) Statistics and Probability Letters (2);

(w) Statistics in Biosciences;

(x) Statistics in Medicine.

5. Dr. Bhadra served as a member of the Scientific Program Committee for the 2019 IISA International Conference.

6. Dr. Bhadra served as a judge for the best student paper competition for the 2019 IISA International Conference.

7. Dr. Bhadra served as a member of the Steering Committee for the *Conference on Algorithmic, Mathematical, and Statistical Foundations of Data Science and Applications* that took at Purdue University in April, 2019.

8. Dr. Bhadra served in the Program Committee for The 18th International Conference on Artificial Intelligence and Statistics (AISTATS 2015).

9. Dr. Bhadra has reviewed grant proposals for the US National Security Agency (NSA).

10. Dr. Bhadra served as a judge for the best student paper competition for the 2017 ICSA Applied Statistics Symposium.

11. Dr. Bhadra has organized and chaired several invited sessions at various conferences, the details of which are given in Section III.E.

## E  Diversity Activities

1. Dr. Bhadra was the primary advisor to a female PhD student.

2. Dr. Bhadra is a National Alliance for Doctoral Studies in the Mathematical Sciences (Math Alliance) mentor to undergraduate students in statistics (http://mathalliance.org/mentor/anindya-bhadra/). Math Alliance is funded by a National Science Foundation Grant (1242941) from the Division of Mathematical Sciences, with a stated mission "to be sure that every underrepresented or underserved American student with the talent and the ambition has the opportunity to earn a doctoral degree in a mathematical science."

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## F   Other Engagement Activities

1. Faculty Associate, Statistical Consulting Service (SCS), Purdue University, Summer 2014.

2. Dr. Bhadra disseminates publicly-available software through his website at
   http://www.stat.purdue.edu/~bhadra/software.html

3. The article "Malaria in Northwest India: Data analysis via partially observed stochastic differential equation models driven by Lévy noise" was chosen as a featured article in the Journal of the American Statistical Association and was discussed in the Amstat News. [link]

4. The article "The horseshoe+ estimator of ultra-sparse signals" has been discussed by Prof. Andrew Gelman in his blog. [link]

5. The preprint "Global-local mixtures" has been discussed by Prof. Christian Robert in his blog. [link]

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# V. MENTORING

## A   Undergraduate Students

1. **Jun Kim:** Dr. Bhadra directed the research of Purdue Statistics living learning community student Jun Kim on the topic of neural networks in Fall 2018. _Based on this research, Jun presented a poster at JSM 2019 in Denver._

2. **Xiang Pan:** Dr. Bhadra directed the research of Purdue Statistics undergraduate student Xiang Pan on a 1 credit research course (STAT 190) in Summer, 2016. Xiang worked on Markov chain Monte Carlo methods applied to measurement error models.

## B   Graduate Students

1. **Jorge Loría:** Dr. Bhadra started advising PhD student Jorge Loría from Fall 2020. Jorge has completed his prelims in April 2022 and successfully advanced to candidacy. He is working on two problems: bridge regression and deep neural network emulators using stable processes. Jorge's first paper [XXXX] is submitted to _Statistics and Computing._

2. **Ksheera Sagar:** Dr. Bhadra advises PhD candidate Ksheera Sagar (https://www.stat.purdue.edu/∼kkeralap/). _Sagar is expected to graduate in May 2023 with at least four papers, possibly five (published or submitted)._ Sagar's first paper [B.4.1] is currently under revision in _Bayesian Analysis,_ his second paper [B.4.4] is currently submitted to _JASA Theory & Methods,_ the third [B.4.1] is currently submitted to _JRSSB,_ and the fourth to _IEEE Signal Processing Letters._ So far, Sagar has given external talks at _2022 ENAR Spring Meeting (winner of a ENAR 2022 Distinguished Student Paper Award), 2022 ISBA World Meeting (poster), 2021 WNAR Annual Meeting (finalist for the best student paper award competition)_ and _2021 NISS Graduate Student Research Conference._ At Purdue, Sagar is a winner of the College of Science Graduate Student International Travel Grant (× 2), Emily and Paul Kidwell Graduate Student Excellence Award, and was a Frederick N. Andrews Fellow (2018–20). Sagar is working in the general area of probabilistic graphical models.

3. **Yunfan Li (PhD, 2019):** Dr. Bhadra was the primary advisor to Purdue Statistics PhD student Yunfan Li (Prof. Bruce Craig was a co-advisor). Yunfan worked on global-local shrinkage methods and graduated in May 2019. _She published four papers from her dissertation._ Her first joint paper with Dr. Bhadra [B.1.21] was published in _Journal of Computational and Graphical Statistics._ Her second joint paper [B.1.20] was published in _Journal of Machine Learning Research._ A third joint paper [B.1.6] was published at _Journal of Multivariate Analysis,_ and a fourth joint paper was _published with discussion_ in the _International Statistical Review_ [B.1.10]. Yunfan gave talks at the 2016 Joint Statistical Meetings (JSM) and the 2017 ICSA Applied Statistics Symposium. She also gave talks at Purdue on her research. _Yunfan's first position was a postdoctoral fellowship at UCSF Biostatistics._

4. **Manni Zhang (MS, 2021):** Dr. Bhadra served as the committee chair for Statistics MS student Manni Zhang. Manni's first position is a PhD student in Industrial Engineering at Purdue.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

5. Although not the primary advisor, Dr. Bhadra has co-authored 1 research article with graduate student **Guy Feldman** (published) and *8 published research articles* with former Purdue Statistics graduate student **Jyotishka Datta** who is currently a *tenure-track assistant professor of statistics at Virginia Tech* (Dr. Bhadra was a PhD dissertation committee member).

6. Dr. Bhadra directed independent study for graduate students and served as members of dissertation committees for several other students, details of which can be found in Section (III.I)

## C   Postdoctoral Fellows

1. **Xiao Fang:** Dr. Bhadra started advising postdoctoral fellow Xiao Fang from Fall 2022. Xiao received a PhD from the University of Florida under the supervision of Prof. Malay Ghosh and will work on investigating Gaussian and non-Gaussian stochastic process models with Dr. Bhadra.

## D   Faculty Members

1. Member of the mentoring committee for Purdue Statistics Assistant Professor Antik Chakraborty (2021–present).

2. Member of the mentoring committee for Purdue Statistics Assistant Professor Ying Zhu (2018–2019).

DEF1  00644

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

VI. External Referees

1. ███████████████, Department of Statistical Science
   Department of Statistical Science
   Duke University
   Box 90251
   ███████████████



/

███████████ ███████████████ in the Department of Statistical at the Duke University. His research areas include models for dynamic networks, dynamic text networks, adversarial risk analysis (i.e., Bayesian behavioral game theory), human rights statistics, agent-based models, forensics, and certain topics in high-dimensional data analysis.  Nominated as a referee by the promotion committee.

2. ██████████████████, Department of Statistics
   University of Connecticut
   215 Glenbrook Road
   ███████████



███████████████Professor of Statistics and holds an Affiliated faculty position in the Department of Mathematics, at the University of Connecticut. He was also Associate Dean of research in the College of Liberal Arts and Sciences for five years. He is an elected fellow of the American Association for the Advancement of Science, American Statistical Association, the Institute of Mathematical Statistics, International Society for Bayesian Analysis, Connecticut Academy of Arts and Sciences, Connecticut Academy of Science and Engineering and an elected member of the International Statistical Institute. His research area includes, Bayesian Decision Theory, statistical methodology and applications involving categorical and longitudinal data, clustering and classification, spatio-temporal and survival data analysis.  Nominated as a referee by the promotion committee.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

3. ███████████

Professor, Department of Statistics
Virginia Polytechnic and State University

███████████████

███████████

████████████ is a Professor of Statistics in the College of Science at Virginia
Polytechnic and State University (Virginia Tech/VT) and affiliate faculty in VT's
Computational Modeling and Data Analytics program. He was previously an Associate
Professor of Econometrics and Statistics at the Booth School of Business, and a fellow of
the Computation Institute at The University of Chicago. His research interests include
Bayesian modeling methodology, statistical computing, Monte Carlo inference,
nonparametric regression, sequential design, and optimization under uncertainty.
Nominated as a referee by the promotion committee.

4. ███████████████

University of Florida

███████████



████████████ is a professor and Director of the Informatics Institute at the
University of Florida.  His research focuses on developing methodology for high
dimensional data and addressing the corresponding algorithmic and inference issues.
Specific research projects include joint estimation of multiple graphical models, vector
autoregressive models, pathway enrichments analysis and fast monitoring techniques for
high-dimensional streaming data. He has also developed extensive methodology for the
analysis of time-evolving networks.  Nominated as a referee by the promotion committee.

5. ██████████

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Department of Statistics
University of Nebraska-Lincoln





is a professor and Department Chair for the Department of Statistics.  Areas of expertise include data mining and machine learning, prediction, statistical techniques for complex or high-dimensional data, model bias and uncertainty.  Nominated as a referee by the promotion committee.

6.  Professor
Department of Statistics
Harvard University



is Professor of Statistics and Joint Director of Graduate Studies at Harvard University.  Research interests include Statistical missing data problems, Imputation methodology, Gibbs sampling, Markov structure, Image reconstruction, and Bayesian methodology.  Nominated as a referee by the Dr. Bhadra.

7.  

Department of Computer Science



Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

███████████ is a professor in the Department of Statistics and a Distinguished Research Professor at University of Georgia.  His area of expertise is Bioinformatics, Functional Data Analysis and Geophysics.  Nominated as a referee by the Dr. Bhadra.

8.  ███████

Professor
University of California – Los Angeles
UCLA Department of Statistics



███████████ is a professor in the Department of Statistics at the University of California – Los Angeles.  ██████████ areas of research include Causal inference and graphical models, High-dimensional statistics, Monte Carlo methods, and Bioinformatics. Nominated as a referee by the Dr. Bhadra.

9.  ████████

Professor
Department of Statistics
University of Wisconsin – Madison
330 North Orchard Street,

███████████ is a professor and discovery fellow in the Data Science Hub, Department of Statistics at the University of Wisconsin – Madison.  ██████████ research is primarily in systems genetics, including causal models and gene mapping (QTL), but more broadly using R for reproducible research and scaling up projects in data science. He collaborates widely with researchers across multiple disciplines. Nominated as a referee by the Dr. Bhadra.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS     document 32-2     filed 05/02/25     page 142 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Duke University

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮



▮▮▮▮▮ at Duke University. ▮▮▮▮▮▮▮ research interests include Bayesian methods for high-dimensional & complex data, Network data analysis, Scalable algorithms with provable guarantees, Methods for spatial & dynamic data, Statistical imaging, Interpretable machine learning & artificial intelligence, Applications in ecology/biodiversity, neuroscience & environmental health.  Nominated as a referee by the Dr. Bhadra.

11. ▮▮▮▮▮

Professor

▮▮▮▮▮▮▮▮▮▮

Department of Statistics
University of Illinois – Urbana Champaign



▮▮▮▮▮▮ is Professor at Department of Statistics, University of Illinois at Urbana-Champaign. He is Director of Illinois Statistics Office. He is also affiliated with Coordinated Science Laboratory, Department of Computer Science, Information Trust Institute, Computational Science and Engineering, and Illinois Informatics Institute. Prior to joining UIUC, he was an Assistant Professor at the Institute of Statistics and Decision Sciences, Duke University, from 2001 to 2005.  Nominated as a referee by the Dr. Bhadra.

12. ▮▮▮▮▮▮▮▮▮▮▮

Director of Applied Statistics Center

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Columbia University



███████████ is a professor of statistics and political science and director of the Applied Statistics Center at Columbia University. ██████████ has done research on a wide range of topics, including: why it is rational to vote; why campaign polls are so variable when elections are so predictable; why redistricting is good for democracy; reversals of death sentences; police stops in New York City, the statistical challenges of estimating small effects; the probability that your vote will be decisive; seats and votes in Congress; social network structure; arsenic in Bangladesh; radon in your basement; toxicology; medical imaging; and methods in surveys, experimental design, statistical inference, computation, and graphics.  Nominated as a referee by the Dr. Bhadra.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

March 2, 2022


NAME
Address


      Re:    ***Promotion evaluation letter for Dr. Anindya Bhadra***

Dear XXX:

Dr. Anindya Bhadra is a candidate for promotion from Associate to Full Professor in the Department of Statistics at Purdue University. We are writing to you to seek an evaluation of this promotion case and would like to receive your evaluation by March 15, 2022.

We would specifically appreciate your comments on the following:

1. Your relationship to the candidate.
2. The significance and quality of the candidate's research and achievements as an Associate Professor, as seen from the research activities and publications. You may make specific note of contributions of the candidate that you feel have had a significant impact on the discipline and the degree of professional recognition within the discipline.
3. A comparison with the candidate's peers, with particular reference to those you believe are the leaders in the field or those who have recently been promoted to Full Professor at comparable peer institutions.

The candidate's current curriculum vitae and a short perspective that they have written on their research, as well as selected publications are available at:

**https://www.stat.purdue.edu/bhadra_info**

To access this web site, please use:
username: review
password: ██████

We realize that relatively little information has been provided about the candidate's teaching and service activities, and that your judgment must be made primarily on the basis of their research contributions.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

We recognize that a great deal of time and effort is required for a careful evaluation of this nature, and we are very grateful for your efforts. Your assessment is critical for our endeavor to maintain the highest scholarly standards at Purdue University.

Please send your evaluation to my Executive Assistant Jodie Melton (**meltonj1@purdue.edu**), as an email attachment.

Under our University policies, your letter will be held in confidence to the extent permitted by law. Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of authors of letters of evaluations to the fullest extent allowable under law.

If I can provide further assistance, please do not hesitate to contact me. Thank you again for your time and for participating in this important process.

Sincerely,


Dr. Dennis K.J. Lin
Distinguished Professor and Head
Department of Statistics


DL/jm

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Excerpts from letters for Anindya Bhadra

 **(VA Tech)**

Professor Bhadra has established himself as a leader in multiple branches of modern statistical modeling, in particular in Bayesian penalized regression (lasso and horseshoe). The same goes for his service to the profession, in particular as Associate Editor for four top journals, including JASA and JCGS. These opportunities only go to rising stars and the responsibilities they imply are only taken up by those with a deep commitment. It is quite clear that he is active on the international and domestic conference circuit.

**(UGA)**

Dr. Bhadra's case is well comparable with peers in top research universities in US. There is no doubt that Dr. Bhadra will be successfully promoted if he was in my department. Dr. Bhadra has done outstanding work in both modern statistical and machine learning methodology. He is a most accomplished statistical researcher whom any department should be proud to have on its faculty.

**(Duke Univ)**

Dr. Bhadra's research is widely recognized and respected. He is a star, and his star is still rising. I shall focus on his work that appeared after 2018, when Dr. Bhadra was promoted to associate professor…I do note that his earlier work is outstanding, with papers in the Annals of Statistics, the Journal of the American Statistical Association, Bayesian Analysis, Biometrika and Biometrics. Dr. Bhadra's applied work is a model for other statisticians.

**(Duke University)**

I think highly of Anindya – he is a positive and enthusiastic individual who does interesting research focused primarily on Bayesian methods for high-dimensional data with an emphasis on shrinkage priors. I think that Anindya has built up enough of a successful research track record for promotion to Full Professor. He has a good rate of publication in good outlets, and there are interesting ideas contained in the research.

**(Univ of Conn)**

DEF1 00653

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Dr. Bhadra, in my opinion, is a recognized member of our profession and ranks head and shoulders above his peers.

██████████████████ **(Univ of Florida)**

Dr. Bhadra's agenda is characterized by a good balance between technical breadth and depth and an acuity in identifying interesting novel research directions; all these three indicators bode well for important future contributions to the fields of high-dimensional data and their numerous applications.

████████ **(Harvard)**

I feel that Dr. Bhadra is a very energetic as well as sophisticated researcher attentive to details. His work is theoretically deep, practical, solid, and interesting. He is not only prolific but also very scholarly and careful with his work.

██████████████ **(U of Nebraska)**

Dr. Bhadra is maturing intellectually along a recognizable trajectory. His pre-tenure work is primarily theoretical and methodological. Since getting lecture, Dr. Bhadra has added a large component of applied work without slowing his pace of methodological and theoretical contributions. Dr. Bhadra has a fine, productive research record and good, visible, service to the hold of Statistics. He has also recently won a coveted prize. In other areas, he seems to be performing comparably to faculty who have been considered for promotion to Full Professor.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



210A OLD CHEM, BOX 90251
DURHAM, NC 27708–0251 USA

DEPARTMENT OF STATISTICAL SCIENCE
DUKE UNIVERSITY



March 6, 2022

Professor Dennis Lin
Department of Statistics
Purdue University

Dear Professor Lin:

This is a letter of evaluation in response to the contemplated promotion of Professor Anindya Bhadra as a tenured full professor at your university. Thank you for inviting my input.

As a calibration check, I've written a fair number of P&T letters, for a wide range of institutions; the last six were for Virginia Tech, the University of Colorado Fort Collins, North Carolina State University, Texas A&M, Pennsylvania State University, and Washington University of St. Louis. In this case, I am applying the very stringent standards that are appropriate for your truly outstanding department.

My overall view is that this is a very strong case. Dr. Bhadra's research is widely recognized and respected. And for someone who is less than twelve years past his PhD, his research contributions are unusually broad.

I believe the following format addresses the questions raised in your request.

- *In what capacity do I know Dr. Bhadra, and for how long?*
  My primary connection to Dr. Bhadra was through his participation in the 2018/19 academic year research program at the Statistical and Applied Mathematical Sciences Institute (SAMSI), when I was its director. He was the leader of two working groups, and enthusiastically participated in all three of the research programs undertaken that year (on deep learning, computational social science, and decision theory).
  We had met previously when I visited Purdue some years ago, and also when he visited SAMSI back in 2014, but those were minor encounters. We have never published together. We are cordial but not close, and I am confident my assessment is impartial.

- *What is my opinion of the quality and significance of Dr. Bhadra's work?*
  He is a star, and his star is still rising.
  I shall focus on his work that appeared after 2018, when Dr. Bhadra was promoted to associate professor. But I do note that his earlier work is outstanding, with papers in the *Annals of Statistics*, the *Journal of the American Statistical Association*, *Bayesian*

Anindya Bhadra - 44

DEF1 00655

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*Analysis*, *Biometrika* and *Biometrics*.

Dr. Bhadra has continued (even accelerated) his high-quality productivity since promotion. His ten theory and methods publications have appeared in the *Journal of the American Statistical Association*, the *Journal of Multivariate Analysis*, the *International Statistical Review*, *Statistical Science*, the *Journal of Machine Learning Research*, and the *Journal of Computational and Graphical Statistics*. These are all top-tier journals for statistics. He has two papers in *Sankhyā*, in issues that honor the memory of your former colleague, Jayanta Ghosh, and this is also a very respectable journal. And he has four more papers under review.

You have sent me three of his papers, and I assume you would like me to comment specifically upon their quality and contribution. I was already quite familiar with "Beyond Matérn: On a Class of Interpretable Confluent Hypergeometric Covariance Functions." He wrote that while visiting SAMSI with one of our SAMSI postdoctoral fellows, and he generously let Pulong Ma be the first author, although I know that much of the technical muscle was provided by Dr. Bhadra.

The basic idea in that paper is quite elegant. In the same way that one can write a $t$-distribution as a scale mixture of normal distributions, Drs. Bhadra and Ma created scale mixtures of the Matérn covariance family that retain control of mean squared differentiability while also enabling heavy tail (polynomial decay) behavior. The paper makes serious use of special function theory (which is not common knowledge among contemporary statisticians) and proves six theorems that fully pin down the properties of the new family of covariance functions. There are two simulation studies that focus on the case when the simulated data come from the Matérn class and when they come from the new confluent hypergeometric class. The paper concludes with an application to data from NASA's Orbiting Carbon Observatory 2, which is satellite data obtained from the Jet Propulsion Lab, and they show that the dependency structure has polynomial decay for which their method works and Matérn fails. It is a powerful paper that greatly extends the scope of realistic analysis for spatio-temporal data.

Dr. Bhadra is a world expert on horseshoe regularization, and the two other papers included in the packet reflect that strength. The one in the *Journal of Machine Learning Research* is in a great journal which is not usually receptive to statistical papers. The theorems are superb, and show that the proposed technique overcomes two problems associated with traditional shrinkage regression methods, such as the popular Lasso. The paper finds an orthogonalized representation that permits the shrinkage estimates to be interpreted as posterior means. Remarkably, their work needs essentially no assumptions about the design matrix. They extend Stein's unbiased risk estmate (SURE) to the case of horseshoe regression, and derive to powerful results that evaluate the shrunken estimates explicitly for each explanatory variable and then bound the prediction risk in the overall regression. The paper has a long a technical appendix that contains the proofs, and there are elaborate simulation results as well.

The *Statistical Science* paper, "Lasso Meets Horseshoe: A Survey," is masterful exposition and details the relationships between the Lasso and Horseshoe regression. It clearly lays out the mathematical issues that are in common, and those that are

DEF1 00656

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

not. The paper covers the implications of non-convexity in the horseshoe, especially in terms of high-dimensional but sparse regression, and examines the minimax risk of the procedures, computational issues, and admissibility. It is not so much a theoretical paper as a paper that begets theory—it provides an important new perspective on key aspects of modern regression.

- *Other Comments.* Dr. Bhadra's applied work is a model for other statisticians. Since 2018 he has published, with his collaborators, 13 papers, mostly about nutrition research. Nowadays, nearly every mature statistician should cultivate a domain science where they can use their statistical knowledge to advance the field.

  I also note Dr. Bhadra's success in obtaining grants. He has not been the PI on a multimillion dollar grant yet, but he has two significantly funded grants and he midwifed a \$1.4 million grant from the National Cancer Center.

  I have not heard him teach, but I have heard him give many talks and I am sure he is excellent in the classroom. This belief is also supported by the teaching award he received in 2016.

  I like the fact that he is giving colloquia and talks in invited sessions of major conferences. I like that he is successfully supervising PhD students. But I think your department can help him to grow by seeking opportunities for Dr. Bhadra to become an associate editor of one of the distinguished journals in which he publishes. I also hope you will help him to find doors into the leadership of professional societies—he amply demonstrated his gifts in that direction through the working groups he led at SAMSI.

- *What are Dr. Bhadra's comparables?*
  He is clearly better than Professor Xinyi Xu at Ohio State and he is technically stronger than Professor Brian Reich at North Carolina State University, both of whom work in some of the same areas as Dr. Bhadra. He is roughly comparable to Peter Chien, a more senior professor at the University of Wisconsin Madison, some of whose research areas also overlap with Dr. Bhadra's. If you need an upper bound, one has to look hard, but perhaps Ryan Tibshirani at Carnegie Mellon is a touch stronger.

  Dr. Bhadra is remarkable in that he has both great technical facility and a keen eye for important theoretical problems. And he knows branches of mathematics that are not commonly studied in statistics, which gives him some unique opportunities.

Based on the material I have seen, this is an extremely strong case for promotion to full professor. I see absolutely no downside, and congratulate you on nurturing his career.

It is also time to think about the nomination strategy for Dr. Bhadra to become a Fellow of the American Statistical Association and/or the Institute of Mathematical Statistics. It is a little too soon, since his case would be greatly strengthened by more professional service (e.g., as an associate editor of a major journal, or as an officer in a chapter or section). But with planning and only a little luck, in about three years he could have an overwhelming

3

DEF1 00657

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

case.

Sincerely,



Anindya Bhadra - 47

**DEF1  00658**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



# UNIVERSITY OF ILLINOIS
## AT URBANA–CHAMPAIGN

**Department of Statistics**
101 Illini Hall
725 South Wright Street
Champaign, IL 61820
USA

March 15, 2022


edu

Professor Dennis K.J. Lin
Department of Statistics
Purdue University
West Lafayette, IN 47907-2066

Dear Professor Lin:

With reference to your letter on March 2, 2022, I am writing to provide a letter of evaluation for Dr. Anindya Bhadra, who is a candidate for promotion from Associate to Full professor in the Department of Statistics at Purdue University.

I have not met Dr. Anindya Bhadra before. The only interaction we had is he invited me to be a discussant for a session he organized for the 2022 ISBA (International Society for Bayesian Analysis) World Meeting, which will be held in June this year.

Dr. Bhadra's research includes Bayesian methods for high-dimensional and complex data and graphical models. One area Dr. Bhadra has made important contributions is the development of global-local shrinkage priors for complex models. In particular, he and his collaborators and students have published a sequence of papers related to the horseshoe estimator originally proposed by Carvalho et al. (2010). Dr. Bhadra is the lead author for most of these papers. His work improved over horseshoe theoretically and computationally. He is also the lead author of two review papers on this topic, and one of them is a discussion paper in *International Statistical Review*, which shows in the importance of this topic.

In additional to the shrinkage priors, Dr. Bhadra also developed Bayesian methods for graphical models, and made important contributions to the difficult filtering problems in hidden Markov models. Recently, he started to investigate Gaussian processes with applications to geostatistics and deep learning. These show Dr. Bhadra's expertise in a broad range of topics. Besides methodological research in statistics, Dr. Bhadra is also very active in collaborative research with scientists from biology, nutritional epidemiology, etc.

Anindya Bhadra - 48

*telephone* 217-244-3932 • *fax* 217-244-7190

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Dr. Bhadra has been able to publish regularly in the top journals in statistics, including *Journal of American Statistical Association*, *Biometrika*, *Journal of Computational and Graphical Statistics*, and *Biometrics*. He also has an impressive list of publications in scientific journals. He has been successful in securing outside funding for his research. He is the PI of an on-going NSF grant. He has also been the lead PI or co-investigator on several other NSF and large National Cancer Institute grants. These clearly demonstrate the independence and originality of Dr. Bhadra's research.

Dr. Bhadra is the Associate Editor for several top statistics journals, including *Journal of American Statistical Association*, *Journal of Computational and Graphical Statistics*, *Statistical Analysis and Data Mining*, and *Sankhya A*. He won the Young Statistical Scientist Award from International Indian Statistical Association in 2021, and he also won a teaching award from Purdue University. All these demonstrate that he is an established scholar and outstanding teacher.

Dr. Bhadra supervised four graduate students, two of them already graduated. He also published papers with his students, and one of his students was a winner of 2022 ENAR Distinguished Student Paper Award. This shows that he is a great mentor for students. Dr. Bhadra is regularly giving invited talks in professional conferences and department seminars, which shows his visibility in the community. He is also in the program committee for several conferences, and is active in organizing sessions for conferences.

Regarding Dr. Bhadra's peers, Prof. Huiyan Sang from Texas A&M University got her PhD two years earlier than Dr. Bhadra, and her research interests overlap with Dr. Bhadra's. They have similar publication record, and Prof. Sang is a full professor already at Texas A&M, whose statistics department is highly ranked in the nation.

In summary, I support Dr. Bhadra's promotion from Associate to Full professor in your department. Please do not hesitate to let me know if I can be of further help in your consideration of this case.

Sincerely,



Anindya Bhadra - 49

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02



15 March 2022

DEPARTMENT OF STATISTICS

Prof. D. K. J. Lin
Distinguished Professor and Chair
Department of Statistics
Purdue University

Dear Prof. Lin,

Thank you for giving me the opportunity to study Dr. Bhadra's work. I have spent many hours studying his contributions, both those included on the link you sent me and several others I have found on my own. Focusing on his post-tenure and promotion work, his research contributions fall in two main areas: horse shoe regularization (a branch of prior selection) and applications to 'diet & exercise' in a variety of epidemiological contexts. He has two other papers that do not fit comfortably in those two areas, but that is two out of about 24 papers and helps indicate breadth. (One of them, it should be noted, is to appear in *J. American Statistical Association*, commonly regarded as one of the top three journals in statistical methodology and may represent a new research direction Dr. Bhadra plans to pursue.)

Overall, as I see it, Dr. Bhadra is maturing intellectually along a recognizable trajectory. His pre-tenure work is primarily theoretical and/or methodological. Since getting tenure, Dr. Bhadra has added a large component of applied work without slowing his pace of methodological and/or theoretical contributions. This applied work, see Aqeel et al. (2021), Aqeel et al. (2020), and Bailey et al. (2019), uses existing methods such as design, regression (linear & logistic), survey sampling, testing, missing data, etc. Referring to these as existing methods is no disparagement: Few problems fit into our methodologies without modification, sometimes substantial modification. Generating relatively 'clean' analyses such as Dr. Bhadra has done take a lot more thought and understanding than explicitly appears.

As I will document, I recommend promotion to Full Professor for Dr. Bhadra. In candor, I would say that he is a year or two premature for promotion in the sense that he is only beginning to show the intellectual maturity one associates with Full Professorship. On the other hand, there is no doubt in my mind that he will achieve the requisite intellectual maturity and see no harm in promoting him early. Indeed, two of his submitted papers (Bayesian robust learning and Merging the two cultures of deep and statistical learning) show the sort of maturity I mean. Both are efforts to form a cohesive and unified view of Statsitics as a field and evolve a well-considered point of view within it.

Per Question #1 in your letter of 2 March 2022, permit me to explain my relationship with Dr. Bhadra. He first came to my attention when I was co-Guest Editor for a Special Issue of Sankhya B. After discussions with my fellow Guest Editors, in 2019 Dr. Bhadra was one of our first round invitees to submit a paper. He contributed a paper joint with Datta, Polson, and Willard as noted on his CV. According to my records, it went through one moderate revision and was accepted. Separate from this, early in 2021 Dr. Bhadra accepted my invitation to serve as an Associate Editor for the journal *Statistical analysis and Data Mining*, for which I serve as Editor-in-Chief. He has served the journal well and I hope he will continue to serve through the rest of my term.

Apart from these two editorial relationships, Dr. Bhadra and I are at arm's length as colleagues. I leave it to you to decide how serious a conflict-of-interest this represents. I would, however, note that my esteem for Dr. Bhadra precedes your request that I serve as an external reference on his promotion case and I doubt that you knew of our editorial connections.

My detailed comments on Dr. Bhadra's work are in the following three sections. Sec. 1 has my assessment of the significance and quality of Dr. Bhadra's research and achievents as requested in Question #2 in your letter to me. Sec. 2 provides a summary of the work by Dr. Bhadra that I have read. I have purposefully tried to write this section so that non-statisticians will be able to understand it. Sec. 3 briefly addresses other professional matters to the extent that I can. This includes addressing Question #3 in your letter to me. This letter then concludes with a restatement of my overall view.

340 Hardin Hall - North Wing / P.O. Box 830963 / Lincoln, NE 68583-0963 / (402) 472-2903 / FAX (402) 472-5179
http://statistics.unl.edu

Anindya Bhadra - 50

**DEF1  00661**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 1   Dr. Bhadra's research and other achievments

My assessment of Dr. Bhadra's research rests on the four papers you provided to me and on a sampling of other papers from his CV published in 2018 or later. I read or skimmed two of his submitted papers (noted above), three of his applications papers (also noted above) and of course the paper he submitted to the issue of Sankhya B for which I was a Guest Editor. I also looked at a few of his other recent papers but only cursorily. Effectively, I have examined about half of his recent published or submitted work. I purposefully excluded Dr. Bhadra's pre tenure work.

Based on my reading of these documents there are three points I want to make. They are listed in order of importance.

1. *Dr. Bhadra's contributions to local-global priors are comprehensive.* This comment covers the three papers co-authored by Dr. Bhadra in 2019 in *JCGS, JMLR,* and *Stat. Sci.* Taken together with his submitted paper Sagar et al. (2022+) and his 2020 paper in *Sankhya B,* these papers (along with others I have skimmed) go a long way to elucidating the general behavior of local-global priors for many commonly appearing parameter types (locations, variances, etc.). Indeed, one of the more interesting points brought out in this work is the distinction between the fully Bayes case (that they are mostly studying) and the penalized case that is very closely related, at least mathematically. The two approaches – Bayes and penalized methods – were discussed in his *Sankhya B* and *JMLR* papers. In his *Stat. Sci.* review paper, the authors comment that the two approaches have different rates of convergence and pertain to different quantities, posterior densities vs. point estimators. It is well known that within the Bayesian paradigm one cannot assess bias so it is good that Dr. Bhadra is looking predictively in several of his papers e.g., Ma and Bhadra (2022). Predictive assessment is the main way a Bayesian can compare inferences with data although in my opinion too few do. Dr. Bhadra is one of the exceptions. Indeed, in Li et al. (2019) there is a subsection specifically on bias.

2. *Dr.Bhadra's applied work is important.* A series of some nine papers on the development of a 'total nutrient index' and related concepts is an effort to assess the impact of supplements as well as assessing overall nutrition. While not my area of specialty, I have tried to read several of these papers and the studies seem well planned, carried out, and analyzed. As I wrote above they seem 'clean' meaning that the authors ensured that they adequately dealt with all the problems that arise with 'live' data. This is harder than it looks. I cannot foretell if this nutrient index will become standard, but if there isn't a standard nutrient index perhaps this, or one eveolved from it, will.

   Dr. Bhadra's work on diet and exercise strikes me as likely to be less impactful than his work on nutrition. It seems to be good work, but the specific questions it addresses, while interesting and useful, may not affect as many people as much. It's role is more generic in terms of getting an important message out.

3. *Dr. Bhadra's research is broadening and maturing.* There are several subthemes to Dr. Bhadra's work that I could comment on but haven't because at present they represent smaller fractions of his overall contribution. I refer to his submitted papers, his measurment error models work, geostatistics, and mixed data (that also brings in horseshoe priors), again leaving out pre tenure publications. As I commented before, two of his recently submitted papers show the kind of statistical maturity I like to see in a Full Professor. They can be partially regarded as a continuation of the work in Ma and Bhadra (2022+). This latter paper bears discussion since it was one of the fours selected for me to read. The oversimplified idea is that the Matérn covariance function tails off too rapidly with distance from location to location and this can be fixed by using a different class of covariance functions formed from a mixture over Matérn covariance functions. The result can give polynomial rates of tailing off with distance between locations. This paper, too, has a section on prediction efficiency and in the computational sections treats the two most logical predictive settings.

Pursuant to these items, there are five points I would like to make.

2

Anindya Bhadra - 51

DEF1  00662

First, I like to see at least one sole authored research paper just to prove s/he can function well independently. Dr. Bhadra has this from his pre-tenure years. He also has some recent work with a graduate student where we can safely presume that Dr. Bhadra played the role of lead investigator.

Second, post-tenure and promotion, Dr. Bhadra has been enormously research productive. Indeed, over his career he has averaged over three publications/year with a noticeable ramp up during the last four years. Partially one could attribute this to the high degree of focus Dr. Bhadra has on a small number of problems, but even allowing for that and other factors, like working with an established group of collaborators, the sheer volume of work is impressive.

Third, Dr. Bhadra's grant funding is substantial. Not the highest I have seen, but for someone who bills himself as primarily a theoretician it's probably in the top 20%. This may be linked to his focus on two main areas of research (horseshoe priors and 'diet & exercise'); funding agencies tend to like focus.

Fourth, Dr. Bhadra has given an enormous number of invited presentations, in departments and conferences. The range of venues is likewise large and many would be considered very prestigious.

Fifth, I have purposefully not commented on the 'prestige' of the venues in which Dr. Chang has published. In my view, there are so many weak papers in strong journals and so many strong papers in weak journals that where a paper is published is no longer a reliable indicator of quality. Thus, I have read Dr. Bhadra's papers themselves and assessed their contributions. This is the best way I know to be fair to the candidate and to the institution.

Let me conclude this section with an observation. Often when mainly theoretical types like Dr. Bhadra encounter real data problems they realize how inadequate our theories are given the data we seek to analyze. This often causes people like him to re-assess the effectiveness and reasonableness of the methods we as a field have developed. In some, and Dr. Bhadra may be an example of this, it leads to the desire for a unified framework for analysis that has a large component of validation of inferences e.g., through prediction. I see this is a strong indicator that Dr. Bhadra is ready for promotion, or will be very soon.

## 2   Summary of the work

Here, for the benefit of non-specialists in statistics, I have tried to express concisely and non-technically what Dr. Bhadra has contributed. Hopefully this will provide some justification for my statements in Secs. 1 and 3. Obviously, I am oversimplifying so I offer my apologies to those who could have expressed the ideas better. OTOH, Statistics is well served by our efforts to make ourselves better understood.

1. *Horse shoe priors.* Some background is important: Some problems are mathematically ill-posed meaning they are not phrased in any way that admits a solution. As a consequence, we often rephrase the problem – usually with some loss, hopefully not a lot – to make the problem solvable, at least in principle. This process is called regularization and there are many ways to do it. In some cases – usually optimization – a penalty term is introduced. The idea is that penalizing elements in the collection of all conceivable solutions ensures we can find the one with the lowest penalty. 'Penalty' is usually phrased in terms of some cost of a solution. The Bayesian formulation of statistics admits multiple interpretations and one of them is the option of regarding a prior as a regularizer, i.e., mathematically similar to a penalty. The effect is to ensure solutions exist and, as a rule, can be found at least computationally. Much of Dr. Bhadra's work is on prior selection, i.e., choosing good ways to penalize a class of solutions to find the best one. A 'prior' is a formal probabilistic statement of pre-experimental beliefs about the outcomes of an experiment.

   The specific class of priors Dr. Bhada has studied most is called 'local-global' priors. This means they have one hyperparameter for each parameter and one extra hyperparameter for the whole prior. A hyperparameter is a parameter that controls another parameter. That is, it indirectly affects the model by way of other parameters. Local-global priors are probably the most direct way to represent a penalty used for regularization; they are also one of the most flexible classes of priors.

   Arguably, the most important example of local-global priors is the horseshoe prior seeing as how it allows for a wide range of structured prior beliefs. Horseshoe priors are used mainly in regression

3

settings where the influence of each explanatory variable is treated as a local effect. Thus, one can provide pre-experimental weights on how likely a regression parameter is to be non-zero, i.e., have an effect on the quantity being measured. The special thing about horseshoe priors is that they predispose parameter values to be either large (and hence influential) or near zero (and hence to be neglected).

Dr. Bhadra's work on local-global priors is mainly to extend them to difficult problem, wehre difficult means many parameters relative to sample size. This is seen in his paper with one of his PhD students, Li et al. (2019) where they look at inverse covariance matrices. This is an important problem because covariance matrices control the precision of estimators. Bhadra et al. (2019) on prediction risk provides formal results characterizing the prediction performance of horseshoe priors. His survey paper, Bhadra et al (2019) pulls together a large number of related results pointing out the relationship between horseshoe priors and the LASSO, a technique for penalty-based regularization. The emphasis is on prediction, a topic that has been of growing interest in Statistics since the mid-teens. The relationship between penalized methods and horseshoe priors a topic he has developed in more recent work as well.

2. *Applications in diet and exercise.* It is widely understood that lifestyle is a major component of health status and that medical care per se has a secondary effect, say in terms of lifespan. (Socio-economic status, also known to be a key determinant of health status, is usually regarded as highly correlated with diet and exercise.) Dr. Bhadra's work examines numerous aspects of lifestyle choices, in terms of exercise and diet. These are probably the factors under most immediate control of individuals and are addressed succinctly by the common medical admonition to 'move more and eat less'.

Dr. Bhadra has taken this principle to heart and participated in numerous studies to help elaborate what this principle means in practice. His work also illustrates its widspread applicability.

For instance, he is co-author on a sort of meta-analysis Aqeel et al. (2020) whose primary finding is that exercise performed post-meal regardless of time of day had a beneficial impact in particular on diabetics, who often have diabetes as a result of obesity. This is followed by Aqueel et al. (2021) that shows, simply put, more exercise leads to better health outcomes and BMI is inversely related to exercise level. As a rule, Dr. Bhadra's work in these areas shows no surprises. It helps to quantify the benefits of what we would regard as a healthier lifestyle and can obviously be used in a public health context to guide individual and policy decisions.

On the food front, Dr. Bhadra has recognized the growing problem of malnutrition, often called in more genteel contexts food insecurity or the existence of 'food deserts' – or more forthrightly hunger. The basics of what people need to eat to live reasonably well have been known for decades. Ongoing work such as Cowan et al. (2021) elucidates some of the finer points of this problem. Other work such as Cowan et al. (2021+) provides a critical review of the use of nutrient based indices i.e., assessment of how well-nourished people are given diet and the use of dietary supplements. The novelty here is the detail and in particular the search for malnutrition in terms of 'micronutrients'.

The importance of this work is the continual exhortation to healthier lifestyles in spite of social pressures to turn all of us into lethargic semi-ambulatory protoplasm, susceptible to unending health problems.

From this I hope it is clear where Dr. Bhadra's main contributions lie in both intellectual importance and empirical importance.

# 3   Other professional matters

Question #3 on your letter concerned a comparison of Dr. Bhadra to his peers with reference to leaders in the field or those who have recently been promoted to Full Professor at R1 Statistics Departments. I am going to ignore the former since leaders in the field are few and usually a decade older than Dr. Bhadra. Regarding the latter, I have perused the websites of Statistics Departments at several Big 10 and other R1 universities looking for recent promotions to Full Professor. In honesty, I didn't find very many. So, I looked a bit further back and found promotions to Full Professor that were often 5 or more years ago and hence for faculty members that are now often 10 years past their promotion to Full date.

4

Anindya Bhadra - 53

DEF1  00664

My strictly observational findings are as follows. First, it is quite early for Dr. Bhadra to be up for promotion to Full. Second, he has slightly fewer publications in the top three methodological journals than many others; this doesn't trouble me as I commented toward the end of Sec. 1. Third, he has a much higher productivity rate than many who were promoted to Full, including one discussed paper which is a rarity. Fourth, in terms of citations, he's a bit lower than average as best I can tell. This may be a function of the branch of Statistics he's in. Penalized methods have transferred to practical use faster than horseshoe priors. Fifth, taking the other areas discussed below together, he is roughly comparable to his peers. So, while I would not at this time place him in the top 20% of candidates for promotion to Full, I would not place him in the bottom 25% either, especially after correcting for the fact he's only 12 years from his PhD.

Let me turn finally to the other criteria by which it is common to evaluate candidates for Full Professor. These items are in no particular order.

- Continued productivity: This looks pretty much assured since he is clearly capable of moving beyond local-global priors in a variety of directions and he has a track record of very high productivity. I personally doubt he will be able to maintain his current elevated level of productivity as he moves to accept the other responsibilities I associate with being a Full Professor, but this is normal.

- MS and PhD Students: Dr. Bhadra has had fewer PhD and MS students than would be typical for someone being promoted to Full. OTOH, this may be an artifact of an early promotion and the tendency of students to prefer the most senior and established of thesis advisors.

- Teaching: Dr. Bhadra has taught a smaller range of courses than most candidates for Full Professor. Of course, breadth of teaching is more important in smaller departments than in larger departments such as Purdue. Also, teaching assignments are the prerogative of the Department Head and I wouldn't second guess another Head's teaching assignments. Perhaps Dr. Bhadra is particularly effective in the courses he's been assigned, which would explain why he's taught them so many times. Or perhaps he has used grant money to buy out of some teaching responsibilities.

- Service to the profession: This is high for someone at Dr. Bhadra's stage of career. He's an associate editor for no less than four journals and has done more conference organizing and other sorts of organizing (e.g., SAMSI) than is typical. It's nice to see his role in judging the work of others (grant review, tenure and promotion letter) which are a little atypical for someone not already a Full Professor.

- His IISA award is a very big deal. The competition for this is quite high, so his having won is strong evidence of the appropriateness of early promotion. (I am lifetime member of IISA.)

- I couldn't find any information on Dr. Bhadra's service within his department. My understanding is that departmental service at Purdue is relatively highly concentrated amongst the Full Professors, so I can imagine Dr. Bhadra getting more involved in committeework in the future. This aspect of his contribution will have to be assessed by his colleagues at Purdue.

Overall, Dr. Bhadra has a fine, productive research record and good, visible, service to the field of Statistics. He has also recently won a coveted prize. In other areas, he seems to be performing comparably to faculty who have been considered for promotion to Full Professor. Apart from completing the transition to having an elaborated view of the field appropriate to a Full Professor of Statistics, which he is clearly in the process of developing, I see no reason to hold back his promotion.

Yours,



5

Anindya Bhadra - 54

**DEF1  00665**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## University of Connecticut
### *Department of Statistics*

College of Liberal Arts
and Sciences



Re: Letter of recommendation for Dr. Anindya Bhadra

Dear Dennis,

I am writing to your request for an evaluation of Dr. Anindya Bhadra for his promotion to Full Professor. After reviewing his CV and papers, I can enthusiastically support his case for promotion to the rank of Full Professor position.

I am a Board of Trustees Distinguished Professor in the Department of Statistics at the University of Connecticut and I served as the Department Head from September 1997 until June 2011 and then as an Associate Dean of the College of Liberal Arts and Sciences (CLAS) at UConn from July 2011 until June 2016.

I have the highest regard for Dr. Bhadra's work.  Dr. Bhadra's major research areas can be divided roughly into three categories, "Bayesian methods for high-dimensional and complex data", "Computational statistics" and "Applications of statistics in the life sciences (genomics, infectious disease epidemiology etc.". His research is a clear indication of his strength in Theory, Methodology, and Computing, with strong applied component.

He has made significant contributions in the various applications and theoretical development in Variable selection, as well as novel theoretical development and application in various aspects of Graphical models and Deep and Statistical Learning with novel applications. His recent paper entitled, "Bayesian Robust Learning in Chain Graph Models for Integrative Pharmacogenomics" is a clear indication of it.

Reading his papers, it is absolutely clear that Dr. Bhadra has real strength and skill in formulating and solving complex theoretical problems. His papers entitled "Beyond Mat´ern: On A Class of Interpretable Confluent Hypergeometric Covariance Functions.", "Joint mean–covariance estimation via the horseshoe.", "Horseshoe regularization for machine learning in complex and deep models (with discussion)," are simply brilliant!

215 Glenbrook Road Unit 4120, Storrs, Connecticut 06269-4120
Telephone: (860) 486-4196 / (860) 486-4755
Facsimile: (860) 486-4113



Anindya Bhadra - 55

DEF1 00666

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

He has also made major contributions in other problems, e.g., on his past research (before his tenure) in Bayesian analysis, machine Learning, Spatial statistics and several aspects of computational statistics.

Dr. Bhadra's current and future research are based on Developments in Gaussian processes and beyond: applications in geostatistics and deep learning as well as applied research on Pharmacogenomics. All of them are very interesting and cutting-edge topics.

Dr. Bhadra's unpublished works are also very important. Most of his papers are joint publications but I think he has taken major leads on most of those papers. It is a clear indication that Dr. Bhadra has not only established him as an independent researcher but also proved himself as a leader. It is clear after reading his papers that Dr. Bhadra has a tremendous depth and breadth in research.

Dr. Bhadra's contributions in service to our community are also significant. He has been Associate editors for quite a few top journals. Four years back, I recruited him as an AE of Sankhya, the Indian Journal of Statistics and second oldest journal in Statistics in the world and he is doing a fantastic job. He is also very visible in national and international meetings.

Dr. Bhadra recently received the prestigious "Young Statistical Scientist Award" from the, International Indian Statistical Association (IISA). This was very competitive from a list of top candidates among the members of IISA.

Dr. Bhadra has maintained steady grant support over the years from NSF. He has been serving as advisor for quite a few Ph.D. students.

Dr. Bhadra, in my opinion, is a recognized member of our profession and ranks head and shoulders above his peers. He deserves promotion to the rank of Full Professor in many departments including ours.

I recommend his promotion enthusiastically, without any reservation, and with a genuine assessment of quality.

If you have any questions, please feel free to reach out to me at ▆▆▆▆▆▆▆▆

Thank you.
Sincerely,



215 Glenbrook Road Unit 4120, Storrs, Connecticut 06269-4120
Telephone: (860) 486-4196 / (860) 486-4755
Facsimile: (860) 486-4113



Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

215 Glenbrook Road Unit 4120, Storrs, Connecticut 06269-4120

Telephone: (860) 486-4196 / (860) 486-4755

Facsimile: (860) 486-4113

Anindya Bhadra - 57

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# 𝔇uke 𝔘niversity

**Durham NC 27708-0251**
**USA**

**Department of**
**Statistical Science**

**218 OLD CHEMISTRY BUILDING**
**BOX 90251**

tel: (919) 260-6615

Dear Professor Lin,

I am writing in response to your request for an evaluation of Dr. Anindya Bhadra who is being considered for promotion from Associate to Full Professor in the Department of Statistics at Purdue University. I have met the candidate previously in a professional manner but we have not collaborated and I can be objective in my review. I think highly of Anindya – he is a positive and enthusiastic individual who does interesting research focused primarily on Bayesian methods for high-dimensional data with an emphasis on shrinkage priors.

I will first comment on his overall profile before going into specific details on his research contributions. Anindya is well known in the field and visible internationally in the Bayesian community. He has appropriate citation numbers for promotion to Full Professor, with an H-index of 15 and over 1100 citations on google scholar. These are a bit lower than the numbers for recent promotions to Full in our department, but within range and these numbers shouldn't be taken too seriously in any event. It is notable that he is an Associate Editor at a first-tier statistics journal (JASA) and also a first-rate second tier journal (JCGS). This is evidence of his visibility in the field. He has a decent funding record with a current NSF grant as PI. His trajectory is pretty good, with multiple papers submitted and several upcoming invited talks at prominent conferences. There are some questions about independence, which I will address in detail below. He has only advised 3 PhD students with two of them current – I would like to see more overall advising but the trajectory is good, which is an important consideration for promotion to Full.

Anindya's main research focus has been on studying variations of the very popular "horseshoe" prior. The horseshoe prior is one member of the class of global-local mixture of Gaussians priors, and has become routinely used in high-dimensional regression problems in particular. The idea is to use a prior for high-dimensional parameters that is concentrated near zero to shrink small signals to zero while having heavy tails to avoid over shrinking important signals. The original horseshoe prior was proposed by Carlos Carvalho, Nick Polson and James Scott. One of Anindya's main claims to fame is a potential improvement to horseshoe, referred to as the horseshoe+ for ultra sparse signals. This was published jointly with Nick Polson and others in Bayesian Analysis in 2017. More recently Anindya has written a serious of related articles also jointly with Nick Polson & Jyotishka Datta (a former postdoc of mine) considering other extensions and different applications of the horseshoe, including a careful study of prediction risk and applications to the setting of deep learning models. There are obvious questions about independence in this work as Nick Polson is a very senior and brilliant innovator in Bayesian statistics, while Jyotishka is a very talented young faculty member in statistics. I would prefer to see work with Anindya and his own students with co-authors from other fields.

Anindya Bhadra - 58

**DEF1  00669**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Outside of horseshoe papers with Nick Polson, Anindya has an interesting series of papers on graphical modeling. I found his paper in 2018 in Biometrics focused on inferring graphical structure in non-normal and mixed scale data interesting; most of the consideration in the literature has been on Gaussian graphical models and beyond that copula models for continuous data, so the discrete case becomes quite interesting. I would note this article is co-authored with Veera, who is a professor at University of Michigan who is very well-known for his work on Bayesian graphical modeling. Anindya also had an interesting paper adapting horseshoe for use in graphical models, this time joint with Professor Bruce Craig, with a latter paper with Craig & Jyotishka Datta focusing instead on joint mean-covariance estimation, again with the horseshoe.

Given the questions of independence and narrowness of focus raised by the above papers, I was very excited to read Anindya's paper to appear at JASA focused on proposing a new class of covariance functions for Gaussian processes. Much of the emphasis in the spatial statistics community has been on Matern covariances; I am quite familiar with this literature as I have an active research thread on Bayesian spatial statistics methods beyond my general interest in Gaussian process-based models. Matern covariances have a lot of unappealing issues, including lack of identifiability of the parameters in the covariance and a corresponding great challenge in efficient computation for these parameters using Markov chain Monte Carlo (MCMC) algorithms. I think this new class of convergent hypergeometric covariances provide a very nice addition to the literature, which will impact our own research moving forward. This paper shows independence and new ideas, and I hope this becomes a new trend for Anindya. His submitted papers are all co-authored with senior statisticians, but nonetheless this is promising.

In conclusion, I think that Anindya has built up enough of a successful research track record for promotion to Full Professor. He has a good rate of publication in good outlets, and there are interesting ideas contained in the research. The questions of independence remain, but the JASA paper to appear contains novel ideas and has no senior co-authors; this in my view pushes him over the bar. I recommend that he be promoted.

Sincerely yours,

DEF1 00670

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Melton, Jodie A

| | |
|---|---|
| **From:** | Lin, Dennis KJ |
| **Sent:** | Tuesday, March 15, 2022 3:21 PM |
| **To:** | Melton, Jodie A |
| **Subject:** | Fw: Evaluation letter for Professor Anindya Bhadra |

FYI...d

| | |
|---|---|
| **From:** | ██████████@stat.columbia.edu> |
| **Sent:** Tuesday, March 15, 2022 2:24 AM |
| **To:** Lin, Dennis KJ <dkjlin@purdue.edu> |
| **Subject:** Re: Evaluation letter for Professor Anindya Bhadra |

Dear Dr. Lin:

I am pleased to write a letter in support of the promotion of Dr. Anindya Bhadra. I was not previously familiar with his work so I read a few of his papers in preparation for writing this letter. The article, "Precision matrix estimation under the horseshoe-like prior–penalty dual," was interesting and innovative in considering the use of Bayesian priors in the context when they will be summarized by a point estimate. The article, "Merging Two Cultures: Deep and Statistical Learning," is a thoughtful integration of statistical ideas. His article about covariance matrix estimation is interesting too. As someone who works in this area, I recognize the difficulty of working with such models, so I appreciate the value of this research.

Overall I have a very positive impression of Dr. Bhadra's research, as it is technically challenging, methodologically relevant, and conceptually interesting. He has also worked with a range of different collaborators, which itself is a big strength. There's no doubt in my mind that he is very strong, and I enthusiastically recommend his promotion to tenure.

Yours,

██████████

On Feb 27, 2022, at 4:05 AM, Lin, Dennis KJ <dkjlin@purdue.edu> wrote:

██████████,

I write to seek your help.

For retention reason, we are considering a "speed-up" promotion for Dr. Anindya Bhadra. We have a deadline of March 24th (at the College level)...and thus will need all outside evaluation letters by March 17th (for the voting at Department level).

Attached please find

- a copy of CV for Dr. Anindya Bhadra, and
- the research statement for Dr. Anindya Bhadra.

Is it possible to have your evaluation letter by March 17th? Sorry for such a rush...everything comes at the last minute!

*Anindya Bhadra - 60*

DEF1  00671

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

If agreeable with you, an "official" request will send to you on Monday.

Please help,
Dennis


<cv_bhadra.pdf><research.statement_bhadra.pdf>

Anindya Bhadra - 61

DEF1  00672

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



Department of Statistics (MC0439)
Hutcheson Hall
Virginia Polytechnic & State University
250 Drillfield Drive
Blacksburg, VA 24061

March 5, 2022

Dennis K.J. Lin
Distinguished Professor
Department Head of Statistics Purdue University

### TENURE LETTER FOR ANINDYA BHADRA

Dear Promotions Committee,

I am pleased to provide a letter in support of **Anindya Bhadra**'s promotion to Full Professor in the department of Statistics at Purdue.

First a little about me. I am Professor of Statistics at Virginia Tech, and a Fellow of the American Statistical Association (ASA). I currently serve as the Editor-elect at *Technometrics*, an ASA journal. I served as the president of the ASA's Section on Physical and Engineering Sciences, am serving as president for the ASA's Uncertainty Quantification Interest Group, and was previously as Treasurer for the International Society of Bayesian Analysis. I work mainly on surrogate modeling, uncertainty quantification, Bayesian inference and statistical computing.

I have known *of* Anindya for several years, perhaps since 2016, having become aware at that time of his important work on variable selection and spatial modeling. The closest we have ever worked professionally is as joint organizers of a session on Gaussian process regression, at the intersection of spatial modeling, uncertainty quantification, and machine learning, for the 2021 Joint Statistical Meetings (JSM). We have several common collaborators, however, most notably Nicholas (Nic) Polson at The University of Chicago.

Nic has an eye for talent. He identifies the leading "youth" of the Bayesian statistical landscape and entices them to work with him. Nic is a genius, maybe even a savant, but he is not easy to work with. It takes a special kind of patience and perseverance to churn his insightful, but half-baked ideas into science. I gave up after a couple of papers. Anindya is till going strong. His first-authored papers, with Nic and several other young authors, are excellent. I'm thinking in particular of his 2017 "Horseshoe+" paper in *Bayesian Anaylsis*. Despite this paper landing in a distinctly "B" outlet (in my opinion – I was an AE at BA for many years), it has had tremendous impact on the field already. His 2016 Biometrika (a very top outlet) paper and his 2019 paper (JMLR, top in Machine Learning) with Nic, and others, are also excellent although interestingly their impact has been more moot compare to the first BA paper. Perhaps it's

Anindya Bhadra - 62

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

simply a waiting game.

Another area that Anindya works in, that overlaps with my own, is in spatial modeling, influencing methods at the intersection of computer surrogate modeling, geostatistics, and probabilistic machine learning. I became aware of his (now 2022 JASA) paper on "Beyond Matèrn" in earlier drafts back in 2019 (possibly even earlier). This is excellent work, and I'm pleased to see it finally appear in JASA, a very top outlet in our field. It takes frustratingly long to get a paper through at JASA, which has a very high rejection rate. I congratulate Anindya, and his co-author Pulong, for there perseverance on that front. Many papers which are clearly above the bar at the outset, which theirs was in my opinion, fail to run to gauntlet.

It is my opinion that Prof. Bhadra has established himself as a leader in multiple branches of modern statistical modeling, in particular in Bayesian penalized regression (lasso and horeshoe) and spatial modeling, but also more widely than that. I am pleased to see several other ambitious undertakings listed as "submitted" in his CV, with preprints on the arXiv. His career, both in sheer volume on his CV, but also in terms of impact on Google Scholar, is on the up and up.

Anindya's track record of recruiting research funding, at a clip of about $50K/year (just ballparking it), is at par or better when comparing to Associate Professors rising to Full. The same goes for his service to the profession, in particular as Associate Editor for four top journals, including JASA and JCGS. These opportunities only go to rising stars and the responsibilities they imply are only taken up by those with a deep commitment to the field and an instinct for advancement of both career and discipline. It is perhaps worth addressing a perceived gap in seminar invitations since 2019. This is surely due to 'Covid times". It is quite clear that he is active on the international and domestic conference circuit, with myriad virtual presentations since 2019 at all the top meetings.

In summary, this letter is intended convey the highest level of support for Prof. Bhadra's promotion to Full Professor. I have absolutely no reservations. He would sail through at in my department. He is a leader in statistics generally, and in Bayesian penalized regression and spatial modeling methodology specifically, and we need more like him being recognized at the highest level. Purdue is lucky to have him! Please do not hesitate to contact me by email if I can be of any further assistance.



Anindya Bhadra - 63

DEF1 00674

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# HARVARD UNIVERSITY
## DEPARTMENT OF STATISTICS



Tel. 617-495-1600
Fax. 617-496-8057

Science Center 715
One Oxford Street
Cambridge, MA 02138

March 16, 2022

To Whom It May Concern

Dear Colleague:

It is my pleasure and honor to write this letter to provide my evaluation of Professor Anindya Buadra for his promotion to Full Professor in the Department of Statistics of Purdue University. I do not know Buadra in person and only know his name through some of his publications.

Dr. Buadra's publication record is very strong, with more than 60 papers published in professional journals and conferences. His work has influenced hundreds to thousands of researchers and been cited more than 1100 times. One of Dr. Buadra's main areas is Bayesian high-dimensional modeling and analysis. In particular, his work on sparsity-induced priors such as horseshoe and horeshoe+ priors is quite influential. I particularly like their paper published in JMLR in 2019, which focuses on the case of $p > n$ and shows that global-local shrinkage regression can advantageous than global shrinkage such as ridge regression and results in improved risk predictions (in the sense of Stein's unbiased risk estimate, i.e., SURE). Impressively, by using the orthogonalization representation of Frank and Friedman (1993), they have derived a closed-form solution of SURE for the horseshoe shrinkage regression model, which is computationally tractable. From the formula, they propose to find the global shrinkage parameter $\tau$ to minimize SURE via a simple 1-dim numerical optimization step. Their results further implied that horseshoe priors can result in optimal adaptive shrinkage – nearly unbiased for large coefficients. Their numerical studies and applications demonstrate their in-depth theoretical analysis.

I have also read a recent paper of Dr. Buadra on Gaussian processes: Beyond Matérn. This paper introduces a novel class of covariance functions called the Confluent Hypergeometric (CH) class (note that the CH function or distribution has been associated with the horseshoe priors), which can be viewed as a scale mixture of the Matérn class. This is a very interesting and useful development. Such a covariance function can control both the degree of mean-square differentiability near the origin and the tail heaviness, with the latter being particularly important and difficult to handle by the available approaches. They also derived theoretical properties of this new covariance function including equivalent measures and asymptotic behavior of the maximum likelihood estimators. This develop may have further applications in deep learning as the limit of deep neural networks under a Gaussian prior can be described by Gaussian processes.

In general, I feel that Dr. Buadra is a very energetic as well as sophisticated researcher attentive to details. His work is theoretically deep, practical, solid and interesting. He is not only prolific but also very scholarly and careful with his work. He has been active in disseminating his research ideas and results through publications and professional presentations and has gained a strong international reputation. Dr. Buadra also appears to have a strong ability to attract funding – the list of federal research grants that he was involved with is impressive. Dr. Buadra has done a great

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

job directing both master and PhD students. As a main advisor, he has already graduated 43 PhD students and 1 master students. Dr. Buadra is also very active as a society member, providing important professional serves, such as serving as referees for many professional journals, serving on tenure review, grant review, and conference committees, organizing sessions of various statistical meetings, and serving as associate editor of a number of world-leading statistical learning journals.

In sum, I believe that Dr. Buadra is a very strong academic researcher and educator and truly deserves to promoted to the rank of full professor. I support his promotion in your department enthusiastically.

With best regards,

Sincerely,



SCIENCE CENTER, ONE OXFORD ST • CAMBRIDGE, MA • 02138
PHONE: 617 495-1600 • FAX: 617 496-8057

Anindya Bhadra - 65

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## UNIVERSITY OF GEORGIA

Franklin College of Arts and Sciences

*Department of Statistics*



March 6th, 2022

Dear Dennis,

In response to your recent request for evaluating Dr. Anindya Bhadra who is under the consideration for the Professorship at the Department of Statistics of Purdue University, I am very happy to write this letter to offer my assessment and to express my enthusiastic support for this appointment.

I have known Dr. Bhadra through his work and had a chance to chat with him briefly when I visited Purdue a few years ago. Dr. Bhadra is well known for his innovative and influential contributions to several areas in modern statistics, machine learning and their applications to health sciences. Dr. Bhadra's publication list is impressive in terms of both quality and quantity. Many of them are in top journals, e.g., Journal of the American Statistical Association, Journal of Machine Learning Research. His scholarly achievement in the Bayesian community is outstanding, as evident from his exceptional publications in leading journals and his record in obtaining NSF supports for his research during current difficult time in obtaining federal grants.

Brooks Hall | 310 Herty Drive | Athens, GA 30602
Telephone 706-542-5232 | Fax 706-542-3391
*An Equal Opportunity, Affirmative Action, Veteran, Disability Institution*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Now let me elaborate my assessment. Dr. Bhadra addressed challenging problems in modern statistical and machine learning theory and methods with applications to health sciences. In this research theme, his work provided new techniques for studying regulation with an unprecedentedly high impact. Bhadra et al. (2016, Biometrika) proposed a novel estimator, called the "horseshoe+ estimator," in ultra-sparse Bayesian variable selection problems. Bhadra et al. (2019a, JMLR) showed that the prediction performance for the class of global shrinkage regression methods (ridge regression, principal components regression etc.) can be improved by using local, component-specific shrinkage parameters. Bhadra et al. (2021a, Sankhya B) derived fast computational algorithms to perform feature selection using the non-convex horse- shoe regularization penalty. With his student, Dr. Bhadra (in Li et al. 2019, JCGS) proposed the use of the horseshoe prior in estimating the precision matrix for multivariate Gaussian data. This series of work is elegant and insightful. The research needs to explore the problem authoritatively is both challenging and complex, but handled by his with thoroughness, rigor and ingenuity. In addition, his work also provided new tools for better understanding the role of regulations. The above papers just start a long list of impressive work conducted by Dr. Bhadra and his students.

Dr. Bhadra is also actively involved in collaborative research on studying various interesting health science problems. For example, he worked with a research team from nutrition science  on developing  a "total" nutrient index including all sources of food and dietary supplements, while accounting for measurement errors.  The study has led to nine outstanding publications. He also collaborated with an interdisciplinary research team to analyze temporal dietary data using a dynamic time warping distance, followed by spectral clustering and examine their relationship to health outcomes. The study has led to five nice publications. Dr. Bhadra has led this collaborative work involves excellent researchers in Nutrition Science, School of Nursing and Electrical Engineering. Dr. Bhadra has led extensive independent and collaborative work. Both the computational methodology and heath science applications are emphasized in his research work. In summary, Dr. Bhadra's research breadth is amazing. In each of those research areas, he left strong footprints.

Dr. Bhadra's research has been well funded through NSF. In addition to his impressive academic achievement, Dr. Bhadra has taught a number of courses at Purdue, supervising a number of graduate students. He devoted time to foster their academic growth.  One of his students won a 2022 ENAR Distinguished Student Paper Award, which shows that Dr. Bhadra's exceptional track record in mentoring graduate students. Moreover, he serves as organizers for many conferences, and referee for numerous journals. Dr. Bhadra balanced his research, teaching and service amazingly well.

Dr. Bhadra's case is well comparable with peers in top research universities in US. There is no doubt that Dr. Bhadra will be successfully promoted if he was in my department. One of our most recent promotion cases is Professor Abhyuday Mandal, who also got his PhD from Michigan. At the time of promotion, Dr. Mandal did not have a federal grant and did not have graduated PhD student supervised by him. In addition, Dr. Mandal did not have top journal paper as many as Dr. Bhadra has. I believe that Dr. Bhadra can get promoted in many top statistics departments, including UIUC, where I worked for eight years.

Brooks Hall | 310 Herty Drive | Athens, GA 30602
Telephone 706-542-5232 | Fax 706-542-3391
*An Equal Opportunity, Affirmative Action, Veteran, Disability Institution*

DEF1  00678

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

In summary, Dr. Bhadra has done outstanding work in both modern statistical and machine learning methodology. He is a most accomplished statistical researcher whom any department should be proud to have on its faculty. I strongly support his promotion to the rank of Professor.

Sincerely,



Brooks Hall | 310 Herty Drive | Athens, GA 30602
Telephone 706-542-5232 | Fax 706-542-3391
*An Equal Opportunity, Affirmative Action, Veteran, Disability Institution*

Anindya Bhadra - 68

DEF1 00679

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**UF Informatics Institute**

E251 CISE Bldg
PO Box 118545
Gainesville, FL 32611-8545
352-294-3912

March 14, 2022

Dr. Dennis Lin
Distinguished Professor and Head
Department of Statistics
Purdue University

**Evaluation letter for Dr. Anindya Bhadra**

Dear Dr. Lin,

I am writing in response to your request, dated March 2, 2022, to provide an evaluation of Dr. Anindya Bhadra as a scholar, as part of his consideration for appointment to the rank of Full Professor in your Department.

I have known Dr. Bhadra for over 15 years, initially as a student in my Ph.D. level class on Multivariate Analysis at the University of Michigan and later as a speaker or organizer of invited sessions at various statistical conferences and meetings.

Dr. Bhadra works on Bayesian methods for modeling and analysis of complex high-dimensional data. Since being promoted to Associate Professor in 2018, he has published 10 methodological papers that appeared in top journals including the Journal of the American Statistical Association, the Journal of Machine Learning Research, Statistical Science, Biometrics, and the Journal of Computational and Graphical Statistics. In addition to his methodological work, Dr. Bhadra has strong interests in applications including genetics, nutritional epidemiology and infectious diseases, as evidence by the 14 publications he has contributed to in those areas.

Next, I am providing comments on selected papers from his recent work. The 2018 Biometrics paper on "Inferring network structure in non-normal and mixed discrete-continuous genomic data" continues Dr. Bhadra's research agenda on developing methods for inferring network structure from high-dimensional data (e.g., prior work includes his 2013 Biometrics paper). In the 2018 paper, he introduces a unified Bayesian model for graphical models that can seamlessly handle both continuous and discrete type variables corresponding to the nodes of the graph. It accomplishes its goals by employing Gaussian scale mixture distributions and hence infer network structure. Extensive numerical work together with an application to a cancer genomics data set illustrates the practical benefits of the proposed modeling approach. His 2021 Journal of Multivariate Analysis paper, on "Joint mean-covariance estimation via the horseshoe" aims to estimate network structure in a set of variables (covariance) after correcting for other covariates (mean), a problem that has numerous applications in the analysis of multi-modal

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Omics data. In the paper, he develops an end-to-end Bayesian model leveraging horseshoe prior distributions for the mean-covariance model parameters that lead to a scalable estimation scheme that is linear in the number of predictors. Numerical studies and extensive comparisons with competing approaches in the literature illustrate the overall usefulness of the proposed approach.

I also enjoyed reading his recently accepted paper on "Beyond Matern: On a class of interpretable confluent hypergeometric covariance functions" that represents a new area of research for Dr. Bhadra. The Matern covariance function has been widely used in modeling tasks with Gaussian Processes due to computational advantages it offers and the need to tune a single hyper-parameter. In this paper, he proposes a class of covariance functions that retain most of the benefits of the Mattern one (e.g., differentiability), but are also capable of accommodating heavy tails in the data, without a lot of extra computational burden. The new class has two hyper-parameters to tune that add flexibility, but are still computationally relatively inexpensive. This work opens the possibility for many interesting extensions in using Gaussian Processes in predictive modeling tasks.

Examining his CV, Dr. Bhadra has advised three doctoral students, which constitutes a good mentoring record. He is also serving as Associate Editor of the high quality Journal of the American Statistical Association and of the Journal of Computational and Graphical Statistics, the top journal in that subfield of statistics. Further, Dr. Bhadra's methodological research has been supported by NSF, while his applications oriented work by NIH, a testament to the quality of his work.

Overall, Dr. Bhadra's agenda is characterized by a good balance between technical breadth and depth and an acuity in identifying interesting novel research directions; all these three indicators bode well for important future contributions to the fields of high-dimensional data and their numerous applications. He has made very good contributions to date to Bayesian methods for complex data and he is also branching out to novel areas including Gaussian Processes and their recently established connections to deep neural networks. I expect him to continue making significant contributions to the field of Bayesian methods in the years to come. Therefore, I very strongly support his promotion to the rank of Full Professor.

Sincerely,



Anindya Bhadra - 70

DEF1 00681

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Department of Statistics**
1220 Medical Science Center
1300 University Avenue
Madison, WI 53706-1532
(608) 262-2598

2 March 2022

Dr. Dennis K.J. Lin
Distinguished Professor and Head
Department of Statistics
Purdue University

Dear Dr. Lin:

This letter serves to enthusiastically support the promotion of Dr. Anindya Bhadra to the rank of Professor in the Department of Statistics at Purdue University. Bhadra has clearly demonstrated a strong and ongoing trajectory of quality scholarly work and would receive such a promotion if here at UW-Madison.

To clarify my position, I am Professor of Statistics at UW-Madison. For most of my career have collaborated with biologists and other scientists through the Biometry Program, which I have directed for the past few years. I also realized a decade ago that I am a data scientist, and became founding director of our campus-wide Data Science Institute, recognizing the broad impact of statistics and data science across the academy. With this context, I can appreciate Professor Bhadra's blend of theory and practice.

Bhadra has made substantial contribution to understanding spatial processes, extending the approach pioneered by Matérn with new methodology that is both elegant and pragmatic, addressing important issues of local smoothness and longer term dependencies. Bhadra has taken some effort to apply this to satellite data. It will be interesting to watch how this new development is adopted in practice and extended by others in coming years, particularly with his ongoing NSF support.

Bhadra has worked on a variety of interrelated problems and writes in an accessible way that has attracted substantial following, as indicated by citation history on Google Scholar. Spatial problems suggest considering multi-variable problems, particularly in sparse settings, which have also been addressed by Bhadra. The horseshoe+ estimator is a clever blend that balances local and global properties of an estimator, overcoming competing approaches that only handle part of the problem. Bhadra also shows important evidence of mentoring the next generation to excellence, with one student winning a sought-after 2022 ENAR award.

In short, Bhadra is a productive faculty member showing continued growth and impact in multiple areas of statistics. I would be honored to have Bhadra as a colleague, and encourage you to promote them to Professor at this time.

Sincerely,



Anindya Bhadra - 71

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

 

**UCLA** Department of Statistics



March 15, 2022

Dear Professor Dennis Lin,

I am writing this letter in response to your request of my evaluation of Professor Anindya Bhadra's scholarly work, who is under consideration for promotion to Full Professor.

I do not know Professor Bhadra personally. As our research areas do not overlap substantially, I did not follow his research work closely prior to this evaluation. However, after an overall review of his dossier and, in particular, his publications and a selection of his recent papers, I find the promotion fully warranted, and thus strongly recommend that Dr. Bhadra be promoted to Full Professor.

Since tenure promotion in 2018, Professor Bhadra has published 10 methodological and theoretical papers in core statistical journals, including a few in the top tier (*Journal of the American Statistical Association, Journal of Machine Learning Research, Statistical Science*, and *Biometrics*). He has also collaborated on more than 10 biomedical papers, covering a variety of topics, such as nutrient indices and temporal patterns in dietary data. His methodological research has been well-funded by two NSF DMS grants. All of the above records are clear indicators that Professor Bhadra has become a leader in his research areas. In the following, I will discuss a few of his recent publications to exemplify Professor Bhadra's research work and its impact.

Professor Bhadra has made substantial contributions to the development of global-local shrinkage priors for high-dimensional and complex Bayesian methods. With his coauthors, Professor Bhadra proposed a novel horseshoe+ estimator, which improves theoretically and empirically the well-known horseshoe prior. In a paper published in JMLR, Bhadra et al. (2019) rigorously show that the predictive accuracy of a large class of global shrinkage regression methods may be improved by using local shrinkage priors. This is done with novel tools developed by the authors based on explicit calculation of the Stein's unbiased risk estimate (SURE), which then allows comparisons of the finite sample risk between global ridge and global-local horseshoe regressions. Bhadra et al. also identified situations under which the horseshoe regression can outperform two well-known shrinkage and/or regularized regression techniques, namely the ridge regression and the MCP. This is certainly a very interesting and solid work, which could provide useful practical guide on the applications of various advanced regression techniques. The SURE-based method for finite sample risk evaluation is of independent interest with potential applications to quantify the risk of many other regularized estimators.

Professor Bhadra has also developed a few novel methods on structure learning of graphical models, a recent example being his 2018 *Biometrics* paper. In this work, Bhadra et al. proposed a method to infer the conditional independence relations on non-Guassian random variables

Anindya Bhadra - 72

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

of mixed discrete and continuous nature. Learning conditional independence (CI) for a mix of discrete and continuous variables has been a challenging problem, due to the difficulty in modeling these variables in a coherent way that allows fast tests. An interesting feature of this work is that the method performs CI tests on the observed discrete data, without the need to introduce hidden variables, which is a common approach but bears some undesired properties.

Most recently, Professor Bhadra has started a new research project on Gaussian processes with applications to geostatistics and deep learning, demonstrating impressive research width and dynamics. Although just started, he already published a paper in JASA. I expect this project to be very fruitful in a couple of years.

As you can see, I think highly of Professor Bhadra's work. I believe he has met all the criteria for full professor promotion at UCLA, and his promotion would be a straightforward case in my department.

Sincerely,



Anindya Bhadra - 73

**DEF1 00684**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

# EXHIBIT K

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**President's Office Form 36**

**NOMINATION FOR PROMOTION**                    **DATE:    December 16, 2021**

| 1 | **FULL NAME:** | Last **Pasupathy** | First **Raghu** | Middle Initial | **PUID 00100-05107** |
|---|---|---|---|---|---|

| 2 | Proposed Rank and Title | Professor of Statistics | |
|---|---|---|---|

| 3 | Present Rank and Title | Associate Professor of Statistics (with tenure) | Year 2014 |
|---|---|---|---|

| 4 | Previous Purdue University Rank(s) and Title(s): | | Year |
|---|---|---|---|
| | | | Year |

| 5 | **Penultimate Year** | **(if applicable)** | Year |
|---|---|---|---|

| 6 | **ACADEMIC RECORD   (Institutions Attended)** |
|---|---|

| Degree | Year | | Years Attended |
|---|---|---|---|
| PhD | 2005 | Purdue University, West Lafayette | 2000-2005 |
| B. Tech | 1995 | Indian Institute of Technology, Chennai, India | 1992-1995 |

| 7 | **BASIS OF NOMINATION - EMPHASIS OF SCHOLARSHIP** (one or more areas must be checked) | | |
|---|---|---|---|
| | Discovery | X | |
| | Learning | | |
| | Engagement | | |

| 8 | **PRIMARY COMMITTEE VOTES** | Yes | 11 | No | 1 |
|---|---|---|---|---|---|

| 9 | Comments  by  Head  of  Department  (or  School) |
|---|---|

Yes X      No o

*Raghu Pasupathy is a leader in the area of statistics and operations research with his research contributsion, teaching effectiveness, and service to the profession.*

Education (Teaching) – Pasupathy has taught (and developed) various courses, mainly related to optimization.  His course evaluation and peer evaluation are all positive.  He will be a valuable role model to new teachers who have not yet developed his classroom skills.

Discovery (Research) – Pasupathy's contribution to the stochastic optimization discipline has been strong on multiple fronts.  He has investigated several theoretical questions and also developed algorithms that have direct practical impact.  The depth and significance of the contributions he has been making are on par with those of well-recognized leaders in this research area.

Engagement (Service) – Pasupathy's standing within the academic community is excellent and he has made significant time contributions by both serving on the committee of ISIM and organizing conferences and workshops.  He has also involved with many important Committees in the department.  He is an invaluable member.

Signature:  *Dennis Lin*

| 10 | **AREA COMMITTEE VOTE** | Yes | 20 | No | 0 |
|---|---|---|---|---|---|

| 11 | Comments  by  Dean  and/or  Chancellor  (for  Regional  Campuses) |
|---|---|

Yes X      No o

Dr. Pasupathy is a statistician who researches stochastic optimization, with a strong funding history, numerous publications in good journals, and positive letters.  I endorse his promotion to the rank of Full Professor with tenure.

Signature:  *[signature]*

| 12 | **UNIVERSITY COMMITTEE VOTE** | Yes | | No | | **Recommended** | Yes | | No | |
|---|---|---|---|---|---|---|---|---|---|---|

| 13 | *SPACE  RESERVED  FOR  NOTES  BY  MEMBERS  OF  UNIVERSITY  COMMITTEE* |
|---|---|

*Add other pages as needed; see instructions.*

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS     document 32-2     filed 05/02/25     page 180 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

**I  GENERAL INFORMATION**                                                                  **4**
  A  Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4
  B  Previous Positions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4
  C  Present Position . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4
  D  Awards and Honors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4
    D.1  External Awards and Honors . . . . . . . . . . . . . . . . . . . . .    4
    D.2  Internal Awards and Honors . . . . . . . . . . . . . . . . . . . . . .    5
  E  Professional and Scholarly Associations . . . . . . . . . . . . . . . . . . .    5

**II  LEARNING**                                                                             **6**
  A  Teaching Assignments Since 2014 . . . . . . . . . . . . . . . . . . . . . .    6
  B  Selected Discussion of Courses . . . . . . . . . . . . . . . . . . . . . . .    7
  C  Course Evaluations (at Purdue University) . . . . . . . . . . . . . . . . .    8
  D  Other Contributions to Undergraduate Education . . . . . . . . . . . . . .    9

**III  DISCOVERY**                                                                           **10**
  A  Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10
  B  Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10
    B.1  Stochastic Optimization for Applied Probability Models . . . . . . . . . . .    11
    B.2  Stochastic Optimization for Statistics . . . . . . . . . . . . . . . .    12
  C  Past and Ongoing Research Effort . . . . . . . . . . . . . . . . . . . . .    13
    C.1  Statistical Performance Limits for Stochastic Optimization . . . . . .    14
    C.2  Algorithms and Solvers for Stochastic Optimization . . . . . . . . . . .    15
    C.3  Allied Questions and Application . . . . . . . . . . . . . . . . . . .    15
  D  Looking to the Future . . . . . . . . . . . . . . . . . . . . . . . . . . .    15
  E  Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18
    E.1  Refereed Publications in Journals and Refereed Book Chapters . . . . . . . .    18
    E.2  Refereed Publications in Conference Proceedings . . . . . . . . . . . .    20
    E.3  Refereed Journal Publications Submitted or Under Revision . . . . . . .    24
  F  Invited Lectures (since coming to Purdue University in August 2014) . . . . . . . . .    25
  G  Other Presented Papers . . . . . . . . . . . . . . . . . . . . . . . . . .    29
  H  Other Professional Activities . . . . . . . . . . . . . . . . . . . . . . .    30
  I  Interdisciplinary Activities . . . . . . . . . . . . . . . . . . . . . . . .    30
  J  Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    30
  K  Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    31
    K.1  Discussion of support . . . . . . . . . . . . . . . . . . . . . . . .    31
    K.2  Current Award Information . . . . . . . . . . . . . . . . . . . . . .    31
    K.3  Past Award Information . . . . . . . . . . . . . . . . . . . . . . . .    31
  L  Evidence of Involvement in Graduate Research Program . . . . . . . . . . .    34
    L.1  Ph.D. Students Graduated, Graduation Date, Current Appointment . . . .    34
    L.2  Current Graduate Students, Start Date, Expected Graduation Date . . . . .    34
    L.3  Supervision of Undergraduate Research, Dates . . . . . . . . . . . . .    34
    L.4  Current and Previous Postdoctoral Associates, Department, Dates . . . . . .    35

L.5     Current M.S. and Ph.D. Committee Membership, Department . . . . . . . . 35

**IV ENGAGEMENT**                                                                **36**
  A     Discussion of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
  B     Service to Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
  C     Service to the University . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  D     Service to the College . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
  E     Professional Activities/Service . . . . . . . . . . . . . . . . . . . . . . . . 37
  F     Diversity Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

**V  MENTORING**                                                                 **38**
  A     Undergraduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
  B     Graduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# I. GENERAL INFORMATION

## A  Education

Ph.D., 2005     Operations Research, School of Industrial Engineering, Purdue University, IN.
B. Tech, 1995   Indian Institute of Technology, Chennai, India.

## B  Previous Positions

2018 - 2020   President, INFORMS Simulation Society
2011 - 2014   Associate Professor, Industrial and Systems Engineering, Virginia Tech, VA
2012 - 2013   Academic Visitor, IBM Research, Yorktown Heights, NY
2005 - 2011   Assistant Professor, Industrial and Systems Engineering, Virginia Tech, VA
1997 - 1999   Project Engineer, Simulation and Optimization, Edwards and Kelcey, Inc., Boston, MA

## C  Present Position

2014 - present Associate Professor, Department of Statistics, Purdue University, West Lafayette, IN

## D  Awards and Honors

### D.1  External Awards and Honors

2021   KD Tocher Medal (with G. Feldman, E. Applegate, and S.R. Hunter)
2016   I-SIM Best Paper Prize (with S. Shashaani and S. R. Hunter)
2015   I-SIM Best Paper Prize (with G. Feldman and S. R. Hunter)
2014   INFORMS Computing Society Paper Prize (Runner-up)
2014   I-SIM Best Paper Prize in the Ph.D. Colloquium (with F. S. Hashemi)
2013   *Operations Research*, Meritorious Service Award
2013   Doing Good with Good OR (Finalist)
2012   Finalist, Best Theoretical Paper, Winter Simulation Conference
2011   IBM Faculty Award
2011   INFORMS Computing Society Paper Prize (Winner)
2011   Finalist, Best Theoretical Paper, Winter Simulation Conference
2008   INFORMS JFIG Award (Winner)
1994   Bridge Design Competition, Winner (Indian Institute of Technology, Chennai, India)
1990   National Physics Talent, India
1989   National Talent Search Scholarship, India

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## D.2   Internal Awards and Honors

| | |
|---|---|
| 2018 | Regina and Norman F. Carroll (Col. USAF) Research Award |
| 2007, 2008 | Paul E. Torgerson Award for Excellence in Teaching (Virginia Tech) |
| 2005, 2006, 2007 | Dean's List for Teaching Excellence (Virginia Tech) |
| 2004 | Graduate School Excellence in Teaching Award (Purdue University) |
| 2003 | Excellence in Math Teaching Award (Purdue Univeristy) |
| 2000 | Eldon J. Yoder Memorial Award for Research (Purdue University) |

## E   Professional and Scholarly Associations

American Statistical Association (ASA)

Society for Industrial and Applied Mathematics (SIAM)

The Institute for Operations Research and the Management Sciences (INFORMS)

INFORMS Simulation Society

INFORMS Optimization Society

INFORMS Computing Society

INFORMS Applied Probability Society

INFORMS Transportation and Logistics Society

INFORMS Manufacturing and Service Operations Management

INFORMS Military Applications Society

Institute of Industrial Engineers (IIE)

Institute of Electrical and Electronics Engineers (IEEE)

IEEE Computational Intelligence Society

IEEE Control Systems Society

IEEE Information Theory Society

IEEE Intelligent Transportation Systems Society

American Mathematical Society (AMS)

Institute of Transportation Engineers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## II. LEARNING

My teaching interests lie broadly in the areas of probability, optimization, and Monte Carlo. I believe that each of these areas is a pillar of modern data science and my efforts at instruction, modernizing the existing curriculum, and my ideas on the creation of new courses broadly reflect this belief.

## A   Teaching Assignments Since 2014

| Semester and Year | Course Number, Credit Hour, Type | Title of Course | Number of Students | Student Classification |
|---|---|---|---|---|
| S 2020 | STAT 420 (3 cr lecture) | Time Series Analysis | 79 | Jr and Sr |
| F 2020 | STAT 532 (3 cr lecture) | Stochastic Processes | 23 | Graduate |
| F 2020 | STAT 598 (3 cr lecture) | Stochastic Optimization | 22 | Graduate |
| S 2019 | STAT 420 (3 cr lecture) | Time Series Analysis | 83 | Jr and Sr |
| F 2019 | STAT 420 (3 cr lecture) | Time Series Analysis | 46 | Jr and Sr |
| S 2018 | STAT 511 (3 cr lecture) | Statistical Methods | 69 | Graduate |
| F 2017 | STAT 532 (3 cr lecture) | Stochastic Processes | 32 | Graduate |
| F 2017 | MA 416 (3 cr lecture) | Introduction to Probability | 39 | Jr and Sr |
| S 2017 | STAT 598 (3 cr lecture) | Stochastic Optimization | 11 | Graduate |
| S 2017 | STAT 519 (3 cr lecture) | Introduction to Probability | 29 | Graduate |
| F 2016 | STAT 532 (3 cr lecture) | Stochastic Processes | 28 | Graduate |
| S 2016 | STAT 598 (3 cr lecture) | Stochastic Optimization | 14 | Graduate |
| F 2015 | STAT 420 (3 cr lecture) | Time Series Analysis | 80 | Jr and Sr |
| S 2015 | STAT 598 (3 cr lecture) | Stochastic Optimization | 17 | Graduate |
| F 2014 | STAT 420 (3 cr lecture) | Time Series Analysis | 33 | Jr and Sr |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## B  Selected Discussion of Courses

STAT 598, Stochastic Optimization: This course covers basic theory, methods, and algorithms for stochastic optimization with a view toward high-dimensional machine learning and big data. Topics of discussion include stochastic approximation (or stochastic gradient descent), sample average approximation, classic algorithms from stochastic programming, and some stylistic algorithms. The course emphasizes aspects of optimization that have played a prominent role in the recent rise of deep learning models within important contexts such as classification, regression, clustering, and learning. The course was originally designed for computational finance, but has been extended for more comprehensive coverage and now fills a substantial curricular gap across the colleges of science and engineering in Purdue University.

STAT 420, Time Series: This course covers basic theory, estimation, and analysis of time series models for undergraduates. STAT 420 is a "gateway course" in that it is required of all students enrolled within the actuarial statistics program. STAT 420 is also important more broadly as it is part of a set of courses intended to develop deeper probabilistic and statistical thinking among undergraduates, while also building computational skills using the statistical package R. An excellent addition to the undergraduate statistics curriculum will be a follow-on course to STAT 420 to include new topics, e.g., time series of networks or graphs, and to delve deeper into spectral estimation and the frequency domain.

STAT 598, Monte Carlo Methods for Computational Finance: This course was created in service of the Monte Carlo aspects of computational finance. Some example topics in this course include solving stochastic differential equations using Monte Carlo, the use of Monte Carlo for efficient simulation of high-dimensional diffusions representing asset price movement, variance reduction ideas, and rare-event estimation for efficiently calculating small probabilities of events associated with a probability model. Some important model related technical aspects such as copulas and tail-behavior, seen by some as factors that influenced the 2009 financial crash, are covered.

MA 416, Probability: This course is an introduction to mathematical probability covering general probability rules, conditional probability and Bayes theorem, discrete and continuous random variables, moments and moment generating functions, and joint and conditional distributions. Like STAT 420, MA 416 is an important "gateway" course that lays the foundations for general statistical thinking and for data science. Over the medium term, it is hoped that MA 416 along with two new courses proposed by other faculty members will form important ingredients of Purdue's data science initiative.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## C   Course Evaluations (at Purdue University)

C1 score corresponds to the statement: "Overall, I would rate this course as:"
C2 score corresponds to the statement: "Overall, I would rate this instructor as:"

For Fall 2020, I have reported the median scores corresponding to the following two statements as a proxy for the C1 score:

  (i) The class activities are well prepared and organized.

  (ii) The assignments aid me in achieving the class objectives.

For Fall 2020, I have reported the median scores corresponding to the following two statements as a proxy for the C2 score:

  (i) The instructor clearly explains material so that I can understand it.

  (ii) The instructor is open to my questions and effectively answers them.

| Semester and Year | Course | Respond/Enroll | C1 Score (overall mean) | C2 Score (overall mean) |
|---|---|---|---|---|
| F 2020 | STAT 532 | 13/23 | 4.75, 4.5 | 4.75, 4.75 |
| F 2020 | STAT 598 | 14/22 | 4.86, 4.71 | 4.93, 4.93 |
| S 2020 | STAT 420 | 14/46 | NA | NA |
| F 2019 | STAT 420 | 14/46 | 4.9 | 4.9 |
| S 2018 | STAT 511 | 41/69 | 4.3 | 4.7 |
| F 2017 | STAT 532 | 17/32 | 4.7 | 4.8 |
| F 2017 | MA 416 | 16/32 | 4.3 | 4.8 |
| S 2017 | STAT 598 | 5/8 | 4.8 | 4.8 |
| S 2017 | STAT 519 | 12/28 | 4.5 | 4.6 |
| F 2016 | STAT 532 | 16/28 | 4.8 | 4.9 |
| S 2016 | STAT 598 | 8/14 | 4.7 | 4.7 |
| F 2015 | STAT 420 | 45/72 | 3.6,4.2 | 3.6,4.2 |
| S 2015 | STAT 598 | 9/15 | 4.7 | 4.7 |
| F 2014 | STAT 420 | 15/33 | 4.1 | 4.1 |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# D    Other Contributions to Undergraduate Education

1. Since 2014 when I came to Purdue University, I have advised numerous groups (with two to four students in each group) of students in civil, industrial and chemical engineering as they completed their senior projects. These projects were sometimes affiliated in some way to an industry client. Advising such groups involved helping the students pose the problem in a rigorous and useful way, identifying potential solutions, and helping with analysis, inference, and interpretation of results. Before coming to Purdue University, I have formally advised about fifteen groups of undergraduate students in Industrial Engineering as they completed their industrial senior design projects.

2. Since coming to Purdue, I have counseled a large group (about 35) undergraduate students as they have considered their career paths while pursuing their undergraduate education. Such mentoring usually happens through regular but informal discussions during and outside office hours. I have written recommendation and reference letters for a substantial fraction of these students.

3. Partly in response to the data science initiative on campus, I have been engaged in design/re-design of two courses at the undergraduate and early graduate levels. The first of these is on the topic of stochastic optimization and will be offered in sequence with a number of other important courses on probability, simulation, and computation. An internal proposal for such a redesign was submitted to the campus-wide data science teaching initiative program. I am keenly interested in creating a follow-on (honors) course to STAT 420 (the current "in the books" course on time series) that will include topics such as time series on graphs and a deeper treatment of spectral analysis.

4. Virtually every time I teach an undergraduate course, e.g., time series, a number of under-graduate students approach me seeking help with "research projects" they have undertaken with other departments. An apt example from 2018 is Hannah Jones, who was a student in the Actuarial Sciences program. Concurrent to being a student in my STAT 420 course, Hannah was involved in a project that pertains to biometrics, where probability models of different characteristics of the human eye are used to verify the identity of individuals. The project was rich in that it involved issues in statistical and probability models, algorithm development, and decision-making through optimization in such contexts. In Hannah's own words, this combination of learning in a class along with a "real project" was powerful. STAT 420 and any follow-on courses might be especially suitable for increasing the odds of a student having an experience similar to Hannah's.

DEF1  00976

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# III. DISCOVERY

## A  Discussion

My research interests lie at the interface of statistics, optimization, and probability, with a focus on the asymptotic theory, methodology, and algorithms for solving the *stochastic optimization* (SO) problem. My work over the last two decades is best described as investigating the theoretical and algorithmic underpinnings of solutions to SO and allied problems, in the service of constructing provably efficient techniques that can be reliably implemented on a digital computer.

## B  Background

The SO problem is that of identifying the location within a constrained region where a family $\{\psi_0(x, Q) : x \in \mathcal{X}\}$ of *statistical functionals* is to be minimized over a "constrained decision space." Formally, we pose the SO problem as follows.

$$\begin{aligned} &\underset{x \in \mathcal{X}}{\text{minimize: }} \psi_0(x, Q) \\ &\text{subject to: } \psi_j(x) \leq 0, j = 1, 2, \ldots, k, \end{aligned} \qquad (P_0)$$

where each $\psi_j(x, Q), j = 1, 2, \ldots, k$ is a family of statistical functionals (labeled by $x$), and $Q$ is some probability measure.

The overwhelmingly popular context is one where each of the functionals $\psi_j, j = 1, 2, \ldots, k$ is an expectation, allowing us to write Problem $(P_0)$ as the following optimization problem:

$$\begin{aligned} &\underset{x \in \mathcal{X}}{\text{minimize: }} f(x) := \mathbb{E}[f(x)] = \int F(x, \xi) \, dQ(\xi) \\ &\text{subject to: } g_j(x) \leq 0, j = 1, 2, \ldots, k, \end{aligned} \qquad (P)$$

where $f : \mathcal{X} \to \mathbb{R}$ is called the *objective function*, and $g_j : \mathcal{X} \to \mathbb{R}, j = 1, 2, \ldots, k$ *constraint functions*.

The statistician will immediately recognize Problem $(P)$ as a slight generalization of the classical $M$-estimation problem [1]. Furthermore, the statistician will view the Problem $(P)$ as the "population version" of the following more common "sample-path" problem obtained by replacing the measure $Q$ with the empirical measure $Q_n$ constructed from data $\xi_1, \xi_2, \ldots, \xi_n$:

$$\begin{aligned} &\underset{x \in \mathcal{X}}{\text{minimize: }} f(x) := \frac{1}{n} \sum_{j=1}^{n} F(x, \xi_j) = \int F(x, \xi) \, dQ_n(\xi) \\ &\text{subject to: } g_j(x) \leq 0, j = 1, 2, \ldots, k. \end{aligned} \qquad (P_n)$$

In Problem $(P)$, $F : \mathcal{X} \times S \to \mathbb{R}$ is a random and pointwise (in $x$) observable functional, $\xi$ is some $S$-valued random object that induces the probability measure $Q$, and the constrained region where the minimum of $f$ is sought is specified through the functionals $g_j : \mathcal{X} \to \mathbb{R}, j = 1, 2, \ldots, k$. Importantly, the space $\mathcal{X}$ can be any metric space, e.g., the space $C^1[a, b]$ of smooth funtions on an interval $[a, b]$, the space $\mu(\mathbb{R}^d)$ of probability measures on $\mathbb{R}^d$, some appropriately specified space of graphs $\mathcal{G}$, or the $d$-dimensional Euclidean space $\mathbb{R}^d$ as is most common.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

The formulation in Problem $(P)$ is the modern stochastic generalization of the *deterministic optimization* problem that can be traced back to early work by such giants as P. de Fermat (1607 – 1665), I. Newton (1642 – 1726), L. Euler (1707–1783), J. -L. Lagrange (1736 – 1813), C. F. Gauss (177 – 1855), P. L. Chebyshev (1821 – 1894) and A. M. Lyapunov (1857 – 1918). This early but somewhat scattered advance between the seventeenth to the ninteenth centuries was consolidated and popularized in the early to mid-twentieth century by the pioneering work of L. V. Kantorovich (1912 – 1986), G. B. Dantzig (1914 – 2005) and others, and substantially modernized in the late twentieth century — see [2, 3, 4] for interesting historical accounts.

## B.1  Stochastic Optimization for Applied Probability Models

The SO problem has enjoyed much attention over the last two decades from the Operations Research and Applied Mathematics community of scientists. This is understandable given that Problem $(P)$ is a natural formalism in an "uncertain environment" where the dynamics of the setting are so complicated that they cannot be adequately expressed in closed-form.

As a timely example, consider how one might distribute a limited supply of vaccines within a large population suffering from the effects of a pandemic. It is now well-known that the probabilistic evolution of a disease within the population is often difficult to express in closed-form but is adequately abstracted using a stochastic differential equation (SDE) on a large graph [5] that represents contact between individuals. Then an appropriate and frequently asked question is how a limited budget of vaccines should be distributed so as to minimize the expected number of hospitalizations (or other appropriate measure) over a specified time horizon. This question is naturally cast as Problem $(P)$ where $x \in \mathcal{X} \equiv \mathbb{R}_+^d$ represents the chosen vaccine allocation to $d$ prespecified segments of the population, $F(x, \xi)$ is the output of a probability model such as an SDE-based SIR [5] and represents the number of hospitalizations during the realization $\xi$ and for the chosen vaccine allocation vector $x$, and the constraints $g_j, j = 1, 2, \ldots, k$ represent appropriate policy-level stipulations on how the vaccines should be distributed.

A second illustrative example from a completely different setting that can be cast as Problem $(P)$ appears when coordinating Naval unmanned underwater vehicles tasked with reaching a specified location of interest [6, 7, 8], and subject to stochastic forces from ocean currents. Consider for instance an unmanned underwater vehicle that is to navigate through a stochastic environment having dynamics specified by a set of SDEs, and attempting to reach a set $\mathcal{X}^* \in \mathbb{R}^3$ of interest. Suppose that the drift and the volatility of the path taken by the vehicle can be affected to some degree through what we call a "control function" $x : [0, t] \to \mathbb{R}^3$, $F(x, \xi)$ is the energy consumed by the vehicle during its mission for the choice $x$ and realization $\xi$, and $g_j, j = 1, 2, \ldots$, are constraint functions representing object navigation. The objective then is to identify that control function $x$ from a large prespecified class $\mathcal{U}_{ad} := \{x : g_j(x) \leq 0\}$ so as to minimize a desired objective $f$, e.g., total energy consumption.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The ease with which application settings can adopt Problem $(P)$ as a formalism (see [9, 10, 11]) has played a role in illuminating the key *flavors* of Problem $(P)$, where a *flavor* is characterized by the nature of the space $\mathcal{X}$, the nature of probability model underlying the random function $F$, and the nature of the functions $f, g_j, j = 1, 2, \ldots, k$. For instance, smooth stochastic optimization over probability measures constrained to a convex set, non-smooth convex stochastic function optimization over unconstrained $d$-dimensional Euclidean space, and stochastic optimization over a finite set (also known as Ranking and Selection [12]) have all become important problem classes that have attracted bespoke solutions.

## B.2   Stochastic Optimization for Statistics

Recently, Problem $(P)$ seems to be enjoying renewed attention even among statisticians. To understand this phenomenon, it is helpful to recognize that a remarkable number of classical statistical problems are classified as $M$-estimation problems that involve the optimization step of solving Problem $(P_n)$ when computing a solution estimator [13, 1]. Some example settings include:

(a) Regression

(b) Maximum Likelihood Estimation

(c) Classification

(d) Anomaly Detection

(e) Design of Experiments

(f) Hypothesis Testing

Despite the prominent role of optimization within the above problem settings, the precise "mechanics" of the optimization step is rarely emphasized in traditional statistical treatments. This is justified in that, until about the early 2000s, models and datasets used within problems such as (a)–(f) predominantly tended to be of a size and type that standard optimization techniques could routinely handle. For example, in linear regression with least squares, standard optimization techniques could easily compute the classic closed-form expression $\hat{\beta} = (X^T X)^{-1} X^T Y$ even for data matrices $X$ having many hundreds of thousands of rows; and, in non-linear regression with least squares, a standard iterative technique such as line search with L-BFGS [14] could easily identify the optimal parameters for datasets with hundreds of thousands of rows and columns. The underlying computational procedures for optimization problems arising within (a)–(f) became so routine, and the resulting solutions so reliable, that the nature of optimization algorithms performing the computation faded out of plain view.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The situation started to change in about the early 2000s when the size and type of datasets used within settings such as (a)–(f) shifted dramatically, bringing along key complications to the optimization step. A particularly good example of this shift is the problem of classification listed in (c) above where it is now common to have datasets with many billions of observations, and on which a deep learning model is to be trained. The resulting optimization step is a parameter estimation problem where the search for a loss function's minimum is to be carried out in a Euclidean space having dimension that is of the order of a few tens of millions, a challenge that traditional deterministic optimization techniques are hardly equipped to handle. As an illustration of this point, if one were to attempt to implement the previously mentioned line-search with L-BFGS optimization routine (in its standard form) on a parameter estimation problem for even a medium-sized deep learning model, the algorithm will likely not execute more than a few iterations on account of the intense computing demands. Such failure of traditional deterministic optimization techniques when implemented within the big-data milieu has exposed many fundamental unanswered questions within stochastic optimization.

## C   Past and Ongoing Research Effort

The complicated dynamics of probability models that are often needed to adequately abstract real-world phenomena, and the dramatic changes in the size and type of modern datasets, have together sprung forth basic unanswered questions about Problem $(P)$. Four of these broad questions, lying at the interface of statistics and optimization, have guided my research effort over the past decade.

Q.1 (Statistical Performance Limits) What are the *performance limits* of solution estimators to the stochastic optimization problem appearing in $(P)$? Even more fundamentally, how should performance limits of a stochastic optimization algorithm be defined in a way that meaningfully incorporates statistical efficiency in the vein of Cramér-Rao type bounds [15, Ch. 7], and computational efficiency in the vein of Nemirovskii and Nesterov [16]. It seems clear that the nature of the space $\mathcal{X}$, the complexity of the class $\{F(x, \xi), x \in \mathcal{X}\}$, and the structure of the functions $g_j, j = 1, 2, \ldots, k$ collude to impose natural information-theoretic limits. An understanding of these limits is interesting as a scientific principle and for its own sake, but also provides practical guidance during algorithm design and development.

Q.2 (Optimal Algorithms) Do *optimal algorithms* exist, that is, are there algorithms that achieve the statistical limits alluded to in the previous question? Notions of optimal algorithms have existed for three decades in the deterministic context (mainly due to the celebrated efforts of Nemirovskii, Yudin, and Nesterov — see [16]), but corresponding efforts for algorithms in the stochastic context are still in their infancy. An integral part of algorithms to solve Problem $(P)$ are *sampling laws*, which are essentially directives on how sampling should be performed if a stochastic optimization algorithm is to be optimal. It seems likely that not all operations within optimal algorithms are important; instead, and akin to classical design of experiments in statistics, optimal algorithms are characterized by certain *optimal sampling laws* which characterize an intelligent sampling strategy that typifies all optimal algorithms. Identifying the nature of these optimal sampling laws will isolate the characteristics of optimal algorithms and in the process ease the development of more.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 192 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Q.3 (Asymptotically Exact Statistical Inference) Can statistical inference methods be constructed for optimal agorithms? For instance, can one construct asymptotically exact confidence intervals on the deviation from optimality (*optimality gap* in optimization parlance) of the iterates generated by an evolving algorithm? Answering this question in non-Euclidean infinite-dimensional contexts is particularly fruitful due to the recent popularity of modern machine learning applications. Bootstrap [17, 18] and subsampling [19] methods are natural generic candidates but the specific features of stochastic optimization provide avenues for more tailored inference techniques.

Q.4 (Solver and Library Implementation) The questions in Q.1–Q.3 are fundamental, and aimed at gaining a deeper understanding of the nature of large-scale algorithms to solve Problem ($P$). There is overwhelming evidence from other arenas that the presence of solver and problem libraries act as crucial catalysts in this process. Questions on the design, development and implementation of such libraries are, however, nontrivial and involve substantial effort — see `https://github.com/simopt-admin/simopt/wiki` for an example.

It is worth noting that the "research program" implied by the questions Q.1–Q.4 is vast. This is in part because the answers to Q.1–Q.4 tend to have value only when considered in contexts narrower than the general manner in which Problem ($P$) has been stated. The sheer number of such narrow contexts has recently increased due to the variety of application settings that modern machine learning has exposed.

## C.1  Statistical Performance Limits for Stochastic Optimization

On the question of fundamental limits in stochastic optimization, my students and I have made some progress in the context where the set $\mathcal{X}$ is finite, and the constraint set $\{g_j(x) \leq 0, j = 1, 2, \ldots, k\}$ is non-empty. For instance, the papers [E.1.44, E.2.13, E.2.7] are some of the early papers on the topic and characterize *optimal sampling laws*, that is, how an algorithm ought to expend its sampling budget across the search space $\mathcal{X}$ if it were to remain optimal from the standpoint of computational performance. The papers [E.1.46, E.2.16] characterize such optimal limits in a certain asymptotic regime where the cardinality of the space $\mathcal{X}$ tends to infinity.

The corresponding question (of fundamental limits in stochastic optimization) when the space $\mathcal{X}$ is a convex subset of $\mathbb{R}^d$ is of great interest to machine learning and one that has occupied a substantial portion of our research efforts over the last ten years. For instance, the papers in [E.1.36, E.2.4] are among the early papers that consider the question of optimal sampling laws and ensuing algorithmic limits within the context of *sample-average approximation* (SAA), an important class of algorithms for solving certain flavors of Problem ($P$) with $\mathcal{X} \subseteq \mathbb{R}^d$. The papers [E.2.19, E.1.51] consider the same question but in the context of a much broader class of stochastic recursions.

The papers [E.1.44, E.2.13, E.2.7, E.1.46, E.2.16, E.1.36, E.2.4, E.2.19, E.1.51] all have a common theme: they each start with a specific but large class of algorithms that can be applied to solve an important flavor of Problem ($P$), and then go on to mathematically characterize how sampling should be performed by an algorithm in the chosen class if it is to achieve statistical performance limits. Importantly, and for various reasons, the characterization of optimal sampling laws often aids but may not always result in an actual algorithm that can be used to solve the chosen flavor of Problem ($P$).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## C.2   Algorithms and Solvers for Stochastic Optimization

Over the past decade and a half, supported crucially by our work on statistical performance limits for stochastic optimization, my students and I have developed implementable algorithms and solvers for some key flavors of Problem $(P)$. For example, the specific flavor of Problem $(P)$ where $\mathcal{X}$ is a subset of the integer lattice $\mathbb{Z}^d$ has turned out to be surprisingly important since it subsumes a substantial fraction of application contexts. The papers [E.1.58, E.1.42] describe and analyze the algorithms ADALINE and R-SPLINE, which are arguably among the best available general purpose implementations for solving Problem $(P)$ when $\mathcal{X} \subseteq \mathbb{Z}^d$ and a local minimum is sought. The cgR-SPLINE algorithm [E.3.1] is a version of R-SPLINE that can be used to estimate global minima in presence of stochastic constraints. The two-stage linear programming problems form an important special case of Problem $(P)$ for which we have developed solution algorithms [E.1.57, E.2.14] that appear to be among the most efficient implementations. For the context where $\mathcal{X}$ is a convex subset of $\mathbb{R}^d$, work is ongoing on several specific algorithmic fronts [E.2.22, E.1.53, E.2.25, E.2.24, E.2.15, E.2.9, E.2.18, E.1.50].

## C.3   Allied Questions and Application

My students and I have investigated numerous questions that do not directly fall under Problem $(P)$ but are allied in the sense that appear within the similar contexts in which Problem $(P)$ arises. For example, my students and I have considered questions relating to risk-efficient sequential simulation estimators [E.2.29], multi-objective optimization [E.1.56, E.2.21], optimal order placements in a diffusive limit order book [E.1.52], rare-event estimation, quantile estimation and optimization [E.2.17, E.2.8], random variate generation [E.2.20, E.1.41, E.1.35, E.2.6], variance reduction in simulation experiments [E.1.45], distributional relationships [E.1.34, E.1.54, E.1.49], designing problem and solver libraries [E.2.26, E.2.12, E.2.5], and the initial transient (or "warm up") in simulation [E.2.10].

# D   Looking to the Future

Problem $(P)$ has rapidly become the dominant paradigm for decision-making under uncertainty. This is somewhat unsurprising in retrospect because probability models, whether expressed analytically or implicitly through a simulation, are the obvious mechanism to abstract the dynamics of real-world phenomena. And, if one seeks optimal decisions within the context of such systems, then Problem $(P)$ is the natural recourse.

The data-related trends of the last two decades have exposed basic unresolved theoretical and computational questions relating to Problem $(P)$ and its precursor, the $M$-estimation problem. This trend will likely continue over the following two decades as larger and more exotic datatypes become readily available, further shifting the focus from optimization over Euclidean spaces to optimization over non-Euclidean spaces such as spaces of probability measures, graphs, and functions. Due to the abundance of data and data types, there is also bound to be an increased need to systematically handle non-Euclidean spaces in a nonparametric manner, further cementing the importance of modern empirical process theory (EPT) to $M$-estimation.

To be clear, the nature of questions asked within non-Euclidean contexts of Problem $(P)$ are unlikely to change from the broad but fundamental questions Q.1–Q.4 that we have outlined in Section C. Instead, these questions will be asked within particular settings, e.g., large-scale graphs, that have naturally arisen as being important. Furthermore, and in contrast to literature over the previous three decades, modern EPT will pave the way for studying $M$-estimators without divorcing them from the computational context in which they occur. Needless to say, allied questions such as the effect of reduced dimension data representation on $M$-estimator solution quality, the effect of distributing large datasets on $M$-estimator solution quality, and inference within these settings will become pertinent.

# References

1. S. van de Geer. *Empirical Processes in M-estimation*. Cambridge university press, 2009.

2. J. K. Lenstra, H. G. Alexander R. Kan, and A. Schrijver. History of mathematical programming: a collection of personal reminiscences. 1991.

3. G. L. Nemhauser. The age of optimization: Solving large-scale real-world problems. *Operations Research*, 42(1):5–13, 1994.

4. B. T. Polyak. History of mathematical programming in the ussr: analyzing the phenomenon. *Mathematical Programming*, 91(3):401–416, 2002.

5. L. J. S. Allen. A primer on stochastic epidemic models: Formulation, numerical simulation, and analysis. *Infectious Disease Modelling*, 2(2):128–142, 2017.

6. A. P. Aguiar and A. M. Pascoal. Global stabilization of an underactuated autonomous underwater vehicle via logic-based switching. In *Proceedings of the 41st IEEE Conference on Decision and Control, 2002.*, volume 3, pages 3267–3272. IEEE, 2002.

7. A. P. Aguiar and J. P. Hespanha. Trajectory-tracking and path-following of underactuated autonomous vehicles with parametric modeling uncertainty. *IEEE transactions on automatic control*, 52(8):1362–1379, 2007.

8. D. Panagou, S. Maniatopoulos, and K. J. Kyriakopoulos. Control of an underactuated underwater vehicle in 3d space under field-of-view constraints. *IFAC Proceedings Volumes*, 45(5):25–30, 2012.

9. J. R. Birge and F. Louveaux. *Introduction to Stochastic Programming*. Springer, New York, NY, 2011.

10. J. O. Royset and R. J.-B. Wets. *An Optimization Primer*. Springer Science & Business Media, 2021.

11. W. B. Powell and H. Topaloglu. Stochastic programming in transportation and logistics. *Handbooks in operations research and management science*, 10:555–635, 2003.

12. J. L. Hong, W. Fan, and J. Luo. Review on ranking and selection: A new perspective. *Frontiers of Engineering Management*, 8(3):321–343, 2021.

13. J. S. Rustagi. *Optimization techniques in statistics*. Elsevier, 2014.

14. J. Nocedal and S. J. Wright. *Numerical Optimization*. Springer-Verlag, Berlin, 2006.

15. E. L. Lehmann. *Elements of large-sample theory*. Springer texts in statistics. Springer, New York, 1999.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

16. Y. Nesterov. *Lectures on Convex Optimization*. Springer Science + Business Media, LLC, New York, NY, 2004.

17. B. Efron and R. J. Tibshirani. *An Introduction to the Bootstrap*. Chapman & Hall/CRC, Boca Raton, FL, 1998.

18. P. Hall. *The bootstrap and Edgeworth expansion*. Springer Series in Statistics. Springer Science+Business Media, LLC, New York, 1st ed. 1992. edition, 1992.

19. D. N. Politis, J. P. Romano, and M. Wolf. *Subsampling*. Springer Series in Statistics. Springer New York, New York, NY, 1st ed. 1999. edition, 1999.

**DEF1  00984**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## E   Publications

The following is a table of 4-year impact factors (as reported on April 26, 2021 at Scimago Journal and Country Rank, `https://www.scimagojr.com/`) of the journals in which I have published. The table is followed by a partial list of top-tier journals in my general area of expertise and interest.

| Journal Name | Impact Factor | Field |
|:---:|:---:|:---:|
| Operations Research | 4.1 | Decision Sciences |
| SIAM Journal on Optimization | 4.1 | Mathematics/Theoretical Comp. Sci |
| Mathematical Programming | 4.2 | Mathematics |
| INFORMS Journal on Computing | 2.5 | Decision Sciences |
| ACM TOMACS | 2.6 | Mathematics (Modeling and Simulation) |
| IISE Transactions | 3.1 | Industrial Engineering |
| High Frequency | NA | NA |
| Accident Analysis & Prevention | 4.8 | Engineering (Safety and Risk) |
| Journal of Quality Technology | 3.6 | Decision Sciences |
| Trans. Res. Rec. | 1.35 | Engineering |
| Comp. Aided Civ. & Inf. Engg. | 8.5 | Engineering |

1. Operations Research

2. SIAM Journal on Optimization

3. Mathematical Programming

4. INFORMS Journal on Computing

5. ACM Transactions on Modeling and Computer Simulation

6. IISE Transactions

7. Accident Analysis & Prevention

8. Stochastic Systems

In the following sections, a "(*)" symbol next to an author designates the primary author; a "(G)" symbol indicates a graduate student author; and an "(M)" symbol indicates a mentor. All papers with a publication year 2011 or later correspond to post-tenure publications.

### E.1   Refereed Publications in Journals and Refereed Book Chapters

58. P. K. Raghavan (G), S. R. Hunter, R. Pasupathy (*), and M. R. Taaffe. Adaptive sampling line search for stochastic optimization with integer variables. *Mathematical Programming, Part B*, 2021. To appear.

57. R. Pasupathy (*) and Y. Song(*). An adaptive sequential sample average approximation framework for solving two-stage stochastic programs. *SIAM Journal on Optimization*, 31(1):1017–1048, 2021.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

56. E. Applegate (G), G. Feldman (G), S. R. Hunter, and R. Pasupathy. MO-SCORE: An algorithm for large-scale multi-objective optimization. *Journal of Simulation*, 14(1):21–40, 2020.

55. R. Pasupathy (*), H. Honnappa, and S.R. Hunter. Adaptive stochastic approximation: Open questions. *Stochastic Systems*, 9(3):307–310, 2019.

54. R. Pasupathy (*) and L. Leemis (*). Ties that bind: hidden links between distributions. *Significance*, 16(4):8–9, 2019.

53. S. Shashaani (G), F. S. Hashemi (G), and R. Pasupathy. ASTRO-DF: A class of adaptive sampling trust-region algorithms for derivative-free simulation optimization. *SIAM Journal on Optimization*, 28(4):3145–3176, 2018.

52. J. E. Figueroa-Lopez, H. Lee (*), and R. Pasupathy. Optimal placement of a small order in a diffusive limit order book. *High Frequency*, 1:87–116, 2018.

51. R. Pasupathy (*), P. W. Glynn, S. Ghosh, and F. Hashemi (G). On sampling rates in simulation-based recursions. *SIAM Journal on Optimization*, 28(1):45–73, 2018.

50. D. Newton, F. Yousefian, and R. Pasupathy. Stochastic gradient descent: Modern trends. In E. Gel and D. Lewis, editors, *TutORials in Operations Research*, chapter 7. INFORMS, 2018.

49. E. Vargo, R. Pasupathy, and L. M. Leemis. Moment-ratio diagrams for univariate distributions. In A. G. Glen and L. M. Leemis, editors, *Computational Probability and Applications*. 2017.

48. S. Kim (*), R. Pasupathy (*), and S. G. Henderson (*). A guide to SAA. In M. Fu, editor, *Encyclopedia of Operations Research and Management Science*, Hillier and Lieberman OR Series. Elsevier, 2014.

47. P. Li (*), M. Abbas (*), and R. Pasupathy. A stochastic dilemma zone protection algorithm based on vehicle trajectories. *Journal of Intelligent Transportation Systems*, 2014.

46. R. Pasupathy (*), S. R. Hunter (*), N. A. Pujowidianto (G), L. H. Lee, and C.-H. Chen. Stochastically constrained ranking and selection via SCORE. *ACM Transactions on Modeling and Computer Simulation*, 25(1):1–26, 2014.

45. R. Pasupathy, M. Taaffe (*), B. W. Schmeiser (*), and W. Wang (*). Control-variate estimation using estimated control means. *IIE Transactions*, 44(5):381–385, 2014.

44. S. R. Hunter (*) and R. Pasupathy (*). Optimal sampling laws for stochastically constrained simulation optimization on finite sets. *INFORMS Journal on Computing*, 25(3):527–542, 2013.

43. R. Pasupathy and S. Ghosh. Simulation optimization: A concise overview and implementation guide. In H. Topaloglu, editor, *TutORials in Operations Research*, chapter 7, pages 122–150. INFORMS, 2013.

DEF1  00986

42. H. Wang (*), R. Pasupathy (*), and B. W. Schmeiser (*). Integer-ordered simulation optimization using R-SPLINE: Retrospective search using piecewise-linear interpolation and neighborhood enumeration. *ACM TOMACS*, 23(3), 2013.

41. S. Ghosh (*) and R. Pasupathy (*). C-NORTA: A rejection procedure for sampling from the tail of bivariate NORTA distributions. *INFORMS Journal on Computing*, 24(2):295–310, 2012.

40. R. Pasupathy. Generating homogenous Poisson processes. In *Wiley Encyclopedia of Operations Research and Management Science*. Wiley, 2011.

39. R. Pasupathy. Generating nonhomogenous Poisson processes. In *Wiley Encyclopedia of Operations Research and Management Science*. Wiley, 2011.

38. R. Pasupathy (*) and S. Kim (*). The stochastic root-finding problem: overview, solutions, and open questions. *ACM TOMACS*, 21(3):23, 2011.

37. P. Li (*), M. Abbas (*), R. Pasupathy, and L. Head. Simulation-based optimization of maximum green setting under retrospective approximation framework. *Transportation Research*, 2192:1–10, 2010.

36. R. Pasupathy. On choosing parameters in retrospective-approximation algorithms for stochastic root finding and simulation optimization. *Operations Research*, 58(4):889–901, 2010.

35. K. Shin (G) and R. Pasupathy (*). A method for fast generation of Poisson random vectors. *INFORMS Journal on Computing*, 22(1):81–92, 2010.

34. E. Vargo (G), R. Pasupathy (*), and L. Leemis (*). Moment-ratio diagrams for univariate distributions. *Journal of Quality Technology*, 42(3):276–286, 2010.

33. R. Pasupathy (*) and B. W. Schmeiser (M). Retrospective-approximation algorithms for multidimensional stochastic root-finding problems. *ACM TOMACS*, 19(2):5:1–5:36, 2009.

32. S. Labi (*), R. Pasupathy (*), and K. C. Sinha. Optimal reconstruction periods for stochastically deteriorating infrastructures. *Computer-Aided Civil and Infrastructure Engineering*, 22(6):389–399, 2006.

31. S. Peeta (*), J. Ramos (G), and R. Pasupathy (*). Content of variable message signs and on-line driver behavior. *Transportation Research Record*, 1725:102–108, 2000.

30. J. Ivan (*), R. Pasupathy (*), and P. Ossenbruggen (*). Differences in causality factors for single and multi-vehicle crashes on two-lane roads. *Accident Analysis & Prevention*, 31(6):695–704, 1999.

## E.2  Refereed Publications in Conference Proceedings

The Analysis and Methodology track of the Winter Simulation Conference (WSC) serves as the flagship venue for refereed conference proceedings papers in the area of simulation and optimization. Precise data on acceptance rates at the Winter Simulation Conference are not available. Acceptance rates vary by year and by track and so no accurate information is available. However, invited papers constitute about 25 % of the papers appearing in the WSC proceedings.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

29. R. Pasupathy (*) and Y. Yeh. Risk-efficient sequential simulation estimators. In K.-H. Bae, B. Feng, S. Kim, S. Lazarova-Molnar, Z. Zheng, T. Roeder, and R. Thiesing, editors, *Proceedings of the 2020 Winter Simulation Conference*, Piscataway, NJ. Institute of Electrical and Electronics Engineers, Inc.

28. D. Newton (G), R. Bollapragada (*), R. Pasupathy (*), and A. Nung-Kwan Yip. Retrospective approximation for smooth stochastic optimization. In *12th Annual Workshop on Optimization for Machine Learning, NeurIPS, 2020.*

27. R. Pasupathy. A note on the number of random restarts required to approximate all solutions of a stochastic nonlinear system. In S. Lazarova-Molnar M. Rabe C. Szabo P. Haas N. Mustafee, K.-H.G. Bae and eds. Y.-J. Son, editors, *Proceedings of the 2019 Winter Simulation Conference*, Piscataway, NJ, 2019. Institute of Electrical and Electronics Engineers, Inc.

26. D. Eckman (G), S. Henderson, and R. Pasupathy. Redesigning a testbed of simulation-optimization problems and solvers for experimental comparisons. In S. Lazarova-Molnar M. Rabe C. Szabo P. Haas N. Mustafee, K.-H.G. Bae and eds. Y.-J. Son, editors, *Proceedings of the 2019 Winter Simulation Conference*, Piscataway, NJ, 2019. Institute of Electrical and Electronics Engineers, Inc.

25. D. Vasquez (G), S. Shashaani (G), and R. Pasupathy (*). ASTRO: Stochastastic trust-region algorithms for smooth stochastic optimization. In S. Lazarova-Molnar M. Rabe C. Szabo P. Haas N. Mustafee, K.-H.G. Bae and eds. Y.-J. Son, editors, *Proceedings of the 2019 Winter Simulation Conference*, Piscataway, NJ, 2019. Institute of Electrical and Electronics Engineers, Inc.

24. D. Newton (G), F. Yousefian, and R. Pasupathy. Recent trends in stochastic gradient descent for machine learning and big data. In M. Rabe, A. A. Juan, N. Mustafee, A. Skoogh, S. Jain, and eds. B. Johansson, editors, *Proceedings of the 2018 Winter Simulation Conference*, Piscataway, NJ, 2018. Institute of Electrical and Electronics Engineers, Inc.

23. P. Jaiswal (G), H. Honnappa, and R. Pasupathy. Optimal allocations for sample average approximation. In M. Rabe, A. A. Juan, N. Mustafee, A. Skoogh, S. Jain, and eds. B. Johansson, editors, *Proceedings of the 2018 Winter Simulation Conference*, Piscataway, NJ, 2018. Institute of Electrical and Electronics Engineers, Inc.

22. S. Shashaani (G), S. R. Hunter, and R. Pasupathy. ASTRO-DF: Adaptive sampling trust-region optimization algorithms, heuristics, and numerical experience. In T. M. K. Roeder, P. I. Frazier, R. Szechtman, and E. Zhou, editors, *Proceedings of the 2016 Winter Simulation Conference*, Piscataway, NJ, 2016. Institute of Electrical and Electronics Engineers, Inc.

21. G. Feldman, S. R. Hunter, and R. Pasupathy. Multi-objective simulation optimization on finite sets: optimal allocation via scalarization. In L. Yilmaz, W. K. V. Chan, I. Moon, T. M. K. Roeder, C. Macal, and M. D. Rossetti, editors, *Proceedings of the 2015 Winter Simulation Conference*, Piscataway, NJ, 2015. Institute of Electrical and Electronics Engineers, Inc.

20. K. Nagaraj (G) and R. Pasupathy (*). Modeling dependence in simulation input: The case for copulas. In L. Yilmaz, W. K. V. Chan, I. Moon, T. M. K. Roeder, C. Macal, and M. D. Rossetti, editors, *Proceedings of the 2015 Winter Simulation Conference*, Piscataway, NJ, 2015. Institute of Electrical and Electronics Engineers, Inc.

19. F. Hashemi (G), S. Ghosh, and R. Pasupathy (*). On adaptive sampling rules for stochastic recursions. In A. Tolk, S. Y. Diallo, I. O. Ryzhov, L. Yilmaz, S. Buckley, and J. A. Miller, editors, *Proceedings of the 2014 Winter Simulation Conference*, Piscataway, NJ, 2014. Institute of Electrical and Electronics Engineers, Inc.

18. K. Nagaraj(G) and R. Pasupathy (*). R-SPLINE for local integer-ordered simulation optimization problems with stochastic constraints. In R. Pasupathy, S.-H. Kim, A. Tolk, R. Hill, and M. E. Kuhl, editors, *Proceedings of the 2013 Winter Simulation Conference*, pages 846–855, Piscataway, NJ, 2013. Institute of Electrical and Electronics Engineers, Inc.

17. S. Ghosh and R. Pasupathy (*). Online quantile and density estimators. In R. Pasupathy, S.-H. Kim, A. Tolk, R. Hill, and M. E. Kuhl, editors, *Proceedings of the 2013 Winter Simulation Conference*, pages 778–789, Piscataway, NJ, 2013. Institute of Electrical and Electronics Engineers, Inc.

16. N. A. Pujowidianto (G), S. R. Hunter (*), R. Pasupathy, L. H. Lee, and C.-H. Chen. Closed-form sampling laws for stochastically constrained simulation optimization on large finite sets. In C. Laroque, J. Himmelspach, R. Pasupathy, O. Rose, and A. M. Uhrmacher, editors, *Proceedings of the 2012 Winter Simulation Conference*, pages 168–177, Piscataway, NJ, 2012. Institute of Electrical and Electronics Engineers, Inc.

15. F. Hashemi (G) and R. Pasupathy (*). Averaging and derivative estimation within stochastic approximation algorithms. In C. Laroque, J. Himmelspach, R. Pasupathy, O. Rose, and A. Uhrmacher, editors, *Proceedings of the 2012 Winter Simulation Conference*, pages 232–240, Piscataway, NJ, 2012. Institute of Electrical and Electronics Engineers, Inc.

14. S. Ghosh and R. Pasupathy (*). On interior-point based retrospective approximation methods for solving two-stage stochastic linear programs. In S. Jain, R. R. Creasey, J. Himmelspach, K. P. White, and M. Fu, editors, *Proceedings of the 2011 Winter Simulation Conference*, pages 4163–4171, Piscataway, NJ, 2011. Institute of Electrical and Electronics Engineers, Inc.

13. S. R. Hunter (*), N. A. Pujowidianto (G), C.-H. Chen, L. H. Lee, R. Pasupathy, and C. M. Yap. Optimal sampling laws for constrained simulation optimization on finite sets: the bivariate normal case. In S. Jain, R. R. Creasey, J. Himmelspach, K. P. White, and M. Fu, editors, *Proceedings of the 2011 Winter Simulation Conference*, pages 4294–4302, Piscataway, NJ, 2011. Institute of Electrical and Electronics Engineers, Inc.

12. R. Pasupathy (*) and S. G. Henderson. SimOpt: A library of simulation optimization problems. In S. Jain, R. R. Creasey, J. Himmelspach, K. P. White, and M. Fu, editors, *Proceedings of the 2011 Winter Simulation Conference*, pages 4080–4090, Piscataway, NJ, 2011. Institute of Electrical and Electronics Engineers, Inc.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS     document 32-2     filed 05/02/25     page 201 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11. R. Pasupathy. An introspective on the retrospective-approximation paradigm. In S. Jain, R. R. Creasey, J. Himmelspach, K. P. White, and M. Fu, editors, *Proceedings of the 2011 Winter Simulation Conference*, pages 412–421, Piscataway, NJ, 2011. Institute of Electrical and Electronics Engineers, Inc.

10. R. Pasupathy (*) and B. W. Schmeiser (M). The initial transient in steady-state point estimation: Contexts, a bibliography, the mse criterion, and the mser statistic. In B. Johansson, S. Jain, J. Montoya-Torres, J. Hugan, and E. Yücesan, editors, *Proceedings of the 2010 Winter Simulation Conference*, pages 184–197, Piscataway, NJ, 2010. Institute of Electrical and Electronics Engineers, Inc.

9. R. Pasupathy (*) and B. W. Schmeiser (M). Root finding via darts: Dynamic adaptive random target shooting. In B. Johansson, S. Jain, J. Montoya-Torres, J. Hugan, and E. Yücesan, editors, *Proceedings of the 2010 Winter Simulation Conference*, pages 1255–1262, Piscataway, NJ, 2010. Institute of Electrical and Electronics Engineers, Inc.

8. R. Pasupathy (*), R. Szechtman (*), and E. Yücesan. Selecting small quantiles. In B. Johansson, S. Jain, J. Montoya-Torres, J. Hugan, and E. Yücesan, editors, *Proceedings of the 2010 Winter Simulation Conference*, pages 2762–2770, Piscataway, NJ, 2010. Institute of Electrical and Electronics Engineers, Inc.

7. S. R. Hunter (*) and R. Pasupathy (*). Large-deviation sampling laws for constrained simulation optimization on finite sets. In B. Johansson, S. Jain, J. Montoya-Torres, J. Hugan, and E. Yücesan, editors, *Proceedings of the 2010 Winter Simulation Conference*, pages 995–1002, Piscataway, NJ, 2010. Institute of Electrical and Electronics Engineers, Inc.

6. K. Shin (G) and R. Pasupathy (*). A method for fast generation of Poisson random vectors. In S. G. Henderson, B. Biller, M.-H. Hseih, J. Shortle, J. D. Tew, and R. R. Barton, editors, *Proceedings of the 2007 Winter Simulation Conference*, pages 472–479, Piscataway, NJ, 2007. Institute of Electrical and Electronics Engineers, Inc.

5. R. Pasupathy (*) and S. Henderson (*). A testbed of simulation-optimization problems. In L. F. Perrone, F. P. Wieland, J. Liu, B. G. Lawson, D. M. Nicol, and R. M. Fujimoto, editors, *Proceedings of the 2006 Winter Simulation Conference*, pages 255–263, Piscataway, NJ, 2006. Institute of Electrical and Electronics Engineers, Inc.

4. R. Pasupathy. On choosing parameters in retrospective-approximation algorithms for simulation-optimization. In L. F. Perrone, F. P. Wieland, J. Liu, B. G. Lawson, D. M. Nicol, and R. M. Fujimoto, editors, *Proceedings of the 2006 Winter Simulation Conference*, pages 208–215, Piscataway, NJ, 2006. Institute of Electrical and Electronics Engineers, Inc.

3. R. Pasupathy (*) and B. W. Schmeiser (M). Retrospective approximation algorithms for the multidimensional stochastic root-finding problem. In R. Ingalls, M. Rossetti, J. Smith, and B. Peters, editors, *Proceedings of the 2004 Winter Simulation Conference*, pages 520–528, Piscataway, NJ, 2004. Institute of Electrical and Electronics Engineers, Inc.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2. J. R. Wieland (*), R. Pasupathy (*), and B. W. Schmeiser (M). Queueing-network stability: simulation-based checking. In S. Chick, P. J. Sanchez, D. Ferrin, and D. J. Morrice, editors, *Proceedings of the 2003 Winter Simulation Conference*, pages 520–527, Piscataway, NJ, 2003. Institute of Electrical and Electronics Engineers, Inc.

1. R. Pasupathy (*) and B. W. Schmeiser (M). Some issues in multivariate stochastic root finding. In S. Chick, P. J. Sanchez, D. Ferrin, and D. J. Morrice, editors, *Proceedings of the 2003 Winter Simulation Conference*, pages 574–577, Piscataway, NJ, 2003. Institute of Electrical and Electronics Engineers, Inc.

## E.3   Refereed Journal Publications Submitted or Under Revision

3. D. Yu (G), R. Pasupathy (*), and H. Chen. On optimally aggregating data when estimating the nonhomogeneous poisson process rate function. *Operations Research*, 2021

2. K. Nagaraj, J. Xu, R. Pasupathy, and S. Ghosh. Efficient estimation in the tails of Gaussian copulas. *ACM TOMACS*, 2020.

1. K. Nagaraj and R. Pasupathy. Stochastically constrained simulation optimization on integer-ordered spaces: The cgR-SPLINE algorithm. *Operations Research*, 2020. Under third review.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# F   Invited Lectures (since coming to Purdue University in August 2014)

In the following section, a "(*)" next to the entry designates a keynote or a plenary lecture.

[79] (*) Confidence Intervals for Stochastic Optimization, Workshop on Optimization Under Uncertainty, University of Montreal, Centre de recherches mathématiques (held online), October 2021.

[78] Confidence Intervals on Statistical Functionals Constructed from Stationary Time Series, UT Austin Operations Research Seminar Series, October 2021.

[77] (*) Confidence Intervals on Statistical Functionals Constructed from Stationary Time Series, I-SIM Workshop, Online, June 2021.

[76] Risk-Efficient Simulation Estimators, Winter Simulation Conference, Online, December 2020.

[75] Inference and Sequential Stopping in Stochastic Optimization, Northwestern University, IEMS, December 2020.

[74] Inference and Sequential Stopping in Stochastic Optimization, INFORMS Annual Conference, Online, November 2020.

[73] Confidence Intervals and Hypothesis Testing for Statistical Functionals, INFORMS Annual Conference, Online, November 2020.

[72] Optimizing NonStationary Stochastic Systems, INFORMS Annual Conference, Online, November 2020.

[71] Infinite-dimensional Stochastic Optimization, INFORMS Annual Conference, Online, November 2020.

[70] ASTRO: Stochastastic Trust-Region Algorithms for Smooth Stochastic Optimization, 2020 Winter Simulation Conference, National Harbour, Maryland, December 2019.

[69] Redesigning A Testbed of Simulation-Optimization Problems and Solvers for Experimental Comparisons, 2020 Winter Simulation Conference, National Harbour, Maryland, December 2019.

[68] A note on the number of random restarts required to approximate all solutions of a stochastic nonlinear system, 2020 Winter Simulation Conference, National Harbour, Maryland, December 2019.

[67] Dynamic Optimal Placement of a Limit-Order Book Under a Variance Constraint, 2019 INFORMS Annual Conference, Seattle, Washington, October 2019.

[66] Efficiency of Adaptive Sampling Trust-Region Optimization Algorithms, 2019 INFORMS Annual Conference, Seattle, Washington, October 2019.

[65] An Adaptive Sampling Sequential Sample Average Approximation Framework for Solving Two-Stage Stochastic Programming Problems, 2019 INFORMS Annual Conference, Seattle, Washington, October 2019.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 204 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[64] Stochastic Trust-Region Methods ASTRO and ASTRO-DF: Convergence, Complexity, and Numerical Performance, International Conference on Continuous Optimization, Berlin, Germany, August 2019.

[63] The Effect of Curvature on Stochastic Gradient Descent, The XV International Conference on Stochastic Programming, Trondheim, Norway, July 2019.

[62] Stochastic Trust Region Methods ASTRO and ASTRO-DF: Convergence, Complexity, and Numerical Performance, INFORMS Applied Probability Society, Brisbane, Australia, July 2019.

[61] The Convergence Rates of Sampling Algorithms for Stoochastic Optimization: The Effect of Curvature, INFORMS Applied Probability Society, Brisbane, Australia, July 2019.

[60] Rare Event Estimation for Elliptical Random Vectors, INFORMS Applied Probability Society, Brisbane, Australia, July 2019.

[59] An Adaptive Sequential Sample Average Approximation Solver for Two-Stage Stochastic Programs, INFORMS Applied Probability Society, Brisbane, Australia, July 2019.

[58] Modern Trends in Stochastic Gradient Descent, Advanced Tutorial, Winter Simulation Conference, Gothenburg, Sweden, December 2018

[57] Modern Trends in Stochastic Gradient Descent, Tutorials in Operations Research, INFORMS Annual Conference, Phoenix, AZ, November 2018

[56] Rare-Event Computation of Functional Exceedance, INFORMS Annual Conference, Phoenix, AZ, November 2018

[55] Adaptive Sampling Stochastic Gradient Descent, Phoenix, AZ, November 2018

[54] Adaptive Algorithms for Two-Stage Stochastic Linear Programs, INFORMS Annual Conference, Phoenix, AZ, November 2018

[53] Understanding Transience of Stochastic Approximation. Bridging Analytics and Simulation, PKU, June 2018.

[52] Understanding Transience of Stochastic Approximation. Bridging Mathematical Optimization, Information Theory, and Data Science. Princeton Center for Theoretical Science, Princeton University, NJ, May 2018.

[51] Optimizing Smooth Functions with an Inexact Oracle. Penn. State University, Department of Industrial Engineering, State College, PA, January 2018.

[50] The Adaptive Sampling Gradient Method for Optimizing Smooth Functions with an Inexact Oracle. INFORMS Annual Conference, Houston, TX, November 2017.

[49] ASTRO: Adaptive Sampling Trust Region Optimization for Derivative-Based and Derivative-Free Simulation Optimization. INFORMS Annual Conference, Houston, TX, November 2017.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

[48] Optimizing Smooth Functions with an Inexact Oracle. Purdue University, Krannert School of Management, West Lafayette, IN, November 2017.

[47] Optimizing Smooth Functions with an Inexact Oracle. Oklahoma State University, Department of Industrial Engineering, Stillwater, OK, November 2017.

[46] The Adaptive Sampling Gradient Method for Optimizing Smooth Functions with an Inexact Oracle. Probability and Statistics, University of California, Santa Barbara, May 2017.

[45] The Adaptive Sampling Gradient Method for Optimizing Smooth Functions with an Inexact Oracle. SIAM Conference on Optimization, Vancouver, British Columbia, May 2017.

[44] ASTRO: Adaptive Sampling Trust Region Optimization for Derivative-Based and Derivative-Free Simulation Optimization. SIAM Conference on Optimization, Vancouver, British Columbia, May 2017.

[43] (*) The Adaptive Sampling Gradient Method for Optimizing Smooth Functions with an Inexact Oracle. Workhop on the Occasion of Barry Nelson's 60-th Birthday, Banff, Canada, April 2017.

[42] The Adaptive Sampling Gradient Method for Optimizing Functions Observed with an Inexact Oracle. Virginia Commonwealth University, Department of Statistics and Operations Research, Richmond, VA, March 2017.

[41] The Adaptive Sampling Gradient Method. Purdue University, Department of Industrial Engineering, West Lafayette, IN, February 2017.

[40] The Adaptive Sampling Gradient Method: Optimizing Smooth Functions with an Inexact Oracle. The University of California at Santa Barbara, Department of Applied Probability and Statistics, Santa Barbara, CA, January 2017.

[39] ASTRO-DF: Adaptive Sampling Trust Region Optimization for Derivative Free Contexts. Algorithm Description, Implementation Heuristics, and Numerical Experience, Winter Simulation Conference, Washington DC, December 2016.

[38] On Multi-objective Ranking And Selection Methods, INFORMS Annual Conference, Nashville, TN, November 2016

[37] On Adaptive Recursion For Integral Optimization, INFORMS Annual Conference, Nashville, TN, November 2016

[36] Fixed-Step, Line Search, and Trust-Region Adaptive Sampling Recursions for Simulation Optimization, INFORMS Annual Conference, Nashville, TN, November 2016

[35] Estimation In The Tail Of The Gaussian Copula, INFORMS Annual Conference, Nashville, TN, November 2016

[34] Adaptive-spline For Integer-order Simulation Optimization, INFORMS Annual Conference, Nashville, TN, November 2016

[33] Adaptive Sampling Trust-region Optimization For Derivative-based And Derivative-free Simulation Optimization Problems, INFORMS Annual Conference, Nashville, TN, November 2016

[32] The Adaptive Sampling Gradient Method. Arizona State University, Industrial and Systems Engineering, Tempe, AZ, September 2016.

[31] Bounded Relative-Error Estimators for Estimating Rare-Events in the Tails of Gaussian copulas, National Central University, Taiwan, August 2016.

[30] Adaptive Sampling Controlled Stochastic Recursions, Chung Yuan University, Taiwan, August 2016.

[29] Adaptive Sampling Controlled Stochastic Recursions, International Conference on Machine Learning, New York, June 2016.

[28] Bounded Relative-Error Estimators for Estimating Rare-Events in the Tails of Gaussian copulas, International Workshop on Applied Probability, Montreal, June 2016.

[27] Bounded Relative-Error Estimators for Estimating Rare-Events in the Tails of Gaussian copulas, INFORMS International, Hawaii, June 2016.

[26] Adaptive Sampling Controlled Stochastic Recursions, International Workshop on Applied Probability, Montreal, June 2016.

[25] Adaptive Sampling Controlled Stochastic Recursions, US-Mexico Workshop on Optimization and Its Applications, Merida, Mexico, January 2016.

[24] Anomaly Detection and Other Applications of Monte Carlo Optimization, Pacific Gas and Electric Company, CA, December 2015.

[23] Multi-objective simulation optimization on finite sets: optimal allocation via scalarization, Winter Simulation Conference, Hunting Beach, CA, December 2015.

[22] Eco-NORTA for Rare-Event Estimation, INFORMS Annual Conference, Philadelphia, PA, November 2015.

[21] Adaptive Sampling Controlled Stochastic Recursions, INFORMS Annual Conference, Philadelphia, PA, November 2015.

[20] Adaptive Sampling Controlled Stochastic Recursions, Industrial Engineering and Management Science Department, Northwestern University, October 2015.

[19] ASTRO-DF: Adaptive Sampling Trust Region Optimization-Derivative Free, International Symposium on Mathematical Programming, July 2015.

[18] Adaptive Sampling Controlled Stochastic Recursions, International Symposium on Mathematical Programming, July 2015.

[17] ASTRO-DF: Adaptive Sampling Trust Region Optimization-Derivative Free, INFORMS Annual Conference, Philadelphia, PA, November 2015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[16] ASTRO-DF: Adaptive Sampling Trust Region Optimization-Derivative Free, Applied Probability Conference, Istanbul, Turkey, July 2015

[15] Eco-NORTA for Rare-Event Estimation, Applied Probability Conference, Istanbul, Turkey, July 2015

[14] Adaptive Sampling Controlled Stochastic Recursions, Simulation Society Workshop, West Lafayette, IN, July 2015.

[13] Adaptive Sampling Controlled Stochastic Recursions, INFORMS Computing Society Conference, Richmond, VA, January 2015.

[12] Adaptive Sampling Trust Region Optimization, INFORMS Computing Society Conference, Richmond, VA, January 2015.

[11] Adative Sampling for Stochastic Recursions, Department of Statistics, Indiana University, Bloomington, IN, October 2014.

[10] Adaptive Sampling in Stochastic Recursions for Optimization and Root Finding, INFORMS Annual Conference, San Francisco, CA, November 2014.

[9] MSER AAlgorithms for the Initial Transient Problem, INFORMS Annual Conference, San Francisco, CA, November 2014.

[8] Optimal Sampling Laws for Multi-Objective Simulation Optimization on Finite Sets, INFORMS Annual Conference, San Francisco, CA, November 2014.

[7] Stochastically Constrained Simulation Optimization on Integer Lattices, INFORMS Annual Conference, San Francisco, CA, November 2014.

[6] Stratified Estimators for Quantiles, INFORMS Annual Conference, San Francisco, CA, November 2014.

[5] Adaptive Sampling for Stochastic Recursions, Operations Research and Information Engineering, Cornell University, Ithaca, NY, November 2014.

[4] Adaptive Sampling for Stochastic Recursions, Industrial and Systems Engineering, Georgia Tech, Atlanta, GA, November 2014.

[3] On Adaptive Sampling Rules for Stochastic Recursions, Winter Simulation Conference, Savannah, GA, December 2014.

[2] Adaptive Sampling Controlled Stochastic Recursions, INFORMS Computing Society Conference, Richmond, VA, January 2015.

[1] Adaptive Sampling Trust Region Optimization, INFORMS Computing Society Conference, Richmond, VA, January 2015.

## G   Other Presented Papers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## H  Other Professional Activities

[1]  President, INFORMS Simulation Society, 2018 – 2020.

[2]  Vice President INFORMS Simulation Society, 2016 – 2018.

[3]  Department Editor, Simulation Modeling and Analysis, *IIE Transactions* (2012 – 2018)

[4]  Associate Editor, *Operations Research* (2011 – 2020)

[5]  Associate Editor, *ACM Trans. on Modeling and Computer Simulation* (2007 – 2013)

[6]  Associate Editor, *INFORMS Journal on Computing* (2010 – 2019)

[7]  Program Committee, 2018 INFORMS Applied Probability Conference, Brisbane, Australia.

[8]  Simulation Cluster Chair, 2017 INFORMS Annual Conference, Houston, TX.

[9]  Program Committee, 2017 Monte Carlo Methods, Montreal Canada.

[10]  Program Chair, 2015 I-SIM Workshop: "At the Interface of Simulation and Optimization," Purdue University, West Lafayette, IN.

[11]  Judge, INFORMS Computing Society Paper Prize, 2015 – 2017.

[12]  Track Coordinator, Analysis and Methodology Track, 2015 Winter Simulation Conference

[13]  Proceedings Editor, 2013 Winter Simulation Conference, Berlin, Germany

[14]  Co-Proceedings Editor, 2012 Winter Simulation Conference, Washington DC

[15]  Track Coordinator, Simulation Optimization Track, 2011 Winter Simulation Conference

[16]  Treasurer, INFORMS Simulation Society (2015 – 2017)

[17]  Communications Editor, INFORMS Simulation Society (2008 – 2010)

[18]  Topic Editor, Wiley EORMS (June 2011 – 2016)

[19]  I-Sim Council Member (2011 – 2013, 2018 – current)

[20]  Area Editor, Simulation, NEOS Library

[21]  Administrator (with Shane Henderson, Cornell Univ.), SimOpt Library (`www.simopt.org`)

[22]  Consulting service to EigenPatterns, Inc. for anomaly detection algorithms aimed at advanced warning of impending catastrophic events.

## I  Interdisciplinary Activities

## J  Patents

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## K  Funding

### K.1  Discussion of support

Funding for my research activity comes from various government sources such as the National Science Foundation, Department of Energy, and Office of Naval Research, and to a lesser extent from private sources such as IBM Research.

### K.2  Current Award Information

[1]  Agenda/Title of Grant: Stochastic and Simulation Optimization Over Function Spaces: Theory, Methods, and Algorithms

Funding Agency: Funding Agency: Office of Naval Research

Duration of Funding (Dates): 04/01/2021 – 03/31/2024

Total Amount of Award: $331,000

PI portion: 100 percent

AY Amount: 5.0 percent

### K.3  Past Award Information

[1]  Agenda/Title of Grant: Distributed Stochastic Optimization and Rare-Event Estimation

Funding Agency: Army Research Lab

Duration of Funding (Dates): 09/01/2018 – 05/31/2020

Total Amount of Award: $130,000

Your Role: PI

Funding Share: 100 percent

External or Internal: External

[2]  Agenda/Title of Grant: Sampling-Controlled Numerical Optimization

Funding Agency: Office of Naval Research

Duration of Funding (Dates): 03/01/2017 – 05/31/2020

Total Amount of Award: $251,000

Your Role: PI

Funding Share: 100 percent

External or Internal: External

[3]  Agenda/Title of Grant: A Framework for Evaluation, Approximation, and Optimization of Time-Dependent Stochastic Service System Models having Deterministic/Scheduled Interventions

Funding Agency: National Science Foundation

Duration of Funding (Dates): 08/01/2015 – 07/31/2018

Total Amount of Award: $433,000

**DEF1  00998**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Role: PI

Funding Share: 42 percent ($183,000)

External or Internal: External

[4]  Agenda/Title of Grant: Robust Simulation Optimization with Tchebycheff Systems

Funding Agency: Office of Naval Research

Duration of Funding (Dates): 08/01/2014 − 07/31/2015

Total Amount of Award: $63,000

Role: PI

Funding Share: 100 percent

External or Internal: External

[5]  Agenda/Title of Grant: Design Principles for Parallel Simulation Optimization

Funding Agency: National Science Foundation

Duration of Funding (Dates): 07/01/2012 − 06/30/2015

Total Amount of Award: $149,714

Role: PI

Funding Share: 100 percent

External or Internal: External

[6]  Agenda/Title of Grant: A Sequential-Sampling Stochastic Approximation Paradigm for Simulation Optimization

Funding Agency: Office of Naval Research

Duration of Funding (Dates): 01/01/2011 − 12/31/2011

Total Amount of Award: $115,000

Role: PI

Funding Share: 100 percent

External or Internal: External

[7]  Agenda/Title of Grant: Implementable Simulation Optimization: Theory, Algorithms, and Applications

Funding Agency: Office of Naval Research

Duration of Funding (Dates): 10/01/2010 − 09/30/2013

Total Amount of Award: $250,667

Role: PI

Funding Share: 100 percent

External or Internal: External

[8]  Agenda/Title of Grant: Simulation Optimization

Funding Agency: IBM Research

Duration of Funding (Dates): 06/2011 − 06/2012

Total Amount of Award: $10,000

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

Role: PI

Funding Share: 100 percent

External or Internal: External

[9]   Agenda/Title of Grant: Simulation Optimization on Convex and Non-Convex Programs — Theory, Algorithms, and Applications

Funding Agency: Office of Naval Research

Duration of Funding (Dates): 10/01/2007 – 09/30/2010

Total Amount of Award: $221,068

Role: PI

Funding Share: 100 percent

External or Internal: External

[10]   Agenda/Title of Grant: Inference, Analysis and Assessment in Simulation Optimization

Funding Agency: National Science Foundation

Duration of Funding (Dates): 7/01/2008 – 06/30/2011

Total Amount of Award: $65,525

Role: PI

Funding Share: 100 percent

External or Internal: External

[11]   Agenda/Title of Grant: Parameterless Stochastic Approximation and Feasibility Reformulations for Simulation Optimization

Funding Agency: National Science Foundation

Duration of Funding (Dates): 10/01/2009 – 09/30/2010

Total Amount of Award: $108,137

Role: PI

Funding Share: 100 percent

External or Internal: External

DEF1  01000

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## L   Evidence of Involvement in Graduate Research Program

### L.1   Ph.D. Students Graduated, Graduation Date, Current Appointment

| | | |
|---|---|---|
| Hyoeun Li | Purdue Statistics, May 2018 | Research Associate, Department of Statistics, University of Illinois, Urbana Champagne, IL |
| Guy Feldman | Purdue Statistics, May 2017 | Data Scientist at Hydrogen, New York, NY |
| Prasanna Kumar Raghavan | Virginia Tech IE, May 2016 | Llamasoft Inc., Ann Arbor, MI |
| Sara Shashaani | Virginia Tech IE, December 2016 | Assistant Professor, Industrial and Systems Engineering, North Carolina State University, Raleigh, NC |
| Fatemeh Hashemi | Virginia Tech IE, May 2015 | Research Associate, Industrial and Systems Engineering, Virginia Tech, Blacksburg, VA |
| Kalyani Nagaraj | Virginia Tech IE, May 2014 | Assistant Professor, Industrial Engineering, Oklahoma State University, Stillwater, OK |
| Ke Le | Virginia Tech, IE May 2012 | Analytics Consultant, FICO, Chicago, IL |
| Susan Hunter | Virginia Tech, IE May 2011 | Asst. Professor, Purdue Industrial Engineering, West Lafayette, IN |
| Kaeyoung Shin | Virginia Tech, IE May 2010 | Samsung Inc., South Korea |

### L.2   Current Graduate Students, Start Date, Expected Graduation Date

| | | | |
|---|---|---|---|
| Akshita Gupta | Ph.D., Purdue Aero/Astro | January 2021 | December 2024 |
| Di Yu | Ph.D., Purdue Statistics | January 2021 | December 2024 |
| Yi Chu | Ph.D., Purdue Statistics | July 2020 | December 2024 |
| Daniel Vasquez | Ph.D., Purdue Statistics | July 2017 | December 2021 |
| Jingyuan Chen | Ph.D., Purdue Statistics | September 2016 | December 2021 |
| David Newton | Ph.D., Purdue Statistics | September 2017 | December 2021 |
| Zihe Zhou | Ph.D., Purdue Industrial Engineering | January 2018 | December 2022 |

### L.3   Supervision of Undergraduate Research, Dates

Michael Dalrymple    Purdue Statistics    January 2016 – May 2017

Michael Dalrymple worked on constructing efficient Monte Carlo estimators for calculating exceptionally low probability events (rare events) implicit in a given model. Standard Monte Carlo estimators are known to be inefficient in such contexts. Michael understood the properties of several efficient estimators that we constructed, wrote code to calculate such estimators for different popular models, and then performed extensive numerical testing to check if the theoretical predictions match implementation.

DEF1_01001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### L.4   Current and Previous Postdoctoral Associates, Department, Dates

| | | |
|---|---|---|
| Kalyani Nagaraj | Purdue Statistics | August 2014 — July 2016 |
| Fatemeh Hashemi | Virginia Tech Industrial and Systems Engineering | August 2016 — 2018. |

### L.5   Current M.S. and Ph.D. Committee Membership, Department

| | |
|---|---|
| Bingjing Tang | Department of Statistics, Purdue University |
| Yumin Zhang | Department of Statistics, Purdue University |
| Pratik Ramprasad | Department of Statistics, Purdue University |
| Yuki Ohnishi | Department of Statistics, Purdue University |
| Burla Ondes | Department of Industrial Engg., Purdue University |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# IV. ENGAGEMENT

## A  Discussion of Service

I have served on numerous and diverse internal committees on aspects ranging from graduate and undergraduate curricula to strategic thinking at the departmental and the university levels. Much of my external service has occured through my editorial work as reviewer, associate editor, and the editor of flagship journals within the stochastic simulation/optimization and related research communities. For instance, I have either served or currently serve on the editorial boards of Operations Research, INFORMS Journal on Computing (JOC), ACM Transactions on Modeling and Computer Simulation (TOMACS), and IIE Transactions. All of these journals are at the forefront of stochastic simulation research, serving as outlets for research of the highest quality within the field of simulation. In my role as associate editor, and as a regular reviewer for over twenty-five other journals, I have handled more than 200 publications in the last five years. While this occupies a substantial portion of my time, I view this as essential to molding and promoting research of the highest caliber within the broader community.

I have undertaken two more specific but major service efforts within the field of simulation-optimization. First, in collaboration with Prof. Shane Henderson of Cornell University, I maintain a library (`www.simopt.org`) of simulation-optimization problems aimed at benchmarking and promoting the development of solution techniques for simulation optimization and stochastic root finding problems. This library is widely known within the simulation community. Second, in response to the growth in simulation-optimization research over the last decade, I organized a dedicated track on simulation-optimization in the 2011 edition of the Winter Simulation Conference (WSC). Such a dedicated track has more or less become a staple of Winter Simulation Conference over the last four years.

## B  Service to Department

| | |
|---|---|
| 2020 − 2021 | Industrial Relations Committee Chair, Purdue Statistics |
| 2020 − 2021 | General Colloquium Chair, Purdue Statistics |
| 2020 − 2021 | Member of the William J. Studden Publication Award Committee, Purdue Statistics |
| 2020 − 2021 | Admissions Committee, Purdue Statistics |
| 2019 − 2020 | Member of the William J. Studden Publication Award Committee, Purdue Statistics |
| 2019 − 2020 | Admissions Committee, Purdue Statistics |
| 2018 − 2019 | Admissions Committee, Purdue Statistics |
| Spring 2018 | Search Committee for Faculty Position in Data Science, Purdue Statistics |
| Spring 2017 | Member of the William J. Studden Publication Award Committee, Purdue Statistics |
| 2016 − 2017 | Member of the Marcel Neuts Lecture Committee, Purdue Statistics |
| 2015 − 2016 | Chair, Search Committee for Faculty Position in Computational Finance, Purdue Statistics |
| Spring 2011 | Faculty Search Committee, Industrial and Systems Engineering, Virginia Tech |
| 2010 − 2012 | Graduate Policy Committee, Industrial and Systems Engineering, Virginia Tech |
| 2009 − 2010 | Strategic Planning Committee, Industrial and Systems Engineering, Virginia Tech |
| 2008 − 2009 | UG Curriculum Committee, Industrial and Systems Engineering, Virginia Tech |
| 2007 − 2008 | Computer Committee, Industrial and Systems Engineering, Virginia Tech |
| 2006 − 2007 | UG Computing Committee, Industrial and Systems Engineering, Virginia Tech |

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## C   Service to the University

2015 – 2018    University Faculty Senate, College of Science, Purdue University

## D   Service to the College

2014 – 2016    Predictive Science and Engineering Cluster Search, Purdue University

## E   Professional Activities/Service

[1] President, INFORMS Simulation Society, 2018 – 2020.

[2] Vice President INFORMS Simulation Society, 2016 – 2018.

[3] Department Editor, Simulation Modeling and Analysis, *IIE Transactions* (2012 – 2018)

[4] Associate Editor, *Operations Research* (2011 – 2020)

[5] Associate Editor, *ACM Trans. on Modeling and Computer Simulation* (2007 – 2013)

[6] Associate Editor, *INFORMS Journal on Computing* (2010 – 2019)

[7] Program Committee, 2018 INFORMS Applied Probability Conference, Brisbane, Australia.

[8] Simulation Cluster Chair, 2017 INFORMS Annual Conference, Houston, TX.

[9] Program Committee, 2017 Monte Carlo Methods, Montreal Canada.

[10] Program Chair, 2015 I-SIM Workshop: "At the Interface of Simulation and Optimization," Purdue University, West Lafayette, IN.

[11] Judge, INFORMS Computing Society Paper Prize, 2015 – 2017.

[12] Track Coordinator, Analysis and Methodology Track, 2015 Winter Simulation Conference

[13] Proceedings Editor, 2013 Winter Simulation Conference, Berlin, Germany

[14] Co-Proceedings Editor, 2012 Winter Simulation Conference, Washington DC

[15] Track Coordinator, Simulation Optimization Track, 2011 Winter Simulation Conference

[16] Treasurer, INFORMS Simulation Society (2015 – 2017)

[17] Communications Editor, INFORMS Simulation Society (2008 – 2010)

[18] Topic Editor, Wiley EORMS (June 2011 – 2016)

[19] I-Sim Council Member (2011 – 2013)

[20] Area Editor, Simulation, NEOS Library

[21] Administrator (with Shane Henderson, Cornell Univ.), SimOpt Library (`www.simopt.org`)

[22] Consulting service to EigenPatterns, Inc. for anomaly detection algorithms aimed at advanced warning of impending catastrophic events.

## F   Diversity Activities

Not Available

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# V. MENTORING

My general worldview has been that fostering an environment that promotes interaction with students generally leads to better student experiences, both at the undergraduate and graduate levels. Consistent with this worldview, I attempt to create an environment that increases the likelihood of my interaction with students, especially with respect to the curriculum and the general growth of the student. I also recognize that it is often challenging to correlate specific mentoring activities to the success of a specific student, simply because of the number of variables that determine the success of a student, and the way *success* is defined.

## A    Undergraduate Students

[1] Since 2014 when I came to Purdue University, I have advised numerous groups (ranging from two to four students in each group) of undergraduate students in electrical, industrial and computer engineering as they completed their senior design projects. These projects were sometimes affiliated in some way to an industry client. Advising such groups involved helping the students pose the problem in a rigorous and useful way, identifying potential solutions, and helping with analysis, inference, and interpretation of results. And, almost invariably, discussions outside the immediate project have involved the students' career paths, especially as it relates to what courses to take, which fields to pursue, whether to attend graduate school or go to the industry, and which graduate schools to apply.

My experiences at Purdue University have been similar to those at Virginia Tech except that my interactions with senior design students at Purdue have been informal. In Virginia Tech, for instance, I have formally advised about fifteen groups (each having four to five students) of undergraduate students in Industrial Engineering as they completed their industrial senior design projects. Interactions involved weekly meetings with the group, bi-weekly to monthly meetings with the industrial client, and finally co-authoring a paper or document that records findings.

[2] Since coming to Purdue, I have counseled a large group of undergraduate students as they have considered their career paths while pursuing their undergraduate education. Such counseling usually happens through regular but informal discussions during and outside office hours. I have written recommendation and reference letters for a substantial fraction of these students. As noted earlier, claiming a student's success as being the result of one's mentoring is often fraught. With that caveat, the following four students are examples of students whom I have advised over the last three years.

(a) Anavi Nahar (B.S. Statistics 2015, Purdue University; M.S. Operations Research 2017, Cornell University)

(b) Yujie Jin (B.S. Statistics 2016, Purdue University; M.S. Financial Engineering 2017, Stevens Institute of Technology)

(c) Zihe Zhou (B.S. Statistics 2016, Purdue University; currently a Ph.D. student in Industrial Engineering, Purdue University)

(d) Tong Gao (B.S. Statistics 2016, Purdue University; currently a Ph.D. student in Statistics and Applied Probability, University of California, Santa Barbara)

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[3] Virtually every time I teach an undergraduate course, e.g., time series, a number of under-
graduate students approach me seeking help with "research projects" they have undertaken
with other departments. An apt example from 2018 is Hannah Jones, who was a student
in the Actuarial Sciences program. Concurrent to being a student in my STAT 420 course,
Hannah was involved in a project that pertains to biometrics, where probability models of
different characteristics of the human eye are used to verify the identity of individuals. The
project was rich in that it involved issues in statistical and probability models, algorithm
development, and decision-making through optimization in such contexts. In Hannah's own
words, this combination of learning in a class along with a "real project" was powerful. STAT
420 and any follow-on courses might be especially suitable for increasing the odds of a student
having an experience similar to Hannah's.

## B   Graduate Students

A student's path to academia or the industry is a function of numeorus variables that are outside
the advisor's control. However, I believe that a consistent record of placing students in academic
positions is a positive indicator of the students' academic experience during doctoral study.

Over the last fifteen years, I have served as the primary advisor of sixteen Ph.D. students,
and two Masters students. Nine Ph.D. students have graduated during this period and five of
these students are in academia either as faculty members in major universities or as postdoctoral
associates on their way to becoming faculty members. Roughly half of my current Ph.D. students
have expressed interest in entering academia after graduation.

I have also been fortunate to serve on the Ph.D. committees of approximately fifty Ph.D.
students. I have interacted closely with a substantial fraction of these students, routinely offering
advice and guidance on various matters, technical and non-technical.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## VI. EXTERNAL REFEREES



1. ███████████

Georgia Tech

████████ is a Professor in the H. Milton Stewart School of Industrial and Systems Engineering at Georgia Tech. He received his PhD from University of North Carolina at Chapel Hill in Operations Research. ████████ research intersts are applied probability, statistics, and optimizations of stochastics systems.

2. ████████

Professor
Industrial & Systems Engineering
Texas A & M University

████████ is a Professor of Industrial and Systems Engineering at Texas A&M University. He received his PhD in Industrial Engineering and Operations Research at University of Illinois at Chicago. ████████ research interest are in modeling, simulation and visualizaion, with applications in health care systems, information systems and manufacturing systesm.

3. ████████

Professor
Mathematical Sciences
University of Southampton

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

████████████ is a Professor of Operational Research and Director of CORMSIS at University of Southampton where she also received her PhD in Operational Research. ██ ████ research is in the stochatic side of OR, with specific interests in healthcare, simulation optimisation, and revenue management. ████ serves as the editor for the Journal of Simulation.

4. ████████
Professor
Institute for Computational and Mathematical Engineering
Stanford University



████████ in the School of Engineering and Professor in the Department of Management Science and Engineering, Institue of Computational and Mathematical Engineering (by courtesy) at Stanford University. He received his PhD in Operations Research from Stanford Univeristy. ████████ is a fewllos of INFORMS and a Fellow of the Institute of Mathematical Statistics. ████████ research interest lie in simulation, computational probability, queueing theory, statistical inference for stochastic processess, and stochastic modeling.

5. ████████
Professor
College of Inforamtion and Computer Sciences
University of Massachusetts

████████ received his MS in Statistics and PhD in Operations Research from Stanford University. ████████ is a professor in the College of Information & Computer Sciences at University of Massachusetts Amherst. His research interest are in Information management; mining, analytics, and exploration of massive data; probabilistic database systems; machine learning; modeling and computer simulation of complex stochastic systems.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

6. ▮▮▮▮▮▮▮
▮▮▮▮▮▮ Chair in Productivite
School of Operations Research and Information Engineering
Cornell University
Ithaca, NY  14853
▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ in Productivity in the School of
Operations Research and Information Engineering at Cornell University. ▮▮▮▮▮
▮ research interest include discrete-event simulations, simulation optimization,
emergency services planning and transportation. ▮▮▮▮▮ is currently the editor in
chief of Stochastic Systems. ▮▮▮▮▮ received his PhD in operations research from
Stanford University.

7. ▮▮▮▮▮▮
Professor
▮▮▮▮▮▮▮▮
University of Wisconsin - Madison
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ is a Professor and Associate Chair of Graduate Affairs in the College of
Engineering at University of Wisconsin-Madison. ▮▮▮▮▮ received his PhD in
Industrial and Systems Engineering from Georgia Institute of Technology. ▮▮▮▮▮
research interest are in stochastic optimization, especially optimization with risk
constraints, mixed integer optimization, linear and nonlinear, and applications of
optimization. He currently serves as the secretary/treasurer of the INFORMS
Optimization Scoity and on a committee on stochastic programming as part of the
Stochastic Programming Society board.

8. ▮▮▮▮▮
▮▮▮▮▮▮▮
Department of Industrial Engineering and Management Sciences
Northwestern University
▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



/

███████████████████████████████████ in the Department of Industrial Engineering & Management Science at Northwestern University. ████████ received bothe his MS and PhD from the School of Industrial Engineering at Purdue University. ████████ research and teaching interest include computer simulation of stochastic systems, stochastic processes, and statistical learning. ████████ has been the PI and Co-PI on serveral projects throughout his career.

9.

Department of Industrial Engineering and Operations Research
University of California at Berkeley

████████████ is a professor in the Department of Industrial Engineering and Operations Research College of Engineering at UC Berkeley. He received his PhD from Yale University. ████████████ research interest include desings of simulation experiments, optimization of simulation system response and foundations of simulation modeling.

10.

Professor
Statistics and Operations Research
University of North Carolina at Chapel Hill

████████████ is a Professor of Statistics and Operations Research at the University of North Carolina at Chapel Hill. ████████████ received a PhD in Industrial and Systems Engineering from Georgia Institute of Technolgoy. ████████████ research interest include stochastic modeling and analysis of manufacturing and service systems, optimal control of queueing systems, healthcare operations management, and statistical output analysis for computer simulation.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 222 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11. 

Professor
Department of Statistics
UCLA

is a Professor in the Department of Statistics at UCL.
research interest include generative models, representation learning, unsupervised
learning, computer vision, computational neuroscience, and bioinformationcs.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Subject:** Promotion Evaluation Letter Request, Department of Statistics, Purdue University



Dear XXX,

Professor Raghu Pasupathy is being considered for promotion from Associate to Full Professor with tenure in the Department of Statistics at Purdue University. Due to the importance of the promotion process, Purdue requires outside references for each case being considered. Since you are one of the leading experts, who is well qualified to evaluate Raghu's work, I would like to invite you to serve as an outside reviewer.

I would appreciate a definite response from you by **Friday, June 25th, 2021** on whether you are able to help on such a review. If you can serve as a reviewer, we will need to have your review by **September 30th, 2021**. We will have all the review materials posted on a password protected website and will let you know how to access it once we know you are willing to be a reviewer. If you prefer paper copies of the review materials, we could mail them to you as well.

Thank you in advance.

We look forward to your response.


Dennis Lin
Distinguished Professor and Head
Department of Statistics
College of Science
Purdue University

**DEF1  01012**

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**Subject:** URL Information and Deadline - Promotion evaluation letter, Department of Statistics, Purdue University



Dear ███,

Raghu Pasupathy is a candidate for promotion from Associate to Full Professor in the Department of Statistics at Purdue University. We are writing to you as an expert leading researcher to seek an evaluation of this promotion case and would like to receive your evaluation by September 30, 2021.

We would specifically appreciate your comments on the following:

1) Your relationship to the candidate.

2) The significance and quality of the candidate's research and achievements as an Associate Professor, as seen from the research activities and publications. You may make specific note of contributions of the candidate that you feel have had a significant impact on the discipline.

3) A comparison with the candidate's peers, with particular reference to those you believe are the leaders in the field or those who have recently been promoted to Full Professor at comparable peer institutions.

The candidate's current curriculum vitae and a short perspective that they have written on their research, as well as selected publications are available at:



To access this web site, please use:

username: Pasupathy

password: ███

We realize that relatively little information has been provided about the candidate's teaching and service activities, and that your judgment must be made primarily on the basis of their research contributions.

We recognize that a great deal of time and effort is required for a careful evaluation of this nature, and we are very grateful for your efforts. Your assessment is critical for our endeavor to maintain the highest scholarly standards at Purdue University.

Please send your evaluation to my Assistant, Julie Wise (jlwise@purdue.edu), as an email attachment. If necessary, we can also accept evaluations by secure fax: (765) 494-0558 or hard copies sent to the address below.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Under our University policies, your letter will be held in confidence to the extent permitted by law. Candidates may request a summary of all evaluations in their file, however sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of authors of letters of evaluations to the fullest extent allowable under law.

If I can provide further assistance, please do not hesitate to contact me. Thank you again for your time and for participating in this important process.

Sincerely,

*Dennis*

Dennis Lin

Distinguished Professor and Head of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907 USA

Phone: 765-494-3141
Email:  dkjlin@purdue.edu
URL:  https://www.stat.purdue.edu/~dkjlin/

*****************************

Julie Wise

Executive Assistant to the Head
Purdue University
Department of Statistics
Mathematical Sciences Building
150 North University Street
West Lafayette, IN 47907

P: 765-494-3141
F: 765-494-0558

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

## Excerpts from letters for Raghu Pasupathy

████████████████ **(Georgia Tech)**

In addition to (single-objective) stochastic optimization, Raghu has made substantial contributions in a variety of other areas, such as multi-objective stochastic optimization, such as random variate generation, estimation and generation of random input processes for discrete-event simulations, variance reduction in simulation experiments, distributional relationships, and design of problem and solver libraries… Raghu Pasupathy is a leader in the areas of statistics and operations research with his research contributions, teaching effectiveness, and service to the profession. He definitely ranks at the top 5–10% percent of his cohort.

████████████████ **( Texas A& M University)**

My colleague, Dr. Lewis Ntaimo, and I have used Dr. Pasupathy's work on constrained simulation optimization that was published in the paper titled "Stochastically Constrained Ranking and Selection via SCORE," in a project with Lockheed Martin where we were using a discrete event simulation approach to model the final assembly process for the F35 production line. The assembly process was extremely complex with a number of intertwined constraints, and we were able to use the bi-level optimization approach and the iterative SO algorithm proposed by Dr. Pasupathy and his colleagues to model and solve the problem, and propose the ideal configuration using the single measure that is referred to as the score in the paper.

████████████████ **(University of Southampton)**

Raghu's standing within the academic community is excellent and he has made significant time contributions by both serving on the committee of ISIM (treasurer 2015-17; vice president 2016-18; president 2018-20) and organising conferences and workshops, particularly in supporting the Winter Simulation Conference, the most prestigious international conference within the simulation community. He is an active participant in conferences and I would describe him as someone who nurtures talent in early career researchers through careful questioning and taking an interest in their work. While there are sadly no prizes for being nice to people, it has no doubt helped in developing his excellent reputation within the community.

████████████ **(University of Maryland—Amherst)**

Raghu has also applied his theoretical results to develop a collection of practical algorithms: RSPLINE, ASTRO-DF, SCORE, MO-SCORE, and more…. For these reasons, Raghu is held in high esteem by the simulation research community.  He also has a solid funding record. I would rank him among the top 5% of his cohort…. My intuition is that as his career progresses, he will broaden his interests, thereby increasing his impact. Indeed, his research statement articulated a broad and appealing vision. I think that further outreach to practitioners would help his work have even greater practical impact.

████████████████ **(Cornell University)**

Raghu is someone who thinks deeply about fundamental questions and develops important insights and results that guide the development of simulation-optimization algorithms. He has a refreshing and disarming curiosity about all research that crosses his path as is evident if you've ever joined him as an audience member at a research talk. This curiosity is what drives his terrific research

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

program, because he can select from a rather large portfolio of important questions he has assembled. This is his greatest strength: to ask important questions. And his papers are models of clarity in answering those questions.

 **(University of Wisconsin)**

Dr. Pasupathy's research program is uniquely situated at the intersection of the simulation and mathematical optimization fields. I believe the depth and significance of the contributions Dr. Pasupathy has been making are on par with those of well-recognized leaders in this research area,

**(Northwestern University)**

I rate Raghu as one of the three best stochastic simulation researchers in the operations research community currently at the associate professor level and poised to be promoted to full professor. The others are Peter Frazier (Cornell, who was actually just promoted this summer) and Henry Lam (Columbia). Peter has broader interests than Raghu, but Raghu has more technical depth. Henry is a bit junior to Raghu, and has correspondingly fewer accomplishments. These three are far ahead of anyone else in OR simulation community at the same stage in their careers…. Raghu has a number of high-profile service activities. He is an active contributor to the INFORMS Simulation Society, having recently served as President. I-Sim is the most important affiliation for simulation researchers. He has been the Department Editor ("Area Editor" in some journals) for Modeling & Simulation of IISE Transactions, which is the flagship journal for the Institute of Industrial and Systems Engineers.

**(University of California, Berkeley)**

In all his presentations, Prof. Pasupathy has demonstrated an exceptional mastery of his audience, which is reflected in his outstanding teaching evaluations and many teaching awards. He will be a valuable role model to new teachers who have not yet developed Prof. Pasupathy's classroom skills.

**(UNC)**

Raghu's contribution to the stochastic optimization discipline has been strong on multiple fronts. He has investigated several theoretical questions and also developed algorithms that have direct practical impact.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## GEORGIA INSTITUTE OF TECHNOLOGY
H. Milton Stewart School of Industrial and Systems Engineering
765 Ferst Drive
Atlanta, GA 30332-0205



28 September 2021

Dennis Lin
Distinguished Professor and Head
Department of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907 USA

Dear Professor Lin:

I am writing this letter to provide an evaluation of Dr. Raghu Pasupathy, who is under consideration for promotion to the rank of full professor in the Department of Statistics at Purdue University.

I have known Raghu since the early 2000s when he was a doctoral student of my colleague Bruce Schmeiser. I have also served with Raghu in various editorial boards, and had many interactions with him as a yearly attendee of the Winter Simulation Conference (WSC) and a member of the Board of Directors of WSC. Below I will evaluate Raghu's contributions in the areas of scholarship and dissemination of knowledge, teaching, and professional service and recognition.

## Scholarship

Dr. Pasupathy's research falls in the interface between optimization, applied probability and statistics. His primary focus during the last 20 years has been the efficient solution of stochastic optimization models whose objective function does not admit a closed form (e.g., the expected value of a random function). The constraint functions typically have a closed form, but extensions allow the approximation of "hidden" constraints by Monte Carlo oracles. The goal of his research has been (a) the investigation of the theoretical properties and algorithmic foundations of solutions to stochastic optimization problems, and (b) the design of provably efficient and robust computer software packages.

The stochastic optimizations problems in Raghu's research agenda are directly related to the statistical sciences. For example, the optimization of an expectation fits in the general

framework of the classical $M$-estimation problem; hence his methodology is directly applicable to a potpourri of core statistical problems including regression, maximum likelihood estimation, design of experiments, and classification. The effective solution of stochastic optimization problems has become a central issue with the emergence of large data sets and machine learning as well as the need to shift towards optimization in non-Euclidean spaces such as spaces of probability measures, graphs and functions.

I am very familiar with most of Raghu's archival publications in the area of computer simulation. During his academic career, Raghu has published 23 papers in archival journals (the vast majority of them of high quality and in top journals), 5 chapters in books, and 29 articles in the refereed WSC Proceedings. All of them are characterized by creativity, mathematical rigor, clarity of exposition, and substantial experimentation. The impact of Raghu's research is evident from (a) the ten honors and awards he and his doctoral students have received, including the INFORMS Simulation Society WSC Best Student Paper Award (three times, for papers co-authored with doctoral students), the INFORMS Computing Society Student Paper Award (by Susan R. Hunter), the INFORMS JFIG Award, and the IBM Faculty Award; and (b) the plethora of invited presentations he has has given worldwide. Incidentally, the titles of the first two awards mentioned in the previous sentence are listed on his curriculum vitae without the term "Student," and can be mistaken as more prestigious awards for best simulation publications. His citation count on Google Scholar on September 20, 2021 was 1,878, with an h-index of 22, and an i-10 index of 33.

With regard to mentorship, Raghu has advised eight doctoral dissertations at Virginia Tech and Purdue University, with four of them winning major research awards on joint papers. I am very pleased to see that he currently advising seven students, with two of them in other departments at Purdue University.

Raghu's research has been funded by a total of eleven grants from federal funding agencies, including four from the National Science Foundation for a total amount of about \$750K, and six from the Office of Naval Research for a total amount of nearly \$1.2M.

Below I will comment on each of the eight representative archival publications in Raghu's package. Among these papers, six have been co-authored with doctoral students; and Raghu was a lead author in each. The citation counts in square brackets are from Google Scholar, dated September 20, 2021. I will conclude with a collective evaluation of his papers in the other areas.

All papers in the following list have appeared in very strong outlets, including *Mathematical Programming* (four-year impact factor 4.52), *SIAM Journal on Optimization* (impact factor 2.25), *Operations Research* (5-year impact factor 4.14), *INFORMS Journal on Computing* (five-year impact factor 2.76), *ACM Transactions on Modeling and Computer Simulation* (impact factor 1.38), as well as a chapter in a well-cited volume (Paper 6).

1. R. Pasupathy, P. W. Glynn, S. Ghosh, and F. Hashemi. On sampling rates in simulation-based recursions. *SIAM Journal on Optimization*, 28(1):45–73, 2018. [28 citations]

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 230 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

This article studies stochastic recursions involved in the context of simulation-based root-finding or optimization. Examples are stochastic adaptations of fixed-point and gradient-descent recursions obtained by replacing values of functions and their derivatives within recursions by simulation-generated estimates. A core problem in these schemes involves the amount of sampling effort required to obtain consistent iterative values along with convergence of the estimates at the fastest possible rate. This paper focuses on the tradeoffs between the deterministic error that is due to the recursion and the statistical sampling error. Based on a detailed characterization of the relationship between sample sizes and convergence rates, the authors show that consistency and efficiency are intimately coupled with the speed of the underlying recursion. In particular, faster recursions permit a wider range of (near-)optimal sampling rates. While the results in this article provide only guidance on the choice of the sampling rate, follow-up work (Paper 2) involves algorithms wherein the sample size depends on the trajectory of the algorithm. In summary, this paper makes substantial contributions to the area of simulation-based optimization, as evidenced by the large number of citations in a very short time window.

2. S. Shashaani, F. S. Hashemi, and R. Pasupathy. ASTRO-DF: A class of adaptive sampling trust-region algorithms for derivative-free simulation optimization. *SIAM Journal on Optimization*, 28(4):314–3176, 2018. [47 citations]

    This article considers unconstrained optimization problems with objective functions estimated solely from replicates of localized Monte carlo experiments. The authors develop ASTRO-DP, a class of *derivative-free*, *true-region* algorithms based on local models that are optimized and updated iteratively. The construction of local models and the estimation of the respective objective functions therein is adaptive in the sense that the local sampling effort is determined by monitoring and balancing metrics of both sampling and structural errors (a.k.a. model bias). These balancing schemes aim at ensuring that the Monte Carlo effort is sensitive to the trajectory of the overall algorithm: the local sampling effort is higher when an iterate is inferred to be closer to a critical point (e.g., local optimum) or lower otherwise. Deep and detailed derivations establish the almost-sure convergence of the iterates to first-order critical points when stochastic polynomial interpolation methods are used. The establishment of similar convergence properties for more complicated interpolation methods (e.g., regression of stochastic kriging) is left as an open problem; this is reasonable given the "freshness" of the proposed methodology. The impact of this paper is evident from the high number of citations it has amassed relative to its very short life.

3. R. Pasupathy and Y. Song. An adaptive sequential sample average approximation framework for solving two-stage stochastic programs. *SIAM Journal on Optimization*, 31(1):1017–1048, 2021. [1 citation]

    This paper presents an adaptive algorithm for solving large-scale two-stage linear programs (LPs). The objective function of a stochastic two-stage LP is the sum of a

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

linear term and the expected value of a stochastic LP over a set of deterministic linear constraints. The popularity of the sample average approximation (SAA) method is due to its relative conceptual simplicity as well as its sound theoretical properties (see comments on Paper 6 below). The proposed iterative scheme is organized into outer and inner operations: during an outer operation, a sample-path problem is implicitly generated with the unknown expectation estimated by the average optimal objective function value of LPs generated by equi-distributed (not necessarily independent) sample "scenarios" (the inner operations involve the solution of these LPs) and is solved imprecisely to within an adaptively chosen tolerance by balancing the estimated statistical error against the solution error. The solutions from prior iterations are used as "warm starts" to aid efficient solution of the (inner) sample-path optimization problems generated on subsequent iterations. The authors (a) characterize the almost-sure convergence and convergence in mean of the optimality gap and the distance of the generated probabilistic iterates from the optimal solution set; (b) provide complexity results that characterize the rate at which the optimality gap and the distance of of the iterates converge to zero as a function of the iteration count and the workload incurred during an iteration; and (c) show that the best achievable work complexity is analogous to the generic $O(\epsilon^{-2})$ optimal complexity for nonsmooth convex optimization, wehere $\epsilon$ denotes the error tolerance. Finally, the proposed algorithm can be stopped in finite time and return a solution with a probabilistic quality guarantee. The paper concludes with extensive numerical studies that demonstrate the potential of the proposed methodology against two procedures from the literature; the performance improvement is due primarily to the adaptive nature of the scheme with an optimal sample-size schedule and the incorporation of prior knowledge (warm starts). Overall, this fresh paper is characterized with the same rigor os Papers 1 and 2. I am certain that its citation count will increase substantially with the passage of time.

4. P. K. Raghavan, S. R. Hunter, R. Pasupathy, and M. R. Taafe. Adaptive sampling line search for stochastic optimization with integer variables. *Mathematical Programming, Part B*, 2021, to appear. [1 citation]

This very strong article is about to appear in the most prestigious journal in the area of theoretical mathematical optimization (with a five-year impact factor of 4.517). The paper develops an adaptive sampling algorithm for constrained stochastic optimization problems with an objective function that is an unobservable expected value and constraints that are usually deterministic but can be hidden (in the sense that they can be verified by a Monte Carlo oracle, and integer decision variables). The ADALINE algorithm seeks an appropriately defined minimum using an iterative sampling scheme that in each iteration performs a local optimality test followed by a line search along a probabilistic descent direction. The algorithm is adaptive in the sense that the sample size used for local function estimation is a stopping time with respect to the sigma algebra generated by the past sampling history. The authors establish an impressive set

4

DEF1 01020

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

USDC IN/ND case 4:23-cv-00088-PPS    document 32-2    filed 05/02/25    page 232 of 264
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

of results: (a) the true iterate solutions are absorbed almost surely into the set of local minima in finite time; (b) the absorption happens exponentially fast in iteration count and Monte Carlo oracle calls (this result is analogous to rate guarantees in stochastic optimization problems with sharp minima); and (c) the expected number of oracle calls increases linearly in the dimensionality of the local neighborhood. The effectiveness of the proposed solver is illustrated on two sets of challenging problems from the literature: bus scheduling problems (with 9–20 buses) and ill-conditioned discrete quadratic problems in 25–200 dimensions. I expect that it will have a major impact on discrete stochastic optimization in the next few years.

5. R. Pasupathy. On choosing parameters in retrospective-approximation algorithms for stochastic root-finding and simulation optimization. *Operations Research*, 58(4):889–901, 2010. [107 citations]

This single-authored paper (a rarity during the last two decades) was published in the top journal on Operations Research, with an impact factor of 2.43. The paper addresses the classical root-finding problem, which encompasses the identification of a minimum of a real-valued multivariate function via an algorithm that generates only Monte Carlo estimates. The technique of retroactive optimization (RA) generates sequences of iterate solutions computed from deterministic problems, each generated via an adaptive sample size and solved up to a specific error tolerance. The primary goal of the paper is to provide guidance on the choice of sample-size and error-tolerance sequences in RA procedures. In this theoretical paper, Raghu (a) presents an overview of the conditions that guarantee the convergence of the iterate solutions, and (b) characterizes a class of sample-size and error-tolerance sequences that are superior to other alternatives based on a precisely defined criterion. The impact of the outstanding paper is evident from the large number of citations it has amassed during a decade.

6. S. Kim, R. Pasupathy, and S. G. Henderson. A guide to Sample Average Approximation. In M. Fu, editor, *Encyclopedia of Operations Research and Management Science, Hillier and Lieberman OR Series*. Elsevier, 2014. [208 citations]

This book chapter provides a comprehensive review of the core principles and properties of the SAA methodology for solving stochastic optimization problems. The basic SAA method estimates the unknown objective function with the sample average computed from identically distributed (but not necessarily independent) samples and finds the solution of the approximate optimization model using an appropriate method. In particular, the authors (a) provide an accessible overview of the area, motivated by classical optimization problems; (b) a detailed overview of the key theoretical properties of the solutions resulting from SAA; and (c) explain the reasoning for using SAA to obtain good-quality solutions. In particular, SAA is compared to stochastic approximation (SA) methods in terms of the computational effort required to obtain solutions with a given quality; such a comparison makes SA the "winner" asymptotically. They also show that an extension of SAA known as retrospective approximation (such as

5

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

the method in Paper 3 with adaptive computational effort) can match the asymptotic convergence rate of SA, at least up to a multiplicative constant. In my opinion, this is one of the most transparent expositions on the SAA method, and its impact is evident from the plethora of citations during a seven-year time window.

7. S. R. Hunter and R. Pasupathy. Optimal sampling laws for stochastically constrained simulation optimization on finite sets. *INFORMS Journal on Computing*, 25(3):527–542, 2013. [93 citations]

This paper addresses the problem of stochastic constrained optimization on finite sets. Both the objective function and the constraints are probabilistic. In particular, it characterizes the optimal sample allocation among the competing alternatives that maximizes the rate at which the probability of false detection converges to zero. Since the optimal sample allocation is a solution to a concave maximization problem, it can be derived when the underlying distributions are known. In particular, the authors provide a consistent estimator for the optimal sample allocation and devise an implementable sequential algorithm. Numerical results demonstrate the superiority of the latter algorithm against the state-of-the-art OCBA-CO algorithm (from the early 2010s). This paper was also published in a strong operations research journal (with emphasis on computational methods and an impact factor of 1.54) and has a very high citation count over a period of eight years.

8. R. Pasupathy, S. R. Hunter, N. A. Pujowidianto, L. H. Lee, and C.-H. Chen. Stochastically constrained ranking and selection via SCORE. *ACM Transactions on Modeling and Computer Simulation*, 25(1):1–26, 2014. [72 citations]

This paper studies constrained Ranking & Selection problems where both the objective function and the constraint functions are estimated via Monte Carlo sampling. The authors develop a framework (called SCORE) that approximates the optimal simulation budget allocation among the competing alternatives. In particular, the authors (a) develop a general theory for the case where the distribution of the samples is Gaussian (a typical assumption); (b) cast the optimal budget allocation as a bi-level optimization problem; (c) show that under a certain asymptotic regime, the solution to the aforementioned bi-level problem becomes tractable and can be expressed by means of a single intuitive metric (the *score*); and (d) provide an iterative procedure that repeatedly estimates the score and determines how the available budget should be allocated across the competing systems. Numerical experiments with 1,000 to 10,000 alternative systems show that the optimal budget allocation can be attained (with negligible error) in times that were smaller than the times required to solve the respective bi-level problems (to completion) by several orders of magnitude. This strong paper was published in a top outlet for computer simulation (whose relatively low impact factor of 1.38 is due to its relatively late entry in the Web of Science) and has received a large number of citations.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

In addition to (single-objective) stochastic optimization, Raghu has made substantial contributions in a variety of other areas, such as multi-objective stochastic optimization, such as random variate generation, estimation and generation of random input processes for discrete-event simulations, variance reduction in simulation experiments, distributional relationships, and design of problem and solver libraries (see Proceedings article #12 on his curriculum vitae or https://ieeexplore.ieee.org/abstract/document/6148097). I also notice that Raghu has co-authored two archival journal papers in the area of vehicular transportation (during his studies in civil engineering).

Clearly the main focus of Raghu's research has been what he calls Problem (P)—i.e., minimizing the expected simulation response subject to relevant deterministic or stochastic constraints. However, I am very interested in Raghu's research on (a) high-efficiency computational methods for estimating given quantiles of a simulation response (see proceedings paper [17] in his vitae); and (b) ranking-and-selection procedures for identifying a system configuration that yields the minimum value of a given quantile of the simulation response (see proceedings paper [8] in his vitae). It is clear that this work has the potential to enhance my recent research on sequential methods for estimating given quantiles of stationary dependent processes. Beyond Problem (P), in the future I expect that Raghu will also make major contributions to the problem of minimizing a given quantile of a simulation response (potentially subject to constraints).

## Teaching

Raghu Pasupathy has been a great instructor; this is evident from his six teaching awards at Virginia Tech and Purdue University (starting with his graduate studies).

## Professional Service

Raghu's service to his worldwide community community has been exceptional. This reputation is highlighted by his exemplary service to the worldwide simulation community in the following roles.

- Raghu has served on four editorial boards, six years as Departmental Editor for *IIE Transactions*, nine years as Associate Editor for *Operations Research*, six years as Associate Editor for *ACM Transactions on Modeling and Computer Simulation*, and nine years as Associate Editor for *INFORMS Journal on Computing*.
- He served on the Program Committees for two workshops in 2018 and 2021.
- He served as Simulation Cluster Chair for the 2017 INFORMS Annual Conference in Houston, TX.
- He served on the organizing committee of WSC as Co-Proceedings Editor in 2012, Proceedings Editor in 2013, and as Track Coordinator in 2015.
- He served as Judge for the INFORMS Computing Society Student Paper Award during 2015–2017.

Raghu has also made outstanding, multi-year contributions to the INFORMS Simulation Society. In particular:

DEF1 01023

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

- He served on the Council of the Society as Communications Editor between 2008–2010, Council Member during 2011–2013, Treasurer during 2015–2017, Vice President during 2016–2018, and President during 2018–2020.
- He served as Program Chair for the Society's Workshop in 2015 at the Purdue University campus.

## Future Plans

I read with a keen interest Raghu's future research plans in Section 3 of his research statement. His focus on expanding his research agenda into emerging domains such as data analytics and machine learning are in line with the core of his research during the sixteen years of his academic career. I am certain that he has the vision and ability to expand inth his new horizons with the utmost success.

In summary, Raghu Pasupathy is a leader in the areas of statistics and operations research with his research contributions, teaching effectiveness, and service to the profession. He definitely ranks at the top 5–10% percent of his cohort. At this juncture, I am compelled to relay some information from the past decade. I have served on the Faculty Search Committee of my unit for many years (six years as Chair), and Raghu's name has surfaced frequently as a potential hire. We have stopped every time for two reasons: the size of our simulation group (4+ depending on the counting) and his two-body problem (our core faculty in statistics is housed in my School). Purdue University should feel very fortunate to find a home for him! Finally, I am compelled to say that Raghu has very high ethical standards and the greatest integrity. Hence, I recommend him enthusiastically for promotion to the rank of full professor. If I can provide additional information, please let contact me via e-mail.

Sincerely,



Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



September 29, 2021

Dennis Lin, Ph.D.
Distinguished Professor and Head of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907

Dear Dr. Lin,

It is with great enthusiasm that I am writing this letter in regard to Dr. Raghu Pasupathy's case for promotion to Professor in the Department of Statistics at Purdue University. I have thoroughly read the dossier that was sent electronically on July 25.

Regarding my relationship to the candidate, I do not know Dr. Pasupathy personally. I have not collaborated with Dr. Pasupathy in the past on papers or proposals. The extent of our interactions has been primarily during conferences and attending his presentations at the INFORMS annual meetings and Winter Simulation Conferences.

I am reviewing Dr. Pasupathy's case from the perspective of a faculty member in a top tier Industrial Engineering/Operations Research (IE/OR) department for a couple of reasons. The research expertise of Dr. Pasupathy is at the interface of statistics, optimization, and probability, which makes him a great fit in a top tier IE/OR department, a quantitative business school (e.g., in an operations management or similar type of department), or in a top statistics department. Most of his work and his presence in the academic community has been in high quality IE/OR journals and well-established conferences respectively. He served as a tenured faculty member at Virginia Tech, which has a top IE/OR department prior to moving to the Statistics Department at Purdue. Being a faculty member in a well-regarded industrial and systems engineering department, I am in a good position to comment on Dr. Pasupathy's scholarship from that standpoint. I am hoping you have received letters from colleagues from peer statistics departments reviewing his scholarship and achievements from a pure statistics faculty standpoint.

I have been very familiar with Dr. Pasupathy's work since the time he was working with Professor Bruce Schmeiser. Some of his early work appeared in proceedings of the Winter Simulation Conference during the mid-2000's. I reviewed some of those papers and was impressed with the quality and contribution of those works. I am happy to state that Dr. Pasupathy is one of very few scholars who is continuing to make sustained theoretical contributions to the field of simulation and the statistical underpinnings on which the field of discrete event simulation is based on. This is an important point to note. Most of the people that are currently working in simulation are typically applying simulation to a variety of disciplines and problem areas and are making sporadic

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

contributions to the core of simulation as an offshoot of their work. Dr. Pasupathy is one of few select scholars in the past two decades who has been actively engaged in advancing the state of the art in simulation theory.

The last point is evident in the quality of work that Dr. Pasupathy has produced. He has published in journals that are considered top tier journals in ranked IE/OR departments and Business schools. Examples include Operations Research (where he has published a single author paper), INFORMS Journal of Computing, IIE Transactions, Mathematical Programming, and SIAM Journal on Optimization. These journals are extremely selective, and Dr. Pasupathy has a strong track record in publishing in these outlets over a number of years.

I have reviewed the papers that were submitted as part of Dr. Pasupathy' dossier. I would like to comment on a couple of them. My colleague, Dr. Lewis Ntaimo, and I have used Dr. Pasupathy's work on constrained simulation optimization that was published in the paper titled "Stochastically Constrained Ranking and Selection via SCORE," in a project with Lockheed Martin where we were using a discrete event simulation approach to model the final assembly process for the F35 production line. The assembly process was extremely complex with a number of intertwined constraints, and we were able to use the bi-level optimization approach and the iterative SO algorithm proposed by Dr. Pasupathy and his colleagues to model and solve the problem, and propose the ideal configuration using the single measure that is referred to as the *score* in the paper. Due to security reasons, we were not able to publish the work. This is a clear example of the impact of his work, which helped us model and solve a complex application problem that resulted in considerable cost savings of several million dollars and contributing to production efficiency for the company. Dr. Pasupathy's Sample Average Approximation tutorial was used by us in a recent paper where we were attempting to model an online clinic scheduling system that accounts for different stochastic elements, such as late and early arrivals, no shows, and walk-in appointments.

One of the traits that we often use for measuring the quality of scholarship is the impact of the individual's work. Besides the couple of examples cited above where Dr. Pasupathy's work was directly used and had a measurable impact, we regularly use some of Dr. Pasupathy's papers and tutorials in our graduate level courses in simulation and stochastic processes as well as in the qualifying exams for doctoral students working in these areas.

Another good indicator of Dr. Pasupathy's track record is the list of students that he has successfully placed in academia. So far, he has placed three students in industrial engineering departments. Two of them are in top tier departments (Purdue and NC State), with Dr. Susan Hunter currently serving as a tenured associate professor at Purdue. This is a good track record and serves as an indicator of future successful placement of his students in reputed programs.

Dr. Pasupathy has a good track record of externally funded research grants primarily from competitive sources such as ONR, NSF and ARL.

Dr. Pasupathy is teaching courses in his area and is doing a good job based on the scores reported in the vita. I am assuming that the department will perform an evaluation of his teaching portfolio and assess his teaching credentials.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Dr. Pasupathy is quite active in the professional societies, namely the INFORMS societies and Winter Simulation Conferences. This is expected of him at this point in his career, and I expect to see a larger participation and carry heavier responsibilities as he matures into a senior faculty position.

You have asked me to compare with Dr. Pasupathy's peers. This is somewhat of a difficult ask as no two candidates at this stage of their careers are equal and often it is very difficult to obtain a complete CV of peers for an accurate comparison. Having said that, I would like to point out two recently promoted individuals that could possibly be compared as his peers. One of them is Professor James Luedtke in Industrial and Systems Engineering at the University of Wisconsin, and the other one is Professor Simge Küçükyavuz in Industrial Engineering and Management Science at Northwestern University. Both these departments are top ranked IE/OR departments, and these two peers work in stochastic optimization, which overlaps Dr. Pasupathy's research areas. I am confident in stating that Dr. Pasupathy's CV compares very favorably with them. Another point of comparison would be to check the Google Scholar list of individuals that cite "stochastic optimization" as one of their areas of expertise. Dr. Pasupathy ranks 43rd in this list. There are some respected and very senior scholars that are ahead of him on this list, such as Professors Sigrun Andradottir from Georgia Tech, Warren Powell at Princeton, and John Birge at University of Chicago. Given Dr. Pasupathy's relatively shorter professional career, I have completely confidence in him achieving the stature and recognition that some of his well-established peers, such as Professors Barry Nelson, Averill Law, Russell Barton, and Bruce Schmeiser have achieved in their careers.

Overall, it is my opinion that Dr. Pasupathy's work ranks in the top for scholarship and he is one of very few scholars who are currently contributing towards advancing the state of the art in simulation theory. In summary, I will strongly recommend that Dr. Pasupathy be positively considered for promotion to Professor in the Department of Statistics at Purdue University.

I hope that you will find my comments useful in your evaluation of Dr. Pasupathy. If there is any additional information that I can provide you, please don't hesitate to contact me. My email address is ████████████████

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Professor Dennis Lin
Department of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907
USA

3 September 2021

Dear Professor Lin

**Evaluation of Promotion Case for Raghu Pasupathy**

I have known Raghu since December 2003, when I first met him at a Winter Simulation Conference. At the time we were both graduate students and we have met regularly since then, mainly at simulation conferences. I have followed his work with interest and had many useful discussions with him, although we have not collaborated together on research. My own research focuses on stochastic optimization and I am based in the Operational Research Group within Mathematical Sciences at the University of Southampton, UK.

While not having direct experience of academic progression within the USA, I am confident that Raghu's research achievements (papers and funding), his obvious success at teaching, and the significant roles that he has taken on within the academic community, would secure him a professorship within the UK at any of the highest ranked universities. He is one of the best known academics within our community internationally with a reputation for being an extremely strong theoretician with a deep understanding of the mathematical concepts underlying the methods used for analysis and optimization of stochastic computer simulation models.

The focus of much of Raghu's research is on the optimization of stochastic systems, particularly via the use of simulation optimization methods. There has been a significant growth in research in this area over the past decade, with some of Raghu's earlier work forming the basis for some substantial strands within the wider research area. A good example of this is the paper "On Choosing Parameters in Retrospective-Approximation Algorithms for Stochastic Root Finding and Simulation Optimization", Operations Research (2010) on which Raghu is sole author. The paper discusses a refinement of Sample Average Approximation, a method used to solve both stochastic root-finding and simulation optimization problems. These are interesting theoretically but also have numerous practical applications. Based on the list of citations of this paper, it is clear that its results are being used across a range of disciplines including simulation optimization, mathematical optimization, and computational and scientific computing.

Although a significant amount of Raghu's research has focused on the stochastic root finding problem and simulation optimization over continuous space, he has also contributed to advances in constrained optimization (e.g. Stochastically Constrained Ranking and Selection via SCORE (2014) in ACM TOMACS; and Optimal Sampling Laws for Stochastically Constrained Simulation Optimization on Finite Sets (2014) in INFORMS Journal on Computing) and on integer-ordered simulation optimization (e.g. Integer-Ordered Simulation Optimization using R-SPLINE: Retrospective Search with Piecewise-Linear Interpolation and

DEF1 01028

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Neighborhood Enumeration (2013) in ACM TOMACS). These show a broad range of interest and an internationally-recognised expertise in the wider simulation optimization research area.

Raghu's standing within the academic community is excellent and he has made significant time contributions by both serving on the committee of ISIM (treasurer 2015-17; vice president 2016-18; president 2018-20) and organising conferences and workshops, particularly in supporting the Winter Simulation Conference, the most prestigious international conference within the simulation community. He is an active participant in conferences and I would describe him as someone who nurtures talent in early career researchers through careful questioning and taking an interest in their work. While there are sadly no prizes for being nice to people, it has no doubt helped in developing his excellent reputation within the community.

The list of editorial positions that Raghu either has currently or has previously held is extremely impressive, including all of the top journals within his area of research. Of particular note is his associate editor position with Operations Research, the best regarded journal within the OR community. The fact that his expertise is sought by so many of the top journals really underlines the regard with which he is held.

Raghu is very effective at producing PhD graduates who go on to have successful careers within academia, suggesting a very careful attention to developing new staff and nurturing new talent. His success may also be partly due to his reputation within the community, as discussed previously, seeing him attract excellent candidates. These graduates include Sara Shashaani (assistant professor, NC State University); Kalyani Nagaraj (assistant professor, Virginia Tech); and Susan Hunter (associate professor, Purdue Industrial Engineering). More recent graduates are also working as research associates at University of Illinois and Virginia Tech.

It also came as no surprise to see extremely high scores for teaching within Raghu's CV. At the Winter Simulation Conference in 2018 in Gothenburg, Sweden, Raghu gave the best tutorial paper I have ever heard at the conference on Stochastic Gradient Descent. This was an advanced tutorial paper and these are always of a very high standard, but Raghu's was exceptional, showing a deep knowledge and understanding of the research he was describing, but also an extraordinary ability to communicate it. I can imagine that his classes, particularly those to graduate students are also of a very high standard.

To conclude, I have no hesitation in recommending Raghu, and feel honoured to have been asked to write his evaluation. He is one of the best scholars of our generation within the simulation community and definitely deserves a promotion to full professor.

Yours sincerely



Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02



**STANFORD UNIVERSITY**

DEPARTMENT OF MANAGEMENT SCIENCE & ENGINEERING
Huang ENGINEERING CENTER
STANFORD UNIVERSITY
STANFORD, CA 94305-4121

October 18th, 2021

Professor Dennis Lin
Distinguished Professor and Head of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907 USA

Dear Professor Lin,

I write this letter in response to your request for an evaluation of the case for promotion of Raghu Pasupathy to the rank of Professor in your department. I have known Raghu roughly since the time he was a PhD student, and have collaborated with him on one paper.

A major theme of Professor Pasupathy's research concerns the development of both theory and codes for stochastic optimization. This problem area lies at the core of many decision-making problems arising within the management science space, as well as the characterization of many statistical estimators (M-estimators, in particular). Modern machine learning also draws upon this tool set in a fundamental way. Raghu has made a number of insightful contributions in this domain.

Starting in his dissertation, Raghu has studied stochastic algorithms in which one generates iterative sequences in which each iteration is derived from an increasingly large number of samples. One important domain in which this framework arises is that in which one is trying to compute the optimizer of a problem in which the objective function is defined through an expectation. When the problem is smooth, it is natural to consider Newton-style algorithms that use first and second derivative estimators to construct each new iteration. In this setting, Raghu and his collaborators have carefully studied how large the sample size needs to be, in order that the iterative sequence converge to the optimizer. In addition, he has considered rates of convergence, measured in terms of the number of samples taken, and associated optimal rates of convergence. This type of analysis is differentiated from stochastic approximation

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

schemes, in which the number of samples taken per iteration is typically constant. With larger sample sizes per iteration, Raghu's style of analysis generates algorithms that can take bigger steps in the early iterations. Since taking small steps in the early iterations is a common failure mode of many stochastic optimization algorithms, these results are both interesting and important contributions. In related work, Raghu and his co-authors have developed related results that characterize algorithms for non-smooth stochastic optimization problems.

In conclusion, Professor Pasupathy has a strong research record in the domain of stochastic simulation that has focused on a key research area that has attracted some of the best talent in the field. His results have provided important insights that are influencing current research, and that are likely to continue to be influential going forward. In view of the fact that this is exactly what one expects from a Professor-level appointment, my view is that Raghu Pasupathy clearly is deserving of the promotion to Professor.

Yours sincerely,

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Date: September 26, 2021

To whom it may concern:

I'm pleased to write this letter in **very strong** support of Raghu Pasupathy's promotion to Full Professor at Purdue. I have not directly collaborated with Prof. Pasupathy, but have observed his career with interest, listening to his presentations and at the Winter Simulation Conference and other venues, and reading his papers in top OR journals.

Raghu's research has centered on theory and methods for stochastic optimization (SO), with a variety of fascinating excursions to adjacent topics. Stochastic optimization is becoming increasingly important in the modern era of machine learning over complex data, and Raghu and his students have contributed deep and seminal results to the theory of SO algorithms. The most popular types of SO algorithms approximate the original SO problem by sampling from the data distribution and then using the samples to construct a deterministic optimization problem that replaces expected values with sample averages. The computational and statistical efficiency of such algorithms is determined by the complex interplay between numerical errors in the deterministic solver and statistical errors due to sampling. Raghu was one of the first to carefully quantify these interacting sources of error through prodigious feats of analysis, and thereby identify optimal schemes for simultaneously controlling both sampling and solver errors that yield the best possible rate of convergence to an optimal solution. Importantly, Raghu's work has led to a major advance over prior work in which sampling was done once at the beginning, in a static manner (so-called "SAA" algorithms). His theoretical results enabled a more sophisticated class of algorithms where the sampling process and solver-error tolerances are adaptive, e.g., his "retrospective approximation" (RA) algorithms. At the beginning, the sampling rate is low, so that the iterations occur quickly; at the end, when solutions are close to the optimum, the sampling rate is high, but the solver, starting from a close-to-optimal solution, returns an answer quickly. This allows the resulting algorithm to be very efficient overall.

Raghu has applied these and related ideas to a wide variety of SO problems involving smooth and non-smooth objective functions, as well as feasible sets—the collections of solutions that are to be explored when seeking an optimal solution—that are unconstrained, deterministically or stochastically constrained, finite, or infinite. These problem classes cover the landscape of SO formulations and have practical application to a broad range of important problems. One very nice line of work has focused on the "ranking and selection" problems in which the feasible set is finite and small and is defined implicitly via a set of stochastic constraints; moreover, observations of the performance of each system are noisy. Using large-deviations theory, he has developed algorithms that choose the truly best system with an error that becomes exponentially small as the number of observations increases. This result unifies prior work on both unconstrained problems and on the problem of determining the feasibility of a candidate solution.

Raghu has also applied his theoretical results to develop a collection of practical algorithms: R-SPLINE, ASTRO-DF, SCORE, MO-SCORE, and more. Another major practical contribution is his work with Shane Henderson in creating the SimOpt library of SO test problems. Having a

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

standard library of problems accelerates the field by allowing better comparison of proposed algorithms and spurring algorithmic improvements. Raghu's SimOpt project has had a significant impact on the field and provides a great service.

Besides SO problems, Raghu has contributed results on a range of other important topics related to stochastic simulation, such as variance reduction and random number generation. There are two features of Raghu's research style that I find particularly appealing. First, he always aims for the most general, far-reaching problem formulation that he can. An example of this is given by his recent talk at the 2021 INFORMS Simulation Society (I-Sim) Research Workshop in June. He talked about confidence interval procedures for statistical functionals, which generalizes quantile estimation, gradient estimation, optimization, CVAR-estimation, arrival process rate estimation, and more classical statistical contexts such as estimating the parameters of an ARMA process, estimating trimmed means, and estimating simplicial depth functionals. Second, he always clearly and thoroughly elucidates the context of his results, which is often edifying in and of itself. For example, when I started looking at problems relating to nonhomogeneous Poisson processes, Raghu's encyclopedia article on the topic was my go-to reference, and similarly for his chapter on sample average approximation in the widely used Handbook of Simulation Optimization. In general, if there is a simulation workshop, multi-author handbook/encyclopedia, or panel of experts, Raghu will be there. Overall, Raghu's publication record is excellent, and his work is well represented in top journals.

For these reasons, Raghu is held in high esteem by the simulation research community. He also has a solid funding record. I would rank him among the top 5% of his cohort. He does not quite have the superstar impact of someone like Jose Blanchet or Assaf Zeevi, but I think that this is partially due to the highly focused nature of Raghu's work. My intuition is that as his career progresses, he will broaden his interests, thereby increasing his impact. Indeed, his research statement articulated a broad and appealing vision. I think that further outreach to practitioners would help his work have even greater practical impact.

With respect to service, I think that he did an excellent job as President of I-Sim (a post that I have also held) and his Meritorious Service Award from the flagship journal *Operations Research* testifies to his top-quality editorial work. While I can't comment directly on his teaching and mentorship, I see that he has garnered quite a collection of teaching awards and excellent student ratings, and I know that he has produced a number of PhD students, such as Susan Hunter and Sara Saashani, who are already making their mark on the community. His CV is notable for the number of student paper awards.

In summary, I think that Raghu has a very impressive research track record so far, and a very promising career ahead of him. His service contributions and teaching appear to be excellent, and he is very well respected. To be honest, I was surprised that he is not already a Full Professor, and I think that Purdue would do well to promote him. I give him my strongest recommendation.



DEF1  01033

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**Biosketch**: I joined the UMass faculty as a Professor of Information and Computer Sciences and Adjunct Professor of Mechanical and Industrial Engineering in the fall of 2017 after 30 years at IBM Research—most recently as a Principal Research Staff Member—and 20 years as a Consulting Professor in Management Science and Engineering at Stanford University. My research lies at the interface of information management, applied probability, statistics, and computer simulation. I am a Fellow of both ACM and INFORMS and have received a number of awards from IBM and both the Simulation and Computer Science communities, including the IBM Research Outstanding Innovation Award, Best Paper Awards at VLDB 2016 and EDBT 2018, an ACM SIGMOD 10-year Best Paper Award for my work on sampling-based exploration of massive datasets, and the INFORMS Simulation Society Outstanding Publication Award for my 2002 Springer monograph on Stochastic Petri Nets. Most recently I was a Finalist for Best Theoretical Paper at the 2020 Winter Simulation Conference. Other work has included techniques for massive-scale data analytics (matrix completion, dynamic graph analysis, and declarative machine learning), Monte Carlo methods for scalable querying, stochastic optimization, and Bayesian learning over massive uncertain data, generative neural networks for simulation input modeling, automated relationship discovery in databases, query optimization methods, and autonomic computing. I serve on the editorial boards of *ACM Transactions on Database Systems* and *ACM Transactions on Modeling and Computer Simulation* and was an Associate Editor for the *VLDB Journal* from 2007-2013 and for *Operations Research* from 1995-2017. I am the author of over 140 conference publications, journal articles, and books, and have been granted over 30 patents, leading to my designation as an IBM Master Inventor.

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02





Cornell University
Operations Research and
Information Engineering

August 6, 2021

Dennis Lin
Distinguished Professor and Head of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907 USA

Dear Professor Lin:

I write to assist with your evaluation of Raghu Pasupathy for potential promotion to full professor. I have known Raghu since he was a graduate student working with Bruce Schmeiser at Purdue. I see Raghu at conferences frequently. He and I co-developed "SimOpt," a library of simulation optimization test problems and solvers, and we co-authored, with Sujin Kim, one of the papers you shared in Raghu's portfolio. Moreover, I served as the post-doctoral advisor for Susan Hunter who is Raghu's partner. Finally, Raghu and I have recently been sharing ideas related to an infinite-dimensional optimization problem arising in volunteer schemes in emergency medical services. I know Raghu and his work extremely well, and believe I am very well qualified to evaluate his contributions. I think very highly of Raghu's contributions. I offer my strongest recommendation that he be promoted.

Raghu is an established leader in simulation-optimization research. Since around 2010 he has served something of an ambassadorial role, adapting ideas arising in nonlinear optimization for use in simulation optimization. These include a special focus on trust-region methods (Paper 2 that you shared, along with several others in this line), and in stochastic gradient descent and its variants, such as accelerated schemes (Paper 1 that you shared, along with several others in this line). He has had strong impact in this work; the simulation optimization research community is now much more focused on algorithms with provable local convergence properties and strong finite-time performance than in earlier times, and Raghu deserves a great deal of the credit for this change in perspective. This change in perspective in the simulation-optimization community has been dramatic. Earlier papers by other researchers tended to focus more on globally convergent algorithms that relied, essentially, on simulating all solutions infinitely often, with variants on this theme for problems with infinite state spaces using growth assumptions and/or some variation on Lipschitz continuity. Such results, while correct, are hardly relevant to practice, requiring computational budgets that are unattainable. Raghu's contributions in this sphere over the last decade are well evidenced by a string of publications in the A-level journal *SIAM Journal on Optimization* that are well represented by the Papers 1-3 that you shared in your request. This is a strong line of work that Raghhu looks set to continue for the foreseeable future.

Raghu's interest in simulation optimization began with his PhD thesis. That work and its outgrowths informed our understanding of convergence rates of simulation-optimization algorithms. To be more precise, Raghu's 2010 paper "On choosing parameters in retrospective approximation algorithms for stochastic root finding and simulation-optimization" that appeared in *Operations Research* (an A-level journal) compared the convergence rate of retrospective approximation (essentially the same idea as sample-average approximation which in turn is closely related to maximum likelihood, except that one uses an increasing sequence of sample

DEF1  01035

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

sizes and warm starts to obtain a convergent class of algorithms) with that of stochastic approximation. As with many of Raghu's ideas, the core principle is elegant and one that we all wish we had devised: don't optimize noise, i.e., in solving sampled problems, one should balance the sampling error in the sample problems with the accuracy obtained from a numerical optimization algorithm. This leads to insights about how simulation runlengths should increase in relation to how optimization error tolerances should decrease to maximize the overall convergence rate. An important consequence of this work is that it is possible for retrospective approximation to recover the "square root of n" rate of convergence that is typical of stochastic approximation but not of many other algorithms, while enjoying the strong finite-time behavior of sample-average approximation-based optimization algorithms. This has become a very important reference for all those who work in simulation optimization.

These ideas were considerably developed for stochastic gradient descent in Paper 1 - "On sampling rates in simulation-based recursions" that appeared in the *SIAM Journal of Optimization*. This paper explores stochastic recursions as implemented in simulation optimization and also in some machine-learning applications. The central concept is to select sampling rates across iterations to ensure both consistency and efficiency (optimality of convergence rate). As the paper shows, the optimal sampling rates depend on the convergence rate of deterministic analogs of the stochastic recursions, and a broad variety of sampling rates can be optimal in different settings. The results inform, in a quite direct manner, the design of optimization algorithms based on such stochastic recursions.

Paper 3 that you shared explores related ideas in the context of two-stage stochastic linear programming. Such problems are convex, but their structure can be piecewise linear or smooth depending on the structure of the noise model. The paper goes well beyond just applying previous ideas; for example, results for sequential stopping are explored. Two-stage stochastic linear programs are used in a plethora of application areas, including reservoir control, financial portfolio planning, and communications network planning. This paper will be an important reference.

In another line of work, Raghu and his coauthors have developed methods that can be applied to certain optimization problems over finite solution sets. In such settings, one might think that one should simply evaluate all solutions and pick the best, but that may be intractable because the number of solutions is too large, or one may want to employ an algorithm that samples selectively so as to offer some kind of statistical guarantee on the returned solution. The paper "Integer-Ordered Simulation Optimization using R-SPLINE: Retrospective Search with Piecewise-Linear Interpolation and Neighborhood Enumeration," *ACM Transactions on Modeling and Computer Simulation* addresses the first issue mentioned above (too many solutions). It develops an algorithm for simulation optimization problems with "integer-ordered" variables, i.e., integer-valued decision variables, which are the most common simulation-optimization problems encountered in practice. The key idea is that such functions, defined only on the d-dimensional lattice of integers, might be extended in a convenient manner to d-dimensional Euclidean space, thereby allowing a gradient-based search to be employed. This leads to a rapid "first phase" of the algorithm that quickly reaches a promising region through the use of gradients of the extension, and a second phase involving integer local search that subsequently identifies a proposed solution. The paper proves convergence to a local minimum and provides a computational comparison with existing algorithms for such problems. This is an excellent paper.

In a series of papers, Raghu and his co-authors have addressed the second issue mentioned above (providing an asymptotic guarantee on the reported-optimal solution). Here I refer to the papers

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

"Optimal Sampling Laws for Stochastically Constrained Simulation Optimization on Finite Sets", "Stochastically Constrained Ranking and Selection via SCORE", "Multi-objective Ranking and Selection: Optimal Sampling Laws and Tractable Approximations via SCORE," and outgrowths thereof. These papers develop sampling rates for the different solutions that, in the large-sample limit, achieve an apportionment of simulation sample sizes across solutions that achieves the maximal rate of decay of the probability of an error in different settings. The first paper considers the case of independent estimators of the elements of a finite-dimensional vector. This rather stylized case is not the typical situation in simulation applications in which the elements of the vector are estimated from common simulation replications. The second paper extends the earlier analysis to the dependent case that is typical in simulation. The third paper develops a method to recover the Pareto frontier in a multi-objective setting, which is a much more demanding goal than the goal of the earlier papers and requires many new ideas. All 3 papers use a large-deviations perspective that is highly relevant when estimators are normally distributed, as is often approximately the case in simulation where averaging of random variables appears both within model logic and due to Monte Carlo replication. In situations where estimators are not approximately normally distributed, these methods can be misled, because Juneja and Glynn have shown that it is not possible to sufficiently accurately estimate the large-deviations rate function that is a necessary prerequisite for the analysis. Despite this weakness, these papers are highly practical and important contributions to our understanding of constrained and multi-objective optimization over finite sets in the presence of stochastic noise. The asymptotic guarantees are valuable.

There is a gap in Raghu's journal publications from 2014 to 2017. I have not discussed this with Raghu, but I strongly suspect that this gap is, to a large extent, due to his move from Virginia Tech, with the attendant start-up issues. He had to assimilate a new academic culture (from industrial engineering to statistics), develop new courses, and acclimate to a new personal situation. Moreover, I believe he has tried to allow his partner, Susan Hunter, who is recently tenured in industrial engineering, to independently develop, alone, some of their earlier joint ideas, and so he has educated himself on new classes of problems. Such startup activity takes time. Several years ago I predicted that the 2014-17 lull was an aberration that would soon be addressed. I am pleased to see my prediction was correct.

Raghu is someone who thinks deeply about fundamental questions and develops important insights and results that guide the development of simulation-optimization algorithms. He has a refreshing and disarming curiosity about all research that crosses his path as is evident if you've ever joined him as an audience member at a research talk. This curiosity is what drives his terrific research program, because he can select from a rather large portfolio of important questions he has assembled. This is his greatest strength: to ask important questions. And his papers are models of clarity in answering those questions.

Raghu's conference presentations are also models of clarity, as partially evidenced by the fact that he is a frequent plenary speaker in simulation optimization workshops. I see that this clarity is evidenced through his numerical scores in student teaching evaluations, which are stellar. He must be amongst your most popular and effective teachers.

Raghu is a highly effective PhD student advisor. In addition to the 9 students he has already graduated I count 7 current PhD students, and he has publications with most of them.

Raghu's contributions to professional service are strong. He holds, or has held, associate editorships at leading journals, and served as simulation department editor at IIE Transactions, a

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

leading outlet for industrial engineering. Moreover, he served as President of the INFORMS Simulation Society, which is the leading society for stochastic simulation in the world today. These roles are certainly more consistent with a rank of Professor than of Associate Professor.

Raghu has an active grant with the Office of Naval Research. In the recent past he has often held two simultaneous grants. This level of funding is perhaps slightly on the low side, but certainly not atypical for senior researchers in operations research with a theoretical bent to their research. Accordingly, I have no concerns there.

Raghu's citation counts on Google Scholar (1858 as of this writing) are modest when compared with some researchers in Statistics, but compared to the citation counts of other scholars who focus on theory in the (much smaller) academic community of operations research, they are consistent with a quality researcher with a theoretical perspective. By way of comparisons, I'd say that Raghu dominates Seong-hee Kim, full professor in Georgia Tech's School of Industrial and Systems Engineering. (Seong-hee does not have 147000 citations as Google claims; her record is conflated with at least one other person. My view is that Raghu has much stronger problem selection and theoretical "chops" than does Seong-hee.) I also believe that Raghu has had more impact than Sigrun Andradottir (3800 citations), also full professor in Industrial and Systems Engineering at Georgia Tech. Raghu is not as broad as Barry Nelson at Northwestern University (22000 citations, though apparently conflated with someone working in nuclear science), nor as mathematically deep as Jose Blanchet at Stanford (2800 citations), but then who is? (Both of these researchers are full professors recognized as world leaders.) Raghu's citation count is very close to that of Ton Dieker, who is considered a leader in the applied probability community, and whom I fully expect to be promoted to Full Professor in the next year or so at Columbia University.

Raghu Pasupathy continues to be a leader in simulation optimization and it is clear that he has resumed his earlier productivity. He is highly respected amongst the simulation-optimization community, and his work reflects extremely favorably on Purdue Statistics. His work has broadened to encompass related areas, including first-order methods in machine-learning settings. In short, he has both depth and breadth, and is richly deserving of promotion to Full Professor.

Sincerely,

DEF1  01038

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**DEPARTMENT OF**
**Industrial and**
**Systems Engineering**
UNIVERSITY OF WISCONSIN–MADISON



September 21, 2021

Dear Purdue University Promotion and Tenure Committee,

This letter provides my assessment of Dr. Raghu Pasupathy's research record as an associate professor.

I know of Dr. Pasupathy's research work because his research area (the intersection of simulation and optimization) overlaps somewhat with mine (optimization, with focus on systems facing stochastic uncertainty). I may have met Dr. Pasupathy in person at a conference once or twice. In my capacity as a journal associate editor, I have occasionally asked Dr. Pasupathy to serve as a reviewer for an article I was handling. I have never collaborated him on a research publication or project or in any other professional activity.

I will begin with a high-level evaluation of Dr. Pasupathy's publication record as an associate professor. Based on his CV, he has been an associate professor since 2011, and so I evaluate the publication record of papers published in 2011 or later. During this period, he has published 16 articles in peer-reviewed publications, 5 book chapters, and 19 articles in peer-reviewed conference proceedings. This is a very high publication volume. In addition, he has been publishing in top-quality venues. Three of the journal publications are in *SIAM Journal on Optimization* and another in *Mathematical Programming*, which together are regarded as the two most prestigious journals in the optimization field. He has two publications in the *INFORMS Journal on Computing*, which is the top outlet for computational work in the Operations Research field. Most significantly, given his primary research field of simulation, he has 18 articles published in the *Proceedings of the Winter Simulation Conference*, demonstrating very clearly his consistent research leadership in the simulation community.

Dr. Pasupathy is well-known in the research community as someone who makes significant contributions to deep problems at the interface of optimization and simulation/statistical analysis. For this reason, I have in the past sought his opinion as a reviewer when handling as an associate editor difficult research articles in this area, and I have found his reviews to be careful and insightful, much like his research. In fact, my opinion of his work is so high that I was surprised to be asked to write this letter evaluating his research for promotion to full professor: I assumed he had been full professor for several years already.

One of the papers that I think best illustrates Dr. Pasupathy's impact on his discipline is the paper "Stochastically constrained ranking and selection via SCORE", on which he was the lead author. This paper considers a very fundamental problem that arises in using simulation to choose among a finite

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

set of system designs when the decision-maker wishes to impose a constraint that the expected value of a random quantity in the system satisfies a given bound (e.g., the average time in system of a part should be less than some quantity). The fundamental problem is how to best allocate available computational resources to maximize the likelihood of selecting the best system. This paper contains a deep analysis of the problem, investigates a clever analytical approximation that is theoretically supported when the number of systems being selected from is large (which is the natural setting when this problem is most important), and ultimately leads to a practical method for allocating simulation resources in this important setting.

I consider Dr. Pasupathy's recent work "On sampling rates in simulation-based recursions" to be an "instant classic" due to the beauty, importance, and significance of the results. Once again, this paper investigates the optimal use of simulation resources, but this time is in the context of use of simulation to estimate key quantities within a recursive algorithm for solving a problem, such as a gradient-descent or other algorithm for solving an optimization problem (such problems are extremely important as they arise, e.g., in the training of a huge number of machine learning models). When using simulation to estimate parameters in such an algorithm it is important to understand what is required to assure the algorithm still converges (this is far from assured with naïve simulation), and furthermore there is again the question of how best to allocation computational effort across iterations to achieve convergence as quickly as possible. While these questions have been investigated previously in specific settings such as the stochastic gradient descent algorithm, Dr. Pasupathy's paper considers instead a very broad class of recursive problems and provides general conditions for assuring convergence and at the best possible rate. This is really a remarkable achievement and considering the huge variety of algorithms that fall under this analysis (including ones yet to be discovered) and the pervasive need for estimating quantities via simulation, I expect this work to have long-lasting impact in a wide range of areas.

The next paper I want to highlight that illustrates the significance and depth of Dr. Pasupathy's work is his paper "ASTRO-DF: A class of adaptive sampling trust-region algorithms for derivative-free stochastic optimization." This considers the problem of choosing optimal parameters for a system whose performance can only be estimated via stochastic simulation. He proposes an algorithm that uses advanced optimization techniques (trust region) and once again importantly addresses the issue of how best to allocate simulation effort within this algorithm. The key deep contribution of this work is to demonstrate the convergence of the method to an optimal solution under general conditions. I expect this method to be useful in a variety of applied settings and could even be implemented within commercial simulation software. This paper is also noteworthy in that his co-authors were both PhD students, indicating Dr. Pasupathy's ability to mentor PhD students and produce top-quality work in the process.

The final paper I want to highlight that is illustrative of Dr. Pasupathy's high standing in the field is his book chapter "A Guide to Sample Average Approximation." Sample average approximation (SAA) is a fundamental technique for solving optimization problems impacted by uncertainty, in which the expected value of the objective to be optimized is approximated by a sample average. The simplicity of the idea makes it very useful in practice, but it is important to understand, theoretically and practically, when the approach can be expected to yield good solutions, and to have guidance for how to choose the sample size along with other implementation details. This book chapter very clearly explains these important concepts and provides a great balance between mathematical rigor and practical guidance, making it an incredibly useful reference for anyone wishing to learn about this important method. This book chapter therefore is highly instrumental in both providing a foundation for researchers in this field, and in providing a useful reference for those simply wishing to apply the approach.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Dr. Pasupathy's research program is uniquely situated at the intersection of the simulation and mathematical optimization fields. I believe the depth and significance of the contributions Dr. Pasupathy has been making are on par with those of well-recognized leaders in this research area, including Dr. Barry Nelson (Northwestern), Dr. Shane Henderson (Cornell), Dr. Dave Goldsman (Georgia Tech), and Dr. Sigrun Andradottir (Georgia Tech). These faculty are more senior than Dr. Pasupathy and hence have larger publication records, but the depth and significance of Dr. Pasupathy's work is at the same level and he is on a similar trajectory in volume. In terms of a faculty member who has more recently been promoted to full professor (although still not very recently), Dr. Seong-Hee Kim (Georgia Tech) provides a meaningful comparison. Once again, Dr. Pasupathy's work has similar depth and significance, and in this case, his volume of work also compares favorably.

Based on my evaluation of Dr. Pasupathy's research record described above, and how it compares to faculty who are full professors at comparable institutions, I believe there is absolutely no question that his record merits promotion to the rank of Full Professor.

Sincerely,



Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

August 29, 2021

Dennis Lin
Distinguished Professor and Head of Statistics
Department of Statistics
Purdue University
150 North University Street
West Lafayette, IN 47907 USA

Dear Dennis:

This letter contains my evaluation of Prof. Raghu Pasupathy who is being considered for promotion to full professor in your department. I have known Raghu since he was a graduate student at Purdue, have read most of his papers and have been a referee for several of them. Raghu and I have not collaborated, but I do know him personally and have been an informal mentor from time to time when he has asked for my advice. We also share a common Ph.D. adviser, Bruce Schmeiser in the School of Industrial Engineering at Purdue.

*I rate Raghu as one of the three best stochastic simulation researchers in the operations research community currently at the associate professor level and poised to be promoted to full professor*. The others are Peter Frazier (Cornell, who was actually just promoted this summer) and Henry Lam (Columbia). Peter has broader interests than Raghu, but Raghu has more technical depth. Henry is a bit junior to Raghu, and has correspondingly fewer accomplishments. *These three are far ahead of anyone else in OR simulation community at the same stage in their careers.*

I am asked to write for *every* promotion case in the simulation operations research community, so I believe I can make a fair comparison to recent promotions to full professor. I also reviewed my letter files, just to refresh my memory. Raghu is superior to *all* similar promotions in the past decade with two exceptions: Jose Blanchet (Stanford) and Uday Shanbhag (Penn State). Raghu's research contributions have the same technical depth as Uday, while having much more impact. Jose, who was promoted nine years ago, is an unsurpassed technical virtuoso, but I again find Raghu's work to have more practical impact. In any event, Raghu is in very elite company.

Raghu is known for his contributions to simulation optimization, primarily via stochastic root finding, which is also a problem in its own right. "Simulation optimization" (sometimes called "optimization via simulation") refers to problems where the objective function is defined implicitly as the expected value (or some other summary measure) of the output of a stochastic

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

computer model and there is not enough known about this function to exploit methods from stochastic programming. Rather, the best one can do is to *estimate* the objective function, and possibly gradients of the objective function and the satisfaction of constraints, via simulation at specific settings of the decision variables and then base the optimization on these (noisy) observations. Problems such as staffing call centers, choosing service rates for complex queueing systems, and determining cost-minimizing supply chain policies fall into this category, as do many problems in machine learning about which I am less knowledgeable.

The simulation research literature has been dominated by stochastic approximation methods (which often just do not work) and random search techniques (which can be maddeningly slow). Raghu has pushed back the frontiers for *retrospective approximation algorithms* (also called *sample average approximation*), which are methods that use deterministic optimization tools to solve a sequence of sample-path optimization problems—the deterministic optimization problem that remains after the stochastic elements have been realized—in such a way that the sequence of solutions converges to the optimal solution of the simulation optimization problem. Research on this topic is mathematically difficult, which makes it ideal for Raghu. But what impresses me most about his work is that he looks at how to deliver finite-time, not just asymptotic, guarantees about the quality of the delivered solution. Such guarantees are essential for retrospective methods to be practically useful. In addition, he is one of the few researchers to address multiple objectives and the incorporation of stochastic constraints into simulation optimization problems. For obvious reasons these topics are also of great practical importance.

Raghu has a sequence of influential papers on simulation optimization/stochastic root finding, all published in what we consider "A" journals. In "Retrospective-Approximation Algorithms for Multidimensional Stochastic Root-finding Problems" (*ACM Transactions on Modeling and Computer Simulation*), Raghu developed his methodology for solving root-finding problems via the sample average approximation method. Since practically useful algorithms need tuning, he followed this with "On Choosing Parameters in Retrospective Approximation Algorithms for Stochastic Root Finding and Simulation-Optimization" (*Operations Research*). This paper nicely unifies a number of ideas found in the literature about convergence of RA-type algorithms for both stochastic root finding and simulation optimization problems. The results are broad, with what appear to me to be the minimum assumptions one might be able to make and get results. It is fair to say this paper is a "classic." In a similar vein, "A Note on the Number of Restarts Required to Approximate All Solutions of a Stochastic Nonlinear System" (*Operations Research*) contains foundational results on employing the intuitively appealing restart method in conjunction with sample average approximation. This paper is a masterful piece of work that establishes insights I would not have expected to be attainable. In "The Stochastic Root-finding Problem: Overview, Solutions, and Open Questions" (*ACM Transactions on Modeling and Computer Simulation*) Raghu summarizes what is known about this problem and sets a research agenda for the future. And finally, in "An Adaptive Sequential Sample Average Approximation Framework for Solving Two-stage Stochastic Programs (*SIAM Journal on Optimization*) Raghu specializes his insights to an important class of mathematical programming problems in operations research. *This sequence of papers is one of the most coherent that I have ever seen.*

DEF1  01043

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Retrospective optimization methods have primarily been applied to problems with continuous-valued decision variables. However, in "Integer-Ordered Simulation Optimization using R-SPLINE: Retrospective Search with Piecewise-Linear Interpolation and Neighborhood Enumeration" (*ACM Transactions on Modeling and Computer Simulation*), Raghu and his collaborators attacked the problem of simulation optimization with respect to integer-ordered decision variables. This class of problems is of critical importance in operations research where we optimize with respect to staff sizes, inventory levels, hospital bed allocation, etc. Not only does he establish entirely new theory, but he and his team also create a provably convergent, practically useful algorithm that is an annoyingly good competitor to my own "Industrial Strength COMPASS" code. Both methods guarantee convergence to a locally optimal solution, have excellent finite-time performance, and have spawned a large number of extensions. Recently Raghu added to this line of research with "Adaptive Sampling Line Search for Stochastic Optimization with Integer Variables (*Mathematical Programming*), which builds from his earlier work but contains a much deeper theoretical characterization of algorithm convergence, while adding clever heuristics to the actual algorithm.

As noted above, Raghu has also considered simulation optimization problems with multiple objectives (almost all practical problems have them) and stochastic constraints (also realistic). Both are tremendously difficult problems for which we have struggled even to define coherent formulations. Raghu has done most of this work with his students. I particularly like "Optimal Sampling Laws for Stochastically Constrained Simulation Optimization on Finite Sets" (*INFORMS Journal on Computing*) because it establishes the foundation for the papers that follow: characterizing the asymptotically optimal sample allocation that maximizes the rate at which the probability of incorrect decisions tends to zero, and then designing adaptive methods around it. Raghu has also incorporated this theory into algorithms as an extension to R-SPLINE: "Stochastically Constrained Simulation Optimization on Integer-ordered Spaces: The cgR-SPLINE Algorithm" (*Operations Research*) and "Multi-objective Ranking and Selection: Optimal Sampling Laws and Tractable Approximations via SCORE" (*Journal of Simulation*).

Another thread in Raghu's work focuses on simulation input modeling. "Input modeling" means representing, fitting and simulating the stochastic processes that drive a computer simulation. The four papers in this area are "C-NORTA: A Rejection Procedure for Sampling from the Tail of Bivariate Distributions (*INFORMS Journal on Computing*); "A Method for Fast Generation of Correlated Poisson Random Vectors (*INFORMS Journal on Computing*); "Moment-Ratio Diagrams for Univariate Distributions" (*Journal of Quality Technology*); and "Ties that Bind: Hidden Links between Distributions" (*Significance*). I particularly like the C-NORTA paper that shows how to sample from the tails of a bivariate distribution that may, for instance, represent extreme financial risk.

Raghu has a number of high-profile service activities. He is an active contributor to the INFORMS Simulation Society, having recently served as President. I-Sim is the most important affiliation for simulation researchers. He has been the Department Editor ("Area Editor" in some journals) for Modeling & Simulation of *IISE Transactions*, which is the flagship journal for

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

the Institute of Industrial and Systems Engineers. He also is or has been an Associate Editor for the three top journals for simulation methodology research: *Operations Research, ACM Transactions on Modeling and Computer Simulation* and the *INFORMS Journal on Computing.* Finally, he was Program Chair for the 2015 I-SIM Workshop "At the Interface of Simulation and Optimization," which was held at Purdue. This biennial workshop provides an elite forum for stochastic simulation research, with attendance by invitation only. Perhaps less immediately obvious are the impressive and well-attended tutorials he has presented to other researchers at various venues, including TutORials in Operations Research at INFORMS 2018. Raghu is highly visible in the field.

Although "simulation" is considered a core topic in industrial engineering, most departments have only one or two faculty with that focus. I say this to highlight how impressive Raghu's three IE placements are: Susan Hunter (Purdue, a top-ten program); Kalyani Nagaraj (Oklahoma State); and Sara Shashaani (North Carolina State). Hunter, an NSF CAREER award winner, is a young star, and Shashaani is off to a great start. He has also placed Hyoeun Li in a visiting faculty appointment in Statistics at Illinois and Fatemeh Hashemi in a visiting position in IE at Virginia Tech. Of the associate professors I named above *none* has done as well in academic placements.

Raghu has a strong record of obtaining the most competitive funding from NSF, ARL and ONR. This would be very important in an engineering department like mine.

In summary, if Raghu were being considered for promotion to full professor in my department I am completely confident he would achieve it and I would certainly support it; I cannot give a stronger endorsement than that.

Please feel free to contact me if you need any further information.

Sincerely,



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# UNIVERSITY OF CALIFORNIA, BERKELEY



BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ



August 8, 2021

Dennis Lin, Distinguished Professor and Head
Department of Statistics
College of Science
250 North University Street
West Lafayette, IN 47907 USA

Dear Professor Lin,

I am writing this letter in response to your request for my opinion concerning Professor **Raghu Pasupathy's** possible promotion to the position of a Full Professor in the Department of Statistics at Purdue University. I first noticed Prof. Pasupathy when he was a PhD student and have followed his career closely. I have enjoyed watching his research become increasingly mathematically advanced and widely innovative. I have not collaborated with him; however, he has published papers coauthored with some of my close friends and colleagues. Some of these scholars, several of whom are world-class, have told me how positive it is working with Prof. Pasupathy, giving him the larger share of credit for their joint work. Indeed, it is my impression that Prof. Pasupathy has inspired and driven most of his joint publications. I assume you have asked some of his coauthors for confirmation. I have had technical discussions with Prof. Pasupathy, as well as with some of his graduate students, about their research at conferences. All these his students express the highest admiration for him. Prof. Pasupathy has been generous with his intellect and energy, particularly in the specialty of dynamic simulated response optimization. Stochastic simulation optimization has been among the most productive uses of predictive computing to date, impacting the areas of systems engineering, computational statistics, and machine learning. Prof. Pasupathy has established himself as a leading researcher with international name recognition and is among the top simulation scholars worldwide.

I have made it a point to attend Prof. Pasupathy's research presentations at national and international conferences, where I have invariably learned something new. In his recent presentation at the I-Sim International Research Conference at Penn State this summer, "Confidence Intervals on Statistical Functionals Constructed from Stationary Time Series", he developed and unified the theoretical foundations for uncertainty in estimation of functionals of stationary times series, an area I have worked (Search: "standardized time series"). This will become a highly-referenced paper. In all his presentations, Prof. Pasupathy has demonstrated an exceptional mastery of his audience, which is reflected in his outstanding teaching evaluations and many teaching awards. He will be a valuable role model to new teachers who have not yet developed Prof. Pasupathy's classroom skills. Perhaps some of this is natural talent, he has an affable personality; however, knowing his attention to details and work ethic, I suspect much of Prof. Pasupathy's classroom mastery has been learned and can be taught to others. Indeed, I learned how to anticipate and solicit questions, and then to wait for responses, from observing him. Having a star researcher close at hand is becoming less important with the internet. The past decade, I have collaborated with colleagues more remotely than in person (especially these past two years!). However, having a superb classroom lecturer resident on your faculty remains as valuable as ever, if not more so.

Prof. Pasupathy has performed extensive and outstanding service to his community (recognized with a INFORMS Service Award). He is the past President of the INFORMS Simulation Society, the top professional position in

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

our field (I believe he has held every office!). In 2015, he hosted the prestigious (invitation only) semi-annual I-SIM International Research Workshop at Purdue and has served and is serving on the editorial boards of many top publications in our field as well as making significant program contributions to conferences. Notably: Prof. Pasupathy has developed, with Shane Henderson from Cornell, an influential test bed of problems and codes for simulation optimization research (https://github.com/simopt-admin/simopt/wiki). I have used this testbed in my research, and for teaching my students to test and refine their own methodologies.

The topics of Prof. Pasupathy's research that I am most familiar with are in the design and analysis of algorithms for optimizing simulated systems, among the most important computer applications in Science and Engineering. I am also aware of his work on rare event probability estimation, an important problem in large-scale complex systems, which I have encountered in my work with the World Health Organization on epidemic response. Here too, he is highly regarded.

Professor Pasupathy's early work on Retrospective Optimization (a term I coined two decades ago) includes *On Choosing Parameters in Retrospective-Approximation Algorithms for Stochastic Root Finding and Simulation Optimization*. This paper presents methodology developed for stochastic root finding problems and expanded into Simulation Optimization in general. Prof. Pasupathy developed these notions considerably in what has since become generalized to sample-path optimization methods. This is a core technology in predictive analytics. It is gratifying to see him develop the mathematical foundations for this approach to simulation response optimization, helping it to flourish. As I mentioned before in another letter: the mathematical analysis of the R-Spline algorithm in the paper, *Integer-Ordered Simulation Optimization using R-SPLINE: Retrospective Search with Piecewise-Linear Interpolation and Neighborhood Enumeration* served as a fundamental paper in a PhD Course I ran a few years ago with a visiting scholar form Italy. We chose that paper because its structure and rigor was, in our opinion, nearly ideal for presenting an innovative research paper. It was not the R-Spline algorithm itself that mainly appealed to us, but rather the clarity of the mathematical exposition in the convergence analysis. (His co-authors, who as I said earlier I know well, give Prof. Pasupathy full credit for the deep mathematical analysis.) This paper served as our students' prototype of how papers on this topic should be presented. We invited Prof. Pasupathy to Berkeley to give a seminar on this work later in the semester, which was excellent.

His papers are of uniformly high, and increasingly higher, quality. Of these, one still stands out to me: his 2018 paper *On Sampling Rates in Simulation-Based Recursions*. This paper presents a foundation for quantifying the trade-offs in estimation, exploration, and exploitation widely studied in the stochastic machine learning literature. I wish I had his results in this paper when I taught our first graduate course in machine learning here at Berkeley.

His collection of research papers constitutes arguably the strongest resume in the field of simulation. This is evidenced by him having won the I-Sim Outstanding Paper Prize three times in the past five years! I believe nobody else has ever won I-Sim's top research prize more than he has.

You asked me to compare Prof. Pasupathy to his peers who have recently been promoted to the rank of Full Professor. I have written many letters such as this in the past several decades, and I rank him at the very top of this cohort. Statistics is a big field and there may be those, perhaps even at Purdue, who still do not appreciate the intellectual merits and contributions to society of computational methodologies. However, it is a fact that the current extremely high public regard for Statistics is due in large part to advances in computation. Prof. Pasupathy's work is at the very heart of this renaissance. He has and will continue to bring honor and prestige to the already highly-regarded Purdue Statistic Department. Promotion of Professor Pasupathy has my full, unqualified support.

I most strongly support this promotion without reservation. If you have any questions, please feel free to contact me at lees@berkeley.edu. Congratulations to the Purdue Statistics for providing the environment for this fine scholar to flourish.

Sincerely,

█████████

████████████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





September 28, 2021

Dear Prof. Lin:

I am writing this letter of evaluation for **Prof. Raghu Pasupathy**, who is considered for promotion from Associate to Full Professor in the Department of Statistics at Purdue University.

I first met Raghu at a Winter Simulation Conference when he was a PhD student at Purdue and I was a junior assistant professor in the Department of Industrial and Systems Engineering (ISyE) at the University of Wisconsin-Madison more than 15 years ago. Our common denominator being analysis methodology in simulation and more broadly applied probability, we have been attending similar conferences (such as the Winter Simulation Conference and the INFORMS Applied Probability Society Conference) and serving for the same professional societies. Although we have not collaborated on any research project, I am quite familiar with Raghu's contribution to simulation research.

I would like to first provide some background information about myself. I am an industrial engineer by training who became an operations researcher after receiving a masters and a PhD degree in Operations Research from the School of ISyE at Georgia Institute of Technology in 2000 and 2002, respectively. My first academic appointment was in the ISyE Department at the University of Wisconsin–Madison during January 2003 - July 2006. Later, I moved to the Department of Statistics and Operations Research at the University of North Carolina at Chapel Hill in July 2006, and I have been on the faculty at Carolina since then. My current research interests are in stochastic modeling of service systems, design and control of queuing systems, and data-driven decision making for healthcare operations. I used to work heavily on statistical analysis of simulation output but more recently my work has focused more on healthcare applications especially in the emergency response framework. Although my current research interests do not intersect with Raghu's research, I can provide an evaluation from the perspective of a former researcher in simulation community, who publishes in similar journals, seeks funding from similar agencies, and resides in a similar department as the candidate.

I would like to start off by noting the importance and relevance of the research area

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

that Raghu is working on. Raghu's research interests lie broadly in the Monte Carlo methodology with a special emphasis on stochastic/simulation optimization and on random-vector/random-process generation. In recent years, with the availability of large data sets and improved computational power, the interest in stochastic/simulation optimization methods grew considerably not only in academia but also (perhaps even more so) in industry. Only about a decade ago, operations researchers were stuck in a rut of solving parameterized and mostly deterministic optimization problems. Slowly, the operations research discipline has moved more into the data science era and this change increased the value of researchers who had been already working on broadly the area of stochastic optimization or decision making under uncertainty. Raghu is one such researcher, who had already contributed greatly to this field even before it became one of the hottest areas among the operations research and data science circles. Your department is lucky to have had hired Raghu at the right time because I know first hand that many Statistics Departments (in addition to Business Schools and Industrial Engineering Departments) are actively seeking faculty members who work on stochastic/simulation optimization and decision making under uncertainty.

Raghu's contribution to the stochastic optimization discipline has been strong on multiple fronts. He has investigated several theoretical questions and also developed algorithms that have direct practical impact. For example, he published theoretical work on performance limits of solution estimators to a general class of stochastic optimization problems and in parallel developed algorithmic approaches that achieve such statistical performance limits. It would be wrong for me to comment on the technical strength of his work on stochastic optimization as I do not count myself as an expert in this field. However, the fact that an overwhelming majority of his papers on stochastic optimization have been published in top journals in optimization and operations research (such as SIAM Journal on Optimization and INFORMS Journal on Computing) should be taken as evidence of quality of his work. His contributions to stochastic/simulation optimization research has also been recognized by several prestigious awards including a very competitive INFORMS Junior Faculty Interest Group (JFIG) paper competition and INFORMS Computing Society Paper Prize (once a runner up and another time a winner).

Another area of inquiry where Raghu has been quite active is that of random vector generation (RVG). The question of efficiently generating random vectors with prescribed probabilistic structures is of fundamental importance because such vectors form primitive inputs to virtually all stochastic simulations. RVG has been addressed to satisfaction in the unconstrained context, particularly in small to moderate dimensions. In large dimensions, however, numerous complications arise and have either stymied efficient digital implementation or have forced approximate modeling. Raghu's work with a number of his doctoral students directly addresses some of these issues through tailored algorithms. The resulting algorithms appear to be the fastest that are currently available for this purpose.

Raghu's research activities have been well supported by several grants mainly from the Office of Naval Research and National Science Foundation very consistently throughout his

2

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

career. This is a remarkable accomplishment in an era where probabilists and operations researchers all compete for a very limited amount of federal funding available. Raghu also has a stellar track record of editorial appointments and service to the broader simulation community. Some of his notable positions are (i) President of INFORMS Simulation Society, (ii) Department Editor of Simulation Modeling and Analysis Area of IIE Transactions, and (iii) Associate Editor of Operations Research, ACM Transactions on Modeling and Computer Simulation, and INFORMS Journal on Computing, which are first-tier journals where simulation analysis methodology research can be published. I see from his resume that Raghu has graduated 9 PhD students and currently advising 7 PhD students. These are impressive numbers for a professor in this stage of an academic career especially considering the theoretical nature of his research.

I would like to conclude my letter by noting that Raghu's overall track record is comparable to those who have been recently promoted to Full Professor and those are currently being reviewed for promotion to Full Professor in my department. I provide my strongest support for Raghu's promotion to Full Professor in the Department of Statistics at Purdue University.

Sincerely,



3

Pasupathy, R., Page 83 of 84

DEF1 01050

Docusign Envelope ID: C1507805-B1EC-4DE2-9197-14ABCBC1BE02

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## UNIVERSITY OF CALIFORNIA, LOS ANGELES

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO



SANTA BARBARA · SANTA CRUZ



September 19, 2021

Dear Committee,

I am writing this letter to evaluate the research of Dr. Raghu Pasupathy, who is a candidate for promotion from Associate to Full Professor in the Department of Statistics at Purdue University.

Dr. Pasupathy's research area is stochastic optimization, which is a key problem in operations research, as well as statistics and machine learning. In the research statement of Dr. Pasupathy, he gave a very convincing explanation why this problem is of central importance in statistics.

Dr. Pasupathy has made significant contributions to stochastic optimization, including the asymptotic theory, methodology, and algorithms for solving the stochastic optimization problem, for the purpose of developing provably efficient techniques. Dr. Pasupathy has established a very strong publication record, and he has been very successful in obtaining federal grants to support his research. His records in teaching and in supervising Ph.D. students are also strong.

Given Dr. Pasupathy's outstanding achievements, I enthusiastically support his promotion to the rank of full professor.

Sincerely yours,



Department of Statistics NIAN WU · DEPARTMENT OF STATISTICS · 8971 MATHEMATICAL SCIENCES BUILDING Pasupathy, R., Page 84 of 84

PHONE: +1 (310) 794-4860 · FAX: +1 (310) 206-5658 · HTTP://STATISTICS.UCLA.EDU

DEF1 01051

**Docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: C1507805-B1EC-4DE2-9197-14ABCBC1BE02 | | Status: Completed |
| Subject: Complete with Docusign: Lucy Flesh Declaration and Exhibits_Redacted(47294510.1).pdf | | |
| B&T Client #: 61707 | | |
| B&T Matter #: 43 | | |
| Client Ref. #: Purdue-Xi | | |
| Source Envelope: | | |
| Document Pages: 262 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Patty Snyder |
| AutoNav: Enabled | | 11 South Meridian Street |
| EnvelopeId Stamping: Enabled | | Indianapolis, IN  46204 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Patty.Snyder@btlaw.com |
| | | IP Address: 10.104.81.9 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Patty Snyder | Location: DocuSign |
| 4/30/2025 11:39:04 AM | Patty.Snyder@btlaw.com | |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lucy Flesch<br>lmflesch@purdue.edu<br>Purdue University<br>Security Level: Email, Account Authentication (None) | *Lucy Flesch*<br>45C267F25C31428...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 195.252.220.178 | Sent: 4/30/2025 11:43:13 AM<br>Viewed: 5/1/2025 8:35:11 PM<br>Signed: 5/1/2025 9:11:23 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

## In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

## Editor Delivery Events

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

## Agent Delivery Events

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

## Intermediary Delivery Events

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

## Certified Delivery Events

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

## Carbon Copy Events

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Colleen Schade<br>colleen.schade@btlaw.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 4/30/2025 11:43:13 AM<br>Viewed: 5/1/2025 9:12:43 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |
| Patty Snyder<br>patty.snyder@btlaw.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 4/30/2025 11:43:14 AM<br>Resent: 5/1/2025 9:11:29 PM<br>Viewed: 5/2/2025 7:21:06 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |

## Witness Events

| Witness Events | Signature | Timestamp |
|---|---|---|

## Notary Events

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/30/2025 11:43:14 AM |
| Certified Delivered | Security Checked | 5/1/2025 8:35:11 PM |
| Signing Complete | Security Checked | 5/1/2025 9:11:23 PM |
| Completed | Security Checked | 5/1/2025 9:11:23 PM |

| Payment Events | Status | Timestamps |
|---|---|---|