Docusign Envelope ID: 187F2543-EEEA-447E-8671-0529569578B6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF PETER HOLLENBECK

I, Peter Hollenbeck, declare that the following is true and correct:

1.      I am a competent adult over the age of 18 and have personal knowledge of the facts and information as set forth in this Declaration.

2.      I began my employment with Purdue University in 1997 as an Associate Professor of Biological Sciences at Purdue's main campus in West Lafayette, Indiana. I became a Full Professor of Biological Sciences in 2004. From 2004-2014, I served as the Associate Head of the Department of Biological Sciences. From 2014-2015, I served as the Interim Associate Vice Provost for Faculty Affairs and served as the Associate Vice Provost for Faculty Affairs from 2015-2016. In 2016, I became the Vice Provost for Faculty Affairs and served in that role until I retired from Purdue University on June 30, 2023.

3.      In my role as Vice Provost for Faculty Affairs, I oversaw a variety of faculty policies and initiatives, including promotion and tenure. Each year prior to the beginning of the faculty promotion cycle, the Provost's Office sends a memorandum to faculty at the West Lafayette Campus with guidance on the University's procedures for promotion. Attached as Exhibit A is a true and accurate copy of the Provost's April 29, 2022, Memorandum on Promotion and Tenure that I sent to

1

EXHIBIT

3

all tenured, tenure-track, clinical/professional, and research faculty at the West Lafayette Campus on April 29, 2022.

4.    The Provost Memo states that when evaluating a candidate's excellence and scholarly productivity, "no single indicator should be used as the sole measure of excellence and/or scholarly activity, but rather multiple elements as described in the university and unit promotion criteria should be considered, as part of a holistic assessment." (See Ex. A, at DEF1 001443).

5.    If a faculty member received a negative promotion decision at any stage of the promotion review process, the faculty member could submit a request for reconsideration to me as the Vice Provost of Faculty Affairs, and I would review the request to determine if there were grounds for reconsideration. The only two grounds for reconsideration are grossly inadequate consideration of professional competence and evidence of judgments based on erroneous or misinterpreted information. I would make the final decision as to whether reconsideration was warranted.

6.    On or around January 23, 2023, Bowei Xi submitted a request for reconsideration for the denial of her promotion to Full Professor of Statistics to me as the Vice Provost for Faculty Affairs. Attached as Exhibit B is a true and accurate copy of the request that Dr. Xi sent me for review. Upon reviewing Dr. Xi's request, I did not interpret her request to encompass any complaints of discrimination or unfair treatment based on her sex or any other characteristic.

7.    I carefully reviewed Dr. Xi's request for reconsideration. As part of my evaluation, I spoke with the then-Associate Dean of the College of Science, Dr. Lucy Flesch, and the then-interim Dean of the College of Science, Dr. Jean Chmielewski, for more information about the Area Committee's deliberations. Through these discussions, I determined that that the Area Committee spent a considerable amount of time discussing Dr. Xi's case and considered factors such as the impact of the journals in which Dr. Xi was publishing, the competitiveness (or lack thereof) of her grant funding, her grant funding coming to an end in the near future triggering the necessity of the Research

2

Refresh Award, and the lack of clarity on Dr. Xi's role in some of her publications. Attached as Exhibit C is a true and accurate copy of notes I took regarding Dr. Xi's request for reconsideration and my discussions with Dr. Flesch and Dr. Chmielewski regarding Dr. Xi's application.

8.    Dennis Lin, who presented Dr. Xi's case to the Area Committee as the then-head of the Department of Statistics, sent me an email shortly after Dr. Xi submitted her request for reconsideration. Attached as Exhibit D is a true and accurate copy of this email.  In his email, he provided me with some of the negative feedback he received from the Area Committee on Dr. Xi's case, including that her grants were more "continuing grants" rather than "competitive grants," she had just received the Research Refresh Award, which is typically reserved for faculty who have not been active in research in recent years, and that she was not a key player in many of her publications.

9.    On February 3, 2023, I provided my response and feedback to Dr. Xi denying her request for reconsideration. Attached as Exhibit E is a true and accurate copy of my response. I did not find any evidence that the Area Committee failed to understand the Primary Committee's vote, Dr. Xi's publication record, or her research awards. To the contrary, I concluded that the Area Committee discussed Dr. Xi's case at length. While I could appreciate that Dr. Xi may disagree with the Area Committee's conclusions, I did not believe that the Area Committee's conclusions derived from grossly inadequate consideration or erroneous or misinterpreted information. Dr. Xi's comparison of her record to those of Dr. Bhadra and Dr. Pasupathy was not relevant to her appeal since promotion cases are not to be compared to other candidates, but rather individually held against the standards set by the College. I believed Dr. Xi could have presented the nature, duration, and exact role in her research awards more clearly and advised her to consult with her Department Head and Dean moving forward to create a strong case for promotion.

10.    I do not believe that Dr. Xi's sex, race, national origin, or any other characteristic played a role in the Area Committee's decision to recommend against promotion to full professor.

Docusign Envelope ID: 187F2543-EEEA-447E-8671-053960C8738B

11.     I was not involved in any subsequent discussions or decisions related to Dr. Xi's ability to re-apply for promotion in the future.

12.     In May of 2022, Dr. Bowei Xi was awarded the Research Refresh Award, which is designed for faculty whose research has slowed down and could benefit from dedicated time to reinvigorate their research. Attached as Exhibit F is a true and accurate copy of the letter I sent Dr. Xi on May 19, 2022, notifying her that she was awarded the Research Refresh Award. In the letter, I noted that Dr. Xi is "among the select group of nominees whom the committee felt that could, through this program, benefit from intense focus to advance their scholarship and reinvigorate their careers."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _4/29/2025_ _____

Signed by:

*Peter Hollenbeck*

5B900EB4B90B4BB...

Signature

# EXHIBIT A

| From: | Office of the Provost |
|---|---|
| To: | WL-TENURED@lists.purdue.edu; WL-TENURETRACK@lists.purdue.edu; WL-CLINICAL@lists.purdue.edu; WL-RESEARCH@lists.purdue.edu |
| Cc: | Hollenbeck, Peter J; Mauer, Lisa J.; Akridge, Jay T.; Plaut, Karen I; Marchand-Martella, Nancy E; Chiang, Mung; Mason, Linda J; Phillips, Rhonda G; Reingold, David A; McNeil, Beth; Hummels, David L; Barker, Eric L; Berger, Carrie A; Wolfe, Patrick J; Reed, Willie M; Underwood, Marion K |
| Subject: | Annual Provost memos on promotion and tenure |
| Date: | Friday, April 29, 2022 2:21:41 PM |
| Attachments: | image001.png |
| | Memo-on-Promotion-WL-Campus-2022-23AY_Panel B.pdf |
| | Memo-on-Promotion-WL-Campus-2022-23AY_Panel C.pdf |
| | Memo-on-Promotion-and-Tenure-WL-Campus-2022-23AY_Panel A.pdf |

Dear Colleagues,

As we prepare for the 2022-23 cycle of faculty promotions, the Provost once again offers the attached memos. These provide brief guidance on the university procedures for promotion for tenure track, clinical/professional, and research faculty. They are not a substitute for understanding the full policy and procedures, which can be accessed here, or via the searchable university policy index.

As aways, as the process unfolds this year, feel free to direct any questions or concerns to me at phollenb@purdue.edu.

Sincerely,

Peter Hollenbeck
Vice Provost for Faculty Affairs


**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47909
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

**DEF1 001442**

Docusign Envelope ID: 187F2543-EEEA-4475-8671-0539696738B9



OFFICE OF THE PROVOST

| | |
|---|---|
| To: | Tenured, Tenure-Track Faculty |
| From: | Jay Akridge, Provost and Executive Vice President for Academic Affairs and Diversity |
| Date: | April 29, 2022 |
| Subject: | West Lafayette Campus Promotion and Tenure Policy |

This memorandum has been prepared to inform all members of the tenured and tenure-track faculty of Purdue University of the policies and procedures that are followed in recommending them for tenure and/or for promotion to higher academic rank. We continue to operate under the promotion and tenure policy, procedures, and criteria for tenure/tenure track faculty that were approved by the Board of Trustees during the 2015-2016 academic year, as posted on the Office of the Provost website at https://www.purdue.edu/provost/faculty/promotion/index.html. Faculty are encouraged to carefully read the full documents on this website.

## SECTION I
## GENERAL CRITERIA FOR PROMOTION

The tasks of University faculty members are to acquire, discover, appraise, and disseminate knowledge. They should communicate this knowledge and the manner of its acquisition or discovery to their immediate community of students and scholars, to their profession, and to society at large. Service to the institution, the community, the state, the nation, and the world also constitutes an important mission of University faculty members. As an institution of higher education with a commitment to excellence and a diversity of missions, Purdue University values creative endeavor and scholarly activity in many forms. These include research and discovery; teaching and learning in its many forms; and engagement in its many forms, including extension and outreach. To be considered for promotion, a faculty member should have demonstrated excellence and scholarly productivity in at least one of these areas: discovery, learning, and/or engagement. Ordinarily, strength should be manifest in more than one of these areas. In evaluating performance in any of the three areas, no single indicator should be used as the sole measure of excellence and/or scholarly productivity, but rather multiple elements as described in the university and unit promotion criteria documents should be considered, as part of a holistic assessment.

As we evaluate the teaching impact of candidates, note that the structure and content of the student on-line evaluations of teaching were changed as the result of a 2017-19 review process. In addition, during the first semester of the pandemic (spring 2020), we did not collect any summative student evaluations of teaching. In the 2020-21 AY we collected evaluations in both semesters, using the new format, but the results of these student responses must be put into the context of that year's challenging teaching conditions. Thus, the data available from student on-line evaluations are not consistent with past data, and will be different from 2020-21 forward. This change, and the teaching environment created by the pandemic, emphasizes the need to adhere to university criteria, which state that the evaluation of teaching in promotion should be holistic and not dependent on single metrics.

## RECOGNITION OF VARIETY IN ACHIEVEMENT

The diversity of academic enterprise in a land-grant institution such as Purdue University is to be taken into account when promotions are considered. The Criteria for Tenure and Promotion for the West Lafayette Campus document contains updated criteria and examples that should be used as a guide for the completion of tenure and promotion packages. Colleges, and some schools and departments, have also developed more

detailed criteria specific to their disciplines. <u>Form 36 and its instructions</u> also contain guidelines and examples for documenting activities. Many examples of excellence in scholarly activities across missions exist and must be recognized by members of the successive committees on tenure and promotion. In addition, each college has developed recommendations for documenting mentoring activities, and these guidelines should be made available to faculty.

## THE FACULTY REVIEW SYSTEM

The promotion requirements are intended to guide all academic units of the University. Throughout the entire promotion process, Primary, Area, and Campus Promotion Committee members respond to each tenure or promotion nomination individually, interpreting the achievements described in the nominating documents in the light of standards appropriate for the nominee's discipline and the University's criteria for promotion. In the course of these evaluations, the give-and-take of full and confidential discussion is a critical element to informing each committee member of the candidate's accomplishments. To this end, and with the unanimous support of the University Senate Faculty Affairs Committee, only those promotion committee members present for the entire discussion of a candidate's record shall be extended the privilege of voting (Faculty Affairs Committee Meeting Minutes, March 2, 1998). Additional information about Purdue's promotion process is included in Section III of this document and in the documents on the <u>Promotion and Tenure website.</u>

Faculty growth, productivity, and success require that Primary Committee chairs actively and annually convey, to each colleague who is not a full professor, what levels of performance and achievement are viewed favorably by the Primary and Area Committees. To facilitate this communication, all colleges must have written promotion criteria available to their faculty. Area Committee chairs, who have an active role on the Campus Promotions Committee (Panel A), have corresponding obligations to convey university expectations to the members of their Area Committees.

This year, in response to the broad and varied effects of the pandemic on faculty work, candidates for promotion will continue to have the option of including in their promotion document a Professional COVID Impact Statement. The guidelines for composing and interpreting the Statement, and language to provide to external referees, are found in the Guidelines document circulated to faculty, Heads, and Deans on March 8, 2021, and also found here: <u>Assessment of Productivity During The COVID Pandemic.</u>

## SECTION II
## PROMOTION TO DIFFERENT RANKS

Tenure-track Faculty
 Promotion to Assistant Professor
 A tenure-track instructor may be promoted to assistant professor upon attaining the level of
 professional accomplishment which would have justified appointment as an assistant professor.

 Promotion to Associate Professor
 Academic tenure is acquired on promotion to this rank. A successful candidate should have a
 significant record of accomplishment as a faculty member and show promise of continued
 professional growth and recognition.

 Promotion to Professor
 Successful candidates should be recognized as authorities in their fields of specialization by
 external colleagues – national and/or international as may be appropriate in their academic
 disciplines – and be valued for their intramural contributions as faculty members.

*Supersedes Memoranda dated April 22, 2021*   *West Lafayette Campus Promotion and Tenure Policy* 2
                    *Purdue University*
                     **DEFT 001444**

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0F33566773B5

## SECTION III
## GENERAL PROCEDURE

Before or during the first semester of each academic year, the head of each school, division, or department shall convene the Primary Committee, which is to consist of all tenured full professors and all tenured associate professors in the respective administrative unit. Tenured associate professors discuss and vote upon promotion up to and including the associate professor level. The department head shall act as chair of the Primary Committee.

A Nomination for Promotion – <u>Form 36</u> – must be submitted for all faculty members being considered for tenure and/or promotion. Form 36 also should be submitted for penultimate year faculty members who choose not to be reviewed. Supporting documents are not required with Form 36 if the penultimate year faculty member chooses not to be considered for promotion.

For more detail on completion of Form 36; the promotion and tenure policy, procedures and criteria; and accompanying documentation, see the Provost's Office <u>website</u>.

A candidate should be given the opportunity to help create and review his/her tenure and/or promotion documentation and may receive a copy of any document (with confidential statements omitted) that will be submitted to the Primary, Area, and/or Campus committee(s). It is the right of the candidate to have included in his/her promotion document whatever the candidate chooses to add, including the candidate's own brief (one page) comments about excellence, creative activity, and scholarship in discovery, teaching/learning, and/or service or engagement. The candidate must also include documentation of mentoring within the discovery/research activities, teaching/learning, and/or service or engagement sections as appropriate. Candidates and units are encouraged to keep documents to a maximum length of 100 pages (or less). If needed, additional supporting material may be linked to the promotion document.

The information in the promotion document must be accurate before sending it to external reviewers or submission to the Primary Committee. While this is the responsibility of the candidate, senior faculty or heads assist in developing the document and they should check on items such as status of publications or role in grant awards where there is any uncertainty with the item.

External letters should be collected for all tenure and/or promotion cases. External letters should typically be sought from peer or aspirational peer universities. Examples of peers and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case.

A minimum of 5 letters is expected for tenure and/or promotion cases, and documentation should be included stating whether a letter writer was suggested by the candidate or by the department/school (or both). It is essential to obtain unbiased external evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (M.S. or Ph.D.) or postdoctoral advisor; a business or professional partner; any family relation such as a spouse, sibling, parent, or relative; a collaborator on a substantive project, book, article, paper, or report within the last 24 months. An exception would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the promotion <u>Procedures</u> document.

Some candidates for promotion and tenure will have received an extension of the tenure clock by virtue of University policy. Under these circumstances, the criteria for promotion and tenure are the same as those expected for a faculty member who has not received a tenure clock extension. The same is true for those being considered earlier than is typical. To ensure that our external referees are aware that we hold all

promotion cases to the same criteria, the following statement must be included in every request for an external review letter for a candidate for tenure:

> *Please note that length of service in rank by itself is not a factor in promotion and/or tenure decisions at Purdue. Our criteria clearly state: "...issues of timing should not be paramount, and discussions should focus instead on the question of whether the faculty member has provided evidence of a sustainable and impactful record that warrants promotion and/or tenure..." We do not designate any promotion nomination to be "early" (records are ready for promotion or they are not), nor are any extensions of the tenure clock granted to a faculty member to be considered in the decision.*

Additionally, it should be noted to external reviewers, under Purdue University policies, that their reply will be held in confidence to the extent permitted by law. The following statement should be included in all external review letter requests:

> *Candidates may request a summary of all evaluations in their file, however, sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of authors of letters of evaluation to the fullest extent allowable under law.*

If a promotion document includes a <u>Professional COVID-19 Impact Statement</u>, then this language should be included in the letter to the external referees:

> *Purdue University acknowledges the differential and negative impacts that the COVID-19 pandemic may have had on faculty career development. In carrying out decisions about promotion and tenure, we will evaluate each candidate's research, teaching, service, and engagement activities within the context of the pandemic. To this end, candidates have had an opportunity to include in their document a Professional COVID-19 Impact Statement, which documents how the pandemic has affected their professional accomplishments in discovery, teaching, and engagement, as well as their service obligations. To assist in your evaluation, we include this statement in the promotion document with which you have been provided. It presents information about what obstacles were faced by this candidate during the COVID year and how they overcame them, and helps to put their impact during that year into the context of what was possible.*

Finally, tracking the number of solicited external referees who decline or fail to provide letters and/or recording their stated reasons for not writing does not provide relevant, useful information about the quality of the candidate's case. Thus, such information should not be part of the document.

<u>Primary Committees</u> are chaired by the school, division, or department head/chair, who serves as a non-voting member unless the number of members on the committee is less than seven. Membership is comprised of all tenured faculty members in the respective administrative unit (see note below). The committee must consist of at least five tenured faculty members for cases of promotion to associate professor, and five professors for voting on cases of promotion to professor. When this minimum number is not available in the candidate's unit, then additional tenured faculty members are appointed by the chair of the Area Committee to which the Primary Committee reports, following consultation with the appropriate department head. The Provost, dean of the Graduate School, dean of Libraries and School of Information Studies, dean of the Honors College, and the academic deans may not be voting members of any Primary Committee.

Department heads with faculty members who have joint appointments should follow college guidelines for evaluating joint-appointed faculty. In units that lack college guidelines for this process, please consult with

the Office of the Provost on these cases.

Each college's <u>Area Committee</u> is chaired by its dean, who serves as a non-voting member. Membership is comprised of: 1) each school and/or department head, and 2) tenured faculty members at the rank of professor elected by the voting faculty of the applicable college/school in accordance with procedures established by that faculty. If specified by college/school by-laws, Area Committees may include associate deans as ex-officio members. At least a third of the membership of each Area Committee consists of tenured faculty members without administrative responsibilities. In no case may the number of faculty members without administrative responsibilities be fewer than two. The membership of the Area Committee of the Libraries and School of Information Studies will have a different composition due to its unique academic role.

The Campus Promotions Committee (Panel A) is chaired by the Provost (who does not vote) and consists of the dean of the Graduate School, dean of Libraries and School of Information Studies, all academic deans, one tenured professor from each college, and a number of additional at-large tenured faculty members so that there are equal numbers of administrators and faculty members without administrative appointments on the committee. At-large faculty members are elected by the University Senate's Nominating Committee for three-year terms, staggered in the first instance. In selecting candidates, the Nominating Committee will attend to the representation of college, interdisciplinary programs, and diversity in background and experience. In the event a vacancy occurs that must be filled at a time when it is difficult or impossible to convene the Nominating Committee, the President, in consultation with the University Senate chair, may appoint a tenured professor as the replacement, ensuring that every college is represented. The Vice Provost for Faculty Affairs is invited to attend Panel A sessions as a non-voting advisor to the Provost.

As described in <u>Procedures for Granting Academic Tenure and Promotion</u>, it is in the best interest of the University and faculty that full and frank discussions occur during the deliberations of Promotion Committees. The confidentiality of remarks made at such meetings should, therefore, be carefully preserved. Recommendations against promotion may be discussed with the faculty member affected, as described in Procedures, in a discreet manner and without undue delay, by the appropriate department head or dean. Faculty will be advised of their promotion progress by their department head after the Primary Committee and by their dean or his/her designee after the Area Committee and Campus Promotions Committee meetings. Official notice will be sent to promoted faculty members after the President and the Board of Trustees approve the promotions.

Other than the requirements stipulated above, attendance requirements and the specific rules governing the meaning of participation for the members of the Primary, Area, and Campus Promotions Committees are determined by the committee chair or an academic officer with authority commensurate with or higher than the committee level, in consultation with committee members.

Substantive changes should not be made to the tenure and/or promotion documents once they have been submitted to and voted on by the Primary Committee. New substantive information that is available before the Area Committee meeting, such as newly published works, new funding, and new recognition, should be discussed by the head at the Area Committee, or by the dean if new information becomes available prior to Panel A.

**Relevant Policies, Procedures, and Criteria:**

Promotion and Tenure Procedures:
https://www.purdue.edu/provost/faculty/promotion/criteria-tenure-procedures.html

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5

Promotion and Tenure Policy:
https://www.purdue.edu/policies/academic-research-affairs/ib2.html

Promotion and Tenure Criteria:
https://www.purdue.edu/provost/faculty/promotion/criteria-tenure.html

Structure of Promotion Committees for Purdue West Lafayette:
https://www.purdue.edu/provost/faculty/promotion/promotion-committee-structure.html



OFFICE OF THE PROVOST

| | |
|---|---|
| To: | Tenured, Tenure-Track, Clinical/Professional Faculty |
| From: | Jay Akridge, Provost and Executive Vice President for Academic Affairs and Diversity |
| Date: | April 29, 2022 |
| Subject: | West Lafayette Campus Promotion Policy – Clinical/Professional Faculty |

This memorandum has been prepared for the purpose of informing the members of the clinical/professional faculty of Purdue University, and their promotion committees, of the policies and procedures that are followed in recommending them for promotion to higher academic rank. We continue to operate under the policies and procedures for clinical/professional faculty that were approved in 2014 (see links at bottom). Faculty are encouraged to carefully read these documents on the website. In addition, individual college procedures and criteria for the promotion of clinical/professional faculty are critically important and should be consulted.

## SECTION I
## GENERAL CRITERIA FOR PROMOTION

Purdue University values clinical/professional faculty activity and impact in many forms. These include teaching and learning in its many forms, engagement in its many forms, including extension and outreach, and scholarship related to all of these. The diversity of academic enterprise in a land-grant institution such as Purdue University is to be taken into account when promotions are considered. To be considered for promotion, a clinical/professional faculty member should have demonstrated excellence in teaching or engagement and related activities, and scholarly productivity in one of those areas. As described in the University and unit promotion criteria documents, performance in any of these areas should be evaluated not on the basis of any single indicator, but rather by considering multiple elements as part of a holistic assessment. Many examples of excellence in faculty activities across missions exist and must be recognized by members of the successive committees on promotion. Colleges, and some schools and departments, have developed more detailed criteria specific to their disciplines for clinical/professional faculty. In addition, each college has developed recommendations for documenting mentoring activities, and these guidelines should be made available to faculty.

As we evaluate the teaching impact of candidates, note that the structure and content of the student on-line evaluations of teaching were changed as the result of a 2017-19 review process. In addition, during the first semester of the pandemic (spring 2020), we did not collect any summative student evaluations of teaching. In the 2020-21 AY we collected evaluations in both semesters, using the new format, but the results of these student responses must be put into the context of that year's challenging teaching conditions. Thus, the data available from student on-line evaluations are not consistent with past data, and will be different from 2020-21 forward. This change, and the teaching environment created by the pandemic, emphasizes the need to adhere to university criteria, which state that the evaluation of teaching in promotion should be holistic and not dependent on single metrics.

## THE FACULTY REVIEW SYSTEM

The promotion requirements are intended to guide all academic units of the University. Throughout the entire promotion process, Primary, Area, and Campus Promotion Committee members respond to each promotion nomination individually, interpreting achievements described in the nominating documents in

the light of standards appropriate for the nominee's discipline and the University's criteria for promotion. In the course of these evaluations, the give-and-take of full and confidential discussion is a critical element to informing each committee member of the candidate's accomplishments. To this end, and with the unanimous support of the University Senate Faculty Affairs Committee, only those promotion committee members present for the entire discussion of a candidate's record shall be extended the privilege of voting (Faculty Affairs Committee Meeting Minutes, March 2, 1998). Additional information about Purdue's promotion process is included in Section III of this document and in the documents on the <u>Promotion and Tenure website</u>.

Faculty growth, productivity, and success require that Primary Committee chairs actively and annually convey, to each clinical/professional colleague who is not a full professor, what levels of performance and achievement are viewed favorably by the Primary and Area Committees. To facilitate this communication, all colleges must have written promotion criteria available to their faculty. Area Committee chairs, who have an active role on the Campus Promotions Committee (Panel B), have corresponding obligations to convey university expectations to the members of their Area Committees.

This year, in response to the broad and varied effects of the pandemic on faculty work, candidates for promotion will continue to have the option of including in their promotion document a Professional COVID Impact Statement. The guidelines for composing and interpreting the Statement, and language to provide to external referees, are found in the Guidelines document circulated to faculty, Heads, and Deans on March 8, 2021, and also found here: <u>Assessment of Productivity During The COVID Pandemic</u>.

SECTION II
PROMOTION TO DIFFERENT RANKS

Clinical/Professional Faculty

Promotion to Clinical/Professional Assistant Professor
A Clinical/Professional Instructor may be promoted to Clinical/Professional Assistant Professor upon attaining the level of professional accomplishment which would have justified appointment as an assistant professor. The relevant required degrees, qualifications, specialty certifications, and experience shall be determined by the appointing department. Successful candidates for promotion must exhibit expertise in clinical/professional practice and be qualified to participate in the education and/or engagement program of the department. They also must have a primary commitment to assist the college/school in meeting its programmatic need for clinical/professional services and instruction.

Promotion to Clinical/Professional Associate Professor
Required degrees, qualifications (e.g., certification), or experience shall be determined by the appointing department. Successful candidates for promotion must demonstrate evidence of excellence in teaching and/or engagement, and/or clinical/professional practice, and have a primary commitment to assist the college/school in meeting its programmatic needs for clinical/professional services and instruction. They also are expected to have accomplishments or potential for national prominence in their fields.

Promotion to Clinical/Professional Professor
Successful candidates must demonstrate an extremely high level of professional accomplishment in teaching, engagement, service, and/or clinical/professional practice, and must be recognized by their peers at the national level.

Docusign Envelope ID: 187F2543-FEEA-4475-8671-8F32566773B5

SECTION III
GENERAL PROCEDURE

Before or during the first semester of each academic year, the head of each school, division, or department shall convene the Primary Committee, the composition of which is described below. The department head shall act as chair of the Primary Committee.

Clinical/Professional members may be nominated for promotion by any member of the Primary Committee or by higher-ranking clinical/professional faculty in their department or school. Those faculty members whose nominations are seconded shall be voted on by the committee. Although university procedures do not set an exact timetable for clinical/professional promotion reviews, they do state that the review "frequency occurs on a timetable similar to that for tenure track faculty." This suggests 5-7 years, but should be specified at the college level.

A Nomination for Promotion – Form 36 – must be submitted for all Clinical/Professional Faculty who are nominated for promotion to clinical/professional assistant professor, associate professor, or to professor and receive a majority affirmative Area Committee vote

Supporting documents are not required for faculty members who fail to receive a positive majority vote for promotion, but Form 36 should be submitted in these cases. For more detail on completion of Form 36; the promotion policy, procedures and criteria; and accompanying documentation, see the Office of the Provost web site.

A candidate should be given the opportunity to help create and review his/her promotion documentation and may receive a copy of any document (with confidential statements omitted) that will be submitted to the Primary, Area, and/or Campus committee(s). It is the right of the candidate to have included in his/her promotion document whatever the candidate chooses to add, including the candidate's own brief (one page) comments about excellence, creative activity, and scholarship in teaching/learning and/or engagement, each as appropriate. The candidate should also include documentation of mentoring within the scholarship, teaching/learning, and service or engagement sections, again as appropriate. Candidates and units are encouraged to keep documents to a maximum length of 100 pages (or less). If needed, additional supporting material may be linked to the promotion document.

The information in the promotion document must be accurate before sending it to external reviewers or submission to the Primary Committee. While this is the responsibility of the candidate, senior faculty or heads assist in developing the document and they should check on items such as status of publications or role in grant awards where there is any uncertainty with the item.

External letters are desirable for promotion of Clinical/Professional Faculty. However, a combination of internal and external letters is acceptable and may be more appropriate, depending on the duties of the position. A minimum of 3 letters is expected. External letters should be sought from peer or aspirational peer universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case. For faculty with engagement appointments, letters from key stakeholders/stakeholder organizations are also appropriate. Documentation should be included stating whether a letter writer was suggested by the candidate or by the department/school, or both.

It is essential to obtain unbiased external evaluations, so the letters should come from distinguished scholars/evaluators who are not: the candidate's thesis advisor (M.S. or Ph.D.) or postdoctoral advisor; a business or professional partner; any family relation such as a spouse, sibling, parent, or relative; a

Docusign Envelope ID: 187F2543-FEEA-4475-8671-0F33566779B6

collaborator on a substantive project, book, article, paper, or report within the last 24 months. An exception to the latter would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the Procedures for Granting Academic Tenure and Promotion document.

It should be noted to external reviewers, under Purdue University policies, that their reply will be held in confidence to the extent permitted by law. The following statement should be included in all external review letter requests:

> *Candidates may request a summary of all evaluations in their file, however,*
> *sources remain confidential. We cannot guarantee that at some future time a court*
> *or government agency will not require the disclosure of the source of confidential*
> *evaluations. Purdue University will endeavor to protect the identity of authors of*
> *letters of evaluations to the fullest extent allowable under law.*

If a promotion document includes a Professional COVID-19 Impact Statement, then this language should be included in the letter to the external referees:

> *Purdue University acknowledges the differential and negative impacts that the COVID-19*
> *pandemic may have had on faculty career development. In carrying out decisions about promotion*
> *and tenure, we will evaluate each candidate's research, teaching, service, and engagement*
> *activities within the context of the pandemic. To this end, candidates have had an opportunity to*
> *include in their document a Professional COVID-19 Impact Statement, which documents how the*
> *pandemic has affected their professional accomplishments in discovery, teaching, and engagement,*
> *as well as their service obligations. To assist in your evaluation, we include this statement in the*
> *promotion document with which you have been provided. It presents information about what*
> *obstacles were faced by this candidate during the COVID year and how they overcame them, and*
> *helps to put their impact during that year into the context of what was possible.*

Finally, tracking the number of solicited external referees who decline or fail to provide letters and/or recording their stated reasons for not writing does not provide relevant, useful information about the quality of the candidate's case. Thus, such information should not be part of the document.

Primary Committees are chaired by the school, division, or department head/chair, who serves as a non-voting member unless the number of members on the committee is less than seven. Membership is comprised of all Tenured Professors in the respective administrative unit (see note below). The committee must consist of at least five Tenured Faculty members for cases of promotion to associate professor, and five Tenured Professors for voting on cases of promotion to professor. When this minimum number is not available in the candidate's department additional Tenured Professors are appointed by the chair of the Area Committee to which the Primary Committee reports, following consultation with the appropriate department head. The Provost, dean of the Graduate School, dean of Libraries, and the academic deans may not be voting members of any Primary Committee.

In addition to the above composition requirements, at least one Clinical/Professional Faculty member at the professor level must sit with the Primary and Area Committees when Clinical/Professional Faculty are considered for promotion to professor. At least one Clinical/Professional Faculty at the professor or associate professor level must sit with the Primary Committee in reviewing the promotion of Clinical/Professional Faculty instructors and assistant professors. When this minimum number of Clinical/Professional Faculty is not available in the candidate's department, additional Clinical/Professional Faculty full and/or associate professors shall be appointed by the chair of the Area Committee to which the Primary Committee reports, following consultation with the appropriate department head. The committee chair may choose, or the college guidelines may specify, that more than one qualified clinical/professional

faculty member join the primary committee when it considers clinical/professional promotion cases. These ad hoc members are entitled to participate in the discussions, and to vote on these cases.

Department heads with faculty members who have joint appointments should follow college guidelines for evaluating joint-appointed faculty. Units that lack college guidelines for this process should consult with the Office of the Provost on these cases.

Each college's <u>Area Committee</u> is chaired by its dean, who serves as a non-voting member. Membership is comprised of: 1) each school and/or department head, and 2) Tenured Faculty members at the rank of professor elected by the voting faculty of the applicable college/school in accordance with procedures established by that faculty. If specified by college/school by-laws, Area Committees may include associate deans as ex-officio members. At least a third of the membership of each Area Committee consists of Tenured Faculty members without administrative responsibilities. In no case may the number of faculty members without administrative responsibilities be fewer than two. The membership of the Area Committee of the Libraries will have a different composition due to its unique academic role.

Clinical/Professional Faculty at the rank of full professor selected in accordance with college/school procedures will be voting members for all Clinical/Professional Faculty being considered for promotion.

The Campus Promotions Committee for review of Clinical/Professional cases (Panel B) shall consist of the Provost as chair, three academic deans from schools/colleges employing Clinical/Professional Faculty, and six faculty members. The Provost shall nominate three of these faculty from Panel A of the University Promotions Committee. The remaining three faculty, either Tenure-Track or Clinical/Professional Professors, shall be nominated by the University Senate Nominating Committee and appointed by the President for three-year terms. For more information on the updated policy and procedures for promoting Clinical/Professional Faculty, see the policy on <u>Clinical/Professional Faculty Appointment and Promotion (VI.F.10)</u> and the associated <u>Procedures for Appointing and Promoting Clinical/Professional Faculty</u>.

It is in the best interest of the University and faculty that full and frank discussions occur during the deliberations of Promotion Committees. The confidentiality of remarks made at such meetings should, therefore, be carefully preserved. Recommendations against promotion may be discussed with the faculty member affected, as per Procedures, in a discreet manner and without undue delay, by the appropriate department head or dean. Faculty will be advised of their promotion progress by their department head after the Primary Committee and by their dean or his /her designee after the Area Committee and University Promotions Committee meetings. Official notice will be sent to promoted faculty members after the President and the Board of Trustees approve the promotions.

Attendance requirements and the specific rules governing the meaning of participation for the members of the Primary, Area, and Campus Promotions Committees are determined by the committee chair or an academic officer with authority commensurate with or higher than the committee level, in consultation with committee members.

Substantive changes should not be made to the promotion documents once they have been submitted to the Primary Committee for review. New substantive information that is available before the Area Committee meeting, such as newly published works, new funding, and new recognition should be discussed by the head at the Area Committee, or by the dean if new information becomes available prior to University Panel B as appropriate.

**Relevant Policies, Procedures and Criteria**

Clinical Faculty Procedures https://www.purdue.edu/provost/policies/clinical-faculty.html

Clinical Faculty Policy http://www.purdue.edu/policies/human-resources/vif10.html

Structure of Promotion Committees for Purdue West Lafayette:
https://www.purdue.edu/provost/faculty/promotion/promotion-committee-structure.html



OFFICE OF THE PROVOST

| To: | Tenured, Tenure-Track, Research Faculty |
|-----|------------------------------------------|
| From: | Jay Akridge, Provost and Executive Vice President for Academic Affairs and Diversity |
| Date: | April 29, 2022 |
| Subject: | West Lafayette Campus Promotion Policy – Research Faculty |

This memorandum has been prepared for the purpose of informing the members of the research faculty of Purdue University, and their promotion committees, of the policies and procedures that are followed in recommending them for promotion to higher academic rank. We continue to operate under the policies and procedures for research faculty that were approved in 2012 (see links at bottom). Faculty are encouraged to carefully read the policy and procedures on Research Faculty Appointment and Promotion (VI.F.8).

SECTION I
GENERAL CRITERIA FOR PROMOTION

Purdue University values creative endeavor and scholarly activity in many forms. To be considered for promotion, a research faculty member should have demonstrated excellence in discovery and its scholarship. As described in the University and unit promotion criteria documents, performance in this area should be evaluated not on the basis of any single indicator, but rather by considering multiple elements as part of a holistic assessment. Many examples of excellence in faculty research activities across missions exist and must be recognized by members of the successive committees on promotion.

THE FACULTY REVIEW SYSTEM

The promotion requirements are intended to guide all academic units of the University. Throughout the entire promotion process, Primary, Area, and Campus Promotion Committee members respond to each promotion nomination individually, interpreting achievements described in the nominating documents in the light of standards appropriate for the nominee's discipline and the University's criteria for promotion. In the course of these evaluations, the give-and-take of full and confidential discussion is a critical element to informing each committee member of the candidate's accomplishments. To this end, and with the unanimous support of the University Senate Faculty Affairs Committee, only those promotion committee members present for the entire discussion of a candidate's record shall be extended the privilege of voting (Faculty Affairs Committee Meeting Minutes, March 2, 1998). Additional information about Purdue's promotion process is included in Section III of this document and at the link to the Promotion and Tenure website, provided below.

Faculty growth, productivity, and success require that Primary Committee chairs actively and annually convey, to each colleague who is not a full professor, what levels of performance and achievement are viewed favorably by the Primary and Area Committees. To facilitate this communication, all colleges must have written promotion criteria available to their faculty. Area Committee chairs, who have an active role on the Campus Promotions Committee (Panel C), have corresponding obligations to convey university expectations to the members of their Area Committees.

Again this year, in response to the broad and varied effects of the pandemic on faculty work, candidates for promotion will have the option of including in their promotion document a Professional COVID Impact

*Supersedes Memoranda dated April 22, 2021*

Docusign Envelope ID: 18752543-FEEA-4475-8671-0E3356G779B5

Statement. The guidelines for composing and interpreting the Statement, and language to provide to external referees, are found in the Guidelines document circulated to faculty, Heads, and Deans on March 8, 2021, and also found here: Assessment of Productivity During The COVID Pandemic.


## SECTION II
## PROMOTION TO DIFFERENT RANKS

Research Faculty

Promotion to Research Associate Professor
A successful candidate should have a significant record of accomplishment as a research faculty member and show promise of continued professional growth and recognition.

Promotion to Research Professor
Successful candidates should be recognized as authorities in their fields of specialization by external colleagues – national and/or international as may be appropriate in their academic disciplines – and be valued for their intramural contributions as faculty members.


## SECTION III
## GENERAL PROCEDURE

Before or during the first semester of each academic year, the head of each school, division, or department shall convene the Primary Committee, the composition of which is described below. The department head shall act as chair of the Primary Committee.

Research Faculty members may be nominated for promotion by any member of the Primary Committee. Those faculty members whose nominations are seconded shall be voted on by the committee. Research Faculty must be evaluated for promotion or retention in rank every five years.

A Nomination for Promotion – Form 36 – must be submitted for all Research Faculty who are nominated for promotion to Research Associate Professor or to Professor and receive a majority affirmative Area Committee vote.

Supporting documents are not required for faculty members who fail to receive a positive majority vote for promotion, but Form 36 should be submitted in these cases. For more detail on completion of Form 36; the promotion policy, procedures and criteria; and accompanying documentation, see the web-site below: https://www.purdue.edu/provost/faculty/promotion/index.html

A candidate should be given the opportunity to help create and review his/her promotion documentation and may receive a copy of any document (with confidential statements omitted) that will be submitted to the Primary, Area, and/or Campus committee(s). It is the right of the candidate to have included in his/her promotion document whatever the candidate chooses to add, including the candidate's own brief (one page) comments about excellence, creative activity, and scholarship in teaching/learning and/or engagement, each as appropriate. The candidate should also include documentation of mentoring within document where appropriate. Candidates and units are encouraged to keep documents to a maximum length of 100 pages (or less). If needed, additional supporting material may be linked to the promotion document.

External letters are desirable for promotions of Research Faculty. However, a combination of internal and external letters is acceptable and may be more appropriate, depending on the duties of the position. A minimum of 3 letters is expected. External letters should be sought from peer or aspirational peer

universities. Examples of the peer and aspirational peers include members of the Association of American Universities (AAU) and leading international institutions. Letters may also be sought from faculty members at top academic programs from other institutions, and from preeminent experts at other institutions, although justification in the form of expertise credentials is expected in the latter case. Documentation should be included stating whether a letter writer was suggested by the candidate or by the department/school.

It is essential to obtain unbiased external evaluations, so the letters should come from distinguished scholars who are not: the candidate's thesis advisor (MS or PhD) or postdoctoral advisor; a business or professional partner; any family relation such as a spouse, sibling, parent, or relative; a collaborator on a substantive project, book, article, paper, or report within the last 24 months. An exception to the latter would be a letter from a collaborator, clearly identified, who can help to define and evaluate the candidate's role in major collaborative work, as per section IV.B.6 of the Procedures for Granting Academic Tenure and Promotion document.

It should be noted to external reviewers, under Purdue University policies, that their reply will be held in confidence to the extent permitted by law. The following statement should be included in all external review letter requests:

> Candidates may request a summary of all evaluations in their file, however, sources remain confidential. We cannot guarantee that at some future time a court or government agency will not require the disclosure of the source of confidential evaluations. Purdue University will endeavor to protect the identity of authors of letters of evaluations to the fullest extent allowable under law.

Finally, tracking the number of solicited external referees who decline or fail to provide letters and/or recording their stated reasons for not writing does not provide relevant, useful information about the quality of the candidate's case. Thus, such information should not be part of the document.

Primary Committees are chaired by the school, division, or department head/chair, who serves as a non-voting member unless the number of members on the committee is less than seven. Membership is comprised of all Tenured Professors in the respective administrative unit (see note below). The committee must consist of at least five Tenured Faculty members for cases of promotion to associate professor, and five Tenured Professors for voting on cases of promotion to professor. When this minimum number is not available in the candidate's department additional Tenured Professors are appointed by the chair of the Area Committee to which the Primary Committee reports, following consultation with the appropriate department head. The Provost, dean of the Graduate School, dean of Libraries, and the academic deans may not be voting members of any Primary Committee.

In addition to the above composition requirements, at least one Research Faculty member at the professor level will discuss and vote on all research faculty being considered for promotion to the Research Professor level at the Primary and Area Committees. At least one Research Professor or associate professor will discuss and vote upon promotion up to and including the research associate professor level at the Primary Committee.

Department heads with faculty members who have joint appointments should follow college guidelines for evaluating joint-appointed faculty. Units that lack college guidelines for this process should consult with the Office of the Provost on these cases.

Each college's Area Committee is chaired by its dean, who serves as a non-voting member. Membership is comprised of: 1) each school and/or department head, and 2) Tenured Faculty members at the rank of professor elected by the voting faculty of the applicable college/school in accordance with procedures

Docusign Envelope ID: 187F2543-FEEA-447E-8671-8F3356G779B5

established by that faculty. If specified by college/school by-laws, Area Committees may include associate deans as ex-officio members. At least a third of the membership of each Area Committee consists of Tenured Faculty members without administrative responsibilities. In no case may the number of faculty members without administrative responsibilities be fewer than two. The membership of the Area Committee of the Libraries and School of Information Studies will have a different composition due to its unique academic role.

The Campus Promotions Committee for review of Research cases (Panel C) shall consist of the Provost as chair, the Executive Vice President for Research and Partnerships (ex officio), two academic deans or associate deans from colleges/schools that employ Research Faculty, three faculty members appointed by the Provost from the University Promotions Committee, and three research professors appointed by the Provost. For more information on the updated policy and procedures for promoting Research Faculty, see the policy and procedures on Research Faculty Appointment and Promotion (VI.F.8).

It is in the best interest of the University and faculty that full and frank discussions occur during the deliberations of Promotion Committees. The confidentiality of remarks made at such meetings should, therefore, be carefully preserved. Recommendations against promotion may be discussed with the faculty member affected, as per Procedures, in a discreet manner and without undue delay, by the appropriate department head or dean. Faculty will be advised of their promotion progress by their department head after the Primary Committee and by their dean or his /her designee after the Area Committee and University Promotions Committee meetings. Official notice will be sent to promoted faculty members after the President and the Board of Trustees approve the promotions.

Attendance requirements and the specific rules governing the meaning of participation for the members of the Primary, Area, and Campus Promotions Committees are determined by the committee chair or an academic officer with authority commensurate with or higher than the committee level, in consultation with committee members.

Substantive changes should not be made to the promotion documents once they have been submitted to the Primary Committee for review. New substantive information that is available before the Area Committee meeting, such as newly published works, new funding, and new recognition should be discussed by the head at the Area Committee, or by the dean if new information becomes available prior to University Panel C as appropriate.

**Relevant Policies, Procedures and Criteria**
Research Faculty Policy and Procedures http://www.purdue.edu/policies/human-resources/vif8.html

Structure of Promotion Committees for Purdue West Lafayette:
https://www.purdue.edu/provost/faculty/promotion/promotion-committee-structure.html

Docusign Envelope ID: 197F2543-FEEA-447E-867I-0F3956O713B5

# EXHIBIT B

**To:   Peter Hollenbeck, Vice Provost for Faculty Affairs**
**From:      Bowei Xi, Ph.D.**
**Date:      January 23, 2023**

**Re:   Written Request for Reconsideration of the Denial of Promotion for Associate Professor Bowei Xi**

Pursuant to Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, please accept the following as my written request for reconsideration.

## I.   Introduction

Because of faulty judgments based on errors and/or misinterpretations of my publication history and the status of my research funding as well as grossly inadequate consideration of my professional competence compared to other faculty who were recently promoted, I appeal the negative decision on the grounds of both (1) "grossly inadequate consideration of [my] professional competence;" and (2) "judgments based on erroneous or misinterpreted information."

## II.   Procedural History and Background

I am currently an associate professor in the Department of Statistics. On December 2, 2022, I learned by an email from the then-Head of the Department of Statistics, Professor Dennis K.J. Lin, that the College of Science denied my promotion to full professor. (Please see the attached Exhibit A, pages 1-2 of the Appendix of Exhibits of Bowei Xi, hereinafter "Appendix"). Dr. Lin told me that my promotion case received unanimous support from the Department of Statistics, but the vote at the College's Area Committee meeting had failed.

I requested a written explanation for the denial of my appeal to then-Dean Patrick Wolfe on December 20, 2022. On January 3, 2023, the Interim Dean of the College of Science, Dr. Jean Chmielewski, provided a written explanation for the College's denial of my application for promotion to full professor. (Please see the attached Exhibit B, Appendix page 3). This written explanation from Interim Dean Chmielewski stated that (1) "[w]hile the Area Committee noted your contributions to the area using data with noise to generate robust models and results, it was discussed that many of the resulting

**EXHIBIT 18**

publications were not in tier 1 journals;" and (2) "the committee noted the end of research funding in the coming year necessitating the Research Refresh award." Interim Dean Chmielewski then "recognize[d] the impact of the committee's decision to not move [my] case forward."

Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion* (effective November 15, 2022) provides that a request for a review of a negative promotion decision must be submitted within "20 business days of receiving the written statement of reasons." I am submitting this request for review January 25, 2023.

### III.  Argument

#### 1. Bases for my Appeal

Under Section VI.C of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, the following are grounds for requesting reconsideration of a denial of a promotion:

1.  "Evidence of grossly inadequate consideration of professional competence;" or

2.  "Evidence of judgments based on erroneous or misinterpreted information."

I appeal the negative decision because of both (1) "grossly inadequate consideration of [my] professional competence" and (2) "judgments based on erroneous or misinterpreted information," as further detailed below.

#### 2. The Area Committee completely ignored that the Department of Statistics unanimously supported my promotion.

During my annual reviews, my progress towards promotion was discussed each year. I used the feedback from my annual reviews to improve my promotion package every year. The Department created a promotion policy in March 2018 that followed every detailed criterion the Dean laid out for promotion, as the Dean himself later confirmed to the faculty in the Department of Statistics during a departmental primary committee meeting. The Department of Statistics further

added specific examples for attaining a promotion to professor in March 2021, which I had clearly met.

When I applied for promotion this past year, I received the unanimous support of my Department based on my fulfillment of these criteria. Although the faculty in the Department of Statistics were in the best position to judge whether I met the qualifications for promotion, given that faculty in my Department understand my research area better than any other departments in the College of Science, the Area Committee rejected the unanimous departmental vote in my favor. The Area Committee's vote was based at least in part on a fundamentally flawed understanding of the publications in my research area, as further detailed below.

**3. The Area Committee falsely assumed that because I received a Research Refresh Award, I had reached the end of my research funding.**

The Area Committee interpreted my Research Refresh Award as the most significant factor that negatively impacted my promotion application because it supposedly meant that I was at the "end" of my "research funding in the coming year" and needed the Research Refresh Award to continue my research. (Please see the attached Exhibit B, Appendix page 3). The Area Committee thus mistakenly determined that this Award signaled a stalling and a downward trajectory to my research.

Contrary to the Area Committee's preconceived notions of the purpose of the Research Refresh Award, the Research Refresh Award is "a competitive, campus-wide program sponsored by the Office of the Provost," which "is designed to provide protected time for tenured Associate Professors and Full Professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers." (Please see the attached Exhibit G, Appendix page 67). Rather than treating the Research Refresh Award as a negative mark on a faculty member's record, Purdue has celebrated its recent recipients. (Please see the attached Exhibits I and K, Appendix pages 72 and 77). Furthermore, recent awardees were still promoted shortly after receiving the Research Refresh Award. For example, Purdue promoted a 2016 Research Refresh Award recipient, Dr. John Lumkes, to full professor in August 2017. Shortly thereafter in 2019, Purdue even named him Assistant Dean of the Office of Academic Programs in the College of Agriculture. (Please see the attached Exhibit J, Appendix page 75). Similarly, Purdue promoted a 2019 Research Refresh Award recipient, Associate Professor Valeria Sinclair-Chapman, from the College of Liberal Arts by November 2021. (Please see the attached Exhibits K and L, Appendix pages 77–80). Each of these examples demonstrate that Purdue does not view the Research Refresh Award as an award exclusively for faculty members with a downward research trajectory. The 2016 and 2019 news articles celebrated the Award as an achievement, not as a negative factor tarnishing a faculty's record.

Furthermore, despite the Area Committee's assumption that an "end" to my "research funding in the coming year necessitate[ed] the Research Refresh award," I did **not** apply for the Research Refresh

Award because my research funding was ending. Instead, I have a project covered by the Army Research Lab Cooperative Research and Development Agreement (ARL CRADA), which is extended through October 6, 2027. (Please see the attached Exhibit E, at Appendix pages 47–50). The actual funding amount each year is negotiated on an annual basis.

I applied for this Award because of the impact of the pandemic on me as a female faculty member with two young children. (Please see the attached Exhibit F, Appendix page 52). My daughter was born in 2017, and my son was born in July of 2020 after an eventful pregnancy, which included several weeks of bed rest, and my son was born prematurely. As a result, my son required extra care and time when I had no domestic help given this would have been unsafe during the pandemic, especially for a prematurely born infant. In addition, my daughter's daycare was closed for several months at the beginning of the pandemic and again was mostly closed from late 2021 to February 2022 due to COVID-19 cases among the teachers and children. Caring for two young children while doing research is extremely difficult, and I therefore needed time to catch up on my work. I did not need the Award for an "end" to my research funding.

The Area Committee should have judged my research trajectory on my record on funding, publications, and students supervised, which together clearly demonstrate an upward trajectory to my research, rather than on this clearly erroneous assumption. As further stated below, my record was at least comparable to other, recently successful promotion cases in the Department of Statistics, and my research progress is better than many of the Department's male faculty without the same challenges during the pandemic.

**4. The Area Committee provided a grossly inadequate consideration of my professional competence in reviewing my application for promotion, especially when comparing my qualifications for promotion to the qualifications of a recently successful male faculty member in my Department, who lacked the same family obligations during the pandemic.**

**4.A The Area Committee clearly failed to consider numerous competitive grants from diversified funding sources that I have received since my promotion to associate professor.**

The Area Committee somehow focused on the false assumption that my research funding was ending while ignoring that since my last promotion to associate professor, I have received funding from diversified funding sources, including:

(a)   National Science Foundation (NSF);
(b)   Defense Advanced Research Projects Agency (DARPA);
(c)   Army Research Office (ARO);
(d)   Army Research Lab (ARL);
(e)   Raytheon Company;
(f)   Northrop Grumman Corp.;
(g)   Purdue Discovery Park iGSDI; and
(h)   Purdue CERIAS.

(See below tables). In sum, I have received 11 grants since my promotion to associate professor, totaling $3,136,820 altogether, and I am responsible for $980,000. Currently, only four faculty members (including me) from four different projects are covered by the ARL's CRADA. As the ARL's CRADA is extended through October 6, 2027, my funding is not ending anytime soon, especially not in the coming year. (Please see the attached Exhibit F, Appendix pages 60–61).

## 4.B The Area Committee recently promoted a male faculty member in my Department, who had inferior qualifications to mine.

The College of Science's Area Committee recently promoted Associate Professor Anindya Bhadra from the Department of Statistics on December 1, 2022. Purdue had promoted Dr. Bhadra to associate professor in 2018 whereas Purdue promoted me to Associate Professor in 2011.

Since his promotion to associate professor, Dr. Bhadra's amount in research funding, number of students supervised, and quality and quantity of publications have been inferior to mine.

### (4.B.1) Dr. Bhadra has generated far less in research funding than me.

#### (4.B.1.A) Comparison of new grants since promotion to associate professor:

Dr. Bhadra's funding is ending in 2023. Since his last promotion to Associate Professor, he received 3 external grants and 2 internal grants. He is responsible for $155,785 plus approximately a 1.5-month summary salary.

Since my last promotion to Associate Professor in 2011, I received 9 external grants and 2 internal grants. I am responsible for $980,000. My funding continues through at least 2027.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF** DMS 2020-2023 he is sole PI, total $120k, ending in the coming year | (External) **ARL**, 05/15/2020–10/06/2027, I am sole PI, $135,000 for the first two years |
| (External) **NIH** R21, 2018–2020 (ended), total $410,000, he is co-I, he received 0.45 month summer salary per year | (External) **ARO**, 08/07/2017 – 01/06/2023, I am Purdue PI, total $763,000, I am responsible for $222,500 |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2019 (ended), he is sole PI, $27,785 | (External) **Northrop Grumman Corp.** Year 11, 09/01/2019-08/31/2020, I am sole PI, $100,000 |

| | |
|---|---|
| (Internal) **Purdue Research Foundation (PRF)**, 2020, he is sole PI, $8000 | (External) **Northrop Grumman Corp.** Year 10, 09/01/2018–12/31/2019, I am sole PI, $100,000 |
| (Internal) **Clifford B. Kinley Trust Award**, 2020, total $20,000, he is co-I, his effort is $0 | (External) **Raytheon Company**, 10/01/2018–05/30/2019, I am sole PI, $30,340 |
| | (External) **ARO**, total $440,000, 08/01/2012 –07/31/2015, I am Purdue PI, Amount Responsible: $210,140 |
| | (External) **DARPA** D3M: 01/01/2017 – 08/12/2020, I am technical personnel, total $515,000, I am responsible for only $5000 |
| | (External) **NSF DMS**, total $314,995, 09/01/2012 – 08/31/2017, I am co-PI, Amount Responsible: $105,000 |
| | (External) **DARPA**, 09/14/2012 – 12/31/2017, total $653,485, I am technical personnel, responsible for only one month summer salary in the 5-year period |
| | (Internal) **Purdue CERIAS**, I am sole PI, $45,000, 06/15/2018 – (no expiration date) |
| | (Internal) **Purdue Discovery Park iGSDI**, total $40,000, 04/16/2018–09/15/2018, I am co-PI, Amount Responsible: $16,700 |

**(4.B.2) Comparison of grants received pre-tenure:**

For his promotion to Associate Professor, Dr. Bhadra received 3 external grants and 2 internal grants. He is responsible for $130,724 plus approximately a 4-month summer salary.

For my promotion to Associate Professor, I received 4 external grants and 3 internal grants. I am responsible for $322,885 plus a 0.5-month summer salary.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF DMS**, 2016–2019. He is sole-PI, $100,000 | (External) **DoD MURI**, total $980,000, 05/01/2008 – 03/28/2014, I am co-PI, Amount Responsible: $200,000 |
| (External) **NIH** NCI R01, 2017–2021. total $1,400,000. He is co-I, his effort is 1 month summer salary per year | (External) **NIH** R21, total $387,476, 05/17/09 – 04/30/12, I am co-I, received 0.5 summer month salary in the 3-year period |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2014, he is sole PI, $21,724 | (External) **NSF DMS**, I am sole PI, $54,900, 08/01/2009 – 07/31/2011 |
| (Internal) **PRF**, he is Sole PI, $8000, 2013 | (External) **NSF DMS**, $120,000, 09/15/2005 – 08/31/2010, I am co-PI, responsible $40,000 |
| (Internal) **PRF**, he is Sole PI, $1000, 2016 | (Internal) **PRF**, I am Sole PI, $20,885, 06/01/2006 – 05/31/2007 |
| | (Internal) **PRF**, I am Sole PI, $7,000, 2005 |
| | (Internal) **PRF**, I am Sole PI, $1,000, 2005 |

**(4.B) Dr. Bhadra has supervised fewer students than me throughout his time at Purdue.**

Since his last promotion, Dr. Bhadra is supervising or has supervised 3 Ph.D. students and 1 M.S. student. He hasn't supervised any student before his promotion to Associate Professor.

Since my last promotion, I am supervising and have supervised 7 Ph.D. students, 4 M.S. students, 1 undergraduate student. Before my promotion to Associate Professor, I have supervised 1 Ph.D. student.

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5

**(4.B.1) Comparison of students supervised post-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| Ph.D. student, Jorge Loría (current) | Ph.D. student Fan Wu, current |
| Ph.D. student, Ksheera Sagar (current) | Ph.D. student Juan Shu, current |
| Ph.D. student, Yunfan Li (Graduated in May, 2019. First position: postdoctoral fellow at UCSF). | Ph.D. student Yitao Li, current |
| M.S. Manni Zhang (Graduated in May, 2021. Currently a Ph.D. student at Purdue Industrial Engineering) | As an undergrad student Yujie Chen published a paper with me. When she joined the Purdue Statistics Ph.D. Program in 2020, she did research with me, but switched to a different advisor in Nov 2022 |
| | Ph.D. Kirsen Sullivan, graduated in Nov 2022, currently a statistician in Oak Ridge National Lab |
| | Ph.D. Wutao Wei, graduated in June 2018. Twitter. |
| | Ph.D. Lin-Yang Cheng, graduated in August 2017. First position, Medspace in Cincinnati, OH. |
| | Ph.D. Xiang Han (co-advised with Prof. Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas |
| | M.S. Geri Rista (graduated in May 2020) |
| | M.S. Jun Jiang (graduated in December 2016 from IE) |
| | M.S. Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati) |
| | M.S. Kean Ming Tan (graduated in 2011) |

**(4.B.2) Comparison of students supervised pre-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| none | Ph.D. Hui Chen (co-advised with Prof. Cleveland), graduated in December 2007, Apple Inc. |

**(4.C) The impact factors (IFs) of the journals in which Dr. Bhadra published papers were, at best, comparable to mine.**

The following table lists the publications by each year. A detailed breakdown follows in (4.C.2).

**(4.C.1) Comparison of publications post-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| – 2022, methodology paper, Journal of the American Statistical Association, Theory & Methods (IF 5.033)<br>– 2022, applied paper, Journal of Nutrition (IF 4.798) | – 2022, methodology paper, IEEE Transactions on Dependable and Secure Computing (IF 7.329)<br>– 2022, methodology paper, Harvard Data Science Review, a paper with discussions (new journal IF not available)<br>– 2022, methodology paper, Refereed Conference Proceedings, in the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence, July, 2022, Vienna, Austria.<br>– 2022, methodology paper, Refereed Conference Proceedings, in the First Workshop on Graph Learning at The ACM Web Conference, April, 2022, online, |

| | hosted by Lyon, France. |
|---|---|
| – 2021, methodology paper, Statistical Methods & Applications (IF 1.174)<br>– 2021, methodology paper, Journal of Multivariate Analysis (IF 1.009)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045)<br>– 2021 applied paper, Critical Reviews in Food Science and Nutrition (IF 11.176)<br>– 2021 applied paper, Preventive Medicine (IF 5.043)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045) | – 2021 methodology paper, Bioinformatics (IF 6.937)<br>– 2021 methodology paper, refereed book chapter |
| – 2020 methodology paper, International Statistical Review (IF 1.946), a paper with discussions<br>– 2020 methodology paper, Sankhya A (IF 0.76)<br>– 2020 methodology paper, Sankhya B (IF 0.569)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798)<br>– 2020 applied paper, Public Health Nutrition (IF 3.156)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Appetite (IF 3.868)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798) | – 2020 methodology paper, Wiley Interdisciplinary Reviews: Computational Statistics (IF 3.16), a single author paper<br>– 2020 methodology paper, refereed book chapter<br>– 2020 methodology paper, refereed Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI), Feb. 2020<br>– 2020 methodology paper, refereed Proceedings of the 2020 SPIE the International<br>Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II<br>– 2020 applied paper, Analytical Chemistry (IF 6.986)<br>– 2020 applied paper, Journal of |

| | Proteome Research (IF 4.466) |
|---|---|
| – 2019 methodology paper, Journal of Machine Learning Research (IF 5.413)<br>– 2019 methodology paper, Statistical Science (IF 1.897)<br>– 2019 methodology paper, Journal of Computational and Graphical Statistics (IF 1.884)<br>– 2019 applied paper, Journal of Nutrition (IF 4.798) | – 2019 methodology paper, Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery (IF 7.250)<br>– 2019 methodology paper, refereed, The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future, (Acceptance rate 33%)<br>– 2019 applied paper, Food and Function (IF 5.396) |
| | |
| – 2018 methodology paper, Biometrics (IF 1.701)<br>– 2018 applied paper, Nutrients (IF 5.429)<br>– 2018 applied paper, Nutrients (IF 5.429) | – 2018 methodology paper, Computer & Security (IF 4.438)<br>– 2018 methodology paper, The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing (IF 1.789)<br>– 2018 methodology paper, refereed IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation |
| | – 2017 methodology paper, Performance Evaluation (IF 1.044)<br>– 2017 methodology paper, refereed The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec) (acceptance rate 35%)<br>– 2017 methodology paper, ACM Computing Reviews (IF not available) |
| | – 2016 methodology paper, refereed, the 23rd International Conference on Pattern Recognition (ICPR), Cancun, Mexico, Dec, 2016 (The |

| | |
|---|---|
| | paper was selected for full length oral presentation, 18%). |
| | – 2014 methodology paper, refereed <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense</u><br>– 2014 refereed book chapter <u>(cited 144 times)</u><br>– 2014 applied paper, Current Metabolomics (IF 0.8) |
| | – 2013 methodology paper, Journal of Statistical Software (IF 6.44) |
| | – 2012 methodology paper, STAT <u>(IF 0.917, cited 144 times)</u><br>– 2012 refereed Proceedings of the 18th ACM SIGKDD International Conference on Knowl-edge Discovery and Data Mining, 1059–1067, August 2012, New York, NY <u>(acceptance rate 21%)</u> |
| | – 2011 methodology paper, Data Mining and Knowledge Discovery <u>(IF 3.67)</u><br>– 2011 methodology paper, Statistical Analysis and Data Mining (IF 1.051)<br>– 2011 methodology paper, developed a novel statistical method, Analytica Chimica Acta <u>(IF 6.558)</u> |

**(4.C.2) Impact and Contribution (Demonstrating the Independence of Research) in Publications**

Dr. Bhadra published 24 papers since his last promotion: 14 applied service papers and 10 methodology papers. I published 31 papers since my last promotion: 4 applied service papers and 27 methodology papers. Below is the detailed breakdown.

**Associate Prof. Bhadra:**

- Since last promotion in 2018, he published <u>24 papers: 10 methodology papers, 14 applied service papers</u>, as identified on his CV. (Please see the attached Exhibit C, Appendix pages 5–9).

- Among the <u>10 methodology</u> papers, <u>4 papers</u> published in journals with <u>IF of 1.174, 1.009, 0.76, 0.569.</u>

- <u>6 papers</u> published in journals with <u>IF of 5.033, 5.413, 1.946, 1.897, 1.884, 1.701.</u>

**Associate Prof. Xi:**

- Since my last promotion in 2011, I published **31 papers**.

- In the area of metabolomics and other omics data, since my last promotion in 2011, I published <u>8 papers:</u> 6 journal papers, 1 conference proceeding, 1 refereed book chapter – <u>4 applied service papers and 4 methodology papers</u> for the development of novel statistical methods.

  The details of the **4 methodology papers in omics research** are the follows.

  1. 2021, in *Bioinformatics* <u>(IF 6.937), cited 9 times, a project with my student Juan Shu</u>, developed a novel graph neural network with the learning under privileged information paradigm.
  2. 2022, The First Workshop on Graph Learning at The ACM Web Conference 2022, <u>a project with my students Juan Shu and Fan Wu</u>, developed novel dropout and proved their properties, which allowed graph neural network to grow deeper without hurting performance.
  3. 2014, refereed book chapter, <u>cited 145 times, 1st author and the only statistician on the paper</u>, discussed the popular statistical methods, including LASSO and multiple comparison, are not robust performing variable selection in noisy metabolomics data.
  4. 2011, in Analytica Chimica Acta <u>(IF 6.558), cited 158 times, the only statistician on the paper</u>, developed novel variable

selection and classification method for noisy metabolomics data.

- In the area of adversarial machine learning and big data, I have <u>23 papers: 11 journal papers and 12 refereed conference proceedings and book chapters. All are methodology papers.</u>

**My 11 journal papers in adversarial learning and big data:**

1. 2022 in *IEEE Transactions on Dependable and Secure Computing* <u>(IF 7.329)</u>, equal contribution with two co-authors.
2. 2022 in *Harvard Data Science Review* (new, no IF), a follow up paper of <u>the National Academies workshop where I gave a talk in 2018. A paper with discussions.</u>
3. 2020, in *Wiley Interdisciplinary Reviews: Computational Statistics* <u>(IF 3.16), single author paper</u>
4. 2019, in *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery* <u>(IF 7.250)</u>, equal contribution with two co-authors.
5. 2018, in *Computer & Security* <u>(IF 4.438)</u>, a project with my student Jun Jiang.
6. 2018, in *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing* <u>(IF 1.789)</u>, equal contribution with one co-author (previously a lecturer in the Dept. of Stat)
7. 2017, in *Performance Evaluation* (IF 1.044), with a former student David Anderson <u>(graduated in summer 2008)</u> and co-author Prof. Cleveland. Equal contribution with Prof. Cleveland.
8. 2013, in Journal of Statistical Software <u>(IF 6.44)</u>, a project with my student Kean Min Tan.
9. 2012, in *STAT* (IF 0.917)
10. 2011, in *Data Mining and Knowledge Discovery* <u>(IF 3.67)</u>, equal contribution with the 1st author.
11. 2011, in *Statistical Analysis and Data Mining* (IF 1.051)

**Out of my 12 refereed conference papers and refereed book chapters in adversarial learning and big data, the below highlights the following 8 papers:**

1. 2022, the Workshop on Artificial Intelligence Safety (AISafety), a project with my student Juan Shu, disseminating result to the AI Security community, a relatively small community.
2. 2020, the Workshop on Artificial Intelligence Safety (SafeAI), a project with my student Yujie Chen, disseminating result to the AI Security community, a relatively small community.
3. 2020, refereed book chapter, 1st author, developed game theoretic approach for Internet of Battlefield Things
4. 2019, PAKDD workshop, <u>acceptance rate 33%</u>
5. 2017, DBSec, <u>acceptance rate 35%</u>, a project with student Xiaosu Tong.
6. 2016, ICPR, the paper was selected for full length oral presentation, <u>18%</u>. Equal contribution with one co-author.
7. 2014, <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium</u> on Analysis Support to Decision Making in Cyber Defense, equal contribution with one co-author
8. 2012, ACM SIGKDD, <u>acceptance rate 21%, cited 146 times</u>

**(4.C.3) Professor Raghu Pasupathy, who Purdue promoted to full professor in 2022, published extensively in a conference proceeding with an exceedingly high acceptance rate.**

Professor Raghu Pasupathy received his Ph.D. in 2005 from Purdue. He was promoted to Associate Professor of industrial and systems engineering at Virginia Tech in 2011. He joined the Purdue Department of Statistics in 2014 as an Associate Professor. Dr. Pasupathy was promoted to full professor in 2022.

The following provides a summary of Dr. Pasupathy's publications. Overall, Dr. Pasupathy has **18 out of 40 papers from 2011 to 2021 published in the Winter Simulation Conference (WSC).** (https://scholar.google.com/citations?user=-joPvBcAAAAJ&hl=zh-CN&oi=ao). The WSC's acceptance rate over the years is also provided. **The WSC's average acceptance rate is 3,881 out of 5,768 submissions, or 67%.** (https://dl.acm.org/doi/proceedings/10.1145/76738#acceptance-rates)

| Year | Total | # in | WSC Acceptance Rate |
|------|-------|------|---------------------|

| | # | WSC | |
|------|---|-----|-----------------------------------|
| 2021 | 2 | 0 | na |
| 2020 | 3 | 1 | na |
| 2019 | 5 | 3 | na |
| 2018 | 6 | 2 | 183 out of 260 submissions, 70% |
| 2017 | 1 | 0 | 232 out of 356 submissions, 65% |
| 2016 | 1 | 1 | na |
| 2015 | 2 | 2 | 202 out of 296 submissions, 68% |
| 2014 | 5 | 1 | 205 out of 320 submissions, 64% |
| 2013 | 5 | 2 | 206 out of 299 submissions, 69% |
| 2012 | 3 | 2 | 189 out of 384 submissions, 49% |
| 2011 | 7 | 4 | 203 out of 270 submissions, 75% |

Purdue still promoted Dr. Pasupathy without issue despite the fact that he extensively published in the WSC, which had an extraordinarily high acceptance rate. Conversely, I published in journals, on the whole, with a significantly lower acceptance rate but was apparently penalized because these journals were not as well known to the Area Committee.

## IV.   **Conclusion**

Because of the "grossly inadequate consideration of [my] professional competence" and the "judgments" against me "based on erroneous or misinterpreted information" by the Area Committee, I respectfully request a reconsideration of the negative promotion decision against me. If you need any further information, please let me know.

# EXHIBIT C

*error or misinterpretation { > publication history > research funding*

To:    Peter Hollenbeck, Vice Provost for Faculty Affairs
From:  Bowei Xi, Ph.D.
Date:  January 23, 2023

Re:   Written Request for Reconsideration of the Denial of Promotion for Associate Professor Bowei Xi

Pursuant to Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, please accept the following as my written request for reconsideration.

## I.    Introduction

Because of faulty judgments based on errors and/or misinterpretations of my publication history and the status of my research funding as well as grossly inadequate consideration of my professional competence compared to other faculty who were recently promoted, I appeal the negative decision on the grounds of both (1) "grossly inadequate consideration of [my] professional competence;" and (2) "judgments based on erroneous or misinterpreted information."

*grossly inadequate comparison*

## II.   Procedural History and Background

I am currently an associate professor in the Department of Statistics. On December 2, 2022, I learned by an email from the then-Head of the Department of Statistics, Professor Dennis K.J. Lin, that the College of Science denied my promotion to full professor. (Please see the attached Exhibit A, pages 1-2 of the Appendix of Exhibits of Bowei Xi, hereinafter "Appendix"). Dr. Lin told me that my promotion case received unanimous support from the Department of Statistics, but the vote at the College's Area Committee meeting had failed.

I requested a written explanation for the denial of my appeal to then-Dean Patrick Wolfe on December 20, 2022. On January 3, 2023, the Interim Dean of the College of Science, Dr. Jean Chmielewski, provided a written explanation for the College's denial of my application for promotion to full professor. (Please see the attached Exhibit B, Appendix page 3). This written explanation from Interim Dean Chmielewski stated that (1) "[w]hile the Area Committee noted your contributions to the area using data with noise to generate robust models and results, it was discussed that many of the resulting

Q1: SAC ignored Stat P C vote?
Q2: SAC's understanding of pub record "fundam flawed"?
Q3: SAC's understanding of Res $ & Res Refresh award "fundam. flawed"?

Docusign Envelope ID: 197F2543-FEEA-447B-867A-0E30350273B5

publications were not in tier 1 journals;" and (2) "the committee noted
the end of research funding in the coming year necessitating the
Research Refresh award." Interim Dean Chmielewski then
"recognize[d] the impact of the committee's decision to not move [my]
case forward."

Section VI.B of *Purdue University's Operating Procedures for
Granting Academic Tenure and Promotion* (effective November 15,
2022) provides that a request for a review of a negative promotion
decision must be submitted within "20 business days of receiving the
written statement of reasons." I am submitting this request for review
January 25, 2023.

### III.  Argument

#### 1. Bases for my Appeal

Under Section VI.C of *Purdue University's Operating Procedures
for Granting Academic Tenure and Promotion*, the following are
grounds for requesting reconsideration of a denial of a promotion:

1. "Evidence of grossly inadequate consideration of
   professional competence;" or

2. "Evidence of judgments based on erroneous or
   misinterpreted information."

I appeal the negative decision because of both (1) "grossly inadequate
consideration of [my] professional competence" and (2) "judgments
based on erroneous or misinterpreted information," as further
detailed below.

φ1 ?

#### 2. The Area Committee completely ignored that the
   Department of Statistics unanimously supported my
   promotion.

During my annual reviews, my progress towards promotion was
discussed each year. I used the feedback from my annual reviews to
improve my promotion package every year. The Department created a
promotion policy in March 2018 that followed every detailed criterion
the Dean laid out for promotion, as the Dean himself later confirmed
to the faculty in the Department of Statistics during a departmental
primary committee meeting. The Department of Statistics further

DEF1 00285

Docusign Envelope ID: 1875F543-FEEA-4475-8671-0E3056677985

added specific examples for attaining a promotion to professor in March 2021, which I had clearly met.

When I applied for promotion this past year, I received the unanimous support of my Department based on my fulfillment of these criteria. Although the faculty in the Department of Statistics were in the best position to judge whether I met the qualifications for promotion, given that faculty in my Department understand my research area better than any other departments in the College of Science, the Area Committee rejected the unanimous departmental vote in my favor. The Area Committee's vote was based at least in part on a fundamentally flawed understanding of the publications in my research area, as further detailed below.

Q2 ?

**3. The Area Committee falsely assumed that because I received a Research Refresh Award, I had reached the end of my research funding.**

The Area Committee interpreted my Research Refresh Award as the most significant factor that negatively impacted my promotion application because it supposedly meant that I was at the "end" of my "research funding in the coming year" and needed the Research Refresh Award to continue my research. (Please see the attached Exhibit B, Appendix page 3). The Area Committee thus mistakenly determined that this Award signaled a stalling and a downward trajectory to my research.

Contrary to the Area Committee's preconceived notions of the purpose of the Research Refresh Award, the Research Refresh Award is "a competitive, campus-wide program sponsored by the Office of the Provost," which "is designed to provide protected time for tenured Associate Professors and Full Professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers." (Please see the attached Exhibit G, Appendix page 67). Rather than treating the Research Refresh Award as a negative mark on a faculty member's record, Purdue has celebrated its recent recipients. (Please see the attached Exhibits I and K, Appendix pages 72 and 77). Furthermore, recent awardees were still promoted shortly after receiving the Research Refresh Award. For example, Purdue promoted a 2016 Research Refresh Award recipient, Dr. John Lumkes, to full professor in August 2017. Shortly thereafter in 2019, Purdue even named him Assistant Dean of the Office of Academic Programs in the College of Agriculture. (**Please see the attached Exhibit J, Appendix page 75**). Similarly, Purdue promoted a 2019 Research Refresh Award recipient, Associate Professor Valeria Sinclair-Chapman, from the College of Liberal Arts by November 2021. (**Please see the attached Exhibits K and L, Appendix pages 77–80**). Each of these examples demonstrate that Purdue does not view the Research Refresh Award as an award exclusively for faculty members with a downward research trajectory. The 2016 and 2019 news articles celebrated the Award as an achievement, not as a negative factor tarnishing a faculty's record.

Furthermore, despite the Area Committee's assumption that an "end" to my "research funding in the coming year necessitate[ed] the Research Refresh award," I did **not** apply for the Research Refresh

*check &*
*nb Q3?*

Award because my research funding was ending. Instead, I have a project covered by the Army Research Lab Cooperative Research and Development Agreement (ARL CRADA), which is extended through October 6, 2027. (Please see the attached Exhibit E, at Appendix pages 47–50). The actual funding amount each year is negotiated on an annual basis.

*?*

I applied for this Award because of the impact of the pandemic on me as a female faculty member with two young children. (Please see the attached Exhibit F, Appendix page 52). My daughter was born in 2017, and my son was born in July of 2020 after an eventful pregnancy, which included several weeks of bed rest, and my son was born prematurely. As a result, my son required extra care and time when I had no domestic help given this would have been unsafe during the pandemic, especially for a prematurely born infant. In addition, my daughter's daycare was closed for several months at the beginning of the pandemic and again was mostly closed from late 2021 to February 2022 due to COVID-19 cases among the teachers and children. Caring for two young children while doing research is extremely difficult, and I therefore needed time to catch up on my work. I did not need the Award for an "end" to my research funding.

The Area Committee should have judged my research trajectory on my record on funding, publications, and students supervised, which together clearly demonstrate an upward trajectory to my research, rather than on this clearly erroneous assumption. As further stated below, my record was at least comparable to other, recently successful promotion cases in the Department of Statistics, and my research progress is better than many of the Department's male faculty without the same challenges during the pandemic.

4. **The Area Committee provided a grossly inadequate consideration of my professional competence in reviewing my application for promotion, especially when comparing my qualifications for promotion to the qualifications of a recently successful male faculty member in my Department, who lacked the same family obligations during the pandemic.**

4.A **The Area Committee clearly failed to consider numerous competitive grants from diversified funding sources that I have received since my promotion to associate professor.**

*Q3*

DEF1 00288

Q3

        The Area Committee somehow focused on the <u>false assumption
that my research funding was ending</u> while ignoring that since my last
promotion to associate professor, I have received funding from
diversified funding sources, including:

    (a)    National Science Foundation (NSF);
    (b)    Defense Advanced Research Projects Agency (DARPA);
    (c)    Army Research Office (ARO);
    (d)    Army Research Lab (ARL);      CRADA → 2027?
    (e)    Raytheon Company;
    (f)    Northrop Grumman Corp.;
    (g)    Purdue Discovery Park iGSDI; and
    (h)    Purdue CERIAS.

(See below tables). In sum, I have received 11 grants since my
promotion to associate professor, totaling $3,136,820 altogether, and I
am responsible for $980,000. Currently, only four faculty members
(including me) from four different projects are covered by the ARL's
CRADA. <u>As the ARL's CRADA is extended through October 6, 2027, my
funding is not ending anytime soon, especially not in the coming year.</u>
**(Please see the attached Exhibit F, Appendix pages 60–61).**

Q3

DEF1 00289

*[handwritten: comparison]*

**4.B The Area Committee recently promoted a male faculty member in my Department, who had inferior qualifications to mine.**

*[handwritten: last prom short t 2018]*

The College of Science's Area Committee recently promoted Associate Professor Anindya Bhadra from the Department of Statistics on December 1, 2022. Purdue had promoted Dr. Bhadra to associate professor in 2018 whereas Purdue promoted me to Associate Professor in 2011.

Since his promotion to associate professor, Dr. Bhadra's amount in research funding, number of students supervised, and quality and quantity of publications have been inferior to mine.

**(4.B.1) Dr. Bhadra has generated far less in research funding than me.** *[handwritten: — other items: major journal edit. board]*

**(4.B.1.A) Comparison of new grants since promotion to associate professor:**

Dr. Bhadra's funding is ending in 2023. Since his last promotion to Associate Professor, he received 3 external grants and 2 internal grants. He is responsible for $155,785 plus approximately a 1.5-month summary salary.

Since my last promotion to Associate Professor in 2011, I received 9 external grants and 2 internal grants. I am responsible for $980,000. My funding continues through at least 2027. *[handwritten: note form 19]*

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF** DMS 2020-2023 he is sole PI, total $120k, <u>ending in the coming year</u> | (External) ~~ARL~~, <u>05/15/2020-10/06/2027</u> I am sole PI, $135,000 for the first two years |
| (External) **NIH** R21, 2018-2020 <u>(ended)</u>, total $410,000, he is co-I, he received 0.45 month summer salary per year | (External) ~~ARO~~, 08/07/2017 – 01/06/2023, I am Purdue PI, total $763,000, I am responsible for $222,500 |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2019 <u>(ended)</u>, he is sole PI, $27,785 | (External) **Northrop Grumman Corp.** Year 11, 09/01/2019–08/31/2020, I am sole PI, $100,000 |

DEF1 00290

| | |
|---|---|
| (Internal) **Purdue Research Foundation (PRF)**, 2020, he is sole PI, $8000 | (External) **Northrop Grumman Corp.** Year 10, 09/01/2018–12/31/2019, I am sole PI, $100,000 |
| (Internal) **Clifford B. Kinley Trust Award**, 2020, total $20,000, he is co-I, his effort is $0 | (External) **Raytheon Company**, 10/01/2018-05/30/2019, I am sole PI, $30,340 |
| | (External) **ARO**, total $440,000, 08/01/2012 -07/31/2015, I am Purdue PI, Amount Responsible: $210,140 |
| | (External) **DARPA** D3M: 01/01/2017 – 08/12/2020, I am technical personnel, total $515,000, I am responsible for only $5000 |
| | (External) **NSF DMS**, total $314,995, 09/01/2012 – 08/31/2017, I am co-PI, Amount Responsible: $105,000 |
| | (External) **DARPA**, 09/14/2012 – 12/31/2017, total $653,485, I am technical personnel, responsible for only one month summer salary in the 5-year period |
| | (Internal) **Purdue CERIAS**, I am sole PI, $45,000, 06/15/2018 - (no expiration date) |
| | (Internal) **Purdue Discovery Park iGSDI**, total $40,000, 04/16/2018–09/15/2018, I am co-PI, Amount Responsible: $16,700 |

**(4.B.2) Comparison of grants received pre-tenure:**

For his promotion to Associate Professor, Dr. Bhadra received 3 external grants and 2 internal grants. He is responsible for $130,724 plus approximately a 4-month summer salary.

DEF1 00291

For my promotion to Associate Professor, I received 4 external grants and 3 internal grants. I am responsible for $322,885 plus a 0.5-month summer salary.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF DMS**, 2016–2019. He is sole-PI, $100,000 | (External) **DoD MURI**, total $980,000, 05/01/2008 – 03/28/2014, I am co-PI, Amount Responsible: $200,000 |
| (External) **NIH** NCI R01, 2017–2021. total $1,400,000. He is co-I, his effort is 1 month summer salary per year | (External) **NIH** R21, total $387,476, 05/17/09 – 04/30/12, I am co-I, received 0.5 summer month salary in the 3-year period |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2014, he is sole PI, $21,724 | (External) **NSF DMS**, I am sole PI, $54,900, 08/01/2009 – 07/31/2011 |
| (Internal) **PRF**, he is Sole PI, $8000, 2013 | (External) **NSF DMS**, $120,000, 09/15/2005 – 08/31/2010, I am co-PI, responsible $40,000 |
| (Internal) **PRF**, he is Sole PI, $1000, 2016 | (Internal) **PRF**, I am Sole PI, $20,885, 06/01/2006 – 05/31/2007 |
| | (Internal) **PRF**, I am Sole PI, $7,000, 2005 |
| | (Internal) **PRF**, I am Sole PI, $1,000, 2005 |

### (4.B) Dr. Bhadra has supervised fewer students than me throughout his time at Purdue.

Since his last promotion, Dr. Bhadra is supervising or has supervised 3 Ph.D. students and 1 M.S. student. He hasn't supervised any student before his promotion to Associate Professor.

Since my last promotion, I am supervising and have supervised 7 Ph.D. students, 4 M.S. students, 1 undergraduate student. Before my promotion to Associate Professor, I have supervised 1 Ph.D. student.

DEF1 00292

## (4.B.1) Comparison of students supervised post-tenure:

| Anindya Bhadra | Bowei Xi |
|---|---|
| Ph.D. student, Jorge Loría (current) | Ph.D. student Fan Wu, current |
| Ph.D. student, Ksheera Sagar (current) | Ph.D. student Juan Shu, current |
| Ph.D. student, Yunfan Li (Graduated in May, 2019. First position: postdoctoral fellow at UCSF). | Ph.D. student Yitao Li, current |
| M.S. Manni Zhang (Graduated in May, 2021. Currently a Ph.D. student at Purdue Industrial Engineering) | As an undergrad student Yujie Chen published a paper with me. When she joined the Purdue Statistics Ph.D. Program in 2020, she did research with me, but switched to a different advisor in Nov 2022 |
| | Ph.D. Kirsen Sullivan, graduated in Nov 2022, currently a statistician in Oak Ridge National Lab |
| | Ph.D. Wutao Wei, graduated in June 2018. Twitter. |
| | Ph.D. Lin-Yang Cheng, graduated in August 2017. First position, Medspace in Cincinnati, OH. |
| | Ph.D. Xiang Han (co-advised with Prof. Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas |
| | M.S. Geri Rista (graduated in May 2020) |
| | M.S. Jun Jiang (graduated in December 2016 from IE) |
| | M.S. Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati) |
| | M.S. Kean Ming Tan (graduated in 2011) |

**(4.B.2) Comparison of students supervised pre-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| none | Ph.D. Hui Chen (co-advised with Prof. Cleveland), graduated in December 2007, Apple Inc. |

**(4.C) The impact factors (IFs) of the journals in which Dr. Bhadra published papers were, at best, comparable to mine.**

The following table lists the publications by each year. A detailed breakdown follows in (4.C.2).

**(4.C.1) Comparison of publications post-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| – 2022, methodology paper, Journal of the American Statistical Association, Theory & Methods (IF 5.033)<br>– 2022, applied paper, Journal of Nutrition (IF 4.798) | – 2022, methodology paper, IEEE Transactions on Dependable and Secure Computing (IF 7.329)<br>– 2022, methodology paper, Harvard Data Science Review, a paper with discussions (new journal IF not available)<br>– 2022, methodology paper, Refereed Conference Proceedings, in the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence, July, 2022, Vienna, Austria.<br>– 2022, methodology paper, Refereed Conference Proceedings, in the First Workshop on Graph Learning at The ACM Web Conference, April, 2022, online, |

DEF1  00294

| | hosted by Lyon, France. |
|---|---|
| – 2021, methodology paper, Statistical Methods & Applications (IF 1.174)<br>– 2021, methodology paper, Journal of Multivariate Analysis (IF 1.009)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045)<br>– 2021 applied paper, Critical Reviews in Food Science and Nutrition (IF 11.176)<br>– 2021 applied paper, Preventive Medicine (IF 5.043)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045) | – 2021 methodology paper, Bioinformatics (IF 6.937)<br>– 2021 methodology paper, refereed book chapter |
| – 2020 methodology paper, International Statistical Review (IF 1.946), a paper with discussions<br>– 2020 methodology paper, Sankhya A (IF 0.76)<br>– 2020 methodology paper, Sankhya B (IF 0.569)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798)<br>– 2020 applied paper, Public Health Nutrition (IF 3.156)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Appetite (IF 3.868)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798) | – 2020 methodology paper, Wiley Interdisciplinary Reviews: Computational Statistics (IF 3.16), a single author paper<br>– 2020 methodology paper, refereed book chapter<br>– 2020 methodology paper, refereed Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI), Feb. 2020<br>– 2020 methodology paper, refereed Proceedings of the 2020 SPIE the International<br>Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II<br>– 2020 applied paper, Analytical Chemistry (IF 6.986)<br>– 2020 applied paper, Journal of |

DEF1 00295

| | Proteome Research (IF 4.466) |
|---|---|
| – 2019 methodology paper, Journal of Machine Learning Research (IF 5.413)<br>– 2019 methodology paper, Statistical Science (IF 1.897)<br>– 2019 methodology paper, Journal of Computational and Graphical Statistics (IF 1.884)<br>– 2019 applied paper, Journal of Nutrition (IF 4.798) | – 2019 methodology paper, Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery (IF 7.250)<br>– 2019 methodology paper, refereed, The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future, (Acceptance rate 33%)<br>– 2019 applied paper, Food and Function (IF 5.396) |
| – 2018 methodology paper, Biometrics (IF 1.701)<br>– 2018 applied paper, Nutrients (IF 5.429)<br>– 2018 applied paper, Nutrients (IF 5.429) | – 2018 methodology paper, Computer & Security (IF 4.438)<br>– 2018 methodology paper, The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing (IF 1.789)<br>– 2018 methodology paper, refereed IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation |
| | – 2017 methodology paper, Performance Evaluation (IF 1.044)<br>– 2017 methodology paper, refereed The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec) (acceptance rate 35%)<br>– 2017 methodology paper, ACM Computing Reviews (IF not available) |
| | – 2016 methodology paper, refereed, the 23rd International Conference on Pattern Recognition (ICPR), Cancun, Mexico, Dec, 2016 (The |

DEF1 00296

| | |
|---|---|
| | paper was selected for full length oral presentation, 18%). |
| | – 2014 methodology paper, refereed <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense</u><br>– 2014 refereed book chapter <u>(cited 144 times)</u><br>– 2014 applied paper, Current Metabolomics (IF 0.8) |
| | – 2013 methodology paper, Journal of Statistical Software (IF 6.44) |
| | – 2012 methodology paper, STAT <u>(IF 0.917, cited 144 times)</u><br>– 2012 refereed Proceedings of the 18th ACM SIGKDD International Conference on Knowl-edge Discovery and Data Mining, 1059–1067, August 2012, New York, NY <u>(acceptance rate 21%)</u> |
| | – 2011 methodology paper, Data Mining and Knowledge Discovery <u>(IF 3.67)</u><br>– 2011 methodology paper, Statistical Analysis and Data Mining (IF 1.051)<br>– 2011 methodology paper, developed a novel statistical method, Analytica Chimica Acta <u>(IF 6.558)</u> |

**(4.C.2) Impact and Contribution (Demonstrating the Independence of Research) in Publications**

Dr. Bhadra published 24 papers since his last promotion: 14 applied service papers and 10 methodology papers. I published 31 papers since my last promotion: 4 applied service papers and 27 methodology papers. Below is the detailed breakdown.

DEF1  00297

**Associate Prof. Bhadra:**

- Since last promotion in 2018, he published <u>24 papers: 10 methodology papers, 14 applied service papers</u>, as identified on his CV. (Please see the attached Exhibit C, Appendix pages 5–9).

- Among the <u>10 methodology</u> papers, <u>4 papers</u> published in journals with <u>IF of 1.174, 1.009, 0.76, 0.569.</u>

- <u>6 papers</u> published in journals with <u>IF of 5.033, 5.413, 1.946, 1.897, 1.884, 1.701.</u>

**Associate Prof. Xi:**
- Since my last promotion in 2011, I published **31 papers**.

- In the area of metabolomics and other omics data, since my last promotion in 2011, I published <u>8 papers:</u> 6 journal papers, 1 conference proceeding, 1 refereed book chapter – <u>4 applied service papers and 4 methodology papers</u> for the development of novel statistical methods.

    The details of the **4 methodology papers in omics research** are the follows.

    1. 2021, in *Bioinformatics* <u>(IF 6.937), cited 9 times, a project with my student Juan Shu</u>, developed a novel graph neural network with the learning under privileged information paradigm.
    2. 2022, The First Workshop on Graph Learning at The ACM Web Conference 2022, <u>a project with my students Juan Shu and Fan Wu,</u> developed novel dropout and proved their properties, which allowed graph neural network to grow deeper without hurting performance.
    3. 2014, refereed book chapter, <u>cited 145 times, 1st author and the only statistician on the paper</u>, discussed the popular statistical methods, including LASSO and multiple comparison, are not robust performing variable selection in noisy metabolomics data.
    4. 2011, in Analytica Chimica Acta <u>(IF 6.558), cited 158 times, the only statistician on the paper,</u> developed novel variable

selection and classification method for noisy metabolomics data.

- In the area of adversarial machine learning and big data, I have 23 papers: 11 journal papers and 12 refereed conference proceedings and book chapters. All are methodology papers.

**My 11 journal papers in adversarial learning and big data:**

1. 2022 in *IEEE Transactions on Dependable and Secure Computing* (IF 7.329), equal contribution with two co-authors.
2. 2022 in *Harvard Data Science Review* (new, no IF), a follow up paper of the National Academies workshop where I gave a talk in 2018. A paper with discussions.
3. 2020, in *Wiley Interdisciplinary Reviews: Computational Statistics* (IF 3.16), single author paper
4. 2019, in *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery* (IF 7.250), equal contribution with two co-authors.
5. 2018, in *Computer & Security* (IF 4.438), a project with my student Jun Jiang.
6. 2018, in *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing* (IF 1.789), equal contribution with one co-author (previously a lecturer in the Dept. of Stat)
7. 2017, in *Performance Evaluation* (IF 1.044), with a former student David Anderson (graduated in summer 2008) and co-author Prof. Cleveland. Equal contribution with Prof. Cleveland.
8. 2013, in Journal of Statistical Software (IF 6.44), a project with my student Kean Min Tan.
9. 2012, in *STAT* (IF 0.917)
   10. 2011, in *Data Mining and Knowledge Discovery* (IF 3.67), equal contribution with the 1st author.
   11. 2011, in *Statistical Analysis and Data Mining* (IF 1.051)

**Out of my 12 refereed conference papers and refereed book chapters in adversarial learning and big data, the below highlights the following 8 papers:**

DEF1 00299

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5

1. 2022, the Workshop on Artificial Intelligence Safety (AISafety), a project with my student Juan Shu, disseminating result to the AI Security community, a relatively small community.
2. 2020, the Workshop on Artificial Intelligence Safety (SafeAI), a project with my student Yujie Chen, disseminating result to the AI Security community, a relatively small community.
3. 2020, refereed book chapter, 1st author, developed game theoretic approach for Internet of Battlefield Things
4. 2019, PAKDD workshop, <u>acceptance rate 33%</u>
5. 2017, DBSec, <u>acceptance rate 35%</u>, a project with student Xiaosu Tong.
6. 2016, ICPR, the paper was selected for full length oral presentation, <u>18%</u>. Equal contribution with one co-author.
7. 2014, <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium</u> on Analysis Support to Decision Making in Cyber Defense, equal contribution with one co-author
8. 2012, ACM SIGKDD, <u>acceptance rate 21%, cited 146 times</u>

**(4.C.3) Professor Raghu Pasupathy, who Purdue promoted to full professor in 2022, published extensively in a conference proceeding with an exceedingly high acceptance rate.**

Professor Raghu Pasupathy received his Ph.D. in 2005 from Purdue. He was promoted to Associate Professor of industrial and systems engineering at Virginia Tech in 2011. He joined the Purdue Department of Statistics in 2014 as an Associate Professor. Dr. Pasupathy was promoted to full professor in 2022.

The following provides a summary of Dr. Pasupathy's publications. Overall, Dr. Pasupathy has **18 out of 40 papers from 2011 to 2021 published in the Winter Simulation Conference (WSC).** (https://scholar.google.com/citations?user=-joPvBcAAAAJ&hl=zh-CN&oi=ao). The WSC's acceptance rate over the years is also provided. **The WSC's average acceptance rate is 3,881 out of 5,768 submissions, or 67%.** (https://dl.acm.org/doi/proceedings/10.1145/76738#acceptance-rates)

| Year | Total | # in | WSC Acceptance Rate |
|------|-------|------|---------------------|

DEF1 00300

|      | #  | WSC |                                    |
|------|----|-----|------------------------------------|
| 2021 | 2  | 0   | na                                 |
| 2020 | 3  | 1   | na                                 |
| 2019 | 5  | 3   | na                                 |
| 2018 | 6  | 2   | 183 out of 260 submissions, 70%    |
| 2017 | 1  | 0   | 232 out of 356 submissions, 65%    |
| 2016 | 1  | 1   | na                                 |
| 2015 | 2  | 2   | 202 out of 296 submissions, 68%    |
| 2014 | 5  | 1   | 205 out of 320 submissions, 64%    |
| 2013 | 5  | 2   | 206 out of 299 submissions, 69%    |
| 2012 | 3  | 2   | 189 out of 384 submissions, 49%    |
| 2011 | 7  | 4   | 203 out of 270 submissions, 75%    |

Purdue still promoted Dr. Pasupathy without issue despite the fact that he extensively published in the WSC, which had an extraordinarily high acceptance rate. Conversely, I published in journals, on the whole, with a significantly lower acceptance rate but was apparently penalized because these journals were not as well known to the Area Committee.

### IV.   Conclusion

Because of the "grossly inadequate consideration of [my] professional competence" and the "judgments" against me "based on erroneous or misinterpreted information" by the Area Committee, I respectfully request a reconsideration of the negative promotion decision against me. If you need any further information, please let me know.

SAC's "understanding":

Q1: did they see #/or discuss the unanimous 1° vote?

Q2: did they recognize & discuss the publication record?

Q3: did they recognize & discuss the research funding?

DEF1  00301



**PURDUE** UNIVERSITY™ | **College of Science**

Jean Chmielewski

Interim Dean of Science
AW Kramer Distinguished Professor
Department of Chemistry

January 3, 2023

Dr. Bowei Xi
Department of Statistics
Purdue University
xbw@purdue.edu

Dear Professor Xi,

In accordance with Section VI.A. of the University's Procedures for Granting Promotion and Tenure, please consider this as my response to your request for a written statement of the reasons for the College of Science Area Committee's negative decision with respect to your candidacy for promotion to full Professor.

While the Area Committee noted your contributions to the area using data with noise to generate robust models and results, it was discussed that many of the resulting publications were not in tier 1 journals. Additionally, the committee noted the end of research funding in the coming year necessitating the Research Refresh award.

I recognize the impact of the committee's decision to not move your case forward. Purdue's procedures provide a mechanism for reconsideration of negative decisions if you believe the decision was based on (1) grossly inadequate consideration of your professional competence or (2) erroneous or misinterpreted information. In order to seek reconsideration you must send a written statement specifying the grounds for the request as well as any additional information you believe is germane to the issue.

If you wish to seek reconsideration, you must submit your written request to Peter Hollenbeck, Vice Provost for Faculty Affairs, **within twenty (20) business days of your receipt of this letter.**

Sincerely,

Jean Chmielewski
Interim Dean
College of Science

COLLEGE OF SCIENCE, OFFICE OF THE DEAN
Mathematical Sciences Building
150 N. University Street, West Lafayette, IN 47907-2067
Office: 765-494-1730    www.purdue.edu/science

Exhibit
B

**DEF1 00302**



## G Patents

1. US Patents #7272707 and #7490234, Methods and Apparatus for Automatic System Parameter Configuration for Performance Improvement, Liu, Z., Raghavachari, M., Xi, B., Xia, C.H., and Zhang, L., issued on Sep.18, 2007 and Feb.10, 2009

## H Funding

### 1 Discussion of support

Dr. Xi has received support from National Science Foundation (NSF), National Institutes of Health (NIH), Army Research Office (ARO), Army Research Lab (ARL), Raytheon Company, Northrop Grumman Corp., Purdue Discovery Park iGSDI, Purdue CERIAS, and the Department of Defense (DoD). Since her previous promotion in Spring 2011, Dr. Xi has obtained 11 grants.

### 2 Award information

1. (External) ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, 08/07/2017 – 01/06/2023, Amount Responsible: $222,500

2. (External) ARL: Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020–05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. (External) Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. (External) Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. (External) Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. (Internal) Purdue CERIAS Seed Grant: Learning Systems Mimicking Human Recognition Process for Improved System Security and Robustness, sole PI: Bowei Xi, $45,000, **06/15/2018 – (no expiration date)**, Amount Responsible: $45,000

7. (Internal) Purdue Discovery Park iGSDI AI+ program: Intelligent Biomorphic Robots with Adversarial Machine Learning Capacity, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, 04/16/2018–09/15/2018, Amount Responsible: $16,700

8. (External) ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 – 07/31/2015**, Amount Responsible: $210,140

9. (External) DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors: Knowledge-Vis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, 01/01/2017 – 08/12/2020, Amount Responsible: $5000

DEF1 00303



10. (External) NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 – 08/31/2017**, Amount Responsible: $105,000

11. (External) DARPA XDATA (DoD Grant 106346): D&R for Large Complex Data, **09/14/2012 – 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. (External) DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, 05/01/2008 – 03/28/2014, Amount Responsible: $200,000

13. (External) NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 – 07/31/2011, Amount Responsible: $54,900

14. (External) NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Bio-markers, PI: Daniel Raftery, co-I: Bowei Xi, $387,476, 05/17/09 – 04/30/12, Amount Responsible: 0.5 month summer

15. (External) NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 – 08/31/2010, Amount Responsible: $40,000

16. (Internal) PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006 - 05/31/2007

17. (Internal) PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. (Internal) PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

# I Evidence of Involvement in Graduate Research Program

## 1 M.S. and Ph.D. students graduated

1. Ph.D. student supervised: Wutao Wei, graduated in June 2018. Currently working at Twitter. *Dissertation: Model Based Clustering Algorithms with Applications*

2. Ph.D. student supervised: Lin-Yang Cheng, graduated in August 2017. Currently working at Medspace in Cincinnati, OH. *Dissertation: Statistical Methods for Effective Protein Biomarker Discovery*

3. Ph.D. student supervised: Xiang Han (co-advised with Professor Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas, TX. *Dissertation: Divide and Recombine: Autoregressive Models and STL+*

4. Ph.D. student supervised: Hui Chen (co-advised with Professor Cleveland), graduated in December 2007. Currently working at Apple, Inc., in California. *Dissertation: Voice Over the Internet: Statistical Properties and Quality of Service*

5. Master's student supervised: Geri Rista (graduated in May 2020)

6. Master's student supervised: Jun Jiang (graduated in December 2016, IE)

Statistics                                                                          Xi. Page 21 of 31

**DEF1 00304**

Docusign Envelope ID: 18752543-EEEA-4475-8671-0E3356677986



## Bowei Xi

Department of Statistics                         xbw@purdue.edu

| Ph.D. | Statistics | University of Michigan, Ann Arbor | 2004 |
| M.A. | Statistics | University of Michigan, Ann Arbor | 2001 |
| B.S. | Statistics | Peking University, Beijing, China | 1999 |

| Visitor | SAMSI | 2012-2013 |
| Associate Professor | Purdue University | 2011-Present |
| Visiting Assistant Professor | Stanford University | Summer 2007 |
| Assistant Professor | Purdue University | 2004-2011 |

### Research Interest

Machine Learning and Artificial Intelligence, Big Data, Cyber Security, Metabolomics

### Awards and Honors

- Regina and Norman F. Carroll Research Award, Dept. of Statistics, Purdue Univ., 2022
- Associate Editor, Journal of Data Science, 2021–
- International Statistical Institute Elected Member, 2021
- Interdisciplinary Award, the College of Science, Purdue Univ., 2010

### Funded Grants

1. ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, **08/07/2017 – 01/06/2023**, Amount Responsible: $222,500

2. Army Research Lab (ARL): Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020– 05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. Purdue CERIAS Seed Grant, sole PI: Bowei Xi, $45,000, **06/15/2018 – No Expiration Date**, Amount Responsible: $45,000

7. Purdue Discovery Park, Institute for Global Security and Defense Innovation (iGSDI) grant, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, **04/16/2018–09/15/2018**, Amount Responsible: $16,500

8. ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 – 07/31/2015**, Amount Responsible: $210,140

9. DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors:

1

DEF1 00305



Knowledge-Vis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, **01/01/2017 – 08/12/2020**, Amount Responsible: $5000

10. NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 – 08/31/2017**, Amount Responsible: $105,000

11. DoD Grant 106346: D&R for Large Complex Data (DARPA-XDATA), **09/14/2012 – 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, 05/01/2008 – 03/28/2014, Amount Responsible: $200,000

13. NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 – 07/31/2011, Amount Responsible: $54,900

14. NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Biomarkers, PI: Daniel Raftery, co-PI: Bowei Xi, $387,476, 05/17/09–04/30/12, Amount Responsible: 0.5 month summer

15. NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 – 08/31/2010, Amount Responsible: $40,000

16. PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006–05/31/2007

17. PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

**Ph.D. Students**

Kirsen Sullivan (current), Juan Shu (current), Yitao Li (current), Fan Wu (current)
Yujie Chen (current), Wutao Wei (2018, Twitter), Lin-Yang Cheng(2017, Medspace)
Xiang Han (co-advised with W. S. Cleveland, 2014, Parkland Center for Clinical Innovation)
Hui Chen (co-advised with W. S. Cleveland, 2014, Apple)

**Publications**

1. Shu, J., Xi, B., Kamhoua, C. A., Understanding Adversarial Examples Through Deep Neural Network's Classification Boundary and Uncertainty Regions, submitted

2. Wu, F., Cheng, L. Y., Xi, B., Testing Population Mode for Precise Protein Markers Discovery, submitted

3. Wei, W., Xi, B., Kantarcioglu, M., A Grid Based Defensive Adversarial Clustering Algorithm against Active Adversaries, submitted

4. Shu, J., Wu, F., Xi, B., Kamhoua, C. A., Li, Y., Ma, J., Understanding Dropout for Graph Neural Network, 1–11, The First Workshop on Graph Learning at The ACM Web Conference 2022, April, 2022, online, hosted by Lyon, France.

5. Zhou, Y., Kantarcioglu, M., Xi, B., Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks, *IEEE Transactions on Dependable and Secure Computing* (impact factor 7.329), 2022 (early access available)

6. Shu, J., Li, Y., Wang, S., Xi, B., Ma, J., Disease Gene Prediction with Privileged Information and Heteroscedastic Dropout, *Bioinformatics*, 37, i410-i417, 2021 (impact factor 6.937)

2

DEF1 00306

Joan & Lucy                    (2/1/23

[stat has a time-in-place view
of promotion]

Q3: funding & role

> unclear FT status

seemed like
contract work, not competitive?    ⑦

Q1: cmte was aware of
unanimous vote!

[did funding go beyond
this year? {NOT CLEAR

Q2: disc on level of impact
of journals & competit-
iveness of conference pubs

> a lot of time spent on this,
more than every other

[her "lower tier" was less compet.

> Head could not address Qs
about the dossier

Army funding - was it
compet/peer-reviewed

- looks like funding ends
this year (did that →
Research Refresh award)

- clarity of her role was poor
(even head could not
explain)

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5



( 2/1/23 )

Kenkis Lin

Has STAT been treated unfairly?

#3 funding is funding, esp if it's easy (why then take a harder route?)

#2 — hole in pubs — color is sterile (in applied science (most stable too)

— new methodology, sci first appvd crank turning

Tier of pubs / Re Rad Model w/ her 1 and own work writing (but she's in diff discipline)

STAT ranked #22, this their erly

DEF1 00308

Docusign Envelope ID: 18752543-FEEA-4475-8671-0E3356G779B5

— felt double std in SAC,
some scrutinized much more
— trust STAT judgement ?
respect ?

DEF1 00309

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5

# EXHIBIT D

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5

```
From:    Lin, Dennis KJ
Sent:    Saturday, January 28, 2023 12:28 AM
To:      Hollenbeck, Peter J
Subject:      Bowei Xi
Attachments:      BoweiXiPromotionOctober2022.pptx
```

Follow Up Flag: Flag for follow up
Flag Status:    Flagged

Dear Peter;
I personally strongly support this promotion case.
Attached please find a copy of the ppt file which I have used to present at the Area
Committee.

I was so disappointed that the Area Committee did not pass the case, I decided to
step down
(since I failed my faculty) after the meeting...and Patrick Wolfe (as the Dean of
Science)
approved.
After I informed Bowei about her case, we have never met, nor discussed this...thus
I am
somehow surprised that she files this appeal.

Here are some background...
# At the Primary Committee Meeting.  This case was unanimously supported.  All Full
Professors
in Stat strongly supported the case (12:0).
# At the Area Committee Meeting.  This case has received some discussions.  Some
negative
comments, as I recalled, are
*       Her fundings are more on "continuing grants," not "competitive grants."
*       She has just received a "Research Refreshment Award" which is typically for
those who
are not so active in the recent years.
*       She was not the "key player" in many of her publications.
I have attempted to "defend" them by saying
*       She has fundings from both "continuing" and "competitive" grants.  AND her
grants are
good in both "numbers" and "amounts."
*       An award is an award, it could be big or small, but it should not be
negative.
*       She has developed new (statistical) methodologies for her work, even though
the
problem itself may not be statistics-orientated.  This is rather common in all
applied
sciences.
Apparently, I did not defend well...and thus the vote (and thus my step-down).

There is no "bad guy" in the entire process.  We all did our job well.  I took the
responsibility for

DEF1 00279

Docusign Envelope ID: 18752543-FEEA-4475-8671-0E3956C779B5

failing the case, and thus stepped down.

Let me know if I could provide more...and looking forward to our meeting next Wed.
DL

DEF1 00280

# EXHIBIT E

**From:** Hollenbeck, Peter J
**Sent:** Friday, February 3, 2023 8:06 AM
**To:** Xi, Bowei
**Cc:** Chmielewski, Jean A; Cziczo, Daniel James; Wolfe, Patrick J
**Subject:** promotion decision appeal

Dear Bowei,

I have now investigated to the best of my ability the decision on your case for promotion to Professor by the College of Science Area Committee, which you appealed on the bases of misinterpretation and grossly inadequate consideration of your record.  Based on your appeal, I assessed three issues:  did the SAC ignore the vote of the Statistics primary committee?; did the SAC's discussion show an understanding of your publication record that was fundamentally flawed?; did the SAC's discussion show an understanding of your research funding and awards that was fundamentally flawed?

By all accounts, the SAC spent considerable time reviewing your case and document.  I cannot find evidence that they failed to understand the STAT vote, your publication record, or your research awards – indeed, they discussed these at length.  I appreciate that you disagree with their conclusions, but I do not believe that their decision derived from grossly inadequate consideration or erroneous or misinterpreted information.

I note that you provided a detailed comparison of your record to that of another member of the faculty whose promotion was approved by the SAC.  This is not relevant to the appeal, as promotion cases are not to be compared to each other, but rather held individually against the standards set by the College.

In sum, as I believe that no erroneous review has occurred, I must deny your appeal.

I hope that in the future your Head and Dean can guide you toward building a strong case for promotion.  Having studied your promotion document, I do think that a few things could have been presented more clearly, including the nature and duration of your research awards and your exact role in them.

Sincerely,
Peter Hollenbeck

---

**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47907
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University

**EXHIBIT 21**

1

DEF1 00281

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

**From:** Xi, Bowei <xbw@purdue.edu>
**Sent:** Wednesday, January 25, 2023 10:13 AM
**To:** Hollenbeck, Peter J <phollenb@purdue.edu>
**Subject:** reconsideration of negative promotion decision

Dear Vice Provost Hollenbeck,

Attached please find my written request for reconsideration of the denial of my promotion. Could you please confirm receipt of this email? Thank you.

Regards,
Bowei

2

DEF1 00282

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0F3356C773B5

# EXHIBIT F

**From:**      Lin, Dennis KJ
**Sent:**      Thursday, May 19, 2022 1:55 PM
**To:**      Hollenbeck, Peter J; Xi, Bowei
**Cc:**      Flesch, Lucy M; Wolfe, Patrick J; Johnson, Sarah E
**Subject:**      Re: 2022-23 Research Refresh

Dear Peter;
Great news indeed.

Thank you so much,
Dennis

**From:** Johnson, Sarah E <sejohnson@purdue.edu> on behalf of Hollenbeck, Peter J <phollenb@purdue.edu>
**Sent:** Thursday, May 19, 2022 12:15 PM
**To:** Xi, Bowei <xbw@purdue.edu>
**Cc:** Lin, Dennis KJ <dkjlin@purdue.edu>; Flesch, Lucy M <lmflesch@purdue.edu>; Wolfe, Patrick J <patrick@purdue.edu>; Johnson, Sarah E <sejohnson@purdue.edu>
**Subject:** 2022-23 Research Refresh

 Office of the Provost

19 May 2022

Bowei Xi
Department of Statistics
College of Science

Dear Professor Xi,

I am delighted to inform you that you have been selected as one of the **2022-2023 recipients of the Research Refresh program.** You are among a select group of nominees whom the committee felt that could, through this program, benefit from intense focus to advance their scholarship and reinvigorate their careers.

The next step is to provide a detailed budget using the attached template. Please work through your pre-awards office to complete this template. Ideally, we would like your budget by June 1, 2022. If the budget you submitted with your proposal used the template format, was processed through the pre-award office, and meets the budget guidelines below, please confirm this for us and nothing further is required.

Proposals may include up to one month of faculty summer salary if the project extends through the summer, and up to $10,000 in discretionary funding to support project needs including travel to meet with program directors or to visit colleagues at other institutions to learn new techniques or gain exposure to the selected research area. In addition, up to $30,000 over two semesters for the actual costs of replacement teaching will be provided to the department. All unused money will be returned to the Office of the Provost at the end of the Research Refresh project. If you have any questions, please contact Peter Hollenbeck in the Provost's Office.

Sincerely,

**EXHIBIT 14**

DEF1 00430

Docusign Envelope ID: 187F2543-FEEA-447E-8671-0E3356C773B5



**Peter J Hollenbeck, PhD**
*Vice Provost for Faculty Affairs*
Office of the Provost

Frederick Hovde Hall, Room 100
610 Purdue Mall
West Lafayette, IN 47907
office: 765-494-9709

*Professor of Biological Sciences*
2-237 Lilly Hall
Purdue University



https://www.purdue.edu/provost/faculty/index.html
https://www.purdue.edu/provost/about/staff/Hollenbeck_Peter.html

2

**docusign**

## Certificate Of Completion

Envelope Id: 187F2543-FEEA-447E-8671-0E3356C773B5
Subject: Complete with Docusign: Peter Hollenbeck Declaration and Exhibits(47237079.1).pdf
B&T Client #: Purdue
B&T Matter #: Xi
Client Ref. #: 61707-43
Source Envelope:

Status: Completed

Document Pages: 78
Certificate Pages: 2
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 1
Initials: 0

Envelope Originator:
Patty Snyder
11 South Meridian Street
Indianapolis, IN  46204
Patty.Snyder@btlaw.com
IP Address: 10.104.81.73

## Record Tracking

Status: Original
        4/28/2025 3:07:33 PM

Holder: Patty Snyder
        Patty.Snyder@btlaw.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Peter Hollenbeck<br>phollenb@purdue.edu<br>Vice Provost for Faculty Affairs<br>Security Level: Email, Account Authentication<br>(None) | *Peter Hollenbeck*<br>5D900EB4B908ABB<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.103.75.25 | Sent: 4/28/2025 3:10:29 PM<br>Viewed: 4/29/2025 11:02:08 AM<br>Signed: 4/29/2025 11:04:22 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Colleen Schade<br>colleen.schade@btlaw.com<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 4/28/2025 3:10:29 PM<br>Viewed: 4/29/2025 11:05:28 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via Docusign | | |
| Patty Snyder<br>patty.snyder@btlaw.com<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 4/28/2025 3:10:29 PM<br>Resent: 4/29/2025 11:04:26 AM<br>Viewed: 4/29/2025 11:41:28 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 4/28/2025 3:10:30 PM |
| Certified Delivered | Security Checked | 4/29/2025 11:02:08 AM |
| Signing Complete | Security Checked | 4/29/2025 11:04:22 AM |
| Completed | Security Checked | 4/29/2025 11:04:22 AM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |