Docusign Envelope ID: EB49874A-F4D3-4009-835F-76B98319F6B2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF XIAO WANG

I, Xiao Wang, declare that the following is true and correct:

1. I am a competent adult over the age of 18 and have personal knowledge of the facts and information as set forth in this Declaration.

2. I began my employment with Purdue University in 2009. I currently hold the rank of Full Professor of Statistics at Purdue University's West Lafayette, Indiana campus.

3. I currently serve as the Head of the Department of Statistics and have served in this role since April 16, 2024. I previously served as the Interim Head of the Department of Statistics since August 2023.

4. In the Department of Statistics, the Primary Committee reviews promotion cases in the spring semester, and if it determines that a case is ready for promotion, the case will proceed forward with the application process. Faculty within the Department of Statistics, including Dr. Xi, are welcome to express interest in being considered for promotion at any time, and the Primary Committee will review and consider their respective promotion cases to determine if they are ready for promotion.

5. Dr. Xi currently serves as an Associate Professor of Statistics with Tenure and can express interest in applying to full professor at any time.

EXHIBIT 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 4/28/2025

DocuSigned by:

*Xiao Wang*

1E9E62E4CD39469...

Signature