UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PATRICK WOLFE

I, Patrick Wolfe, declare that the following is true and correct:

1. I am a competent adult over the age of 18 and have personal knowledge of the facts and information as set forth in this Declaration.

2. I began my employment with Purdue University in 2017 as a Full Professor of Statistics and the Dean of the College of Science at the West Lafayette, Indiana Campus. I served as the Dean of the College of Science through the end of 2022. Since January 1, 2023, I have served as the Provost and Executive Vice President for Academic Affairs for Purdue University's West Lafayette, Indiana campus.

3. I chaired the Area Committee that considered Dr. Bowei Xi's application for promotion to Full Professor of Statistics in 2022. I attended the Area Committee discussion of Dr. Xi's promotion case, but pursuant to Purdue's policies, I did not vote since I was the Dean of the College of Science at the time.

4. There was no discussion of Dr. Xi's sex, race, national origin, or any other protected characteristic during the Area Committee's discussion on Dr. Xi's qualifications for promotion or the merits of her application, and I do not believe any of these characteristics played a role in the Area Committee's discussion or vote.

1

EXHIBIT 5

Docusign Envelope ID: 92FDB6A1-42A1-430C-85DC-F9020C0BB8FA

5. The Area Committee's discussions focused on Dr. Xi's research, and there was concern that her research was not at the level expected to be promoted to full professor. The Area Committee was concerned that Dr. Xi's research had recently slowed down since she recently received the Research Refresh Award, and it was not clear whether she had any competitive federal grant funding at the time she applied. The Area Committee also had concerns about the quality of Dr. Xi's journals and conference proceedings, and it was difficult to determine Dr. Xi's level of involvement in many of her publications.

6. The Area Committee did not receive or review Dr. Xi's Research Refresh Application. Neither Dr. Xi's sex nor the fact that Dr. Xi claimed to have applied for the Research Refresh Award because she had kids were part of the Area Committee's assessment of Plaintiff's receipt of the award.

7. The Area Committee voted against recommending Dr. Xi for promotion by a vote of 10 (yes) to 11 (no). I ultimately approved the Area Committee's recommendation to deny Dr. Xi promotion to full professor, taking into account the vote count and the Area Committee's concerns about Dr. Xi's insufficient research, especially since Dr. Xi chose discovery (research) as the area in which she demonstrated excellence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/2/2025

*DocuSigned by:*
[signature]
B1A007C73F64402...
Signature