Docusign Envelope ID: 172722BF-08B6-4793-A7D3-D9F245F0C0E9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-PPS-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DANIEL CZICZO

I, Daniel Cziczo, declare that the following is true and correct:

1.  I am a competent adult over the age of 18 and have personal knowledge of the facts and information as set forth in this Declaration.

2.  I am currently employed by Purdue University as a Full Professor for the Department of Earth, Atmospheric and Planetary Sciences at Purdue's West Lafayette, Indiana Campus. In 2023, I also served as the Interim Head of the Department of Statistics after the prior Department Head, Dr. Dennis Lin, resigned from that role.

3.  After I assumed the role of Interim Head of the Department of Statistics in 2023, one of my duties was to conduct annual reviews for faculty within the Department of Statistics.

4.  Dr. Bowei Xi sent me an email on March 8, 2023, inquiring when she would be able to re-apply for promotion to full professor. I responded on March 9, 2023, noting that it would be difficult to run her case again in 2023 because of the College of Science's policy regarding the life cycle of a letter of reference that prohibited the Department from replacing letters of reference solicited on Dr. Xi's behalf the year before for 24 months. Accordingly, I told her it would be difficult to run her case again in 2023 since we would have to use the same letters, but that I was open to discussing the

1

EXHIBIT 6

same with her during her upcoming annual review. A true and accurate copy of this email correspondence is attached as Exhibit A.

5. I also sent an email to Dr. Xi's mentorship committee on March 9, 2023, which is a committee of faculty members designed to provide guidance and support to Dr. Xi throughout the promotion process, stating that it was unlikely that the Department could run Dr. Xi's case again in 2023 due to the life cycle of the external letter of references, and the committee agreed with my assessment. Attached as Exhibit B is a true and accurate copy of the email I sent to Dr. Xi's mentorship committee on March 9, 2023.

6. I met with Dr. Bowei Xi for her annual review on or around April 5, 2023. During Dr. Xi's review, we discussed her application to Full Professor from 2022 and her ability to re-apply for promotion to Full Professor in the future. I was not acting as the interim Head of the Department of Statistics when Dr. Bowei Xi applied for promotion to Full Professor of Statistics in 2022.

7. During our meeting, I reiterated what I told Dr. Xi in my prior email that if she re-applied for promotion to full professor in 2023, she would have to use the same letters that she used in her unsuccessful promotion application in 2022 because of the College of Science's policy on the life-cycle of a letter that "locks in" the letters for 24 months. Therefore, I recommended that she re-apply for promotion again in 2024 so that the Department could solicit new letters seeking different information that would help her promotion case.

8. I never told Dr. Xi that was she prohibited from submitting her case to the Statistics Primary Committee for consideration in 2023 if she chose to do so. In fact, during our meeting, Dr. Xi and I agreed that we would discuss her case at the next Statistics Primary Committee, occurring in about a week, and ask their recommendation if she should re-apply in 2023 or 2024 and then follow the Primary Committee's recommendation. The Primary Committee's decision was for Dr. Xi to wait to re-apply in 2024 so she could solicit new letters.

Docusign Envelope ID: 172722BF-08B6-4793-A7D3-DDF245F0C0E9

9. I never told Dr. Xi that she should "give up" re-applying for promotion to full professor, nor did I tell Dr. Xi not to re-apply. To the contrary, I wanted Dr. Xi to ultimately be promoted to full professor, so I was giving her advice to help her chances of success the next time she re-applied.

10. The fact that Dr. Xi submitted a request for reconsideration of the denial of her promotion to the Vice Provost in January of 2023 played no role in my recommendation that Dr. Xi wait to re-apply until 2024, nor did it play any role or come up in any my discussions with the College of Science regarding Dr. Xi's ability to re-apply for promotion in the future.

11. Moreover, Dr. Xi's race, national origin, and/or sex (or any other of Dr. Xi's characteristics) did not play any role in my recommendation that she wait to re-apply until 2024, nor did they play a role or come up in any my discussions with the College of Science regarding Dr. Xi's ability to re-apply for promotion in the future.

Docusign Envelope ID: 172722BF-08B6-4793-A7D3-D0F245F000F9

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/1/2025

Signature: *Daniel Griego* (DocuSigned by: B541A6883F04459...)

# EXHIBIT A

| | |
|---|---|
| From: | Cziczo, Daniel James |
| To: | Xi, Bowei |
| Cc: | Ward, Mark Daniel; Liu, Chuanhai; Sellke, Thomas M |
| Subject: | Re: re-apply for promotion in Spring 2023 |
| Date: | Thursday, March 9, 2023 12:44:53 PM |

Good afternoon, Bowei

Thank you for reaching out to me. As a first step I would like to meet with you at out 1:1 which is currently scheduled for April 5. If you feel this is more urgent please reach out to Laura Holladay in the front office and she can reschedule us sooner.

I do not know if the committee explained this so I will apologize if this is a repeat. There are issues at the University and College level with running a case in two consecutive years; this is due to the 24-month 'life' of a letter of reference (i.e. we can not replace letters that we solicited last year). As such, it is typically not possible, and at the least would make it extremely difficult, to run a case in 2023. Our goal has always been to do so in 2024 but I would of course be open to discussing what the implications are regarding 2023.

Please let Laura know if you'd like to meet sooner, else I look forward to seeing you on April 5.

Dan

Daniel J. Cziczo
Professor and Head
Department of Earth, Atmospheric and Planetary Sciences
Interim Head
Department of Statistics
Purdue University
Phone: 1-765-494-3258
Email: djcziczo@purdue.edu
Pronouns: He/Him/His

> On Mar 8, 2023, at 8:40 PM, Xi, Bowei <xbw@purdue.edu> wrote:
>
> Dear Prof. Cziczo,
>
> I further updated my promotion document after the meeting with my mentors. I want to re-apply for promotion to full professor in Spring 2023.
>
> Could you send me the official university policy for re-applying for promotion? Thank you very much.

DEF1 001708

Best,
Bowei
<BoweiXi.Spring2023-reapply.pdf>

DEF1 001709

Docusign Envelope ID: 172722BF-08B6-4793-A7D3-DDF245F0C0E9

# EXHIBIT B

| | |
|---|---|
| **From:** | Ward, Mark Daniel |
| **To:** | Cziczo, Daniel James |
| **Cc:** | Liu, Chuanhai; Sellke, Thomas M |
| **Subject:** | Re: re-apply for promotion in Spring 2023 |
| **Date:** | Thursday, March 9, 2023 3:34:24 PM |

Dear Dan,

Agreed!

Mark

Mark Daniel Ward, Ph.D.
Professor of Statistics and
(by courtesy) of Agricultural & Biological Engineering,
Computer Science, Mathematics, and Public Health;
Director of The Data Mine
Purdue University
mdw@purdue.edu
datamine@purdue.edu
phone: (765) 496-9563
VRS: (765) 248-6858

**From:** "Cziczo, Daniel James" <djcziczo@purdue.edu>
**Date:** Thursday, March 9, 2023 at 3:28 PM
**To:** "Ward, Mark Daniel" <mdw@purdue.edu>
**Cc:** "Liu, Chuanhai" <chuanhai@purdue.edu>, "Sellke, Thomas M" <tsellke@purdue.edu>
**Subject:** Re: re-apply for promotion in Spring 2023

Thanks, Mark - it is good to know we're giving her a consistent message, especially since it is a sensitive case. I will report back to you all but we should assume the case can not move forward in 2023 but will in 2024.

Thanks

Dan

Daniel J. Cziczo
Professor and Head
Department of Earth, Atmospheric and Planetary Sciences
Interim Head
Department of Statistics
Purdue University
Phone: 1-765-494-3258
Email: djcziczo@purdue.edu
Pronouns: He/Him/His

DEF1 001710

Docusign Envelope ID: 172722BF-08B6-4793-A7D3-BDF24550C0E9

On Mar 9, 2023, at 1:22 PM, Ward, Mark Daniel <mdw@purdue.edu> wrote:

Dear Dan,

Agreed.

I actually told Bowei in the meeting that we would all be willing to work with her to re-apply in two years if she wanted to try.

BUT

I also told her that it is not possible to apply for two years, and she seemed OK with that, and just said that she would keep working hard.

She did not say during the meeting that she wanted to apply again this year, so I was surprised to get her email about that.

Always happy to talk. I'm on campus every day.

Mark

Mark Daniel Ward, Ph.D.
Professor of Statistics and
(by courtesy) of Agricultural & Biological Engineering,
Computer Science, Mathematics, and Public Health;
Director of The Data Mine
Purdue University
mdw@purdue.edu
datamine@purdue.edu
phone: (765) 496-9563
VRS: (765) 248-6858

**From:** "Cziczo, Daniel James" <djcziczo@purdue.edu>
**Date:** Thursday, March 9, 2023 at 12:46 PM
**Cc:** "Ward, Mark Daniel" <mdw@purdue.edu>, "Liu, Chuanhai" <chuanhai@purdue.edu>, "Sellke, Thomas M" <tsellke@purdue.edu>
**Subject:** Re: re-apply for promotion in Spring 2023

DEF1 001711

Docusign Envelope ID: 172722BF-08B6-4793-A7D3-BDF24550C0E9

Hi Group

Dropping Bowei for a moment, please let me know any relevant details from your committee meeting. As I think you're aware, we are likely not able to run a case two consecutive years due to the shelf life of the letters from last year. Just to be clear, this is a University rule so not one we can change.

Thanks

Dan

On Mar 8, 2023, at 8:40 PM, Xi, Bowei <xbw@purdue.edu> wrote:

Dear Prof. Cziczo,

I further updated my promotion document after the meeting with my mentors. I want to re-apply for promotion to full professor in Spring 2023.

Could you send me the official university policy for re-applying for promotion? Thank you very much.

Best,
Bowei
<BoweiXi.Spring2023-reapply.pdf>