UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-JD-PPS |
| | ) |
| THE TRUSTEES OF | ) |
| PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIF'S APPENDIX OF EVIDENCE IN SUPPORT OF ITS REPLY IN <u>OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, by counsel, respectfully submits this Appendix consisting of evidence in support of its Brief in opposition to *Defendant's Motion for Summary Judgment*.

**TABLE OF CONTENTS**

| *Description* | *Exhibit* |
|---|---|
| Declaration of Bowei Xi……………………………………………………………………. | A |
| Bowei Xi EEOC Rebuttal and Exhibits………………………………………………………….. | B |
| Plaintiff's Responses to Defendant's First Set of Interrogatories……………………………………… | C |
| Defendant's Answers to Plaintiff's Initial Set of Interrogatories…………………………………… | D |
| Bhadra Supplemental Emails………………………………………………………………… | E |
| Plaintiff's Letters of Recommendation…………………………………………………………… | F |
| Dennis Lin Supplemental Emails…………………………………………………………. | G |

Respectfully Submitted,

*/s/ Timothy A. Dowers*
John H. Haskin (7576-49)
Timothy A. Dowers (37933-49)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone (317) 955-9500
Facsimile (317) 955-2570
jhaskin@jhaskinlaw.com
tdowers@jhaskinlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served on June 11 2025, via CM/ECF filing, to the following counsel of record:

| | |
|---|---|
| John R. Maley | john.maley@btlaw.com |
| Colleen E. Schade | colleen.schade@btlaw.com |
| Emily Lodge | Emily.Lodge@btlaw.com |

BARNES & THORNBURG LLP

*/s/ Timothy A. Dowers*
Timothy A. Dowers
JOHN H. HASKIN & ASSOCIATES, LLC