UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-JD-PPS |
| | ) |
| THE TRUSTEES OF | ) |
| PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF DR. BOWEI XI

I, Dr. Bowei Xi, hereby declare that the following is true and correct to the best of my personal knowledge:

1. I am over 18 years of age and competent to testify to the matters stated herein. I make this declaration based on my personal knowledge and direct experience.

2. I am a tenured Associate Professor in the Department of Statistics at Purdue University. I joined Purdue in 2004 and received tenure in 2011.

3. I'm also an Asian woman of Chinese national origin.

4. In 2017, after a prior promotion attempt, then-distinguished professor Bill Cleveland made a comment to the effect that some people believed I might stop working if I were promoted because I was pregnant. That comment stayed with me and raised concerns about bias based on family status.

5. I applied for promotion to Full Professor in Fall 2022. My application received unanimous support from my department's Primary Committee, but I was not promoted after review by the College of Science Area Committee.

-2-

6. In 2022, I was awarded a Research Refresh Award (RRA). The program materials stated that the award supports faculty who have faced personal or professional disruptions and need protected time to pursue research. I applied for the award due to caregiving responsibilities related to a high-risk pregnancy and the premature birth of my son, which occurred during the COVID-19 pandemic.

7. At the time of my promotion application, I had secured approximately $950,000 in research funding, including grants from the National Science Foundation and a long-term collaboration agreement with the Army Research Laboratory extending through 2027. I also maintained an active publication record and supervised graduate students.

8. On January 18, 2023, I met with Associate Dean Lucy Flesch and former Department Head Hao Zhang to receive feedback about my promotion denial. I recorded this meeting. During the conversation, they told me that the Area Committee viewed my receipt of the Research Refresh Award as an indication that my research had slowed. They also stated that the award was interpreted as a sign that I was less productive because of family obligations.

9. I had not been informed before then that the award could be interpreted negatively in the promotion process.

10. On April 5, 2023, I met with Interim Department Head Dr. Daniel Cziczo. I recorded that meeting as well. During our conversation, Dr. Cziczo told me that the handling of my promotion case was "a mistake beyond your control" and stated, "If I were you, I would give up." He also said that he had spoken with the College and advised me not to reapply that year.

11. Before that meeting, I had not been told of any rule or policy that would prevent me from reapplying. I understood from prior practice in my department that faculty could reapply in the next cycle if they wished to do so.

-3-

12. I am aware that Dr. Anindya Bhadra, a male faculty member in the Department of Statistics, was promoted to Full Professor in 2022. I reviewed his publicly available CV and departmental profile.

13. To my knowledge, he is a male and of Indian national origin.

14. To my knowledge, his total external funding, number of publications, and number of supervised graduate students were lower than mine at the time of my application.

15. I later became aware of an email from Dr. Bhadra requesting to bypass the normal Area Committee review process due to timing concerns. I was not aware of any opportunity to make such a request in my case, and I did not receive any accommodations in the timing or structure of my promotion review.

16. In May 2024, I met with Dean Lucy Flesch and Department Head Xiao. During that meeting, I was told my ARL funding did not meet the standard of competitive, peer-reviewed grants used in promotion decisions. I was not told this during my 2022 application cycle and am not aware that this standard was applied consistently to others.

17. I have not observed male colleagues discouraged from applying or reapplying for promotion based on their receipt of the Research Refresh Award or based on their family responsibilities. I was transparent about my family responsibilities in my application and RRA materials.

18. I believe I was held to different standards in the promotion process because I am a woman with caregiving responsibilities. I also believe my race and national origin were factors in how I was evaluated and treated.

-4-

19. This belief is based on the feedback I received in meetings, my experience navigating the process, and the differences in treatment I observed compared to similarly situated male, non-Asian or non-Chinese colleagues.

Executed on: Jun 11, 2025

_Bowei Xi (Jun 11, 2025 19:35 GMT+8)_
Dr. Bowei Xi