**PURDUE UNIVSERSITY– ARL CRADA 16-069-A01**

**APPENDIX A - Points of Contact**

| | **Perdue University** | **U.S. ARMY RESEARCH LABORATORY** |
|---|---|---|
| | **COLLABORATOR** | **ARL** |
| Legal POC | Office of Legal Counsel<br>765-496-1506<br>legalcounsel@purdue.edu | Alan Kalb<br>ARL Legal Counsel<br>(301) 394-1769<br>alan.i.kalb.civ@army.mil |
| Admin. POC | Kyle Wargo<br>Director, Contracting<br>Sponsored Program Services<br>765-494-0382<br>spscontr@purdue.edu | AnnMarie Martin<br>Strategic Partnerships Office<br>410-278-9106<br>annmarie.b.martin.civ@army.mil |
| Signatory | Kyle Wargo<br>Director, Contracting<br>Sponsored Program Services<br>765-494-0382<br>spscontr@purdue.edu | Dr. Patrick J. Baker<br>Director |
| Organization | Purdue University<br>Sponsored Program Services<br>610 Purdue Mall<br>West Lafayette, IN 47907-2040 | DEVCOM Army Research Laboratory,<br>Strategic Partnerships Office<br>FCDD-RLD-FS/AnnMarie Martin<br>Bldg 321 Rm 126<br>6375 Johnson Rd<br>APG MD 21005-5425 |
| Web Site | www.purdue.edu | www.arl.army.mil |
| Action Officer if not above | | AnnMarie Martin<br>410-278-9106<br>annmarie.b.martin.civ@army.mil |

## Title: Robust AI for Resilient Cyber Physical System

**Abstract:**    Although AI is developing rapidly, AI's vulnerability under adversarial attacks remains an extraordinarily difficult problem. Dr. Xi published one of the earliest papers in adversarial classification. Her second child was born during the pandemic. The protected time will allow her to reinvigorate her research on developing robust AI.

**Project Duration:**    07/15/2022 – 7/14/2023

**Total Amount of Funding Requested:**    $66,956

PI: Bowei Xi
Department of Statistics
250 N Univesity Street, West Lafayette, IN 47907
Email: xbw@purdue.edu
Phone: 765-494-3899

_____
PI Bowei Xi

**Endorsement and Approval from the Department Head and the Dean:**    A support letter co-signed by the Head of the Department of Statistics, Prof. Dennis Lin, and the Senior Associate Dean for Faculty Affairs of College of Science, Prof. Lucy Flesch, is attached.

**Exhibit**
**F**

## Eligibility Statement

Dr. Xi was promoted to Associate Professor in August 2011. She took a maternity leave in Fall 2020, and has been teaching STAT 511 in Spring and Fall 2021, and Spring 2022. She has two young children. Her daughter was born on September 15, 2017, and her son was born on July 05, 2020. The pregnancy with her son was eventful. She remained on bed rest throughout June 2020, and her son was born prematurely. Her son needed extra care and time, while she did not have domestic help because it was unsafe during the pandemic. Recently, from late 2021 to Feb. 2022, the daycare was mostly closed due to COVID19 cases among the teachers and the kids. Her research progress slowed down due to the unexpected pregnancy complication and the challenge to find childcare during the pandemic. The R2 program would give a much-needed boost to help her regain momentum.

## Project Description

Although machine learning (ML) and artificial intelligence (AI) are widely adopted in many fields today, ML and AI are immature in complex data environment [13]: (1) The performance of ML and AI deteriorates quickly facing active adversaries; (2) ML and AI need to be further developed for highly heterogeneous noisy data; (3) ML and AI lack the robustness to transfer knowledge to new and never before seen tasks or environments. US Army is developing next generation combat vehicles with increasing autonomy, but the current ML and AI technologies' drawbacks prevent them from working robustly in Army's highly complex operational environment. Another area where robust AI will have significant impact is in predicting power grid cascading failures. While power grids are robust to small disturbances, inaccurate analysis or unexpected combinations of failures can initiate cascading outages resulting in massive blackouts [2]. AI is the perfect solution to predict and mitigate power grid cascading failures.

The protected time will allow the PI to focus on research activities including: (1) Visiting the Simons Institute for the Theory of Computing at UC Berkeley, and learning the most recent advances in machine learning; (2) Visiting Army Research Lab and NSF; (3) Focusing on the proposed projects, submitting papers and at least one proposal. Below are the detailed discussions for three research tasks with a common theme on building robust AI to increase the cyber physical systems' resilience in complex environments.

**PI Qualification**  Dr. Xi has established a Collaborative Research and Development Agreement (CRADA) with Army Research Laboratory (ARL). Although many ARL grants are awarded to Purdue every year, currently only four faculty members (from four different projects) are covered by ARL CRADA. Dr. Xi's work on adversarial machine learning receives support from two Army Research Office (ARO) grants. The project produced ground breaking work using game theoretic framework to model the attackers and the defender's potential actions in adversarial classification, and building robust classifiers based on the Stackelberg game's subgame perfect equilibrium [7, 12].

## Research Task 1: Resilient DNN Random Ensemble

A cyber physical system can be considered as having three layers – a hardware layer, a software layer, and a data layer. A resilient cyber physical system must have all three layers secured. This task will focus on the interface between the data layer and the software layer – the learning algorithms implemented in the software to process the data must be secured against adversaries as well as other elements of the cyber physical system. For example, an autonomous vehicle has cameras, radar and/or lidar sensors. The sensors receive information from the surrounding environment. The sensor data are processed to identify objects, classify these objects, and determine their distance and speed with regard to the vehicle. Each type of the sensors has its pros and cons. As ML and AI gaining widening implementation in transportation, some autonomous vehicle manufacturers prefer the less expensive camera sensors over the more expensive lidar sensors. However cameras are less reliable because the weather condition, the background of the objects and the image quality could potentially lead to a wrong decision and increase the odds of an accident. Therefore building robust AI is crucial to process the image sensor data correctly and ensure the safety of self-driving cars.

Making AI robust is an important task. Soon after AlexNet won the ImageNet Large Scale Visual Recognition Challenge in 2012, which led to the third wave of AI, in 2014 researchers discovered that deep neural network (DNN) can be fooled by adding targeted minor perturbations to clean images, i.e., the adversarial examples. Subsequently numerous attack algorithms were developed. This demonstrates the severity of AI vulnerabilities.

 

Figure 1: Left: Correctly classified airplane; Right: Airplane adversarial example, misclassifed as deer

Naturally, many defense strategies were developed to counter the attack algorithms. It is unfortunate that developing robust AI proves to be extraordinarily difficult. A defense strategy could reduce the effectiveness of existing attacks. But a newer adaptive attack customized to target the key components of a defense strategy could discover the vulnerabilities of the defense and render the defense less effective [1, 11]. This seems to become a never ending cycle of attacks and defenses.

Although currently there is no strong defense which is able to maintain good performance over all the adversarial examples generated by the existing attacks and the customized adaptive attacks, several defense strategies are shown to provide a degree of robustness.

- **Adversarial Training**: There are several variants of adversarial training (e.g., [5]). In general the procedure includes adversarial examples in DNN training process. The adversarial

examples are generated throughout the training process. Training on both the adversarial examples and the clean samples improves the robustness of DNN to a certain extent. However adversarial training could suffer from label leaking, where a DNN overfits the generated adversarial examples. Consequently an ensemble adversarial training strategy was developed, using adversarial examples generated against other pre-trained DNN models, to decouple the adversarial examples and the model being attacked and to scale up to large and complex datasets such as ImageNet. Adversarial training is a flexible strategy which can be combined with another defense strategy. However adaptive attacks are able to significantly reduce the effectiveness of adversarial training.

- **Pre-processing**: In 2017, Google Brain organized a Competition on Adversarial Attacks and Defenses [8]. Several winning teams applied pre-processing techniques (e.g., JPEG compression and image denoising) to adversarial examples to reduce the impact of adversarial perturbations, which are high frequency noises to the human eyes. Subsequently other pre-processing techniques were proposed too. It is also a flexible strategy which can be combined with another defense strategy. However if the adversary is aware of the pre-processing technique, an adaptive attack is able to reduce its effectiveness.

- **A different neural network structure**: One example is binarized neural network (NN), where activations and weights only use binary values. When a NN is implemented in a cyber physical system, accuracy may not be the only concern. For example, autonomous vehicle requires a resilient, fast, and energy efficient algorithm to process the large amount of sensor data. There are different types of hardware computation platforms. While GPU or TPU is typically used for DNN, binarized NN is a suitable candidate for field-programmable gate array (FPGA). Although binarized NN is slightly less accurate than the full precision DNN, it is much more energy efficient due to the efficient implementation of bitwise operations. Meanwhile, binarized NN is more robust than DNN. Adversarially trained binarized NN can achieve some level of accuracy over adversarial examples [4].

This task will focus on the full precision DNN using GPU, because the large pre-trained models such as Inception models are very popular for transfer learning tasks, and a smaller convolutional neural network (CNN) is easy to train and capable of handling many classification tasks with high accuracy. The proposed approach does not involve a drastically different training process or model structure. It is inspired by the mixed equilibrium concept in game theory. First, begin with a DNN model trained through the standard training process. Then a certain portion of the weights on a selected layer will be replaced by random numbers generated from a Gaussian distribution. The variance of the Gaussian distribution is determined through bootstrap. Since even a smaller CNN has a large number of parameters for each layer, replacing some weights by random numbers in a DNN model only slightly reduces the accuracy of the model on clean test data. Subsequently, an ensemble of DNN models with some random weights can achieve the same accuracy as the original trained model without random weights. A random ensemble can also achieve robust performance over adversarial examples. Experiments will be carried out to study which layer in a DNN with random weights will produce more robust performance.

Given one trained DNN model, there will be infinitely many DNN random ensembles which all maintain the same accuracy over the clean test data as the trained model itself, and achieve similar level of robust performance over adversarial examples. This strategy is designed to address

the adaptive attacks. An adaptive attack will attack the defense strategy itself. By having infinitely many ensembles, frequently switching to a different ensemble will not require additional training time. Thus the adaptive attack will lose the target to attack. Although this proposed approach cannot break the cycle of attacks and defenses, it will manage to always stay ahead of the adversaries in the cycle.

## Research Task 2: Robust Interpretation Through Graph Construction

This research task proposes a novel approach – create learning systems that truly "think" like humans. Different from the current state of the art AI approaches, humans directly observe and understand overall patterns (i.e., high level concepts) and utilize such high level concepts in the recognition process. For example, humans are able to recognize an individual at different stages of life, from his or her youthful years to old age, while a learning system fails to perform such tasks. Meanwhile human recognition process is much more robust against minor adversarial perturbations. For example, humans are much less likely to mis-identify a person because he or she changes the appearance by wearing a pair of glasses or growing a beard.

Hence a learning system should follow the same recognition process as humans do – focus on the high level concepts and the overall patterns instead of the individual mathematical elements. The proposed task will investigate how to define and extract crucial discriminant features (i.e., the high level concepts) from 2D and 3D images by translating the objects into graphs. This approach will produce robust performance for multiple applications such as computer vision tasks and studying brain functions using 3D brain images.

## Research Task 3: Predicting Power Grid Cascading Failures

Dr. Xi is working with Dr. Vijay Gupta from University of Notre Dame on this project (he will join Purdue ECE starting Summer 2022). There are fundamental challenges using AI to predict and mitigate power grid cascading failures [9]. Empirical data availability for these low-probability high-impact events is quite limited: Relays present at every node and edge in the power grid remove equipment when stress increases locally; however, the resulting power flow changes can shift high levels of stress to other parts of the network, propagating the cascade in non-intuitive ways.

Hence simulated data must be used. The project will employ widely accepted power system dynamic simulators (e.g., [10]) to generate dynamic datasets at (sub-)second time-scales. Synthetic power grid models that represent the US Eastern, Western, and Texan Grids are available. The project will integrate this dynamic simulation with research-grade cascading outage analysis tools (e.g., [6]) to create failure events that are similar to real-world rolling blackouts. Hardware-in-the-loop (HIL) simulations based on grid devices will be done by partnering with DoE labs.

The network structure is crucial in the cascade evolution and must be considered in any algorithm. Prediction and decision making algorithms must be distributed so as to respect the patchwork of operators in the grid, yet the decisions made by each operator should not increase the stress elsewhere in the grid. The algorithms must respect the physics of the power flow in a non-stationary (due to the time-varying supply-demand and weather patterns) environment and provide solutions that are interpretable enough for the operators to trust them [3].

The first goal is to learn models of the sub-systems and their interactions in an online and distributed fashion. Given the networked nature of the power grid system, the basic modeling



Figure 2: Timeline of the 2003 North American blackout.

framework will be graph neural network (GNN) with continuous time-dependent node features, where the nodes correspond to the sub-systems in the networked power grid system and the edges represent interactions among the sub-systems. GNNs have proven sufficiently flexible and powerful to model a number of mathematical formalisms that may describe the state evolution of the sub-systems and their interactions. For distributed model learning, the project will design algorithms for training GNNs leveraging recent innovations in multi-level stochastic compositional optimization. Further, the project will incorporate physics-based constraints, for reducing data requirements, and utilize paradigms such as event-triggered updates, federated learning, and communication-efficient neighbor sampling methods for reducing communication requirements when updating the local representations.

A second goal is to monitor for and classify changes in the operating conditions in an online fashion. Early detection and classification of changes in the operating conditions will trigger the appropriate control strategies in response, e.g., to localize a disturbance in the power grid. For significant and sudden changes in the operating conditions, (e.g., if a transmission line disconnects in the power grid), the first step will be unsupervised anomaly detection, automatically finding novel patterns in data and/or producing pseudo labels for GNNs. This approach will discover how the features of the past data can be aggregated in a distributed manner to detect unexpected events, while incorporating and exploiting the networked structure in the data. If operating conditions change slowly, e.g., an aging sensor provides faulty measurements whose error increases over time, the sensor data may be similar to normal incidences for a long time. A random ensemble approach will be considered which K copies of a learning model will be constructed for the same (or similar) learning tasks by sampling different sub-systems, a random ensemble of these copies will be used for prediction. A copy whose outcomes differ from those of other copies merits further investigation. Every successful detection can be used to train an online detector and classifier using adversarial training for better and faster detection in future.

# Three-year Development Plan

1. Year 1:

   - Resource: Department will connect senior faculties with junior faculties to share their grant writing experience with different federal agencies.
   - Milestones:
     - Visiting the Simons Institute for the Theory of Computing at UC Berkeley, and connecting with other researchers in their programs.
     - Visiting Army Research Lab in Maryland, and visiting NSF program officer in the DC area.
     - Together with Dr. Gupta, submitting a paper on developing NN to model power grid; sharing the open source code on GitHub.
     - Together with Dr. Gupta, submitting a proposal to NSF the Algorithms for Modern Power Systems (AMPS) program.
     - With Dr. Xi's students, submitting a paper on resilient DNN random ensemble; sharing the open source code on GitHub.

2. Year 2:

   - Resource: Department will provide Dr. Xi an opportunity to teach a special topic course.
   - Milestones:
     - Develop a special topic course on game theoretic machine learning and reinforcement learning, and recruit new Ph.D. students.
     - Applying for new ARO grant.
     - Submitting a proposal to NSF DMS program.
     - Submit at least three papers with her students and collaborators. The first paper on using graphs to interpret image objects will be completed.

3. Year 3:

   - Resource: Department will provide Dr. Xi an opportunity to teach a special topic course.
   - Milestones:
     - Develop a special topic course on robust and interpretable machine learning, and recruit new Ph.D. students.
     - Submitting a proposal to NSF CISE program.
     - Submit at least three papers with her students and collaborators.

# References

[1]  Athalye, A., Carlini, N., and Wagner, D. (2018, July). Obfuscated gradients give a false sense of security: Circumventing defenses to adversarial examples. In International Conference on Machine Learning (ICML) (pp. 274-283).

[2]  Dobson, I., Carreras, B. A., Lynch, V. E., and Newman, D. E. (2007). Complex systems analysis of series of blackouts: Cascading failure, critical points, and self-organization. Chaos: An Interdisciplinary Journal of Nonlinear Science, 17(2):026103.

[3]  Final Report for NSF Workshop 2018828: Forging Connections between Machine Learning, Data Science, and Power Systems Research, 2020. https://sites.google.com/ umn.edu/ ml-ds4pes/ home, under internal review.

[4]  Galloway, A., Taylor, G. W., and Moussa, M. (2018, February). Attacking Binarized Neural Networks. In International Conference on Learning Representations (ICLR).

[5]  Goodfellow, I. J., Shlens, J., and Szegedy, C. (2015). Explaining and harnessing adversarial examples. STAT, 1050, 20.

[6]  P. Henneaux, E. Ciapessoni, D. Cirio, E. Cotilla-Sanchez, R. Diao, I. Dobson, A. Gaikwad, S. Miller, M. Papic, A. Pitto, J. Qi, N. Samaan, G. Sansavini, S. Uppalapati, and R. Yao. Benchmarking quasi-steady state cascading outage analysis methodologies. In 2018 IEEE International Conference on Probabilistic Methods Applied to Power Systems (PMAPS), pages 16. IEEE, 2018.

[7]  Kantarcolu, M., Xi, B., and Clifton, C. (2011). Classifier evaluation and attribute selection against active adversaries. Data Mining and Knowledge Discovery, 22(1), 291-335.

[8]  Kurakin, A., Goodfellow, I., Bengio, S., Dong, Y., Liao, F., Liang, M., Pang, T., Zhu, J., Hu, X., Xie, C. and Wang, J., 2018. Adversarial attacks and defences competition. In The NIPS'17 Competition: Building Intelligent Systems (pp. 195-231).

[9]  Pi, R., Cai, Y., Li, Y., and Cao, Y. (2018). Machine learning based on Bayes networks to predict the cascading failure propagation. IEEE Access, 6, 44815-44823.

[10]  Power System Analysis Toolbox (PSAT). http://faraday1.ucd.ie/psat.html.

[11]  Tramer, F., Carlini, N., Brendel, W., and Madry, A. (2020). On adaptive attacks to adversarial example defenses. Advances in Neural Information Processing Systems, 33, 1633-1645.

[12]  Zhou, Y., Kantarcioglu, M., and Xi, B. (2019). A survey of game theoretic approach for adversarial machine learning. Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery, 9(3), e1259.

[13]  Xi, B. (2020). Adversarial machine learning for cybersecurity and computer vision: Current developments and challenges. Wiley Interdisciplinary Reviews: Computational Statistics, 12(5), e1511.

**RESEARCH REFRESH (R2) PROGRAM**
**Budget Request**

Appendix B

| | | | Please itemize and explain all budget items |
|---|---|---|---|
| | | | |
| PROPOSED PROJECT PERIOD ___07/15/2022 - 07/14/2023_____ | | | |
| | | | |
| **Category** | | **2022-23** | **Explanations** |
| | | | |
| **Salaries & Wages/Fringe Benefits** | | | |
| Faculty - Summer Salary | | $14,769 | 0.5 summer month in 2022 |
| | | | and 0.5 summer month in 2023 |
| Course Release Buy-Out | | $29,990 | two semester course release |
| Other (Specify) | | | |
| Fringe Benefits | | $12,197 | Fringe benefits are budgeted in accordance |
| | | | with university policy as follows: |
| | | | Faculty  27.25% |
| **Total Salaries & Wages/Fringe Benefits** | | $56,956 | |
| | | | |
| **Supplies & Expenses** | | | |
| Travel | | $6,000 | Attending conferences such as the 31st |
| | | | International Joint Conference on |
| | | | Artificial Intelligence (IJCAI) 2022  in Vienna |
| | | | Austria, and the Joint Statistical Meeting; |
| | | | meeting ARL researchers in Maryland |
| Training | | | |
| Other (Specify) | | $4,000 | Publication cost, such as $1850 |
| | | | per paper from IEEE Access |
| **Total Supplies & Expenses** | | $10,000 | |
| | | | |
| **Total Request** | | $66,956 | |

**Bowei Xi**

Department of Statistics                    xbw@purdue.edu

| Ph.D. | Statistics | University of Michigan, Ann Arbor | 2004 |
|-------|-----------|-----------------------------------|------|
| M.A. | Statistics | University of Michigan, Ann Arbor | 2001 |
| B.S. | Statistics | Peking University, Beijing, China | 1999 |

| Visitor | SAMSI | 2012-2013 |
|---------|-------|-----------|
| Associate Professor | Purdue University | 2011-Present |
| Visiting Assistant Professor | Stanford University | Summer 2007 |
| Assistant Professor | Purdue University | 2004-2011 |

**Research Interest**

Machine Learning and Artificial Intelligence, Big Data, Cyber Security, Metabolomics

**Awards and Honors**

- Regina and Norman F. Carroll Research Award, Dept. of Statistics, Purdue Univ., 2022
- Associate Editor, Journal of Data Science, 2021–
- International Statistical Institute Elected Member, 2021
- Interdisciplinary Award, the College of Science, Purdue Univ., 2010

**Funded Grants**

1. ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, **08/07/2017 − 01/06/2023**, Amount Responsible: $222,500

2. Army Research Lab (ARL): Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020− 05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. Purdue CERIAS Seed Grant, sole PI: Bowei Xi, $45,000, **06/15/2018 − No Expiration Date**, Amount Responsible: $45,000

7. Purdue Discovery Park, Institute for Global Security and Defense Innovation (iGSDI) grant, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, **04/16/2018–09/15/2018**, Amount Responsible: $16,500

8. ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 − 07/31/2015**, Amount Responsible: $210,140

9. DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors:

1

Knowledge-Vis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, **01/01/2017 − 08/12/2020**, Amount Responsible: $5000

10. NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 − 08/31/2017**, Amount Responsible: $105,000

11. DoD Grant 106346: D&R for Large Complex Data (DARPA-XDATA), **09/14/2012 − 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, 05/01/2008 − 03/28/2014, Amount Responsible: $200,000

13. NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 − 07/31/2011, Amount Responsible: $54,900

14. NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Biomarkers, PI: Daniel Raftery, co-PI: Bowei Xi, $387,476, 05/17/09−04/30/12, Amount Responsible: 0.5 month summer

15. NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 − 08/31/2010, Amount Responsible: $40,000

16. PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006−05/31/2007

17. PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

**Ph.D. Students**

Kirsen Sullivan (current), Juan Shu (current), Yitao Li (current), Fan Wu (current)
Yujie Chen (current), Wutao Wei (2018, Twitter), Lin-Yang Cheng(2017, Medspace)
Xiang Han (co-advised with W. S. Cleveland, 2014, Parkland Center for Clinical Innovation)
Hui Chen (co-advised with W. S. Cleveland, 2014, Apple)

**Publications**

1. Shu, J., Xi, B., Kamhoua, C. A., Understanding Adversarial Examples Through Deep Neural Network's Classification Boundary and Uncertainty Regions, submitted

2. Wu, F., Cheng, L. Y., Xi, B., Testing Population Mode for Precise Protein Markers Discovery, submitted

3. Wei, W., Xi, B., Kantarcioglu, M., A Grid Based Defensive Adversarial Clustering Algorithm against Active Adversaries, submitted

4. Shu, J., Wu, F., Xi, B., Kamhoua, C. A., Li, Y., Ma, J., Understanding Dropout for Graph Neural Network, 1–11, The First Workshop on Graph Learning at The ACM Web Conference 2022, April, 2022, online, hosted by Lyon, France.

5. Zhou, Y., Kantarcioglu, M., Xi, B., Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks, *IEEE Transactions on Dependable and Secure Computing* (impact factor 7.329), 2022 (early access available)

6. Shu, J., Li, Y., Wang, S., Xi, B., Ma, J., Disease Gene Prediction with Privileged Information and Heteroscedastic Dropout, *Bioinformatics*, 37, i410-i417, 2021 (impact factor 6.937)

2

7. Zhou, Y., Kantarcioglu, M., Xi, B., A Game Theoretic Perspective on Adversarial Machine Learning and Cybersecurity Applications, in *Game Theory and Machine Learning for Cyber Security*, 231–269, C. A. Kamhoua, C. D. Kiekintveld, F. Fang, Q. Zhu, editors, Wiley-IEEE Press, 2021,

8. Alfred Hero, Soumyya Kar, Jose Moura, Joshua Neil, Vince Poor, Melissa Turcotte, Bowei Xi, Statistics and Data Science for Cyber Security, 1–18, to appear in *Harvard Data Science Review*, 2021+

9. X. Shi, B. Xi, P. Jasbi, C. Turner, Y. Jin, H. Gu*, Comprehensive Isotopic Targeted Mass Spectrometry (CIT-MS): Reliable Metabolic Flux Analysis with Broad Coverage, *Analytical Chemistry*, 92, 11728–11738, 2020. (Impact Factor 6.785)

10. R. Eghlimi, X. Shi, J. Hrovat, B. Xi, H. Gu*, Triple Negative Breast Cancer Detection Using LC-MS/MS Lipidomic Profiling, *Journal of Proteome Research*, 19, 2367–2378, 2020. (Impact Factor 4.074)

11. Xi., B., Adversarial Machine Learning for Cyber Security and Computer Vision: Current Developments and Challenges, *Wiley Interdisciplinary Reviews (WIREs) Computational Statistics*, 12(5), 1–16, e1511, 2020. (Impact Factor 3.16)

12. Zhou, Y., Kantarcioglu, M., Xi, B., Efficacy of Defending Deep Neural Networks against Adversarial Attacks with Randomization, 1–16, *Proceedings of the 2020 SPIE the International Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II*, Apr. 2020, Anaheim CA.

13. B. Xi, Y. Chen, F. Fan, Z. Tu, X. Deng, Bio-Inspired Adversarial Attack Against Deep Neural Networks, 1–5, *Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI)*, Feb. 2020, New York City.

14. Xi, B., Kamhoua, C., A Hypergame Based Defense Strategy Towards Cyber Deception in Internet of Battlefield Things, 1–18, in *Modeling and Design of Secure Internet of Things*, C. A. Kamhoua, A. Kott, L. L. Njilla, S. S. Shetty, editors, John Wiley & Sons, Incorporated, 2020

15. P. Jasbi, O. Baker, X. Shi, L. Gonzalez, S. Wang, S. Anderson, X. Wang, B. Xi, H. Gu, and C. S. Johnson, Daily Vinegar Ingestion for Eight Weeks Improves Glucose Homeostasis and Affects the Metabolome but does not Reduce Adiposity in Adults, *Food and Function*, 10(11), 7343-7355, 2019 (Impact Factor 4.171)

16. Zhou, Y., Kantarcioglu, M., Xi, B., Adversarial Active Learning, *The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future*, 1–12, Macau, China, April, 2019 (Acceptance rate 33%)

17. Zhou, Y., Kantarcioglu, M., Xi, B., A Survey of Game Theoretic Approaches for Adversarial Machine Learning, *Wiley Interdisciplinary Reviews (WIREs) Data Mining and Knowledge Discovery*, 9(3): e1259, 1–9, 2019 (Impact Factor 7.250, cited 41 times according to Google Scholar)

18. Sharabati, W., Xi, B., Robust Weighted Regression for Ultrasound Image Super-Resolution, *IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation* (co-located with IEEE International Conference on Multimedia and

3

Expo (ICME)), 1–6, San Diego, CA, July, 2018.

19. Jiang, J., Xi, B., Kantarcioglu, M., Spatial Counts under Differential Privacy Mechanism on Changing Spatial Scales, *Computer & Security*, 77, 642–652, 2018 (Impact Factor 4.438)

20. Sharabati, W., Xi, B., A Neighborhood Regression Approach for Removing Multiple Types of Additive Noises, *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing* , 2018:19, 1–14 (Impact Factor 1.789, The Featured Article, March–April 2018)

21. Tong, X., Xi, B., Kantarcioglu, M., Inan, A., Mixture of Gaussian Models for Classification and Hypothesis Testing under Differential Privacy, 1–20, *The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec)* (acceptance rate 35%), Lecture Notes in Computer Science (LNCS) 10359, 123-141, Springer 2017.

22. Anderson, D., Cleveland, W.S., and Xi, B., Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic, *Performance Evaluation*, 107 (2017), 1–33 (Impact Factor 1.044)

23. Zhou, Y., Kantarcioglu, M., Xi, B., (Hot Topic Essay) Adversarial Learning: Mind Games with the Opponent, *ACM Computing Reviews*, 58, 9 (Sept. 2017), 506-511.

24. Sharabati, W., Xi, B., Polynomial Local Regression for Speckle Noise Removal, 1–6, *the 23rd International Conference on Pattern Recognition (ICPR)*, Cancun, Mexico, Dec, 2016 (The paper is selected for full length presentation, acceptance rate 18%)

25. Kwadwo, Owusu-Sarfo, Vincent M. Asiago, Lingli Deng, Haiwei Gu, Siwei Wei, Narasimhamurthy Shanaiah, G. A. Nagana Gowda, Bowei Xi, Elena G. Chiorean and Daniel Raftery, NMR-based Metabolite Profiling of Pancreatic Cancer, *Current Metabolomics*, 2(3), 204-212, 2014. (Impact Factor 0.8)

26. Kantarcioglu, M., and Xi, B., Adversarial Data Mining, *North Atlantic Treaty Organization (NATO)* SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense, 1–11, June, 2014, Estonia

27. Xi, B., Gu, H., Hamid Baniasadi, and Daniel Raftery, Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data, *Mass Spectrometry in Metabolomics: Methods and Protocols* (2014): 333-353, Humana Press, New York, NY

28. Xi, B., Tan, K.M., and Liu, C., Logarithmic Transformation Based Gamma Random Number Generators, *Journal of Statistical Software*, 2013, 55(4), 1–17. (Impact Factor 6.44)

29. Guha, S., Hafen, R., Rounds, J., Xia, J., Li, J., Xi, B., and Cleveland, W.S., Large Complex Data: Divide and Recombine (D&R) with RHIPE, *STAT*, 1(1), 53–67, 2012 (Impact Factor 0.917)

30. Zhou, Y., Kantarcioglu, M., Thuraisingham, B., and Xi, B., Adversarial Support Vector Machine Learning, *Proceedings of the 18th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, 1059–1067, KDD 2012, New York, NY (acceptance rate 21%)

31. Xi, B., Kantarcioglu, M., Inan, A., Mixture of Gaussian Models and Bayes Error under Differential Privacy, *Proceedings of the first ACM Conference on Data and Application Security and Privacy (CODASPY)*, 179–190, Feburary 2011, San Antonio,

Texas (Acceptance rate 30%).

32. Gu, H., Pan, Z., Xi, B., Asiago, V., Musselman, B., and Raftery, D., Principal Component Directed Partial Least Squares Analysis for Combining NMR and MS Data in Metabolomics: Application to the Detection of Breast Cancer, *Analytica Chimica Acta*, 686(1-2), 57–63, 2011. (Impact Factor 6.558, evaluated by a Member of the Faculty of 1000, and placed in F1000 library of the top 2% of published articles in biology and medicine)

33. Fuentes, M., Xi, B., and Cleveland, W.S., Trellis Display for Modeling Data from Designed Experiments, *Statistical Analysis and Data Mining*, 4(1), 133–145, 2011. (Impact Factor 1.051)

34. Kantarcioglu, M., Xi, B., and Clifton, C., Classifier Evaluation and Attribute Selection against Active Adversaries, *Data Mining and Knowledge Discovery*. 22(1-2), 291-335 (45 pages), 2011. (Impact Factor 3.67)

35. Xi, B., Chen, H., Cleveland, W.S., and Telkamp, T., Statistical Analysis and Modeling of Internet VoIP Traffic for Network Engineering, *the Electronic Journal of Statistics*, 4, 58–116 (59 pages), 2010. (Impact Factor 0.986)

36. Gu, H., Pan, Z., Xi, B., Hainline, B., Shanaiah, N., NaganaGowda, G.A., and Raftery, D., $^1H$ NMR Metabolomics Study of Age Profiling in Children, *NMR in Biomedicine*, 22(8), 826-833, 2009. (Impact Factor 4.044)

37. Xia, Y., and Xi, B., Conceptual Clustering Categorical Data with Uncertainty, *in Proceedings of the 19th IEEE International Conference on Tools with Artificial Intelligence (ICTAI)*, 329–336, Patras, Greece, October 2007. (Acceptance rate 28%).

38. Denby, L., Landwehr J., Mallows C., Meloche J., Tuck J., Xi, B., Michailidis G., and Nair, V., Statistical Aspects of the Analysis of Data Networks, *Technometrics*, 49(3), 318–334, 2007. (Impact Factor 2.091)

39. Gu, H., Chen, H., Pan, Z., Jackson, A.U., Talaty, N., Xi, B., Kissinger, C., Duda, C., Mann, D., Raftery, D., and Cooks, R.G., Monitoring Diet Effects from Biofluids and Their Implications for Metabolomics Studies, *Analytical Chemistry*, 79(1), 89–97, 2007. (Impact Factor 6.986, the 13th most cited article in 2007)

40. Lawrence, E., Michailidis, G., Nair, V.N., and Xi, B., Network Tomography: A Review and Recent Developments, *Frontiers in Statistics*, 1–20, editors Jianqing Fan and Hira L. Koul, published by World Scientific, USA, July 2006.

41. Xi, B., Michailidis, G., and Nair, V.N., Estimating Network Loss Rates Using Active Tomography, *Journal of the American Statistical Association*, 101(476), 1430–1448, 2006. (Impact Factor 5.033)

42. Xi, B., Liu, Z., Raghavachari, M., Xia, C., and Li, Z., A Smart Hill-Climbing Algorithm for Application Server Configuration, *Proceedings of the 13th International Conference on World Wide Web (WWW)*, 287–296, New York City, May 2004. (Acceptance rate 14.6%, US Patents #7272707 and #7490234).

43. Xi, B., Michailidis, G., and Nair, V.N., Least Squares Estimates of Network Link Loss Probabilities Using End-to-End Multicast Measurements, *Proceedings of the 37th Annual Conference on Information Sciences and Systems*, 1–6, Johns Hopkins University, March 2003.

# Research Refresh (R2) Program AY2022-23

## Program Description

The Research Refresh ($R^2$) program is a competitive, campus-wide program sponsored by the Office of the Provost. $R^2$ is designed to provide protected time for tenured Associate Professors and Full Professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers. The program will also consider applications from faculty members who are changing the focus of their scholarship. Scholarship of discovery, learning, and engagement are all allowable as foci for this program. Preference will be given to faculty members who have had an unusually high teaching or service role, or those who have had a challenging family or other situation that has required substantial efforts. In order to assure the needed protected time for participation in this program, faculty will receive course release time for the duration of the award.

$R^2$ recipients will be selected based upon the potential impact of the proposed work on their careers and their research field and upon the need for protected time to achieve the stated goals. In addition to the course release to provide protected time, examples of supported activities include travel to meet program officers, travel to workshops and conferences, and travel to meet with experts and collaborators.

While activities are expected to continue after the support period from the Office of the Provost, the supported project duration will be up to one year (including summer) to allow sufficient time to reinvigorate scholarship or establish a new research direction. At the end of the award period, recipients will be asked to provide an account of their activity including a description of the benefits of the focused time on the faculty member's research area (a template will be provided). It is expected that each faculty member receiving an award will submit at least one external grant proposal, submit a scholarly work for publication, organize creative activities, or produce another deliverable appropriate to the unit within the first six months following completion of the $R^2$ project.

## Eligibility

The $R^2$ program is open to Associate Professors who have been in rank (i.e. have tenure) for at least six years as of the proposed release semester(s) and to Full Professors who have been at rank for at least four years. Preference will be given to faculty members who have had no teaching release for the purpose of scholarship, including sabbaticals, in the two academic years prior to their proposed release semester(s), but exceptional cases with more recent release time will be considered. In unique cases, a sabbatical leave may follow the $R^2$ project period where it is clearly justified that the sabbatical leave will provide an opportunity to build significantly on the work accomplished in the $R^2$ project through developed collaborations, new research, ideas and/or acquired expertise. The $R^2$ program may not be combined with any internal or external fellowship or research leave.

Exhibit

G

# Funding

Proposals may include up to one month of faculty summer salary if the project extends through the summer, and up to $10,000 in discretionary funding to support project needs including travel to meet with program directors or to visit colleagues at other institutions to learn new techniques or gain exposure to the selected area of scholarship. In addition, up to $30,000 over two semesters for the actual costs of replacement teaching will be provided to the department. All unused money will be returned to the Office of the Provost at the end of the $R^2$ project.

# Guidelines

1. The $R^2$ program is established for tenured faculty to have focused time and resources to allow them to advance, reinvigorate or reinvent their scholarship.
2. Applicants must propose a program that includes activities that will expose them to experts in the proposed field.
3. Applicants should create, jointly with the department/school Head, a three-year development plan that includes the $R^2$ project period. The plan should include clear benchmarks and expectations for the faculty member's development during the project, and detail any assistance from the Department.
4. To apply, the faculty member must receive approval and support from the Head of the home department/school and the Dean of the College. Approval should address support for course release and time to focus on the $R^2$
5. Applications must be submitted to the Vice Provost for Faculty Affairs, Office of the Provost to Sarah Johnson on or before 5:00 pm on Friday, April 29th. The email Subject line should read "Research Refresh Program."
6. It is expected that each faculty member receiving an award will submit at least one external grant proposal, submit a scholarly work for publication, organize creative activities, or produce another deliverable appropriate to the unit within the first six months following completion of the $R^2$

# The Application (See Appendix A)

The narrative section of the proposal is limited to five pages (12 point font), and should include as much detail as possible about the planned work and how $R^2$ will reinvigorate the candidate's scholarship. Up to one page of the narrative should be dedicated to the faculty development plan developed in collaboration with the department/school Head. A Letter of Support and acknowledgement of the development plan from the department/school Head and the Dean of the College that explicitly states that the department/school is willing to exempt the candidate from two semesters of teaching, should be included. The department/school will be compensated for the actual cost of up to two semesters of replacement teaching up to a maximum of $30,000. Applications should also include a short CV (up to 5 pages).

A detailed budget and budget justification using the Budget Request template (Appendix B) should be included. The budget should be processed through the SPS Pre-Awards Office.

Awards will be announced by May 15.  Projects will be expected to start by August 15, but can begin with the summer session.  Projects can extend for up to one year.  The Provost's Office anticipates funding 3-5 new $R^2$ awards per year.

**Appendix A**

**$R^2$ Proposal Template**

1. **Cover Sheet**
   a. Project Title
   b. Project Abstract (50 words or less)
   c. Project Duration (proposed start and ending dates)
   d. Total amount of funding requested
   e. PI Information
       i. Name
       ii. Campus address
       iii. Email
       iv. Campus phone
   f. Signatures of PI
   g. Endorsement of department or school Head and Dean

2. **Eligibility Statement**
   The Eligibility statement should include details as to how the applicant meets the eligibility criteria for this award.
3. **Project Description** (no more than 5 pages + 1 reference page, 12-point font, one inch margins)The Project Description should provide a clear statement of the work to be undertaken and must include:

The outline of the general plan of work, including the broad design of activities to be undertaken, and, where appropriate, provide a clear description of the methods and procedures.  Proposers should address what they want to do, why they want to do it, how they plan to do it, how they will know if they succeed, and what benefits could accrue if the project is successful.

4. **Three-year Development Plan** (item #3 in Guidelines)
5. **Budget** (see Appendix B for Budget Template)
   Budgets should be prepared by working with the SPS Pre-Awards Office. Budgets must be submitted on the Budget Template provided as Appendix B.
6. **CV** (up to 5 pages)
7. **Letters of Support** (from the department/school Head and from the Dean required)

January 10, 2019

# Applications sought for Research Refresh program

The Office of the Provost is accepting applications to Research Refresh (R2), a competitive, campus-wide program sponsored by the Office of the Provost.

R2 is designed to provide protected time for tenured associate professors and full professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers. The program also will consider applications from faculty members who are changing the focus of their scholarship.

Proposals may include up to one month of faculty summer salary if the project extends through the summer, and up to $10,000 in discretionary funding to support project needs including travel to meet with program directors or to visit colleagues at other institutions to learn new techniques or gain exposure to the selected area of scholarship. In addition, up to $30,000 over two semesters for the actual costs of replacement teaching will be provided to the department.

Details about the application are **available online (https://www.purdue.edu/provost/faculty/facultyInitiatives/researchRefresh.html)**. Applications are due Feb. 15 and should be submitted to **officeoftheprovost@purdue.edu (mailto:approvalsofficeoftheprovost@purdue.edu)**.

For more information, contact Peter Hollenbeck, vice provost for faculty affairs, at **phollenb@purdue.edu (mailto:phollenb@purdue.edu)** or Angela Pickett, administrative assistant, at **angela@purdue.edu (mailto:angela@purdue.edu)**.

**Exhibit**
**H**

0431

## Faculty-Staff News

- **ACE Campus Food Pantry to host food drive during week of Martin Luther King Jr. Day (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/ace-campus-food-pantry-to-host-food-drive-during-week-of-martin-luther-king-jr.-day.html)**
- **Faculty, staff invited to Steps to Leaps Summit, nominate outstanding individuals and programs for recognition (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/faculty,-staff-invited-to-steps-to-leaps-summit,-nominate-outstanding-individuals-and-programs-for-recognition.html)**
- **Finalists for dean of College of Engineering selected; will make on-campus presentations (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/finalists-for-dean-of-college-of-engineering-selected-will-make-on-campus-presentations.html)**
- **Ismail Center offering free trial period Jan. 17-31 (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/ismail-center-offering-free-trial-period-jan.-17-31.html)**
- **Office of Experiential Education selects centralized tracking platform (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/office-of-experiential-education-selects-centralized-tracking-platform.html)**

**More News (../../../featured_news/index.html)**

0432

May 12, 2016

# Office of the Provost names participants in new Research Refresh program

The Office of the Provost has named seven faculty members who have been approved for the new Research Refresh program, a competitive, campus-wide initiative designed to provide protected time for tenured associate professors and full professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers.

The recipients are:

* Daniel Elliott, professor of electrical and computer engineering and physics.

* Carolyn Guptill-Yoran, associate professor of veterinary clinical sciences.

* Michael Levine, associate professor of statistics.

* John Lumkes, associate professor of agricultural and biological engineering.

* Paul Sojka, professor of mechanical engineering.

* Mark Tucker, professor of youth development and agricultural education.

* Nung Kawn (Aaron) Yip, professor of mathematics.

<span style="color:red">**Exhibit I**</span>

"As a leading land-grant research institution, we must continue to invest in our faculty and their discovery efforts," says Deba Dutta, provost and executive vice president for academic affairs and diversity. "It quickly became clear through their impressive proposals that these talented scholars would benefit from focused research."

Recipients are expected to start by Aug. 15, and the supported project duration will be up to one year (including summer). At the end of the award period, recipients will provide an account of their activity including a description of the benefits of the focused time on the

faculty member's research area.

Projects may include up to one month of faculty summer salary if the project extends through the summer and up to $10,000 in discretionary funding to support project needs including travel to meet with program directors or to visit colleagues at other institutions to learn new techniques or gain exposure to the selected research area.  In addition, up to $30,000 over two semesters for the actual costs of replacement teaching will be provided to the professor's department.

## Faculty-Staff News

- **ACE Campus Food Pantry to host food drive during week of Martin Luther King Jr. Day (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/ace-campus-food-pantry-to-host-food-drive-during-week-of-martin-luther-king-jr.-day.html)**
- **Faculty, staff invited to Steps to Leaps Summit, nominate outstanding individuals and programs for recognition (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/faculty,-staff-invited-to-steps-to-leaps-summit,-nominate-outstanding-individuals-and-programs-for-recognition.html)**
- **Finalists for dean of College of Engineering selected; will make on-campus presentations (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/finalists-for-dean-of-college-of-engineering-selected-will-make-on-campus-presentations.html)**
- **Ismail Center offering free trial period Jan. 17-31 (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/ismail-center-offering-free-trial-period-jan.-17-31.html)**
- **Office of Experiential Education selects centralized tracking platform (http://www.purdue.edu/newsroom/purduetoday/releases/2023/Q1/office-of-experiential-education-selects-centralized-tracking-platform.html)**

**More News (../../../featured_news/index.html)**

USDC IN/ND case 4:23-cv-00088-PPS document 37-2 filed 06/11/25 page 23 of 86

1/16/23, 9:30 PM                    Professor John Lumkes named Assistant Dean, Office of Academic Programs - Agricultural & Biological Engineering - Purdue University

USDC IN/ND case 4:23-cv-00088-PPS    document 37-2    filed 06/11/25    page 24 of 86

Purdue      Engineering ▾



**PURDUE** | Agricultural & Biological Engineering
UNIVERSITY

○ Menu

PURDUE / ENGINEERING / AGRICULTURAL & BIOLOGICAL ENGINEERING / NEWS / 2019

## Professor John Lumkes named Assistant Dean, Office of Academic Programs

I am pleased to share with you that **Dr. John Lumkes**, Professor, Department of Agricultural & Biological Engineering, will be joining our Office of Academic Programs Team as Assistant Dean (50% appointment), starting March 18, 2019.  Many of you know John, as he has been on the faculty of ABE since 2004. He is a Murphy Award winner and a member of the Purdue Teaching Academy and the Book of Great Teachers. As Assistant Dean, John will be responsible for:



1. Develop and offer initiatives to develop, advance and promote excellence in undergraduate and graduate education through enhancement of instruction, advising, and mentoring;

2. Lead an effort to improve evaluation of teaching effectiveness (the Provost Office is working on this at the university-level);

3. Encourage, through programs and resources, mentoring of students by faculty as a complement to academic advising;

4. Lead the effort to improve and promote recognition of excellence and improvement in teaching (broadly defined) across the educational mission (instructional & mentoring);

5. Strengthen our Dean's Scholars and Honors College initiatives as a college;

6. Represent the Office of Academic Programs, when needed, on college, university, state, regional, national, and international partnerships with industry and academia, as well as at meetings, functions, committees, etc. as necessary.

We are excited with the proven leadership, vision, and wealth of experience that John will bring to the college and the Office of Academic Programs.  Please feel free to congratulate Dr. Lumkes on his new administrative role in the college.

We are excited about the opportunities! It is a great time to be part of the College of Agriculture and Purdue University!

Marcos Fernandez

### Archive

2023
2022
2021
2020
2019

**News and Events**

News
Events

### DISCOVER

Students
Online
Faculty
Alumni

### EXPLORE

Campus Map
Facts & Figures
Schools
News & Events
Visit Us

### CONNECT

Employment
Engineering Computer Network

### PEOPLE

Engineering Directory
Contact Us

**Exhibit
J**

Intranet

Brightspace

myPurdue

Social Media

Media Contacts

Purdue Directory

      



Purdue University, 610 Purdue Mall, West Lafayette, IN, 47907, 765-494-4600

© 2023 Purdue University | An equal access/equal opportunity university | Integrity Statement | Copyright Complaints | Brand Toolkit | Maintained by the Engineering Computer Network

Contact the Engineering Administration Communications Office for accessibility issues with this page | Accessibility Resources | Contact Us | Email webmaster-abe@ecn.purdue.edu to report a problem



# Valeria Sinclair-Chapman

Please join me in congratulating Valeria Sinclair-Chapman, associate professor of political science and director of the Center for Research on Diversity and Inclusion, for her selection to the **Research Refresh (R2)** program by the Office of the Provost.

The competitive program provides time for associate or full professors who would benefit from intense focus to advance their scholarship. R2 program participants are expected "to submit at least one external grant proposal, submit a scholarly work for publication, organize creative activities, or produce another deliverable within the first six months following completion of their R2 project."

Valeria's project examines whether and how diverse political coalitions maintain their ties in the face of identity-based disputes and the implications of diverse coalitions to improve political participation. She will focus especially on the "fusion politics" approach championed by North Carolina's Moral Mondays movement.

This project relies on a mixed-method approach to assess the capacity and reach of fusion politics as a means to organize people across ordinary lines of difference including race, gender, and sexuality, as well as party and ideological divides. The crux of the project will rely on individual interviews and participant observation with various N.C. Moral Mondays activists, organizations, and meetings.

Congratulations, Dr. Chapman!

<div align="right">

**Exhibit**

**K**

</div>

David A. Reingold

Justin S. Morrill Dean

College of Liberal Arts



# Valeria Sinclair-Chapman

Please join me in congratulating **Valeria Sinclair-Chapman**, professor of **political science** and director for the **Center for Research on Diversity and Inclusion**, on her recent award from the **William and Flora Hewlett Foundation's U.S. Democracy Program**. This $200,000 award will allow Valeria and co-organizers David Barker and Bettina Poirier of American University to extend the work they started with the **New Perspectives and New Questions in Legislative Studies conference** last spring by offering competitive funding for new scholarship in legislative studies by scholars of color.

Hosted by the **Center for Congressional and Presidential Studies** at American University, the conference was organized to showcase emerging research questions in legislative politics, and to brainstorm ways to improve the engagement of scholars of color in legislative studies. The virtual conference featured lightning round presentations, along with small and large group discussion and was attended by about 50 scholars from across the country. The event was capped by Valeria's **interview with Majority Whip James Clyburn** (D-SC) that aired on C-SPAN.

Congratulations, Professor Sinclair-Chapman!

David Reingold

**Exhibit**
**L**

David A. Reingold

Justin S. Morrill Dean

College of Liberal Arts

# Bowei Xi, Statistics

**Research Highlights**   Dr. Xi develops robust machine learning and statistical models under complex data environments, including: (1) the future data no longer following the same distribution as the training data; (2) severe missing data problem in gene disease network; (3) small and noisy omics data. The highlights are: (1) She has signed a joint work statement under a Collaborative Research and Development Agreement (CRADA) with Army Research Lab (ARL). Although many ARL grants are awarded to Purdue every year, currently only four Purdue faculty members (from four different projects)

Table 1: Comparison of Journal Impact Factors

| Xi 2019–2022 Selected | Stat Big Four |
|---|---|
| IEEE Trans. Dependable Secure Comput 7.329 | JASA 5.033 |
| WIREs Data Min Knowl Discov 7.250 | JRSS-B 4.488 |
| Bioinformatics 6.937 | Ann. Stat. 2.901 |
| J. of Proteome Res 4.466 | Biometrika 2.445 |
| WIREs Comp Stat 3.16 | |

are covered by ARL CRADA. (2) She was invited by the National Academies of Sciences, Engineering, and Medicines Committee on Applied and Theoretical Statistics to present her work in a 1/2 day symposium on Statistics and Data Science for Cyber-Secure Internet of Things (IoT) in summer 2018. (3) Dr. Xi and her collaborator published a paper on adversarial learning in the North Atlantic Treaty Organization (NATO) SAS-106 symposium, Tallinn, Estonia, 2014. They gave a three hour tutorial in the 23rd ACM Conference on Computer and Communications Security (CCS 2016), Vienna, Austria. (4) Her work with her collaborator on using Stackelberg game to model the attackers and the defender's potential actions and building robust classifiers was one of the earliest work in adversarial classification. (5) Four Ph.D. students supervised by Dr. Xi graduated between 2007 and 2018, and four Master's students supervised by her graduated between 2011 and 2020. She is currently supervising five Ph.D. students. (6) Since her previous promotion in Spring 2011, she has obtained 11 grants from NSF, ARO, ARL, DoD, Raytheon, Northrop Grumman, Purdue CERIAS center, and Purdue iGSDI center. Table 1 compares the impact factors of the selected journals she published in recently with the big four of statistical journals. Figure 1 shows the cumulative citations. (7) She received the Research Refresh Award from Purdue Provost's office in 2022.

**Service Highlights**   She dedicatedly serves on various department, college, and university committees, and for the statistical community. The highlights are: (1) Associate Editor, Journal of Data Science, 2021 – Present; (2) International Statistical Institute Elected Member, 2021; (3) NSF Panel Reviewer 2022 & 2015; ARO proposal reviewer 2018 & 2016; (4) Member of the Communication Committee for American Statistical Association's Justice, Equity, Diversity, and Inclusion (JEDI) Outreach Group.



**Teaching Highlights**   She has taught six undergraduate and graduate level statistics courses. Student evaluations are overwhelmingly positive indicating a dedicated teacher who cares about the students learning and who clearly presents the material.

<span style="color:red">**Exhibit D**</span>



# XI

Department of Statistics

October 3, 2022

This page will eventually be replaced with the Form 36 (from the President's Office)

# TABLE OF CONTENTS

**I GENERAL INFORMATION**     **4**

   A    Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   B    Previous Positions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   C    Present Position . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   D    Awards and Honors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

       1     Internal to Purdue . . . . . . . . . . . . . . . . . . . . . . . . . . 4

       2     External to Purdue . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   E    Professional and Scholarly Associations . . . . . . . . . . . . . . . . . 4

   F    Other Items Unique to the Person or Department . . . . . . . . . . . . . 4

**II Discovery**     **5**

   A    Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

       1     Robust Statistical Learning . . . . . . . . . . . . . . . . . . . . . 5

       2     Novel Statistical and Learning Methods for Biological Data . . . . . . . . . . 9

   B    Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

       1     Refereed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

       2     Submitted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

   C    Invited Lectures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

   D    Other Presented Papers . . . . . . . . . . . . . . . . . . . . . . . . . . 18

   E    Other Professional Activities . . . . . . . . . . . . . . . . . . . . . . . 18

   F    Interdisciplinary Activities . . . . . . . . . . . . . . . . . . . . . . . . 19

   G    Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

   H    Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

       1     Discussion of support . . . . . . . . . . . . . . . . . . . . . . . . 20

       2     Award information . . . . . . . . . . . . . . . . . . . . . . . . . . 20

   I    Evidence of Involvement in Graduate Research Program . . . . . . . . . . . . . . . 21

       1     M.S. and Ph.D. students graduated . . . . . . . . . . . . . . . . 21

       2     Current graduate and postdoctoral students . . . . . . . . . . . . . . 22

       3     Undergraduate student . . . . . . . . . . . . . . . . . . . . . . . 22

**IIILEARNING**     **23**

   A    Teaching Assignments at Purdue . . . . . . . . . . . . . . . . . . . . . 23

   B    Selected Discussion of Courses . . . . . . . . . . . . . . . . . . . . . . 24

   C    Course Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

       1     Student Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . 25

       2     Peer Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

**IV Engagement**     **27**

   A    Discussion of Engagement . . . . . . . . . . . . . . . . . . . . . . . . . 27

       1     Engagement with Partners . . . . . . . . . . . . . . . . . . . . . 27

       2     Individuals Mentored through Engagement Activities . . . . . . . . . . . . . 27

       3     Impact of the Scholarship of Engagement . . . . . . . . . . . . . . 27

   B    Discussion of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

C    Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    28
D    College . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    28
E    University . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    28
F    Professional (editorial boards, study sections, panels, consulting, etc) . . . . . . . . .    28
G    Diversity Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    29

**V  MENTORING**                                                                                    **31**
A    Undergraduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    31
B    Graduate Students . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    31

**VI EXTERNAL REFEREES**                                                                            **32**

# I. GENERAL INFORMATION

## A  Education

Ph.D., 2004   Statistics, University of Michigan, Ann Arbor.
             Advisor: Professors George Michailidis and Vijay Nair
             Dissertation: *Estimating Internal Link Loss Rates Using Active Network Tomography*
M.A., 2001   Statistics, University of Michigan, Ann Arbor.
B.S., 1999   Peking University, Beijing, China.

## B  Previous Positions

Fall 2012 - Spring 2013   Visitor, SAMSI
Summer 2007                  Visiting Assistant Professor, Stanford University
2004 - 2011                     Assistant Professor, Department of Statistics, Purdue University

## C  Present Position

2011 - Present   Associate Professor, Department of Statistics, Purdue University

## D  Awards and Honors

### 1  Internal to Purdue

2022   Research Refresh Award, Purdue University
2022   Regina and Norman F. Carroll research award, Department of Statistics, Purdue University
2010   Interdisciplinary Award, the College of Science, Purdue University

### 2  External to Purdue

2021   International Statistical Institute Elected Member

## E  Professional and Scholarly Associations

American Statistical Association
Institute of Mathematical Statistics
International Statistical Institute

## F  Other Items Unique to the Person or Department

2011   Publication 17 is evaluated by a Member of the Faculty of 1000, and placed
      in F1000 library of the top 2% of published articles in biology and medicine

Statistics                                                                                      Xi, Page 4 of 31

## II. Discovery

*This document is a collaborative effort between the candidate and the Department of Statistics Promotion Committee. Both parties are in agreement as to the content and quality of this document.*

## A   Discussion

Dr. Xi's research focuses on developing robust machine learning and statistical models under complex data environments. For example in adversarial machine learning, the independent and identically distributed assumption is not satisfied because the distribution for the future data is changed purposely to break a learning model. Together with her collaborators, Dr. Xi published one of the earliest papers in adversarial classification, receiving international recognition. Dr. Xi and her collaborator Dr. Kantarcioglu (University of Texas, Dallas) published a paper in the North Atlantic Treaty Organization (NATO) SAS-106 symposium, in Tallinn, Estonia, 2014. Dr. Xi and Dr. Kantarcioglu gave a three hour tutorial on adversarial learning in the 23rd ACM Conference on Computer and Communications Security (CCS 2016), in Vienna, Austria. Dr. Xi was invited by the National Academies of Sciences, Engineering, and Medicines Committee on Applied and Theoretical Statistics to present her work in a 1/2 day symposium on Statistics and Data Science for Cyber-Secure Internet of Things (IoT) in summer 2018. Dr. Xi's work is supported by two Army Research Office (ARO) grants, two grants from Northrop Grumman Corp., a grant from Purdue Discovery Park iGSDI AI+ program, and a Purdue CERIAS Seed grant. Kirsen Sullivan, her student, gained one semester support from Raytheon Company.

Dr. Xi is working with Dr. Kamhoua from Army Research Lab (ARL). Dr. Xi and Dr. Kamhoua have established a joint work statement under a Collaborative Research and Development Agreement (CRADA) between Purdue University and ARL. Although many ARL grants are awarded to Purdue every year, *currently only four Purdue faculty members (from four different projects) are covered by ARL CRADA.*

She also develops robust models for complex biological data, including a novel graph neural network (GNN) model to address the severe missing data problem in predicting gene disease association, and novel biomarker selection methods for noisy omics data. Her work in this area has produced highly cited and highly rated publications. Publication 35 is the 13th most cited paper in 2007 in Analytical Chemistry (Journal is No.1 in Google Scholar rankings). Publication 17 was selected and evaluated by a member of the Faculty of 1000 (F1000), and placed in the F1000 library of the top 2% of published articles in biology and medicine.

Since her previous promotion in Spring 2011, Dr. Xi has obtained 11 grants from National Science Foundation, Army Research Office, Army Research Lab, the Department of Defense, Raytheon Company, Northrop Grumman Corp., Purdue CERIAS, and Discovery Park iGSDI. Below is the detailed discussion of her research.

## 1   Robust Statistical Learning

When the future data no longer follows the same distribution as the training data, the machine learning and statistical models deteriorate quickly. There is an urgent need to develop robust learning models against malicious adversaries, who targetedly modify the data distribution to break the learning models.

Dr. Xi's work (publications 18, 20, 4, 21, 22, 3, 24, 8, 27, 29, 15, 31, 43, 1, 42) bring the unique and important statistical understanding to the area by expanding the robust statistics concepts to much more complex machine learning and statistical models. Unlike traditional robust statistics, the machine learning and statistical models need to maintain robust performance beyond tolerance of noise. The independent and identically distributed (IID) assumption is not satisfied, because of a sudden and targeted change in the underlying distribution, caused by the adversaries. Dr. Xi addresses this difficult problem from a game theoretic and a robust learning perspective.

- Dr. Xi and Dr. Kantarcioglu (UT Dallas) formulated the adversarial classification problem using a Stackelberg game framework, which was one of the earliest work in the area.

- Dr. Xi is working with Dr. Kamhoua (ARL) to apply the game theoretic approach to secure the military network.

- Building robust learning models, in particular robust deep learning model, is crucial to ensure the safety of autonomous systems. Dr. Xi's work on robust deep learning receives support from the defense industry and ARO.

- Despite several canceled events due to the pandemic, Dr. Xi organized invited talk sessions at the Joint Statistical Meetings (2020), the ISI World Statistics Congress (2021), and the Spring Research Conference at Banff, Canada (2023) to disseminate the work.

**Game Theoretic Machine Learning**    Game theoretic framework is used to model the costs and utilities for attackers and defenders. To the best of our knowledge, publication 15 (*cited 98 times according to Google Scholar*) is the first work that combines classification and the Stackelberg game framework to model the sequential actions of defenders and attackers. Compared with the minimax solution which leads to overly conservative classifiers and overly sacrificing performance for robustness, the Stackelberg game leads to a less conservative classification boundary (publications 15, 29, 8 (*cited 41 times since published in 2019 according to Google Scholar*), 20, 4, 18).

Inspired by the game theoretic machine learning formulation, a strategy to robustify a support vector machines (SVM) classifier was proposed. If the adversarial samples are very different from training samples, the defender can employ a conservative decision boundary, analogous to a pure equilibrium strategy. A natural solution is to pull the classification boundary closer toward the normal population (publication 31, *cited 127 times according to Google Scholar*).

A game theoretic approach is used to secure Internet of Battlefield Things (IoBT). In publication 23, a hypergame framework is developed to model how a cyber attack spreads on a network. The hypergame is played in multiple rounds. At each round, the adversary updates its perception of the attack graph of the network and chooses the next node to compromise. The defender updates its perceived list of compromised nodes, and actively feeds false signals to the adversary to create cyber deception. The hypergame provides useful guidance on how to dynamically create cyber deceptions on a military network. It also provides quantitative metrics such as the time it takes the adversary to explore the network and compromise the target nodes. Based on these metrics, the defender can deploy a moving target defense to protect the critical nodes on a military network.

**Robust Supervised and Unsupervised Learning**    A cyber physical system can be considered as having three layers  a hardware layer, a software layer, and a data layer. A resilient cyber physical system must have all three layers secured. Robust learning focuses on the interface between the

data layer and the software layer – the learning models implemented in the software to process the data must be secured against adversaries. For example, an autonomous vehicle has cameras sensors. The image sensor data are processed using deep learning to identify objects, classify these objects, and determine their distance and speed with regard to the vehicle. However malicious perturbations in the training or testing stage of AI can have devastating consequences here.

Publications 18 and 1 together address an important and baffling question for deep neural networks (DNN): Despite being theoretically proven to have the generalization error bound $O(n^{-\frac{1}{2}})$ for different network structures, where $n$ is the sample size, a previously correctly classified sample is misclassified by DNN through adding minor targeted noise to it (i.e., adversarial examples). Publication 18 discovers that given one clean natural sample, there exists infinitely many adversarial examples. Publication 18 studies the shape of the DNN classification boundary, which is highly fractured, and defines DNN uncertainty regions where the adversarial examples are observed. Because the probability mass of the union of the uncertainty regions is 0, the generalization error bound cannot capture the phenomenon of adversarial examples. Publication 1 utilizes the fact that DNN training is a non-convex optimization problem, and the local optima have many non-overlapping uncertainty regions. Differential entropy is used to measure the spread of the DNN weights. Randomly selecting one of the local optima has significantly higher accuracy over adversarial examples while maintaining the accuracy on clean test samples.

DNN is highly vulnerable to malicious perturbations in training and/or test data, due to the very high dimension and complexity of its learned class decision regions. A well known case is the adversarial stop sign attack where the attacker strategically places a few stickers on a stop sign, resulting in the mis-classification of the stop sign as a speed limit sign. Such adversarial examples could potentially cause a self-driving car to run a stop sign.

The existing literature on adversarial attacks all focus on generating adversarial examples with only minor perturbations. Publication 22 develops an adversarial attack inspired by biological intelligence to further expose the structural vulnerabilities of DNN: 1) superposition of multiple patterns leads to unpredictable classification labels from DNN; 2) certain motion makes DNN based object detectors "blind", which could potentially cause a fatal crush of a self-driving car.

Meanwhile, when the adversarial samples are generated with only minor perturbations, defender can employ a random decision boundary, analogous to a mixed equilibrium strategy in game theory. For a deterministic decision boundary, with sufficient probing, attackers can successfully create adversarial examples to breach the deterministic boundary. In contrast, a random decision boundary, created by adding noises to the DNN weights or randomly selecting one DNN from a pool of trained DNNs, is a more robust strategy (publications 1, 21).

The minor perturbations in adversarial images can be mitigated using effective image denoising methods. Publications 10 and 28 develop novel, effective, and computationally efficient image filters to remove different types of non-Gaussian additive and/or multiplicative noise. It is also observed that it is more difficult to classify images with lower resolutions. Publication 25 develops a weighted regression based image super-resolution algorithm. *Publication 10 is the Featured Article in The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing, March–April 2018.*

Although cybersecurity applications often generate large datasets, quite often a large labeled training data may be unavailable. For example, when there are large amounts of network flows, labeling anomalies is time consuming and difficult for human experts. This difficulty is heightened when data contains samples from previously unknown cyber attacks. Clustering and active learning

are two approaches to utilize information from unlabeled samples to understand attacker behavior.

In active learning, an oracle provides labels only for a few of the most influential data points, often with little loss of accuracy. In an adversarial environment, oracles may be manipulated by an attacker to maximally degrade learning. Publication 24 proposed an iterative algorithm to defend against a pool of malicious oracles. First, unsupervised learning is used to cluster the data points into classes. Based on the data clusters, the oracles are identified as genuine, noisy or malicious. The final output label of a test data point is determined as the weighted majority vote over the oracles. The newly labeled sample is included in the training data, and this process repeats.

Meanwhile, attackers can strategically place adversarial samples in the gaps of previously well separated clusters resulting in the creation of a large mixed cluster that is difficult to separate using existing clustering approaches. A grid based adversarial clustering algorithm (ADClust) is introduced in Publication 43. Using a handful of labeled seeds, this algorithm can detect multiple normal and abnormal regions within a large mixed cluster, identify anomalies, and detect new unknown clusters. Data points in the mixed regions remain unlabeled. In a heavily mixed region purposely created by the adversarial samples, any explicit decision boundary leads to a large number of mis-identified samples. Rather than trying to specify the most accurate decision boundary in a heavily mixed region, the unlabeled areas between normal and abnormal sub-clusters serve as confidence bands between these clusters. ADClust is a clustering approach that adopts a conservative strategy to ensure resilience to adversarial samples, analogous to the equilibrium strategy under a Stackelberg game formulation.

Besides degradation in the usefulness of AI, attacks against privacy represent another damaging threat. Attacks against privacy are comprised of attacks that aim to reveal the information used in the training procedure. Differential privacy is a statistical technique to maximize the accuracy of queries and model outputs from a database, and at the same time minimize the privacy impact on individuals whose information is in the database. In publications 26, 37, 9, the impact of a differential privacy mechanism on Gaussian mixture models is examined. When the statistics with added noise (e.g., noisy mean and var-cov matrices) are used to build classifiers and perform hypothesis tests, it is shown how the impact of the added noise can be reduced, i.e., when a hypothesis test or a classifier constructed using the noisy statistics returns reliable results.

**Statistical Computing**   Optimization is a crucial step involved in AI and big data computation. Publication 40 (*cited 212 times according to Google Scholar*) developed a stochastic optimization algorithm — a smart hill climbing algorithm (US patent #7272707, #7490234) — to automatically find an optimal configuration for a given application, e.g., automatically configuring Hadoop MapReduce parameters. Random number generation is also an important component of large scale computation tasks. Publication 13 developed efficient gamma random number generators.

**Internet Traffic Models**   Dr. Xi's work on network tomography provided a novel systematic approach for real-time monitoring of network quality of service parameters. Publications 34, 39 (*cited 115 times according to Google Scholar*), 36 (*cited 61 times according to Google Scholar*), and 41 originated from Dr. Xi's doctoral thesis. In network tomography, a network is probed by actually sending packets from one or more source nodes to a set of receiver nodes. The end-to-end measurements of packet losses and delays are used to recover the performance information – the packet loss rates and delays at the individual links/routers on a network. Dr. Xi introduced a class of novel flexible experiments to actively probe a network; studied for the first time necessary

Statistics                                                                                                Xi, Page 8 of 31

and sufficient conditions under which all the link-level parameters are identifiable from end-to-end measurements; and developed several classes of fast estimation algorithms and optimal designs of probing experiments. In an August 2015 report (http://stakeholders.ofcom.org.uk/ market-data-research/ other/ technology-research/ 2015-reports/ traffic-management), Ofcom, the independent regulator and competition authority for the United Kingdom communications industries, cited Dr. Xi's work on network tomography as an Internet traffic management and detection tool.

In the area of modeling big Internet traffic data, Publication 11 provides the first comprehensive models that capture the properties of Internet traffic: 1) Complex time scaling property: changing from non-Gaussian multifractal processes on small time scales to Gaussian monofractal processes on larger time scales; 2) Complex time dependence structure: changing from long range dependent processes for low traffic volume to approximately Poisson processes for very high traffic volume. Publication 32 made a surprising discovery: VoIP traffic process is not formally long-range dependent, yet shows strong time dependence. This is completely different from other Internet measurements. Meanwhile a divide-and-conquer method was developed to carry out data-analytic tasks in parallel (publication 14), and DeltaRho software (www.DeltaRho.org) was used to carry out parallel computation for analytics tasks for datasets up to Terabyte scale.

## 2   Novel Statistical and Learning Methods for Biological Data

Novel statistical and learning methods are the key to decipher the information from biological data and make accurate predictions. Dr. Xi's work in this area produces publications 2, 5, 6, 7, 12, 17, 19, 30, 33, 35, 44. Developing and applying GNN to biological networks is a cutting edge topic. She worked with Assistant Professor Li from Chinese University of Hong Kong and Assistant Professor Ma from Peking University on gene disease network data. She is contacting other bioinformatics groups to obtain more data such as brain imaging data to develop novel GNN framework for biological applications. She is working with two metabolomics groups (Associate Professor Gu from Florida International University and Professor Zhang from University of Louisville). Their labs produce the datasets and Dr. Xi works on novel and precise biomarker selection methods.

**Graph Neural Network for Biological Data**   Publication 2 proposes a GNN model with the Learning Under Privileged Information (LUPI) paradigm to predict new disease gene associations with a significant amount of the genetic features missing. The genetic features are often difficult to collect due to high experimental cost and various other technical limitations. Unlike previous approaches, our model does not require the set of genetic features to be the same at training and test stages. We develop a Heteroscedastic Gaussian Dropout algorithm, where the dropout probability of the GNN model is determined by another GNN model with a mirrored architecture. Our model is able to make very accurate predictions when $> 90\%$ of the features are missing at the test stage. Publication 19 further studies the theoretical properties of dropout for GNN. Currently GNN with deep structure often under-performs GNN with shallow structure, in a sharp contrast to DNN. Novel dropout schemes are developed to mitigate the over-smoothing problem and allow GNN to have deep structure without performance degradation.

**Biomarker Selection**   Metabolism is involved in almost every aspect of biology. Abnormal metabolism is at the heart of many serious health problems, such as cardiovascular disease, Alzheimer's disease, and cancer. In addition to genetic and protein studies, understanding the functions of

metabolites and metabolic pathways is crucial in a wide range of scientific fields. Publication 30 (*cited 127 times according to Google Scholar*) discusses the unique statistical challenges in selecting biomarkers in metabolomics data. Because of the existing knowledge of metabolites, the biomarker selection results from statistical models require high sensitivity and much lower false discovery rate than what the current approaches could produce. Because irrelevant markers follow an uni-modal distribution and relevant markers usually follow a bimodal distribution (e.g., disease vs. control), Publication 44 developed a test of population mode for precise marker selection. The result shows a significantly lower false discovery rate than the multiple comparison methods, and a much higher sensitivity than the penalized likelihood approach such as LASSO and the penalized logistic regression.

Publication 17 (*cited 148 times according to Google Scholar*) developed a statistical approach to combine NMR spectroscopy and mass spectrometry (MS) data, the two most commonly used analytical tools in metabolomics. The novel approach allows the disease classification to be expressed on a continuum as opposed to a binary scale, using principal component analysis to compute a new response variable Y. The combined approach significantly improves the potential for providing reliable methods to detect metabolic profile alterations in biofluids or tissues caused by disease, toxicity, etc. Dr. Xi also worked on metabolomics profiling of age effect (publication 33, *cited 84 times according to Google Scholar*), diet effect (publication 7, publication 35 (*cited 123 times according to Google Scholar*)), and flux analysis (publication 5).

In her work on pancreatic cancer biomarker identification (publication 12), metabolite profiles of serum from cancer patients and non-disease controls were measured. Based on statistical analysis of the data, the distinguishing metabolites were determined based on their ranked importance in a partial least square discriminant analysis model. Notably, external validation of this model using the NMR data from a second, distinct set of samples collected approximately 1 year later showed very good performance compared to the current approaches for identifying pancreatic cancer patients.

Statistics                                                                                  Xi, Page 10 of 31

## B   Publications

The Journal Impact Factor from ISI Journal Citation Reports (`http://admin-apps.isiknowledge.com/JCR/JCR?`) has been included. It must be recognized that the range of Impact Factors varies widely by field. For example, the highest JIF in Analytical Chemistry is 6.986 (*Analytical Chemistry*), in Statistics and Probability is 6.937 (*Bioinformatics*), and in Genetics and Heredity is 27.959 (*Nature Genetics*). Therefore a comparison of JIF across disciplines is problematic. According to the ISI Journal Citation Reports on impact factors, there are about 125 Statistics and Probability journals, ranging from impact factors of 0.264 to 6.937. Table II.1 shows the impact factor of the journals in which Dr. Xi has published.

Table II.1: Impact Factors of the Journals

| Journal Name | Impact Factor | Tier |
|---|---|---|
| Journal of the American Statistical Assoc. | 5.033 | 3/125 (Statistics and Probability) |
| Journal of Statistical Software | 6.44 | 2/125 (Statistics and Probability) |
| Bioinformatics | 6.937 | 1/125 (Statistics and Probability) 3/58 (Math. & Computational Biology) |
| STAT | 0.917 | |
| Statistical Analysis and Data Mining | 1.051 | |
| Technometrics | 2.091 | |
| The Electronic Journal of Statistics | 0.986 | |
| Wiley Interdisciplinary Reviews: Computational Statistics | 3.16 | |
| Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery | 7.250 | 6/110 (Computer Science Theory and Methods) |
| Data Mining and Knowledge Discovery | 3.67 | |
| Performance Evaluation | 1.044 | |
| The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing | 1.789 | |
| IEEE Transactions on Dependable and Secure Computing | 7.329 | |
| Computer & Security | 4.438 | |
| Analytical Chemistry | 6.986 | No.1 in Google Scholar rankings |
| Journal of Proteome Research | 4.466 | |
| Analytica Chimica Acta | 6.558 | |
| Current Metabolomics | 0.8 | |
| Food & Function | 5.396 | |
| NMR in Biomedicine | 4.044 | 6/43 (Spectroscopy) |

Statistics                                                                                          Xi, Page 11 of 31

## 1   Refereed

*( * indicates primary authors , "P" indicates post doc , "G" indicates graduate student and "U" indicates undergraduate student)*

### Journal Publications – Post Tenure

1. Zhou, Y.*, Kantarcioglu, M.*, Xi, B.*, Exploring the Effect of Randomness on Transferability of Adversarial Samples against Deep Neural Networks, 1 – 15, to appear in *IEEE Transactions on Dependable and Secure Computing*, 2022

2. Shu, J.[G], Li, Y., Wang, S., Xi, B.*, Ma, J.*, Disease Gene Prediction with Privileged Information and Heteroscedastic Dropout, *Bioinformatics* 37, i410 – i417, 2021

3. Alfred Hero, Soumyya Kar, Jose Moura, Joshua Neil, Vince Poor, Melissa Turcotte, Bowei Xi, Statistics and Data Science for Cyber Security, 1–18, to appear in *Harvard Data Science Review*, 2021+

4. Xi., B.*, Adversarial Machine Learning for Cyber Security and Computer Vision: Current Developments and Challenges, *Wiley Interdisciplinary Reviews: Computational Statistics*, 12(5), 1–16, e1511, 2020.

5. X. Shi, B. Xi, P. Jasbi, C. Turner, Y. Jin, H. Gu*, Comprehensive Isotopic Targeted Mass Spectrometry (CIT-MS): Reliable Metabolic Flux Analysis with Broad Coverage, *Analytical Chemistry*, 92, 11728–11738, 2020.

6. R. Eghlimi, X. Shi, J. Hrovat, B. Xi, H. Gu*, Triple Negative Breast Cancer Detection Using LC-MS/MS Lipidomic Profiling, *Journal of Proteome Research*, 19, 2367–2378, 2020.

7. P. Jasbi, O. Baker, X. Shi, L. Gonzalez, S. Wang, S. Anderson, X. Wang, B. Xi, H. Gu*, and C. S. Johnson*, Daily Vinegar Ingestion for Eight Weeks Improves Glucose Homeostasis and Affects the Metabolome but does not Reduce Adiposity in Adults, *Food and Function*, 10(11), 7343-7355, 2019

8. Zhou, Y.*, Kantarcioglu, M.*, Xi, B.*, A Survey of Game Theoretic Approaches for Adversarial Machine Learning, *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery*, 9(3): e1259, 1–9, 2019

9. Jiang, J.[G], Xi, B.*, Kantarcioglu, M., Spatial Counts under Differential Privacy Mechanism on Changing Spatial Scales, *Computer & Security*, 77, 642–652, 2018

10. Sharabati, W.*, Xi, B.*, A Neighborhood Regression Approach for Removing Multiple Types of Additive Noises, *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing*, 2018:19, 1–14.

11. Anderson, D.[G], Cleveland, W. S.*, and Xi, B.*, Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic, *Performance Evaluation*, 107, 1–33, 2017

12. Kwadwo, O.-S.[G], Asiago, V. M., Deng, L., Gu, H., Wei, S., Shanaiah, N., Nagana Gowda, G. A., Xi, B., Chiorean, E. G., and Raftery, D.*, NMR-based Metabolite Profiling of Pancreatic Cancer, *Current Metabolomics*, 2(3), 204–212, 2014.

13. Xi, B.*, Tan, K.M.[G], and Liu, C., Logarithmic Transformation Based Gamma Random Number Generators, *Journal of Statistical Software*, 2013, 55(4), 1–17.

14. Guha, S.[G*], Hafen, R.[G], Rounds, J.[G], Xia, J.[G], Li, J.[G], Xi, B., and Cleveland, W.S., Large

Complex Data: Divide and Recombine (D&R) with RHIPE, *STAT*, 1(1), 53-67, 2012

15. Kantarcioglu, M.*, Xi, B.*, and Clifton, C., Classifier Evaluation and Attribute Selection against Active Adversaries, *Data Mining and Knowledge Discovery* 22, 291–335, 2011.

16. Fuentes, M.*, Xi, B., and Cleveland, W.S., Trellis Display for Modeling Data from Designed Experiments, *Statistical Analysis and Data Mining* 4(1), 133-145, 2011.

17. Gu, H.*, Pan, Z., Xi, B.*, Asiago, V.[G], Musselman, B., and Raftery, D., Principal Component Directed Partial Least Squares Analysis for Combining NMR and MS Data in Metabolomics: Application to the Detection of Breast Cancer, *Analytica Chimica Acta* 686(1-2), 57–63, 2011.

**Refereed Conference Proceedings and Book Chapters – Post Tenure**

18. Shu, J.[G], Xi, B.*, Kamhoua, C. A., Understanding Adversarial Examples Through Deep Neural Network's Classification Boundary and Uncertainty Regions, 1–10, in *the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence*, July, 2022, Vienna, Austria.

19. Shu, J.[G], Wu, F.[G], Xi, B.*, Kamhoua, C. A., Li, Y., Ma, J., Understanding Dropout for Graph Neural Network, 1–11, The First Workshop on Graph Learning at The ACM Web Conference 2022, April, 2022, online, hosted by Lyon, France.

20. Zhou, Y.*, Kantarcioglu, M., Xi, B., A Game Theoretic Perspective on Adversarial Machine Learning and Cybersecurity Applications, in *Game Theory and Machine Learning for Cyber Security*, 231–269, C. A. Kamhoua, C. D. Kiekintveld, F. Fang, Q. Zhu, editors, Wiley-IEEE Press, 2021

21. Zhou, Y.*, Kantarcioglu, M., Xi, B., Efficacy of Defending Deep Neural Networks against Adversarial Attacks with Randomization, 1–16, *Proceedings of the 2020 SPIE the International Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II*, Apr. 2020, Anaheim CA.

22. B. Xi*, Y. Chen[U], F. Fan, Z. Tu, X. Deng, Bio-Inspired Adversarial Attack Against Deep Neural Networks, 1–5, *Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI)*, Feb. 2020, New York City.

23. Xi, B.*, Kamhoua, C., A Hypergame Based Defense Strategy Towards Cyber Deception in Internet of Battlefield Things, 1–18, *Modeling and Design of Secure Internet of Things*, C. A. Kamhoua, A. Kott, L. L. Njilla, S. S. Shetty, editors, John Wiley & Sons, Inc., 2020

24. Zhou, Y.*, Kantarcioglu, M., Xi, B., Adversarial Active Learning, *The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future*, 1–12, Macau, China, April, 2019 (Acceptance rate 33%)

25. Sharabati, W.*, Xi, B.*, Robust Weighted Regression for Ultrasound Image Super-Resolution, *IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation* (co-located with IEEE International Conference on Multimedia and Expo (ICME)), 1–6, San Diego, CA, July, 2018.

26. Tong, X.[G], Xi, B.*, Kantarcioglu, M., Inan, A., Mixture of Gaussian Models for Classification

and Hypothesis Testing under Differential Privacy, *The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec)* (acceptance rate 35%), Lecture Notes in Computer Science (LNCS) 10359, 123-141, Springer 2017.

27. Kantarcioglu, M.*, Xi, B.*, Zhou, Y.*, (Hot Topic Essay) Adversarial Learning: Mind Games with the Opponent, *ACM Computing Reviews*, 58, 9 (Sept. 2017), 506-511.

28. Sharabati, W.*, Xi, B.*, Fast Local Polynomial Regression Approach for Speckle Noise Removal, 3198–3203, *the 23rd International Conference on Pattern Recognition (ICPR)*, Cancun, Mexico, Dec, 2016 (The paper was selected for full length oral presentation, 18%).

29. Kantarcioglu, M.*, and Xi, B.*, Adversarial Data Mining, *North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense*, 1–11, June, 2014, Tallinn, Estonia

30. Xi, B. *, Gu, H., Baniasadi, H., and Raftery, D., Statistical Analysis and Modeling of Mass Spectrometry-Based Metabolomics Data, *Mass Spectrometry in Metabolomics: Methods and Protocols* (2014): 333–353, Humana Press, New York, NY.

31. Zhou, Y.*, Kantarcioglu, M., Thuraisingham, B., and Xi, B., Adversarial Support Vector Machine Learning, *Proceedings of the 18th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, 1059–1067, August 2012, New York, NY (acceptance rate 21%)

**Journal Publications – Pre Tenure**

32. Xi, B.*, Chen, H.[G], Cleveland, W.S., and Telkamp, T., Statistical Analysis and Modeling of Internet VoIP Traffic for Network Engineering, *The Electronic Journal of Statistics*, 4, 58–116 (59 pages), 2010.

33. Gu, H.*, Pan, Z., Xi, B., Hainline, B., Shanaiah, N., NaganaGowda, G.A., and Raftery, D.*, [1]H NMR Metabolomics Study of Age Profiling in Children, *NMR in Biomedicine*, 22(8), 826–833, 2009.

34. Denby, L.*, Landwehr J., Mallows C., Meloche J., Tuck J., Xi, B., Michailidis G., and Nair, V., Statistical Aspects of the Analysis of Data Networks, *Technometrics*, 49(3), 318–334, 2007.

35. Gu, H.*, Chen, H., Pan, Z., Jackson, A.U., Talaty, N., Xi, B., Kissinger, C., Duda, C., Mann, D., Raftery, D.*, and Cooks, R.G.*, Monitoring Diet Effects from Biofluids and Their Implications for Metabolomics Studies, *Analytical Chemistry*, 79(1), 89–97, 2007.

36. Xi, B.*, Michailidis, G., and Nair, V.N., Estimating Network Loss Rates Using Active Tomography, *Journal of the American Statistical Association*, 101(476), 1430–1448, 2006.

**Refereed Conference Proceedings and Book Chapters – Pre Tenure**

37. Xi, B.*, Kantarcioglu, M., Inan, A., Mixture of Gaussian Models and Bayes Error under Differential Privacy, *Proceedings of the first ACM Conference on Data and Application Security and Privacy (CODASPY)*, 179–190, Feburary 2011, San Antonio, Texas (Acceptance rate 30%).

38. Xia, Y.*, and Xi, B.*, Conceptual Clustering Categorical Data with Uncertainty, *in Proceed-

*ings of the 19th IEEE International Conference on Tools with Artificial Intelligence (ICTAI)*, 329–336, Patras, Greece, October 2007. (Acceptance rate 28%).

39. Lawrence, E.*, Michailidis, G.*, Nair, V.N., and Xi, B., Network Tomography: A Review and Recent Developments, *Frontiers in Statistics*, 1–20, editors Jianqing Fan and Hira L. Koul, published by World Scientific, USA, July 2006.

40. Xi, B.*, Liu, Z., Raghavachari, M., Xia, C., and Li, Z., A Smart Hill-Climbing Algorithm for Application Server Configuration, *Proceedings of the 13th International Conference on World Wide Web (WWW)*, 287–296, New York City, May 2004. (Acceptance rate 14.6%).

41. Xi, B.*, Michailidis, G., and Nair, V.N., Least Squares Estimates of Network Link Loss Probabilities Using End-to-End Multicast Measurements, *Proceedings of the 37th Annual Conference on Information Sciences and Systems*, 1–6, Johns Hopkins University, March 2003.

## 2   Submitted

42. Wei, W.[G], Xi, B.*, Kamhoua, C., Leader or Follower? The Role of Defender in Adversarial Stackelberg Game, submitted to *Journal of Data Science*

43. Wei, W.[G], Xi, B.*, Kantarcioglu, M., A Grid Based Defensive Adversarial Clustering Algorithm against Active Adversaries, submitted to *Statistical Analysis and Data Mining*.

44. Wu, F.[G], Cheng, L. Y.[G], Zhang, X., Xi, B.*, Testing Population Mode for Precise Protein Markers Discovery, under revision for *Statistics and Its Interface*

45. Fokoue, E., Xi, B., Zhang, R., Adversarial Machine Learning: A Statistical Review, submitted to *Wiley StatsRef: Statistics Reference Online*

## C   Invited Lectures

1. Organizer and speaker, *Statistics and Learning in the Big Data Era*, Spring Research Conference, Banff, Canada, May 2023.

2. *A Statistical Perspective Towards Deep Neural Network Vulnerabilities*, University of Mississippi Medical Center, October 2022.

3. Organizer and Discussant in the invited talk session, *Emerging Topics in Data Science*, the 63rd ISI World Statistics Congress, July 2021.

4. *Adversarial Machine Learning and Attack Against Deep Neural Network*, the Machine Learning for Industry Forum, Lawrence Livermore National Laboratory, August, 2021

5. *Adversarial Machine Learning and Attack Against Deep Neural Network*, Pacific Northwest National Laboratory Data Analytics Summit, July, 2021

6. Organizer and Discussant in the invited talk session, *Data Science for National Security*, Joint Statistical Meetings (JSM), Philadelphia, Pennsylvania, Aug, 2020

7. *Adversarial Machine Learning – Game Theoretic Approach and Adversarial Attack Against Deep Neural Network*, International Chinese Statistical Association (ICSA) 2020 Applied Statistics Symposium, Houston, Texas, Dec, 2020

8. *Adversarial Attacks Against Machine Learning and Remedies*, Big Data Big Impact Datathon,

Purdue University, West Lafayette, IN, March, 2020

9. *Adversarial Attacks Against DNN and Remedies*, SAMSI Workshop, Raleigh, North Carolina, March, 2020

10. *Panel discussion on Games, Decisions, Risk and Reliability*, SAMSI, Raleigh, North Carolina, August 7, 2019

11. *A Game Theoretic Approach for Adversarial Machine Learning – When Big Data Meets Cyber Security*, Department of Statistics, University of Nebraska-Lincoln, April 2019

12. *A Game Theoretic Approach for Adversarial Machine Learning – When Big Data Meets Cyber Security*, Department of Statistics and Actuarial Science, Simon Fraser University, Burnaby, Canada, March 2019

13. *Machine Learning Techniques for Metabolomics*, Mitochondria & Metabolism Center, University of Washington, March 2019

14. *Adversarial Unsupervised Learning*, Third ARO Workshop on Adversarial Machine Learning, the University of Texas at Dallas, November, 2018

15. *Adversarial Machine Learning: Big Data Meets Cyber Security*, National Academies of Sciences, Engineering and Medicine symposium on Statistics and Data Science for Cyber Secure IoT, Washington DC, June 14, 2018

16. *Adversarial Machine Learning: Big Data Meets Cyber Security*, Department of Statistics, Northwestern University, January 2018.

17. Three hour tutorial, *Adversarial Data Mining: Big Data Meets Cyber Security*, the 23rd ACM Conference on Computer and Communications Security, Vienna, Austria, October 24-28, 2016 (by Kantarcioglu and Xi, In Proceedings of the 2016 ACM SIGSAC Conference on Computer and Communications Security, pages 1866-1867.)

18. *Panel Discussion on Security Constraints in Cyber Science*, Army Research Office Workshop in Cyber Science, Biometrics and Digital Forensics, Miami, Florida, Nov, 2015.

19. *Adversarial Data Mining*, From Industrial Statistics to Data Science, A Conference in Honor of Vijay Nair, Ann Arbor, MI, Oct, 2015

20. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Workshop on Visualization for Big Data: Strategies and Principles, Fields Institute, Toronto, Canada, Feb, 2015

21. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, University of Notre Dame, September, 2014.

22. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, the 2nd Annual Midwest Women in Mathematics Symposium, April, 2014.

23. *Roundtable organizer and speaker: Divide and Recombine: Statistical Theory, Methods, and Visualization for Large Complex Data*, Montreal, Canada, JSM, August, 2013.

24. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics, University of South Carolina, April 11, 2013

25. *Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic*, Department of Statistics, North Carolina State University, November 2012

26. *D&R*, DHS-FODAVA Workshop and Grant Review Meeting, December 12, 2012

27. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics,

Virginia Tech, December 06, 2012

28. *Large Complex Data: Divide and Recombine (D&R) with RHIPE*, Department of Statistics and Operations Research, University of North Carolina at Chapel Hill, November 26, 2012

29. *Parallel R*, SAMSI Undergraduate Workshop, Octorber, 2012

30. *Internet Traffic: Analysis and Modeling*, one lecture in Massive Data Course at SAMSI, September, 2012

31. *Multifractal and Gaussian Fractional-Sum-Difference Models for Internet Traffic*, The 8th International Purdue Symposium on Statistics, June, 2012.

32. *Multifractal and Gaussian FSD Models for Internet Traffic*, Spring Research Conference on Statistics in Industry and Technology, Northwestern University, June 2011.

33. *Multifractal and Gaussian FSD Models for Internet Traffic*, Department of Statistics, Purdue University, September, 2010.

34. *Adversarial Classification*, Joint Research Conference on Statistics in Quality, Industry, and Technology, National Institute of Standards and Technology, Gaithersburg, MD, May, 2010.

35. *Voice Over the Internet: Analysis and Modeling*, Department of Statistics, University of Wisconsin, Madison, November, 2009.

36. *Adversarial Classification*, Mathematical Statistics Seminar, Department of Statistics, Purdue University, October 2009.

37. *VoIP: Analysis and Modeling*, Department of Statistics, Purdue University, September, 2009.

38. *Classifier Evaluation and Attribute Selection against Active Adversaries*, Curious Mind Seminar, Department of Computer Science, Purdue University, March 2009.

39. *Statistical Models of Internet Traffic (3 lectures)*, Mathematical Statistics Seminar, Department of Statistics, Purdue University, January 2009.

40. *Adversarial Classification*, Department of Statistics, University of California, Los Angeles, September, 2009.

41. *Classifier Evaluation and Attribute Selection against Active Adversaries*, Department of Statistics, Purdue University, October 2008.

42. *Adversarial Classification*, Institute for Operations Research and the Management Sciences Annual Meeting, Seattle, Washington, November 2007.

43. *Voice Over the Internet*, Department of Statistics, Stanford University, July 2007.

44. *Adversarial Classification*, The 15th International Conference on Interdisciplinary Mathematical and Statistical Techniques, Shanghai, China, May 2007.

45. *Adversarial Learning*, Department of Statistics, Stanford University, July 2006.

46. *The Characteristics of Voice over IP Traffic*, Joint Research Conference, Knoxville, Tennessee, June 2006.

47. *The Characteristics of The Voice Traffic Over the Internet*, Institute for Operations Research and the Management Sciences Annual Meeting, San Francisco, California, November 2005.

48. *Voice Over the Internet: Calls, Packets, and Silence Suppression*, Joint Statistical Meetings, Minneapolis, Minnesota, August 2005.

49. *The Characteristics of The Voice Traffic Over the Internet*, Spring Research Conference, Park

City, Utah, June 2005.

50. *The Statistics Of Voice Over The Internet*, The 55th Session of International Statistical Institute, Sydney Australia, April 2005.

51. *Statistics in Computer Networking*, VIGRE seminar, Department of Statistics, Purdue University, September 2005.

## D    Other Presented Papers

1. Presented an abstract on *Adversarial Machine Learning*, US Air Force Science and Technology 2030 Workshop, Bloomington, Indiana, May, 2018

2. *A Likelihood Ratio Approach for Expediting Biomarker Discovery under Sparsity and High Dimensionality*, Joint Statistical Meetings, Baltimore, August 2017.

3. *Adversarial Classification*, Poster, SAMSI Opening Workshop, Massive Datasets Program, North Carolina, September 2012.

4. *Internet VoIP Traffic Analysis and Modeling*, contributed talk, Joint Research Conference on Statistics in Quality, Industry, and Technology, National Institute of Standards and Technology, Gaithersburg, MD, May, 2010.

5. *Two New Ratio-of-Uniforms Gamma Random Number Generators*, poster,the Fourth Annual Graduate Student Educational Research Symposium, Purdue University, April 2010.

6. *Adversarial Classification*, contributed talk, International Chinese Statistical Association Applied Statistics Symposium, San Francisco, California, June 2009.

7. *A Game Theoretic Approach to Adversarial Learning*, Poster, CERIAS symposium, March 2008.

8. *Adversarial Classification*, contributed talk, Joint Statistical Meetings, Salt Lake City, Utah, August 2007.

9. *Adversarial Learning*, contributed talk, Joint Statistical Meetings, Seattle, Washington, August 2006.

## E    Other Professional Activities

1. Associate Editor, Journal of Data Science, an official journal of Renmin University, China, 2021 − Present

2. NSF panel reviewer, 2022

3. NSF panel reviewer, 2015

4. Army Research Office proposal reviewer, 2016 & 2018

5. Invited talk session organizer and speaker, *Statistics and Learning in the Big Data Era*, Spring Research Conference, Banff, Canada, May 2023.

6. Invited talk session organizer, *Emerging Topics in Data Science*, the 63rd ISI World Statistics Congress, July 2021.

7. Organizer of the invited talk session, *Data Science for National Security*, Joint Statistical

Statistics                                                                                      Xi, Page 18 of 31

Meetings (JSM), Philadelphia, Pennsylvania, Aug. 2020

8. The Statistical and Applied Mathematical Sciences Institute (SAMSI) working group co-chair on Machine Learning in Risk Analysis, 2019–2020 academic year

9. Organizer and chair of a roundtable, sponsored by the statistical computing section, Montreal, Canada, JSM 2013.

10. Session chair, Montreal, Canada, JSM 2013.

11. One year visit at SAMSI, North Carolina, 2012–2013 academic year.

12. Short term visit to the Department of Statistics, Stanford University, Summer 2007.

## F  Interdisciplinary Activities

1. **Collaboration in machine learning:** Dr. Xi worked with Professor Chris Clifton at Department of Computer Science, Purdue University; Professor Yuni Xia at Department of Computer Science, Indiana University-Purdue University Indianapolis; and researchers (Zhen Liu, Li Zhang, Cathy Xia, and Mukund Raghavachari) at IBM T.J.Watson Center, System Analysis and Optimization group. Dr. Xi also worked with Professor Murat Kantarcioglu, Department of Computer Science, University of Texas at Dallas. Publications, two ARO grants, and a US patent were the result of the collaboration in machine learning and data mining.

2. **Collaboration in bioinformatics:** Dr. Xi is currently working with Associate Professor Haiwei Gu from Florida International University (he was an assistant professor at Arizon State University) in the area of metabolomics. Dr. Xi is working on developing statistical methods for metabolite biomarker identification and metabolic pathway analysis, whereas Dr. Gu is developing analytical platforms that enable broad and reliable metabolic analysis on the whole metabolome. Dr. Xi is also working with Professor Xiang Zhang from University of Louisville in metabolomics. Dr. Xi has worked with Assistant Professor Li from Chinese University of Hong Kong and Assistant Professor Ma from Peking University on gene disease network data.

## G  Patents

1. US Patents #7272707 and #7490234, Methods and Apparatus for Automatic System Parameter Configuration for Performance Improvement, Liu, Z., Raghavachari, M., Xi, B., Xia, C.H., and Zhang, L., issued on Sep.18, 2007 and Feb.10, 2009

## H  Funding

### 1  Discussion of support

Dr. Xi has received support from National Science Foundation (NSF), National Institutes of Health (NIH), Army Research Office (ARO), Army Research Lab (ARL), Raytheon Company, Northrop Grumman Corp., Purdue Discovery Park iGSDI, Purdue CERIAS, and the Department of Defense (DoD). Since her previous promotion in Spring 2011, Dr. Xi has obtained 11 grants.

### 2  Award information

1. (External) ARO W911NF-17-1-0356: Data Analytics for Cyber Security: Defeating the Active Adversaries, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $763,000, **08/07/2017 – 01/06/2023**, Amount Responsible: $222,500

2. (External) ARL: Basic Research for Internet of Things (IoT) Security, sole PI: Bowei Xi, **05/15/2020–05/14/2024**, $135,000 for the first two year, Amount Responsible: $135,000 for the first two year.

3. (External) Northrop Grumman Corp. Year 11: Understand Adversarial Samples for a Better Defense, sole PI: Bowei Xi, **09/01/2019–08/31/2020**, $100,000, Amount Responsible: $100,000

4. (External) Northrop Grumman Corp. Year 10: Proactive Defense for AI Security, sole PI: Bowei Xi, **09/01/2018–12/31/2019**, $100,000, Amount Responsible: $100,000

5. (External) Raytheon Company: Defense Strategy to Increase AI Robustness and Security, sole PI: Bowei Xi, **10/01/2018–05/30/2019**, $30,340, Amount Responsible: $30,340

6. (Internal) Purdue CERIAS Seed Grant: Learning Systems Mimicking Human Recognition Process for Improved System Security and Robustness, sole PI: Bowei Xi, $45,000, **06/15/2018 – (no expiration date)**, Amount Responsible: $45,000

7. (Internal) Purdue Discovery Park iGSDI AI+ program: Intelligent Biomorphic Robots with Adversarial Machine Learning Capacity, PI: Xinyan Deng (Mechanical Engineering), co-PI: Bowei Xi (Statistics), $40,000, **04/16/2018–09/15/2018**, Amount Responsible: $16,700

8. (External) ARO W911NF-12-1-0558: A Game Theoretic Framework for Adversarial Classification, UT Dallas PI: M. Kantarcioglu, Purdue PI: B. Xi, $440,000, **08/01/2012 – 07/31/2015**, Amount Responsible: $210,140

9. (External) DARPA D3M: Diagnostic Methods & Software for Fitted-Model Checking, PI: Cleveland, Technical Personnels: Bowei Xi, Xiao Wang, Qifan Song, Sub-Contractors: KnowledgeVis LLC., Kitware Inc., Hafen Consultant LLC., $515,000, **01/01/2017 – 08/12/2020**, Amount Responsible: $5000

10. (External) NSF DMS-1228348: Statistical Theory and Methods for D&R Analysis of Large Complex Data, PI: William S. Cleveland, co-PIs: Chuanhai Liu and Bowei Xi, $314,995, **09/01/2012 − 08/31/2017**, Amount Responsible: $105,000

11. (External) DARPA XDATA (DoD Grant 106346): D&R for Large Complex Data, **09/14/2012 − 12/31/2017**, $653,485, PI: W. S. Cleveland, Technical Personnel: Bowei Xi, Amount Responsible: 1 month summer

12. (External) DoD Multidisciplinary University Research Initiative (MURI) W911NF-08-1-0238: Stochastic Control of Multi-Scale Networks, PI: William S. Cleveland, co-PIs: Bowei Xi and Jennifer Neville, $980,000, 05/01/2008 − 03/28/2014, Amount Responsible: $200,000

13. (External) NSF DMS-0904548: Statistical Models of Internet Traffic and Queueing Analysis, Sole PI: Bowei Xi, $54,900, 08/01/2009 − 07/31/2011, Amount Responsible: $54,900

14. (External) NIH 1R21CA133770-01A2: Metabolomics-based Identification of Hepatocellular Cancer Bio-markers, PI: Daniel Raftery, co-I: Bowei Xi, $387,476, 05/17/09 − 04/30/12, Amount Responsible: 0.5 month summer

15. (External) NSF DMS-0532217: Data Mining, Statistical Learning, and Data Visualization for Complex Data, PI: William S. Cleveland, co-PIs: Bowei Xi and Jongwoo Song, $120,000, 09/15/2005 − 08/31/2010, Amount Responsible: $40,000

16. (Internal) PRF Research Grant, Sole PI: Bowei Xi, $20,885, 06/01/2006 − 05/31/2007

17. (Internal) PRF Summer Faculty Grant, Sole PI: Bowei Xi, $7000, 2005

18. (Internal) PRF International Travel Grant, Sole PI: Bowei Xi, $1000, 2005

# I   Evidence of Involvement in Graduate Research Program

## 1   M.S. and Ph.D. students graduated

1. Ph.D. student supervised: Wutao Wei, graduated in June 2018. Currently working at Twitter. *Dissertation: Model Based Clustering Algorithms with Applications*

2. Ph.D. student supervised: Lin-Yang Cheng, graduated in August 2017. Currently working at Medspace in Cincinnati, OH. *Dissertation: Statistical Methods for Effective Protein Biomarker Discovery*

3. Ph.D. student supervised: Xiang Han (co-advised with Professor Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas, TX. *Dissertation: Divide and Recombine: Autoregressive Models and STL+*

4. Ph.D. student supervised: Hui Chen (co-advised with Professor Cleveland), graduated in December 2007. Currently working at Apple, Inc., in California. *Dissertation: Voice Over the Internet: Statistical Properties and Quality of Service*

5. Master's student supervised: Geri Rista (graduated in May 2020)

6. Master's student supervised: Jun Jiang (graduated in December 2016, IE)

7. Master's Student supervised: Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati)

8. Master's Student supervised: Kean Ming Tan (graduated in 2011)

9. Service on Ph.D. Advisory Committees:

   - Statistics: David Anderson (Summer 2008), Paul Kidwell (Summer 2009), Saptarshi Guha (Fall 2010), Yang Zhao (Summer 2009), Jin Xia (Summer 2011), Jianfu Li (Fall 2014), Kyle Bemis (Fall 2016), Philip Gautier (Spring 2015), Barret Schloerke (Fall 2017), Jeremy Troisi (Spring 2019).
   - Industrial Engineering: Kyeong-ah Jeong (Spring 2009), Kyungdoh Kim (Summer 2011).
   - Physics: Haiwei Gu (Fall 2008)
   - School of Health Sciences: Chankyo Jeong (Spring 2010)
   - Communication: Brian Britt (Summer 2013)
   - Computer Science: Jaewoo Lee (2014)
   - Agricultural and Biological Engineering: Weizhen Liang (Summer 2015)
   - CERIAS: Ashrith Barthur (Fall 2016)
   - Civil Engineering: Afia Sultana (Fall 2017)

10. Service on Master's Advisory Committees: Claire Engelbrecht (Spring 2007), Thomas McLean (Spring 2007), Alan Saunders (Spring 2008), Hsian-Fan Tang (Fall 2006), Xiaolu Zhang (Summer 2006), Yu Zhu (Summer 2006), Haoan Liu (Fall 2012), Yi Li (Fall 2011), Catherine Withey (Spring 2010), Shuai Chen (Fall 2012), Yu Qiao (Fall 2018), Runyi Hu (Spring 2019), Ashley King (Spring 2020), Weinan Wang (Fall 2020).

## 2   Current graduate and postdoctoral students

1. Ph.D. student supervising:

   - Kirsen Sullivan, defense scheduled Nov 01, 2022
   - Fan Wu, prelim in Dec 2021
   - Juan Shu, prelim in Spring 2022
   - Yitao Li, prelim in Summer 2022
   - Yujie Chen

2. Ph.D. Advisory Committees: Danyang Wang, Hao Xin, Yining Ding, Fahad Fardan Alqahtani (Civil Engineering)

## 3   Undergraduate student

Yujie Chen (graduated in May 2019)

# III. LEARNING

## A   Teaching Assignments at Purdue

*This summary is a collaborative effort between the candidate and the Department of Statistics Promotion Committee.*

Dr. Xi has taught six undergraduate to graduate level statistics courses. These courses attract students from different disciplines. Having a very diversified audience is a challenge in the classroom simply because students present varying levels of background preparation. Some have strong mathematical skills and some have strong experience in one or more application areas. Dr. Xi strives to achieve a balance between statistical theory and application in class. Examples from real life applications are used extensively to demonstrate various statistical techniques. Theoretical results are also discussed in class as foundational elements. This helps students gain a better understanding of the statistical techniques and their eventual application. Understanding both the theoretical basis of statistics, as well as the application provides students with the ability to modify the standard techniques when handling unusual data later in their lives.

| Semester & Year | Course Number, Credit Hr. Type | Title of Course | No. of Students | Student Classification |
|---|---|---|---|---|
| S 2022 | STAT 511, 3 cr, lecture | Statistical Methods I | 60 | UG-Grad |
| S 2022 | STAT 511, 3 cr, lecture | Statistical Methods I | 58 | UG-Grad |
| F 2021 | STAT 511, 3 cr, lecture | Statistical Methods I | 60 | UG-Grad |
| S 2021 | STAT 511, 3 cr, sync online | Statistical Methods I | 58 | UG-Grad |
| S 2021 | STAT 511, 3 cr, sync online | Statistical Methods I | 58 | UG-Grad |
| S 2021 | STAT 511, 3 cr, async online | Statistical Methods I | 25 | UG-Grad |
| F 2019 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 55 | UG-Grad |
| S 2019 | STAT 598, 3 cr, lecture | Recent Developments in Machine Learning | 9 | Grad |
| F 2018 | STAT 417, 3 cr, lecture | Statistical Theory | 40 | UG |
| S 2018 | STAT 598, 3 cr, individual study | Adversarial Learning Literature Review | 1 | Grad |
| S 2018 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 32 | UG-Grad |
| S 2018 | STAT 512, 3 cr, lecture | Applied Regression Analysis | 27 | UG-Grad |
| S 2017 | STAT 511, 3 cr, lecture | Statistical Methods I | 35 | UG-Grad |
| 2004–2016 | STAT 511, 512, 514, 524, 417 | 3 cr, lecture | | |

## B  Selected Discussion of Courses

*STAT 598 Recent Developments in Machine Learning:*   The course provides an opportunity for students to undertake individual reading and study on recent topics in machine learning. Topics covered in this course include generative adversarial networks, reinforcement learning, compressed deep neural networks, adversarial machine learning, deep unsupervised learning.

*STAT 511 Statistical Methods I:*   STAT 511 covers the basic knowledge of probability and statistical inference in the context of engineering applications. The topics in STAT 511 are elementary probability, important discrete and continuous distributions, sampling distributions and central limit theorem, confidence intervals and hypothesis testing. Many students are from the College of Engineering and the majority are in graduate programs.

*STAT 524 Applied Multivariate Analysis:*   Students in STAT 524 are from many different colleges, such as the College of Agriculture, the College of Consumer and Family Sciences, the College of Education, the College of Engineering, the College of Science, the School of Pharmacy, the School of Health and Human Sciences, and the School of Management. In February 2007, Dr. Xi revised the course material. Topics on hypothesis testing, multivariate analysis of variance, and regression analysis were replaced with relatively recent development in statistical learning. Practical knowledge for data analysis is emphasized in class. Both SAS and R are used.

*STAT 512 Applied Regression Analysis:*   Students enrolled in STAT 512 are from many different fields. The class has a mix of graduate and undergraduate students. STAT 512 focuses on the applied aspect of regression analysis and uses the statistical software SAS extensively to perform data analysis. STAT 512 utilizes many different datasets to demonstrate how to fit regression models, check model assumptions, and interpret the results in the context of the problem. The topics covered in class are simple linear regression, multiple regression, diagnostics and model selection, ridge regression, analysis of variance, analysis of covariance, and random effects model.

*STAT 514 Design of Experiments:*   STAT 514 is an applied course in design of experiments. SAS is used to demonstrate the examples in class and for students to do the homeworks. Topics covered in class are design fundamentals, completely randomized design, randomized complete block design, latin square design, factorial design, nested factorial, incomplete block design, split plot design, and analysis of variance.

*STAT 417 Statistical Theory:*   STAT 417 is an introduction to the mathematical theory of statistical inference, emphasizing inference for standard parametric families of distributions. The topics covered in the class are properties of estimators, Bayes and maximum likelihood estimation, sufficient statistics, properties of test of hypotheses, most powerful and likelihood-ratio tests, and distribution theory for common statistics based on normal distributions. Most of the students taking STAT 417 are undergraduate students in the actuarial science program.

## C  Course Evaluations

### 1  Student Evaluation

Prior to Fall 2021, the following two questions serve as the general instructor evaluation questions on the Statistics Department's evaluation instrument. Each question is scored by the students on a 1 to 5 point scale. The course median are the median from long range data of class medians.

C1: "Overall, this course is among the best I have ever taken!"
C2: "Overall, this instructor is among the best I have ever known!"

| Semester & Year | Course | Respond/Enrollment | C1 Score (course median) | C2 Score (course median) |
|---|---|---|---|---|
| F 2019 | STAT 512 | 51/55 | 4.4 (3.9) | 4.3 (3.9) |
| S 2019 | STAT 598 | 6/9 | 4.8 (4.8) | 4.9 (4.9) |
| F 2018 | STAT 417 | 37/40 | 3.1 (4.0) | 3.4 (3.9) |
| S 2018 | STAT 512 | 24/27 | 4.3 (3.9) | 4.2 (3.9) |
| S 2018 | STAT 512 | 29/32 | 4.2 (3.9) | 4.3 (3.9) |
| S 2017 | STAT 511 | 18/35 | 4.1 (3.9) | 3.9 (4.0) |

Beginning Fall 2021, the following four questions serve as the general instructor evaluation questions on the Statistics Department's evaluation instrument. (In Spring 2021, the courses were online campus wide. I did the optional course evaluation and the results are included below.)

My instructor seems well-prepared for class.
The instructor is fair and consistent in evaluating my performance in the course.
The instructor created a welcoming and inclusive classroom environment.
The instructor is open to my questions and effectively answers them.

| Semester/ Year | Course | Well Prepared | Fair and Consistent | Welcoming and Inclusive | Open to Questions |
|---|---|---|---|---|---|
| S 2021 | STAT 511 | 4.02/5.0 | 4.25/5.0 | 4.16/5.0 | 4.12/5.0 |
| S 2021 | STAT 511 | 3.78/5.0 | 4.34/5.0 | 4.10/5.0 | 4.04/5.0 |
| S 2021 | STAT 511 | 4.13/5.0 | 4.50/5.0 | 4.36/5.0 | 4.23/5.0 |
| F 2021 | STAT 511 | 4.27/5.0 | 4.48/5.0 | 4.21/5.0 | 4.10/5.0 |
| S 2022 | STAT 511 | 4.38/5.0 | 4.52/5.0 | 4.30/5.0 | 4.22/5.0 |
| S 2022 | STAT 511 | 4.41/5.0 | 4.44/5.0 | 4.27/5.0 | 4.08/5.0 |

## 2   Peer Evaluation

On March 9, 2022, I observed Professor Bowei Xi teach Statistics 511 Statistical Methods. This course is designed primarily for graduate students not majoring in statistics but who need to use statistical methods in their research. It is imperative that the course be taught consistently and effectively for this audience. I think Professor Xi exceeds the high standards of this course and promotes motivation in the classroom.

While looking at the course website, I found that it is very well organized and has excellent information about the course, including the examples, formulas, and theorems of the topics for each chapter. During class, I very much enjoyed how Professor Xi presented the formulas for the calculations of probabilities compared the properties of random variables under different types of distributions in terms of similarities and differences. What impressed me the most was that she wrote all the details on the blackboard while explaining all the calculations in great detail at each step. Such step-by-step instructions and graphs showing the area under the normal curve that corresponds to the probability make the complicated calculations much easier to understand. Professor Xi knows her students very well, so she gave many real examples in different fields that match the students backgrounds and research areas. For the students' questions in class, Professor Xi not only answered the specific questions in different ways but also related them to our everyday lives to ensure that the students had a complete and utter understanding of the topic.

In summary, I am confident that Professor Bowei Xi is performing at a very high level in teaching this course. I think Professor Xi is passionate about teaching and knows how to educate and engage her students in class. My impression is that Professor Xis enthusiasm really made her class interesting and enjoyable.

```
Min Zhang
Professor of Statistics, College of Science
March 9, 2022
```

## IV. Engagement

### A   Discussion of Engagement

There are real world implications when using machine learning algorithms in critical applications, such as autonomous systems. For example, a self-driving car uses camera and radar as sensors. Deep learning is used to process the image signals received from cameras. Hence in a system where a learning algorithm used to process sensor data has inherent vulnerabilities, they become part of the system vulnerabilities that the adversaries can explore. Dr. Xi's research on building robust machine learning algorithms has received support from Army Research Office (ARO), Army Research Lab (ARL), Northrop Grumman Corp., and Raytheon Company.

### 1   Engagement with Partners

Dr. Xi is collaborating with ARL researcher Dr. Kamhoua. Dr. Xi and Dr. Kamhoua have established a joint work statement under a Collaborative Research and Development Agreement (CRADA) between Purdue University and ARL. Even though many ARL grants are awarded to Purdue every year, currently only four Purdue faculty members (from four different projects) are covered by ARL CRADA.

### 2   Individuals Mentored through Engagement Activities

Dr. Xi's students, Kirsen Sullivan, Yitao Li, Juan Shu, and Yujie Chen are working on projects funded by Northrop Grumman Corp., ARO and ARL. Meanwhile Raytheon Company's grant was used to provide one semester RA support for Kirsen Sullivan.

### 3   Impact of the Scholarship of Engagement

The projects lead to Publications 4, 3, 8, 1, 24, 23, 22, 21, 20, 19, 29, 31, 15, 43, 18.

### B   Discussion of Service

Dr. Xi has dedicatedly served on various department, college, and university committees. She has served on Ph.D. and Master's advisory committees, student and faculty award committees, graduate admission committee, and Ph.D. qualifying exam committees in three areas. She has been Chair of the department colloquium for two semesters, and Chair of the mathematical statistics seminar for one and half year, including a summer session. She serves as an associate editor, and as referees for various journals and conference proceedings.

Statistics

Xi, Page 27 of 31

## C   Department

| | |
|---|---|
| 2019–Present | Diversity and Inclusion Committee |
| 2021–Present | Rubin Memorial Lecture Chair |
| 2021–Present | Department Award Committee |
| 2011–2012, 2021-2022 | Applied Master's Exam Committee |
| 2016–2019 | Virgil Anderson Committee (Chair) |
| 2014–2015 | Undergraduate Committee |
| 2014–Present, 2011-2012, 2007-2010 | Ph.D. Qualifying Exam Committee, Computational Statistics |
| 2006–2007, 2013-2014 | Graduate Admission Committee |
| 2012–2012, 2013-2014 | Ph.D. Qualifying Exam Committee, Applied Methods |
| 2011–Present | Primary Committee |
| 2013–2014 | Entertainment Committee |
| 2014–2017 | Outstanding Assistant Professor Teaching Award Committee (Chair) |
| 2011–2012 | Graduate Student Teaching Award Committee |
| 2011–2012 | Strategic Planning Committee |
| 2011–2012 | L.J. Cote M.S. Excellence in Statistics Award Committee |
| 2004–2005, 2008-2010 | Virgil Anderson Award Committee |
| Spring 2005 | Massive Data COALESCE Committee (Area Statistics) |
| 2005–2007 | Ph.D. Qualifying Exam Committee, Probability |
| 2005–2006 | Department of Statistics Colloquium Chair |
| Spring, Summer, and Fall 2008, and Spring 2009 | Mathematical Statistics Seminar Chair |

## D   College

| | |
|---|---|
| 2018–2020 | CoS Grade Appeals Committee |
| 2015–2017 | CoS Grade Appeals Committee |
| 2014–2015 | CoS Grade Appeals Committee (Alternate) |
| 2013–2014 | CoS Grievance Committee |

## E   University

| | |
|---|---|
| 2011–2012 | University Grievance Committee |

## F   Professional (editorial boards, study sections, panels, consulting, etc)

1. Associate Editor, Journal of Data Science, an official journal of Renmin University, China, 2021 – Present

2. Invited talk session organizer and speaker, Spring Research Conference, Banff, Canada, 2023

3. NSF panel reviewer, 2022

4. Invited talk session organizer and discussant, ISI World Statistics Congress, 2021

Statistics                                                                     Xi, Page 28 of 31

5. Invited talk session organizer and discussant, JSM, 2020

6. Army Research Office proposal reviewer, 2016 & 2018

7. NSF panel reviewer, 2015

8. Dr. Xi reviews around 8-10 scientific manuscripts each year for the following professional journals and conference proceedings:

    (a) Statistical Science

    (b) Journal of the American Statistical Association

    (c) Journal of Machine Learning Research

    (d) Electronic Journal of Statistics

    (e) Statistica Sinica

    (f) Technometrics

    (g) Journal of Computational and Graphical Statistics

    (h) Journal of Statistical Planning and Inference

    (i) Statistical Analysis & Data Mining

    (j) Biometrical Journal

    (k) Statistics & Probability Letters

    (l) Pattern Recognition

    (m) Neural Networks

    (n) IEEE Transactions on Knowledge and Data Engineering

    (o) IEEE Transactions on Dependable and Secure Computing

    (p) Transactions on Information Forensics & Security

    (q) Computer & Security

    (r) Computer Standards & Interfaces

    (s) Applied Stochastic Models in Business and Industry

    (t) PLoS ONE

    (u) BMC Bioinformatics

    (v) Information Processing Letters

    (w) Conferences: SIGMETRICS, InfoVis etc.

9. *Panel Discussion on Security Constraints in Cyber Science*, Army Research Office Workshop in Cyber Science, Biometrics and Digital Forensics, Miami, Florida, Nov, 2015.

10. Organizer and speaker of a round-table, sponsored by the statistical computing section, JSM 2013.

11. Session chair, JSM 2013

# G   Diversity Activities

Dr. Xi is on the departmental Diversity and Inclusion Committee. The committee discusses issues such as how to improve the diversity for the graduate student body and provide support to the

Statistics                                                                 Xi, Page 29 of 31

under-represented group. Dr. Xi is on the Communication Committee for American Statistical Association's Justice, Equity, Diversity, and Inclusion (JEDI) Outreach Group. The JEDI Communication Committee works on social media accounts to increase the visibility of JEDI and its activities.

# V. MENTORING

## A    Undergraduate Students

Yujie Chen worked with Dr. Xi on an adversarial machine learning project while she was an undergraduate student at Purdue. The result from this project was written into a paper (publication 22). The project provided her with more research experience and programming experience with GPU. Yujie joined the Master's program at the University of Chicago in Fall 2019. She proceeds to the Ph.D program at Purdue in Fall 2020 and starts to work with Dr. Xi.

## B    Graduate Students

Dr. Xi has advised and co-advised 9 Ph.D students: Lin-Yang Cheng, Xiang Han, Hui Chen, Wutao Wei, Juan Shu, Kirsen Sullivan, Yitao Li, Yujie Chen, and Fan Wu. Dr. Xi has also advised and co-advised 4 Master's students: Geri Rista, Jun Jiang, Yanling Zhao, and Kean Ming Tan. Her students work on topics in adversarial machine learning, biomarker discovery, and big data research.

Wutao Wei worked on developing a grid based defensive clustering algorithm in the presence of active adversaries (publication 43). Wutao is working at Twitter. His defense took place in June 2018. Kirsen Sullivan received partial support through Raytheon Company to work on adversarial machine learning with Dr. Xi. Juan Shu, Yitao Li, Yujie Chen, and Fan Wu are working on building robust statistical and machine learning models with Dr. Xi (publications 2, 38, 44).

Lin-Yang Cheng worked on a likelihood ratio-based method to accurately identify the truly relevant protein markers in discovery studies (publication 44). The approach has much smaller false discovery rate and higher sensitivity than the popular univariate and multivariate approaches currently used in the field. Lin-Yang obtained his Ph.D. degree in August 2017. He is working at Medspace in Ohio.

Xiang Han worked on seasonal adjustable time series modeling of Akamai data. Xiang obtained his Ph.D. degree in August 2014. He is currently working at Parkland Center for Clinical Innovation in Dallas, Texas. Hui Chen worked on modeling of VoIP traffic from a service provider carrying a full range of VoIP applications (publication 32). Hui obtained her Ph.D. degree in December 2007. She is currently working at Apple Inc.

Four Master's students worked on research projects with Dr. Xi. Geri Rista worked on computational optimal transport theory. Jun Jiang worked on applying differential privacy mechanism to spatial count data (publication 9). Yanling Zhao worked on image deblurring. Kean Ming Tan worked on random number generation (publication 13). Jun Jiang and Kean Ming Tan both proceeded to pursue a Ph.D. degree, in computer science and in biostatistics respectively.

Meanwhile Dr. Xi has served on many Ph.D. and Master's advisory committees. She works with the students and their major advisors on research projects. She has published papers and obtained grants based on these projects.

## VI. EXTERNAL REFEREES

The department will ask for outside references on your behalf... you will not see this part of your document (the department head, or other senior faculty member will handle this section of your document). You may want to start thinking of a list of potential names (addresses, e-mail, phones) to give to the person (dept. head) handling your document.

PURDUE UNIVSERSITY– ARL CRADA 16-069-A01

**MULTI TASK DOMESTIC**
**COOPERATIVE RESEARCH AND**
**DEVELOPMENT AGREEMENT**
between
**U.S. ARMY COMBAT CAPABILITIES DEVELOPMENT COMMAND ARMY RESEARCH**
**LABORATORY**
and
**PURDUE UNIVERSITY**

**ARL 16-069; AMENDMENT No. 1**
**(ARL CRADA 16-069-A01)**

The Cooperative Research and Development Agreement (CRADA) 16-069 entered into between Purdue University and the U.S. Army Research Laboratory (now known as U.S. Army Combat Capabilities Development Command Army Research Laboratory (ARL)) on 6 October 2017 is hereby modified, pursuant to the provisions set forth in Article 19, Paragraph 19.2.

1. Pursuant to the provisions set forth in the Master CRADA Article XXIII, Paragraph 23.1, the term of this Agreement shall be extended five (5) years beyond the originally scheduled expiration date (6 October 2022). The new expiration date shall be 6 October 2027.

2. Pursuant to the provisions set forth in the Master CRADA Article V Financial Obligation, the terms are deleted in its entirety and replaced with the following terms:

"5.3. Payment: In circumstances where funding is due to ARL from the COLLABORATOR(S), payment in U.S. funds may be made to DFAS Cleveland on behalf of ARL using one of the following two options:

5.3.1. ACH/EFT Option:

Bank Name: Credit Gateway

Address: 60 Livingston Avenue St. Paul, MN 55107

RTN/ABA: 051036706

A/C 220031

5.3.2. Wire Option:

Bank Name: US Treasury

Address: 1500 Pennsylvania Avenue NW, Washington, DC 20220

Country: USA

RTN/ABA: 021030004

Account Name: DFAS-Cleveland

Account Number: 00008522

Note: Wire transfer fees and other shortages are the responsibility of the remitter. E-mail notification of all payments made to DFAS Cleveland should be sent to the ARL Administrative POC and Action Officer listed in Appendix A of the associated JWS noting the corresponding agreement number."

**Exhibit**

**E**

**PURDUE UNIVSERSITY– ARL CRADA 16-069-A01**

3.  Pursuant to the provisions set forth in the Master CRADA Article XI, the terms following are added in its entirety to create Paragraph 11.3:

"11.3.   Critical Program Information (CPI) is defined as information/technologies resident in a particular system or program which if divulged to unauthorized persons, would likely result in the reduction of a critical U.S. military technological advantage. The COLLABORATOR shall provide the Government a description of any previously identified CPI that is intended to be used in work under this agreement. After the start of work under this agreement; based on technical maturity and progress to date, the Government may assess a likelihood of CPI existing in work under this CRADA.  As a subsequent effort, the Government will convene a CPI Assessment, led by the Government with COLLABORATOR SMEs supporting. If CPI is identified by the Government it must be protected by the COLLABORATOR in accordance with guidance outlined in a Program Protection Plan (PPP), written in collaboration with the COLLABORATOR. The aforementioned PPP will establish policy and procedures for the protection of CPI for the duration of the CRADA."

4.  Pursuant to the provisions set forth in the Master CRADA Article XIII, Paragraph 13.1, the terms are deleted in its entirety and replaced with the following terms:

"13.1.   Fundamental Research Limitation:  The research developed and delivered by the COLLABORATOR(S) under this agreement, including all data, inventions, discoveries, copyrightable works, software, tangible materials and information, will be confined to "fundamental research" as defined by ITAR and Export Administration Regulations (EAR) regulations (collectively, "Export Control Regulations") and will therefore not be restricted under the Commerce Control List of the Export Control Regulations or the US Munitions List of the International Traffic in Arms Regulations.  Further, faculty and/or students which qualify as "foreign persons" *and have been vetted for the purpose of security* shall not be restricted from participating in these research efforts pursuant to this agreement should therefore not be subject to Export Control.  Should ARL believe at some point in this collaborative project that materials which are being developed pursuant to this agreement are deemed "export controlled," ARL must provide specific information to the COLLABORATOR(S) Administrative Contact as to the regulation under which the materials are classified as "controlled."  The parties may terminate the agreement for convenience if the COLLABORATOR(S) is unable to perform the type of project ARL requires."

5.  Pursuant to the provision set forth in Appendix A of the Master CRADA, the Points of Contact are deleted in its entirety and replaced with a new updated Points of Contact in the attached Appendix A.

**PURDUE UNIVSERSITY– ARL CRADA 16-069-A01**

IN WITNESS THEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives.

| PURDUE UNIVERSITY | U.S. ARMY RESEARCH LABORATORY |
|---|---|
| <br><br><br>BY: _____<br><br>Kyle Wargo<br>Director, Contracting<br>Purdue University<br><br><br>Date: _____ | <br><br><br>BY: _____<br><br>Dr. Patrick J. Baker<br>Director, U.S. Army Combat Capabilities<br>    Development Command Army Research<br>    Laboratory<br><br>Date: _____ |

PURDUE UNIVSERSITY– ARL CRADA 16-069-A01

APPENDIX A - Points of Contact

|  | Perdue University | U.S. ARMY RESEARCH LABORATORY |
|---|---|---|
|  | COLLABORATOR | ARL |
| Legal POC | Office of Legal Counsel<br>765-496-1506<br>legalcounsel@purdue.edu | Alan Kalb<br>ARL Legal Counsel<br>(301) 394-1769<br>alan.i.kalb.civ@army.mil |
| Admin. POC | Kyle Wargo<br>Director, Contracting<br>Sponsored Program Services<br>765-494-0382<br>spscontr@purdue.edu | AnnMarie Martin<br>Strategic Partnerships Office<br>410-278-9106<br>annmarie.b.martin.civ@army.mil |
| Signatory | Kyle Wargo<br>Director, Contracting<br>Sponsored Program Services<br>765-494-0382<br>spscontr@purdue.edu | Dr. Patrick J. Baker<br>Director |
| Organization | Purdue University<br>Sponsored Program Services<br>610 Purdue Mall<br>West Lafayette, IN 47907-2040 | DEVCOM Army Research Laboratory,<br>Strategic Partnerships Office<br>FCDD-RLD-FS/AnnMarie Martin<br>Bldg 321 Rm 126<br>6375 Johnson Rd<br>APG MD 21005-5425 |
| Web Site | www.purdue.edu | www.arl.army.mil |
| Action Officer if not above |  | AnnMarie Martin<br>410-278-9106<br>annmarie.b.martin.civ@army.mil |

**To:  Peter Hollenbeck, Vice Provost for Faculty Affairs**
**From:    Bowei Xi, Ph.D.**
**Date:    January 23, 2023**

**Re:  Written Request for Reconsideration of the Denial of Promotion for Associate Professor Bowei Xi**

Pursuant to Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion,* please accept the following as my written request for reconsideration.

## I.    <u>Introduction</u>

Because of faulty judgments based on errors and/or misinterpretations of my publication history and the status of my research funding as well as grossly inadequate consideration of my professional competence compared to other faculty who were recently promoted, I appeal the negative decision on the grounds of both (1) "grossly inadequate consideration of [my] professional competence;" and (2) "judgments based on erroneous or misinterpreted information."

## II.   <u>Procedural History and Background</u>

I am currently an associate professor in the Department of Statistics. On December 2, 2022, I learned by an email from the then-Head of the Department of Statistics, Professor Dennis K.J. Lin, that the College of Science denied my promotion to full professor. (Please see the attached Exhibit A, pages 1-2 of the Appendix of Exhibits of Bowei Xi, hereinafter "Appendix"). Dr. Lin told me that my promotion case received unanimous support from the Department of Statistics, but the vote at the College's Area Committee meeting had failed.

I requested a written explanation for the denial of my appeal to then-Dean Patrick Wolfe on December 20, 2022. On January 3, 2023, the Interim Dean of the College of Science, Dr. Jean Chmielewski, provided a written explanation for the College's denial of my application for promotion to full professor. (Please see the attached Exhibit B, Appendix page 3). This written explanation from Interim Dean Chmielewski stated that (1) "[w]hile the Area Committee noted your contributions to the area using data with noise to generate robust models and results, it was discussed that many of the resulting

publications were not in tier 1 journals;" and (2) "the committee noted the end of research funding in the coming year necessitating the Research Refresh award." Interim Dean Chmielewski then "recognize[d] the impact of the committee's decision to not move [my] case forward."

Section VI.B of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion* (effective November 15, 2022) provides that a request for a review of a negative promotion decision must be submitted within "20 business days of receiving the written statement of reasons." I am submitting this request for review January 25, 2023.

## III.  <u>Argument</u>

### 1. Bases for my Appeal

Under Section VI.C of *Purdue University's Operating Procedures for Granting Academic Tenure and Promotion*, the following are grounds for requesting reconsideration of a denial of a promotion:

1.   "Evidence of grossly inadequate consideration of professional competence;" or

2.   "Evidence of judgments based on erroneous or misinterpreted information."

I appeal the negative decision because of both (1) "grossly inadequate consideration of [my] professional competence" and (2) "judgments based on erroneous or misinterpreted information," as further detailed below.

### 2. The Area Committee completely ignored that the Department of Statistics unanimously supported my promotion.

During my annual reviews, my progress towards promotion was discussed each year. I used the feedback from my annual reviews to improve my promotion package every year. The Department created a promotion policy in March 2018 that followed every detailed criterion the Dean laid out for promotion, as the Dean himself later confirmed to the faculty in the Department of Statistics during a departmental primary committee meeting. The Department of Statistics further

added specific examples for attaining a promotion to professor in March 2021, which I had clearly met.

When I applied for promotion this past year, I received the unanimous support of my Department based on my fulfillment of these criteria. Although the faculty in the Department of Statistics were in the best position to judge whether I met the qualifications for promotion, given that faculty in my Department understand my research area better than any other departments in the College of Science, the Area Committee rejected the unanimous departmental vote in my favor. The Area Committee's vote was based at least in part on a fundamentally flawed understanding of the publications in my research area, as further detailed below.

**3. The Area Committee falsely assumed that because I received a Research Refresh Award, I had reached the end of my research funding.**

The Area Committee interpreted my Research Refresh Award as the most significant factor that negatively impacted my promotion application because it supposedly meant that I was at the "end" of my "research funding in the coming year" and needed the Research Refresh Award to continue my research. (Please see the attached Exhibit B, Appendix page 3). The Area Committee thus mistakenly determined that this Award signaled a stalling and a downward trajectory to my research.

Contrary to the Area Committee's preconceived notions of the purpose of the Research Refresh Award, the Research Refresh Award is "a competitive, campus-wide program sponsored by the Office of the Provost," which "is designed to provide protected time for tenured Associate Professors and Full Professors who would benefit from intense focus to advance their scholarship and reinvigorate their careers." (Please see the attached Exhibit G, Appendix page 67). Rather than treating the Research Refresh Award as a negative mark on a faculty member's record, Purdue has celebrated its recent recipients. (Please see the attached Exhibits I and K, Appendix pages 72 and 77). Furthermore, recent awardees were still promoted shortly after receiving the Research Refresh Award. For example, Purdue promoted a 2016 Research Refresh Award recipient, Dr. John Lumkes, to full professor in August 2017. Shortly thereafter in 2019, Purdue even named him Assistant Dean of the Office of Academic Programs in the College of Agriculture. (Please see the attached Exhibit J, Appendix page 75). Similarly, Purdue promoted a 2019 Research Refresh Award recipient, Associate Professor Valeria Sinclair-Chapman, from the College of Liberal Arts by November 2021. (Please see the attached Exhibits K and L, Appendix pages 77–80). Each of these examples demonstrate that Purdue does not view the Research Refresh Award as an award exclusively for faculty members with a downward research trajectory. The 2016 and 2019 news articles celebrated the Award as an achievement, not as a negative factor tarnishing a faculty's record.

Furthermore, despite the Area Committee's assumption that an "end" to my "research funding in the coming year necessitate[ed] the Research Refresh award," I did **not** apply for the Research Refresh

Award because my research funding was ending. Instead, I have a project covered by the Army Research Lab Cooperative Research and Development Agreement (ARL CRADA), which is extended through October 6, 2027. (Please see the attached Exhibit E, at Appendix pages 47–50). The actual funding amount each year is negotiated on an annual basis.

I applied for this Award because of the impact of the pandemic on me as a female faculty member with two young children. (Please see the attached Exhibit F, Appendix page 52). My daughter was born in 2017, and my son was born in July of 2020 after an eventful pregnancy, which included several weeks of bed rest, and my son was born prematurely. As a result, my son required extra care and time when I had no domestic help given this would have been unsafe during the pandemic, especially for a prematurely born infant. In addition, my daughter's daycare was closed for several months at the beginning of the pandemic and again was mostly closed from late 2021 to February 2022 due to COVID-19 cases among the teachers and children. Caring for two young children while doing research is extremely difficult, and I therefore needed time to catch up on my work. I did not need the Award for an "end" to my research funding.

The Area Committee should have judged my research trajectory on my record on funding, publications, and students supervised, which together clearly demonstrate an upward trajectory to my research, rather than on this clearly erroneous assumption. As further stated below, my record was at least comparable to other, recently successful promotion cases in the Department of Statistics, and my research progress is better than many of the Department's male faculty without the same challenges during the pandemic.

**4. The Area Committee provided a grossly inadequate consideration of my professional competence in reviewing my application for promotion, especially when comparing my qualifications for promotion to the qualifications of a recently successful male faculty member in my Department, who lacked the same family obligations during the pandemic.**

**4.A The Area Committee clearly failed to consider numerous competitive grants from diversified funding sources that I have received since my promotion to associate professor.**

The Area Committee somehow focused on the false assumption that my research funding was ending while ignoring that since my last promotion to associate professor, I have received funding from diversified funding sources, including:

    (a)    National Science Foundation (NSF);

    (b)    Defense Advanced Research Projects Agency (DARPA);

    (c)    Army Research Office (ARO);

    (d)    Army Research Lab (ARL);

    (e)    Raytheon Company;

    (f)    Northrop Grumman Corp.;

    (g)    Purdue Discovery Park iGSDI; and

    (h)    Purdue CERIAS.

(See below tables). In sum, I have received 11 grants since my promotion to associate professor, totaling $3,136,820 altogether, and I am responsible for $980,000. Currently, only four faculty members (including me) from four different projects are covered by the ARL's CRADA. As the ARL's CRADA is extended through October 6, 2027, my funding is not ending anytime soon, especially not in the coming year. (Please see the attached Exhibit F, Appendix pages 60–61).

**4.B The Area Committee recently promoted a male faculty member in my Department, who had inferior qualifications to mine.**

The College of Science's Area Committee recently promoted Associate Professor Anindya Bhadra from the Department of Statistics on December 1, 2022. Purdue had promoted Dr. Bhadra to associate professor in 2018 whereas Purdue promoted me to Associate Professor in 2011.

Since his promotion to associate professor, Dr. Bhadra's amount in research funding, number of students supervised, and quality and quantity of publications have been inferior to mine.

**(4.B.1) Dr. Bhadra has generated far less in research funding than me.**

**(4.B.1.A) Comparison of new grants since promotion to associate professor:**

Dr. Bhadra's funding is ending in 2023. Since his last promotion to Associate Professor, he received 3 external grants and 2 internal grants. He is responsible for $155,785 plus approximately a 1.5-month summary salary.

Since my last promotion to Associate Professor in 2011, I received 9 external grants and 2 internal grants. I am responsible for $980,000. My funding continues through at least 2027.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF** DMS 2020-2023 he is sole PI, total $120k, <u>ending in the coming year</u> | (External) **ARL**, <u>05/15/2020–10/06/2027</u>, I am sole PI, $135,000 for the first two years |
| (External) **NIH** R21, 2018–2020 <u>(ended)</u>, total $410,000, he is co-I, he received 0.45 month summer salary per year | (External) **ARO**, 08/07/2017 – 01/06/2023, I am Purdue PI, total $763,000, I am responsible for $222,500 |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2019 <u>(ended)</u>, he is sole PI, $27,785 | (External) **Northrop Grumman Corp**. Year 11, 09/01/2019–08/31/2020, I am sole PI, $100,000 |

| | |
|---|---|
| (Internal) **Purdue Research Foundation (PRF)**, 2020, he is sole PI, $8000 | (External) **Northrop Grumman Corp**. Year 10, 09/01/2018–12/31/2019, I am sole PI, $100,000 |
| (Internal) **Clifford B. Kinley Trust Award**, 2020, total $20,000, he is co-I, his effort is $0 | (External) **Raytheon Company**, 10/01/2018–05/30/2019, I am sole PI, $30,340 |
| | (External) **ARO**, total $440,000, 08/01/2012 –07/31/2015, I am Purdue PI, Amount Responsible: $210,140 |
| | (External) **DARPA** D3M: 01/01/2017 – 08/12/2020, I am technical personnel, total $515,000, I am responsible for only $5000 |
| | (External) **NSF DMS**, total $314,995, 09/01/2012 – 08/31/2017, I am co-PI, Amount Responsible: $105,000 |
| | (External) **DARPA**, 09/14/2012 – 12/31/2017, total $653,485, I am technical personnel, responsible for only one month summer salary in the 5-year period |
| | (Internal) **Purdue CERIAS**, I am sole PI, $45,000, 06/15/2018 – (no expiration date) |
| | (Internal) **Purdue Discovery Park iGSDI**, total $40,000, 04/16/2018–09/15/2018, I am co-PI, Amount Responsible: $16,700 |

### (4.B.2) Comparison of grants received pre-tenure:

For his promotion to Associate Professor, Dr. Bhadra received 3 external grants and 2 internal grants. He is responsible for $130,724 plus approximately a 4-month summer salary.

For my promotion to Associate Professor, I received 4 external grants and 3 internal grants. I am responsible for $322,885 plus a 0.5-month summer salary.

| Anindya Bhadra | Bowei Xi |
|---|---|
| (External) **NSF DMS**, 2016–2019. He is sole-PI, $100,000 | (External) **DoD MURI**, total $980,000, 05/01/2008 – 03/28/2014, I am co-PI, Amount Responsible: $200,000 |
| (External) **NIH** NCI R01, 2017–2021. total $1,400,000. He is co-I, his effort is 1 month summer salary per year | (External) **NIH** R21, total $387,476, 05/17/09 – 04/30/12, I am co-I, received 0.5 summer month salary in the 3-year period |
| (External) **UNC Chapel Hill**, research visit to SAMSI center, 2014, he is sole PI, $21,724 | (External) **NSF DMS**, I am sole PI, $54,900, 08/01/2009 – 07/31/2011 |
| (Internal) **PRF**, he is Sole PI, $8000, 2013 | (External) **NSF DMS**, $120,000, 09/15/2005 – 08/31/2010, I am co-PI, responsible $40,000 |
| (Internal) **PRF**, he is Sole PI, $1000, 2016 | (Internal) **PRF**, I am Sole PI, $20,885, 06/01/2006 – 05/31/2007 |
|  | (Internal) **PRF**, I am Sole PI, $7,000, 2005 |
|  | (Internal) **PRF**, I am Sole PI, $1,000, 2005 |

## (4.B) Dr. Bhadra has supervised fewer students than me throughout his time at Purdue.

Since his last promotion, Dr. Bhadra is supervising or has supervised 3 Ph.D. students and 1 M.S. student. He hasn't supervised any student before his promotion to Associate Professor.

Since my last promotion, I am supervising and have supervised 7 Ph.D. students, 4 M.S. students, 1 undergraduate student. Before my promotion to Associate Professor, I have supervised 1 Ph.D. student.

**(4.B.1) Comparison of students supervised post-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| Ph.D. student, Jorge Loría (current) | Ph.D. student Fan Wu, current |
| Ph.D. student, Ksheera Sagar (current) | Ph.D. student Juan Shu, current |
| Ph.D. student, Yunfan Li (Graduated in May, 2019. First position: postdoctoral fellow at UCSF). | Ph.D. student Yitao Li, current |
| M.S. Manni Zhang (Graduated in May, 2021. Currently a Ph.D. student at Purdue Industrial Engineering) | As an undergrad student Yujie Chen published a paper with me. When she joined the Purdue Statistics Ph.D. Program in 2020, she did research with me, but switched to a different advisor in Nov 2022 |
| | Ph.D. Kirsen Sullivan, graduated in Nov 2022, currently a statistician in Oak Ridge National Lab |
| | Ph.D. Wutao Wei, graduated in June 2018. Twitter. |
| | Ph.D. Lin-Yang Cheng, graduated in August 2017. First position, Medspace in Cincinnati, OH. |
| | Ph.D. Xiang Han (co-advised with Prof. Cleveland), graduated in August 2014. Currently working at Parkland Center for Clinical Innovation (PCCI) in Dallas |
| | M.S. Geri Rista (graduated in May 2020) |
| | M.S. Jun Jiang (graduated in December 2016 from IE) |
| | M.S. Yanling Zhao (graduated in December 2015, co-advised with Dr. Sharabati) |
| | M.S. Kean Ming Tan (graduated in 2011) |

**(4.B.2) Comparison of students supervised pre-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| none | Ph.D. Hui Chen (co-advised with Prof. Cleveland), graduated in December 2007, Apple Inc. |

**(4.C) The impact factors (IFs) of the journals in which Dr. Bhadra published papers were, at best, comparable to mine.**

The following table lists the publications by each year. A detailed breakdown follows in (4.C.2).

**(4.C.1) Comparison of publications post-tenure:**

| Anindya Bhadra | Bowei Xi |
|---|---|
| – 2022, methodology paper, Journal of the American Statistical Association, Theory & Methods (IF 5.033)<br>– 2022, applied paper, Journal of Nutrition (IF 4.798) | – 2022, methodology paper, IEEE Transactions on Dependable and Secure Computing (IF 7.329)<br>– 2022, methodology paper, Harvard Data Science Review, a paper with discussions (new journal IF not available)<br>– 2022, methodology paper, Refereed Conference Proceedings, in the Workshop on Artificial Intelligence Safety (AISafety) co-located with the International Joint Conference on Artificial Intelligence – the European Conference on Artificial Intelligence, July, 2022, Vienna, Austria.<br>– 2022, methodology paper, Refereed Conference Proceedings, in the First Workshop on Graph Learning at The ACM Web Conference, April, 2022, online, |

| | hosted by Lyon, France. |
|---|---|
| – 2021, methodology paper, Statistical Methods & Applications (IF 1.174)<br>– 2021, methodology paper, Journal of Multivariate Analysis (IF 1.009)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045)<br>– 2021 applied paper, Critical Reviews in Food Science and Nutrition (IF 11.176)<br>– 2021 applied paper, Preventive Medicine (IF 5.043)<br>– 2021, applied paper, American Journal of Clinical Nutrition (IF 7.045) | – 2021 methodology paper, Bioinformatics (IF 6.937)<br>– 2021 methodology paper, refereed book chapter |
| – 2020 methodology paper, International Statistical Review (IF 1.946), a paper with discussions<br>– 2020 methodology paper, Sankhya A (IF 0.76)<br>– 2020 methodology paper, Sankhya B (IF 0.569)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798)<br>– 2020 applied paper, Public Health Nutrition (IF 3.156)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Appetite (IF 3.868)<br>– 2020 applied paper, Nutrients (IF 5.429)<br>– 2020 applied paper, Journal of Nutrition (IF 4.798) | – 2020 methodology paper, Wiley Interdisciplinary Reviews: Computational Statistics (IF 3.16), a single author paper<br>– 2020 methodology paper, refereed book chapter<br>– 2020 methodology paper, refereed Proceedings of The Association for the Advancement of Artificial Intelligence (AAAI) Workshop on Artificial Intelligence Safety (SafeAI), Feb. 2020<br>– 2020 methodology paper, refereed Proceedings of the 2020 SPIE the International<br>Society for Optics and Photonics Defense & Commercial Sensing Conference on Artificial Intelligence and Machine Learning for Multi-Domain Operations Applications II<br>– 2020 applied paper, Analytical Chemistry (IF 6.986)<br>– 2020 applied paper, Journal of |

| | Proteome Research (IF 4.466) |
|---|---|
| – 2019 methodology paper, Journal of Machine Learning Research (IF 5.413)<br>– 2019 methodology paper, Statistical Science (IF 1.897)<br>– 2019 methodology paper, Journal of Computational and Graphical Statistics (IF 1.884)<br>– 2019 applied paper, Journal of Nutrition (IF 4.798) | – 2019 methodology paper, Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery (IF 7.250)<br>– 2019 methodology paper, refereed, The Pacific-Asia Conference on Knowledge Discovery and Data Mining (PAKDD) Workshop on Weakly Supervised Learning: Progress and Future, (Acceptance rate 33%)<br>– 2019 applied paper, Food and Function (IF 5.396) |
| | |
| – 2018 methodology paper, Biometrics (IF 1.701)<br>– 2018 applied paper, Nutrients (IF 5.429)<br>– 2018 applied paper, Nutrients (IF 5.429) | – 2018 methodology paper, Computer & Security (IF 4.438)<br>– 2018 methodology paper, The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing (IF 1.789)<br>– 2018 methodology paper, refereed IEEE Workshop on Machine Learning and Artificial Intelligence for Multimedia Creation |
| | – 2017 methodology paper, Performance Evaluation (IF 1.044)<br>– 2017 methodology paper, refereed The 31st Annual IFIP WG 11.3 Conference on Data and Applications Security and Privacy (DBSec) (acceptance rate 35%)<br>– 2017 methodology paper, ACM Computing Reviews (IF not available) |
| | – 2016 methodology paper, refereed, the 23rd International Conference on Pattern Recognition (ICPR), Cancun, Mexico, Dec, 2016 (The |

| | |
|---|---|
| | paper was selected for full length oral presentation, 18%). |
| | – 2014 methodology paper, refereed North Atlantic Treaty Organization (NATO) SAS-106 Symposium on Analysis Support to Decision Making in Cyber Defense<br>– 2014 refereed book chapter (cited 144 times)<br>– 2014 applied paper, Current Metabolomics (IF 0.8) |
| | – 2013 methodology paper, Journal of Statistical Software (IF 6.44) |
| | – 2012 methodology paper, STAT (IF 0.917, cited 144 times)<br>– 2012 refereed Proceedings of the 18th ACM SIGKDD International Conference on Knowl-<br>edge Discovery and Data Mining, 1059–1067, August 2012, New York, NY (acceptance rate 21%) |
| | – 2011 methodology paper, Data Mining and Knowledge Discovery (IF 3.67)<br>– 2011 methodology paper, Statistical Analysis and Data Mining (IF 1.051)<br>– 2011 methodology paper, developed a novel statistical method, Analytica Chimica Acta (IF 6.558) |

## (4.C.2) Impact and Contribution (Demonstrating the Independence of Research) in Publications

Dr. Bhadra published 24 papers since his last promotion: 14 applied service papers and 10 methodology papers. I published 31 papers since my last promotion: 4 applied service papers and 27 methodology papers. Below is the detailed breakdown.

**Associate Prof. Bhadra:**

- Since last promotion in 2018, he published <u>24 papers: 10 methodology papers, 14 applied service papers</u>, as identified on his CV. (Please see the attached Exhibit C, Appendix pages 5–9).

- Among the <u>10 methodology</u> papers, <u>4 papers</u> published in journals with <u>IF of 1.174, 1.009, 0.76, 0.569.</u>

- <u>6 papers</u> published in journals with <u>IF of 5.033, 5.413, 1.946, 1.897, 1.884, 1.701.</u>

**Associate Prof. Xi:**

- Since my last promotion in 2011, I published **31 papers**.

- In the area of metabolomics and other omics data, since my last promotion in 2011, I published <u>8 papers:</u> 6 journal papers, 1 conference proceeding, 1 refereed book chapter – <u>4 applied service papers and 4 methodology papers</u> for the development of novel statistical methods.

  The details of the **4 methodology papers in omics research** are the follows.

  1. 2021, in *Bioinformatics* <u>(IF 6.937), cited 9 times, a project with my student Juan Shu</u>, developed a novel graph neural network with the learning under privileged information paradigm.
  2. 2022, The First Workshop on Graph Learning at The ACM Web Conference 2022, <u>a project with my students Juan Shu and Fan Wu,</u> developed novel dropout and proved their properties, which allowed graph neural network to grow deeper without hurting performance.
  3. 2014, refereed book chapter, <u>cited 145 times, 1st author and the only statistician on the paper</u>, discussed the popular statistical methods, including LASSO and multiple comparison, are not robust performing variable selection in noisy metabolomics data.
  4. 2011, in Analytica Chimica Acta <u>(IF 6.558), cited 158 times, the only statistician on the paper,</u> developed novel variable

selection and classification method for noisy metabolomics data.

- In the area of adversarial machine learning and big data, I have <u>23 papers: 11 journal papers and 12 refereed conference proceedings and book chapters. All are methodology papers.</u>

   **My 11 journal papers in adversarial learning and big data:**

   1. 2022 in *IEEE Transactions on Dependable and Secure Computing* <u>(IF 7.329)</u>, equal contribution with two co-authors.
   2. 2022 in *Harvard Data Science Review* (new, no IF), a follow up paper of <u>the National Academies workshop where I gave a talk in 2018. A paper with discussions.</u>
   3. 2020, in *Wiley Interdisciplinary Reviews: Computational Statistics* <u>(IF 3.16), single author paper</u>
   4. 2019, in *Wiley Interdisciplinary Reviews: Data Mining and Knowledge Discovery* <u>(IF 7.250)</u>, equal contribution with two co-authors.
   5. 2018, in *Computer & Security* <u>(IF 4.438)</u>, a project with my student Jun Jiang.
   6. 2018, in *The European Association for Signal Processing (EURASIP) Journal on Image and Video Processing* <u>(IF 1.789)</u>, equal contribution with one co-author (previously a lecturer in the Dept. of Stat)
   7. 2017, in *Performance Evaluation* (IF 1.044), with a former student David Anderson <u>(graduated in summer 2008)</u> and co-author Prof. Cleveland. Equal contribution with Prof. Cleveland.
   8. 2013, in Journal of Statistical Software <u>(IF 6.44)</u>, a project with my student Kean Min Tan.
   9. 2012, in *STAT* (IF 0.917)
       10. 2011, in *Data Mining and Knowledge Discovery* <u>(IF 3.67)</u>, equal contribution with the 1st author.
       11. 2011, in *Statistical Analysis and Data Mining* (IF 1.051)

   **Out of my 12 refereed conference papers and refereed book chapters in adversarial learning and big data, the below highlights the following 8 papers:**

1. 2022, the Workshop on Artificial Intelligence Safety (AISafety), a project with my student Juan Shu, disseminating result to the AI Security community, a relatively small community.
2. 2020, the Workshop on Artificial Intelligence Safety (SafeAI), a project with my student Yujie Chen, disseminating result to the AI Security community, a relatively small community.
3. 2020, refereed book chapter, 1st author, developed game theoretic approach for Internet of Battlefield Things
4. 2019, PAKDD workshop, <u>acceptance rate 33%</u>
5. 2017, DBSec, <u>acceptance rate 35%</u>, a project with student Xiaosu Tong.
6. 2016, ICPR, the paper was selected for full length oral presentation, <u>18%</u>. Equal contribution with one co-author.
7. 2014, <u>North Atlantic Treaty Organization (NATO) SAS-106 Symposium</u> on Analysis Support to Decision Making in Cyber Defense, equal contribution with one co-author
8. 2012, ACM SIGKDD, <u>acceptance rate 21%, cited 146 times</u>

**(4.C.3) Professor Raghu Pasupathy, who Purdue promoted to full professor in 2022, published extensively in a conference proceeding with an exceedingly high acceptance rate.**

Professor Raghu Pasupathy received his Ph.D. in 2005 from Purdue. He was promoted to Associate Professor of industrial and systems engineering at Virginia Tech in 2011. He joined the Purdue Department of Statistics in 2014 as an Associate Professor. Dr. Pasupathy was promoted to full professor in 2022.

The following provides a summary of Dr. Pasupathy's publications. Overall, Dr. Pasupathy has **18 out of 40 papers from 2011 to 2021 published in the Winter Simulation Conference (WSC).** [(https://scholar.google.com/citations?user=-joPvBcAAAAJ&hl=zh-CN&oi=ao)](https://scholar.google.com/citations?user=-joPvBcAAAAJ&hl=zh-CN&oi=ao). The WSC's acceptance rate over the years is also provided. **The WSC's average acceptance rate is 3,881 out of 5,768 submissions, or 67%.** [(https://dl.acm.org/doi/proceedings/10.1145/76738#acceptance-rates)](https://dl.acm.org/doi/proceedings/10.1145/76738#acceptance-rates)

| Year | Total | # in | WSC Acceptance Rate |
|------|-------|------|---------------------|

|  | # | WSC |  |
|---|---|---|---|
| 2021 | 2 | 0 | na |
| 2020 | 3 | 1 | na |
| 2019 | 5 | 3 | na |
| 2018 | 6 | 2 | 183 out of 260 submissions, 70% |
| 2017 | 1 | 0 | 232 out of 356 submissions, 65% |
| 2016 | 1 | 1 | na |
| 2015 | 2 | 2 | 202 out of 296 submissions, 68% |
| 2014 | 5 | 1 | 205 out of 320 submissions, 64% |
| 2013 | 5 | 2 | 206 out of 299 submissions, 69% |
| 2012 | 3 | 2 | 189 out of 384 submissions, 49% |
| 2011 | 7 | 4 | 203 out of 270 submissions, 75% |

Purdue still promoted Dr. Pasupathy without issue despite the fact that he extensively published in the WSC, which had an extraordinarily high acceptance rate. Conversely, I published in journals, on the whole, with a significantly lower acceptance rate but was apparently penalized because these journals were not as well known to the Area Committee.

## IV.  Conclusion

Because of the "grossly inadequate consideration of [my] professional competence" and the "judgments" against me "based on erroneous or misinterpreted information" by the Area Committee, I respectfully request a reconsideration of the negative promotion decision against me. If you need any further information, please let me know.

Dennis K.J. Lin
Distinguished Professor & Head

Phone:    765-494-5144
Fax:      765-494-0558
Email:    dkjlin@purdue.edu

**PURDUE** UNIVERSITY    Department of Statistics

April 28th, 2022

Dear Research Refresh Program Committee:

<u>Re: Professor Bowei Xi for the 2022 Research Refresh Program Award</u>

It is my definite pleasure to write in support of Professor Bowei Xi for the 2022 Research Refresh ($R^2$) Program Award. It is an easy letter to write because the case is so very clear. Professor Xi has done distinguished scientific work always at the forefront of Statistical Methodology (with emphasize on Data Science and Cyber Security). As a Department Head at Purdue, I am fully aware of the importance that your committee places upon excellence across all area of activities and its impact to the societies. That said, I think Professor Xi is clearly one of the top choices for such an award.

Professor Xi joined Purdue in 2004 and promoted to Associate Professor in 2011. While her research trajectory was up, some personal and pandemic reasons slowed her down. Since then, her publications and funding remain stable, but not so strong as before. After past two years under pandemic, she has now overcome her personal problems, and is ready to return to her research track. The $R^2$ program would give a much-needed boost to help her regain momentum.

Professor Xi develops robust machine learning and statistical models under complex data environments, mainly including: (1) the future data no longer following the same distribution as the training data; (2) severe missing data problem in gene disease network; (3) small and noisy omics data. She is a leading scientist in these area—this can be evidenced by her large number of publications in top journal, many federal funding, as well as some invited talks at leading conferences (for example, in 2018, she was invited by the National Academies of Sciences, Engineering, and Medicines Committee on Applied and Theoretical Statistics Committee). The return of her research is important to her, but also meet the mission of the Statistics Department.

In summary, Professor Xi is unsurpassed as a modern statistical methodology provider. Her accomplishments and achievements are intentionally recognized as outstandingly original, creative, and productive; so she would be a strong candidate for the Research Refresh Program Award. She is eminently qualified for such an honor.

DEPARTMENT OF STATISTICS
Mathematical Science Building
150 North University Street, West Lafayette, IN 47907-2066
Office: 765-494-6030

Sincerely,

_____
Dr. Dennis Lin
Distinguished Professor and Head
Department of Statistics


_____
Dr. Lucy Flesch
Senior Associate Dean for Faculty Affairs
College of Science