**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-JD-JEM |
| | ) |
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S ANSWERS TO PLAINTIFF'S INITIAL SET OF INTERROGATORIES**

Defendant, The Trustees of Purdue University, responds to Plaintiff's Initial Set of Interrogatories.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state the full name, current position, and dates of employment of the person(s) answering or assiting in answering these intrerrogatories on behalf of Defendant. For each interrogatory, indicate which individual was responsible for answering and/or assisting in answering.

**ANSWER:** Defendant's answers are based upon information communicated and gathered by Purdue personnel and Purdue's office of legal counsel, and/or information obtained from records of Defendant. Objections have been prepared by counsel.

**INTERROGATORY NO. 2:** Describe the employment history of the Plaintiff at the university, including all positions held, dates of employment, and any promotions or changes in job title.

**ANSWER:** Plaintiff joined Purdue as an Assistant Professor in the Department of Statistics in 2004 at Purdue's West Lafayette, Indiana campus. She was promoted to Associate Professor in the Department of Statistics with tenure in 2011.

**INTERROGATORY NO. 3:** Identify all members of the area committee who were involved in the decision to deny Plaintiff's promotion to full professor, including their names, positions, and the roles they played in the decision-making process.

**ANSWER:** The following individuals were members of the Area Committee involved in the decision to deny Plaintiff promotion to full professor in 2022. Patrick Wolfe and Lucy Flesch were non-voting members. Voting is conducting anonymously and there is no record kept of how any given individual voted.

| Name | Department |
|---|---|
| Hao Zhang | STAT |
| Ed Bartlett | BIO |
| Alex Laskin | CHEM |
| Chris Clifton | CS |
| Darryl Granger | EAPS |
| Trevor Wooley | MATH |
| Francis Robicheaux | PHYS |
| Mark Ward | STAT |
| Lin Tan | CS |
| John Tesmer | BIO |
| Lyudmila Slipchenko | CHEM |
| Bernd Ulrich | MATH |
| Ken Ridgway | EAPS |
| Martin Kruczenski | PHYS |
| Patrick Wolfe | SciAdmin |
| Lucy Flesch | SciAdmin |
| Janice Evans | BIO |
| Chris Hrycyna | CHEM |
| Sunil Prabhakar | CS |
| Dan Cziczo | EAPS |
| Irena Swanson | MATH |
| Gabor Csathy | PHYS |
| Dennis Lin | STAT |

**INTERROGATORY NO. 4:** Describe the criteria and process used by the university and the promotion committee to evaluate candidates for promotion to full professor. Please include any written guidelines, policies, or procedures that were followed.

**ANSWER:** Faculty who are seeking promotion to a higher rank must go through a multi-stage review by faculty and professional peers. The first level of review occurs at the department level when a committee ("Primary Committee") reviews a candidate's promotion packet. The Primary Committee is chaired by the department head and generally consists of all of the department's tenured faculty. Candidates who receive a majority vote at the Primary Committee are forwarded for further review by the college ("Area Committee"). The Area Committee is chaired by the college's dean and consists of each department head and tenured full professors who are elected by their colleges. Candidates who receive a majority vote are forwarded for further review by a university-wide committee ("Campus Promotions Committee"). Members of the promotion committees evaluate each candidate's promotion application materials individually and then meet as a group to discuss each candidate's strengths and weaknesses based on criteria specific to each department and college. Only members who are present for the entire discussion on a candidate are eligible to vote. All votes are anonymous, and vote tallies are reported on a President's Office Form 36. No notes from the meetings are kept. Answering further and pursuant to Fed. R. Civ. P. 33(d), Defendant directs Plaintiff to its Response to Request No. 3 for links to Purdue's policies and procedures related to promotion and tenure.

**INTERROGATORY NO. 5:** State whether Defendant or any employee and/or other agent of Defendant has taken or received any statement, either orally or in writing, from any person who has any information or knowledge relating to Plaintiff's claims, or any defense thereto. If so, as to each such person who has made such a statement, provide:

    a)    Name, address, telephone number, job title, and dates of employment;

    b)    The date of any such statement and whether oral or in writing; and

    c)    The substance of any such statement.

**ANSWER:**   Any relevant, non-privileged documents related to any statement involving the allegations in Plaintiff's Complaint have been produced in response to Plaintiff's Request for Production of Documents.  Defendant otherwise objects to this Interrogatory as overly broad and unduly burdensome.  Defendant further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrines.

**INTERROGATORY NO. 6:**   Describe how Plaintiff was evaluated for promotion to full professor, including all reasons for the denial of promotion, and identify any documents or communications supporting those reasons, and any performance evaluations or feedback provided to the Plaintiff as a result of her application for promotion.

**ANSWER:**   Defendant directs Plaintiff generally to its response to Interrogatory No. 4. Answering further and pursuant to Fed. R. Civ. P 33(d), please see Plaintiff's Form 36 describing the reasons for her denial of promotion and other documents discussing the denial of her promotion produced in response to Plaintiff's Request for Production of Documents in Production Folder B.

**INTERROGATORY NO. 7:**   Identify all other candidates in the College of Science considered for promotion to full professor during the same promotion cycle as Plaintiff, including a description of their qualifications, the evaluation process they underwent, and the final decision regarding their promotion.

**ANSWER:**   The below chart contains information on other candidates who applied for promotion to full professor during the 2022-2023 promotion cycle within the College of Science at Purdue's West Lafayette, Indiana campus.  Of these candidates identified below, the individuals who were not promoted to full professor were Daniel Aliaga, Voicu Popescu, and Plaintiff Bowie Xi.  Both Aliaga and Popescu's applications did not receive a majority vote at the department level Primary Committee, and therefore their applications did not progress to the Area Committee.  All candidates

4

considered for promotion to full professor generally undergo the same procedure described in response to Interrogatory No. 4. Pursuant to Fed. R. Civ. P. 33(d), please see the successful candidates' promotion application packet and President's Office Form 36 documents containing more information on their respective applications and promotion decisions produced in Production Folder F, and the unsuccessful candidates' Form 36 documents produced in Production Folder H. Defendant otherwise objects to this Interrogatory as overly broad and unduly burdensome.

| Name | Race | Gender | National Origin | Age | Department or School | Primary Cmt Yes | Primary Cmt No | Area Cmt Yes | Area Cmt No |
|---|---|---|---|---|---|---|---|---|---|
| Aguilar, R. Claudio | White | Male | Argentinian | 61 | BIOL | 16 | 2 | 18 | 2 |
| Bernal, Ximena | Not listed | Female | Colombian | 49 | BIOL | 18 | 0 | 21 | 0 |
| Bhadra, Anindya | Asian | Male | Indian | 42 | STAT | 9 | 5 | 21 | 0 |
| Claridge, Shelley | White | Female | American US | 47 | CHEM | 16 | 0 | 21 | 0 |
| Horgan, Briony | White | Female | American US | 41 | EAPS | 9 | 0 | 19 | 2 |
| Li, Tongcang | Asian | Male | Chinese CN | 42 | PHYS | 25 | 1 | 21 | 0 |
| Mei, Jianguo | Asian | Male | Chinese CN | 45 | CHEM | 13 | 0 | 21 | 0 |
| Aliaga, Daniel | White | Male | Peruvian | 55 | Computer Science | 13 | 12 | N/A | N/A |
| Popescu, Voicu | White | Male | Romanian | 52 | Computer Science | 5 | 14 | N/A | N/A |
| Xi, Bowei | Asian | Female | American US | 46 | STAT | 12 | 0 | 10 | 11 |

**INTERROGATORY NO. 8:** Identify all faculty members in Plaintiff's department and all those who applied for promotion to full professor between January 1, 2018, and December 31, 2022, include the outcome of their promotion applications and the reasons for the decisions.

**ANSWER:** See the below chart for a list of individuals who applied for promotion to full professor from 2018-2022 in the Department of Statistics at Defendant's West Lafayette, Indiana campus. Pursuant to Fed. R. Civ. P. 33(d), please see the successful candidates' promotion packet applications and President's Office Form 36 produced in Production Folder F, and the unsuccessful

5

candidates' documents produced in Production Folder H for information about the reasons for their respective promotion decisions. Defendant otherwise objects to this Interrogatory as overly broad in both time and scope, unduly burdensome, and seeking information neither relevant to the claims or defenses of the parties nor proportional to the needs of the case.

| Promotion Year | Name | Race | Gender | National Origin | Age | Department or School | Primary Cmt Yes | Primary Cmt No | Area Cmt Yes | Area Cmt No |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018-19 | Pasupathy, Raghu | Asian | Male | Indian | 50 | STAT | 13 | 1 | 11 | 10 |
| 2020-21 | Zhang, Dabao | Asian | Male | Chinese CN | 56 | STAT | 9 | 1 | 19 | 2 |
| 2021-22 | Pasupathy, Raghu | Asian | Male | Indian | 50 | STAT | 11 | 1 | 20 | 0 |
| 2021-22 | Zhang, Tonglin | Asian | Male | Chinese CN | 54 | STAT | 11 | 1 | 9 | 12 |
| 2022-23 | Bhadra, Anindya | Asian | Male | Indian | 42 | STAT | 9 | 5 | 21 | 0 |
| 2022-23 | Xi, Bowei | Asian | Female | American US | 45 | STAT | 12 | 0 | 10 | 11 |

**INTERROGATORY NO. 9:** Identify the performance metrics used to evaluate the Plaintiff and any similarly situated employees who were promoted to full professor, including a description of how these metrics were applied to each applicant.

**ANSWER:** Please see Defendant's response to Interrogatory No. 4 for a general description of the promotion process. Answering further and pursuant to Fed. R. Civ. P. 33(d), please see Plaintiff's President's Office Form 36, produced in Production Folder B, which contains the Primary and Area Committees' comments on Plaintiff's application for promotion to full professor. Defendant otherwise objects to this Interrogatory as overly broad, vague and ambiguous, and unduly burdensome.

**INTERROGATORY NO. 10:** Identify any prior complaints or grievances of discrimination based on age, race, national origin, or sex filed against the university or any member of the promotion

6

committee from January 1, 2018, to December 31, 2024. Provide details on the nature of each complaint, the individuals involved, and the outcomes.

**ANSWER:** A staff member, Roxie Lynn Hannemann, reported a concern in 2018 related to Hao Zhang, who was a member of the Area Committee in 2022, alleging discrimination and harassment on the basis of gender. Ms. Hannemann never filed a formal complaint, but raised concerns to HR and the Office of Institutional Equity. Pursuant to Fed. R. Civ. P. 33(d), please see relevant documents produced in Production Folder I. Defendant otherwise objects to this Interrogatory as overly broad in both time and scope, unduly burdensome, seeking information neither relevant to the claims or defenses of the parties nor proportional to the needs of the case, and as invading the privacy interests of non-parties to this litigation. Defendant further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege or attorney work product doctrines.

**INTERROGATORY NO. 11:** Describe any training provided to the area committee members or other relevant personnel regarding non-discrimination and equal employment opportunity. Include dates, content of the training, and the names and titles of attendees.

**ANSWER:** Members of the Area Committee do not receive any separate training specifically for tenure and promotion decisions. Answering further and pursuant to Fed. R. Civ. P. 33(d), see Defendant's Responses to Requests Nos. 3 and 5 in Plaintiff's Request for Production of Documents for relevant policies and procedures related to promotion, non-discrimination, and equal employment opportunity.

**INTERROGATORY NO. 12:** Identify all individuals who have been promoted to full professor in Plaintiff's department or comparable departments in the last ten years. Provide details on their demographics, qualifications, application process, and the criteria used to evaluate their promotions.

7

**ANSWER:** See the below chart for a list of individuals who were promoted to full professor in the Department of Statistics at Defendant's West Lafayette, Indiana campus from 2018-2022. Pursuant to Fed. R. Civ. P. 33(d), please see the candidates' promotion packet applications and President's Office Form 36 produced in Production Folder F for information about the individual's qualifications and reasons for their respective promotion decisions. Defendant otherwise objects to this Interrogatory as overly broad in both time and scope, unduly burdensome, and seeking information neither relevant to the claims or defenses of the parties nor proportional to the needs of the case.

| Promotion Year | Name | Race | Gender | National Origin | Age | Department or School | Primary Cmt Yes | Primary Cmt No | Area Cmt Yes | Area Cmt No |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020-21 | Zhang, Dabao | Asian | Male | Chinese CN | 56 | STAT | 9 | 1 | 19 | 2 |
| 2021-22 | Pasupathy, Raghu | Asian | Male | Indian | 50 | STAT | 11 | 1 | 20 | 0 |
| 2022-23 | Bhadra, Anindya | Asian | Male | Indian | 42 | STAT | 9 | 5 | 21 | 0 |

**INTERROGATORY NO. 13:** Describe in detail the decision-making process and discussions that took place within the promotion committee regarding Plaintiff's application for promotion to full professor.

**ANSWER:** Please see Defendant's response to Interrogatory No. 4 for a general description of the promotion process. Answering further and pursuant to Fed. R. Civ. P. 33(d), please see Plaintiff's President's Office Form 36, produced in Production Folder B, which contains the Primary and Area Committees' comments on Plaintiff's application for promotion to full professor. Plaintiff submitted a request for reconsideration to the Vice Provost for Faulty Affairs in January of 2023. The Vice Provost reviewed Plaintiff's request and spoke with an associate dean and another full professor on the Area Committee for more information on the committee's deliberations. After review, the Vice Provost denied Plaintiff's request for reconsideration of the Area Committee's

8

decision. Please also see the Vice Provost's February 3, 2023 email to Plaintiff describing his findings in response to Plaintiff's request for reconsideration, also produced in Production Folder B. Answering further, the promotion committees' votes are anonymous and there are no meeting minutes or records documenting the committees' discussions. Defendant otherwise objects to this Interrogatory as overly broad, vague and ambiguous, and unduly burdensome.

**INTERROGATORY NO. 14:** Identify any witnesses to the discussions or decisions regarding Plaintiff's promotion application. Include their names, positions, and the nature of their involvement or knowledge.

**ANSWER:** Please see Defendant's response to Interrogatory No. 3 listing the members of the Area Committee who voted on Plaintiff's application to full professor. Defendant otherwise objects to this Interrogatory as overly broad, unduly burdensome, and vague as Defendant cannot be expected to identify every single individual who may have had or witnessed a discussion regarding Plaintiff's application to full professor.

**INTERROGATORY NO. 15:** Identify any documents, emails, meeting minutes, or other records related to the Plaintiff's promotion application, appeal, the evaluation process, and the final decision. Provide copies of all such documents.

**ANSWER:** Pursuant to Fed. R. C. P. 33(d), please see relevant, non-privileged documents relating to Plaintiff's application for promotion to full professor provided in response to Plaintiff's Request for Production of Documents. Defendant otherwise objects to this Interrogatory as overly broad, unduly burdensome, and to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrines.

**INTERROGATORY NO. 16:** Identify and describe any communications (including emails, memos, and letters) between members of the promotion committee and any other university staff regarding Plaintiff's promotion application and the reasons for her denial.

**ANSWER:** Pursuant to Fed. R. C. P. 33(d), please see relevant, non-privileged communications between members of the promotions committee and other University staff related to Plaintiff's promotion to full professor produced in Production Folder B. Defendant otherwise objects to this Interrogatory as overly broad, unduly burdensome, and to the extent it seeks information protected by the attorney-client privilege and/or attorney work product doctrines.

**INTERROGATORY NO. 17:** Identify all individuals who participated in the review and decision-making process for Dr. Anindya Bhadra's and Dr. Raghu Pasupathy's promotions to full professor, including their full names, job titles, and roles.

**ANSWER:** Defendant does not maintain a record of specific members who are present and vote at any given promotion committee meeting. Nonetheless, and pursuant to Fed. R. Civ. P 33(d), a list of all Area Committee members from 2021-2022 and 2022-2023 is produced in Production Folder G. The list contains first and second alternate members, and not all members on the list would have necessarily been present, and therefore voted, at the meetings to vote on Dr. Aninyda Bhadra and Dr. Raghu Pasupathy's promotion decisions.

**INTERROGATORY NO. 18:** State whether any other employees who were not promoted to full professor were cited for the same reasons as those provided to Plaintiff. If so, provide the details, including their names, positions, and the reasons cited.

**ANSWER:** The following individuals applied for promotion to full professor in the College of Science at Defendant's West Lafayette, Indiana campus from 2018-2022 and were not

10

promoted, in at least part, due to insufficient research, funding, and/or journal publications. The individual's title at the time of application and year in which they applied are also provided.

- Daniel Aliaga, Associate Professor of Computer Science (2022-2023)
- Voicu Popescu, Associate Professor of Computer Science (2022-2023
- Tonglin Zhang, Associate Professor of Statistics (2021-2022)
- Raghu Pasupathy, Associate Professor of Statistics (2018-2019)

Answering further and pursuant to Fed. R. Civ. P. 33(d), please see the aforementioned individual's President's Office Form 36 containing additional information about their selection decision produced in Production Folder H. Defendant otherwise objects to this Interrogatory as overly broad in both time and scope, and unduly burdensome.

**INTERROGATORY NO. 19:** Identify all individuals who were recipients of the Research Refresh Award from January 1, 2018, to December 31, 2022, including their full names, job titles, dates of award, and reasons for receiving the award.

**ANSWER:** The below chart contains information on individuals who received the Research Refresh Award within the College of Science at Defendant's West Lafayette, Indiana campus from 2018-2022. Defendant otherwise objects to this Interrogatory as overly broad, unduly burdensome, and seeking information neither relevant to the claims or defenses of the parties nor proportional to the needs of the case.

| Year | College | Rank | Name | Project Title | Project Period |
|---|---|---|---|---|---|
| 2018-19 | Science | Professor | Danielli-Gaofalo, Donatella | Free boundary problems in the applied sciences | 5/1/19-8/31/20 |
| 2019-20 | Science | Associate | Chang, Henry | Calcium waves coordinate actin stress fiber contraction in Drosophila interommatidial cells | 6/1/20-8/31/21 |

11

| 2022-23 | Science | Associate | Xi, Bowei | Robust AI for Resilient Cyber Physical System | 6/1/22-8/31/23 |

**Interrogatory Verification**

I affirm that I am a duly authorized representative of The Trustees of Purdue University ("Defendant"), that the foregoing Answers to Interrogatories have been gathered from employees of and/or business records of Defendant, and that although I may not have personal knowledge of all aspects of all responses herein, I verify that based on investigation and discovery to date and to the best of my knowledge the Answers are true and accurate on behalf of Defendant.

Dated: August 22, 2024

Signature

Randee Treida
Printed Name

Paralegal, litigation & records
Title

Respectfully submitted,

*/s/ Colleen E. Schade*
John R. Maley
Colleen Schade
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: john.maley@btlaw.com
colleen.schade@btlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 23rd day of August, 2024 on the following counsel of record by the court's electronic filing system.

John H. Haskin
Timothy A. Dowers
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
jhaskin@jhaskinlaw.com
tdowers@jhaskinlaw.com

*/s/ Colleen Schade*
Colleen Schade

DMS 44027640.2