UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BOWEI XI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:23-cv-00088-JD-PPS |
| | ) |
| THE TRUSTEES OF | ) |
| PURDUE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF FILING UNDER SEAL

Pursuant to Local Rule 5-3 and the Protective Order entered by the Court on August 12, 2024 [Filing No. 17], Plaintiff, Bowei Xi, by counsel, hereby provides notice of filing the following documents under seal:

| *Description* | *Exhibit* |
|---|---|
| *Bhadra Supplemental Emails* | E |
| *Plaintiff's Letters of Recommendation* | F |
| *Dennis Lin Supplemental Emails* | G |

The documents listed above have been designated as Confidential and Subject to Protective Order, pursuant to the terms of the Protective Order entered as Filing No. 17 and are therefore submitted under seal.[1]

---

[1] Plaintiff files these documents under seal in accordance with the Protective Order entered in this action [Filing No. 17], but expressly reserves the right to challenge the confidentiality designation of any document or portion thereof pursuant to Section V of the Protective Order.

        Respectfully Submitted,

        */s/ Timothy A. Dowers*
        John H. Haskin (7576-49)
        Timothy A. Dowers (37933-49)
        JOHN H. HASKIN & ASSOCIATES
        255 North Alabama Street, 2nd Floor
        Indianapolis, Indiana 46204
        Telephone (317) 955-9500
        Facsimile (317) 955-2570
        jhaskin@jhaskinlaw.com
        tdowers@jhaskinlaw.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served on June 11, 2025, via CM/ECF filing, to the following counsel of record:

| | |
|---|---|
| John R. Maley | john.maley@btlaw.com |
| Colleen E. Schade | colleen.schade@btlaw.com |
| Emily Lodge | Emily.Lodge@btlaw.com |

BARNES & THORNBURG LLP

        */s/ Timothy A. Dowers*
        Timothy A. Dowers
        JOHN H. HASKIN & ASSOCIATES, LLC